**Exhibit 2**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**PAu 3-454-906**

Effective date of registration:
May 1, 2008

## Title
- **Title of Work:** Chain of Being
- **Previous or Alternative Title:** Lightning Shower movie
- The Lightning Shower in Jackson Hole
- **Nature of Work:** completed script

## Completion/Publication
- **Year of Completion:** 2008

## Author
- **Author:** Jeffrey Scott Kennedy
- **Author Created:** screenplay, script, story, treatment
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1977
- **Anonymous:** No   **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Jeffrey Scott Kennedy
- 7119 W. Sunset Blvd #272, Los Angeles, CA 90046

## Limitation of copyright claim
- **Material excluded from this claim:** first draft of script previously registered.
- **Previously registered:** Yes
- **Previous registration and year:** PAu 3-133-215   2007
- **Basis of current registration:** This is a changed version of the work.
- **New material included in claim:** completed script.

## Certification

**Name:** Jeffrey Scott Kennedy
**Date:** April 24, 2008

---

Registration #:   PAU003454906

Service Request #:   1-66927474

Jeffrey Scott kennedy
7119 W. Sunset Blvd #272
Los Angeles, CA 90046