# Exhibit 3

**Registration #:** PAu003771261
**Service Request #:** 1-2244060529

Registration Number

# PAu 3-771-261

Effective Date of Registration:
March 19, 2015
Registration Decision Date:
July 14, 2015

## Title

| | |
|---|---|
| Title of Work: | Totem: The Story of a Wounded Warrior |
| Previous or Alternate Title: | AKA Chain of Being AKA The Lighting Shower in Jackson ? |
| Nature of Claim: | Completed Motion Picture Screenplay |

## Completion/Publication

Year of Completion: 2007

## Author

| | |
|---|---|
| • Author: | Jeffrey Scott Kennedy |
| Author Created: | Author of story, characters, and script for Totem: The Story of Wounded Warrior |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1977 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

Copyright Claimant: Jeffrey Scott Kennedy
7119 W Sunset Blvd #272, Los Angeles, CA 90046

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | The script has been updated from earlier versions wntten by aulhor. |
| Previously registered: | Yes |
| Previous registration and year: | PAu 3-109-355, PAu3-133-215, 2007 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | Revisions and Editing |

## Certification

Page 1 of 2

|  |  |
|---:|:---|
| **Name:** | Jeffrey Scott Kennedy |
| **Date**: | February 15, 2015 |

|  |  |
|---:|:---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding author information: Characters as such not registrable. Registration based on deposited authorship describing, depicting, or embodying such character(s). Compendium 313.4(H). |