# Exhibit 4

**Registration #:** TXu002193423
**Service Request #:** 1-8805241241

## Mail Certificate

Irish Rover Entertainment, LLC
Jeffrey Kennedy
7119 W Sunset Blvd. #272
Los Angeles, CA 90046 United States

**Priority:** Special Handling    **Application Date:** May 06, 2020

**Note to C.O.:** I previously registered this screenplay's treatment (outline) in March 2007.  I then registered multiple versions of this screenplay in June 2007, May 2008, and March of 2015.  I need to now register the March 2013 version of the Screenplay, in order to submit as evidence in an upcoming litigation/legal matter.  Can you please assist?  Thank you.

## Correspondent

**Organization Name:** Irish Rover Entertainment, LLC
**Name:** Jeffrey Kennedy
**Email:** jeffreyskennedy1@gmail.com
**Telephone:** (213)804-9621
**Address:** 7119 W Sunset Blvd. #272
Los Angeles, CA 90046 United States

Registration Number

# TXu 2-193-423

**Effective Date of Registration:**
May 06, 2020
**Registration Decision Date:**
May 07, 2020

## Title

    **Title of Work:** TOTEM

## Completion/Publication

    **Year of Completion:** 2013

## Author

-     **Author:** Jeffrey Kennedy
    **Author Created:** text
    **Work made for hire:** No
    **Citizen of:** United States
    **Domiciled in:** United States
    **Year Born:** 1977

## Copyright Claimant

    **Copyright Claimant:** Irish Rover Entertainment, LLC
    7119 W Sunset Blvd. #272, Los Angeles, CA, 90046, United States
    **Transfer statement:** By written agreement

## Limitation of copyright claim

    **Material excluded from this claim:** text of screenplay revisions
    **Previous registration and year:** PAu3-454-906, 2008

    **New material included in claim:** text of screenplay revisions

## Rights and Permissions

    **Organization Name:** Irish Rover Entertainment, LLC
    **Name:** Jeffrey Kennedy
    **Email:** jeffreyskennedy1@gmail.com
    **Telephone:** (213)804-9621

**Address:** 7119 W Sunset Blvd. #272
Los Angeles, CA 90046 United States

## Certification

**Name:** Jeffrey Kennedy
**Date**: May 06, 2020

**Correspondence:** Yes