# Exhibit 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-762-543**

Effective date of registration:

December 27, 2010

---

## Title

**Title of Work:** Totem Demo - Motion Picture/Art
**Nature of Work:** motion picture/ art

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** January 1, 2010      **Nation of 1st Publication:** United States

## Author

- **Author:** Irish Rover Entertainment, LLC
  **Author Created:** created motion picture

  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No      **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Irish Rover Entertainment, LLC
7119 W. Sunset Blvd. #272, Los Angeles, CA, 90046

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Jeffrey Scott Kennedy
**Date:** December 12, 2010

---

**Correspondence:** Yes

**Registration #:** PA0001762543
**Service Request #:** 1-539342255



Jeffrey Kennedy
7119 W. Sunset Blvd. #272
Los Angeles, CA 90046