# Exhibit 6

# SIMILARITIES: *TOTEM & STRANGER THINGS*

## TOTEM'S INDIANA BACKSTORY:

In 2007, Jeff Kennedy wrote Totem in honor of his best friend Clint Osthimer, who tragically passed away on September 8, 2005. Jeff and Clint grew up in the 1980's in South Bend, Indiana. The inspiration for Totem came from their childhood friendship.

During Totem development meetings, Jeff shared *many* stories about Clint with Aaron Sims, in order for Mr. Sims to better understand and illustrate Totem's core story elements of Character, Plot, Sequence of Events, Theme, Setting, Mood, Pace, Tone, and Dialog.

### CLINT OSTHIMER & JEFF KENNEDY CIRCA 1984




# SIMILARITIES: *TOTEM & STRANGER THINGS*

**EPILEPSY:**

Like Will Byers from *Stranger Things*, Clint Osthimer battled epilepsy, which caused violent reoccurring seizures. He spent his youth undergoing countless trips to medical hospitals and research centers where he was studied by doctors. In one instance, a seizure caused him to fall and his two front teeth were knocked out.

The idea for Totem was born from the fact that epilepsy was Clint's personal demon (called Azrael) and that his seizures would take him to an alternate carbon copy plane where Azrael ruled. Totem is the story of Clint's final journey into the carbon copy plane to face and defeat Azrael.

**WILL BYERS**                    **CLINT OSTHIMER**



**STRANGER THINGS**                    **TOTEM**

# SIMILARITIES: *TOTEM & STRANGER THINGS*

## TOTEM: CLINT OSTHIMER'S INDIANA HOME IS THE INSPIRATION FOR JACKSON AND AUTUMN CHANCE'S HOME



## STRANGER THINGS: WILL BYERS' INDIANA HOME



# SIMILARITIES: *TOTEM & STRANGER THINGS*

## TOTEM: SOUTH BEND, INDIANA IS THE INSPIRATION FOR TOWN SETTING

 

## STRANGER THINGS: HAWKINS, INDIANA IS TOWN SETTING

 

# SIMILARITIES: *TOTEM & STRANGER THINGS*

## TOTEM: CLINT OSTHIMER LOVED DIVING & JUMPING OFF CLIFFS

 

## STRANGER THINGS: MIKE WHEELER JUMPING OFF CLIFF

 

# SIMILARITIES: *TOTEM & STRANGER THINGS*

## TOTEM: CLINT OSTHIMER & JEFF KENNEDY ARE THE INSPIRATION FOR THE CHARACTERS JACKSON CHANCE & WILLIAM NEROWE



**JACKSON CHANCE & WILLIAM NEROWE**

# SIMILARITIES: *TOTEM & STRANGER THINGS*

### TOTEM: CLINT'S & JEFF'S FRIENDSHIP IS THE INSPIRATION FOR THE BACKSTORY OF TWIN BROTHERS IRON LIGHTNING & RIVERSHADOW, WHO EACH POSSESS SUPERNATURAL POWERS



**IRON LIGHTNING & RIVERSHADOW**

```
25    INT. SACRED VILLAGE - SWEAT LODGE - NIGHT                   25

      A circle of chanting Tlingit elders surround IRON LIGHTNING
      (10), Mohawk, tattoos, and RIVERSHADOW (10), handsome, long
      dark hair, both Lynx Warriors.  We see they are TWINS.

                          THUNDERBEAR (V.O.)
                Iron Lightning and Rivershadow.
                Best friends.  Brothers.  Twins.
                Lynx Warriors...

      Rivershadow opens his hand to reveal a Red Butterfly.  He
      blows on it.  From it, hundreds of butterflies take flight,
      fluttering throughout the lodge.  They cover the elders,
      transforming them.  The old women grow young, fertile, and
      beautiful.  The old men grow young, strong, and handsome.

      Both boys are handed a Silverstick.  The dream catchers at
      the end of each Silverstick glow green, lighting an image of
      the Red Elk drawn on the lodge wall.

                          THUNDERBEAR (V.O.)
                Sent by the Great Spirit to restore
                balance...
```

# SIMILARITIES: *TOTEM & STRANGER THINGS*

**TOTEM: GROWING UP, JEFF WOULD GRASP CLINT'S SHOULDER TO HELP PULL HIM OUT OF A VISION / SEIZURE.  BELOW, RIVERSHADOW PULLS IRON LIGHTNING OUT OF A VISION / SEIZURE**



**TOTEM: LIKEWISE, WILLIAM NEROWE HELPS PULL JACKSON CHANCE OUT OF A VISION / SEIZURE**

```
                        NEROWE
                   (amused with himself)
              Her medication is filled and I need
              to see her next week.

     Jackson freezes...

     His eyes flicker and roll into the back of his head...

     A monstrous EXPLOSION hammers his brain.

                                              CUT TO:


     INT. PICKUP TRUCK - NIGHT

     Fire envelops Jackson.  Hanging upside down from a seat belt,
     he frantically fights to free himself.

     An arm reaches through the flames...

                                              CUT TO:


     INT. HOSPITAL HALLWAY - DAY - CONTINUOUS

     Nerowe's hand grasps Jackson's shoulder as he comes to.

                        NEROWE
              Hey!  You all right?

                        JACKSON
                   (groggily)
              Huh?  Yeah.  Just a little --

                        NEROWE
              Seizure.
```

# SIMILARITIES: *TOTEM & STRANGER THINGS*

**TOTEM: RIVERSHADOW PULLS HIS BROTHER IRON LIGHTNING OUT OF A VISION / SEIZURE**



**STRANGER THINGS: MIKE WHEELER PULLS HIS FRIEND WILL BYERS OUT OF A VISION / SEIZURE**

