# Exhibit 7

# TOTEM

Written by

Jeff Kennedy

March 2013 - Production Draft



All rights reserved. Copyright 2008 by Irish Rover Entertainment, LLC. No portion of this
script may be performed, published, reproduced, sold, or distributed by any means or quoted
or published in any medium, including on any website, without the prior written consent of
Irish Rover Entertainment, LLC. Disposal of this script copy does not alter any of the
restrictions set forth above.

Totem:

A natural object or animal believed by a particular society to have spiritual significance and adopted by it as an emblem.

FADE IN:

1       **EXT. GRASS PATCH, VALLEY OF DEATH - DAWN**

Heat lightning flashes over a valley of tall, dense fir trees.  Down at the base of this rugged wilderness is a small grass patch.  Standing upon it...

THREE BLACKWOLF INDIANS breathe heavy.  Wolf headpieces and furs make them appear more like animals than men.  Wild eyes and menacing snarls tell us these are bloodthirsty killers. They ready their axes and daggers in anticipation of something sensed, but not yet seen.

Glowing like a ghost, JACKSON CHANCE, 30's, quietly slides in behind them.  His body is incandescent.  It radiates white light.

Tied to his waistband is a DREAM CATCHER.  It glows as he does -- the source of his power.

He raises an ELECTRIFIED silver spear called a SILVERSTICK.

                    JACKSON
                (in a dreadful whisper)
            Hooyah...

Snarling, the Blackwolf Indians wheel around to face him.

BLACKWOLF'S POV

The grass patch, but no Jackson.

BACK TO SCENE

Jackson's intense, forlorn eyes look upon his foes.  Then:

ZAP!  ZAP!  ZAP!...

In one whirlwind motion of the Silverstick, he strikes each of the three Blackwolf, blowing them off their feet.

Breathing heavy, he turns and faces a large, primitive, moss covered CAVE.  Adjacent to the cave stands a tall, burning TOTEM POLE.

2.

                      JACKSON
                  (to cave)
             Azrael!  Hear me!  I won't hide
             from you anymore!...

He pulls loose his dream catcher and drops it into the tall grass at his feet.  The glow on it fades.  So to does the glow on Jackson.

No longer incandescent, we see he's Caucasian, soaking wet, and dressed in bloodied Lynx Indian regalia.

                      JACKSON
             Not from any of you!

FIVE HOWLING BLACKWOLF surround Jackson.  They see him now.

A LARGE BLACKWOLF attacks.  It clubs him with the butt end of an axe.  His teeth RATTLE.  He crumbles.

A SECOND BLACKWOLF pounces upon him and buries a dagger in his torso.  Ribs CRUNCH.

Pain rushes through his body.  He gasps for air.

The Second Blackwolf celebrates with a blood curdling HOWL. Just enough time for Jackson to line up the blade of the Silverstick.  ZAP!  The Second Blackwolf is blown off of him.

Jackson slowly rises.  Grimacing, he pulls the dagger from his body.  Blood pours out.

TWENTY BLACKWOLF circle him.

He raises the Silverstick up, then thrusts it down into the earth.  A SHOCK WAVE ripples across the grass.

Stunned, the Blackwolf drop.  Jackson staggers toward the cave.

                      JACKSON
             Autumn!...

His body locks up and collapses.  From the grass, he reaches out for the cave.  The burning totem's image reflects off his light blue eyes.

                      JACKSON
             I'm sorry.  I failed you.

From the cave, we hear a sinister, angry bellow.  A towering, horned SILHOUETTE FIGURE appears from within it.  We see the creature's menacing, green eyes.  This is AZRAEL.

3.

Jackson's eyes flicker.  His body shakes violently as we...

                                                    CUT TO:


2       **INT. CHANCE BATHROOM - DAWN**

        Jackson spastically seizures on a dingy, cramped floor.
        Slobber oozes from his mouth as his body calms.  He comes to.

        SUPER:  NINE DAYS EARLIER...

        Exhausted, he struggles to pull himself up to a tiny sink.

        He rummages through a score of medication bottles.

        He pops four different pills, chasing them with faucet water.

        We see a large SCAR, shaped like a "T", running down the back
        of his head.

        He undresses and cautiously steps into a small shower.


3       **INT. CHANCE KITCHEN - DAY**

        Finishing off some toast, Jackson opens a drawer and fumbles
        through its contents.  We see his movement is functional, but
        not quite fluid.  He pulls out a lock and key.


4       **EXT. CHANCE BACKYARD - DAY**

        Jackson heads for a rundown, moss covered shed.  It stands
        out like a sore thumb on the patch of neatly mowed, green
        grass.  The yard is surrounded by a sea of tall, dense fir
        trees and sits at the base of a rugged, mountain wilderness.

        We see his walk is steady and ordinary, except for an
        occasional and subtle glitch in his step.


5       **INT./EXT. SHED - DAY**

        The door swings open to reveal a typical assortment of yard
        supplies, tools, and boxes -- nothing special.

        Jackson clicks on the light switch and enters.

        Hanging from a nail on the wall is a PURPLE FEATHER JACKET.
        He studies it curiously, then notices...

        A RED BOX.  It sits plainly on a shelf.

4.

Agitated by its presence, he tosses the jacket onto the Red Box, clicks off the light, steps out, and slams the door.

He places the lock on the door latch, then pockets the key.

6      **INT./EXT. PICKUP TRUCK/CHANCE HOME - TRAVELING - DAY**

He starts the engine of a rundown pickup and backs it out the short gravel driveway of his humble, yet quaint, home.

7      **INT. ANTIQUE SHOP - DAY**

A saleswoman, LILLY, 40's, Creole, wipes down a glass case filled with jewelry.  Jackson enters the cozy, eclectic shop.

>            LILLY
> Say, Boo.  Ya need help?

>            JACKSON
> Yes, Maam.  A gift for my wife.

>            LILLY
> Dis ah special occasion?

>            JACKSON
> Very special.  She's comin' home to
> me today.

His eyes fan over the assortment of jewelry in the case.

>            LILLY
> I see.  Hmm.  How 'bout ah
> necklace?  Day are beautiful, no?

>            JACKSON
> Very much so...

He spots a SILVER NECKLACE ordained with an angel.

>            JACKSON
> That one.  Autumn would love it.

>            LILLY
> Dat so?  Dis Autumn, her taste is
> exceptional.

>            JACKSON
> Well, I don't know about that.  But
> she loves me anyway.

Lilly smiles, amused.

5.

                    LILLY
          Dis piece.  Very powerful, yeah.
          She come from de light of de Great
          Spirit.  Protect ya from de
          darkness, ya know?  Dat's her job.

                    JACKSON
          Like a guardian.  Perfect.  She'll
          adore it.  How much?

                    LILLY
          Priceless, Boo.  Priceless.

                    JACKSON
               (disappointed)
          I don't have much money.  Maybe
          another instead?

                    LILLY
          She hide ya from evil, Boo.

                    JACKSON
          I'm sorry.  I don't have enough to
          buy it if it's priceless.

                    LILLY
          Dat ain't Boo's decision.  Is de
          angel's decision.  She sees dat ya
          need her protection.  Yeah, ya do.
          Suppose all I require from ya is ah
          smile, on account dis de big day.

She places the necklace in a box and gives it to him.  He
notices the name on her tag.  It says, "Lilly".

                    JACKSON
          Thank you, Lilly.  But I can't just
          take this for nothin'.

                    LILLY
          Not nothin'!  For ah smile...

She's not kidding.  Perplexed, he takes his best shot at it.

BAM!  Lilly slams the glass case with her hand, scaring him.

                    LILLY
          Yes!  F'sure!  Dat's ah good smile!

                    JACKSON
          Thanks.

Timidly, Jackson makes his way to the door.

6.

                          LILLY
                         (smiling)
          She gonna take good care of ya!...

He gives a final awkward wave, then exits.  Her smile drops.

                          LILLY
                 (deeply concerned)
          Best she can, Boo.  Best she can.

8      **EXT. PSYCHIATRIC HOSPITAL - ESTABLISHING - DAY**

Jackson shudders at the sight of an ominous looking building.
The sign outside the entrance reads, "Neuropsychiatric
Division".  Taking a deep breath, he enters.

9      **INT. HOSPITAL HALLWAY - DAY**

Moving past TWO NURSES, he accidentally bumps an ORDERLY.

                       JACKSON
          Sorry 'bout that.

The orderly is ticked, but moves on.  Collecting himself, he
continues down the hallway and sees DR. WILLIAM NEROWE, 30's,
tall, handsome, pale, speaking to a group of RESIDENTS.

                       NEROWE
              (to the Residents)
          A seizure occurs when...

A coughing fit takes Nerowe.  He pulls a handkerchief and
wipes his mouth.

                       NEROWE
          Excuse me.  Fighting a bit of a
          bug.  A seizure occurs when the
          brain's nerve cells misfire and
          generate a sudden, uncontrolled
          surge of electricity...

He sees Jackson.  His formal disposition lightens.

                       NEROWE
          If we can find a way to control the
          surge, then we can break the
          epilepsy's grip on our patient.
          That's it for today.  Review your
          cases.  More next week.

He leaves the Residents and greets Jackson with a fist pound,
then "pants" like a dog.  Jackson chuckles.

                         NEROWE
          You better be all smiles today.

                         JACKSON
          I am.  Schoolin' the newbies?

Nerowe crumples up a piece of paper from his charts.

                         NEROWE
          Just like Jordan...

He shoots it into a nearby trash can, then struts down the
hallway.

                         NEROWE
          What can I say?...
               (like Muhammad Ali)
          *I'm the greatest of all time.*

Jackson catches up.

                         JACKSON
          Lucky shot.

                         NEROWE
          Better to be lucky than good.  And
          I'm lucky enough to be better than
          good.

                         JACKSON
          Except I know your kryptonite,
          Superman.  Too bad most of the
          earth is covered by it.

                         NEROWE
          You ex-Navy boys are impossible.
          If God had meant for us to swim, he
          would have given us fins.

                         JACKSON
          When was the last time you even got
          in the water, Scaredy-Cat?

                         NEROWE
          The shower this morning.  And
          aquaphobia is a serious illness,
          Sir.  Not to be taken lightly.

                         JACKSON
          Greatest of all time --

                         NEROWE
               (chuckling)
          Greatest of all time on land.
                    (MORE)

                      NEROWE (CONT'D)
            That's what I'm saying.  Except for
            this cold.

                      JACKSON
            Yeah, you're looking a little
            clammy for a Superhero.

                      NEROWE
            Nothing the Man of Steel can't
            handle.  So are you pumped?

                      JACKSON
            Yeah.  Just a lotta bad memories
            here, ya know?

                      NEROWE
            Not today, Brother.  Everything's
            taken care of.

                      JACKSON
            Thanks.  How's Ana?

Jackson hits a glitch in his step.  He struggles to keep up
with the pace.  Lost in the moment, Nerowe misses it.

                      NEROWE
            Told me she wants another baby this
            morning.

                      JACKSON
            Wow.  You gonna be sirin' another
            child?

                      NEROWE
            Siring?  Nice word.  Vocabulary
            toilet paper?

                      JACKSON
            School wasn't a breeze for all of
            us, Doogie.  I'm never gonna be
            tall and I'll never be no genius.

                      NEROWE
            I don't know.  I hear there's a new
            pill that adds a couple inches.
            Actually, Autumn asked me to
            mention it to you.

                      JACKSON
            Funny.

9.

                              NEROWE
                         (amused with himself)
                    Her medication is filled and I need
                    to see her next week.

Jackson freezes...

His eyes flicker and roll into the back of his head...

A monstrous EXPLOSION hammers his brain.

                                             CUT TO:


10        **INT. PICKUP TRUCK - NIGHT**

          Fire envelops Jackson.  Hanging upside down from a seat belt,
          he frantically fights to free himself.

          An arm reaches through the flames...

                                             CUT TO:


11        **INT. HOSPITAL HALLWAY - DAY - CONTINUOUS**

          Nerowe's hand grasps Jackson's shoulder as he comes to.

                              NEROWE
                    Hey!  You all right?

                              JACKSON
                         (groggily)
                    Huh?  Yeah.  Just a little --

                              NEROWE
                    Seizure.

                              JACKSON
                    Day dream.

                              NEROWE
                    Did you take your medication?

                              JACKSON
                    It's nothin'.

Jackson breaks free and staggers down the hall.

                              NEROWE
                    Your medication, did you take it?

                              JACKSON
                    Yeah.

10.

Nerowe grabs Jackson and pins him against the wall.

                    NEROWE
          She could relapse, Jackson.  You
          can't take care of her if you can't
          take care of yourself.

                    JACKSON
          She's been here too long.  She
          needs to go home.

                    NEROWE
          You have to be able to manage your
          epilepsy first --

                    JACKSON
          I know --

                    NEROWE
          Otherwise you can't protect her --

                    JACKSON
          I know.

                    NEROWE
          Look me in the eye and tell me the
          truth.  Are you ready for this?

                    JACKSON
          Willy.

                    NEROWE
          There's no shame in --

                    JACKSON
          Willy!...
                (a beat)
          You're my best friend.  Always have
          been.  I can't ever repay you for
          that, but I'm thankful for it.
          I've never been much good at
          anything, except maybe bein' a
          soldier.  That's gone now, but I'm
          not.  Because I have Autumn.
          Without her, I don't exist.

Nerowe relents.  He releases Jackson.


12    **INT. HOSPITAL ROOM - DAY**

      AUTUMN CHANCE, late 20's, an unkempt beauty, sits in a
      wheelchair -- playfully humming to herself.  She draws in a
      large sketch pad.

11.

Dream catchers overflow from her backpack.  A NURSE hands her a glass of water and pills.  She downs them and packs up.

The nurse smiles, then turns to sort through the bed linens.

Seeing her chance, Autumn spits the pills into the backpack.

                    NEROWE (O.S.)
          Autumn, you have a visitor.

She turns to see Jackson.  Her face lights up.

                    AUTUMN
          Jackson!

She runs into his arms.  They kiss passionately.

                    JACKSON
          You ready to go, Sweepee?

                    AUTUMN
          I'll go anywhere for you.

She grabs her backpack and sits down in the wheelchair.

13        **EXT. HOSPITAL PARKING LOT – DAY**

Jackson wheels Autumn out.  She jumps up and twirls in the sun like a child.  Nerowe signals for the nurse to take the wheelchair.  He follows Jackson and Autumn out to the pickup.

                    NEROWE
               (to Autumn)
          You make sure to take care of him.

                    AUTUMN
          I will.  I promise.

She pulls a dream catcher from her backpack and hands it to Nerowe.

                    NEROWE
          A dream catcher for me?

                    AUTUMN
          So the Great Spirit will catch your
          bad dream and destroy it with the
          morning light...

He accepts it with a smile.  She kisses his cheek.

12.

                    AUTUMN
          Thank you for taking care of me,
          William.  You're a powerful
          Medicine Man.

                    NEROWE
          My pleasure, Love.

                    AUTUMN
          See you at the party?

                    NEROWE
          We wouldn't miss it...
               (to Jackson)
          She's driving...

Jackson hands the keys to Autumn.  She jumps into the pickup
and starts the engine.

                    NEROWE
          You sure you're okay?

                    JACKSON
          Never felt better, Brotha.

                    NEROWE
          You need anything, you *find* me.
          Understood?

                    JACKSON
          I need anything, I find you.  Got
          it.  And Willy, thank you.

Nerowe puts out his fist.

                    NEROWE
          No retreat.

Jackson bumps Nerowe's fist.

                    JACKSON
          No surrender.

He jumps into the pickup.  Autumn waves.  They drive away.

Nerowe pulls out the leather cross hanging from his rope
necklace.  He kisses the cross and exhales a hopeful sigh.

14    **INT. CHANCE FRONT DOOR – DAY**

Jackson kicks the door open and carries Autumn in.

13.

15      **INT. CHANCE FAMILY ROOM – DAY**

They fall into the sofa.

                        JACKSON
                I missed your smile.

                        AUTUMN
                   (smiling)
                It's right here for you.  See?

                        JACKSON
                Every day, all day, and at night in
                my dreams.  Ouch!

Jackson grimaces in pain.

                        AUTUMN
                What happened?  Are you okay?...

He reaches into his pocket and pulls out the box.

                        AUTUMN
                   (delighted)
                It's for me?  What is it?

                        JACKSON
                Open it.

She opens the box and finds the silver necklace.

                        AUTUMN
                It's beautiful.

                        JACKSON
                She's an angel.  To protect you.

He helps her put the necklace on.

She runs her hand down his cheek, outlining his features...

On the inside of her wrist, we see a RED BUTTERFLY TATTOO.

                        AUTUMN
                You're the sweetest man.

They kiss passionately.  He unbuttons her blouse...

16      **INT. CHANCE FAMILY ROOM – NIGHT (LATER)**

Two empty glasses and some leftover take-out sit on the
coffee table.  Autumn lies on the sofa wearing Jackson's
shirt.  She caresses his scar.

14.

                    AUTUMN
          I don't want you going back for
          another surgery.

                    JACKSON
          Sweepee.  Don't worry --

                    AUTUMN
          Do you remember the pain?

                    JACKSON
          Another surgery could stop my
          seizures once and for all.  It
          could fix me.

                    AUTUMN
          Or blind you.  And there's nothing
          to fix.  In ancient times,
          epileptics were revered as mystics.
          They were warriors, who could see
          and do amazing things, even talk to
          the Great Spirit herself.

                    JACKSON
          Well, I don't know if I believe in
          all of that.  You're saying the
          Great Spirit is a girl?

                    AUTUMN
          Yes.  And she made you this way
          because you are meant to do amazing
          things.  She speaks it to me.

                    JACKSON
               (alarmed)
          She speaks to you?  When?

                    AUTUMN
          When it's important.  Why?

          Troubled, but not wanting a conflict, he changes speeds.

                    JACKSON
          So what does she say?...
               (like a little girl)
          *Hi, Autumn.  It's going to be cold
          out tomorrow.  Better wear your
          sweater.*

                    AUTUMN
               (charmed)
          No, Mr. Smarty Pants.  She says she
          has a special plan for me...

15.

Autumn rises and picks up the empty glasses.  She glides
gracefully toward the kitchen.

> AUTUMN
> And an even more important plan for
> you.

17      **INT./EXT. CHANCE KITCHEN/BACKYARD - NIGHT**

Autumn turns on the sink faucet and refills the glasses.
Through the window she looks out into the backyard...

