# Exhibit 8

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

ALONZO WICKERS IV (State Bar No. 169454)
alonzowickers@dwt.com
NICOLAS A. JAMPOL (State Bar No. 244867)
nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
cydneyfreeman@dwt.com

Attorneys for Defendants
MATT DUFFER and ROSS DUFFER

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

CHARLIE KESSLER, an individual,

Plaintiff,

vs.

MATT DUFFER, an individual; ROSS DUFFER, an individual; and does 1 through 50 inclusive,

Defendants.

Case No. BC700197
[Assigned to the Hon. Michael Stern]

**DEFENDANTS MATT DUFFER AND ROSS DUFFER'S COMPENDIUM OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT VOLUME 1 OF 3 (PAGES 001-107)**

Date: April 4, 2019
Time: 8:30 a.m.
Dept.: 62

Trial Date: May 6, 2019
Action Filed: April 2, 2018

[Notice of Motion and Redacted Motion for Summary Judgment; Statement of Undisputed Material Facts; Notice of Lodging of Exs. A-B & J; Application to Seal Confidential Materials; and Notice of Lodging of Materials Conditionally Under Seal Filed Concurrently]

[Exs. A-B, J; Conditionally Under Seal Motion for Summary Judgment, Exs. I & N; and [Proposed] Order Granting Application to Seal Lodged Concurrently]

**RES ID: 181114365995**

# DECLARATION OF ROSS DUFFER

I, Ross Duffer, declare:

1. I am over the age of eighteen and have personal knowledge of the matters stated below, and if called to testify, I could and would competently testify to these facts.

## Background

2. I am a film and television writer, director, and producer. My brother Matt Duffer ("Matt") and I work on all of our film and television projects together and are known professionally as the Duffer Brothers. I attended Chapman University's Dodge College of Film and Media Arts, earning my degree in 2007. During and after college, my brother and I wrote numerous scripts and treatments for short films, feature-length films, and television series. In 2011, Warner Brothers acquired one of our scripts for a feature-length film titled *Hidden*, which we also directed. After *Hidden*, Matt and I worked as writers and producers on the Fox television series *Wayward Pines*. In 2015, Netflix purchased our television series that is the basis of this lawsuit, *Stranger Things* (the "Series").

## The Montauk Urban Legends

3. Matt and I long have been fascinated by urban legends and conspiracy theories. More than a decade ago, we did a high school project about the "Philadelphia Experiment," which is an urban legend that in 1943, government researchers took a U.S. Navy battleship to the Philadelphia Naval Shipyard and rendered the vessel completely invisible, both to the naked eye and to enemy technology. Some stories say the ship actually teleported during its invisibility to Norfolk, Virginia, then reappeared in Philadelphia. Some accounts say the ship also traveled back in time. When the ship reappeared, the myths say that some crew members reemerged embedded into the ship itself and that many left the experiment with mental disorders.

4. The Philadelphia Experiment was said to spark other covert government projects, including in Montauk, New York at the now-abandoned Camp Hero military base, which is known for its large, ominous radio tower. According to legend (the "Montauk Urban Legends"), government scientists at the Camp Hero military base conducted research into aliens, mind control, time travel, and other paranormal and supernatural activity, and sometimes carried out

these experiments using mind control on adults and kidnapped children. We were fascinated by the Montauk Legends and other conspiracy theories, alien abduction stories, and rumors of covert government operations (like MK Ultra) and read up on all of them.

**The Series' Creative Development**

5. In 2010, Matt and I began to work on a concept for a film inspired (in part) by the Montauk Urban Legends. On November 19, 2010, we sent ourselves an email describing several film projects we were exploring at the time, including one we called "The Montauk Experiments," which reflected elements of the Montauk Urban Legends and other conspiracy theories. A true and correct copy of that email is attached as **Exhibit C**, with Bates numbers DUFFER_002061-DUFFER_002074. (We often would send each other and ourselves emails regarding our various ideas and projects to ensure that we did not lose them and could maintain a record of them.) As the email reflects, we envisioned that the film would be set in Montauk in the 1980s, and would include a wealth of science-fiction elements like paranormal activity, unethical experiments, secret underground research facilities, monsters coming through portals, mind-control experiments, and interdimensional portals, to name a few – all of which became key elements of our television series *Stranger Things*.

