**Exhibit 9**

# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF WILDERNESS SURROUNDING LYNX VALLEY**



**STRANGER THINGS: WILDERNESS SURROUNDING HAWKINS, INDIANA**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF JACKSON & AUTUMN CHANCE'S BACKYARD**



**STRANGER THINGS: JOYCE & WILL BYERS' BACKYARD**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF AUTUMN CHANCE LOOKING OUT TO BACKYARD**



**STRANGER THINGS: WILL BYERS LOOKING OUT TO BACKYARD**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF AUTUMN CHANCE SEEING A BLACKWOLF IN HER BACKYARD**



**STRANGER THINGS: WILL BYERS' POINT-OF-VIEW SEEING A DEMOGORGON IN HIS BACKYARD**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF CHANCE BACKYARD IN THE EARTHLY PLANE**



**TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF CHANCE BACKYARD IN THE CARBON COPY PLANE**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**STRANGER THINGS: BYERS BATHROOM IN THE EARTHLY PLANE**



**STRANGER THINGS: BYERS BATHROOM IN THE UPSIDE DOWN**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF BLUE TUNNELS IN THE CARBON COPY PLANE**



**STRANGER THINGS: BLUE TUNNELS IN THE UPSIDE DOWN**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF WILLIAM NEROWE PREPARING FOR A FIGHT WITH ELECTRIFIED SILVERSTICK**



**STRANGER THINGS: ERICA SINCLAIR PREPARING FOR A FIGHT WITH ELECTRIFIED CATTLE PROD**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF LODGE WHERE WILLIAM NEROWE SWEATS OUT CANCER**



**STRANGER THINGS: CABIN WHERE WILL BYERS SWEATS OUT SHADOW MONSTER**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

## TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF AZRAEL'S SANCTUARY



## STRANGER THINGS: SHADOW MONSTER'S LAIR



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF JACKSON CHANCE, WILLIAM NEROWE & KIMI BATTLING AZRAEL**



**STRANGER THINGS: HOPPER & ELEVEN BATTLING SHADOW MONSTER**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: STILL PHOTO OF LYNX INDIAN BEING ELECTROCUTED BY AZRAEL IN <u>COPYRIGHTED</u> LIVE-ACTION TEST DEMO**



**STRANGER THINGS: JOYCE BYERS IS ELECTROCUTED BY SUPERNATURAL CREATURE**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF DREAM CATCHER**



**STRANGER THINGS: DREAM CATCHER IN WILL BYERS' FORT**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

## TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF ELK IN WOODS



## STRANGER THINGS: INJURED DEER IN WOODS



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: STILL PHOTO OF THE WOODS IN THE CARBON COPY PLANE FROM <u>COPYRIGHTED</u> LIVE-ACTION TEST DEMO**



**STRANGER THINGS: JIM HOPPER AND JOYCE BYERS IN THE WOODS OF THE UPSIDE DOWN**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: STILL PHOTO OF AZRAEL IN THE WOODS OF THE CARBON COPY PLANE FROM <u>COPYRIGHTED</u> LIVE-ACTION TEST DEMO**



**STRANGER THINGS: DEMOGORGON IN THE WOODS OF THE UPSIDE DOWN**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: STILL PHOTO OF AZRAEL IN THE WOODS OF THE CARBON COPY PLANE FROM <u>COPYRIGHTED</u> LIVE-ACTION TEST DEMO**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: STILL PHOTO OF AZRAEL EXPANDING IN THE WOODS OF THE CARBON COPY PLANE FROM <u>COPYRIGHTED</u> LIVE-ACTION TEST DEMO**



**TOTEM: <u>COPYRIGHTED</u> ILLUSTRATION OF AZRAEL**



# SIMILARITIES AND INFRINGEMENT: *TOTEM & STRANGER THINGS*

**TOTEM: STILL PHOTO OF AZRAEL REACHING OUT WITH RIGHT HAND TO ATTACK THE AUDIENCE FROM <u>COPYRIGHTED</u> LIVE-ACTION TEST DEMO**



**STRANGER THINGS: DEMOGORGON REACHING OUT WITH RIGHT HAND TO ATTACK ELEVEN**

