**Exhibit 10**

# SIMILARITIES: *TOTEM & STRANGER THINGS*

## TOTEM: POSTER FEATURING AZRAEL, JACKSON CHANCE & 10-YEAR-OLD KIMI (SHAVED HEAD)



# SIMILARITIES: *TOTEM & STRANGER THINGS*

### TOTEM: CLOSE UP OF CHARACTERS JACKSON CHANCE & 10-YEAR-OLD KIMI (SHAVED HEAD)



### STRANGER THINGS: CHARACTERS JIM HOPPER & ELEVEN




# SIMILARITIES: *TOTEM & STRANGER THINGS*

## TOTEM: POSTER FEATURING AZRAEL, JACKSON CHANCE & WIFE AUTUMN CHANCE



# SIMILARITIES: *TOTEM & STRANGER THINGS*

## TOTEM: CLOSE UP OF CHARACTERS JACKSON CHANCE & WIFE AUTUMN CHANCE



## STRANGER THINGS: CHARACTERS JIM HOPPER & JOYCE BYERS



# SIMILARITIES: *TOTEM & STRANGER THINGS*

### TOTEM: IILLUSTRATION OF AZRAEL



# SIMILARITIES: *TOTEM & STRANGER THINGS*

## TOTEM: ILLUSTRATION OF AZRAEL WITH CLOSED FACE



# SIMILARITIES: *TOTEM & STRANGER THINGS*

**TOTEM: STORYBOARD FRAMES OF AZRAEL FOR LIVE-ACTION TEST DEMO**



AZRAEL thrusts his face into the camera and wails a horrific scream.

# SIMILARITIES: *TOTEM & STRANGER THINGS*

## STRANGER THINGS: DEMOGORGON



# SIMILARITIES: *TOTEM & STRANGER THINGS*

## TOTEM'S ILLUSTRATIONS & STORYBOARDS OF AZRAEL ARE BASIS FOR STRANGER THINGS' DEMOGORGON



**AZRAEL CONCEPT ART     +     AZRAEL STORYBOARD     =          DEMOGORGON**

# SIMILARITIES: *TOTEM & STRANGER THINGS*

## TOTEM: STORYBOARD FRAMES OF AZRAEL EXPANDING



## TOTEM: ILLUSTRATION OF AZRAEL EXPANDING IN THE CARBON COPY PLANE (FROM HIS ORIGINS BACKSTORY)



# SIMILARITIES: *TOTEM & STRANGER THINGS*

## TOTEM: ILLUSTRATION OF AZRAEL LOOMING OVER THE CARBON COPY PLANE (FROM HIS ORIGINS BACKSTORY)



## STRANGER THINGS: SHADOW MONSTER LOOMING OVER THE UPSIDE DOWN



# SIMILARITIES: *TOTEM & STRANGER THINGS*

**TOTEM: ILLUSTRATION OF SAM MILLER DELIBERATELY CAUSING A CAR ACCIDENT**



**STRANGER THINGS: BILLY HARGROVE DELIBERATELY CAUSES A CAR ACCIDENT**



# SIMILARITIES:  *TOTEM & STRANGER THINGS*

### TOTEM: ILLUSTRATION OF SAM MILLER DELIBERATELY CRASHING INTO JACKSON CHANCE



### TOTEM: THE CRASH LEAVES JACKSON CHANCE HANGING UPSIDE DOWN

```
EXTREME CLOSE UP - JACKSON CHANCE'S FACE - DAWN

A bright white light illuminates his face, blinding him.  His
eyes close tightly.  His body cringes.


EXT. RAILROAD-PORT - DAWN

We hear the sound of screeching tires.  We see Jackson's
truck collide with another vehicle.  We hear an explosion.


INT. CHANCE TRUCK - SUNRISE

Smoke rises up into a breathtaking sunrise.  We see the
entrance to the Railroad-Port through the smoke.

Jackson comes to, only to find his truck upside down and on
fire.  He struggles to free himself but can't.

Turning to the driver door, he repeatedly kicks its window
until it gives way.  Tangled in the seat belt, he fights to
free himself.  The truck burns all around him.  We see fire.

                                              MATCH CUT TO:


EXT. VALLEY OF DEATH - GRASS PATCH - NIGHT

A fire burns.  Iron Lightning is roped to the top of the
Totem Pole.  He hangs upside down against it.  The
```

# SIMILARITIES: *TOTEM & STRANGER THINGS*

**TOTEM: HANGING UPSIDE DOWN SIGNIFIES THE MOMENT JACKSON CHANCE ENTERS THE CARBON COPY PLANE RULED BY AZRAEL**

```
INT. CHANCE TRUCK - SUNRISE

Smoke rises up into a breathtaking sunrise.  We see the
entrance to the Railroad-Port through the smoke.

Jackson comes to, only to find his truck upside down and on
fire.  He struggles to free himself but can't.

Turning to the driver door, he repeatedly kicks its window
until it gives way.  Tangled in the seat belt, he fights to
free himself.  The truck burns all around him.  We see fire.

                                            MATCH CUT TO:


EXT. VALLEY OF DEATH - GRASS PATCH - NIGHT

A fire burns.  Iron Lightning is roped to the top of the
Totem Pole.  He hangs upside down against it.  The
```

