POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Jeremy J. Osher (SBN 192109); Saba Zafar (SBN 271963)<br>BOREN, OSHER & LUFTMAN, LLP<br>222 North Pacific Coast Highway, Suite 2222<br>El Segundo, CA 90245 | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO.: (310) 322-2021          FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* josher@bollaw.com; szafar@bollaw.com<br>ATTORNEY FOR *(Name):* Plaintiff Irish Rover Entertainment, LLC | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
 STREET ADDRESS: 350 West 1st Street, Suite 4311
 MAILING ADDRESS: 350 West 1st Street, Suite 4311
 CITY AND ZIP CODE: Los Angeles, 90012-4565
 BRANCH NAME: First Street U.S. Courthouse

| PLAINTIFF/PETITIONER: Irish Rover Entertainment, LLC<br>DEFENDANT/RESPONDENT: Aaron Sims, et al. | CASE NUMBER:<br>2:20-cv-06293-CBM-PLA |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* See Attachment 2(f).

3. a. Party served *(specify name of party as shown on documents served):*
      Netflix, Inc., a Delaware corporation

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Peter Cayetano, authorized employee to accept service; CT Corporation System, agent for service of process for Netflix Inc., a Delaware corporation

4. Address where the party was served:
   818 West Seventh Street, Suite 930 Los Angeles, CA 90017

5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):* October 13, 2020          (2) at *(time):* 1:30 p.m.

   b. [ ] **by substituted service.** on *(date):*                    at *(time):*                    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*                    from *(city):*                    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

POS-010

| PLAINTIFF/PETITIONER:   Irish Rover Entertainment, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   Aaron Sims, et al. | 2:20-cv-06293-CBM-PLA |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*        (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☒ On behalf of *(specify):* Netflix, Inc., a Delaware corporation

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name: Judith Smith

  b. Address: 1439 North Highland Avenue, #274, Los Angeles, CA 90028

  c. Telephone number: (323) 508-1711

  d. **The fee** for service was: $ 110.00

  e. I am:

   (1) ☐ not a registered California process server.

   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

   (3) ☒ a registered California process server:

      ☐ owner   ☐ employee   ☒ independent contractor.

    (ii) Registration No.: 2013100780

    (iii) County: Los Angeles

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   **or**

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: October 14, 2020

Judith Smith

▶ *(signature)*

_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form    Save this form    Clear this form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Irish Rover Entertainment, LLC v. Aaron Sims, et al. | 2:20-cv-06293-CBM-PLA |

**ATTACHMENT** *(Number):* 2(f)

*(This Attachment may be used with any Judicial Council form.)*

Civil Cover Sheet

Notice of Assignment to United State Judges

Certification and Notice of Interested Parties

Standing Order

Report On the Filing Or Determination Of An Action Or Appeal Regarding A Copyright

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

**Page** 1 **of** 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov