| | |
|---|---|
| 1 | DAVID GROSSMAN (SBN 211326) |
|   | dgrossman@loeb.com |
| 2 | LOEB & LOEB LLP |
|   | 10100 Santa Monica Blvd., Suite 2200 |
| 3 | Los Angeles, CA 90067 |
|   | Telephone: 310.282.2000 |
| 4 | Facsimile: 310.282.2200 |

Attorneys for Defendants
AARON SIMS, MATT DUFFER, ROSS DUFFER, NETFLIX, INC., NETFLIX STREAMING SERVICES, INC., and 21 LAPS INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-06293-CBM-PLA<br><br>Assigned to Hon. Consuelo B. Marshall<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(6)**<br><br>[Filed concurrently: *Memorandum of Points and Authorities in Support; Request for Judicial Notice; Declaration of David Grossman; Notice of Lodging; [Proposed] Order*]<br><br>Date: January 26, 2021<br>Time: 10:00 a.m.<br>Courtroom: 8B<br><br>First Amended Complaint Filed: October 12, 2020 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

19834545.2
231804-10002

NOTICE OF MOTION TO DISMISS PURSUANT
TO FED. R. CIV. PROC. 12(b)(6)

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** on January 26, 2021, in Courtroom 8B of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, California 90012, Judge Consuelo B. Marshall presiding, defendants Aaron Sims, Matt Duffer, Ross Duffer, Netflix, Inc., Netflix Streaming Services, Inc., and 21 Laps, Inc. (collectively, "Defendants") will, and hereby do, move to dismiss Plaintiff Irish Rover Entertainment, LLC's First Amended Complaint in its entirety.

This motion to dismiss (the "Motion") is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that Plaintiff's claims for copyright infringement (of Plaintiff's screenplay and concept art), for contributory infringement, for vicarious infringement, and for declaratory relief fail to state a claim for which relief can be granted against Defendants. All of Plaintiff's claims fail because there is no substantial similarity between Plaintiff's works and Defendants' television series, *Stranger Things*.

Defendants' Motion to Dismiss is based upon this Motion, the supporting Memorandum of Points and Authorities incorporated herein, the Request for Judicial Notice and the Declaration of David Grossman, the operative complaint, as well as all records and pleadings on file with the Court in this action and on such further evidence and argument as may be presented at or before the time of hearing.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on November 25, 2020.

Dated: December 3, 2020         LOEB & LOEB LLP

By: _*/s/ David Grossman*_
David Grossman
Nathalie Russell (*pro hac vice* pending)
Attorneys for Defendants

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

19834545.2
231804-10002

1

NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(b)(6)