DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendants
AARON SIMS, MATT DUFFER, ROSS
DUFFER, NETFLIX, INC., NETFLIX
STREAMING SERVICES, INC., and
21 LAPS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-06293-CBM-PLA<br><br>Assigned to Hon. Consuelo B. Marshall<br><br>**DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>First Amended Complaint Filed: October 12, 2020 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

Defendants Aaron Sims ("Sims"), Matt Duffer and Ross Duffer (collectively, the "Duffers"), Netflix, Inc. and Netflix Streaming Services, Inc. (collectively, "Netflix"), and 21 Laps, Inc. ("21 Laps") (collectively, "Defendants") answer the First Amended Complaint filed by plaintiff Irish Rover Entertainment, LLC ("Plaintiff") in this action as follows:

## **NATURE OF THE ACTION**

2.    No response is required to paragraph 2, which merely states the claims Plaintiff purports to assert in this action.

3.    Defendants deny the allegations of paragraph 3.

4.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 and, on that basis, deny said allegations, except Sims admits that he received certain drafts of the allegedly infringed screenplay.

5.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 and, on that basis, deny said allegations, except Sims admits that he discussed certain concept art for *Totem* with Jeffrey Kennedy ("Kennedy").

6.    Defendants deny the allegations of paragraph 6, except admit that Sims was hired to work on *Stranger Things* artwork and visual effects.

7.    Defendants deny the allegations of paragraph 7, except the Duffers admit that they independently began developing their ideas for *Stranger Things* as early as November of 2010, and continued to do so for several years thereafter.

8.    Defendants deny the allegations of paragraph 8, except admit that Sims was hired to work on *Stranger Things* artwork and visual effects.

9.    Defendants deny the allegations of paragraph 9.

10.    Defendants deny the allegations of paragraph 10.

11.    Defendants deny the allegations of paragraph 11.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

1

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

12.     Defendants deny the allegations of paragraph 12, except admit that Plaintiff has filed the present litigation.

## THE PARTIES

13.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13, and on that basis deny said allegations.

14.     Sims admits the allegations of paragraph 14.  Matt Duffer, Ross Duffer, Netflix, and 21 Laps lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14, and on that basis deny said allegations.

15.     Matt Duffer admits the allegations of paragraph 15.  Sims, Ross Duffer, Netflix, and 21 Laps lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15, and on that basis deny said allegations.

16.     Ross Duffer admits the allegations of paragraph 16.  Sims, Matt Duffer, Netflix, and 21 Laps lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16, and on that basis deny said allegations.

17.     No response is required to paragraph 17, as it purports to define terms in Plaintiff's First Amended Complaint.

18.     Netflix admits the allegations of paragraph 18.  Sims, Matt Duffer, Ross Duffer, and 21 Laps lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18, and on that basis deny said allegations.

19.     Netflix admits the allegations of paragraph 19.  Sims, Matt Duffer, Ross Duffer, and 21 Laps lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19, and on that basis deny said allegations.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

2

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

20.     No response is required to paragraph 20, as it purports to define terms in Plaintiff's First Amended Complaint.

21.     21 Laps admits the allegations of paragraph 21.  Sims, Matt Duffer, Ross Duffer, and Netflix lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21, and on that basis deny said allegations.

22.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22, and on that basis deny said allegations.

23.     Defendants deny the allegations of paragraph 23.

24.     Defendants deny the allegations of paragraph 24.

## JURISDICTION AND VENUE

25.     No response is required to paragraph 25, which merely states the claims Plaintiff purports to assert in this action.

26.     Paragraph 26 contains legal conclusions, to which no response is required.  To the extent a response is required, Defendants state that they do not challenge the Court's subject matter jurisdiction in this action.

27.     Paragraph 27 contains legal conclusions, to which no response is required.  To the extent a response is required, Defendants do not challenge personal jurisdiction over them in this action.  Defendants lack knowledge or information sufficient to form a belief as to the principal places of business and activities of the other Defendants in this action, and on that basis deny the allegations contained in Paragraph 3 as they pertain to those other Defendants..

28.     Paragraph 28 contains legal conclusions, to which no response is required.  To the extent a response is required, Defendants do not challenge venue in this action.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

3

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

## STANDING

29.     Paragraph 29 contains legal conclusions, to which no response is required, but to the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29, and on that basis deny said allegations.

