UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company, <br><br>        Plaintiff, <br><br>        v. <br><br> AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive, <br><br>        Defendants. | Case No.: 2:20-cv-06293-CBM-PLA <br><br> Assigned to Hon. Consuelo B. Marshall <br><br> **DISCOVERY MATTER** <br><br> **ORDER RE STIPULATED PROTECTIVE ORDER** <br><br> First Amended Complaint Filed: October 12, 2020 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

      **IT IS SO ORDERED.**

Dated:  September  15,  2021

_Paul L. Abrams_
_____
Hon. Paul L. Abrams
United States Magistrate Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

21232093.1
231804-10002

ORDER RE STIPULATED
PROTECTIVE ORDER