BOREN, OSHER & LUFTMAN, LLP
Jeremy J. Osher (SBN 192109)
josher@bollaw.com
Aaron M. Gladstein (SBN 266287)
agladstein@bollaw.com
Matthew K. Tom (SBN 324298)
mtom@bollaw.com
222 N. Pacific Coast Highway, Suite 2222
El Segundo, CA 90245
Telephone: (310) 322-2021
Facsimile: (310) 322-2228

Attorneys for Plaintiff,
IRISH ROVER ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>     vs.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 2:20-cv-06293-CBM-PLA<br><br>Judge: Hon. Consuelo B. Marshall<br>Magistrate Judge: Hon. Paul L. Abrams<br><br>**JOINT STIPULATION TO CONTINUE TRIAL DATE AND EXTEND ALL RELATED PRE-TRIAL DEADLINES**<br><br>[Filed concurrently with [Proposed] Order To Continue Trial Date And Extend All Related Pre-Trial Deadlines]<br><br>Complaint Filed:   July 15, 2020<br>Trial Date: August 23, 2022 |

Plaintiff Irish Rover Entertainment, LLC ("Plaintiff") and Defendants Aaron Sims, Matt Duffer, Ross Duffer, Netflix, Inc., Netflix Streaming Services, Inc., and 21 Laps, Inc. ("Defendants", collectively with Plaintiff the "Parties"), through their respective counsel of record, stipulate and request that this Court order a continuance of the trial date and extension of all related pre-trial deadlines set by this Court in the Minute Order of May 28, 2021 (Docket Document 46 herein) as set forth specifically below.

## **RECITALS**

1. WHEREAS, jury trial and all related pre-trial dates and deadlines in the above-referenced matter (the "Action") have been set pursuant to this Court's Minute Order of May 28, 2021 (Dkt. 46) with jury trial set to commence on August 23, 2022;

2. WHEREAS, the Parties have engaged in substantial written discovery, including document requests, interrogatories, requests for admissions, and third-party subpoenas;

3. WHEREAS, the Parties have exchanged more than 55,000 pages of documents in discovery and counsel have been diligent in reviewing the same;

4. WHEREAS, the Parties currently are engaging in extensive and ongoing meet and confer efforts, including exchange of letters as to Plaintiff's discovery responses and document production, and the discovery responses and document production from each of the six (6) Defendants named herein;

5. WHEREAS, the Parties have continued their efforts to complete fact discovery and, although counsel is experiencing difficulties in resolving objections to written discovery and collecting critical documents, the Parties remain focused on resolving their discovery disputes so that motion practice is not required;

6. WHEREAS, once the Parties resolve any remaining objections, either informally or through motion practice, they will then need to complete party and third-party depositions;

7. WHEREAS, the Parties and their respective counsel will be unavailable at various times throughout the upcoming holiday season;

8. WHEREAS, counsel have been diligent in trying to meet the Court's deadlines, but due to the volume of documents, witnesses and issues in this case, and the Parties' ongoing meet and confer efforts, more time is needed;

9. WHEREAS, counsel mutually have agreed to seek an extension of the deadlines in this matter to ensure their ability to effectively and efficiently manage and conduct discovery and prepare for trial;

10. WHEREAS, the Parties and their counsel have not previously requested an extension and do not anticipate that any additional extension of the deadlines in this case will be required; and

11. WHEREAS, good cause exists to extend all deadlines by a period of ninety (90) days because absent additional time to complete fact discovery, the Parties will be prejudiced in their ability to complete fact discovery, to effectively conduct expert discovery, and to prepare the case for trial.

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiff and Defendants, through their respective counsel of record in the Action as follows:

1. The non-expert discovery cutoff date, currently set for December 27, 2021, shall be extended for a period of ninety (90) days to March 28, 2022;

2. The initial expert disclosures deadline, currently set for January 25, 2022, shall be extended for a period of ninety (90) days to April 25, 2022;

3. The rebuttal expert disclosures deadline, currently set for February 22, 2022, shall be extended for a period of ninety (90) days to May 23, 2022;

4. The expert discovery cutoff date, currently set for March 15, 2022, shall be extended for a period of ninety (90) days to June 13, 2022;

5. The settlement conference deadline, currently set for March 31, 2022, shall be extended for a period of ninety (90) days to June 28, 2022;

6. The last day to hear motions, currently set for May 24, 2022, shall be extended for a period of ninety (90) days to August 23, 2022;

7. The Pre-Trial Conference, currently set for July 26, 2022 at 2:30 p.m., shall be continued for a period of ninety (90) days to October 25, 2022 at 2:30 p.m.; and

8. Jury Trial, currently set for August 23, 2022 at 10:00 a.m. (est. 7 days), shall be continued for a period of ninety (90) days to November 29, 2022 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: October 29, 2021        **BOREN, OSHER & LUFTMAN, LLP**

By: ___*/s/ Jeremy J. Osher*___
    Jeremy J. Osher
    Attorneys for Plaintiff,
    IRISH ROVER ENTERTAINMENT, LLC

Dated: October 29, 2021        **LOEB & LOEB LLP**

By: ___*/s/ David Grossman*___
    David Grossman
    Attorneys for Defendants
    AARON SIMS, MATT DUFFER, ROSS DUFFER, NETFLIX, INC., NETFLIX STREAMING SERVICES, INC., and 21 LAPS, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and am not a party to this action. My business address is 222 North Pacific Coast Highway, Suite 2222, El Segundo, CA 90245.

On October 29, 2021, I served the document(s) as described below on interested parties in this action as follows:

**JOINT STIPULATION TO CONTINUE TRIAL DATE AND EXTEND ALL RELATED PRE-TRIAL DEADLINES**

| ☒ | electronically by using the Court's ECF/CM System. |
|---|---|

| | |
|---|---|
| David A. Grossman, Esq.<br>Safia G. Hussain, Esq.<br>Loeb and Loeb LLP<br>10100 Santa Monica Boulevard<br>Suite 2200<br>Los Angeles, CA 90067-4120<br>Email: dgrossman@loeb.com<br>        sghussain@loeb.com | *Attorneys for Defendants Aaron Sims, Matt Duffer, Ross Duffer, Netflix, Inc., Netflix Streaming Services, Inc., and 21 Laps, Inc.* |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 29, 2021, at El Segundo, California.

*/s/ Jon Austin Raymundo*
Jon Austin Raymundo