BOREN, OSHER & LUFTMAN, LLP
Jeremy J. Osher (SBN 192109)
josher@bollaw.com
Aaron M. Gladstein (SBN 266287)
agladstein@bollaw.com
Matthew K. Tom (SBN 324298)
mtom@bollaw.com
222 N. Pacific Coast Highway, Suite 2222
El Segundo, CA 90245
Telephone: (310) 322-2021
Facsimile: (310) 322-2228

Attorneys for Plaintiff,
IRISH ROVER ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-06293-CBM-PLAx<br><br>Judge: Hon. Consuelo B. Marshall<br>Magistrate Judge: Hon. Paul L. Abrams<br><br>**ORDER TO CONTINUE TRIAL DATE AND EXTEND ALL RELATED PRE-TRIAL DEADLINES [53]**<br><br>[Filed concurrently with Joint Stipulation To Continue Trial Date And Extend All Related Pre-Trial Deadlines]<br><br>Complaint Filed: July 15, 2020<br>Trial Date: August 23, 2022 |

## ORDER

The Court, having read and considered the foregoing Stipulation between the parties, and good cause appearing thereof, hereby ORDERS as follows:

1. The non-expert discovery cutoff date, currently set for December 27, 2021, is extended for a period of ninety (90) days to March 28, 2022;

2. The initial expert disclosures deadline, currently set for January 25, 2022, is extended for a period of ninety (90) days to April 25, 2022;

3. The rebuttal expert disclosures deadline, currently set for February 22, 2022, is extended for a period of ninety (90) days to May 23, 2022;

4. The expert discovery cutoff date, currently set for March 15, 2022, is extended for a period of ninety (90) days to June 13, 2022;

5. The settlement conference deadline, currently set for March 31, 2022, is extended for a period of ninety (90) days to June 28, 2022;

6. The last day to hear motions, currently set for May 24, 2022, is extended for a period of ninety (90) days to August 23, 2022;

7. The Pre-Trial Conference, currently set for July 26, 2022 at 2:30 p.m., is continued for a period of ninety (90) days to October 25, 2022 at 2:30 p.m.; and

8. Jury Trial, currently set for August 23, 2022 at 10:00 a.m. (est. 7 days), is continued for a period of ninety (90) days to November 29, 2022 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: NOVEMBER 1, 2021

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and am not a party to this action. My business address is 222 North Pacific Coast Highway, Suite 2222, El Segundo, CA 90245.

On October 29, 2021, I served the document(s) as described below on interested parties in this action as follows:

**[PROPOSED] ORDER TO CONTINUE TRIAL DATE AND EXTEND ALL RELATED PRE-TRIAL DEADLINES**

| ☒ | electronically by using the Court's ECF/CM System. |
|---|---|
| | David A. Grossman, Esq.<br>Safia G. Hussain, Esq.<br>Loeb and Loeb LLP<br>10100 Santa Monica Boulevard<br>Suite 2200<br>Los Angeles, CA 90067-4120<br>Email: dgrossman@loeb.com<br>sghussain@loeb.com | *Attorneys for Defendants Aaron Sims, Matt Duffer, Ross Duffer, Netflix, Inc., Netflix Streaming Services, Inc., and 21 Laps, Inc.* |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 29, 2021, at El Segundo, California.

/s/ *Jon Austin Raymundo*
Jon Austin Raymundo