| | |
|---|---|
| 1 | BOREN, OSHER & LUFTMAN, LLP |
| 2 | Jeremy J. Osher (SBN 192109) |
|   | josher@bollaw.com |
| 3 | Aaron M. Gladstein (SBN 266287) |
| 4 | agladstein@bollaw.com |
|   | Matthew K. Tom (SBN 324298) |
| 5 | mtom@bollaw.com |
| 6 | 222 N. Pacific Coast Highway, Suite 2222 |
|   | El Segundo, CA 90245 |
| 7 | Telephone: (310) 322-2021 |
| 8 | Facsimile: (310) 322-2228 |
| 9 | Attorneys for Plaintiff, |
| 10 | IRISH ROVER ENTERTAINMENT, LLC |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company, | Case No.: 2:20-cv-06293-CBM-PLAx |
| | Judge: Hon. Consuelo B. Marshall |
| Plaintiff, | Magistrate Judge: Hon. Paul L. Abrams |
| vs. | **ORDER TO EXTEND NON-EXPERT AND EXPERT DISCOVERY DEADLINES, SETTLEMENT CONFERENCE DEADLINE, AND LAST DAY TO HEAR MOTIONS [55]** |
| AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive, | [Filed concurrently with Joint Stipulation to Extend Non-Expert and Expert Discovery Deadlines. Settlement Conference Deadline and Last Day to Hear Motions] |
| Defendants. | Complaint Filed:   July 15, 2020 |
| | Trial Date: November 29, 2022 |

ORDER TO EXTEND NON-EXPERT AND EXPERT DISCOVERY DEADLINES, SETTLEMENT
CONFERENCE DEADLINE AND LAST DAY TO HEAR MOTIONS

# ORDER

The Court, having read and considered the foregoing Stipulation between the parties, and good cause appearing thereof, hereby ORDERS as follows:

1. The non-expert discovery cutoff date, currently set for March 28, 2022, is extended for a period of sixty (60) days to May 27, 2022;

2. The initial expert disclosures deadline, currently set for April 25, 2022, is extended for a period of sixty (60) days to June 24, 2022;

3. The rebuttal expert disclosures deadline, currently set for May 23, 2022, is extended for a period of sixty (60) days to July 22, 2022;

4. The expert discovery cutoff date, currently set for June 13, 2022, is extended for a period of sixty (60) days to August 12, 2022;

5. The settlement conference deadline, currently set for June 28, 2022, is extended to July 29, 2022; and

6. The last day to hear motions, currently set for August 23, 2022, is extended to September 27, 2022.

**IT IS SO ORDERED.**

Dated: FEBRUARY 2, 2022

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and am not a party to this action. My business address is 222 North Pacific Coast Highway, Suite 2222, El Segundo, CA 90245.

On January 28, 2022, I served the document(s) as described below on interested parties in this action as follows:

**[PROPOSED] ORDER TO EXTEND NON-EXPERT AND EXPERT DISCOVERY DEADLINES, SETTLEMENT CONFERENCE DEADLINE, AND LAST DAY TO HEAR MOTIONS**

| ☒ | electronically by using the Court's ECF/CM System. |
|---|---|

| | |
|---|---|
| David A. Grossman, Esq.<br>Safia G. Hussain, Esq.<br>Loeb and Loeb LLP<br>10100 Santa Monica Boulevard<br>Suite 2200<br>Los Angeles, CA 90067-4120<br>Email: dgrossman@loeb.com<br>sghussain@loeb.com | *Attorneys for Defendants Aaron Sims, Matt Duffer, Ross Duffer, Netflix, Inc., Netflix Streaming Services, Inc., and 21 Laps, Inc.* |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 28, 2022, at El Segundo, California.

/s/ *Jon Austin Raymundo*
Jon Austin Raymundo