THREE BLACK WOLVES surround the shed.

Autumn picks up the glasses.  She looks out again...

Lightning flickers:  THREE BLACKWOLF INDIANS surround the
cave.

Within the cave stands Azrael.

Autumn drops the glasses.  CRASH!  They shatter!

Jackson enters, concerned.

> JACKSON
> You okay?  What happened?

> AUTUMN
> (trembling)
> I'm fine.  Just an accident.

He looks out the window...

The three black wolves surround the shed.

> JACKSON
> Whoa!  I see 'em.  Looks like the
> wolves are out back again...

Her hand finds his chest.

> JACKSON
> Don't worry.  I'll give animal
> control a call in the morning.

> AUTUMN
> (still trembling)
> Help me clean this mess.

16.

                         JACKSON
                    It's okay, Sweepee.  They're not
                    gonna hurt us.  Blackwolf Valley is
                    their home too...

Frazzled, she struggles to wipe up the broken glass.

                         JACKSON
                    You saw something else didn't you?

                         AUTUMN
                    But they didn't see me.  My
                    necklace hid me from them.

                         JACKSON
                    I think it's time I got rid of that
                    shed.

                         AUTUMN
                    Don't you dare.  That shed holds
                    captive evil things.  Things that
                    belong in the darkness.  Jackson
                    Michael Chance, you promise me you
                    won't.  Swear it to me.

She puts out her pinkie finger.

                         JACKSON
                    Did you see something else?

                         AUTUMN
                    We can't change who we are.  I'm a
                    mystic, like you.  Now promise me.

He hesitantly wraps his pinkie around hers.

                         JACKSON
                    I promise.


18      **INT. CAVE - NIGHT (DREAM)**

Autumn moves through a dark, bluish toned cavern.  Her
necklace GLOWS white.  WHISPERING VOICES whistle past her and
echo down the corridor.  She moves into a narrow tunnel.

Jackson viciously seizures on the gravel floor.  His bloodied
body and head beat against the rocks.

Azrael stands over him.  From underneath a hooded cloak,
Azrael pulls a handful of purple feathers.  Jackson's body
stops shaking.  Azrael scatters the feathers over him.

17.

LIGHT PARTICLES elevate from Jackson's body and form a CELESTIAL AURA.  His Aura floats upward, but the feathers begin to smother it.  In pain, his Aura fights desperately for freedom, but the feathers fuse together and violently capture it.

His Aura becomes a purple, floating, feathered, beastly GRIM.

Autumn SCREAMS...

                                        CUT TO:


19    **INT. CHANCE BEDROOM - DAWN**

Autumn snaps up in her bed.  Terror holds her mouth open, but she's incapable of making a sound.  Tears pour down her face.

Jackson sleeps peacefully.  Relief quenches her.

Hanging from the ceiling above, the dream catchers GLOW.

                    AUTUMN
                (whispering)
        You must save him from this.  I
        will do anything you ask.  Please.
        I beg you --

The VOICE of a YOUNG GIRL responds, tinged with urgency:

                    YOUNG GIRL (V.O.)
        Good men fall many times, but rise
        up again.  Evil men are brought
        down by a single disaster.  Is he a
        good man?

                    AUTUMN
                (whispering)
        I believe.

                    YOUNG GIRL (V.O.)
        All things are connected.  In the
        final moment, a vision quest
        begins.  Take with you a dream
        catcher and find the totem.  My Elk
        will be your guide.

The glow fades from the dream catchers.  Autumn studies Jackson.  Determination takes hold of her.

She jumps out of bed and quickly dresses.  Jackson grumbles, rolls over, and falls back asleep.

She grabs a small dream catcher and ties it to her belt.

18.

Opening the window curtains, she looks out into the backyard.

20      **INT./EXT. CHANCE BEDROOM/BACKYARD - DAWN**

A large RED ELK stands in the grass.  It's a bull, nearly six-
feet-tall, with full antlers.

21      **EXT. FOREST HIGHWAY, LYNX VALLEY - DAY**

Danny Wilde's song "Time Runs Wild" begins to play as...

We AERIAL IN on the pickup speeding down a highway surrounded
by rugged, forest mountains and a sea of fir trees.

22      **INT./EXT. PICKUP TRUCK/FOREST HIGHWAY - TRAVELING - DAY**

The song now plays from the radio.  Autumn sings along:

                        AUTUMN
                *Cause time runs wild!  Time runs
                free!  Time runs wild like the
                child that's living inside of me!*

Running along the right-hand side of the highway, through the
trees, is the Elk.  Autumn watches it cut through the woods,
then disappear.

The pickup rounds a sharp right bend in the highway.

The Elk stands defiantly in the road.

Autumn screams, then slams on the brakes.  The pickup
screeches to a halt, just feet from the Elk.

23      **INT./EXT. PICKUP TRUCK/FOREST HIGHWAY - DAY**

She composes herself, then clicks off the radio.

The Elk casually enters the dense woods and moves down a dirt
road.

24      **INT./EXT. PICKUP TRUCK/LYNX TRADING POST - TRAVELING - DAY**

Autumn drives down the dirt road and comes upon the open gate
of a tall, wooden fence.  Its sign reads, "Trading Post".

She drives through the gate and into a small parking lot.

Glancing around, she realizes the Elk is gone.

19.

25      **INT. LYNX TRADING POST - DAY**

Autumn enters.  The post is filled with various Native
American arts and crafts, but contains no people.

                    AUTUMN
            Hello?  Is anyone here?

Her eyes comb over various pieces of jewelry, then come upon
a number of dream catchers.  She picks one up and examines
the feathers and beads that hang from its webbed hoop -- it
is much larger and nicer than her own.

Looking through its netting, she sees an open back door.


26      **EXT. LYNX VILLAGE - ESTABLISHING - DAY**

Behind the post, Autumn finds an old, dilapidated village.

A gravel road runs along a row of tiny houses.  To her left
is a large sweat lodge.  Dozens of unfinished totem poles
litter the grass throughout.  At the village center is an
open field.  Within it, a murky pond.

LYNX INDIANS are scattered across the property.  The MEN
carve, chop, and paint totems.  The WOMEN weave dream
catchers and tend to the CHILDREN.

A tattered fence acts as a perimeter for the entire property.

Dream catchers hang all along it.


27      **EXT. LYNX VILLAGE FIELD - DAY**

Autumn moves toward a work bench out in the field.  Sitting
at it is a Lynx girl, KIMI, 10, innocent, sweet.  Next to her
is a Lynx Shaman, THUNDERBEAR, worn, wise, 60's.  Kimi weaves
a dream catcher, while he instructs.

                    AUTUMN
            What a beautiful dream catcher.

                    KIMI
            Grandfather is teaching me how.

                    AUTUMN
            I'm sure he's very proud.  Your
            work is exceptional.  May I sit?

Kimi studies Autumn curiously -- noticing the small dream
catcher hanging from her belt.

                          KIMI
                    Sure...

Autumn sits.

                          KIMI
                    I'm Kimi.

                          AUTUMN
                    Hi, Kimi.  I'm Autumn...
                          (to Thunderbear)
                    Hello, Sir.

She extends her hand.  Thunderbear accepts it graciously --
taking note of her Red Butterfly tattoo.

                          THUNDERBEAR
                    Welcome, Child.  My people call me
                    Thunderbear.

                          AUTUMN
                    Your shop is amazing.

                          THUNDERBEAR
                    And your kind words are
                    appreciated.

                          KIMI
                    Put your hand out here.

                          THUNDERBEAR
                    Mind your tongue, Little One.

Kimi withdraws, embarrassed.

                          AUTUMN
                    It's okay.  I don't mind.

Autumn slides her hand out.  Kimi studies it, then slides her
own hand out to reveal a RED BUTTERFLY TATTOO.

                          KIMI
                    Our spirits are connected!  Made so
                    by the Butterfly.

                          AUTUMN
                          (taken aback)
                    I'll be.  They are.

                          KIMI
                          (delighted)
                    May we go for a walk,
                    Grandfather?...

21.

He nods, yes.  Kimi jumps up from the bench and takes
Autumn's hand.  Their pinkies interlock.  Thunderbear joins
them.  Kimi takes his hand.  They walk through the field.

                    KIMI
               (off Autumn's tattoo)
          Did you know that butterflies
          represent love?  They were made in
          the image of the Eternal Light.
          She is the guide to our mother, the
          Great Spirit.

Autumn smiles -- Kimi's just adorable.

                    AUTUMN
          Then we better make sure to follow
          the Eternal Light.

Kimi nods, absolutely.

They come upon a group of totem poles lying in the grass.
Autumn studies them intensely.  Kimi notices and is eager to
please.

                    KIMI
          Each totem holds a special power.

                    AUTUMN
          There are so many.  How do you
          choose the right one?

                    KIMI
          You don't, Silly.  It chooses you.
          Right, Grandfather?

                    THUNDERBEAR
          It is written.

                    KIMI
          After the pole has chosen, it can
          be planted.  Then your story and
          the totem's become one.

                    AUTUMN
          I don't have a totem pole.  Do you
          think I should?

Kimi nods, yes.

28        **EXT. FIELD POND - DAY**

They come upon another group of totem poles in the grass.

22.

                    KIMI
          These are pretty.

Autumn studies them, then something grabs her attention:

WHISPERING VOICES come from underneath the pond's surface.

The murky water clears to reveal a charred TOTEM POLE.  It is
tied down, deep beneath the surface.

                    AUTUMN
          That one.

                    KIMI
          That's for turtles, not people.

                    AUTUMN
          It speaks to me.

                    THUNDERBEAR
          This is nothing more than a rotten,
          old remnant.

                    AUTUMN
          It's perfect.  I must have it.

                    THUNDERBEAR
          Why would you ask for this totem?
          There are so many that are more
          beautiful.

                    AUTUMN
          Most of my life I have seen and
          heard the world in ways that few
          can.  I know this totem is special.
          It has chosen me.

Lynx Indians curiously migrate toward the pond.

Thunderbear's eyes find Kimi, then return to Autumn.

                    THUNDERBEAR
          Your heart is kind.  Take with you
          any other totem as a token of your
          friendship to us, the Lynx people.

                    KIMI
          Grandfather, is it not for the
          totem to decide?

                    THUNDERBEAR
          Hush, Little One.

                    JACKSON
          Yep.  They were at Evergreen
          together.  Since they were little.

                    NEROWE
          Those people are disgusting.  The
          things they did.  I can't believe
          it took the state so long to shut
          them down.

                    JACKSON
          Yep.  Gotta be tough as nails to
          come through that.

                    NEROWE
          She ever talk about her life there?

                    JACKSON
          Nope.  I asked once.  Wouldn't tell
          me.  Said she didn't want it
          changing the way I looked at her.

A knock comes from the kitchen window.

31    **INT./EXT. CHANCE KITCHEN/BACKYARD – AFTERNOON (SAME TIME)**

Autumn knocks on the glass.  She waves and smiles.

We see Jackson and Nerowe wave, then resume digging.

She cleans.  Watching from the doorway is Agent Miller.

                    AGENT MILLER
          You avoiding me?...

Startled, she turns to face him.

                    AGENT MILLER
          Haven't said two words to me since
          I got here.

                    AUTUMN
          Samuel, you scared me.  No, I'm not
          avoiding you, Sweetheart.  Just a
          busy bee today.

                    AGENT MILLER
          Anything I can help you with?

                    AUTUMN
          That's sweet of you...

She grabs two filled garbage bags.

28.

                    AUTUMN
          Will you take these out for me?

He takes the bags.

                    AGENT MILLER
          Lot of exciting things happening at
          work.  Maybe we can grab dinner
          this week?  Just you and me.  Like
          old times.

                    AUTUMN
          Aww.  That would be nice, but you
          know I can't do that.  We talked
          about this... remember?

                    AGENT MILLER
          Autumn.  When you were in the
          hospital, it made me realize how
          much I missed you.  And that I...
          that I need you to know, that I --

                    AUTUMN
              (stop)
          Samuel.  It's wonderful to see you.
          And I will always love you... as my
          dear friend.  I am proud of your
          accomplishments and admire your
          strength.  I don't want to ever
          lose your friendship.  Okay?...

She kisses his cheek, then heads for the door.

                    AUTUMN
          I'm glad you could come today.

She exits.

Devastated, he drops the bags.

Through the glass, he watches her hug Jackson.  Despair takes
him, then anger.  With bitter contempt, he points his finger
at Jackson, cocks his thumb, and pretends to SHOOT...

                    STELLA (O.S.)
          Bang!

Wheeling around, he finds Stella pointing her finger at him.
He grabs his chest and groans.  Stella laughs, but Agent
Miller turns dead serious.

He draws his GLOCK G22, puts the barrel of the gun to her
forehead, and pulls back the hammer.  She goes WHITE.

29.

Stella shakes in terror.

> AGENT MILLER
> Bang.

> ANA (O.S.)
> (from the family room)
> Stella!  Where are you?...

Agent Miller holsters his firearm and flips the switch --
he's all smiles again.  Ana enters.

> ANA
> (to Stella)
> There you are.

> AGENT MILLER
> (to Ana)
> Got yourself a Little Shooter
> there.  Real Cutie Pie.

> ANA
> She's not bothering you is she?

> AGENT MILLER
> Nah.  I love kids.

Terrified, Stella grabs hold of Ana's leg.

> ANA
> (troubled)
> It's okay, Honey.

> AGENT MILLER
> Didn't mean to scare her.

> ANA
> She must be getting tired.

> AGENT MILLER
> Nice meeting you, Stella...
> (to Ana)
> Guess I'm gonna run outside and
> help these guys before I leave.

> ANA
> Sure thing.  Good to meet you, Sam.

Agent Miller nods in agreement, then slips out the door.

32     **EXT. CHANCE BACKYARD - AFTERNOON**

Jackson and Nerowe crouch down and grip the totem pole.

30.

                    AUTUMN
          Wait!

Autumn approaches Jackson.  She kisses his forehead, then
removes her silver necklace.  She puts it around his neck.

                    JACKSON
          No.  She's your angel.

                    AUTUMN
          I've asked her to protect you.

Jackson and Nerowe grip the totem and raise it up.

Groaning, they struggle to tilt the totem upright.

A coughing spell takes Nerowe.  The totem buckles.  Agent
Miller jumps in.

                    AGENT MILLER
          I got it.

Nerowe steps back, coughing.

Jackson and Agent Miller tilt the totem into the hole.  BOOM!
It drops in.

AUTUMN'S POV

SAINT ELMO'S FIRE circles Jackson and Agent Miller.

The totem pole IGNITES into flames.  The two men IGNITE.

BACK TO SCENE

Autumn SCREAMS wildly!  She falls back into the grass.

All three men rush to her side.  They have not seen or felt
any of this.  All is as it should be.

                    NEROWE
          Autumn, you're okay.  Listen to me.
          Everything is okay...

Clutching the grass, she continues to scream.

Ana enters the yard.

                    NEROWE
          Ana!  Get my blue bag!  It's in the
          SUV!

31.

33      **INT. CHANCE BEDROOM - DUSK**

Autumn sleeps.  Ana and Stella sit quietly on the bed.
Stella holds Autumn's hand.

                    STELLA
              She's dreaming, Mama.

                    ANA
                 (whispering)
              I know, Honey.  Come on.  Let her
              sleep.

Ana exits.  Following her mother, Stella looks back to see...

STELLA'S POV

The dream catchers GLOW.


34      **INT. CHANCE GARAGE - DUSK**

Distraught, Jackson punches a heavy bag.  Nerowe enters.

                    NEROWE
              Sam had to head to work...
                 (coughing)
              Damn this cough!  I gave Autumn
              something to help calm her down.
              She'll be up in an hour or so.  Do
              you want me to stay?

                    JACKSON
              I can handle it.

                    NEROWE
              It's no problem...
                 (off Jackson's glare)
              Alright.  If you're sure, we'll go.

                    JACKSON
              Willy.  What's a mystic?

Nerowe coughs again.  He clears his throat.

                    NEROWE
              Mystics are people who can connect
              with other realities.

                    JACKSON
              Is Autumn one?

28.

                        AUTUMN
              Will you take these out for me?

He takes the bags.

                        AGENT MILLER
              Lot of exciting things happening at
              work.  Maybe we can grab dinner
              this week?  Just you and me.  Like
              old times.

                        AUTUMN
              Aww.  That would be nice, but you
              know I can't do that.  We talked
              about this... remember?

                        AGENT MILLER
              Autumn.  When you were in the
              hospital, it made me realize how
              much I missed you.  And that I...
              that I need you to know, that I --

                        AUTUMN
                   (stop)
              Samuel.  It's wonderful to see you.
              And I will always love you... as my
              dear friend.  I am proud of your
              accomplishments and admire your
              strength.  I don't want to ever
              lose your friendship.  Okay?...

She kisses his cheek, then heads for the door.

                        AUTUMN
              I'm glad you could come today.

She exits.

Devastated, he drops the bags.

Through the glass, he watches her hug Jackson.  Despair takes
him, then anger.  With bitter contempt, he points his finger
at Jackson, cocks his thumb, and pretends to SHOOT...

                        STELLA (O.S.)
              Bang!

Wheeling around, he finds Stella pointing her finger at him.
He grabs his chest and groans.  Stella laughs, but Agent
Miller turns dead serious.

He draws his GLOCK G22, puts the barrel of the gun to her
forehead, and pulls back the hammer.  She goes WHITE.

29.

Stella shakes in terror.

                    AGENT MILLER
          Bang.

                    ANA (O.S.)
               (from the family room)
          Stella!  Where are you?...

Agent Miller holsters his firearm and flips the switch --
he's all smiles again.  Ana enters.

                    ANA
               (to Stella)
          There you are.

                    AGENT MILLER
               (to Ana)
          Got yourself a Little Shooter
          there.  Real Cutie Pie.

                    ANA
          She's not bothering you is she?

                    AGENT MILLER
          Nah.  I love kids.

Terrified, Stella grabs hold of Ana's leg.

                    ANA
               (troubled)
          It's okay, Honey.

                    AGENT MILLER
          Didn't mean to scare her.

                    ANA
          She must be getting tired.

                    AGENT MILLER
          Nice meeting you, Stella...
               (to Ana)
          Guess I'm gonna run outside and
          help these guys before I leave.

                    ANA
          Sure thing.  Good to meet you, Sam.