6. On November 22, 2010, we sent ourselves another email with a more detailed concept for our project, which noted that the film would be built upon the popular legend that "the U.S. government conducted a series of clandestine experiments at the abandoned Montauk, Long Island Air Force base from 1982 to 1987." A true and correct copy of that email is attached as **Exhibit D**, with Bates numbers DUFFER_002075-DUFFER_002084. At that time, we envisioned a protagonist who was "[a]bducted with a group of other physically gifted men, women, and children" and "subjected to a chain of increasingly disturbing tests aimed at developing his untapped psychic abilities." While "all of the other subjects die gruesome deaths or are driven insane by the increasingly brutal experimentation," the protagonist "successfully develops the ability to control minds, move objects telepathically, and materialize thoughts out of thin air." Eventually, the protagonist "begins to lose control over his own powers, and soon he is

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

materializing hellish visions from the deepest, darkest corners of his psyche that put both himself and the entire facility in grave danger."

7. In 2013, Matt and I decided the project would work better as a television series than a film, as that would allow us to reveal the story over the course of multiple episodes and even seasons, as opposed to a single sitting. With this in mind, in October 2013, we prepared an outline for the pilot episode of the Series and saved the outline on Google Documents. A true and correct copy of that outline, dated October 7, 2013, is attached as **Exhibit E**, with Bates numbers DUFFER_005301-DUFFER_005302. Also attached as Exhibit E is a true and correct screenshot of the Google Document interface showing that this version of the outline was last modified on October 7, 2013.

8. As described in the outline, we decided that the Series would be set in the 1980s and would follow a group of adolescents who spend their nights playing Dungeons & Dragons and eating pizza and are drawn into a world of supernatural terror. While biking home one night, a character named Benny "hears voices" and "goes into [a] strange world, taken by some evil force." A local sheriff investigates, but Benny has "simply vanished," leaving his parents devastated. Soon, Benny begins mysteriously "communicating" with his friend Elliot, whom he directs to meet a "gaunt, homeless" Camp Hero escapee at a lighthouse. The sheriff arrests the escapee for murdering Benny, but Elliot is certain that the escapee is not the killer. As police interrogate the escapee, who is tattooed with the number 300, it is revealed that he is one of hundreds of people who has been imprisoned at Camp Hero and subjected to psychic experimentation. Meanwhile, the other children searching for Benny also are abducted. In the last scene, the sheriff stares at Camp Hero while the "radio tower spins and spins." The last word of the outline captures the mood of the episode (and, in fact, the entire Series): "Ominous."

9. Matt and I continued to work on the Series. We also began to discuss our ideas with our friends and family, who were supportive of our work on the Series. As one example, knowing that we had originally anticipated setting the Series in Montauk, on January 2, 2014, my wife emailed me a link to a New York Times story about Montauk. A true and correct copy of

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

that email is attached as **Exhibit F**, with Bates number DUFFER_040732. On February 27, 2014, Matt and I emailed a friend describing our idea for the Series, explaining that it would be "set in 1980s Long Island" and would "involve the supernatural to a degree, but it's classy, we promise." A true and correct redacted copy of that email is attached as **Exhibit G**.

10. In early 2014, Matt and I planned to travel to Montauk to scout potential filming locations for the project. We had anticipated making the trip in April 2014 so that it would coincide with the Tribeca Film Festival in New York, where a film written and directed by my then-girlfriend, now wife, Leigh Janiak, was screening. Matt and I told our mother about our plans, and she got in touch with a family friend who has children living in the area. On March 24, 2014, that family friend emailed her children to describe our scouting plans. The email attached as **Exhibit H** is a true and correct copy of that email as forwarded to us by one of its initial recipients, John Darsie.

**The 2014 Tribeca Film Festival**

11. As discussed above, Matt and I planned a scouting trip to Montauk to coincide with my wife's film screening at the Tribeca Film Festival, which was taking place on April 21, 2014. As part of the festival, my wife's film *Honeymoon* had a 9:30 p.m. screening a few blocks from the Dream Hotel Downtown in Manhattan, and the festival sponsored a post-screening cocktail party in the hotel's lobby. I attended the *Honeymoon* cocktail party to support my wife and her film.

12. At the party, like many parties, I engaged in small talk with a number of different people that were at the party. At parties, people often ask one another what they are working on, and people often discuss their work.