**TOTEM: LIKEWISE, AZRAEL ALSO HOLDS 10-YEAR-OLD IRON LIGHTING UPSIDE DOWN IN THE CARBON COPY PLANE**



# SIMILARITIES: *TOTEM & STRANGER THINGS*

**TOTEM: AZRAEL HOLDS 10-YEAR-OLD IRON LIGHTING UPSIDE DOWN IN THE CARBON COPY PLANE**



**STRANGER THINGS: 12-YEAR-OLD WILL BYERS HIDES FROM DEMOGORGON IN THE UPSIDE DOWN**



# SIMILARITIES: *TOTEM & STRANGER THINGS*

**TOTEM: 10-YEAR-OLD RIVERSHADOW USES HIS SUPERNATURAL POWER TO MANIFEST BUTTERFLIES FROM HIS HAND**



**STRANGER THINGS: NINE USES HER SUPERNATURAL POWER TO MANIFEST BUTTERFLY FROM HER HAND**





# SIMILARITIES: *TOTEM & STRANGER THINGS*

**TOTEM: RIVERSHADOW PULLS HIS BROTHER IRON LIGHTNING OUT OF A VISION / SEIZURE**



**STRANGER THINGS: MIKE WHEELER PULLS HIS FRIEND WILL BYERS OUT OF A VISION / SEIZURE**



# SIMILARITIES: *TOTEM & STRANGER THINGS*

**TOTEM:  RIVERSHADOW IS BELIEVED TO HAVE DROWNED, BUT IS LATER FOUND TO BE ALIVE**



# SIMILARITIES: *TOTEM & STRANGER THINGS*

**STRANGER THINGS: WILL BYERS IS BELIEVED TO HAVE DROWNED, BUT IS LATER FOUND TO BE ALIVE**







# SIMILARITIES: *TOTEM & STRANGER THINGS*

**TOTEM: THE PRICE OF IRON LIGHTNING'S & RIVERSHADOW'S SUPERNATURAL POWER IS PAID WITH BLOOD**



**STRANGER THINGS: THE PRICE OF ELEVEN'S & NINE'S SUPERNATURAL POWER IS PAID WITH BLOOD**



# SIMILARITIES: *TOTEM & STRANGER THINGS*

## TOTEM: LYNX INDIANS SECRETLY DELIVER MYSTICS TO A HIDDEN VILLAGE AT THE END OF THE WORLD



```
INT. SWEAT LODGE - DUSK

Nerowe comes to.  He finds himself dressed in the regalia of
a Lynx Medicine Man.  A thin blue paste covers his wound.

Wincing in pain, he rubs his neck...

A RED BUTTERFLY TATTOO adorns it.

Smoke from the burning cedar branches fills the room.

Thunderbear stands over him.

                    NEROWE
                (weakly)
            What is this place?

                    THUNDERBEAR
            The Village at the End of the
            World.

                    NEROWE
            I don't want my daughter to grow up
            without a father.
```

## STRANGER THINGS: LYNX TRANSPORTATION SECRETLY DELIVER MATERIALS TO A HIDDEN UNDERGROUND RUSSIAN BASE



# SIMILARITIES: *TOTEM & STRANGER THINGS*

**TOTEM: 10-YEAR-OLD RIVERSHADOW FIGHTS ADULT WITH ELECTRIFIED SILVERSTICK**



**STRANGER THINGS: DUSTIN HENDERSON FIGHTS ADULT WITH ELECTRIFIED CATTLE PROD**



# SIMILARITIES: *TOTEM* & *STRANGER THINGS*

## TOTEM: AUTUMN CHANCE COMMUNICATES WITH THE CARBON COPY PLANE THROUGH GLOWING DREAM CATCHERS HANGING FROM CEILING IN HER HOME

9 **INT. CHANCE BEDROOM - DAWN**

Autumn snaps up in her bed. Terror holds her mouth open, but she's incapable of making a sound. Tears pour down her face.

Jackson sleeps peacefully. Relief quenches her.

Hanging from the ceiling above, the dream catchers GLOW.

AUTUMN
(whispering)
You must save him from this. I will do anything you ask. Please. I beg you --

The VOICE of a YOUNG GIRL responds, tinged with urgency:

YOUNG GIRL (V.O.)
Good men fall many times, but rise up again. Evil men are brought down by a single disaster. Is he a good man?

AUTUMN
(whispering)
I believe.

YOUNG GIRL (V.O.)
All things are connected. In the final moment, a vision quest begins. Take with you a dream catcher and find the totem. My Elk will be your guide.

The glow fades from the dream catchers. Autumn studies Jackson. Determination takes hold of her.

She jumps out of bed and quickly dresses. Jackson grumbles, rolls over, and falls back asleep.

She grabs a small dream catcher and ties it to her belt.

## STRANGER THINGS: JOYCE BYERS COMMUNICATES WITH THE UPSIDE DOWN THROUGH GLOWING LIGHTS HANGING FROM CEILING IN HER HOME



# SIMILARITIES: *TOTEM & STRANGER THINGS*

**TOTEM: WILLIAM NEROWE USES DUNGEONS & DRAGONS TO EXPLAIN AWAY JACKSON CHANCE'S THEORY ABOUT AUTUMN'S SHED ABDCUTION**

```
Nerowe takes in Jackson's bizarre words.  His attention moves
to the book.  He reads it for a moment.
                    NEROWE
          Azrael Seraphim, the dark angel of
          death?  Captor of souls, betrayer
          of the Great Spirit?...
               (to Jackson)
          This is Indian hocus-pocus.  It's
          dungeons and dragons bullshit.
          Listen, I need you to look at me.
          I'm going to get you out of here,
          okay?  You need to come with me.

Jackson's wild eyes find Nerowe.

                    JACKSON
          Azrael fooled me, to get to her.
```

**STRANGER THINGS: WILL'S FRIENDS USE DUNGEONS & DRAGONS TO EXPLAIN HIS WHEREABOUTS AFTER HIS SHED ABDUCTION**



# SIMILARITIES: *TOTEM & STRANGER THINGS*

**TOTEM: ILLUSTRATION OF A TOTEM**



**STRANGER THINGS: TOTEM IN WILL BYERS' BEDROOM**