## GENERAL ALLEGATIONS

30.     Defendants deny that Plaintiff's purported certificates of copyright registration with the United States Copyright Office attached as Exhibits 1-5 to the First Amended Complaint include deposit copies or evidence of the allegedly registered works, and otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30, and on that basis deny said allegations.

31.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31, and on that basis deny said allegations.

32.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32, and on that basis deny said allegations.

33.     Defendants deny that Plaintiff's purported certificate of copyright registration with the United States Copyright Office attached as Exhibit 5 to the First Amended Complaint includes a deposit copy or evidence of the allegedly registered work, and otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33, and on that basis deny said allegations.

34.     No response is required to paragraph 34, as it purports to define terms in Plaintiff's First Amended Complaint.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

4

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

35.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35, and on that basis deny said allegations.

36.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36, and on that basis deny said allegations.

37.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37, and on that basis deny said allegations.

38.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38, and on that basis deny said allegations.

39.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39, and on that basis deny said allegations.

40.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40, and on that basis deny said allegations.

41.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41, and on that basis deny said allegations.

42.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42, and on that basis deny said allegations.

43.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43, and on that basis deny said allegations.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

5

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

44.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44, and on that basis deny said allegations, except Sims admits that he created certain artwork for *Totem*.

45.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45, and on that basis deny said allegations, except Sims admits that he received certain drafts of the allegedly infringed screenplay and created certain artwork for *Totem*.

46.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46, and on that basis deny said allegations, except Sims admits that he received certain images relating to *Totem* and created certain artwork for *Totem*.

47.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47, and on that basis deny said allegations, except Sims admits that he met with Kennedy to discuss certain artwork for *Totem*.

48.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48, and on that basis deny said allegations, except Sims admits that he received certain drafts of the allegedly infringed screenplay and created certain artwork for *Totem*.

49.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49, and on that basis deny said allegations, except Sims admits that he received certain drafts of the allegedly infringed screenplay and created certain artwork for *Totem*.

50.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50, and on that basis deny said allegations, except Sims admits that he discussed certain concept art for *Totem* with Kennedy, and was offered to direct *Totem*.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

6

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

51.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51, and on that basis deny said allegations, except Sims admits that met with Kennedy to discuss certain concept art for *Totem*.

52.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52, and on that basis deny said allegations, except Sims admits that he received certain drafts of the allegedly infringed screenplay.

53.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53, and on that basis deny said allegations, except the Duffers admit that they wrote and directed the film titled *Hidden*, and Sims admits that he was hired to work on *Hidden*.

54.     Defendants deny the allegations of paragraph 54.

55.     Defendants deny the allegations of paragraph 55.

56.     Defendants deny the allegations of paragraph 56.

57.     Defendants deny the allegations of paragraph 57.

58.     Defendants admit the allegations of paragraph 58.

59.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59, and on that basis deny said allegations, except the Duffers admit that they received writer and producer credits on certain episodes of the television series titled *Wayward Pines*, and Sims admits that he was hired to work on one episode of *Wayward Pines*.

60.     Defendants deny the allegations of paragraph 60, except admit that Netflix purchased the first season of *Stranger Things* in 2015.

61.     Defendants deny the allegations of paragraph 61, except admit that *Stranger Things* was released on Netflix and that Sims was hired to work on *Stranger Things* artwork and visual effects.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

7

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

62.     Defendants deny the allegations of paragraph 62, except admit that the first season of *Stranger Things* was released by Netflix on July 15, 2016.

63.     Defendants deny the allegations of paragraph 63, except admit that the first season of *Stranger Things* was released by Netflix on October 27, 2017.

64.     Defendants admit the allegations of paragraph 64.

## ALLEGATIONS OF SUBSTANTIAL SIMILARITY BETWEEN *TOTEM* SCREENPLAYS AND *STRANGER THINGS*

65.     Defendants deny the allegations of paragraph 65.

66.     Defendants deny the allegations of paragraph 66.

### Characters

67.     Defendants deny the allegations of paragraph 67.

68.     No response to paragraph 68 is required, as it purports to characterize the works at issue in this action, which speak for themselves.  To the extent a response is required, Defendants deny Plaintiff's characterization of the works.