Agent Miller nods in agreement, then slips out the door.

32      **EXT. CHANCE BACKYARD - AFTERNOON**

Jackson and Nerowe crouch down and grip the totem pole.

30.

                        AUTUMN
            Wait!

Autumn approaches Jackson.  She kisses his forehead, then
removes her silver necklace.  She puts it around his neck.

                        JACKSON
            No.  She's your angel.

                        AUTUMN
            I've asked her to protect you.

Jackson and Nerowe grip the totem and raise it up.

Groaning, they struggle to tilt the totem upright.

A coughing spell takes Nerowe.  The totem buckles.  Agent
Miller jumps in.

                        AGENT MILLER
            I got it.

Nerowe steps back, coughing.

Jackson and Agent Miller tilt the totem into the hole.  BOOM!
It drops in.

AUTUMN'S POV

SAINT ELMO'S FIRE circles Jackson and Agent Miller.

The totem pole IGNITES into flames.  The two men IGNITE.

BACK TO SCENE

Autumn SCREAMS wildly!  She falls back into the grass.

All three men rush to her side.  They have not seen or felt
any of this.  All is as it should be.

                        NEROWE
            Autumn, you're okay.  Listen to me.
            Everything is okay...

Clutching the grass, she continues to scream.

Ana enters the yard.

                        NEROWE
            Ana!  Get my blue bag!  It's in the
            SUV!

33       **INT. CHANCE BEDROOM - DUSK**

         Autumn sleeps.  Ana and Stella sit quietly on the bed.
         Stella holds Autumn's hand.

                             STELLA
                   She's dreaming, Mama.

                             ANA
                        (whispering)
                   I know, Honey.  Come on.  Let her
                   sleep.

         Ana exits.  Following her mother, Stella looks back to see...

         STELLA'S POV

         The dream catchers GLOW.


34       **INT. CHANCE GARAGE - DUSK**

         Distraught, Jackson punches a heavy bag.  Nerowe enters.

                             NEROWE
                   Sam had to head to work...
                        (coughing)
                   Damn this cough!  I gave Autumn
                   something to help calm her down.
                   She'll be up in an hour or so.  Do
                   you want me to stay?

                             JACKSON
                   I can handle it.

                             NEROWE
                   It's no problem...
                        (off Jackson's glare)
                   Alright.  If you're sure, we'll go.

                             JACKSON
                   Willy.  What's a mystic?

         Nerowe coughs again.  He clears his throat.

                             NEROWE
                   Mystics are people who can connect
                   with other realities.

                             JACKSON
                   Is Autumn one?

32.

>           NEROWE
> She believes she is, but there's no
> such thing.  She has Schizophrenia.
> It plays nasty tricks on her mind.

Jackson stops punching.

>           JACKSON
> I thought you stopped it?

>           NEROWE
> We're controlling it, but she has
> to take her medication.  Did she
> take all of her doses today?

>           JACKSON
> I think so.

>           NEROWE
> You have to know so!  Without
> medicine, she can't distinguish
> between what's real and what isn't.

>           JACKSON
> But how can we really know what is
> real?  I mean, sometimes I see
> things.  Strange things.

>           NEROWE
>      (exasperated)
> You're kidding me with this, right?
> What you and I see is real.
> Anything beyond that is not.  This
> won't be a debate.  If she has
> another spell, she's going back in.

Nerowe strikes the heavy bag, then exits.

35      **INT./EXT. CHANCE KITCHEN/BACKYARD - NIGHT**

Standing inside the kitchen, Autumn stares out the window.

AUTUMN'S POV

Lightning flickers:  The cave and the burning totem.

From within the cave, Azrael stares out at Autumn.

>           AZRAEL
> I see you, Mystic.

BACK TO SCENE

33.

Jackson enters.

> JACKSON
> Willy wanted me to make sure you
> were taking all your medicine.

> AUTUMN
> I don't need medicine.  The Great
> Spirit will take care of me.

> JACKSON
> Goddammit, Autumn!  It's up to us
> to take care of each other!

> AUTUMN
> Don't talk like that!  She takes
> care of us.  She saves us from
> ourselves.

His body locks up.  He falls to the floor and seizures.

> CUT TO:

36      **INT. PICKUP TRUCK - NIGHT**

Fire envelops Jackson.

Purple feathers smother his body and face.

> CUT TO:

37      **INT. CHANCE KITCHEN - NIGHT - CONTINUOUS**

Gasping for air, Jackson comes to.  Autumn wipes sweat from
his brow, then helps him lean against the stove.

> AUTUMN
> Your seizures are getting worse.

> JACKSON
> I'm sorry I lost my temper.  I just
> want us to have what everybody else
> has.

> AUTUMN
> Do you love me?

> JACKSON
> More than anything.

> AUTUMN
> Do you know that I love you?

34.

                         JACKSON
                Do you?

                         AUTUMN
                Yes!  Promise me you know this.
                That I would never do anything to
                hurt you.  Promise.

        He puts out his pinkie finger.  Her pinkie finds his.

                         JACKSON
                I promise.


38      **INT. CHANCE BEDROOM - NIGHT**

        Jackson struggles to stay awake.  Nestled against him, Autumn
        sleeps.  His eyes flicker, then close.


39      **EXT. CHANCE BACKYARD - NIGHT**

        Wind CRACKLES and WHISPERS past the shed and totem pole.


40      **INT. CHANCE BEDROOM - NIGHT**

        Autumn awakes.

        She moves to the window and stares out into the backyard.


41      **INT./EXT. CHANCE BEDROOM/BACKYARD - NIGHT**

        Lightning flickers:  The cave and the burning totem.

        A crackling GROWL bellows from inside the cave.


42      **INT. CHANCE BEDROOM - NIGHT**

        Autumn pulls Jackson's keys from his pants.


43      **INT. CHANCE HALLWAY - NIGHT**

        She moves through the hallway.


44      **INT. CHANCE KITCHEN - NIGHT**

        She opens the back door and exits.

35.

45      **EXT. CHANCE BACKYARD - NIGHT**

Through the darkness, Autumn moves toward the shed and the totem pole.

Lightning flickers:  The cave and the burning totem.

Inside the cave stands Azrael.  She faces him.

> AZRAEL
> The Shaman and his tribe possess
> the key to immortality.  You will
> lead me to them, Mystic.  Take me
> to the Eternal Light and I will
> grant any wish you desire.

> AUTUMN
> I am the Great Spirit's faithful
> servant and will never assist you.
> She led me to her totem, so that
> you would be destroyed!

Azrael HISSES in anger...

> AZRAEL
> No, Foolish Child!  She led you to
> my totem!

Over her shoulder, Autumn hears YELPS.  She turns to find THREE BLACKWOLF INDIANS moving in.  They surround her.

She turns back to face the cave.  The lightning stops.

Autumn faces the shed.

Trapped, she pulls the keys and begins to open the lock on the shed door.  She pulls the lock off just as...

Vicious SNARLS close in on her.  Autum SCREAMS!

                                        CUT TO:


46      **INT. CHANCE BEDROOM - NIGHT (SAME TIME)**

Jackson snaps up.  He turns to find Autumn missing.

He grabs a MAGLITE off the bed stand and exits.


47      **INT. CHANCE HALLWAY - NIGHT**

He runs through the hallway.

36.

48      **INT. CHANCE KITCHEN - NIGHT**

He sees the open kitchen door.

49      **EXT. CHANCE BACKYARD - NIGHT**

Through the door's cracked edges, he sees light coming from
inside of the shed.   THREE WOLVES claw at the closed door,
attempting to enter.

                    JACKSON
          Autumn!

The silver necklace on Jackson's neck begins to GLOW.

Jackson strides for the shed.   In one whirlwind motion, he
SMASHES all three wolves with the MAGLITE, scaring them off.

He pulls the shed door open just as...

Heat lightning illuminates the sky.

His brain is blasted with an internal electrical surge.   He
collapses into the grass -- it's a Grand Mal seizure.

Heat lightning illuminates the yard.

Shaking in the grass, Jackson SEES into...

50      **INT./EXT. CAVE/CHANCE BACKYARD - NIGHT**

The cave.

Autumn lies on the gravel floor.   She bleeds profusely, her
body shredded by the blades of axes and daggers.

Azrael stands above her.   He scatters purple feathers over
her body, then turns to face Jackson.

AZRAEL'S POV

The backyard, but no Jackson.

BACK TO SCENE

Jackson's necklace continues to glow.

His shaking subsides.   The lightning stops.

From the grass, he sees into...

51      **INT./EXT. SHED/CHANCE BACKYARD - NIGHT**

The shed.

Autumn lies alone in a pool of blood, wrapped in her Purple Feather Jacket.  She bleeds profusely, her body mauled by the teeth and claws of wolves.  Jackson crawls toward her.

> JACKSON
> Oh, no.  God, no.

> AUTUMN
> (weakly)
> Love will have the last word.

> JACKSON
> Don't talk like that.  You're gonna be fine.  You're fine, Autumn.

> AUTUMN
> You must find the Shaman.  Find Thunderbear.  Begin your quest.

Her eyes close.

> JACKSON
> (shaking her)
> Autumn!  Stay awake!  Stay awake! I saw him.  Tell me who did this.

Autumn opens her eyes.  She lifts her hand up and outlines his face, smearing blood all over him.

> AUTUMN
> You must believe.

> JACKSON
> You have to stay awake!  I saw him, Sweepee.  Tell me who did this.

> AUTUMN
> Azrael.

The light leaves Autumn's eyes.

> JACKSON
> No.  Autumn, no.  Don't leave me. I believe.  Please don't leave me. Autumn!

38.

52     **EXT. CEMETERY — DAY**

A group of MOURNERS huddle around a casket.  Among them are Nerowe, Ana, Stella, and Agent Miller.  Jackson, front and center, is lifeless.  A MINISTER, 40's, speaks to the group.

>                    MINISTER
>          Now, a prayer from the 23rd
>          Psalm...

The mourners each open a small PRAYER CARD.  The cover shows an angel.  On the inside of the card is a sketch of Autumn to the left and the "23rd Psalm" to the right.

>                    MINISTER
>          The Lord is my shepherd, I shall
>          not want.  He makes me lie down in
>          green pastures.  He leads me beside
>          still waters.  He restores my soul.
>          He leads me in paths of
>          righteousness for His name's
>          sake...

Jackson's hand crushes the prayer card in anger.  The crumpled paper falls to the grass.


53     **EXT. CEMETERY — DAY (LATER)**

One by one, the mourners come forward to set flowers on the casket.  Nerowe stops short of Jackson.  He coughs viciously, then picks up the crumpled prayer card and pockets it.

Agent Miller pulls a flask from his pocket and takes a big swig.  He moves unsteadily toward the casket and lays his hand upon it.

>                    AGENT MILLER
>               (in an anguished whisper)
>          I love you.  I've always loved
>          you...

Insane with grief, his open hand becomes a fist.  He turns to face Jackson, then strikes him in the face.  Nerowe and THREE MEN fight to pull Agent Miller off of the lifeless Jackson.

>                    AGENT MILLER
>          Goddamn you!  Goddamn you to hell!

The men drag Agent Miller away.  He HOWLS in anger.

Ana helps Jackson get his bearings.

39.

54      **EXT. CEMETERY - AFTERNOON (LATER)**

Jackson stands alone -- the mourners are gone.

CEMETERY WORKERS prepare the casket.

From a distance, Thunderbear watches.

Jackson and Thunderbear lock eyes...

CLICK!  CLICK!  CLICK!  CLICK!  The cemetery workers lower the casket, momentarily diverting Jackson's attention.

His eyes return to find...

Thunderbear is gone.

55      **EXT. CEMETERY - DUSK**

Jackson lies in the grass staring at the dirt-filled hole. He studies the necklace around his neck, then closes his eyes.

56      **EXT. CEMETERY - NIGHT (DREAM)**

Lilly, dressed as a cemetery worker, awakens Jackson.

                    LILLY
            Say, Boo.  Get on up now.  If ya
            intend on lyin' down ta die, ya
            can't do it here.

                    JACKSON
                (groggily)
            This is a cemetery.

                    LILLY
                (angrily)
            But dis ain't yar cemetery!

Confused, Jackson realizes something.  He rises.

                    JACKSON
            Do I know you?

                    LILLY
            I'm de one whose cemetery ya tryin'
            ta die in.

40.

                    JACKSON
          I know you.  You're the woman from
          the shop.  The one who sold me
          this.

He takes off the silver necklace.

                    LILLY
          Boo, get on home now.

                    JACKSON
          Who are you, Lilly?

                    LILLY
          I want ya out of dis place!

She moves off into the darkness.

                    JACKSON
          Autumn is dead!  Your angel didn't
          protect her!

He throws the necklace at Lilly.  It hits her and falls to
the earth.  She picks it up.

                    LILLY
              (sternly)
          In de ancient times, epileptics was
          revered as mystics.  Day was
          warriors, who could see and do
          amazin' things, even talk to de
          Great Spirit herself.  Dis is <u>her</u>
          will.  It is written.

Lilly throws the necklace back to Jackson.  He catches it.

Before he can speak, she is gone.

                                        CUT TO:


57        **EXT. CEMETERY - NIGHT**

          Jackson abruptly awakens and finds the necklace hanging from
          his neck.  Hastily, he rises and exits.


58        **EXT. CHANCE BACKYARD - NIGHT**

          Visibly drunk, Agent Miller teeters into the yard.  He pulls
          his flask and takes a swig, spilling on himself.

41.

>                    AGENT MILLER
>                (slurring)
>           Chance.  You stole her from me.
>           You think I don't know?  You killed
>           her...
>                (facing the totem)
>           Autumn.  My sweet Autumn...

He stumbles forward, trips, and SMACKS his head on the totem
pole.  Falling back into the grass, he opens his eyes...

AGENT MILLER'S POV

The burning totem.

BACK TO SCENE

Mortified, he shakes his head and rubs his eyes...

AGENT MILLER'S POV

The totem pole.

BACK TO SCENE

>                    AGENT MILLER
>                (enraged)
>           Stupid Injun stick!  I hate you!
>           Retarded Injuns!  I will find
>           you!...

59      **INT./EXT. CAVE/CHANCE BACKYARD – NIGHT (SAME TIME)**

From inside the cave, we see out into the yard.

AZRAEL'S POV

Agent Miller clumsily rises and moves toward the woods.

BACK TO SCENE

He turns, then pulls his GLOCK G22.

POP!  POP!  He fires off two wild rounds at the totem pole.

>                    AGENT MILLER
>           I will kill you all!

He turns and stumbles into the woods.

60      **EXT. CHANCE DRIVEWAY - NIGHT**

The pickup pulls up into the driveway and stops.  Jackson hastily exits and moves toward the garage.

61      **INT. CHANCE GARAGE - NIGHT**

Jackson rummages through the garage's contents and grabs a hockey stick.

62      **EXT. CHANCE BACKYARD - NIGHT**

Jackson faces the shed.  He takes a deep breath and raises the hockey stick.

YELLING at the top of his lungs, he charges the shed.

63      **INT. SHED - NIGHT**

Jackson rips open the door and swings the hockey stick wildly.  He smashes tools, boxes, and a lawn mower.

He clicks on the light switch and sees...

The Red Box.

64      **EXT. CHANCE BACKYARD/BACK WOODS - NIGHT**

Hidden in the trees, Agent Miller watches.

He raises his Glock G22 as...

Jackson carries the Red Box through the yard and heads toward the back door of the house.

Wobbling, Agent Miller takes aim.  His radio CRACKLES:

                    AGENT CHO
                 (from the radio)
              Agent Miller, come in...

He moves to turn the radio off, but trips over a branch and falls forward onto a tree stump -- gashing open his chest.

                    AGENT CHO
                 (from the radio)
              What's your location?

Cringing in pain, he clicks the radio off.

43.

65      INT. CHANCE FAMILY ROOM - NIGHT

        Jackson drags a glass table into the family room.  He rips
        open the Red Box and dumps its contents on the table.

        He finds sketches, dream catchers, books, Native American
        trinkets, and a RED ELK STUFFED ANIMAL.

66      INT./EXT. AGENT MILLER'S CAR/STREET - NIGHT

        In pain, Agent Miller staggers down the dark street toward
        his car.  Blood covers his shirt.  He pulls it off.  Through
        his undershirt, we see a dangerously deep, bloody gash on his
        chest.

        He opens the car door just as a black SUV turns the corner
        and moves toward him.  He falls into the car and pulls the
        door shut.

67      EXT. STREET/CHANCE HOME - NIGHT

        The SUV parks in the street.  Nerowe exits.

        He looks into the empty pickup parked in the driveway, then
        heads for the house.

        He knocks on the front door -- no answer.

68      EXT. CHANCE BACKYARD - NIGHT

        Nerowe knocks on the back door -- no answer.

        He attempts to turn the knob -- it's locked.

        Using his elbow, he breaks the door window.

69      INT./EXT CHANCE KITCHEN/BACKYARD - NIGHT

        Nerowe reaches through the broken window, unlocks the door,
        and enters.  Unbeknownst to him...

        A RED BUTTERFLY flutters into the kitchen.

70      INT. CHANCE FAMILY ROOM - NIGHT

        Nerowe finds Jackson sitting in a trance, holding the Red Elk
        stuffed animal.  Sketches are scattered all over the room.

44.

The Red Butterfly flutters into the family room and lands on a shelf.

>           NEROWE
> You never came by the house.
> Everybody was there...
>           (beat)
> Talk to me, Brother.

>           JACKSON
> Those weren't ordinary wolves.
> They were something else.  A dark
> spirit controls them.  They do his
> bidding...

Jackson points to the glass table.

Nerowe moves to it.  He sees a large sketch of Azrael, Blackwolf Indians, and the cave.

>           JACKSON
> Autumn wasn't crazy.  She was a
> mystic.  She hid me from him.  To
> protect me from capture.  He could
> not see me, Willy.

Nerowe's attention moves to a sketch of a Silverstick and a dream catcher.

>           NEROWE
> Jackson.  She had an affinity for
> Native American folklore because it
> helped restore her faith in
> humanity.  It was a fantasy she
> created to protect herself from the
> past.  The cave and the shed, they
> are the same.  A place to put away
> things that were too painful for
> her.  She was very troubled...

Nerowe's attention moves to a sketch of a Grim.  The letters "G-R-I-M" scroll across the top of the page.

>           NEROWE
> What's this?