13. I do not remember meeting Charlie Kessler at the cocktail party at the Tribeca Film Festival. In fact, I do not remember having ever met Charlie Kessler, whether at the party or anywhere else. I would not have – and did not – enter into a contractual relationship with him at the party, particularly given that we did not know Kessler and we had already conceived of our idea for the Series.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

14. Kessler never emailed or called Matt or me after the cocktail party. As far as I know, he never attempted to communicate with either of us. I have never contacted Kessler, or asked anyone to contact him on my behalf.

15. Kessler never sent me the short play or screenplays on which he bases this lawsuit, nor has he ever sent me any of his other ideas or works. He never sent me a link to any website he created, and I have never viewed the website he describes in his discovery responses.

16. Other than my attorneys after the filing of this lawsuit, no one has ever sent me any copy of Kessler's screenplay, short film, or any other work. Except as part of this lawsuit, I have never received or reviewed any copy of Kessler's screenplay or short film, or any other of Kessler's works.

***Stranger Things***

17. To pitch our idea to potential networks, we created a pitch book inspired by the look and feel of an old Stephen King paperback novel, with shots of Camp Hero and some of the 1980s classics that inspired *Stranger Things*. A true and correct copy of that pitch book, as of April 11, 2015, is attached as **Exhibit I**, with Bates number DUFFER_004612-DUFFER_004634. The pitch book contains highly confidential information about our ideas for what became *Stranger Things*. We pitched our series to Netflix in March 2015, and closed a straight-to-series order that same month.

18. The initial working title for the Series was "Montauk," as the Series originally was written to take place in Montauk like the Montauk Urban Legends. Ultimately, Matt and I decided to change the setting to the fictional town of Hawkins, Indiana. Using a fictional town allowed us to create an "Anytown, U.S.A." feeling, gave us greater creative freedom, and allowed us to film the series in Atlanta, Georgia instead of limiting us to filming in and around Montauk. Because the series was no longer set in Montauk, we had to change the name, and decided on the title *Stranger Things*.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

19. On July 15, 2016, *Stranger Things* premiered on Netflix, which released all eight episodes of the first season at once. A DVD set of true and correct copies of the first season's episodes is lodged with the Court as **Exhibit A**.

20. The second season of *Stranger Things* was released on Netflix on October 27, 2017. A DVD set of true and correct copies of the second season's episodes is lodged with the Court as **Exhibit B**.

21. The third season of *Stranger Things* will be released on Netflix this year.

22. Kessler did not provide any ideas, concepts, or other elements that were used in the Series. The concepts and ideas reflected in the Series were created by Matt or myself, or by the writers and others we have employed in connection with the Series.

This declaration was executed on this 30 day of January, 2019, in Los Angeles, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Ross Duffer

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT D

**From:** Matt Duffer [redacted]
**To:** duffer[redacted]
**Sent:** 11/23/2010 2:48:37 AM
**Subject:** spec ideas
**Attachments:** specidea_summaries.fdr

treasure chest!

2Final Draft, Inc.Final DraftYFFFF0000000060002000177AA000000000007E00000000020001101804990004800048-258BAB200BB-
134E43DE434E43DE49E805800647107BAB36BFFFF01034D900001000001E50000000070719408405814F1833236F703CC40017614
F1831AF0719102C4084018314F38B32391203C800137E19538B1950102C1A1E4084038B14F4F73239CC03CC4014EA14F4F720001
A1E21FB408404F714F6CB3237A003CC4026BE14F6CB25A021FB2AFD408406CB14F82A3238B703CC40281D14F82A2B002AFD34
D94084082A14FA4C3239CA03CC403A3F14FA4C19D034D93DE440840A4C14FBAB3238AE038C403B9E14FBAB316000020000071
F00000000719,DUFFER BROS. SCREENPLAY IDEAS - 11/22/10