69.     No response to paragraph 69 is required, as it purports to characterize the works at issue in this action, which speak for themselves.  To the extent a response is required, Defendants deny Plaintiff's characterization of the works.

70.     Paragraph 70 contains legal conclusions, to which no response is required.  To the extent a response is required, Defendants deny Plaintiff's characterization of the substantial similarity analysis.

71.     Defendants deny the allegations of paragraph 71 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 71 purports to characterize the works at issue in this action, no response to paragraph 71 is required, and on that basis Defendants deny said allegations.

72.     Defendants deny the allegations of paragraph 72.

73.     Defendants deny the allegations of paragraph 73.

74.     Defendants deny the allegations of paragraph 74.

75.     Defendants deny the allegations of paragraph 75.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

8

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

76.     No response to paragraph 76 is required, as it purports to characterize the works at issue in this action, which speak for themselves.  To the extent a response is required, Defendants deny Plaintiff's characterization of the works.

77.     No response to paragraph 77 is required, as it purports to characterize the works at issue in this action, which speak for themselves.  To the extent a response is required, Defendants deny Plaintiff's characterization of the works..

78.     No response to paragraph 78 is required, as it purports to characterize the works at issue in this action, which speak for themselves.  To the extent a response is required, Defendants deny Plaintiff's characterization of the works..

79.     No response to paragraph 79 is required, as it purports to characterize the works at issue in this action, which speak for themselves.  To the extent a response is required, Defendants deny Plaintiff's characterization of the works.

80.     Defendants deny the allegations of paragraph 80 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 80 purports to characterize the works at issue in this action, no response to paragraph 80 is required, and on that basis Defendants deny said allegations.

81.     Defendants deny the allegations of paragraph 81 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 81 purports to characterize the works at issue in this action, no response to paragraph 81 is required, and on that basis Defendants deny said allegations.

82.     Defendants deny the allegations of paragraph 82 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 82 purports to characterize the works at issue in this action, no response to paragraph 82 is required, and on that basis Defendants deny said allegations.

83.     Defendants deny the allegations of paragraph 83 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 83 purports to characterize the works at issue in this action, no response to paragraph 83 is required, and on that basis Defendants deny said allegations.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

84.     Defendants deny the allegations of paragraph 84 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 84 purports to characterize the works at issue in this action, no response to paragraph 84 is required, and on that basis Defendants deny said allegations.

85.     Defendants deny the allegations of paragraph 85 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 85 purports to characterize the works at issue in this action, no response to paragraph 85 is required, and on that basis Defendants deny said allegations.

86.     Defendants deny the allegations of paragraph 86 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 86 purports to characterize the works at issue in this action, no response to paragraph 86 is required, and on that basis Defendants deny said allegations.

87.     No response to paragraph 87 is required, as it purports to characterize the works at issue in this action, which speak for themselves.  To the extent a response is required, Defendants deny Plaintiff's characterization of the works.

88.     No response to paragraph 88 is required, as it purports to characterize the works at issue in this action, which speak for themselves.  To the extent a response is required, Defendants deny Plaintiff's characterization of the works.

89.     Defendants deny the allegations of paragraph 89 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 89 purports to characterize the works at issue in this action, no response to paragraph 89 is required, and on that basis Defendants deny said allegations.

90.     Defendants deny the allegations of paragraph 90 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 90 purports to characterize the works at issue in this action, no response to paragraph 90 is required, and on that basis Defendants deny said allegations.

91.     Defendants deny the allegations of paragraph 91 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

91 purports to characterize the works at issue in this action, no response to paragraph 91 is required, and on that basis Defendants deny said allegations.

92.     Defendants deny the allegations of paragraph 92.

## Sequence

93.     Defendants deny the allegations of paragraph 93 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 93 purports to characterize the works at issue in this action, no response to paragraph 93 is required, and on that basis Defendants deny said allegations.

## Themes

94.     Paragraph 94 contains legal conclusions, to which no response is required.  To the extent a response is required, Defendants deny Plaintiff's characterization of the substantial similarity analysis.

95.     Defendants deny the allegations of paragraph 95 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 95 purports to characterize the works at issue in this action, no response to paragraph 95 is required, and on that basis Defendants deny said allegations.