>           JACKSON
> They're called Grims.  She's one of
> them now.  Trapped in darkness.

Nerowe faces Jackson.

                        NEROWE
                Look at me.  You're coming home
                with Ana, Stella, and I.

                        JACKSON
                The Shaman.  Thunderbear.  He knows
                where she has been taken.  He will
                help me save her.

                        NEROWE
                Give me your hand.

                        JACKSON
                Get away.

                        NEROWE
                Give me your hand.

                        JACKSON
                I said get away!

Jackson strikes a tall book shelf next to the table.  It
teeters, then calms.

                        NEROWE
                Okay.  Just relax.

                        JACKSON
                I don't want to relax!

Nerowe pulls a pill bottle, opens it, and offers two tablets.

                        NEROWE
                I know you're in pain.  We all
                loved Autumn.  Let me help you.
                Take these...

With his opposite hand, Nerowe pulls his cell phone and
dials.  Jackson snaps up and smacks the cell phone out of
Nerowe's hand.  The pills spill onto the floor.

Nerowe grabs Jackson and pins him against the wall.

                        NEROWE
                I'm trying to help!

                        JACKSON
                Get off!

Jackson braces his foot against the wall and shoves Nerowe
away.  Nerowe bounces off the book shelf, trips, and lands
under the corner of the glass table.

The book shelf teeters, then settles.

46.

                    NEROWE
          There's no dark spirit.

                    JACKSON
          You're wrong.  I'm mystic.  During
          my seizure, I saw him.  I saw --

                    NEROWE
          Azrael?

Jackson's jaw drops -- he's been betrayed.

                    JACKSON
          How do you know that name?

                    NEROWE
          Autumn told me.

                    JACKSON
          What?!  What do you mean?!

                    NEROWE
          In our sessions.  Azrael is her
          name for your epilepsy.  He's not
          real.  He's her manifestation of
          your personal demon.  A
          manifestation of her fear.

                    JACKSON
          You're wrong!  I am a warrior, just
          as Autumn said.  Thunderbear came
          to the cemetery.  He was there.

                    NEROWE
          Even if that's true, neither of you
          have mystical powers...
                    (coughing)
          Jackson.  Listen to me.  There are
          no words to express how sorry Ana
          and I are, but this wasn't your
          fault.  It was just a terrible,
          terrible accident.  Those wolves...
                    (grief takes him)
          She's gone, Brother.  No matter how
          hard it is to accept, she's gone.

                    JACKSON
          Azrael is real.  He has Autumn.
          She's in pain.  I must save her
          from him.  It is my quest!

Jackson storms out.  Nerowe sighs, regretfully.  He lies back
down and closes his eyes.

47.

71      INT. PICKUP TRUCK — TRAVELING - NIGHT

Jackson slams the door shut.  He starts the pickup and backs it down the driveway.

72      INT./EXT. AGENT MILLER'S CAR/STREET - TRAVELING - NIGHT

Agent Miller watches Jackson pull away.  He pulls the flask and empties it into his mouth, then tosses it to the floor.

Grimacing in pain, he starts his car and follows.

73      INT. CHANCE FAMILY ROOM - NIGHT

Nerowe lies under the corner of the glass table.  Coughing viciously...

He reaches up for the book shelf.  Grabbing it, he attempts to pull himself up.

The book shelf falls back toward him and shatters the table into a thousand pieces.  Glass hits his face.

He covers his head with his hands.  Dazed...

He pulls back his hands to reveal that a large piece of glass is stuck in his cheek.  Blood pours from his face.  He gasps for air.  Panicked, he freezes...

His eyes frantically search for his cell phone -- nothing.

Woozy, he momentarily loses consciousness, then comes to.

Fluttering above him, he spots the Red Butterfly.

It moves off toward the corner of the room and lands on his cell phone.

Faintly, he reaches for it, but falls short.  He tries again, but fails...

A pool of blood forms on the floor.

74      INT./EXT. AGENT MILLER'S CAR/CITY STREETS - TRAVELING - NIGHT

Agent Miller follows the pickup through the streets.  It makes a left turn.  He quickly cuts left down an alternative street.  He accelerates, then makes a hard right.

To his left is the Railroad-Port.

48.

75      **INT./EXT. PICKUP TRUCK/CITY STREETS - TRAVELING - NIGHT**

        Jackson turns left.

        To his right is the Railroad-Port.

        He pulls the silver necklace out from under his shirt and
        studies it -- nothing.  Frustrated, he takes it off and hangs
        it from the rear view mirror.

76      **INT./EXT. AGENT MILLER'S CAR/CITY STREETS - TRAVELING - NIGHT**

        Agent Miller spots the pickup heading right toward him.

        Enraged, he screams at the light that enter his front
        windshield and...

        Rips the steering wheel left.

77      **EXT. RAILROAD-PORT - NIGHT**

        Agent Miller's car rams the pickup.  The pickup launches over
        the car and flips upside down.  Both vehicles explode into
        flames.

78      **INT./EXT. PICKUP TRUCK/RAILROAD-PORT - NIGHT**

        Fire envelops Jackson.  Hanging upside down from a seat belt,
        he frantically fights to free himself.

        He elbows the cracked driver side window until it gives way,
        then resumes the fight to break loose.

        Lightning flickers:  Through the thick smoke...

        An incandescent glow moves quickly past the pickup.

79      **INT. AGENT MILLER'S CAR - NIGHT**

        The interior of the car is crumpled.  Agent Miller tries to
        open the door, but can't.  Fire burns around him.

        He searches for a way out, then finds a hole.  Punching at
        the twisted metal blocking his path, he fights to break free.

80      **INT./EXT. PICKUP TRUCK/RAILROAD-PORT - NIGHT**

        Radiating incandescently, Thunderbear reaches into the
        pickup.  He cuts the seat belt with a Silverstick.

49.

                    THUNDERBEAR
                (whispering)
            Do not let go of me or you will be
            seen.

Thunderbear pulls Jackson out.

81      **EXT. RAILROAD-PORT - NIGHT**

        Thunderbear pulls Jackson to his feet.  Hanging from the
        Shaman's waistband is a glowing dream catcher.

        Jackson looks down to find himself GLOWING.

        Azrael stands over them.

        Jackson begins to speak, but Thunderbear covers his mouth.

        Swiftly, Azrael snaps down to listen.  The horns projecting
        from his head nearly gore Jackson -- missing by only inches.

        AZRAEL'S POV

        The exterior of the Railroad-Port, but no Thunderbear or
        Jackson.

        BACK TO SCENE

        Thunderbear and Jackson (both incandescent) quietly slip past
        Azrael and head for the interior of the Railroad-Port.

        Agent Miller pulls himself free from the burning car.

        He sees Thunderbear pull Jackson into the Railroad-Port.

                    AGENT MILLER
                Chance!

        Agent Miller pulls his Glock G22 and stumbles after them.

        Unbeknownst to Agent Miller...

        Azrael stands behind him, watching closely.

        AZRAEL'S POV

        Agent Miller enters the Railroad-Port.

82      **INT. SHIPPING YARD, RAILROAD-PORT - NIGHT**

        Agent Miller tracks Thunderbear and Jackson through a maze of
        large shipping containers.

50.

Azrael follows Agent Miller.

83   **EXT. FREIGHT TRAIN, RAILROAD-PORT - TRAVELING - NIGHT**

Thunderbear and Jackson run alongside a moving freight train. They head for an open boxcar and jump in.

LYNX INDIANS (incandescent) pull them up into the boxcar, then close its sliding door shut.

84   **INT. BOXCAR, FREIGHT TRAIN - TRAVELING - NIGHT**

The Lynx Indians each hold a glowing dream catcher.

They circle Jackson.  His body locks up and falls.

His eyes flicker.  He seizures.

> THUNDERBEAR
> Remember brother, as you pass by.
> As you are now, so once was I.  As
> I am now, you soon shall be.  So
> prepare for death and follow me.

85   **EXT. FREIGHT TRAIN, RAILROAD-PORT - TRAVELING - NIGHT**

Agent Miller hobbles alongside the moving train and pulls himself up into the last boxcar.

86   **INT. LAST BOXCAR, FREIGHT TRAIN - TRAVELING - NIGHT**

Cringing in pain, Agent Miller lies on the boxcar floor. Blood seeps from his chest wound.  He blacks out.

87   **INT. BOXCAR, FREIGHT TRAIN - TRAVELING - NIGHT - CONTINUOUS**

Jackson comes to.  Thunderbear stands over him with two Silversticks.  He raises one of them up and plunges it into the floor -- just inches from Jackson's head.

> THUNDERBEAR
> You must learn to defend yourself.
> A great evil stands upon you.

> JACKSON
> Azrael.  He took Autumn.

51.

              THUNDERBEAR
        She is his now.  Hope you do not
        become the same.

Jackson rises.  He pulls the Silverstick.

              JACKSON
        I will save her.  Show me how.

              THUNDERBEAR
        Only the Great Spirit can save your
        wife.  Azrael blocks the way.

              JACKSON
        Then I will destroy him!

              THUNDERBEAR
        You are foolish.  A warrior cannot
        defeat Azrael.

Enraged, Jackson attacks.  He swings wildly at Thunderbear,
who effortlessly sidesteps him.

Jackson falls into the circle of Lynx Indians.  They shove
him back into the center of the ring.

              JACKSON
        She believed in you.  That you
        would help her.

He swings the Silverstick again.  Thunderbear blocks the
attack with his own Silverstick.

              THUNDERBEAR
        I am Shaman to the Tribe of Light,
        but no contest for Azrael.  You
        have planted his totem.  Now you
        are connected with death...

Thunderbear effortlessly picks Jackson up with one hand and
slams him hard into the floor.

Jackson GRUNTS in pain.  From the floor, he looks up to find
Thunderbear standing over him.

              THUNDERBEAR
        Only a Medicine Man can break
        Azrael's grip.

88      **INT. LAST BOXCAR, FREIGHT TRAIN - TRAVELING - NIGHT**

Agent Miller comes to.  Blackwolf Indians surround him.
Terrified, he crawls to the corner of the boxcar.

52.

Azrael appears.

>                    AZRAEL
>          You see many things.  What did you
>          see that brought you to this place?

Paralyzed by fear, Agent Miller tries to speak, but can't.

Azrael grabs his throat.

>                    AGENT MILLER
>               (choking)
>          I'm going insane.  This isn't real.

>                    AZRAEL
>          You planted my totem.  Now you see
>          I am real.  What was it that
>          brought you to this place?

>                    AGENT MILLER
>               (struggling for air)
>          An In-Injun.  And uh-uh man.

>                    AZRAEL
>               (hissing in anger)
>          Did the Injun carry a dream
>          catcher?

>                    AGENT MILLER
>          Yes.  And a silver spear.

>                    AZRAEL
>          The dream catcher hides the Shaman
>          and his tribe from me, but they
>          cannot hide from you.  You will
>          lead me to them...

Azrael pulls a handful of purple feathers and drops them.

>                    AZRAEL
>          Or you wear the cloak of the Grim.

From the feathers, a Grim forms.  The feathers fall away from the Grim's head to reveal...

Autumn's ghostly, pale, terrified face.  She screams in agony, but makes no sound.

>                    AGENT MILLER
>               (gasping)
>          Autumn!

53.

                    AZRAEL
          When the Eternal Light is
          extinguished, she will be yours.
          Yes, Child?

                    AGENT MILLER
          Yes.

     Azrael slams him into the wall.  Out cold, Agent Miller
     crumbles to the floor.

89     **INT. BOXCAR, FREIGHT TRAIN - TRAVELING - NIGHT - CONTINUOUS**

     Jackson struggles to his feet and faces Thunderbear.

                    JACKSON
          My friend is a powerful Medicine
          Man.  I will bring him to you.

                    THUNDERBEAR
          Is your Medicine Man mystic?  Does
          he believe?

                    JACKSON
          No.

                    THUNDERBEAR
          Then he will fail.

                    JACKSON
          Make him believe.  Prove to him
          this is real.

                    THUNDERBEAR
          To believe is to know, without
          proof.

                    JACKSON
          He can defeat Azrael.

                    THUNDERBEAR
          What makes you know this?

                    JACKSON
          Because I believe.

     Thunderbear wheels back.  He raises his Silverstick and
     strikes the floor.  A shock wave knocks Jackson down.

                    THUNDERBEAR
                (shaking his Silverstick)
          The Silverstick is your weapon...

54.

Thunderbear pulls a dream catcher from his waistband.

                    THUNDERBEAR
          The dream catcher your stealth...

He raises the dream catcher.

                    THUNDERBEAR
          Eveileb!...

The dream catcher glows.

                    THUNDERBEAR
          It will hide you and all which you
          touch from Azrael and his
          Blackwolf.  They are not made from
          the light of the Great Spirit...

He pulls a second dream catcher and tosses it to Jackson.

                    THUNDERBEAR
          But it will not hide you from the
          eyes of men.

Jackson rises.  He raises the dream catcher.

                    JACKSON
          Eveileb!

The dream catcher glows.

Thunderbear raises his Silverstick.  He swings it at Jackson,
who blocks the attack with his own Silverstick.  Thunderbear
swings again.  Jackson blocks.

                    THUNDERBEAR
          It is my duty to serve the Great
          Spirit.  This is why I relinquished
          Azrael's totem.  But with its
          planting, his evil has been made
          free...

Thunderbear's tempo increases.  He strikes blow after blow.
Jackson blocks and blocks, but is slowly pushed back.

                    THUNDERBEAR
          The Lynx people honor our Mother,
          her will be done.  But know this,
          Warrior.  If the Medicine Man dies,
          we will all live under the cloak of
          the Grim.  If he does not believe,
          my tribe will perish and the
          Eternal Light will be destroyed.
                    (MORE)

55.

                         THUNDERBEAR (CONT'D)
                    Darkness will live here for all
                    time and you will never see Autumn
                    again.

Thunderbear's Silverstick goes ELECTRIC.  He raises it up and
strikes down.  Jackson blocks, but is crushed to the floor.

He's out cold.

An OLD BLIND LYNX WOMAN moves toward him.

She pulls a thin red needle.

From the circle of Lynx Indians, Kimi watches fearfully.


90      **INT. HOSPITAL RECOVERY ROOM - DAWN**

A DOCTOR stands over a hospital bed.

Weeping, Nerowe lies in the bed.  His face is bandaged.  He
coughs viciously.  Ana and Stella are at his side.

                         DOCTOR
                    I'm so sorry, William.

The Doctor exits somberly.

                         ANA
                      (through tears)
                    You've got to stop crying.  The
                    bandages are getting wet.

                         NEROWE
                    I have to get out of here.

                         ANA
                    You need to stay and focus on
                    recovering --

                         NEROWE
                    Ana.

                         ANA
                    There is still hope.

                         NEROWE
                    It's Stage Four!  There is no hope!
                    I want out of this God forsaken
                    place!...

He knocks away a bed pan, scaring Stella.

56.

                    NEROWE
               (regretfully)
          Stella, I'm sorry, Baby...
               (to Ana)
          Please.  Ana.  Take me home.

Ana takes his hand.

                    ANA
          Okay, Baby.  Okay.

91     **INT. LAST BOXCAR, FREIGHT TRAIN – TRAVELING – DAY**

Agent Miller comes to.  He clicks on his radio.

                    AGENT MILLER
               (to radio)
          Agent Miller here.  In pursuit of
          two "hit and run" suspects.
          Requesting assistance.

                    AGENT CHO
               (from the radio)
          Samuel.  What's your location?

                    AGENT MILLER
               (to radio)
          On train, traveling what looks to
          be Northbound.  Suspect one is
          Jackson Chance.  Male, Caucasian,
          medium build, thirties.  Suspect
          two is an unidentified male Indian,
          mid-sixties.

                    AGENT CHO
               (from the radio)
          Turn on your radio's GPS and I'll
          track you.

He clicks on the radio's GPS.

                    AGENT MILLER
               (to the radio)
          Got it.

                    AGENT CHO
               (from the radio)
          You're in Native Lands.  I've got
          Tribal Police in route.  Working
          with transit authorities to get the
          train stopped.

Agent Miller looks up.  On the ceiling is a latch door.

57.

92    **EXT. RAILROAD TRACKS, FOREST MOUNTAIN WILDERNESS - DAY**

The train barrels through the lush, green landscape.  On top of it, Agent Miller crawls from boxcar to boxcar.

93    **INT./EXT. BOXCAR, FREIGHT TRAIN/FIELD - TRAVELING - DAY**

A RED BUTTERFLY TATTOO adorns Jackson's forearm.

A LYNX MAN (incandescent) slides open the boxcar door.

One by one, the Lynx Indians (incandescent) jump out.

Thunderbear and Kimi approach Jackson.  He comes to.

> KIMI
> I'm Kimi.  Autumn was my friend.

> JACKSON
> Your eyes are kind.  Like hers.

> KIMI
> Find your Medicine Man and bring him to my Grandfather.  It is our only hope...

She helps him to his feet, then hands him his Silverstick and dream catcher.

Jackson notices his Red Butterfly tattoo.

> KIMI
> The Butterfly will protect you.

> JACKSON
> But how can I find you again?

Kimi points out the open door, toward the passing fields.

The Elk runs alongside the moving train.

> KIMI
> The Elk will be your guide.

The last few Lynx Indians jump from the boxcar.

> CUT TO:

94    **EXT. BOXCAR ROOFTOP - TRAVELING - DAY (SAME TIME)**

Agent Miller sees the last few Lynx Indians (incandescent) jump from the boxcar beneath him.

58.

They land safely in the tall grass below.

Agent Miller finds a latch door on the roof and opens it.

95      **INT./EXT. BOXCAR, FREIGHT TRAIN/FIELD – TRAVELING – DAY**

Agent Miller drops into the boxcar.  He raises his Glock G22.

                    AGENT MILLER
          Don't move!  Any of you!

                    JACKSON
          Sam?

                    AGENT MILLER
          You're all coming with me...

Swiftly, Thunderbear grabs Kimi and jumps out.

Agent Miller targets Jackson.

                    AGENT MILLER
          Who was that Injun?

Ignoring him, Jackson focuses his attention on the Elk.

The Elk moves into the woods.

The brakes CATCH.  The train jolts, then slows.

Agent Miller hits Jackson with the gun -- he collapses.

Jackson struggles to see the Elk from the floor.

Agent Miller kicks him in the ribs.

Jackson cringes, then kicks out Agent Miller's legs.  Agent
Miller hits his head on the floor.  The gun slides into the
corner of the boxcar.