CONFIDENTIAL 025 DUFFER_002076



The Montauk Experiment

According to legend, the U.S. government conducted a series of clandestine experiments at the abandoned Montauk, Long Island Air Force base from 1982-1987. This was during the final years of the Cold War, when the race to develop new weaponry and technology had reached a fever pitch. With a near endless supply of funds obtained from a large cache of Nazi gold, the Montauk Project experiments pushed the very limits (and ethics) of modern science, testing everything from mind control to time travel. In our version of history, the O.S.S. Film Photography Unit exhaustively documented the entirety of the experiments at the behest of the U.S. government. After the experiments came to a sudden and disturbing conclusion in late August of 1987, the O.S.S. securely locked away the film cannisters so they would never be seen by the public. That is, of course, until now. The Montauk Experiment will be a gritty and intensely realistic found footage presentation of the lost film, following the experiments from their inception to blood-soaked finale. Although the film will be told from the point-of-view of the scientists (essentially the villains of our story), our protagonist will be DUNCAN CAMERON, the only test subject known to have survived. Abducted along with a group of other psychically gifted men, women, and children, Duncan is subjected to a chain of increasingly disturbing tests aimed at developing his untapped psychic abilities. While all of the other subjects die gruesome deaths or are driven insane by the increasingly brutal experimentation, Duncan miraculously endures, and, over time, successfully develops the ability to control minds, move objects telepathically, and materialize thoughts out of thin air. Galvanized by Duncans progress, the scientists continue to push him to further develop his mind, but the endless testing gradually takes its toll on Duncan. Plagued by a series of horrific nightmares, he begins to lose control over his own powers, and soon he is materializing hellish visions from the deepest, darkest corners of his psyche that put both himself and the entire facility in grave danger. It is now up to Duncan to stop his powers before they spiral further out of control...and end the Montauk Experiment once and for all.

CONFIDENTIAL

027

DUFFER_002078

CONFIDENTIAL 028 DUFFER_002079

CONFIDENTIAL
029
DUFFER_002080

BFFFF000000060002000177AA0000000004F0000000020001101-7F7C67000480048-20F0-10
F264FFFF0102000010000003200000001038405AF20A20388000203F20A000020000000700000003,[].00040000000C000000030235
3000500000000900000000201500006000000EE0000000430C30FFFF0C00000
10 10930FFFF0C00000
20 10C201020040FFFF0C00000
1043D7A00121963C0010930FFFF0C00000
1040414C0 000700000003800000002010180205A0

1018000080000016600000000240,System40,Courier104014E440007014000100000011640,Courier Final
Draft40,Courier104014E40701010000001160009000000050000000020000A00000013000000020F2640F264000B00000005000000020
000C0000000A0000000101000F00000055000000000040010 104,77A4,XX.4,4,4,X4,4,-
00130000007E00000000DA91F8CE1C1D1E1F7F1B044,-
..'"FFFF0FFFF0012800000000900000000150012900000000900000000150001400000000AC000000001963C05C1AE204211963C402C,E,42,
>Page #n|

ArPnhFFFE000000060002000177AADeFFFF0000000600020001 77AA00000000004B0000000020901101-7F7C67000480048-20C0-10
C264FFFF010000100000031000000001018405AC20A038E000203C20A00002000000005000000001,
0004000000009000000002013000050000000900000002013000060000000640000000210C30FFFF0C00000
10 10930FFFF0C00000
30 0007000000380000000201018O205A0

10180000800000166000000240,System40,Courier104014E440007014000100000011640,Courier Final Draft40,Courier104014E4070101000000116000900000005000000020000A000000013000000020C2640C264000B0000000500000002000C0000000A0000000101000F000000550000000040010 104,014,20A4,4,4,
4,4,00130000007E00000000DA91F8CE1C1D1E1F7F1B044,-
..'"FFFF0FFFF0012800000000900000001300129000000009000000130FFFE000000060002000177AADQ6$$

## DECLARATION OF MATT DUFFER

I, Matt Duffer, declare:

1.      I am over the age of eighteen and have personal knowledge of the matters stated below, and if called to testify, I could and would competently testify to these facts.

### Background

2.      I am a film and television writer, director, and producer.  My brother Ross Duffer ("Ross") and I work on all of our film and television projects together and are known professionally as the Duffer Brothers.  I attended Chapman University's Dodge College of Film and Media Arts, earning my degree in 2007.  During and after college, my brother and I wrote numerous scripts and treatments for short films, feature-length films, and television series.  In 2011, Warner Brothers acquired one of our scripts for a feature-length film titled *Hidden*, which we also directed.  After *Hidden*, Ross and I worked as writers and producers on the Fox television series *Wayward Pines*.  In 2015, Netflix purchased our television series that is the basis of this lawsuit, *Stranger Things* (the "Series").