96.     Defendants deny the allegations of paragraph 96.

97.     Defendants deny the allegations of paragraph 97.

98.     Defendants deny the allegations of paragraph 98.

99.     Defendants deny the allegations of paragraph 99.

100.    Defendants deny the allegations of paragraph 100 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 100 purports to characterize the works at issue in this action, no response to paragraph 100 is required, and on that basis Defendants deny said allegations.

101.    Defendants deny the allegations of paragraph 101.

102.    Defendants deny the allegations of paragraph 102 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

11

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

102 purports to characterize the works at issue in this action, no response to

paragraph 102 is required, and on that basis Defendants deny said allegations.

103.    Defendants deny the allegations of paragraph 103.

104.    Defendants deny the allegations of paragraph 104 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 104 purports to characterize the works at issue in this action, no response to paragraph 104 is required, and on that basis Defendants deny said allegations.

105.    Defendants deny the allegations of paragraph 105 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 105 purports to characterize the works at issue in this action, no response to paragraph 105 is required, and on that basis Defendants deny said allegations.

106.    Defendants deny the allegations of paragraph 106 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 106 purports to characterize the works at issue in this action, no response to paragraph 106 is required, and on that basis Defendants deny said allegations.

107.    Defendants deny the allegations of paragraph 107 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 107 purports to characterize the works at issue in this action, no response to paragraph 107 is required, and on that basis Defendants deny said allegations.

108.    Defendants deny the allegations of paragraph 108 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 108 purports to characterize the works at issue in this action, no response to paragraph 108 is required, and on that basis Defendants deny said allegations.

109.    Defendants deny the allegations of paragraph 109 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 109 purports to characterize the works at issue in this action, no response to paragraph 109 is required, and on that basis Defendants deny said allegations.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

110.   Defendants deny the allegations of paragraph 110 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 110 purports to characterize the works at issue in this action, no response to paragraph 110 is required, and on that basis Defendants deny said allegations.

### Setting

111.   Defendants deny the allegations of paragraph 111 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 111 purports to characterize the works at issue in this action, no response to paragraph 111 is required, and on that basis Defendants deny said allegations.

112.   Defendants deny the allegations of paragraph 112 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 112 purports to characterize the works at issue in this action, no response to paragraph 112 is required, and on that basis Defendants deny said allegations.

113.   Defendants deny the allegations of paragraph 113 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 113 purports to characterize the works at issue in this action, no response to paragraph 113 is required, and on that basis Defendants deny said allegations.

114.   Defendants deny the allegations of paragraph 114 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 114 purports to characterize the works at issue in this action, no response to paragraph 114 is required, and on that basis Defendants deny said allegations.

115.   Defendants deny the allegations of paragraph 115 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 115 purports to characterize the works at issue in this action, no response to paragraph 115 is required, and on that basis Defendants deny said allegations.

116.   Defendants deny the allegations of paragraph 116 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

13

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

116 purports to characterize the works at issue in this action, no response to paragraph 116 is required, and on that basis Defendants deny said allegations.

117.   Defendants deny the allegations of paragraph 117 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 117 purports to characterize the works at issue in this action, no response to paragraph 117 is required, and on that basis Defendants deny said allegations.

118.   Defendants deny the allegations of paragraph 118 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 118 purports to characterize the works at issue in this action, no response to paragraph 118 is required, and on that basis Defendants deny said allegations.

## **Mood, Tone, and Pace**

119.   Defendants deny the allegations of paragraph 119 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 119 purports to characterize the works at issue in this action, no response to paragraph 119 is required, and on that basis Defendants deny said allegations.

120.   Defendants deny the allegations of paragraph 120 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 120 purports to characterize the works at issue in this action, no response to paragraph 120 is required, and on that basis Defendants deny said allegations.

121.   Defendants deny the allegations of paragraph 121 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 121 purports to characterize the works at issue in this action, no response to paragraph 121 is required, and on that basis Defendants deny said allegations.

122.   Defendants deny the allegations of paragraph 122 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 122 purports to characterize the works at issue in this action, no response to paragraph 122 is required, and on that basis Defendants deny said allegations.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

14

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

123.   Defendants deny the allegations of paragraph 123 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 123 purports to characterize the works at issue in this action, no response to paragraph 123 is required, and on that basis Defendants deny said allegations.

124.   Defendants deny the allegations of paragraph 124 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 124 purports to characterize the works at issue in this action, no response to paragraph 124 is required, and on that basis Defendants deny said allegations.