Jackson jumps out and lands in the tall grass below.

96      **EXT. FIELD, MOUNTAIN WILDERNESS – DAY**

Jackson runs for the woods.  TRIBAL POLICEMEN close in.

They tackle him.

Thunderbear, Kimi, and the Lynx Indians are gone.

Watching from the cover of the woods is the Elk.

59.

97     **INT. NEROWE MASTER BEDROOM - DUSK**

Medical supplies clutter a spectacularly large, white bedroom.  Ana helps Nerowe into a fluffy, oversized bed.  She and Stella curl up next to him.

A ceiling fan spins peacefully above them.

Nerowe closes his eyes.

Hanging above the door is Autumn's dream catcher.

STELLA'S POV

Autumn's dream catcher begins to GLOW.

98     **INT. FBI INTERROGATION ROOM - NIGHT**

Jackson is cuffed.  Agent Miller enters with the Silverstick.

                AGENT MILLER
        Fascinating weapon.  A bit archaic,
        but effective...

Agent Miller slams Jackson's head onto the table.

                AGENT MILLER
        You never deserved something as
        beautiful as her.  Now, who gave
        you this Goddamn weapon --

                AGENT CHO (O.S.)
        That will be all, Agent Miller...

AGENT CHO, early 40's, Asian, appears, FBI file in hand.  She signals for Agent Miller to leave.  He exits, angrily.

                AGENT CHO
        I'm Special Agent Jean Cho...

She opens the FBI file.

                AGENT CHO
        Do you know why you are here?

                JACKSON
        Because Sam is crazy.

                AGENT CHO
        Fleeing the scene of a car accident
        is a serious crime, Mr. Chance.
              (MORE)

60.

                    AGENT CHO (CONT'D)
          In light of the shape you left both
          Agent Miller and Dr. Nerowe in, I'd
          say you have some explaining to do.

                    JACKSON
          What do you mean?  What happened to
          Willy?

                    AGENT CHO
          Is that why you fled into Native
          Lands?  Did you hurt your friend?

                    JACKSON
          What?  Did Sam tell you that?

                    AGENT CHO
          Let's start from the beginning --

                    JACKSON
          I want to see Willy!  Do you hear
          me?!  Not another word until I see
          him!...

Jackson stares angrily at the one-way glass.

                    JACKSON
          You hear me Sam?  Not another word!


99        INT. FBI OBSERVATION ROOM - NIGHT

Agent Miller observes Jackson.

Agent Cho enters.

                    AGENT CHO
          What do you think?

                    AGENT MILLER
          I'll never understand what Autumn
          saw in him.

                    AGENT CHO
          Agent Miller --

                    AGENT MILLER
          He killed her.  Damn near got me
          too.  The missing Injun is his
          accomplice...

Agent Miller cringes.  He holds his chest in pain.

                    AGENT CHO
          You alright?...

He nods, yes.

                    AGENT CHO
          And what about Dr. Nerowe?

                    AGENT MILLER
          Doc must have found something he
          wasn't supposed to.  Chance
          panicked and tried to take him out.

                    AGENT CHO
          Have Medical take another look at
          you.  I'll go see what I can dig
          up.

                    AGENT MILLER
          No.  Nerowe is a friend.  Leave him
          to me.


100     **EXT. NEROWE HOME - DAWN**

        Agent Miller approaches the front door of a marvelously
        beautiful home -- he's clearly disgusted by its grandness.


101     **EXT. NEROWE FRONT DOOR - DAWN**

        Agent Miller KNOCKS on the door repeatedly.

        Exhausted, Ana cracks the door.  She faces Agent Miller.

        He flashes his badge.

        After a long intense beat, she opens the door.


102     **INT./EXT. NEROWE BACK PORCH/BACKYARD - DAWN**

        Nerowe dozes in a chair.  On his lap is a Bible.  He awakens
        to find Agent Miller gazing out over the endless, manicured
        lawn.

                    NEROWE
                 (weakly)
          Sam?

                    AGENT MILLER
          Autumn and I used to dream about
          having a yard like this.  Big,
          green lawn you could stretch your
          legs out on.  To us, dreams were an
          escape.
                    (MORE)

                    AGENT MILLER (CONT'D)
          The freedom to make right all the
          wrongs.  A time for justice...

He turns and faces Nerowe.

                    AGENT MILLER
          I came to check in on you and
          apologies for my behavior at the
          funeral.

Nerowe readjusts himself in the chair -- he isn't buying it.

                    NEROWE
          A righteous man hates lying, but an
          evil man is loathsome and comes to
          shame.

                    AGENT MILLER
          Proverbs 13.  Verse 5.  Are you
          using scripture to call me a liar,
          Doc?

                    NEROWE
           (taken back)
          How did you know that?

                    AGENT MILLER
          Oh, our caregivers at the Evergreen
          Home encouraged all of us orphans
          to read from the "Good Book".  Told
          us salvation lied within.

                    NEROWE
          I'm surprised.

                    AGENT MILLER
          Surprised by what?

                    NEROWE
          I know about Evergreen.  I know
          what happened there, Sam.

                    AGENT MILLER
          Do you now?

                    NEROWE
          You saw them abuse Autumn.  But she
          wasn't the only one.  They abused
          all of the children there, didn't
          they?

Agent Miller grows visibly uncomfortable.

63.

> AGENT MILLER
> I'm not here for a couch session.
> Your wall is covered with diplomas
> that tell the world you know
> something about it.  You do not.

> NEROWE
> I know you were in love with
> Autumn, but she didn't love you
> back.  Not in that way.

This cuts Agent Miller deeply -- his mask comes off.

> AGENT MILLER
> (snarling)
> How dare you speak to me about her.
> You know nothing of love, nor of
> what it means to have it stolen
> from you.

> NEROWE
> Do you, Sam?  Is that what you
> think?  Was it stolen from you?

> AGENT MILLER
> You're Goddamn right it was stolen!
> I was six when my father shot my
> mother, then turned the gun on
> himself.  I didn't have any family.
> No friends.  So I was made a ward
> of the state.  Same as Autumn.  Our
> bond was forged in blood.  And so
> was our love.  Children left alone
> to fend off the wolves.  And sick,
> depraved, diseased wolves they
> were.  What could you possibly know
> of us?

> NEROWE
> (nothing)
> My daughter is nearly six.  I
> couldn't imagine.

> AGENT MILLER
> No.  You couldn't.  Old, fat,
> sweaty pigs on top of her.  Inside
> her.  Destroying every last piece
> of sacredness.  Of hope.  At night,
> I can still hear Autumn crying
> herself to sleep, desperately
> praying for your God to send an
> angel to protect her.  But no angel
> ever came.  So it went on and on.
> Day after day.  Night after night.
> (MORE)

64.

> AGENT MILLER (CONT'D)
> When I was twelve, I gave up on
> your God and decided I'd do it
> myself.  Took a butcher's knife
> from the kitchen.  Pulled it on one
> of 'em.  He used it to give me
> this...

Agent Miller pulls up his shirt to reveal a large SCAR moving
across his abdomen.

Nerowe grimaces -- it's gnarly even by a doctor's standard.

> AGENT MILLER
> I'll bet you've never spilt a drop
> of blood for love, have you?...

Nerowe holds his silence.

> AGENT MILLER
> Did the doctors stitch your mouth
> up too?  I asked you a question!

> NEROWE
> What is it you came for?

> AGENT MILLER
> Chance.

Nerowe snaps up -- he's at full attention.

> NEROWE
> What are you talking about?

> AGENT MILLER
> Picked him up in the Native Lands.
> Says he will only talk to you.  Why
> is that?

> NEROWE
> I don't know, Sam.  He's in pain.
> He's manifested a fantasy in his
> mind.  A quest.  To save Autumn.

> AGENT MILLER
> What quest?

> NEROWE
> To find a Shaman who can lead him
> to her.

> AGENT MILLER
> Lead him to her.  How?

65.

                        NEROWE
What?  He's gone mad.

                     AGENT MILLER
How could the Shaman do this?

                        NEROWE
There is no Shaman!  He's mentally
ill.  He needs professional care.

                     AGENT MILLER
Mentally ill or not, I want to know
who this Shaman is...

Exasperated, Nerowe exhales.  Grimacing in pain, he adjusts
himself back into the chair.

                     AGENT MILLER
I have nothing against you, Doc.
It's up to you.  Either Chance's
fate lies in your hands or mine.
But to me belongeth vengeance.  And
I will repay.

Nerowe takes this in -- Agent Miller isn't kidding.

                                 CUT TO:


103     **INT. FBI OBSERVATION ROOM - DAY**

     Nerowe observes Jackson through the one-way glass.


104     **INT. FBI INTERROGATION ROOM - DAY**

     Jackson is cuffed.  Nerowe enters and sits.

                       JACKSON
                 (off Nerowe's injury)
What happened?

Nerowe ignores the question.

                        NEROWE
What were you doing up in Native
Lands?

Jackson glances around, then moves in close.

                     JACKSON
                 (whispering)
I found him.  I found Thunderbear --

66.

> NEROWE
> Stop.  You're in trouble here.  Do
> you understand?  You're sick,
> Jackson.  You need help.

> JACKSON
> His powers are real.  He knows --

> NEROWE
> Enough!...

105     **INT. FBI OBSERVATION ROOM - DAY (SAME TIME)**

Agent Miller and Agent Cho observe Jackson and Nerowe.

106     **INT. FBI INTERROGATION ROOM - DAY - CONTINUOUS**

Nerowe coughs viciously.  He calms himself.

> NEROWE
> I told them you had nothing to do
> with this...

He points to his face.

> NEROWE
> That's the best I can do.

He rises and heads for the door.

> JACKSON
> You told me to find you.

> NEROWE
> What?

> JACKSON
> You told me if I ever needed
> anything, that I should find you.

> NEROWE
> I'm sick, Jackson.

> JACKSON
> Are you listening to me?  I need
> your help.

> NEROWE
> I can't help you.

67.

                JACKSON
You said if I ever needed anything,
I should --

                NEROWE
I'm dying!...
      (calming himself)
I'm dying, Jackson.  That's why I
can't help you.  I'm terminal.

                JACKSON
You must listen --

                NEROWE
I'm going home.  To be with my
family.  That's all that can be
done.

                JACKSON
You owe them more than that.  No
retreat, Willy!

                NEROWE
I won't waste precious moments
fighting for the impossible.

                JACKSON
Nothing is impossible!

Nerowe knocks on the door.

                NEROWE
Open up.  I want out.

Desperately, Jackson struggles to rise.

                JACKSON
Remember brother, as you pass by.
As you are now, so once was I.  As
I am now, you soon shall be.  So
prepare for death and follow me.

107    **INT. FBI OBSERVATION ROOM - DAY (SAME TIME)**

Intrigued, Agent Miller moves close to the glass.

                AGENT CHO
Ring any bells?

                AGENT MILLER
It's a Christian epitaph.

68.

                    AGENT CHO
          Cross check that with any Native
          American tribes and folklore.

                    AGENT MILLER
               (to himself)
          Thunderbear.

108     **INT. FBI HALLWAY - DAY**

Nerowe moves down the hall.  Agent Miller corners him.

                    AGENT MILLER
          Excellent work.  Of course, we'll
          need to know where this Shaman is.

                    NEROWE
          I'm going home.

                    AGENT MILLER
          Don't test me.  Or I'll poison
          every last precious moment you
          share with your girls...

Agent Cho enter the hallway.  Agent Miller softens.

                    AGENT MILLER
          Agent Cho, I was just telling the
          Doc here how much we could use his
          help.

                    AGENT CHO
          You are the only person Chance
          seems to trust...

Nerowe pulls a handkerchief and covers his mouth.  He coughs
viciously.

                    AGENT CHO
          I'd like to have him transferred
          over to your hospital for a
          psychiatric evaluation.  If you're
          up for it?...

Agent Miller fights to mask his unhappiness.

Reading this, Nerowe accepts with a nod and exits.

                    AGENT CHO
          Have Chance transferred to Nerowe's
          psych ward.  Put a round-the-clock
          unit on him.

69.

>           AGENT MILLER
> Goddammit, let's finish this now.

>           AGENT CHO
> Don't you have some research to do?

109   **INT. NEROWE DEN - NIGHT**

Nerowe shivers at his desk.

He opens a green medical folder marked, "Chance, Autumn".

Inside the folder is the crumpled prayer card.

He opens the card and studies the sketch of Autumn.

He mouths the words of the "23rd Psalm" as he reads.

Ana enters.

>           ANA
> Come to bed.

>           NEROWE
> I'll be up in just a bit.

>           ANA
> I'm not asking you.

Nerowe pockets the prayer card.  Ana helps him up.

110   **INT. FBI HOLDING CELL - NIGHT**

Agent Miller and AGENT #1 enter.  They put Jackson into a
straight jacket.  Agent Miller grabs his throat.

>           AGENT MILLER
> Tell me about the Shaman, this
> Thunderbear you spoke of...

Jackson says nothing.

>           AGENT MILLER
> The Lynx are the only Indigenous
> people to recite that epitaph, but
> there's no record of where they
> reside.  Some say they never
> existed at all.  But you and I know
> better, don't we?  Where is the
> Tribe of Light?...

Nothing.  Rage takes Agent Miller.

70.

He winds up and elbows Jackson in the face.

                                        CUT TO:


111      **INT. HOSPITAL ROOM - NIGHT (DREAM)**

         Jackson comes to.  He is strapped to a bed.  A woman's hand
         outlines his face.  On her wrist is a Red Butterfly tattoo.

         Autumn hovers over Jackson.  He struggles to free himself.

                          AUTUMN
                    Shh...

                          JACKSON
                    I knew you weren't.  I knew --

                          AUTUMN
                    You're dreaming, Love.

                          JACKSON
                    Then I won't wake up.  Not without
                    you.

                          AUTUMN
                    All things are connected.  You must
                    make him believe.

                          JACKSON
                    Don't go.  Autumn, don't go...

                                        MATCH CUT TO:


112      **INT. HOSPITAL ROOM - DAY**

         Jackson awakes...

                          JACKSON
                    Autumn!

         He is strapped to the bed.

         Nerowe sits in a chair, observing him.

                          NEROWE
                    What did you mean when you said,
                    "prepare for death and follow me"?

                          JACKSON
                    Cut me loose.

71.

                         NEROWE
                    That's not happening.

                         JACKSON
                    Then I will never see Autumn again.
                    And Stella will grow up without her
                    father.

Nerowe chokes up -- the thought is unbearable.

                         NEROWE
                    An aggressive cancer has spread
                    through my body.  Nothing can
                    protect her from that now.

                         JACKSON
                    You're wrong.  There is one hope...

Jackson struggles to raise his forearm.

Nerowe sees the Red Butterfly tattoo.

                         JACKSON
                    The Butterfly.

113    **INT. NEROWE MASTER BATHROOM - NIGHT**

Ana removes Nerowe's bandages.  A railroad track of black
stitches runs across his swollen, bruised cheek.  His face is
pale and sickly.

Medical supplies clutter the counter.  An IV bag hangs from a
mobile IV tower.

She struggles to stick an IV needle into his hand.

                         NEROWE
                    Ouch!  You're missing the vein.

                         ANA
                         (frustrated)
                    Stop moving!

                         NEROWE
                    I would have never found my phone
                    without that butterfly.  You're
                    missing the vein.

                         ANA
                    For God's sake, if anything it
                    means he was still there!  How else
                    could he know?  How could he hurt
                    you and just leave?  How?

72.

Ana breaks down.  He wraps his arms around her.

                    NEROWE
          Shh...

                    ANA
             (through muffled tears)
          Please.  You have to do something,
          William.  I can't lose you.
          Stella.  She needs her father.

Coughing viciously, Nerowe finds the reflection of his pale,
tattered face in the mirror -- he doesn't have much time.

114    **INT. NEROWE MASTER BEDROOM - NIGHT**

Ana sleeps.  Nerowe marvels over her beauty.

Distraught, he removes his IV and climbs out of bed.

He studies Autumn's dream catcher hanging over the door.

115    **INT. STELLA'S BEDROOM - NIGHT**

Stella sleeps.  Nerowe kisses her.  He covers her with a
blanket, then notices her sketch pad.

He opens it to find a crayon drawing of Azrael and the cave.

Shocked, he turns the pages and finds more drawings:  Lynx
Indians, Grims, the Elk, the fiery totem.  Finally...

A DRAWING of three men:  A short man and a tall man chase a
Red Butterfly -- the tall man carries a dream catcher.  An
angry man with a gun chases them both.

It reads:  "Daddy, go get well.  There is no more time.
Love, Stella".

Nerowe tears the page out and quickly exits.

116    **INT. NEROWE KITCHEN - NIGHT**

Nerowe hastily zips up a small blue bag.

117    **INT./INT. NEROWE GARAGE/SUV - NIGHT**

Nerowe sits in his SUV, studying his cross necklace.

73.

He takes a deep breath, then hangs the necklace from the rear view mirror.

He pulls the SUV out of the garage.

118     **INT. HOSPITAL ROOM - NIGHT**

Jackson seizures in the restraints.

His head shakes.  His teeth rattle.  His eyes close.

The seizure stops.  Jackson is out cold.

Engulfing the room, Azrael stands over him.

>                    AZRAEL
>           Why have so many risked so much to
>           hide you from me?  Surely, you must
>           know that you cannot escape your
>           fate...

Azrael draws purple feathers from his cloak.

AZRAEL'S POV

The Red Butterfly tattoo on Jackson's forearm.

BACK TO SCENE

Azrael examines the tattoo.

>                    AZRAEL
>           So the Shaman has made you one with
>           the Tribe of Light.  Perhaps there
>           is a new use for you, Lynx Warrior.

Azrael returns the purple feathers to his cloak.

119     **INT. HOSPITAL PARKING GARAGE - NIGHT**

Nerowe exits his SUV, blue bag in hand.

He heads for the hospital entrance.

120     **INT. HOSPITAL HALLWAY - NIGHT**

Nerowe moves down a hallway, then cautiously peeks around the corner to an isolated corridor.

Sitting in front of a door, he sees Agent Miller and FBI Agent #1 playing cards.

74.

Nerowe slips through a door marked, "Lounge".

121     **INT. HOSPITAL LOUNGE - NIGHT**

Nerowe pours two cups of coffee.  He unzips his bag and pulls a bottle of pills.  He opens the bottle, then covertly drops two pills into each cup of coffee.