### The Montauk Urban Legends

3.      Ross and I long have been fascinated by urban legends and conspiracy theories.  More than a decade ago, we did a high school project about the "Philadelphia Experiment," which is an urban legend that in 1943, government researchers took a U.S. Navy battleship to the Philadelphia Naval Shipyard and rendered the vessel completely invisible, both to the naked eye and to enemy technology.  Some stories say the ship actually teleported during its invisibility to Norfolk, Virginia, then reappeared in Philadelphia.  Some accounts say the ship also traveled back in time.  When the ship reappeared, the myths say that some crew members reemerged embedded into the ship itself and that many left the experiment with mental disorders.

4.      The Philadelphia Experiment was said to spark other covert government projects, including in Montauk, New York at the now-abandoned Camp Hero military base, which is known for its large, ominous radio tower.  According to legend (the "Montauk Urban Legends"), government scientists at the Camp Hero military base conducted research into aliens, mind control, time travel, and other paranormal and supernatural activity, and sometimes carried out

these experiments using mind control on adults and kidnapped children. We were fascinated by the Montauk Legends and other conspiracy theories, alien abduction stories, and rumors of covert government operations (like MK Ultra) and read up on all of them.

**The Series' Creative Development**

5. In 2010, Ross and I began to work on a concept for a film inspired (in part) by the Montauk Urban Legends. On November 19, 2010, we sent ourselves an email describing several film projects we were exploring at the time, including one we called "The Montauk Experiments," which reflected elements of the Montauk Urban Legends and other conspiracy theories. A true and correct copy of that email is attached to Ross's declaration as **Exhibit C**, with Bates numbers DUFFER_002061-DUFFER_002074. (We often would send each other and ourselves emails regarding our various ideas and projects to ensure that we did not lose them and could maintain a record of them.) As the email reflects, we envisioned that the film would be set in Montauk in the 1980s, and would include a wealth of science-fiction elements like paranormal activity, unethical experiments, secret underground research facilities, monsters coming through portals, mind-control experiments, and interdimensional portals, to name a few – all of which became key elements of our television series *Stranger Things*.

6. On November 22, 2010, we sent ourselves another email with a more detailed concept for our project, which noted that the film would be built upon the popular legend that "the U.S. government conducted a series of clandestine experiments at the abandoned Montauk, Long Island Air Force base from 1982 to 1987." A true and correct copy of that email is attached to Ross's declaration as **Exhibit D**, with Bates numbers DUFFER_002075-DUFFER_002084. At that time, we envisioned a protagonist who was "[a]bducted with a group of other physically gifted men, women, and children" and "subjected to a chain of increasingly disturbing tests aimed at developing his untapped psychic abilities." While "all of the other subjects die gruesome deaths or are driven insane by the increasingly brutal experimentation," the protagonist "successfully develops the ability to control minds, move objects telepathically, and materialize thoughts out of thin air." Eventually, the protagonist "begins to lose control over his own

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

powers, and soon he is materializing hellish visions from the deepest, darkest corners of his psyche that put both himself and the entire facility in grave danger."

7. In 2013, Ross and I decided the project would work better as a television series than a film, as that would allow us to reveal the story over the course of multiple episodes and even seasons, as opposed to a single sitting. With this in mind, in October 2013, we prepared an outline for the pilot episode of the Series and saved the outline on Google Documents. A true and correct copy of that outline, dated October 7, 2013, is attached to Ross's declaration as **Exhibit E**, with Bates numbers DUFFER_005301-DUFFER_005302. Also attached to Ross's declaration as Exhibit E is a true and correct screenshot of the Google Document interface showing that this version of the outline was last modified on October 7, 2013.

8. As described in the outline, we decided that the Series would be set in the 1980s and would follow a group of adolescents who spend their nights playing Dungeons & Dragons and eating pizza and are drawn into a world of supernatural terror. While biking home one night, a character named Benny "hears voices" and "goes into [a] strange world, taken by some evil force." A local sheriff investigates, but Benny has "simply vanished," leaving his parents devastated. Soon, Benny begins mysteriously "communicating" with his friend Elliot, whom he directs to meet a "gaunt, homeless" Camp Hero escapee at a lighthouse. The sheriff arrests the escapee for murdering Benny, but Elliot is certain that the escapee is not the killer. As police interrogate the escapee, who is tattooed with the number 300, it is revealed that he is one of hundreds of people who has been imprisoned at Camp Hero and subjected to psychic experimentation. Meanwhile, the other children searching for Benny also are abducted. In the last scene, the sheriff stares at Camp Hero while the "radio tower spins and spins." The last word of the outline captures the mood of the episode (and, in fact, the entire Series): "Ominous."