125.   Defendants deny the allegations of paragraph 125 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 125 purports to characterize the works at issue in this action, no response to paragraph 125 is required, and on that basis Defendants deny said allegations.

126.   No response to paragraph 126 is required, as it purports to characterize the works at issue in this action, which speak for themselves.  To the extent a response is required, Defendants deny Plaintiff's characterization of the works.

127.   No response to paragraph 127 is required, as it purports to characterize the works at issue in this action, which speak for themselves.  To the extent a response is required, Defendants deny Plaintiff's characterization of the works.

128.   Defendants deny the allegations of paragraph 128 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 128 purports to characterize the works at issue in this action, no response to paragraph 128 is required, and on that basis Defendants deny said allegations.

129.   No response to paragraph 129 is required, as it purports to characterize the works at issue in this action, which speak for themselves.  To the extent a response is required, Defendants deny Plaintiff's characterization of the works.

130.   Defendants deny the allegations of paragraph 130 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

15

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

1   130 purports to characterize the works at issue in this action, no response to

2   paragraph 130 is required, and on that basis Defendants deny said allegations.

3        131.   Defendants deny the allegations of paragraph 131 concerning alleged

4   similarities between the works at issue in this action.  To the extent that paragraph

5   131 purports to characterize the works at issue in this action, no response to

6   paragraph 131 is required, and on that basis Defendants deny said allegations.

7        132.   No response to paragraph 132 is required, as it purports to characterize

8   the works at issue in this action, which speak for themselves.  To the extent a

9   response is required, Defendants deny Plaintiff's characterization of the works.

10       133.   Defendants deny the allegations of paragraph 133 concerning alleged

11   similarities between the works at issue in this action.  To the extent that paragraph

12   133 purports to characterize the works at issue in this action, no response to

13   paragraph 133 is required, and on that basis Defendants deny said allegations.

14       134.   Defendants deny the allegations of paragraph 134.

15                                **Dialogue**

16       135.   Defendants deny the allegations of paragraph 135.

17       136.   Defendants deny the allegations of paragraph 136.

18       137.   Defendants deny the allegations of paragraph 137 concerning alleged

19   similarities between the works at issue in this action.  To the extent that paragraph

20   137 purports to characterize the works at issue in this action, no response to

21   paragraph 137 is required, and on that basis Defendants deny said allegations.

22       138.   Defendants deny the allegations of paragraph 138.

23       139.   Defendants deny the allegations of paragraph 139 concerning alleged

24   similarities between the works at issue in this action.  To the extent that paragraph

25   139 purports to characterize the works at issue in this action, no response to

26   paragraph 139 is required, and on that basis Defendants deny said allegations.

27       140.   Defendants deny the allegations of paragraph 140 concerning alleged

28   similarities between the works at issue in this action.  To the extent that paragraph

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

140 purports to characterize the works at issue in this action, no response to
paragraph 140 is required, and on that basis Defendants deny said allegations.

141.   Defendants deny the allegations of paragraph 141 concerning alleged
similarities between the works at issue in this action.  To the extent that paragraph
141 purports to characterize the works at issue in this action, no response to
paragraph 141 is required, and on that basis Defendants deny said allegations.

142.   No response to paragraph 142 is required, as it purports to characterize
the works at issue in this action, which speak for themselves.  To the extent a
response is required, Defendants deny Plaintiff's characterization of the works.

143.   No response to paragraph 143 is required, as it purports to characterize
the works at issue in this action, which speak for themselves.  To the extent a
response is required, Defendants deny Plaintiff's characterization of the works.

## **Additional Similarities**

144.   Defendants deny the allegations of paragraph 144.

### *Plot Devices*

145.   Defendants deny the allegations of paragraph 145 concerning alleged
similarities between the works at issue in this action.  To the extent that paragraph
145 purports to characterize the works at issue in this action, no response to
paragraph 145 is required, and on that basis Defendants deny said allegations.

146.   Defendants deny the allegations of paragraph 146 concerning alleged
similarities between the works at issue in this action.  To the extent that paragraph
146 purports to characterize the works at issue in this action, no response to
paragraph 146 is required, and on that basis Defendants deny said allegations.