He hides his blue bag in a cabinet.

122     **INT. HOSPITAL HALLWAY - NIGHT**

Nerowe approaches the card game with the two coffees.

                    AGENT MILLER
          What are you doing here?

                    NEROWE
          You asked me to do a job, didn't
          you?  The sooner I'm done, the
          sooner I'm rid of you.

                    AGENT MILLER
          Anything on the whereabouts of the
          Shaman and his tribe?

                    NEROWE
          I'll know soon.

                    AGENT MILLER
          Get to it.

                    NEROWE
          One stipulation.

                    AGENT MILLER
          Go on.

                    NEROWE
          I give you their location and you
          let Jackson go.

                    AGENT MILLER
          An interesting notion.

                    NEROWE
          I'm serious, Sam.  I give you what
          you want and you leave him alone.
          Forever.  That's the deal.  Agreed?

Agent Miller rises to face Nerowe.

75.

                          AGENT MILLER
                       (not a chance)
                    Agreed.

Nerowe studies Agent Miller, then offers the two coffees.

                          NEROWE
                    Good.

Agent Miller accepts them as...

Agent #1 slips a tiny device into Nerowe's jacket pocket.

Nerowe heads back down the hall.


123   **INT. NEROWE'S OFFICE - NIGHT**

      Nerowe sits quietly at his desk.


124   **INT. HOSPITAL HALLWAY - NIGHT**

      Agent Miller and Agent #1 continue their card game.  Agent #1
      pulls two cards.  His face lights up.  Not paying attention,
      he discards, knocking Agent Miller's coffee all over him.

                          AGENT MILLER
                    Idiot!

                          AGENT #1
                       (fearful)
                    I'm so sorry, Sir.  It was an
                    accident.


125   **INT. HOSPITAL BATHROOM - NIGHT**

      Agent Miller stares angrily into the mirror.  He does his
      best to wipe away the coffee from his shirt and pants.


126   **INT. NEROWE'S OFFICE - NIGHT**

      Nerowe checks his watch, rises, and exits.


127   **INT. HOSPITAL LOUNGE - NIGHT**

      He grabs his blue bag and exits.

128     **INT. HOSPITAL HALLWAY - NIGHT**

Nerowe enters to find Agent #1 asleep.  Agent Miller is gone.

129     **INT. HOSPITAL ROOM - NIGHT**

Nerowe enters.  He opens the blue bag and pulls out a
butcher's knife.  Jackson comes to.

                    NEROWE
          I prepared.  And I will follow.

Nerowe slices away the restraints.

130     **INT. HOSPITAL HALLWAY - NIGHT**

Jackson and Nerowe quickly move past Agent #1 and head toward
the back of the ward.  Nerowe carries the blue bag.

                    JACKSON
          We have to get out of here.

                    NEROWE
          Service elevator down to the
          basement.  From there we can get to
          the parking garage.

They quickly move to the elevator.  Nerowe inserts his key
and pushes the button.

Agent Miller turns the corner.  He wipes at the stain on his
shirt, then looks up.

                    AGENT MILLER
              (to himself)
          I knew it...
              (to Nerowe)
          Nerowe!  You Son of a Bitch!

Agent Miller runs down the hallway toward them.  The elevator
door opens.  They jump in.

131     **INT. SERVICE ELEVATOR - NIGHT**

Nerowe hits the "B" button frantically.  The door closes just
as Agent Miller arrives.

132     **INT. HOSPITAL HALLWAY - NIGHT - CONTINUOUS**

Agent Miller strikes the closed elevator door.

77.

He watches the elevator signal light move down to "B".

A FEMALE NURSE pushes a medicine cart into the hallway.

He sprints down the hallway toward her.

>                AGENT MILLER
>           FBI.  Give me your key to the
>           service elevator...

Lilly, dressed as a nurse, searches for her key.

>                AGENT MILLER
>           Now, you Street Ape!

She pulls the key, then drops it on the floor.  He reaches for the key, but she kicks it away.

>                LILLY
>           Sorry, Boo.

>                AGENT MILLER
>           This isn't your day.

He shoves her over the medicine cart, then grabs the key.

Agent Miller sprints back toward the elevator.


133     **INT. HOSPITAL BASEMENT ELEVATOR DOOR - NIGHT**

The elevator door opens.  The two men quickly move out.

>                NEROWE
>           Left.

Nerowe pulls a fire alarm.


134     **INT. HOSPITAL BASEMENT HALLWAY - NIGHT**

The two men move quickly down a hallway, weaving through a crowd of HOSPITAL EMPLOYEES.  TWO ORDERLIES stop and eye Jackson suspiciously.

>                ORDERLY
>           Dr. Nerowe, is everything okay?

>                NEROWE
>           There's a fire on three.  Get to
>           the PA system and make an
>           announcement.  I need your
>           assistance getting patients out...

78.

The orderlies don't know what to make of it.

                    NEROWE
          Go!  Now!

They obey and exit.  Jackson moves ahead.  Nerowe stops to
catch his breath.

                    JACKSON
          Let's go.

                    NEROWE
          I can't breathe.

Nerowe crumbles to the floor.  His nose bleeds.

                    JACKSON
          Which way is out?

Nerowe points to an "Exit" sign at the end of the hallway.

Jackson pulls him up.  They stagger down the hallway, turn
the corner, and move through an exit door.

From the elevator, Agent Miller enters the hallway and
hastily makes his way through the crowd.

135   **INT. HOSPITAL PARKING GARAGE - NIGHT**

Nerowe points to his SUV, then hands Jackson the keys.

Jackson helps Nerowe hobble forward, then turns to see...

JACKSON'S POV

THREE BLACKWOLF INDIANS move through the garage.

BACK TO SCENE

                    JACKSON
          We've got to move...

Nerowe turns to see...

NEROWE'S POV

THREE BLACK WOLVES move through the garage.

BACK TO SCENE

Nerowe shakes his head in disbelief.

79.

                    JACKSON
          They can see us.  I don't have a
          dream catcher.

Confused, Nerowe reaches into his bag and pulls out Autumn's
dream catcher.  He hands it to Jackson.

                    NEROWE
              (gasping)
          It was Autumn's.  She gave it to
          me.  Stella drew a picture...

Nerowe faints.

Jackson catches him, then hoists Nerowe over his shoulder.

The Blackwolf Indians moves in on them...

BLACKWOLF'S POV

Jackson raises the dream catcher.

                    JACKSON
          Eveileb!

He and Nerowe disappear.

Across the garage, the passenger door of the SUV opens.

The SUV disappears.

We HEAR the SUV's engine start.  Tires PEEL out of the lot.

The Blackwolf move toward the noise, but find nothing.

BACK TO SCENE

Agent Miller enters the garage.  He pulls a blinking tracking
device from his pocket.

Azrael appears.  Agent Miller faces him and kneels.

Blackwolf Indians surround them.

                    AGENT MILLER
          It is as you have foreseen.  Chance
          will lead us to the Shaman.  The
          Eternal Light will soon be in your
          grasp.

                    AZRAEL
          Destroy every dream catcher and my
          Blackwolf will extinguish her
          tribe.

80.

                              AGENT MILLER
                    And what of Chance?

                              AZRAEL
                    He will wear the cloak of the Grim.
                    Take his scalp and have your
                    vengeance.

136    **INT./EXT. NEROWE SUV/CITY STREETS - TRAVELING - NIGHT**

       Jackson drives the (incandescent) SUV.

       The streets are empty.

       The dream catcher hangs from the rear view mirror.

       The cross from the hanging necklace floats in the center of
       the dream catcher's webbed hoop.

       Nerowe comes to.  He studies the cross.

                              NEROWE
                    Am I dreaming?  Or dead?

       Jackson slams on the brakes.  The SUV SCREECHES to a halt.

       The Red Elk stands in the road.

       It snorts, then bolts down the street.

                              JACKSON
                    Hold on.

       Jackson hits the accelerator, following the Elk.

       GROANING in pain, Nerowe tends to his bloody nose.

       The Elk cuts left into a field.  Jackson turns left and
       follows.

137    **INT./EXT. NEROWE SUV/FIELD - TRAVELING - NIGHT**

       The (incandescent) SUV rumbles across the field.

       Nerowe opens the console and pulls some tissues.  He wipes
       the blood from his nose.  Leaning his head back, he again
       stares at the dangling cross hanging from the rear view
       mirror.  Taking a deep breath, he reaches into his bag.

                              NEROWE
                    The Lord is my shepherd, I shall
                    not want.

81.

He pulls out the prayer card.  With his last bit of strength,
he hands it to Jackson.

Nerowe closes his eyes.  Jackson looks at the prayer card.

He looks at the cross dangling from the rear view mirror.

His attention is drawn out the front window...

A rural road cuts though the field.  The Elk turns left.

Jackson cuts the SUV left and pulls up onto the rural road.

138     **EXT. RURAL ROAD/FIELD – NIGHT**

The Elk moves through the field alongside the rural road.

From the road, the (incandescent) SUV follows.

139     **EXT. FOREST HIGHWAY, LYNX VALLEY – DAWN**

The (incandescent) SUV buzzes down the highway.

140     **INT./EXT. NEROWE SUV/FOREST HIGHWAY – TRAVELING – DAWN**

Jackson watches the Elk move through the trees.  Nerowe
awakens.

                    NEROWE
               (groaning in pain)
          How long have I been out?

                    JACKSON
          Long enough, Willy.  Long enough.

Jackson eyes the trees.  The Elk disappears into the woods.

He pulls the (incandescent) SUV off the highway and onto the
dirt road.

141     **EXT. LYNX TRADING POST – TRAVELING – DAWN**

The (incandescent) SUV pulls through the fence gate, moves up
into the small parking lot, and stops.

142     **INT./EXT. NEROWE SUV/LYNX TRADING POST – DAWN**

Jackson takes the dream catcher from the rear view mirror.

82.

He exits the SUV.

Nerowe pulls Stella's drawing from his pocket, places it on
the dashboard, and removes his jacket.

He takes the cross necklace from the rear view mirror, puts
it around his neck, and stumbles out of the vehicle.

143     **EXT. LYNX VILLAGE - DAWN**

They move into the seemingly deserted village.

                    NEROWE
          Now what?

Jackson sees movement within a house -- he heads for it.

Nerowe studies the long fence line at the perimeter of the
property.  Dream catchers hang all along it.

144     **EXT. VILLAGE HOUSE - DAWN**

Jackson knocks on the door.  The Old Blind Lynx Woman opens
it.  Sensing his presence, she reaches out and touches him.

                    OLD BLIND LYNX WOMAN
          Warrior.  Warrior...

Ecstatic, she wraps her arms around him.

THREE LYNX BOYS come to the door.

                    OLD BLIND LYNX WOMAN
          Warrior!  Warrior!  Warrior!

The house grows into a frenzy.

One by one, Lynx Indians appear and hug Jackson -- a
conquering hero returned home.

Nerowe's attention moves from the fence to the house.

NEROWE'S POV

Thunderbear comes to the door and speaks to Jackson.

BACK TO SCENE

Nerowe staggers toward the house.  Thunderbear looks upon the
tall, pale, sickly man.  Everyone is silent.

>                    THUNDERBEAR
>          My Lynx brother tells me the Elk
>          led him to this place.  But why
>          have you come?

Kimi pushes her way through the crowd.

>                    KIMI
>          Jackson.

>                    JACKSON
>           Kimi.

She hugs him.  Nerowe sees this and staggers forward.

>                    NEROWE
>          My daughter, she told me to follow
>          a butterfly.  To go get well.

Thunderbear studies Nerowe.

>                    THUNDERBEAR
>          Your daughter is a powerful mystic.
>          Made so by the blood of her father.

Kimi smiles.

In a flash, she rushes to Nerowe and takes his hand.

>                    KIMI
>          Walk with me, Medicine Man.

145   **EXT. SWEAT LODGE - DAY - CONTINUOUS**

Kimi guides Nerowe forward.  THREE LYNX WOMEN follow them.

>                    KIMI
>          What's your name?

>                    NEROWE
>          William.

>                    KIMI
>          I'm Kimimela.

>                    NEROWE
>          That's pretty.  What does it mean?

>                    KIMI
>          Butterfly.

She shows him to the sweat lodge door, then stops.

                         NEROWE
                    Not you?

Kimi nods, no.

Hesitantly, he enters.

The Lynx women follow, leaving Kimi behind.

146    **INT. SWEAT LODGE - DAY**

The three women strip Nerowe, then lay him down on a table.

They light cedar branches throughout the lodge.

A Lynx woman takes off his bandages, then attempts to remove his necklace.  With his last bit of strength, he stops her.

                         NEROWE
                    No.

His eyes close.  He breathes heavy.

The Lynx woman pulls a thin red needle.

147    **EXT. LYNX VILLAGE FIELD - DAY**

Jackson hits the grass hard.  He rolls left just as a Silverstick stabs the ground.  A crowd of LYNX INDIANS CHEER!

He jumps up, just as another Silverstick misses him.

THREE LYNX WARRIORS face him.

He collides with the FIRST, knocking the Lynx to the ground.

The SECOND and THIRD attack.  He kicks away the second and pushes away the third.  A FOURTH and FIFTH enter the fight.

Jackson's Silverstick clashes with the fourth's, then the fifth's.  He flips the fourth onto the grass, then kicks away the feet of the fifth.  The crowd cheers.

The first Lynx rises.  He raises his Silverstick and stabs the earth.  A shock wave moves across the grass.  Stunned, Jackson goes down hard.

He slowly rises and faces the five Lynx Warriors.

The crowd ROARS!

85.

148     INT. SWEAT LODGE - DUSK

Nerowe comes to.  He finds himself dressed in the regalia of a Lynx Medicine Man.  A thin blue paste covers his wound.

Wincing in pain, he rubs his neck...

A RED BUTTERFLY TATTOO adorns it.

Smoke from the burning cedar branches fills the room.

Thunderbear stands over him.

                    NEROWE
                  (weakly)
             What is this place?

                    THUNDERBEAR
             The Village at the End of the
             World.

                    NEROWE
             I don't want my daughter to grow up
             without a father.

                    THUNDERBEAR
             Only the Great Spirit can grant
             this.  Azrael blocks your path.  To
             destroy him, you must destroy his
             totem.  This is why it was made
             free from its confines.

                    NEROWE
             I'm not a mystic, Shaman.

Thunderbear examines the cross around Nerowe's neck.

                    THUNDERBEAR
             Flesh is ever-changing, but spirit
             is not.  The Butterfly united us.
             Through her, you are connected with
             the Lynx people.  Through her, you
             are made as one with your Warrior
             Brother...

Thunderbear places his hand over the Red Butterfly tattoo on Nerowe's neck.

                    THUNDERBEAR
             His spirit is with you now.

Sweat pours off Nerowe's face.  His eyes flicker.

He seizures.

86.

149     **EXT. OUTER WOODS, LYNX VALLEY - DUSK**

Dressed in full Lynx regalia, Jackson (incandescent) sits
alone in the woods studying the prayer card.

Autumn's glowing dream catcher hangs from his waistband.

                   LILLY (O.S.)
            She was ah beautiful girl.

Startled, Jackson snaps up.  Wiping tears from his eyes, he
tucks away the prayer card.

Facing him is Lilly (incandescent).

                   JACKSON
            The most beautiful in all the
            world.  What are you doing here?

                   LILLY
            Always here, Boo.

                   JACKSON
             How can you see me?  The light from
            the dream catcher --

                   LILLY
            Comes from de same place as de Elk
            who guides ya and de angel who
             watches over ya.

                   JACKSON
            It's you.  You're the angel.  The
            guardian who watches over me.  Made
            from the Eternal Light.

                   LILLY
            F'sure, Boo.  F'sure.

                   JACKSON
            But why didn't you protect her,
            Lilly?

Lilly chokes up -- this hurts her deeply.

                   LILLY
            Wasn't written.

                   JACKSON
            What is the Eternal Light?

                   LILLY
            De path through de Valley of Death,
            dat leads ta love.
                   (MORE)

                     LILLY (CONT'D)
          Ta de Great Spirit.  Ta Eternal
          Life, Boo.  Azrael want ta
          extinguish it.  So no one can find
          her again.  Dat's why ya got ta
          stop him.

                     JACKSON
          What if I can't?  If what I am
          isn't enough?

                     LILLY
          Everything in de universe connected
          in ah special way, Boo.  De
          Medicine Man die without de
          Warrior.  And only by followin' de
          Eternal Light can de Warrior be
          freed from de darkness.  It is
          written...

Lilly touches the center of his chest.

                     LILLY
          If ya believe dat love will have de
          last word...

Lightning flickers across the sky.

Jackson looks up.

                     LILLY
          She will be with ya.

His eyes return to find...

Lilly is gone.


150     **INT. SWEAT LODGE - NIGHT**

A thick smoke cloud fills the lodge.

Nerowe's body shakes violently, then calms.

He comes to.

NEROWE'S POV

The LYNX TRIBE surrounds him, but no Thunderbear or Kimi.

BACK TO SCENE

He staggers to his feet, pushes through the crowd, and exits.

88.

151     **EXT. LYNX VILLAGE FIELD - NIGHT**

Lightning fills the sky.

Nerowe stumbles across the grass.

NEROWE'S POV

The dream catchers along the fence line GLOW.

BACK TO SCENE

WHISPERING VOICES blow through the night air...

A Grim SCREECHES past him.

Terrified, he spins to see...

Grims surround him.  He back peddles and falls into the pond.

152     **EXT. FIELD POND - NIGHT**

Nerowe flails, then goes under.  He's drowning in BLOOD.

A hand reaches down through the blood and grabs Nerowe.

                                        CUT TO:

153     **EXT. FIELD POND/LYNX VILLAGE FIELD - NIGHT - CONTINUOUS**

Jackson pulls Nerowe from the WATER and up onto the grass.

Two Silversticks stand upright in the earth.

Nerowe lies in the grass.  He pulls free his cross necklace.

                    NEROWE
                (gasping)
        The Lord is my shepherd, I shall
        not want.  He makes me lie down in
        green pastures --

                    JACKSON
        Breathe.

Jackson retrieves the two Silversticks.

                    NEROWE
        I'm not ready.

                    JACKSON
        Then rise up and fight!

89.

Jackson buries a Silverstick six inches from Nerowe's head.

Nerowe rises.  He pulls the Silverstick and examines it.