9. Ross and I continued to work on the Series. We also began to discuss our ideas with our friends and family, who were supportive of our work on the Series. On February 27, 2014, Ross and I emailed a friend describing our idea for the Series, explaining that it would be "set in

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1980s Long Island" and would "involve the supernatural to a degree, but it's classy, we promise." A true and correct redacted copy of that email is attached to Ross's declaration as **Exhibit G**.

10. In early 2014, Ross and I planned to travel to Montauk to scout potential filming locations for the project. We had anticipated making the trip in April 2014 so that it would coincide with the Tribeca Film Festival in New York, where a film written and directed by Ross's then-girlfriend, now wife, Leigh Janiak ("Leigh"), was screening. Ross and I told our mother about our plans, and she got in touch with a family friend who has children living in the area. On March 24, 2014, that family friend emailed her children to describe our scouting plans. The email attached as **Exhibit H** is a true and correct copy of that email as forwarded to us by one of its initial recipients, John Darsie.

**The 2014 Tribeca Film Festival**

11. As discussed above, Ross and I planned a scouting trip to Montauk to coincide with Leigh's film screening at the Tribeca Film Festival, which was taking place on April 21, 2014. As part of the festival, Leigh's film *Honeymoon* had a 9:30 p.m. screening a few blocks from the Dream Hotel Downtown in Manhattan, and the festival sponsored a post-screening cocktail party in the hotel's lobby. I attended the *Honeymoon* cocktail party to support Leigh and her film.

12. At the party, like many parties, I engaged in small talk with a number of different people that were at the party. At parties, people often ask one another what they are working on, and people often discuss their work.

13. I do not remember meeting Charlie Kessler at the cocktail party at the Tribeca Film Festival. In fact, I do not remember having ever met Charlie Kessler, whether at the party or anywhere else. I would not have – and did not – enter into a contractual relationship with him at the party, particularly given that we did not know Kessler and we had already conceived of our idea for the Series.

14. Kessler never emailed or called Ross or me after the cocktail party. As far as I know, he never attempted to communicate with either of us. I have never contacted Kessler, or asked anyone to contact him on my behalf.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

15. Kessler never sent me the short play or screenplays on which he bases this lawsuit, nor has he ever sent me any of his other ideas or works. He never sent me a link to any website he created, and I have never viewed the website he describes in his discovery responses.

16. Other than my attorneys after the filing of this lawsuit, no one has ever sent me any copy of Kessler's screenplay, short film, or any other work. Except as part of this lawsuit, I have never received or reviewed any copy of Kessler's screenplay or short film, or any other of Kessler's works.

***Stranger Things***

17. To pitch our idea to potential networks, we created a pitch book inspired by the look and feel of an old Stephen King paperback novel, with shots of Camp Hero and some of the 1980s classics that inspired *Stranger Things*. A true and correct copy of that pitch book, as of April 11, 2015, is attached to Ross's declaration as **Exhibit I**, with Bates number DUFFER_004612-DUFFER_004634. The pitch book contains highly confidential information about our ideas for what became *Stranger Things*. We pitched our series to Netflix in March 2015, and closed a straight-to-series order that same month.

18. The initial working title for the Series was "Montauk," as the Series originally was written to take place in Montauk like the Montauk Urban Legends. Ultimately, Ross and I decided to change the setting to the fictional town of Hawkins, Indiana. Using a fictional town allowed us to create an "Anytown, U.S.A." feeling, gave us greater creative freedom, and allowed us to film the series in Atlanta, Georgia instead of limiting us to filming in and around Montauk. Because the series was no longer set in Montauk, we had to change the name, and decided on the title *Stranger Things*.

19. On July 15, 2016, *Stranger Things* premiered on Netflix, which released all eight episodes of the first season at once. A DVD set of true and correct copies of the first season's episodes is lodged with the Court as **Exhibit A**.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

20. The second season of *Stranger Things* was released on Netflix on October 27, 2017. A DVD set of true and correct copies of the second season's episodes is lodged with the Court as **Exhibit B**.

21. The third season of *Stranger Things* will be released on Netflix this year.

22. Kessler did not provide any ideas, concepts, or other elements that were used in the Series. The concepts and ideas reflected in the Series were created by Ross or myself, or by the writers and others we have employed in connection with the Series.

This declaration was executed on this 30 day of January, 2019, in Los Angeles, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Matt Duffer

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899