147.   Defendants deny the allegations of paragraph 147 concerning alleged
similarities between the works at issue in this action.  To the extent that paragraph
147 purports to characterize the works at issue in this action, no response to
paragraph 147 is required, and on that basis Defendants deny said allegations.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

17

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

148.   Defendants deny the allegations of paragraph 148 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 148 purports to characterize the works at issue in this action, no response to paragraph 148 is required, and on that basis Defendants deny said allegations.

149.   Defendants deny the allegations of paragraph 149 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 149 purports to characterize the works at issue in this action, no response to paragraph 149 is required, and on that basis Defendants deny said allegations.

*Settings*

150.   Defendants deny the allegations of paragraph 150 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 150 purports to characterize the works at issue in this action, no response to paragraph 150 is required, and on that basis Defendants deny said allegations.

151.   Defendants deny the allegations of paragraph 151 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 151 purports to characterize the works at issue in this action, no response to paragraph 151 is required, and on that basis Defendants deny said allegations.

152.   Defendants deny the allegations of paragraph 152 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 152 purports to characterize the works at issue in this action, no response to paragraph 152 is required, and on that basis Defendants deny said allegations.

153.   Defendants deny the allegations of paragraph 153 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 153 purports to characterize the works at issue in this action, no response to paragraph 153 is required, and on that basis Defendants deny said allegations.

*Integral Elements*

154.   Defendants deny the allegations of paragraph 154 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

18

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

154 purports to characterize the works at issue in this action, no response to paragraph 154 is required, and on that basis Defendants deny said allegations.

155.   Defendants deny the allegations of paragraph 155 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 155 purports to characterize the works at issue in this action, no response to paragraph 155 is required, and on that basis Defendants deny said allegations.

156.   Defendants deny the allegations of paragraph 156 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 156 purports to characterize the works at issue in this action, no response to paragraph 156 is required, and on that basis Defendants deny said allegations.

157.   Defendants deny the allegations of paragraph 157 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 157 purports to characterize the works at issue in this action, no response to paragraph 157 is required, and on that basis Defendants deny said allegations.

158.   Defendants deny the allegations of paragraph 158 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 158 purports to characterize the works at issue in this action, no response to paragraph 158 is required, and on that basis Defendants deny said allegations.

159.   Defendants deny the allegations of paragraph 159 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 159 purports to characterize the works at issue in this action, no response to paragraph 159 is required, and on that basis Defendants deny said allegations.

160.   Defendants deny the allegations of paragraph 160 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 160 purports to characterize the works at issue in this action, no response to paragraph 160 is required, and on that basis Defendants deny said allegations.

161.   Defendants deny the allegations of paragraph 161 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

19

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

161 purports to characterize the works at issue in this action, no response to paragraph 161 is required, and on that basis Defendants deny said allegations.

162.    Defendants deny the allegations of paragraph 162 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 162 purports to characterize the works at issue in this action, no response to paragraph 162 is required, and on that basis Defendants deny said allegations.

163.    Defendants deny the allegations of paragraph 163 concerning alleged similarities between the works at issue in this action.  To the extent that paragraph 163 purports to characterize the works at issue in this action, no response to paragraph 163 is required, and on that basis Defendants deny said allegations.

## ALLEGATIONS OF SUBSTANTIAL SIMILARITY BETWEEN TOTEM CONCEPT ART AND STRANGER THINGS

164.    Defendants deny the allegations of paragraph 164.

165.    No response is required to paragraph 165, as it purports to characterize Exhibit 9 to Plaintiff's First Amended Complaint, except Defendants admit that Plaintiff has put together lists of claimed "similarities," and Defendants lack knowledge or information sufficient to form a belief as to whether any of the *Totem* images are copyrighted, and on that basis deny said allegation.

166.    No response is required to paragraph 166, as it purports to characterize Exhibit 9 to Plaintiff's First Amended Complaint, except Defendants admit that Plaintiff has put together lists of claimed "similarities," and Defendants lack knowledge or information sufficient to form a belief as to whether any of the *Totem* materials are "2010 development materials," and on that basis deny said allegation.

## CONCLUSION

167.    Defendants deny the allegations of paragraph 167.

168.    Defendants deny the allegations of paragraph 168.

169.    Defendants deny the allegations of paragraph 169.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

20

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

# FIRST CAUSE OF ACTION

## (Copyright Infringement – *Totem* Screenplays)

## (Against all Defendants)

170.   Defendants repeat and reassert their responses to the allegations contained in Paragraphs 1 through 169 as though fully set forth herein.