                    NEROWE
          I'm not a warrior.

                    JACKSON
          No...

In a flash, Jackson strikes with the Silverstick. Instinctively, Nerowe blocks the attack with his own Silverstick.

                    JACKSON
          You are much more!

Jackson sends a barrage of Silverstick strikes.  Nerowe blocks the attack.

                    NEROWE
          Impossible.

Jackson raises his Silverstick up.  It goes ELECTRIC.

                    JACKSON
          Nothing is impossible!

He plunges the Silverstick into the earth.  A shock wave ripples across the grass.  Nerowe falls.

                    KIMI (O.S.)
          Warrior.  Medicine Man...

Kimi hastily approaches them.

                    KIMI
          Come quickly!

Nerowe rises.  He and Jackson follow Kimi up into the woods.

154     **EXT. LYNX VILLAGE WOODS – NIGHT**

From the woods above, they look down into the village.

Nerowe can't believe his eyes...

155     **EXT. LYNX TRADING POST – NIGHT**

NEROWE'S POV

Five unmarked FBI cars surround the SUV.

90.

Their flashing lights illuminate the darkness.

FBI AGENTS pull GLOWING dream catchers off the inside of the
fence line and break them into pieces.

As each dream catcher is broken, its glow is extinguished.

BACK TO SCENE

Agent Cho exits the SUV.

She examines Stella's drawing, then sees Agent #1.

He breaks a dream catcher.

> AGENT CHO
> What do you think you're doing?
> This is sacred land.

> AGENT #1
> Agent Miller's orders.  Destroy all
> dream catchers.

> AGENT CHO
> Where is he?

> AGENT #1
> Inside.

> AGENT CHO
> Wait here!  That's the order!

She enters the village.

156      **EXT. SWEAT LODGE - NIGHT**

Blackwolf Indians surround the sweat lodge.

Lynx Indians exit and face them.

Azrael appears.

> AZRAEL
> Where is your Shaman?...

The Lynx Indians hold their silence.

> AZRAEL
> All of your dream catchers are
> destroyed.  There is no where to
> hide, Tribe of Light.  Speak to me
> or I will slaughter you all!  Where
> is the Eternal Light?!

91.

Nothing.  Azrael hisses in anger.

157     **EXT. LYNX VILLAGE FIELD – NIGHT**

Agent Miller scans the village woods with a MAGLITE.

158     **EXT. LYNX VILLAGE WOODS – NIGHT**

Jackson, Nerowe, and Kimi duck for cover.  The light passes.

159     **EXT. LYNX VILLAGE FIELD – NIGHT (SAME TIME)**

Agent Miller senses the movement.  He shines the light on it,
but finds nothing.

> AGENT MILLER
> (to the woods)
> You're on the wrong side of things,
> Doc!  Be sensible and end this
> now!...

Agent Cho approaches.  She hands Stella's drawing to him.

HOWLS come from the sweat lodge.

We hear a MELEE of anarchy break out.

Agent Cho pulls her GLOCK G22 and heads toward it.

Agent Miller stays put.

> AGENT MILLER
> (to the woods)
> Think of your daughter!  Your
> precious Stella!  What a delicious
> little thing she is!  Imagine the
> fun she and I could have!

He tears up the drawing.

160     **EXT. LYNX VILLAGE WOODS – NIGHT**

Fuming, Nerowe steps forward.  Jackson grabs him.

CRACK!  CRACK!  CRACK!  CRACK!...

They fall onto a pile of loose branches.

92.

161     **EXT. LYNX VILLAGE FIELD - NIGHT (SAME TIME)**

Agent Miller hears the snapping branches and shines the MAGLITE on Jackson and Nerowe.  Spotting them, he pulls his GLOCK G22 and lets out a blood curdling HOWL.

He sprints up into the woods.

162     **EXT. LYNX VILLAGE WOODS - NIGHT**

Kimi grabs Jackson and Nerowe.  She points up.

> KIMI
> Go to the place where two trees
> become one!  I will bring my
> Grandfather there!

She heads down into the woods.

163     **EXT. SWEAT LODGE - NIGHT**

Azrael and the Blackwolf slaughter the Lynx Indians:

TWO BLACKWOLF attack a LYNX MAN with axes.  He falls.

THREE BLACKWOLF take down a group of LYNX WOMEN.

A LYNX ELDER stabs a BLACKWOLF with her Silverstick.  The Blackwolf falls to the earth in pain, only to rise up again.

Another BLACKWOLF gores the Lynx Elder with a dagger.  She falls.

Azrael scatters feathers over the Lynx Elder.

TWO LYNX MEN try and stop Azrael.  With the swipe of his hand, Azrael effortlessly knocks them away.

Light particles rise from the Lynx Elder's body.  The feathers capture her celestial aura and form a Grim.

Across the village, Blackwolf Indians are taken down, only to rise up again -- it's clear they cannot be killed this way.

Across the village, Lynx Indians are taken down...

One by one, Azrael scatters feathers over the Lynx Indians.

One by one, their celestial auras are captured.

The village fills with Grims.

93.

164     **EXT. TWO TREES, LYNX VALLEY – NIGHT**

Jackson and Nerowe come upon two trees grown together as one.

165     **EXT. OUTSIDE VILLAGE FENCE – NIGHT**

Kimi moves down through the woods.  Agent Miller appears from the darkness and confronts her.

> AGENT MILLER
> Hello there, Cutie Pie...

She turns to go back.  He grabs her by the hair.

> AGENT MILLER
> Where are they?!

Agent Miller throws Kimi to the ground just as a Silverstick blade appears at his chest.

Thunderbear (incandescent) holds the Silverstick.  A glowing dream catcher hangs from his waistband.  Across his back is a satchel.

> THUNDERBEAR
> Take my satchel and do not return.
> Do you understand, Butterfly?...

Kimi pulls the satchel loose.  Inside it, she finds two dream catchers.

> THUNDERBEAR
> And take with you my dream catcher.

> KIMI
> But, Grandfather! --

> THUNDERBEAR
> Do as I say.  You will need all
> three to defeat the darkness...

She removes the glowing dream catcher from his waistband.

Kimi goes incandescent.

Thunderbear no longer radiates white light.

> THUNDERBEAR
> Remember.  Only the Medicine Man
> can break Azrael's grip.  Now go,
> Little One.  Go!

Terrified, Kimi runs up into the woods with the satchel.

95.

                    NEROWE
          Impossible.


169   **EXT. OUTSIDE VILLAGE FENCE - NIGHT**

      Thunderbear's Silverstick presses into Agent Miller's chest.

                    AGENT MILLER
                (smirking)
          You will spill my blood to defend
          them?  What of the dead?  Where is
          Autumn's justice?!

                    THUNDERBEAR
          I fear you know nothing of the
          dead.  And nothing of justice.

      Agent Miller raises his Glock G22, despite the Silverstick.

                    AGENT MILLER
          I am justice, Old Man.

                    THUNDERBEAR
          You are connected to evil.  If you
          cannot break free from it, you will
          be a slave to darkness for all of
          eternity.

                    AGENT MILLER
          It's you who will be the slave.

      Blackwolf Indians fill the woods.

      Azrael emerges from the trees.

                    AZRAEL
          Where is the Eternal Light, Shaman?

      Agent Miller points the Glock G22 at Thunderbear's face.

                    THUNDERBEAR
          I am the Great Spirit's faithful
          servant and will never assist
          you...

      Thunderbear lowers his Silverstick.  He tosses it away.

                    THUNDERBEAR
          Let it begin this day, this hour,
          the great healing to come.  The
          Eternal Light is with the Warrior.
          Love will have the last word.

96.

Azrael hisses in anger.

> AZRAEL
> No, Shaman.  Your Warrior will join
> you in darkness...

Azrael faces the Blackwolf.

> AZRAEL
> Drive them up to the summit and
> down into my valley...

He turns to Agent Miller.

> AZRAEL
> Your world will end in the same
> place it began.

Azrael disappears into the darkness of the woods.

170   **EXT. TWO TREES, LYNX VALLEY - NIGHT**

Kimi, Jackson, and Nerowe (all incandescent) move up through
the wilderness.

POP!  A gunshot RINGS through the trees.  Kimi SCREAMS!

> KIMI
> (hysterical)
> Grandfather!!!  Grandfather!!!

Jackson covers her mouth with his hand and pulls her close.

> JACKSON
> Shh!...

Through muffled screams, tears pour down Kimi's face.

171   **EXT. OUTSIDE VILLAGE FENCE - NIGHT (SAME TIME)**

A Grim floats above Thunderbear's body.

Covered in blood, Agent Miller watches the Grim ascend up
into the darkness and disappear...

He HEARS Kimi.

Agent Cho appears.

AGENT CHO'S POV

Snarling black wolves surround Agent Miller.

97.

They turn and face her.

BACK TO SCENE

                    AGENT CHO
          What happened?!

                    AGENT MILLER
          I'm fine.

She looks down at Thunderbear's body.

                    AGENT CHO
          Did he have a weapon?

                    AGENT MILLER
             (to the Silverstick)
          There.  The spear.

She sees Thunderbear's Silverstick -- it's twenty feet away.

Agent Cho pulls her Glock G22 and points it at Agent Miller.

                    AGENT CHO
          Drop your firearm, Samuel.

The black wolves snarl at Agent Cho.

He tosses his Glock G22 to the ground.

                    AGENT MILLER
          Relax.  We're on the same side...

The black wolves move in.  She turns her Glock G22 on them.

In a flash, he slams his MAGLITE into her head.

She's out cold.

Agent Miller grabs his Glock G22.

                    AGENT MILLER
             (to Agent Cho)
          You did this to yourself...

Blackwolf Indians surround him.

                    AGENT MILLER
             (to the Blackwolf)
          To the summit!

He leads the Blackwolf up into the woods.

98.

172     **EXT. TWO TREES, LYNX VALLEY – NIGHT**

Jackson comforts Kimi (both incandescent).

> JACKSON
> (anguished whispering)
> We will go to the Great Spirit
> together!  We will find your
> grandfather and Autumn again.  I
> promise!  No one is going to hurt
> you.  I won't let them.  I promise!

He raises his pinkie finger.  Her pinkie finds his.

Nerowe (incandescent) studies the mountain wilderness above.

NEROWE'S POV

The Elk stands at the summit.

BACK TO SCENE

> NEROWE
> (softly)
> Jackson.

Nerowe points up.

Jackson looks up to see the Elk standing at the summit.  Kimi tugs his arm, then points to the woods below...

The light from Agent Miller's MAGLITE moves up toward them.

> JACKSON
> Up.  Now.  Let's go.

They move quickly toward the summit.

173     **EXT. SUMMIT, VALLEY OF DEATH – ESTABLISHING – DAWN**

Jackson, Kimi, and Nerowe make their way to the summit.

Heat lightning flashes across sky, illuminating the valley.

The Elk descends through the heavy woods.

Down in the base of the valley, past the woods, is a river.

Beyond the river, a sea of tall, dense fir trees surround a patch of green grass.  On this grass patch sits the cave. Next to the cave stands the fiery totem.

99.

                         KIMI
                 The Valley of Death.

Jackson and Kimi descend into the woods, leaving Nerowe.

He takes in the terrifying landscape...

NEROWE'S POV

The Blackwolf Valley...

Down in the base of the valley, past the woods, is a river.

Beyond the river, a sea of tall, dense fir trees surround a
patch of green grass.  On this grass patch sits the shed.
Next to the shed stands the totem pole.

Just beyond the shed stands the CHANCE HOME.

                         NEROWE
                 Dear God.

Lightning flickers:  The Valley of Death.

BACK TO SCENE

He descends.

174    **EXT. UPPER WOODS, LYNX VALLEY – DAWN (SAME TIME)**

       Agent Miller sees Nerowe drop down into the Valley of Death.

                         AGENT MILLER
                 You won't escape me.

       He doubles his pace.

175    **EXT. UPPER WOODS, VALLEY OF DEATH – DAWN**

       Jackson, Nerowe, and Kimi (all incandescent) descend through
       the woods.

176    **EXT. RIVER, VALLEY OF DEATH – DAWN**

       They approach the raging river.

                         NEROWE
                 Where do we cross?

                         JACKSON
                 Right here.

100.

Jackson ties his dream catcher to his waistband.

He throws his Silverstick across the river.  It stabs the earth and stands upright on the far riverbank.

Nerowe assesses the rapids.

> NEROWE
> Are you crazy?  What if it's too
> deep?  I can't swim.

> JACKSON
> Yes, you can.  Believe...

Jackson takes Nerowe's Silverstick.  He throws it across the river.  It stabs the earth and stands upright.

> JACKSON
> Let's go.

Nerowe ties his dream catcher to his waistband, then tucks in his cross necklace.

> NEROWE
> He leads me beside still waters...

> JACKSON
> (to Kimi)
> Jump up...

Kimi jumps on to his back.

> JACKSON
> (to Nerowe)
> Follow me...
> (to Kimi)
> Hang on.

They wade into the rapids.


177     **EXT. SUMMIT, VALLEY OF DEATH - DAWN (SAME TIME)**

Agent Miller looks down to see them enter the rapids.

> AGENT MILLER
> Now we finish it...

Blackwolf Indians make their way to the summit.

> AGENT MILLER
> To the river!

The Blackwolf move down into the woods.

178     **EXT. RIVER, VALLEY OF DEATH – DAWN**

Jackson (with Kimi) wades through the rapids.  Nerowe follows
them.

                        NEROWE
                   (in disbelief)
                It's shallow!

Nerowe takes another step and goes under.  He resurfaces to
see Jackson (with Kimi) swimming through the rapids.

179     **EXT. UPPER WOODS, VALLEY OF DEATH – DAWN**

Following the Blackwolf, Agent Miller descends through the
woods.

180     **EXT. RIVER, VALLEY OF DEATH – DAWN**

Jackson makes it to shallow water and carries Kimi safely to
the far riverbank.  She retrieves the Silversticks.

He looks back...

Nerowe slowly, but steadily, swims to meet them.

NEROWE'S POV

Blackwolf Indians move into the water.

BACK TO SCENE

He panics and begins to flail.

Jackson enters the rapids.

Nerowe fights to stay above water, but goes under.

Jackson grabs him, tows him through the rapids, and pulls him
up onto the riverbank.  Nerowe collapses.

                        NEROWE
                   (gasping)
                He restores my soul...

Kimi and Jackson pull him up and drag him toward the woods.

Agent Miller reaches the river.  He lines up his Glock G22.

POP!...

Nerowe is hit in the shoulder.  He SCREAMS in pain.

102.

Jackson, Nerowe, and Kimi fall forward, taking cover behind a
group of dense fir trees.

Blackwolf Indians swarm into the surrounding area.

> AGENT MILLER
> You all die today.

Agent Miller enters the river.

181     **EXT. FAR WOODS/GRASS PATCH, VALLEY OF DEATH – DAWN**

Jackson drags Nerowe to the cusp of the grass patch.

The Elk sits on the grass.  It rises and faces them.

Kimi plunges the Silversticks into the earth.

Jackson moves toward the Elk.

Kimi helps Nerowe to his feet.  They follow Jackson.

182     **EXT. GRASS PATCH, VALLEY OF DEATH – DAWN**

Jackson stops short of the Elk.  It moves toward him.

He extends his hand and pets the Elk's face.

> JACKSON
> Thank you for your guidance.

HOWLS fill the air.

Blackwolf Indians move through the woods.

Terrified, the Elk sprints away.

Jackson's brain is blasted with an internal electrical surge.
He collapses into the grass -- it's a Grand Mal seizure.

> KIMI
> Jackson!

> NEROWE
> He's having a seizure.

JACKSON'S POV

Azrael stands inside the cave.

BACK TO SCENE

103.

Kimi braces his shoulder.  The seizure subsides.

                    KIMI
          I am with you.

                    NEROWE
          Can you walk?...

Jackson tries to rise, but can't.  He crumbles.

Nerowe tries to pull him up, but can't.  They fall.

NEROWE'S POV

The Silversticks.

BACK TO SCENE

                    NEROWE
          Hold on.  I have an idea.

He heads for the Silversticks in the woods.

Jackson groans.  His hands dig into the earth.

                    JACKSON
          In ancient times, epileptics were
          revered as warriors...

He rises to his hands and knees.

                    JACKSON
          They were mystics, who could see
          and do amazing things...

He digs his left foot into the earth.

                    JACKSON
          Even talk to the Great Spirit
          herself...

He slowly rises.  Kimi reaches down to pull him up.

POP!...

Kimi's face grimaces, then her shirt turns red.  She
collapses onto Jackson.  They fall to the earth.

                    JACKSON
          No!!!

Agent Miller stands behind her, his Glock G22 smoking.

Jackson pulls Kimi close.  Her blood covers him.

                    AGENT MILLER
          Filthy Lynx.

                    JACKSON
          Kimi!  No!  Please, God! --

                    AGENT MILLER
          You'll find no God here.

                    JACKSON
          Why?!

                    AGENT MILLER
          Because this is who I am!

He points his Glock G22 at Jackson's head.  WHAM!  Nerowe
knocks Agent Miller to the grass with the Silversticks.

He's out cold.

                    NEROWE
               (gassed)
          He leads me in paths of
          righteousness for His name's
          sake...

Jackson rises and takes the Silversticks.  Standing over
Agent Miller, he raises them up.

                    JACKSON
          Die!  I want you to die!

The Silversticks go ELECTRIC.

Jackson trembles in anger.  Sweat pours off his head.

                    NEROWE (O.S.)
          Brother...

His eyes find Nerowe.

                    NEROWE
          The world is filled with evil.  Let
          love have the last word.

Jackson looks down at the fallen Agent Miller.

                    JACKSON
          Because this is who I am!

ROARING!...

He turns and hurls a Silverstick at the fiery totem.  POW!
It sticks like a rod in the wood -- drawing lightning to it.

Nerowe crouches down and tends to Kimi.  He turns to see...

NEROWE'S POV

Blackwolf Indians swarm across the grass patch.

BACK TO SCENE

Rage takes Jackson...

He attacks, smashing Blackwolf after Blackwolf with the
Silverstick, only to see them fall and rise back up again.

183     **EXT. GRASS PATCH, VALLEY OF DEATH - DAWN (MATCHING SCENE 1)**

Heat lightning flashes over the small grass patch.