171.   Paragraph 171 contains legal conclusions, to which no response is required, but to the extent a response is required, Defendants deny the allegations in paragraph 171.

172.   Paragraph 172 contains legal conclusions, to which no response is required, but to the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 172, and on that basis deny said allegations.

173.   Paragraph 173 contains legal conclusions, to which no response is required, but to the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 173, and on that basis deny said allegations.

174.   Defendants admit the allegations of paragraph 174.

175.   Defendants deny the allegations of paragraph 175.

176.   Defendants deny the allegations of paragraph 176.

177.   Defendants deny the allegations of paragraph 177.

178.   Defendants deny the allegations of paragraph 178.

179.   Defendants deny the allegations of paragraph 179.

180.   Defendants deny the allegations of paragraph 180.

181.   Defendants deny the allegations of paragraph 181.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

21

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

## SECOND CAUSE OF ACTION

### (Copyright Infringement – *Totem* Concept Art)

### (Against all Defendants)

182.   Defendants repeat and reassert their responses to the allegations contained in Paragraphs 1 through 181 as though fully set forth herein.

183.   Paragraph 183 contains legal conclusions, to which no response is required, but to the extent a response is required, Defendants deny the allegations in paragraph 183.

184.   Paragraph 184 contains legal conclusions, to which no response is required, but to the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 184, and on that basis deny said allegations.

185.   Paragraph 185 contains legal conclusions, to which no response is required, but to the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 185, and on that basis deny said allegations.

186.   Defendants admit the allegations of paragraph 186.

187.   Defendants deny the allegations of paragraph 187.

188.   Defendants deny the allegations of paragraph 188.

189.   Defendants deny the allegations of paragraph 189.

190.   Defendants deny the allegations of paragraph 190.

191.   Defendants deny the allegations of paragraph 191.

192.   Defendants deny the allegations of paragraph 192.

193.   Defendants deny the allegations of paragraph 193.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

### **THIRD CAUSE OF ACTION**

### **(Contributory Copyright Infringement)**

### **(Against All Defendants)**

194.   Defendants repeat and reassert their responses to the allegations contained in Paragraphs 1 through 193 as though fully set forth herein.

195.   Defendants deny the allegations of paragraph 195.

196.   Defendants deny the allegations of paragraph 196.

197.   Defendants deny the allegations of paragraph 197.

198.   Defendants deny the allegations of paragraph 198.

199.   Defendants deny the allegations of paragraph 199.

200.   Defendants deny the allegations of paragraph 200.

201.   Defendants deny the allegations of paragraph 201.

202.   Defendants deny the allegations of paragraph 202.

203.   Defendants deny the allegations of paragraph 203.

### **FOURTH CAUSE OF ACTION**

### **(Vicarious Copyright Infringement)**

### **(Against All Defendants)**

204.   Defendants repeat and reassert their responses to the allegations contained in Paragraphs 1 through 203 as though fully set forth herein.

205.   Defendants deny the allegations of paragraph 205.

206.   Defendants deny the allegations of paragraph 206.

207.   Defendants deny the allegations of paragraph 207.

208.   Defendants deny the allegations of paragraph 208.

209.   Defendants deny the allegations of paragraph 209.

210.   Defendants deny the allegations of paragraph 210.

211.   Defendants deny the allegations of paragraph 211.

212.   Defendants deny the allegations of paragraph 212.

213.   Defendants deny the allegations of paragraph 213.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

23

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

214.   Defendants deny the allegations of paragraph 214.

## FIFTH CAUSE OF ACTION

### (Declaratory Relief)

### (Against All Defendants)

215.   Defendants repeat and reassert their responses to the allegations contained in Paragraphs 1 through 214 as though fully set forth herein.

216.   Paragraph 216 contains legal conclusions, to which no response is required, but to the extent a response is required, Defendants do not dispute that Plaintiff has filed this litigation.

217.   Defendants deny the allegations of paragraph 217, except lack knowledge or information sufficient to form a belief as to the truth of the allegations that Plaintiff is the sole owner of the allegedly infringed works in this action, and on that basis deny said allegations.