THREE BLACKWOLF INDIANS breathe heavy.  Wolf headpieces and
furs make them appear more like animals than men.  Wild eyes
and menacing snarls tell us these are bloodthirsty killers.
They ready their axes and daggers in anticipation of
something sensed, but not yet seen.

Glowing like a ghost, Jackson quietly slides in behind them.
His body is incandescent.  It radiates white light.

Tied to his waistband is a dream catcher.  It glows as he
does -- the source of his power.

He raises his Silverstick.

                    JACKSON
               (in a dreadful whisper)
          Hooyah...

Snarling, the Blackwolf wheel around to face him.

BLACKWOLF'S POV

The grass patch, but no Jackson.

BACK TO SCENE

Jackson's intense, forlorn eyes look upon his foes.  Then:

ZAP!  ZAP!  ZAP!...

In one whirlwind motion of the Silverstick, he strikes each
of the three Blackwolf, blowing them off their feet.

Breathing heavy, he turns and faces the large, primitive,
moss covered cave.  Adjacent to the cave stands the tall,
burning totem pole.

                    JACKSON
                (to cave)
            Azrael!  Hear me!  I won't hide
            from you anymore!...

He pulls loose his dream catcher and drops it into the tall
grass at his feet.  The glow on it fades.  So to does the
glow on Jackson.

                    JACKSON
            Not from any of you!

FIVE HOWLING BLACKWOLF surround Jackson.  They see him now.

A LARGE BLACKWOLF attacks.  It clubs him with the butt end of
an axe.  His teeth RATTLE.  He crumbles.

A SECOND BLACKWOLF pounces upon him and buries a dagger in
his torso.  Ribs CRUNCH.

Pain rushes through his body.  He gasps for air.

The Second Blackwolf celebrates with a blood curdling HOWL.
Just enough time for Jackson to line up the blade of the
Silverstick.  ZAP!  The Second Blackwolf is blown off of him.

Jackson slowly rises.  Grimacing, he pulls the dagger from
his body.  Blood pours out.

TWENTY BLACKWOLF circle him.

He raises the Silverstick up, then thrusts it down into the
earth.  A SHOCK WAVE ripples across the grass.

Stunned, the Blackwolf drop.  Jackson staggers toward the
cave.

                    JACKSON
            Autumn!...

His body locks up and collapses.  From the grass, he reaches
out for the cave.  The burning totem's image reflects off his
light blue eyes.

                    JACKSON
            I'm sorry.  I failed you.

From the cave, we hear a sinister, angry bellow.  Azrael
appears from within it.

Jackson's eyes flicker.  His body shakes violently.

The Blackwolf Indians surround him.

107.

Heat lightning flashes wildly across the valley.

Nerowe holds Kimi (both incandescent).  Helpless, he watches in horror.

The sky RUMBLES.

Nerowe feels a tug at his shirt...

> KIMI
> (faintly)
> Only the Medicine Man can break
> Azrael's grip.

Terrified, he nods, yes.

Nerowe (incandescent) rises and heads for Jackson.

He knocks Blackwolf after Blackwolf away, clearing a path...

To the Silverstick.  He grabs it.

ZAP!  ZAP!  He smashes TWO BLACKWOLF.

He looks up to the sky -- lightning flashes across it.

He looks down to Jackson -- his body seizures in unison.

> NEROWE
> It's a seizure...

He spins around, fending off Blackwolf Indians.

> NEROWE
> A seizure occurs when the brain's
> nerve cells misfire and generate a
> sudden, uncontrolled surge of
> electricity...

He looks at the Silverstick in the fiery totem.

> NEROWE
> Control the surge and you break the
> epilepsy's grip...

He looks up:  Lightning flickers down toward the totem -- it's drawn to the Silverstick stuck within it.

The Silverstick in his hand flickers.

He looks up:  Lightning flickers down toward him -- it's drawn to the Silverstick in his hand.

And the answer hits him like a ton of bricks...

                         NEROWE
                Even though I walk through the
                Valley of Death, I will fear no
                evil, for You are with me!...

He smashes a Blackwolf.

                         NEROWE
                Thy rod and Thy staff, they comfort
                me!...

Nerowe raises the Silverstick over his head.

                         NEROWE
                Control the surge to destroy the
                totem!...

He hurls the Silverstick at the fiery totem.

POW!  It sticks.

ZAP!!!  A gigantic LIGHTNING BOLT strikes both Silversticks,
moves through them, and enters the totem.

In an explosion of white light, the totem is pulled out of
the ground and shatters into flaming pieces.

The white light moves across the grass -- vaporizing the
Blackwolf Indians.  They disintegrate.

The lightning stops.  The sky clears.

Nerowe pulls off his dream catcher and tosses it away.

The glow on it fades.  He no longer radiates light.

Nerowe pulls the Silversticks from the fiery remains.

Jackson rises and picks Kimi (incandescent) up.

                         JACKSON
                Hold on.  I'm going to get you to
                the Great Spirit...

He joins Nerowe.

                         JACKSON
                Azrael!  Your totem is destroyed.
                As you soon will be.  Prepare
                yourself.  To die with me!

They move into the cave.

109.

184     **INT. CAVE - DAWN**

Jackson carries Kimi (incandescent).  The light from her body illuminates the dark, bluish toned, cave.

WHISPERING VOICES move past them.

                    JACKSON
          Kimi.  Stay with me, Sweepee.

Kimi's hand reaches up and touches his chest.

185     **EXT. GRASS PATCH, VALLEY OF DEATH - DAWN**

Unconscious, Agent Miller lies in the grass.  An incandescent glow stands over him.

186     **INT. CAVE - DAWN - CONTINUOUS**

They make their way down a tunnel.  Kimi moans in pain. Jackson sets her down.  Nerowe examines the wound.

                    NEROWE
          I can't stop this bleeding...

Kimi gestures for both men to come close.

She points.  They turn to find...

A reddish-purple light brightens the end of the corridor. The ground sparkles.  Scores of Grims block the way.

                    NEROWE
                (to Jackson)
          What now?

Jackson picks Kimi up and moves down the corridor.  Nerowe follows.

The white light radiates off Kimi, illuminating the darkness.

The sea of Grims parts.

187     **EXT. GRASS PATCH, VALLEY OF DEATH - DAWN**

Agent Miller comes to.  He rolls over.

Lilly stands in the grass.  She looks down at him.

                    AGENT MILLER
          What are you looking at?

110.

                          LILLY
                Dis ain't yar day, Boo.

The Red Elk rises up over Agent Miller...

And STOMPS him into oblivion.


188     **INT. AZRAEL'S SANCTUARY - DAWN**

They enter a vast, cavernous, brimstone sanctuary.  A river
of blood flows around a peninsula of rock.  At the far end of
the flooring is a large staircase.  Its stairs lead up to a
throne.

From an opening in the ceiling above, white light falls upon
the throne.

Jackson lays Kimi (incandescent) down on the sanctuary floor.

Floating Grims swarm above them from all sides.

                          JACKSON
                     (to Kimi)
                You have to stay awake, Sweepee.
                You have to hold on...

Kimi breathes hard and heavy.

                          JACKSON
                Don't leave us, Kimi.  Don't.

The light leaves Kimi's eyes -- her incandescent glow fades.

Nerowe checks her pulse, then crumbles in grief.

A sinister, bellowing LAUGHTER echoes toward them...

Jackson rises.  He stares across the sanctuary.

                          JACKSON
                Willy.

Nerowe rises.  He stares across the sanctuary.

Sitting in the throne -- atop the staircase -- is Azrael.

                          AZRAEL
                You destroyed my totem, but the
                Eternal Light is extinguished.
                Without her, there is only
                darkness.

Nerowe faces Jackson, then tosses him a Silverstick.

                         NEROWE
              No retreat?

                         JACKSON
              No surrender.

Nerowe takes a deep breath.  He faces Azrael.

                         NEROWE
              Then so written the last verse will
              be.

Azrael rises and drops his cloak.

SIX PURPLE WINGS span out...

He draws a WHITE FIRE SWORD and leaps from the staircase.
The brimstone floor shakes under the weight of his landing.

Jackson and Nerowe attack.  Jackson jumps up and swings his
Silverstick at Azrael, who blocks it with his fire sword.

Nerowe thrust attacks, but Azrael blocks it effortlessly with
his upper right wing.  The Silverstick has no affect.  Nerowe
is stunned.

Jackson swings again, but Azrael quickly delivers a powerful
blow from his bottom left wing, knocking Jackson away.

Azrael knocks Nerowe away with a sweeping backhand.  His
Silverstick spirals off.

Nerowe is out cold.

Jackson attacks.  Azrael grabs the Silverstick from his
hands, then throws him down onto the sanctuary floor.

Azrael plunges the fire sword into Jackson's abdomen.

                         AZRAEL
              While you burn in my fire, bear
              witness to your brother drown in
              his own blood.  This is your
              judgment.  This, Lynx Warrior, is
              your final day.

Azrael pulls out the fire sword and moves toward Nerowe.

Jackson's torso burns.  Through immense pain, he rises.

                         JACKSON
              No, Azrael.  Today, love will have
              the last word.

He stumbles after Azrael.

Azrael steps on Nerowe's body.  The fire sword draws back.
Jackson grabs Azrael's arm.

Jackson pulls hard against it, to no avail.

Nerowe comes to.  Azrael's foot pins him to the floor.  The
tip of the fire sword slowly burns through Nerowe's cheek.

Jackson pulls with all his strength.  Sweat pours off him.

Blood gurgles in Nerowe's throat.

> JACKSON
> Willy, hang on.  Please...

Jackson pulls hard.  His tired, bloodshot eyes strain.

> JACKSON
> You have to believe...

Nerowe drowns in his own blood.

> MATCH CUT TO:

189    **INT. CHANCE FAMILY ROOM - NIGHT (FLASHBACK)**

Lying on the floor, Nerowe drowns in his own blood.

A large piece of glass is stuck in his cheek.

He sees the Red Butterfly.  It flutters off toward the corner
of the room and lands on his cell phone.

He reaches for it, but falls short.

> JACKSON (V.O.)
> You have to believe...

He tries again, but fails.

> JACKSON (V.O.)
> Believe, Willy.

> NEROWE
> (gurgling)
> I believe.

Stretching as far as he can, he grasps the phone and pulls it
in.  He dials 911, then places the phone against his ear.

113.

                    OPERATOR (V.O.)
                 (from the phone)
        911.  What is your emergency?

                                        MATCH CUT TO:


190   **INT. AZRAEL'S SANCTUARY - DAWN - CONTINUOUS**

Jackson bends Azrael's arm back.

Azrael loses his footing on Nerowe and falls off balance.

Jackson uses the momentum to pull Azrael off of Nerowe.

In one smooth motion, Jackson digs his hands into Azrael's wings and hoists him over his head.

The fire sword flails wildly.  Jackson stands under the incredible weight.

The fire sword swipes the back of Jackson's head.

He ROARS in pain!

He holds Azrael for another second, then slams him into the floor.  Azrael screeches in agony.

Convulsing violently, Azrael lies wounded on the floor -- run through by his own sword.

Jackson stumbles away and collapses.  From the floor, Nerowe looks up at the Grims swarming above.

He rises, pulls the fire sword from Azrael's body, and plunges it into Azrael's face.

Azrael's body explodes into a cloud of black smoke and purple feathers.

Nerowe moves to Jackson.

                    JACKSON
                 (smiling)
        Impossible...

Blood trickles from his mouth.  A pool forms under his head.

Nerowe examines the fatal wound.  Weakly, Jackson pulls out the prayer card.  He hands it to Nerowe.

                    JACKSON
        She prepares a table before me in
        the presence of my enemies...

114.

He points to Nerowe's face.

                    JACKSON
          I'm sorry if I hurt you, Willy.

                    NEROWE
          No, Brother.  You saved me.

Jackson reaches his hand out to Nerowe, then smiles.  Nerowe
takes it.  Jackson convulses in pain.  Blood soaks his head.

                    JACKSON
          She an-an-anoints my head --

He chokes.

                    NEROWE
          With oil, my cup overflows.  Surely
          goodness and mercy shall follow me
          all the days of my life...

Jackson smiles.

A white light falls down upon him from above.

The sanctuary, once filled with Grims, is now filled with
translucent, white robed, floating CELESTIAL AURAS...

We see the Lynx Indians.

We see Thunderbear.

Jackson gazes upon their beauty.

                    JACKSON
          You're free...

One by one, the Celestial Auras begin to ascend into the
light at the top of the sanctuary.

Floating through the crowd of Celestial Auras is Autumn.

She floats gently past Thunderbear and stands at the top of
the staircase.

Jackson gazes upon her and smiles.

                    JACKSON
          I love you.

Kimi crouches down next to Jackson and Nerowe.  Her blood
stained clothes discarded, she now radiates in a white robe.

115.

                        KIMI
                  (to Nerowe)
          Take with you this dream, Medicine
          Man.  Your faith has given your
          brother victory in his final
          moment.  His sacrifice is your
          redemption.  You will live to see
          your wife and children grow old...

Kimi faces Jackson.

                        KIMI
                  (to Jackson)
          Be not afraid, Warrior.  Your quest
          is complete.  You are a good man.
          Join me.  For I am the Butterfly
          and the Eternal Light.  I am the
          Great Spirit.  And you may dwell
          with me in the house of the Lord
          forever.

Kimi rises and stands.

Large, translucent BUTTERFLY WINGS open from her back.

She offers her hand.  Their pinkies interlock.

Effortlessly, she pulls Jackson to his feet.

They climb the stairs to Autumn.

Jackson joins Autumn at the top of the stairs.  White light
falls down upon them.  They kiss.

Bright light illuminates Jackson's face...

                              MATCH CUT TO:

<u>BEGIN FLASHBACK MONTAGE</u>:

191     **INT. PICKUP TRUCK - TRAVELING - NIGHT (MONTAGE)**

     Bright light illuminates Jackson's face.

     The silver necklace hangs from the rear view mirror.

     Smiling, he looks out the front windshield.

     Jackson is swallowed by light.

116.

192   **INT. AGENT MILLER'S CAR - TRAVELING - NIGHT (MONTAGE)**

Bright light illuminates Agent Miller's face.

Terrified, he looks out the front windshield.

Agent Miller is swallowed by darkness.

                                        CUT TO BLACK:

We hear two vehicles COLLIDE, then a massive EXPLOSION.

                                        FADE IN:

193   **INT. CHANCE FAMILY ROOM - NIGHT (MONTAGE)**

Unconscious, Nerowe lies in a pool of blood on the floor.

His cell phone rests against his ear.

FIVE EMTS swarm into the house.

They defibrillate Nerowe.

194   **INT. HOSPITAL RECOVERY ROOM - DAWN (MONTAGE)**

A DOCTOR stands over a hospital bed.

                    DOCTOR
          There was a car accident out by the
          Railroad-Port last night.  It was
          all over in a moment, but we lost
          him.  Jackson's gone...

Weeping, Nerowe lies in the bed.  His face is bandaged.  He
coughs viciously.  Ana and Stella are at his side.

                    DOCTOR
          I'm so sorry, William.

195   **INT. NEROWE MASTER BEDROOM - DUSK (MONTAGE)**

Medical supplies clutter a spectacularly large, white
bedroom.  Ana helps Nerowe into a fluffy, oversized bed.  She
and Stella curl up next to him.

A ceiling fan spins peacefully above them.

Nerowe closes his eyes.

Hanging above the door is Autumn's dream catcher.

STELLA'S POV

Autumn's dream catcher begins to GLOW.

                    NEROWE (V.O.)
          A dream catcher for me?

                    AUTUMN (V.O.)
          So the Great Spirit will catch your
          bad dream and destroy it with the
          morning light.

                                        CUT TO BLACK:

END FLASHBACK MONTAGE:

                                        FADE IN:

196     **INT. NEROWE MASTER BEDROOM - DAY**

        Nerowe lies in bed.

        Sunlight falls upon his bandaged face.  His eyes open.

        NEROWE'S POV

        The ceiling fan spins peacefully.

        Autumn's glowing dream catcher hangs over the door.

        Its glow dissipates.

        BACK TO SCENE

        Nerowe hears CRYING coming from downstairs.

        He rises from bed.

197     **INT. NEROWE FRONT STAIRCASE - DAY**

        Nerowe moves quickly down the staircase.

198     **INT. NEROWE KITCHEN - DAY**

        He finds Ana crying next to the refrigerator.  She holds
        Stella, who spots him.

                    STELLA
          Daddy!

118.

Nerowe sweeps in and hugs them.  Ana wipes away tears.  She
can hardly breathe.

                    NEROWE
          Everything is going to be okay.
          I'm going to get well.  I promise.

                    ANA
          I love you.

                    NEROWE
          I love you too.

She runs her hand gently over his bandaged face.

                    ANA
          Isn't your daddy handsome?

Stella nods, yes.  He kisses her.

                    NEROWE
              (to Stella)
          And I love you.

Over Stella's shoulder, Nerowe's attention is drawn to the
refrigerator door...

On it, he sees an old PHOTOGRAPH:  Jackson, Autumn, Ana, and
Nerowe all smile into the camera.

He takes the photograph off the door and examines it.

                    STELLA
          What are you doing, Daddy?

                    NEROWE
          Just looking at an old picture.

Stella studies the photograph.

                    STELLA
          Where did Aunt Autumn and Uncle
          Jackson go?

Nerowe delicately outlines her small innocent face.

                    NEROWE
          They went to heaven.

                    STELLA
          Are they angels now, Daddy?

                    NEROWE
          Yes, Sweepee.  They are.

119.

We PAN UP to find the Red Butterfly fluttering above them. It moves THROUGH a glass window and up into the blue sky...

                                        MATCH CUT TO:

199     **EXT. PARK – DAY**

The Red Butterfly flutters across the blue sky.

SUPER:  ONE YEAR LATER...

Ana, Nerowe, and Stella enjoy a picnic.  We see that Ana is very pregnant and Nerowe is handsome and healthy.  Across his face is a light scar.

The Red Butterfly flutters down and lands on Stella's pinkie.

Nerowe spots this...

NEROWE'S POV

He watches the butterfly flutter across the park.

It lands on Autumn's wrist.

She and Jackson, both Celestial Auras, stand together.

BACK TO SCENE

Stella waves.

                    ANA
              Stella, who are you waving at?

                    STELLA
              Daddy sees them.

Stella turns to face Nerowe.  He smiles and nods, yes.

She turns back to find...

                                        FADE TO BLACK.

For my friend, Clint...

                    THE END.