218.   Defendants deny the allegations of paragraph 218.

219.   Defendants admit that they dispute Plaintiff's allegations in paragraph 219.

220.   Defendants deny that Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

As separate and affirmative defenses to the First Amended Complaint, the Defendants allege as follows:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1.   Plaintiff's First Amended Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2.   Plaintiff's claims are barred by the applicable statute of limitations.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

24

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

1

### THIRD AFFIRMATIVE DEFENSE

2

### (Laches)

3

     3.     Plaintiff's claims are barred, in whole or in part, by the equitable

4

doctrine of laches.

5

### FOURTH AFFIRMATIVE DEFENSE

6

### (Unprotectable Elements)

7

     4.     Plaintiff's claims are barred, in whole or in part, because allegedly

8

infringed elements are not original to Plaintiff and/or do not constitute protectable

9

copyrightable expression.

10

### FIFTH AFFIRMATIVE DEFENSE

11

### (Access)

12

     5.     Plaintiff's claims are barred because Matt and Ross Duffer did not have

13

access to the allegedly infringed works.

14

### SIXTH AFFIRMATIVE DEFENSE

15

### (Independent Creation)

16

     6.     Plaintiff's claims are barred because *Stranger Things* was created

17

independently of the allegedly infringed works.

18

### SEVENTH AFFIRMATIVE DEFENSE

19

### (Fair Use)

20

     7.     Plaintiff's claims are barred, in whole or in part, by the doctrine of fair

21

use.

22

### EIGHTH AFFIRMATIVE DEFENSE

23

### (No Volitional Conduct)

24

     8.     Plaintiff's claim for direct infringement against Netflix and 21 Laps is

25

barred, in whole or in part, because the alleged primary infringements were not

26

caused by any volitional conduct by Netflix or 21 Laps, and are not otherwise

27

attributable to Netflix or 21 Laps.

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

25

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

## NINTH AFFIRMATIVE DEFENSE
### (Vicarious Infringement)

9.      Plaintiff's claim for vicarious infringement against Netflix and 21 Laps is barred, in whole or in part, because Netflix and 21 Laps did not and do not have the right or ability to control the alleged primary infringement and/or did not obtain a financial benefit directly attributable to the alleged primary infringement.

## TENTH AFFIRMATIVE DEFENSE
### (Contributory Infringement)

10.      Plaintiff's claim for contributory infringement against Netflix and 21 Laps is barred, in whole or in part, because against Netflix and 21 Laps did not have knowledge of the alleged primary infringement and/or did not induce, cause or materially contribute to the alleged primary infringement.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Waiver, Estoppel, and/or Ratification)

11.      Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, estoppel and/or ratification

## TWELFTH AFFIRMATIVE DEFENSE
### (Monetary Damages)

12.      Plaintiff's claim for injunctive relief is barred because monetary damages would provide an adequate remedy for Plaintiff's alleged injury.

**WHEREFORE**, Defendants pray as follows:

a)      That Plaintiff recovers nothing by reason of its First Amended Complaint, and that the First Amended Complaint be dismissed with prejudice;

b)      That the Defendants be awarded all costs, fees, expenses and disbursements that they have incurred and will incur in the defense of this suit; and

c)      For such other and further relief as the Court deems just and proper.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

26

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  February 4, 2021

LOEB & LOEB LLP
DAVID GROSSMAN
NATHALIE R. RUSSELL (*Pro Hac Vice*)


By:    */s/ David Grossman*
David Grossman
Attorneys for Defendants
AARON SIMS, MATT DUFFER, ROSS
DUFFER, NETFLIX, INC., NETFLIX
STREAMING SERVICES, INC., and
21 LAPS INC.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

27

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **DEMAND FOR JURY**

Defendants Aaron Sims, Matt Duffer and Ross Duffer, Netflix, Inc. and Netflix Streaming Services, Inc., and 21 Laps, Inc. (collectively, "Defendants") hereby demand a jury trial of this action.

Dated:  February 4, 2021

LOEB & LOEB LLP
DAVID GROSSMAN
NATHALIE R. RUSSELL (*Pro Hac Vice*)

By: ____*/s/ David Grossman*_____
David Grossman
Attorneys for Defendants
AARON SIMS, MATT DUFFER, ROSS
DUFFER, NETFLIX, INC., NETFLIX
STREAMING SERVICES, INC., and
21 LAPS INC.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20298344
231804-10002

28

DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT