1  DAVID GROSSMAN (SBN 211326)
   dgrossman@loeb.com
2  SAFIA GRAY HUSSAIN (SBN 251123)
   sghussain@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Blvd., Suite 2200
4  Los Angeles, CA 90067
   Telephone: 310.282.2000
5  Facsimile: 310.282.2200

6  Attorneys for Defendants
   AARON SIMS, MATT DUFFER, ROSS
7  DUFFER, NETFLIX, INC., NETFLIX
   STREAMING SERVICES, INC., and
8  21 LAPS INC.

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12
   IRISH ROVER ENTERTAINMENT,            Case No.: 2:20-cv-06293-CBM-PLA
13 LLC, a California limited liability
   company,                              Assigned to Hon. Consuelo B.
14                                        Marshall
             Plaintiffs,
15                                        **DECLARATION OF MATT
         v.                               DUFFER IN SUPPORT OF
16                                        DEFENDANTS' MOTION FOR
   AARON SIMS, an individual; MATT        SUMMARY JUDGMENT AS TO
17 DUFFER, an individual; ROSS            PLAINTIFF'S FIRST, SECOND,
   DUFFER, an individual; NETFLIX,        THIRD, FOURTH AND FIFTH
18 INC., a Delaware corporation;          CAUSES OF ACTION PURSUANT
   NETFLIX STREAMING SERVICES,            TO FED. R. CIV. P. 56**
19 INC., a Delaware corporation; 21
   LAPS, INC., a California corporation;  [*Filed concurrently: Notice of Motion
20 and DOES 1 through 50, inclusive,      and Motion; Memorandum of Points
                                          and Authorities; Separate Statement
21           Defendants.                  of Uncontroverted Facts and
                                          Conclusions of Law; Declarations of
22                                        Ross Duffer, Aaron Sims, Lester A.
                                          Standiford, and Safia Gray Hussain;
23                                        [Proposed] Judgment]*

24                                        Date: February 7, 2023
                                          Time: 10:00 a.m.
25                                        Courtroom: 8D

26                                        First Amended Complaint Filed:
                                          October 12, 2020
27                                        Trial Date: May 2, 2023

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

DECLARATION OF MATT DUFFER

# DECLARATION OF MATT DUFFER

I, Matt Duffer, declare:

1. I am over the age of eighteen and have personal knowledge of the matters stated below, and if called to testify, I could and would competently testify to these facts.

**A.    Background.**

2. I am a film and television writer, director, and producer.  My brother Ross Duffer ("Ross") and I work on all of our film and television projects together and are known professionally as "the Duffer Brothers."  I attended Chapman University's Dodge College of Film and Media Arts, earning my degree in 2007.  During and after college, Ross and I wrote numerous scripts and treatments for short films, feature-length films, and television series.

3. In April 2015, Netflix purchased my and Ross's television series that is the basis of this lawsuit, *Stranger Things* (also referred to as the "Series").  Until this lawsuit, I had never met Jeffrey Kennedy, the claimant in this case.  I have never heard of or read his script, which I understand to be called "*Totem*," and I never discussed Mr. Kennedy or his script with anyone before this lawsuit was filed.  Mr. Kennedy's claims, that my brother and I somehow accessed his work and used it to create *Stranger Things*, are absolutely false.

4. Unequivocally, Ross and I conceived of and created *Stranger Things* entirely on our own.  As I detail in this declaration, *Stranger Things* is a very personal story to us, inspired by our childhood, our family, our friends, and our various interests – most notably the movies that we grew up watching and loving.  None of this has anything whatsoever to do with, or came to me from, Mr. Kennedy or Aaron Sims.

**B.    *Stranger Things* Is Based On, and Inspired By, Our Childhood Experiences.**

5. We grew up in the suburbs of Durham, North Carolina.  Our hometown became the basis for Hawkins, Indiana, the setting of *Stranger Things*.  Numerous

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

1

DECLARATION OF MATT DUFFER

locations in *Stranger Things*, including Cornwallis Road, Kerley Road, the Eno River, Jordan Lake, and the Lochn'ora suburb, are all named after and based on real locations.

6.      Like the Wheeler family in the Series (home to our protagonist, Mike Wheeler, as well as his sister Nancy Wheeler), we grew up middle class and lived in a two-story suburban house.

7.      Like Mike Wheeler in the Series, one of our best friends lived in our neighborhood and we spent most of our free time together, alongside a small group of other close friends.

8.      Like Mike Wheeler in the Series, we were nerds who struggled to make friends outside of a core group of friends.

9.      Like Will Byers in the Series, we had a strong-willed, overprotective mother who would do anything and everything to keep us safe.

10.     Like the kids in the Series, we spent countless hours exploring the forests and farmland next to our suburb.

11.     Like the kids in the Series, we walked down train tracks, communicated with walkie talkies, and rode around on bikes.  And while we never fought monsters or saved the world as the *Stranger Things* characters do, we played many games together where we did precisely that.

**C.    *Stranger Things* Was Inspired By the Games and Films We Love.**

12.     Just like in the Series, my brother and I spent countless hours playing fantasy games together with our friends, most notably "Dungeons & Dragons," also known as "D&D," which the protagonists in our Series frequently play and reference. D&D is a tabletop role-playing game created by Gary Gygax and Dave Arneson, in which players create their own characters and embark on various adventures (or "quests") in a fantasy setting.  There are many Dungeons & Dragons quests, but they commonly involve a band of heroes – known collectively as a "Party" – venturing into monster-infested dungeons and/or worlds in order to achieve a goal.  Each member

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

2

DECLARATION OF MATT DUFFER

1 typically has a different skill set, and they all must cooperate and utilize their various

2 skills in order to succeed.

3      13.   One of the most common quests in Dungeons & Dragons is called a

4 "Fetch Quest," which broadly involves the retrieval of something or someone,

5 oftentimes someone who has been kidnapped. In Season 1 of our Series, our main

6 characters – who frequently refer to themselves as a "Party" – go on what is essentially

7 a real-life "fetch quest" in order to rescue their lost friend.

8      14.   The land of D&D is a "multiverse" – it consists of many planes of

9 existence, or worlds. The alternate dimension in *Stranger Things* – referred to as both

10 "The Upside Down" and "The Vale of Shadows" – is based in great part on the D&D

11 world of "Shadowfell," which is a parallel world that is an echo of the "Material

12 Plane." In simpler terms, it is a twisted, nightmarish echo or carbon copy of the main

13 world. Though it has the same geography, it has no sun or stars, no color, the buildings

14 are often dilapidated, and it is a haven to monsters such as shadows, ghosts, and

15 vampires. In *Stranger Things*, The Upside Down is very much the same – it is a dark

16 echo of our world, with the same geography and buildings but no sun or stars; leached

17 of color; dilapidated buildings; and a haven to monsters.

18      15.   In D&D, the most common way to travel to another plane such as

19 Shadowfell is through a "Portal." One of the most common ways to create a Portal is

20 by casting a spell called "Gate," which opens up a portal to another plane. In *Stranger*

21 *Things*, our characters and monsters travel between dimensions through the use of

22 interdimensional "Rifts," also known as Gates, which serve as portals between worlds.

23 In *Stranger Things*, Gates are created in one of two ways: either through a psychic

24 connection between the two worlds, or by the monsters known as "Demogorgons,"

25 which can slide between worlds.

26      16.   A number of the villains in the Series are inspired by and sometimes even

27 named after monsters from Dungeons & Dragons, notably the Demogorgon, the

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

3

DECLARATION OF MATT DUFFER

monster in Season 1 who kidnaps Will Byers and sets the plot in motion, and the "Mind Flayer," the monster who possesses Will in Season 2.

17.    Aside from playing fantasy games, we also fell in love with movies at a young age and spent countless hours watching and re-watching movies in the cinema and at home on VHS.  We have always been very transparent in the press that *Stranger Things* was and continues to be inspired by many of these films.  When we were trying to sell the Series (then titled "*Montauk*"), as discussed further below, we sent a pitch book (or "look book") to studios with an introduction that read as follows:

> Set in Long Island in 1980 and inspired by the supernatural classics of that era, we explore the crossroads where the ordinary meets the extraordinary.  The feeling of fear and wonder as Elliot approaches a fog-drenched shed in "E.T." ... the helpless dread that consumes Chief Brody as he watches a boy and his raft dragged under the water by an unseen monster in "Jaws" ... the crackling television in "Poltergeist"... the horror of a cackling clown in "It" … the friendship and adventure of "Stand by Me" ... Emotional, cinematic, and rooted in character, "Montauk" is a love letter to the golden age of Steven Spielberg and Stephen King – a marriage of human drama and supernatural fear.

A true and correct copy of our look book as of April 11, 2015 is attached hereto as **Exhibit A**.  Upon watching the Series, Stephen King tweeted that "Watching Stranger Things is looking [*sic*] watching Steve King's Greatest Hits.  I mean that in a good way."[1]  As we made clear in our look book, Stephen King was a big inspiration, but he was just one of many artists from our childhood whose work influenced our storytelling.  I will now list a small fraction of the films, television, books, and games which inspired us in the creation and development of *Stranger Things*, many of which were featured in our look book and/or to which we paid homage in the Series.

### *Inspiration Featured in Our Pitch/Referenced in the Series*:

a.    *Jaws* (1975).  Martin Brody is the Police Chief of a quiet small town, whose world is rocked when a monstrous shark begins to kill townspeople.  Although Chief Brody begins the story as a reluctant hero, he grows stronger and more

---

[1] *See* https://bloody-disgusting.com/tv/3469307/stephen-king-tweets-glowing-praise-stranger-things-season-2/

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

4

DECLARATION OF MATT DUFFER

confident as the movie continues and ultimately saves the day. Brody was a direct inspiration for Chief Jim Hopper in the Series; like Brody, Hopper is the Police Chief of a quiet small town, whose world is rocked when a monster begins to kill townspeople. Although he begins the story as a reluctant hero, he grows stronger as the movie continues and ultimately saves the day. In a direct nod to this film and its influence, a poster of *Jaws* is prominently displayed in the character Will Byers' room. Further, *Jaws* was featured in both the look book and visual sizzle reel (a selection of clips from a variety of movies, cut together in the form of a trailer, to communicate the vision for our project) that was used to sell our Series.

> b. *Close Encounters of the Third Kind* (1977). This classic Steven Spielberg film tells the story of a single mother whose young son is kidnapped by aliens. Determined to find and bring her son back, Jillian teams up with an unlikely hero (Roy Neary) in order to find and rescue her son. Jillian was a direct inspiration for Joyce Byers in *Stranger Things* – a single mother whose son goes missing. Like Jillian, Joyce teams up with an unlikely hero (Jim Hopper) in order to save her son. Further, both *Close Encounters* and the Series are set in a small Indiana town, and the proximity of the supernatural causes lights to flicker and other electrical aberrations. *Close Encounters* was featured in both the look book and visual sizzle reel that we used to sell the Series.

> c. *Poltergeist* (1982). Like our Series, *Poltergeist* is about a suburban family whose young child is kidnapped by supernatural forces and taken to another dimension. In both *Poltergeist* and our Series, a determined mother and her family must find a way to travel into a nightmarish, monster-filled dimension in order to save their lost child. In both works, the portal to this other dimension is ultimately closed, stopping the monsters from causing further harm in our world. Further, in both series, the kidnapped child is able to communicate with our world through electricity. In the very first episode of the Series, we make a direct nod to *Poltergeist* when Joyce

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

5

DECLARATION OF MATT DUFFER

Byers surprises her son with tickets to the film in a flashback. *Poltergeist* was featured in both the look book and visual sizzle reel that we used to sell the Series.

　　　　d.　*The Thing* (1982), a classic John Carpenter film based on the 1938 John W. Campbell Jr. novella *Who Goes There*. *The Thing* tells the story of an alien life-form terrorizing researchers in Antarctica. When the researchers become infected with this life-form, they begin to shake and tremble. In the Series, when Will Byers becomes infected with a life-form from another dimension, he also begins to shake and tremble. In both works, fire is used to fight off the other-worldly life-form. In a direct nod to the influence of this film, a poster of *The Thing* is prominently displayed in Mike Wheeler's basement, one of the most frequented locations in the Series.

　　　　e.　*E.T.* (1984). This classic Steven Spielberg film is about a young boy named Elliot who discovers a strange alien with psychic abilities living in a shed behind his suburban home. Elliot hides the titular E.T. in his house, where he bonds with him and teaches him about our world, all while evading discovery by government agents and government scientists who want to capture E.T. This story very much inspired our Series, in which young Mike Wheeler discovers a strange girl with psychic abilities (Eleven) in the woods near his suburban home. Just like E.T., Eleven is pursued by government agents and scientists who are determined to capture her for purposes of studying her. Elliot's shed in *E.T.* also directly inspired the shed behind Will Byers' house. Like Elliot, Will first encounters a creature from another world in this shed. *E.T.* was featured in both the look book and visual sizzle reel that we used to sell the Series. The shed from *E.T.* was directly discussed in our pitch, and the look book included the film's classic shot of the shed, which we later replicated in the first episode of the Series in a direct homage.

　　　　f.　*Firestarter* (1984), based on a novel by Stephen King. Like our Series, *Firestarter* tells the story of a young girl with psychic powers who finds herself on the run from government agents who seek to weaponize her powers. An image of

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

6

DECLARATION OF MATT DUFFER

1    the psychic young girl from *Firestarter* was featured in the look book we used to sell
2    the Series.

3              g.    *Hellraiser* (1987), based on the short story "The Hellbound Heart"
4    by Clive Barker, about a teenage girl who solves an archaic puzzle box and in doing
5    so accidentally summons demonic monsters from a parallel dimension.  As in our
6    Series, the monsters' emergence into our world causes strange lighting and electrical
7    disturbances; the teenager must use her wits to banish them from our world and back
8    to their dimension.  *Hellraiser* was prominently featured in the look book and sizzle
9    reel we used to sell the Series.

10              h.    *IT* (1990), a two-part miniseries based on a novel by Stephen King.
11    Like our Series, *IT* is about a band of nerdy boys and a girl who live in a small town
12    where they must face off against a terrifying evil who hails from another dimension.
13    To defeat this monster, the kids must venture into underground sewer tunnels, where
14    the monster has made its home.  In *Stranger Things*, our kids must also venture into
15    underground tunnels in order to defeat the interdimensional monster.  *IT* was
16    referenced in the pitch and look book used to sell the Series.

17              i.    *Silent Hill* (1999), one of our favorite video games, tells the story
18    of a man who searches for his missing adopted daughter in the town called Silent Hill.
19    The man eventually realizes that the Silent Hill he is investigating is not exactly the
20    town itself, but rather a nightmarish carbon copy of it; it is thick with fog, ash falls
21    from the sky, and instead of people it teems with terrifying monsters.  *Silent Hill*'s
22    approach to its alternate dimension was an inspiration for our Series' The Upside
23    Down.  As detailed in our pitch, we initially planned to never show the audience our
24    alternate dimension, but as we further developed the story in the writers' room (the
25    group of writers for the Series), we realized it would be necessary for our characters
26    to venture inside this alternate dimension.  Faced with a limited budget, and inspired
27    by both D&D and *Silent Hill*, we decided to make The Upside Down a nightmarish
28    copy of Hawkins, filled with fog, vines, falling spores, and the occasional monster, all

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

7

DECLARATION OF MATT DUFFER

of which we felt we could achieve with practical effects (meaning no or limited computer graphics).  *Silent Hill* was referenced in our look book and featured in our sizzle reel.

        j.     *Super 8* (2011).  Like *Stranger Things*, *Super 8* is also an homage to the supernatural classics of the 1980s.  It follows a group of nerdy boys whose lives are turned upside down when an alien monster is set loose in their small town.  As in our Series, the presence of the monster causes lights to flicker and other electrical aberrations.  Also like our Series, the monster abducts the protagonists' friend and they must venture into an underground tunnel system in order to defeat the monster and rescue their friend.  *Super 8* was heavily featured in the visual sizzle reel that we used to sell the Series.

        ***Additional Inspiration:***

        k.     *The Lion, the Witch, and the Wardrobe* (1950).  This classic children's novel by C.S. Lewis was one of our favorites when we were growing up.  It tells the story of a family who travels through a wardrobe (or doorway) into another world – one similar to our own, but in place of humans there are mythical beasts.  The family finds themselves drawn into a battle to save the world.  This was an inspiration for our Series, where a family must travel through a portal (or doorway) into another world – a world similar to our own, but in place of humans there are monsters.  Our heroes, too, find themselves drawn into a battle to save the world.

        l.     "Little Girl Lost" (1962), an episode of *The Twilight Zone* based on a short story by Richard Matheson.  Like in our Series, it tells a story of a young child who vanishes through a portal to another dimension, and her family must find a way to bring her back into our world.  In both works, the child is saved and the portal to this other dimension is closed.

        m.     *Carrie* (1976), also based on a novel by Stephen King.  Like our Series, *Carrie* is centered around a strange young girl with psychic powers.  In our Series, this character's name is Eleven.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

8

DECLARATION OF MATT DUFFER

n.    *Breaking Away* (1979), a coming of age film about a working class teen obsessed with bicycling. Like our Series, it is set in Indiana and prominently features a water-filled quarry.

o.    *The Mist* (1980), a novella by Stephen King, which tells the story of ordinary people in a small town who are terrorized by interdimensional monsters. This inspired the Series, in which ordinary people in a small town are terrorized by interdimensional monsters. In both our Series and the novella, the monsters are the result of a nearby U.S. military installation's failed experiment, which accidentally causes an interdimensional portal, or doorway, to open up.

p.    *The Talisman* (1984), a novel by Stephen King and Peter Straub, in which a determined young boy must travel to an alternate dimension (which appears as a twisted version of our own world) to rescue his dying mother. Along the way he must evade terrifying monsters. This inspired our Series, in which a determined mother must travel into an alternate dimension (which is a twisted version of our own world) to rescue her son, along the way evading terrifying monsters.

q.    *The Goonies* (1985). Like our Series, this film is about a group of young friends (a mix of pre-teens and teens) who live in a small town and embark on a fantastical adventure. As in our Series, the friends go on their adventure, venturing deep underground, where they traverse dangerous tunnels.

r.    *Labyrinth* (1986), about a teenage girl whose infant brother is kidnapped by goblins and whisked away to another world. To rescue her brother, this girl must venture into a dangerous, fantastical land where she navigates a deadly labyrinth filled with traps and strange creatures. At one point she falls into underground tunnels. She ultimately rescues her infant brother and brings him home. This inspired our Series, in which our heroes must venture into a dangerous, fantastical land filled with monsters in order to save Will Byers. At one point our characters must navigate underground tunnels; and, in our Series, they ultimately rescue Will and bring him home.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

9

DECLARATION OF MATT DUFFER

s.      *The Langoliers* (1995), a miniseries based on *Four Past Midnight* by Stephen King.  The story is about a group of ordinary people who accidentally travel through a time rip, or portal, in space.  When they land, they find a twisted version of reality that is empty, lifeless, and without power or humans.  They soon find themselves terrorized by monsters that want to eat them.  This inspired our Series, where our heroes find themselves in a twisted version of reality that is empty, lifeless, and without power or humans.  They soon find themselves terrorized by monsters that want to eat them.  In both *The Langoliers* and our Series, the protagonists escape the monsters and make it back home to their reality.

t.      *Elfen Lied* (2004), one of our favorite animes, which is about a human-looking mutant known as Lucy.  Like Eleven in our Series, Lucy is a young female with incredible psychic abilities who escapes from a top secret government facility and is taken under the wings of two young boys.

18.    These are just a few of our favorite stories that inspired us when we were creating *Stranger Things*.  From the selling of the Series, to the early press about the Series, to references made within the Series itself, to every press cycle for the past seven years, we have always been extraordinarily open about our artistic inspirations.  The press often attribute the show's mass appeal and success to its nostalgic appeal.  None of the above listed games or films are in any way obscure, but are extraordinarily popular and well-known works of fiction.

19.    All of these stories share common DNA.  Broadly speaking, they all involve relatable, everyday people who come into contact with extraordinary supernatural forces.  They commonly feature small town, "Anywhere USA" settings; kids and teens in primary roles; young protagonists with psychic powers; alternate dimensions; terrifying monsters; skeptical protagonists; worried families; underground lairs; and sinister government officials.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

10

DECLARATION OF MATT DUFFER

**D.** ***Stranger Things* Builds On Stories We Have Been Creating for Twenty Years.**

20.    Our love for stories with these elements can be seen in not only *Stranger Things*, but in all of the films that Ross and I have made throughout our lives, from childhood through adulthood.  I will now step through a few of those films.

21.    In the fourth grade, we made a movie based on the card game "Magic the Gathering" (1995).  The story was about a dwarf whose peaceful life is shattered when his village is attacked by a horde of goblins and monsters.  To put a stop to this evil, he must travel across a fantastical, dangerous land, overcoming many monsters along the way.

22.    In fifth grade we made a film called *Delusion* (1997), about an ordinary man who takes part in a strange experiment.  When the experiment goes awry, he is thrust into an alternate dimension.  He must journey through this fantastical dimension in order to find his way back home.

23.    In ninth grade we made a short film called *Monkey Massacre* (2000), about an evil spirit from an alternate dimension that escapes from an ancient tree.

24.    In tenth grade, we made a short film called *Freeing Luke Dawson* (2001), about a janitor who experiences a number of supernatural events, including communication from another world that causes electrical disturbances.  He eventually realizes that these supernatural events are in fact signs – signs that lead him to find and rescue a young girl who has been kidnapped and hidden underground.

25.    In college, we made a short film called *Eater* (2007), based on a short story by Peter Crowther, about a skeptical police officer who gradually comes to realize that there is an escaped prisoner in his police station with extraordinary supernatural powers (specifically, shapeshifting powers).

26.    In 2012, we wrote and directed a film for Warner Bros. ("Warner") called *Hidden*, about an ordinary family hiding underground from monsters on the surface (at least, we are led to believe there are monsters on the surface, until a twist reveals it

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

11

DECLARATION OF MATT DUFFER

is the family itself who are the "monsters"). Their once peaceful town, which we called Kingsville, is an echo of its former self, plunged into darkness by an unspecified post-apocalyptic event – its forest is burnt, its buildings in ruins, its land covered in ash. The fictional town of Kingsville is a direct correlation to the fictional town of Hawkins from our Series, which features strip malls, suburban developments, forested back roads, low median incomes, and a population below ten thousand. The post-apocalyptic version of Kingsville, meanwhile, is an early iteration of The Upside Down (a dark, ruined, nightmarish version of a once peaceful small suburban town).

27.     In high school, we made a documentary for our tenth grade Multimedia and Film class entitled *The Philadelphia Experiment* (2001). This documentary explored an alleged experiment that took place in 1943, in which government researchers and scientists successfully rendered a U.S. Navy battleship invisible. According to some sources, the ship – while invisible – briefly teleported from Philadelphia to Norfolk, Virginia.

28.     Some conspiracy theorists believe "The Philadelphia Experiment" continued with a top-secret government program known as "The Montauk Project." Based out of the Camp Hero military base in Montauk, New York, The Montauk Project allegedly involved a series of top secret experiments that explored a gamut of paranormal subjects, including aliens, mind control, telepathy, and time travel. Ross and I became fascinated by The Montauk Project, as well as other conspiracy theories, most notably MK Ultra, all of which would eventually play a large role in the creation of *Stranger Things*.

### E.     The Development of the Series.

29.     In 2010, we remembered The Montauk Project and became interested in writing a movie about it. Unlike other popular paranormal conspiracies such as the Bermuda Triangle and Area 51, we were not aware of a mainstream film or television show that had tackled The Montauk Project. We subsequently developed a film idea called *The Montauk Experiment*. This film idea would become the basis for *Stranger*

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

12

DECLARATION OF MATT DUFFER

*Things.* On November 19, 2010, we sent ourselves an email describing several projects we were exploring at the time, including *The Montauk Experiment[].* A true and correct copy of a redacted version of that email is attached hereto as **Exhibit B**.

30. As Exhibit B reflects, we envisioned that *The Montauk Experiment[]* would be set in Montauk in the 1980s, and would include a wealth of science-fiction elements like:

- a secret research facility (this ultimately becomes the "Hawkins Lab" in *Stranger Things*);
- bad (evil) scientists (this ultimately becomes several characters, most notably "Dr. Martin Brenner," in *Stranger Things*;
- a "gritty eighties" setting (this ultimately becomes the setting and mood in *Stranger Things*);
- mind control, paranormal activity, and unethical/mind control experiments (these ultimately become major plot points in *Stranger Things*);
- the opening of an interdimensional portal (this ultimately becomes the Rift/Gate to The Upside Down in *Stranger Things*);
- a monster coming through the opened portal (this ultimately becomes the Demogorgon in *Stranger Things*);
- the monster escaping and killing people in the facility (this ultimately becomes a major plot point in *Stranger Things*);
- a main character with psychic powers who is the subject of the mind control experiments (this ultimately becomes Eleven in *Stranger Things*).

31. On November 23, 2010, we sent ourselves another email with a more detailed concept for this project, which noted that the film would be built upon the legend that "the U.S. government conducted a series of clandestine experiments at the abandoned Montauk, Long Island Air Force base from 1982-1987." A true and correct

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

13

DECLARATION OF MATT DUFFER

copy of a redacted version of that email is attached hereto as **Exhibit C**. As Exhibit C reflects, we further envisioned that *The Montauk Experiment* would include:

- a secret research facility;
- unethical scientists who are "essentially the villains of our story";
- a "gritty and intensely realistic" 1980s setting;
- mind control and psychic abilities;
- unethical experimentation "aimed at developing" the subjects' "psychic abilities";
- a psychically gifted main character who is subjected to a chain of increasingly disturbing tests aimed at developing their untapped psychic abilities;
- while the other subjects die during the course of brutal experimentation, the main character endures, and, over time, successfully develops the ability to control minds and move objects telepathically;
- the psychically gifted main character's powers put the entire facility in grave danger;
- the scientists pushing the main character's powers too far, and the protagonist "materializing hellish visions"; and
- the main character being forced to use psychic powers to end the experiments and save the facility, as visualized in a "blood-soaked finale."

Most of the major building blocks for *Stranger Things* were included in these 2010 ideas: the setting, the time period, the tone, the historical connection, the psychically gifted main character, the main antagonists (both interdimensional monster and government scientists), the story's drive (defeating an interdimensional monster), and the story's climax (the main character using their psychic power to defeat this monster they unleashed).

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

14

DECLARATION OF MATT DUFFER

32.     The remaining building blocks came together approximately three years later, in September 2013, when Ross and I saw Denis Villeneuve's film *Prisoners* (2013), about the kidnapping of a young child.  The film follows both the kidnapped boy's family, as well as the troubled detective assigned to the case, as they search for the missing child.  Inspired by this film, as well as various television shows at the time, we began to discuss creating a television series about a child abduction.  In brainstorming what this show could be, we recalled our idea for *The Montauk Experiment*.  We became excited about adding the element of a missing child to our *The Montauk Experiment* idea.  We asked the question: what if the monster who escaped from this other dimension didn't just kill the Camp Hero scientists – but also escaped the lab and kidnapped a young child?  We began to discuss the 1980s period setting of *The Montauk Experiment*, and we realized we could use this story to pay tribute to our childhood and early friendships, as well as the films, games, books, and stories we grew up loving, most notably the ones already detailed in this declaration.

33.     On October 7, 2013, we prepared an outline for the pilot episode of the Series.  A true and correct copy of that outline is attached hereto as **Exhibit D**.  As described in the outline, we planned on setting the series in Montauk in the 1980s, and the story would follow a group of kids who spend their nights playing Dungeons & Dragons (as Ross and I did growing up) and eating pizza, but who are drawn into a world of supernatural terror.  The story we drafted began when, while biking home one night, a child character "hears voices" and "goes into [a] strange world, taken by some evil force."  A local sheriff investigates, but the kid has "simply vanished."  The missing child's family, the sheriff, and the boy's friends all try to find the missing child.  There is also an "escapee" from a research facility, who is tattooed with a number, has psionic powers, and who is the key to figuring out what has happened. The outline for the pilot episode includes the core ideas from our 2010 *The Montauk Experiment* concept:

•     a secret research facility with people as test subjects;

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

15

DECLARATION OF MATT DUFFER

- mind control and psychic/psionic abilities;

- paranormal activity and "weird stuff";

- an alternate dimension or "strange world" with evil forces;

- evil forces from the "strange world" that have come to the town; and

- a tattooed main character with psionic abilities who is the subject of the mind control experiments and who escapes from the secret research facility.

34. In April of 2014, we summarized the idea for the Series in an email, as set forth below and in the attached **Exhibit E**:

> We're calling it MONTAUK, and it's a limited series set in early 1980s Montauk, New York (note: Montauk back then was akin to Amity in JAWS, not upscale like today). The small, suburban community is shaken down when a ten-year old boy vanishes into thin air one night while biking home. We follow the boy's friends, family, and teachers as they try to uncover what happened to him. We soon realize that the disappearance is somehow linked to strange happenings at Montauk Air Force Station -- home of the Montauk Project, where a series of secret government experiments allegedly took place during the late 70s and early 80s. But the boy's disappearance is just the start, as stranger, more horrifying, seemingly unexplainable happenings take place all over town. An evil has been unleashed here. Think SUPER 8/80's Spielberg, crossed with vintage Stephen King, and you'll get the idea.

35. By the summer of 2014, Ross and I had written a script for the pilot episode of the Series, then titled *Montauk* and still set in the 1980s. We emailed the June 2014 version of the pilot script to ourselves on August 7, 2014. A true and correct copy of that email is attached hereto as **Exhibit F**. Exhibit F includes the key elements of the concept we first envisioned in 2010:

- a secret government research facility;

- "bad" (evil) scientists conducting unethical mind control experiments and evil government agents;

- mind control and psychic/psionic abilities;

- paranormal activity;

- a portal to another dimension;

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

16

DECLARATION OF MATT DUFFER

- a monster from the other dimension that comes through the portal, killing people in and escaping from the research facility; and
- a main character with psionic powers who is the subject of the mind control experiments.

The script also builds on concepts reflected in our 2013 outline, including a child being abducted by a monster while biking home from playing Dungeons & Dragons with friends, and the abducted child's cross-dimensional communications with friends and family.

### F.    The Series' Look Book.

36.    As noted above, in approximately August of 2014, in order to pitch our idea to potential producers and studios, Ross and I had begun developing a look book for the Series.

37.    The look book we created was inspired by the look and feel of an old Stephen King paperback novel, with shots of Camp Hero and some of the 1980s classics that inspired the Series that are discussed above. *See* Exhibit A.

38.    We pitched our Series to studios in early 2015, and several of them (including Legendary, Alcon, and MRC) expressed interest. We eventually pitched our series to Netflix in March 2015, and closed a straight-to-series order (meaning Netflix ordered multiple episodes or the full first season of the Series) that same month.

39.    Over the next several months, Ross and I worked with the writers' room to finalize all eight episodes of the first season of *Stranger Things*, including creating outlines and scripts for each episode, responding to notes and comments on those outlines and scripts, and revising the outlines and scripts until we created the final shooting versions for each episode.

40.    During the writing process, in consultation with Netflix, we changed the setting from Montauk to the fictional town of Hawkins, Indiana. Consequently, we also changed the title of the Series from *Montauk* to *Stranger Things*. Aside from the change in title and location, the core of the story remained nearly identical to our initial

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

17

DECLARATION OF MATT DUFFER

October 2013 outline and 2014 pilot script, and the core of the Series can be traced directly back to our development of *The Montauk Experiment* project in 2010.

41.    We chose to film *Stranger Things* in Atlanta, Georgia, due to the state's generous tax incentives and the fact that Georgia's southern geography was nearly identical to our hometown of Durham, North Carolina, with sprawling suburbs, vast swaths of farmland, and dense forests.

42.    We elected not to set *Stranger Things* in North Carolina because we did not want non-southern actors attempting southern accents, as fake southern accents in Hollywood films is an issue that has bothered us since we were very young.  Furthering this concern, in 2011 when we made *Hidden*, which was set in North Carolina, we struggled to dissuade actors from attempting southern accents.

43.    The idea of Indiana as a possible setting was not in fact our idea but came from one of the writers in our writers' room.  We remember loving this idea and choosing it because we felt that Indiana had all the hallmarks of our childhood home, sans the southern accent issue.  It was the perfect stand in for "Anywhere, USA" (with its forests, farms, suburbs, etc.).  Another upside: Indiana was the setting for two of our favorite films, *Close Encounters of the Third Kind* and *Breaking Away*, which, as previously discussed in this declaration, influenced *Stranger Things*.

**G.    *Stranger Things*.**

44.    On July 15, 2016, *Stranger Things* premiered on Netflix, which released all eight episodes of the first season of the series at once.

45.    The first episode of *Stranger Things* is very similar to the pilot episode script we prepared in August 2014, and continued to draw on ideas we first developed in November 2010.  For example, the pilot episode that was released on July 15, 2016 includes:

- a secret government research facility;
- bad or evil scientists conducting unethical mind control experiments and evil government agents;

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

18

DECLARATION OF MATT DUFFER

- mind control and psychic/psionic abilities;

- paranormal activity;

- a portal to another dimension;

- a monster from the other dimension that comes through the portal, killing people in and escaping from the research facility; and

- a tattooed main character with psionic powers who is the subject of the mind control experiments and who also escapes the secret research facility.

As in the October 2013 outline and the November 2014 pilot episode script, the first aired episode features, among other elements, a child being abducted by a monster while biking home from playing Dungeons & Dragons with friends, and the abducted child's cross-dimensional communications with friends and family.

46.     The second season of *Stranger Things* was released on Netflix on October 27, 2017.

47.     The third season of *Stranger Things* was released on Netflix on July 4, 2019.

48.     The fourth season of *Stranger Things* was released on Netflix in two parts: the part first on May 27, 2022 and the second part on July 1, 2022.

**H.     Our Work With Aaron Sims.**

49.     Ross and I first met Aaron Sims in 2013, which, as explained above, was several years <u>after</u> we created and developed the concept for *The Montauk Experiment*.

50.     In 2011, as previously described above, Warner acquired our script for *Hidden*, which we also directed.  In 2013, Warner engaged Mr. Sims and his company to provide visual effects for *Hidden*.  I had not worked with or even spoken to Mr. Sims prior to this engagement.  Mr. Sims and ASC's engagement was limited to providing artwork and visual effects for the film; neither Mr. Sims nor anyone else at his company provided any creative contributions with respect to *Hidden*'s plot, sequence of events, characters, theme, dialogue, mood, settings, or pace.  Later in

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

19

DECLARATION OF MATT DUFFER

1  2013, *Hidden* was put on hold by Warner. We did not work with Mr. Sims again until

2  mid-2014, when production on *Hidden* resumed. My interaction with Mr. Sims on

3  *Hidden* was extremely limited, and while I may have attended one group meeting with

4  Mr. Sims, I had very little direct interaction with him.

5        51.    After *Hidden*, in 2013 and 2014, Ross and I worked as writers on the first

6  season of the Fox television series *Wayward Pines*. I am aware that Plaintiff alleges

7  we worked with Mr. Sims on *Wayward Pines*. However, before this lawsuit, I was not

8  even aware that Mr. Sims had worked on that television series. I did not interact with

9  him in any way in connection with my work on *Wayward Pines*.

10        52.    In early September 2014, Ross and I reached out to Mr. Sims regarding

11  concept art for the pitch book we were hoping to complete for what (at the time) we

12  called *Montauk*. Specifically, we emailed Mr. Sims for recommendations for a

13  concept artist that could create some art for "a look book for our new sci fi horror

14  limited series." We did not hire Mr. Sims at that time, but once Netflix ordered the

15  Series in 2015, we hired Mr. Sims to work as a concept artist on Season 1 of the Series.

16  As discussed below, Mr. Sims had no input whatsoever in the creation of the story,

17  plot, characters, themes, tone, mood, pace, settings, or dialogue in *Stranger Things*.

18      **I.**    **As a Concept Artist on the Series, Aaron Sims Did Not Contribute**

19             **Any Story Ideas or Elements.**

20        53.    I am aware that Plaintiff's First Amended Complaint alleges: "Plaintiff

21  believes that Sims shared the copyrighted *Totem* screenplays and related concept art

22  with the Duffer Brothers, who then infringed on Plaintiff's exclusive rights in and to

23  these protected works." This allegation is unequivocally false. Prior to Plaintiff

24  asserting its claim regarding *Stranger Things*, I had never heard of Plaintiff, Mr.

25  Kennedy, or his work. At no time has Aaron Sims, or anyone else, ever shared *Totem*

26  screenplays or *Totem* concept art with me, nor did Mr. Sims or anyone else discuss

27  Plaintiff, Mr. Kennedy, or the *Totem* works with me. In fact, Mr. Sims has never

28  shared any screenplay or story idea with me, nor would he have any reason to, as he is

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

20

DECLARATION OF MATT DUFFER

a concept and visual effects artist.  Simply put, I have <u>never</u> collaborated with Mr. Sims on anything beyond the scope of concept art and visual effects, he has never shared concept art with me that was not created for one of our (my and Ross's) projects, and I have never met or spoken to Mr. Sims regarding <u>anything else</u>.

54.    Not only did Mr. Sims not share *Totem* with me, but Mr. Sims did not contribute any story ideas or other elements that were used in the Series.  The only thing provided by Mr. Sims was the concept art discussed below.  The ideas, characters, plot, sequence, themes, location, and dialogue for *Stranger Things* were created by Ross and/or myself, or by the other writers that worked with us on the Series.

55.    In fact, we had already created the entire pilot script for the Series (then called *Montauk*) <u>before</u> we shared any of our ideas regarding the Series with Mr. Sims. The first time we contacted Mr. Sims with respect to the Series was when, in September of 2014, we asked him to help create some concept art for the pitch book we were hoping to complete.  Therefore, as noted above, on September 1, 2014, we emailed Mr. Sims for recommendations for a concept artist that could create some art for "a look book for our new sci fi horror limited series."  A true and correct copy of that email chain is attached hereto as **Exhibit G**.

56.    The following day, Ross and I emailed Mr. Sims our script for the already written pilot episode of our Series.  We also sent Mr. Sims an image we designed for our look book cover along with some cover art from two Stephen King novels with a style we thought we would like his concept art to evoke.  We provided this information to Mr. Sims so that he could potentially assist in creating artwork for the pitch book we were working on.  However, after Mr. Sims responded with his rates, we told him that we could not afford his assistance (as we had not yet sold the Series and were on a tight budget).  We asked him not to waste his time, and to "hold off on reading the script for now."  A true and correct copy of that email chain is attached hereto as **Exhibit H**.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

21                                    DECLARATION OF MATT DUFFER

DocuSign Envelope ID: 96F48157-7799-409A-BADE-94A1B5D8AC31

57.     Ross and I did not communicate with Mr. Sims again about the Series until several months later.  On March 12, 2015, we emailed Mr. Sims and told him that it looked like the project was going straight to series and we gave him a heads up that we would be contacting him about helping out with concept art for the Series at a future date.  A true and correct copy of that email is attached hereto as **Exhibit I**.

58.     On May 26, 2015, Ross and I emailed Mr. Sims to discuss "doing some concept art for our Netflix show."  A true and correct copy of that email is attached hereto as **Exhibit J**.

59.     Mr. Sims' engagement on *Stranger Things* began in May/June 2015.  His involvement was limited to the creation of certain concept art and visual effects.  For example, Mr. Sims created artwork to depict the Demogorgon, the monster in the Series.  Contrary to Plaintiff's allegations, the Demogorgon is not based on any character in *Totem*.  Rather, the Demogorgon was created based on my and Ross's descriptions in our script, inspirations from '70s and '80s movie monsters, and our discussions with Mr. Sims.  Much like the design of The Upside Down, we wanted to realize the creature with mostly practical effects, with limited aid of computer graphics, for reasons both related to budget and aesthetic.  We wanted the Series to look and feel like our favorite films from the 1980s and, as these films were made before the development of computer graphics, the monsters were typically "men in suits" – i.e., actors or performance artists wearing suits, or elaborate costumes, which were often slathered in goop, and sometimes employed the use of animatronics to create inhuman movement.  We wanted to do the same for our Series.  This approach was decided long before Mr. Sims' involvement.  In our pitch book, we discuss the monster designs as follows: "[W]e will take design inspiration from the masters of the grotesque: Clive Barker, Guillermo del Toro, H.R. Geiger, and Masahiro Ito (*Silent Hill*).  To bring them to life, we plan to employ a combination of prosthetics, trained movement artists, subtle CGI, and of course some good old-fashioned fog and shadow."  *See* Exhibit A.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

22

DECLARATION OF MATT DUFFER

60.     Shortly after Mr. Sims was hired in May 2015, we spoke to him on the phone about our vision for the Demogorgon and explained our various inspirations – as well as our intention to realize our monster with a "man-in-suit" approach. Further, we told Mr. Sims that we wanted the monster to look like a human from a distance – meaning, when cloaked in shadow or fog, the audience and characters would think that he is not a monster at all, but rather a frightening human. We also explained that, later in the Series, this "humanoid" monster would eventually reveal itself as something horrific and inhuman. We also told Mr. Sims that we wanted the monster's design to reflect an old-school simplicity; we felt more modern monsters had become overly complicated due to CGI and wanted the final design simple enough that a child could conceivably sketch it. After pitching our vision, Mr. Sims suggested that perhaps the monster's face could start closed – so that it looked human – and then peel open to reveal something more monstrous, an idea that we loved. It was this idea that ultimately led to the final look of the Demogorgon. In the final design, the Demogorgon's face peels open, revealing symmetrical petal shapes, almost like a flower – a visual that is easily drawn, even by a child. (Children do, in fact, often draw the Demogorgon and have sent us many drawings in the mail and over the internet.)

61.     Plaintiff also inaccurately describes the Demogorgon as having an ability to shape-shift from a two-legged, upright humanoid monster to a four-legged Demo-Dog. This is incorrect. The four-legged Demo-Dog appeared in the Series' second season, and is simply a stage in the Demogorgon's growth cycle. A fully-developed Demogorgon does not revert to its prior form, or "shape-shift."

**J.      The Series Was Independently Created.**

62.     As discussed above, Ross and I conceived of and created the Series.

63.     I am aware that Plaintiff alleges the title *Stranger Things* was derived from a line in Mr. Kennedy's unpublished screenplay. This is unequivocally false. The initial working title for the Series was *Montauk*, as the Series originally was written to take place in Montauk and it was partially inspired by The Montauk Project.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

23

DECLARATION OF MATT DUFFER

Ultimately, the setting was changed to the fictional town of Hawkins, Indiana. Because the Series was no longer set in Montauk, we had to change the Series' title. The process of changing the name of the Series involved circulating lists of dozens of potential names, and bouncing ideas off of each other and the other writers. Eventually, I decided upon the title, *Stranger Things*, which was inspired, in part, by the Stephen King novel *Needful Things*, which I saw sitting on my bookshelf while I was brainstorming titles. I sat down and typed the title into a Photoshop image, which I had previously mocked up to look like an old Stephen King paperback in order to try out potential titles. I felt the title *Stranger Things* fit in perfectly with the paperback design – it looked as if it belonged alongside the other Stephen King books on my shelf.

64.     I am also aware that Plaintiff alleges The Upside Down, or the alternate dimension in *Stranger Things*, was influenced by and derived from Plaintiff's work. This too is completely false. As discussed above, the idea and look of The Upside Down were derived from the stories we grew up loving, including urban legends and supernatural tales (notably "The Montauk Project" and "The Philadelphia Experiment" conspiracy theories), videogames and board games (notably D&D and *Silent Hill*), books (notably *The Talisman*), and films and TV shows (notably *Poltergeist*, *Hellraiser*, and *Little Girl Lost*). These are just some of the many stories we grew up loving that feature loved ones getting lost in nightmarish dimensions. In all of the above-mentioned stories, friends and family fight to find their lost ones and bring them home, vanquishing monsters along the way. The stories almost always end with the protagonists ultimately closing off the portal, or doorway, to this alternate dimension.

65.     Plaintiff also alleges that the shed in Will Byers' backyard in *Stranger Things* is taken from Mr. Kennedy's screenplay. This is false. As discussed above, the backyard shed in the Series is a direct homage to the movie *E.T.*, one of our favorite films, which also inspired the scene in which the boys dress up Eleven in a blond wig and dress, and the scene where the children evade government agents on their bikes.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

24

DECLARATION OF MATT DUFFER

As previously mentioned, when we created the look book for the Series (then titled *Montauk*), one of the images that we used was from *E.T.*, and depicts the young boy, Elliot, cautiously approaching a shed in his backyard.  *See* Exhibit A.

66.    Plaintiff alleges that in both works a loved one is rescued from a carbon-copy of their home.  This is not accurate – in the Series, Will Byers is rescued from a basement library.

67.    As my brother and I have said in numerous interviews, *Stranger Things* is a very personal story for us, one that we have been building toward our entire lives. The ideas, themes, characters, and story are inspired by our childhood, our earliest friendships, our families, our hometown, our early films, and the stories and games we grew up loving.  I never read, viewed, or heard of the Plaintiff or *Totem* before Mr. Kennedy asserted this claim.  Plaintiff's claim is also chronologically impossible.  We developed the foundational ideas for *Stranger Things* back in 2010 (then called *The Montauk Experiment*) before we even knew Aaron Sims.  We then began the script for the first episode of *Stranger Things* in 2013 (then called *Montauk*) and completed it in the summer of 2014, all before we ever asked Mr. Sims to create concept art for the Series.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____, at Los Angeles, California.
December 19, 2022

_____
Matt Duffer

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23313599
231804-10002

DECLARATION OF MATT DUFFER

# EXHIBIT A

SIGNET • 451 E9964 • $3.95

# # 1

# MONTAUK



An epic tale of sci fi horror

CONFIDENTIAL
CONFIDENTIAL

# INTRODUCTION

"Montauk" is an eight-hour sci-fi horror epic.

Set in Long Island in 1980 and inspired by the supernatural classics of that era, we explore the crossroads where the ordinary meets the extraordinary.

The feeling of fear and wonder as Elliot approaches a fog-drenched shed in "E.T".… the helpless dread that consumes Chief Brody as he watches a boy and his raft dragged under the water by an unseen monster in "Jaws"… the crackling television in "Poltergeist"… the horror of a cackling clown in "It"… the friendship and adventure of "Stand By Me"…

Emotional, cinematic, and rooted in character, "Montauk" is a love letter to the golden age of Steven Spielberg and Stephen King -- a marriage of human drama and supernatural fear.

CONFIDENTIAL
CONFIDENTIAL



E.T. THE EXTRA-TERRESTRIAL
DIRECTOR STEVEN SPIELBERG
©1982 UNIVERSAL CITY STUDIOS, INC.

# THE "MONTAUK PROJECT" CONSPIRACY

Everyone loves a good conspiracy. We've seen the most well-known, Area 51 and The Philadelphia Experiment, sensationalized on film and television many times before. But the Montauk Project, one of the most bizarre conspiracies in our country's history, remains untapped.

In 1942, as World War II raged across the ocean, the Air Force established Camp Hero on the eastern-most point of Long Island -- Montauk. Blighting the quaint, picturesque resort town that would serve as Peter Benchley's inspiration for Amity in Jaws, the base's initial objective was to protect America against possible German invasion. The already enormous base was later expanded during the Cold War. A long-range radar dish was added and it became a focal point of Soviet surveillance. Around this time, the base allegedly began to conduct a series of top-secret experiments. Codename: The Montauk Project.

The Montauk Project involved the most cutting-edge developments in science. No one knows for sure what these experiments entailed, but the chatter runs a gamut of the weird and wonderful. Alien contact… time travel… telepathy… alternate dimensions… mutant monsters… you name it, someone claims it happened at this base.

CONFIDENTIAL
CONFIDENTIAL



CAMP HERO AIR FORCE BASE
MONTAUK, LONG ISLAND
CIRCA 1980

CONFIDENTIAL
CONFIDENTIAL

# STORY

We begin at Camp Hero in the fall of 1980, a few months before the base is shut down by the U.S. government. A mysterious experiment has gone horribly awry. And something has gotten out.

On this very night, a young boy, WILL BYERS, vanishes into thin air. His disappearance has a potent effect on the small town community, particularly on his best friend, MIKE WHEELER, his brother, JONATHAN, his mother, JOYCE, the reluctant Chief of Police, JIM "HOP" HOPPER, and a mysterious young girl named ELEVEN. We follow each of these characters as they grapple with and investigate Will's disappearance.

As our characters peel back the layers of this mystery, they arrive at a shocking conclusion: Will was abducted by nightmarish ENTITIES inadvertently released during a Camp Hero experiment. These entities exist in another dimension and have now begun to feed on life from our world. They behave like the shark in "Jaws"; every once in a while, they breach the surface and drag unsuspecting prey into their world to feed. Will is their first victim… but not their last. Soon the whole of Montauk is in grave danger.

Before this nightmare is over, our characters will find themselves face to face with unimaginable horrors… horrors from which some of them never escape. Those who do are forever changed.

CONFIDENTIAL
CONFIDENTIAL



CLOSE ENCOUNTERS OF THE THIRD KIND
DIRECTOR STEVEN SPIELBERG
©1977 COLUMBIA PICTURES, INC.

CONFIDENTIAL
CONFIDENTIAL

# STRUCTURE

We envision Montauk as a sprawling cinematic adaptation of an unwritten Stephen King horror epic.

Like any classic King novel, the story revolves around a small town community. We follow three generations of characters: ADULTS (Joyce and Hopper), KIDS (Mike, Dustin, Lucas, Eleven), and TEENS (Nancy, Jonathan). During the first two acts (episodes one through six), each generation solves one major piece of the puzzle. The adults communicate with Will in the other dimension and learn where he is being held. The kids uncover Eleven's backstory and realize her powers are the key to breaching this alternate dimension. Lastly, the Teens learn about the Entities and how to defeat them.

At the end of episode six, our three storylines converge. Our characters then combine their knowledge to solve the mystery, save Will, and, hopefully, end the horror in Montauk once and for all.

CONFIDENTIAL
CONFIDENTIAL



ALTERED STATES
DIRECTOR KEN RUSSELL
©1980 WARNER BROS.

CONFIDENTIAL
CONFIDENTIAL

Case 2:20-cv-06293-CBM-PLA    Document 83-3    Filed 12/27/22    Page 37 of 230    Page ID #:3011

# TONE AND STYLE

The visual style will be cinematic. The framing will be bold; the lighting will evoke the color and feeling of classic 80s films.

Since Montauk is set in the fall of 1980, the set will be overflowing with period details. Wood paneled station wagons will line driveways; teenagers will blast Blondie on new Walkmans; "Empire Strikes Back" will be playing at the the local theater; middle schoolers will crowd the new arcade where games like Gauntlet are the rage. While all this adds a fun nostalgia factor to the show, it is important that these details never overwhelm the story or characters; Spielberg's early films have a certain timeless quality to them, and we will strive for the same.

The soundtrack should similarly feel period but timeless. Classic songs will only come from on-screen sources; the majority of the music will be original. We imagine an eerie, modern synth sound, inspired by classic early John Carpenter scores like "The Thing" and "The Fog." It's important to us that the music is not just background filler; it is a key part of the show, bold and aggressive and memorable, just like the soundtracks we grew up loving.

CONFIDENTIAL
CONFIDENTIAL                                                                    DUFFER_004621
                                                                               DEFS_0014859



POLTERGEIST
DIRECTOR TOBE HOOPER
©1982 METRO-GOLDWYN MEYER FILM CO.

CONFIDENTIAL
CONFIDENTIAL

# HORROR

The horror in Montauk is supernatural but grounded. We want it to feel real.

Modern horror often overplays its hand; it shows you the monster in full, it shows you the spirit dimension, it goes for the cheap jump scare. To us, it's far scarier when you let the audience to fill in the blanks. A silhouette watching Jamie Lee Curtis from across the street... a fin inching above the water... the sound of of a baby crying from a canopied crib... those are the moments that haunt you long after the credits have rolled, that burrow under your skin and stay there. Horror, at its core, is about the unknown. The unimaginable.

Following in the footsteps of those examples, our supernatural entities will remain obscured, hidden in shadows, tucked just off screen -- flickering lights, rustling foliage, strange noises. When we do glimpse the entities, we want them terrifying, unforgettable, strange. We will take take design inspiration from the masters of the grotesque: Clive Barker, Guillermo Del Toro, H.R. Giger, and Masahiro Ito ("Silent Hill"). To bring them to life, we plan to employ a combination of prosthetics, trained movement artists, subtle CGI, and, of course, some good old-fashioned fog and shadow.

We will also keep the alternate dimension off-screen. We will never see into this other world; we will simply hear it through telephones and radios. In the finale, when Hopper succesfully traverses into this world, we will not venture with him, but rather stay behind in our world as our other characters monitor his progress with analog technology. It will be an auditory nightmare, not a visual one. Recall the scene in "Poltergeist" when they infiltrate the spirit world to retrieve Carol Anne; the horror is represented entirely by sounds and simple light effects, and it is all the more powerful for it.

By keeping the supernatural horror grounded, the show will be able to focus on another, more relatable type of horror: the human kind. The supernatural terrors unleashed on our town will in certain ways personify the evil that exists beneath the perfect facade of this small town. Abuse, divorce, violence, cruelty, substance abuse, depression, death... our characters will struggle with the darkness of the human condition. How do you cope with the abundance of evil in this world? Can you overcome it?

CONFIDENTIAL
CONFIDENTIAL

DUFFER_004623
DEFS_0014861



HELLRAISER
DIRECTOR CLIVE BARKER
©1987 NEW WORLD PICTURES

CONFIDENTIAL
CONFIDENTIAL

# THE ADULTS

JIM "HOP" HOPPER, early 40s, is the Chief of the Montauk police. He grew up in Montauk but moved to New York City shortly after graduation. He made a happy life for himself there -- but this life was shattered when an accident he caused killed his four year-old daughter. With his life and marriage in shambles, he retreated to his hometown. He now lives in isolation. He drinks heavily, chain smokes, and abuses Tuinal, a potent barbiturate, hiding from his past, his guilt. He works as little as possible; he took the job of Chief of Police not to help others but because it was easy. After all, nothing bad ever happens in Montauk. Or so he thinks. Everything changes when Will vanishes. Hopper throws himself into the investigation. With each passing day, his determination to save Will grows, snowballing into an obsession. Perhaps, if he saves Will, he can redeem himself for the mistakes of his past. Maybe he can even learn to live again…

JOYCE BYERS, early 40s, is the single mother of Will and Jonathan. She struggles to raise them while holding down two low-paying jobs with long hours. She won't put up with bulllshit from anyone, least of all herself, and she will go to any length to protect her two boys. The disappearance of Will, however, leads her to question her ability to raise a family on her own, as well as her own sanity; when she receives otherworldly communications from her son, she simply thinks she is losing her mind. As the communications continue, unabated, she finally embraces the possibility of the supernatural. With the help of Hopper, she dives headfirst into solving this terrifying mystery. She will save her son -- at any cost.

TERRY IVES, 40, is a conspiracy nut who has investigated Camp Hero for more than a decade, monitoring outgoing radio signals. He has an antagonistic relationship with Hopper, who consistently ignores his concerns. When supernatural events rock Montauk, however, these two polar opposites are forced to work together. A reluctant friendship develops -- and Terry realizes that even an outsider like him can find acceptance in this world.

AGENT ONE is the lead government agent, in charge of of the mysterious experiments which take place in the laboratories beneath Camp Hero. He regards Eleven as his greatest success. Although he views her as something not quite human, he is the closest she has to a father. While the Camp Hero experiments often cross ethical lines, Agent One believes the ends justify the means. Why not sacrifice a few lives to protect the many? When Will and Barbara vanish, similarly cold logic leads him to abandon hope of rescuing them. He simply wants to close the Tear; a few lost children are tragic but irreversible casualties. Ultimately, Agent One is defined by logic, not emotion. It is this trait that leads to his downfall.

CONFIDENTIAL
CONFIDENTIAL



JAWS
DIRECTOR STEVEN SPIELBERG
©1975 UNIVERSAL STUDIO CITY, INC.

CONFIDENTIAL
CONFIDENTIAL

# THE TEENAGERS

JONATHAN BYERS, sixteen, is mysterious and quiet. He has a love for photography, but this talent is stifled by his responsibilities to his family. He comes from a broken home; his parents are divorced and his father is an abusive drunk. His mom, Joyce, struggles to hold two jobs and raise a family, forcing Jonathan to grow up faster than most kids his age. He works as a projectionist at the local movie theater to help his mother make the rent. Any free time he has is spent taking care of his kid brother, Will. Jonathan loves his family very much, but he feels they are all that defines him. Because of this, he keeps mostly to himself, afraid to open up to anyone else. Over the course of the series, however, he finds himself thrust into an unexpected relationship with Nancy. She gives him the courage and confidence to open up to her -- and to the world. He has a future all his own.

NANCY WHEELER, sixteen, is on the cusp of becoming an adult. Like with most teenagers, the rapidly approaching end of her childhood brings with it much uncertainty and fear. She looks for comfort in the popular jock Steve, but when their budding romance crashes and burns, she winds up feeling even more alone, scared, and more confused than ever before. That is, until she stumbles into the arms of an unexpected outsider: Jonathan. Jonathan is the opposite of Steve; he is unpopular, shy, and weird. Nevertheless, she finds herself opening up to him in ways she's never done before. As she reluctantly falls in love for him, she learns to stop fearing for her future and -- at long last -- starts to just be herself.

CONFIDENTIAL
CONFIDENTIAL



A NIGHTMARE ON ELM STREET
DIRECTOR WES CRAVEN
©1984 NEW LINE CINEMA CORP

CONFIDENTIAL
CONFIDENTIAL

# THE KIDS

MIKE WHEELER is twelve. A birthmark on his cheek leads to much bullying and near-crippling social anxiety and insecurity. He has never had a first kiss, much less a girlfriend. He has a crush on a girl in his grade, but he doesn't have the confidence to say hello to her, much less to ask her out on a date. Does she even know who he is? He is too afraid to find out. Mike escapes his insecurities by writing fantasy adventures and spending time with his three nerdy best friends. After Will goes missing, Mike meets Eleven, a strange child telepath who has escaped from Camp Hero. For the first time, he begins to spend time with a girl his own age, albeit one unlike any girl he has ever met. An innocent first love blossoms between these two outsiders, and gradually Mike discovers a confidence in himself he didn't know he had. His fear of the world -- and of himself -- at last begins to fade.

LUCAS CONLEY, twelve, is Mike's next door neighbor and best friend. He is scrawny, short, and a loudmouth, often acting out at school. His need for attention stems from a problematic home life. In a sharp contrast to Mike, his parents are distant, apathetic even, more focused on work than their son. Over the course of the series, his behavior gets more and more reckless, and he begins to abuse Eleven's powers for his own benefit. This leads to an emotional blowout with Mike -- and to the government agents drawing in on Eleven. Lucas eventually realizes that his behavior has consequences and he fights to save the most important thing in the world: his friendship with Mike.

DUSTIN HENDERSON, twelve, overweight, is the "King Geek" of Montauk Middle. Academically gifted, he seems destined for great things. His overbearing parents have sky-high expectations for him and expect nothing short of perfection. But after Will goes missing, Dustin's grades begin to slide. His parents take drastic action, ordering him to stay away from his friends. Torn between their expectations and his own desires, Dustin must overcome his fear of failure and -- for the first time in his life -- stand up to his parents.

CONFIDENTIAL
CONFIDENTIAL



STAND BY ME
DIRECTOR ROB REINER
©1986 COLUMBIA PICTURES INDUSTRIES, INC.

CONFIDENTIAL
CONFIDENTIAL

# THE OUTSIDER

ELEVEN is ten years old. Her mother participated in government funded experimental trials involving LSD-like hallucinatory drugs, which led to her to unlock and develop telekinetic and telepathic powers. Soon thereafter, she died giving birth to a daughter.... who inherited her abilities. Her daughter was subsequently taken in by the very same group that experimented on her mother. They gave her a number -- Eleven -- and placed her in a group with other "special" children (One through Ten). The government began to subject these children to experiments designed to develop and enhance their powers. Eleven's powers matured at a remarkable rate, proving far greater than those of the others, and she began to receive special attention from Agent One. He became something more than an authority -- a father figure.

When Eleven escapes the laboratory at the start of our series, she experiences life outside the laboratory for the very first time. Its people and customs are alien, strange, scary, and she struggles to acclimate. Interacting and understanding others proves difficult. Moreover, she does not understand her powers -- she fears them and the harm they can cause others. She wishes more than anything she could just be normal. But Mike is patient with her, and for the first time in her life she sees what it means to have a family, what it means to have a home. Most importantly, she learns that all of us, no matter how different, no matter how "strange," deserve love.

CONFIDENTIAL
CONFIDENTIAL



FIRESTARTER
DIRECTOR MARK L. LESTER
©1984 UNIVERSAL STUDIO CITY, INC.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_004632
DEFS_0014870

# FRANCHISE POTENTIAL

Even though Montauk is designed as a stand-alone eight-hour tale, the story can continue in subsequent installments. The hypothetical sequel will take place in the same town, only ten years later, in the summer of 1990. Our kids will now be young adults with new lives, new problems; many of them will have moved out of Montauk, spread out across the country for school and work. But the reemergence of horror in Montauk will bring them back to their hometown, where they will have no choice but to join forces again. This will allow us to explore many of the same characters, themes, and horrors from the original series, but with a new ensemble of actors and a fresh time period.

CONFIDENTIAL
CONFIDENTIAL

# MONTAUK



## A LITERARY GUILD MAIN SELECTION



13975

0

71162 00450

ISBN 0-451-13975-5

CONFIDENTIAL
CONFIDENTIAL

DUFFER_004634
DEFS_0014872

# EXHIBIT B

**From:**          Duffer Bros <​███████████████​>
**To:**            duffer███████
**Sent:**          11/19/2010 7:50:58 PM
**Subject:**       spec ideas back-up
**Attachments:**   specidea_summaries.fdr

CONFIDENTIAL
CONFIDENTIAL

2Final Draft, Inc.Final DraftFFF0000000600002000177AA000000000000000000000000200011019049009480048-2581DE62095B-126512AEF26512AEF45204C006471611DE63C5FFFF010299P000000000004650000001006F740840581A916937D6DD03CC40015C1A916922406F71023408401691A92D537D8E803CC4002C81A92D52CF010231D12408402D51A959337DCED03CE0015861A95931A901D122646408405931A978137D90A03CC4027741A9781262026462F0B408407811A992137D89B03CE4029141A992128A02F0B3905408409211A9B7737D9F903C8003B6A1EDB771ED0390541BE840B771A9D9937D8B803C8004D8C274D99274041BE45F1840D991A9EF837D41903CC404EEB1A9EF822B045F14FB1840EF81A9110037D9B003CC40510F31A911001FA04FB15C3684011001A9138A37DC2303CC406137D1A9138A35905C36662E840138A1A914F637D9EC03CC40614E91A914F61DA0662E6D5184014F61A9177337D72203C800717661FA17731FA06D51775484017731A919AF37D9BA03CC40819A21A919AF2F3077547EBE84019AF1A91B8337D70403CC4081B761A91B8337107EBE85CE8401B831A91D4A37E6F603CC4091D3D1A91D4A22B085CE86AF8401D4A1A91DE637DE1038E0091DD91A91DE61A900002000006FD000000006F7,



The Montauk Experiments

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL

Secret underground research facility, funded by Nazi gold, electromagnetic time control, in the 1980s, mind control, psychotic, driving them crazy, time portals, invisibilty, unethical experiment, documentary crew, or, someone in the facility, real, creepier, paranormal, experiments, how do you sympathize with the scientists, disgusting, monster comes through portal, mind control, drive some people crazy, gritty eighties, manifesting things out of thin air, gritty, eighties, monster, manifested, time travel, opening a portal, mind control experiments, opening up another dimension, which allows for something to get through, someone filming it, main character, subject, of mind controls, the scientists are bad, this is some guy, does steal the camera, when things go wrong, creature escapes, kills some people in the facility, maybe he psionic powers, control others, manifest things in this subject

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL

The Montauk Experiment

Secret underground research facility, funded by Nazi gold, electromagnetic time control, in the 1980s, mind control, psychotic, driving them crazy, time portals, invisibilty, unethical experiment, documentary crew, or, someone in the facility, real, creepier, paranormal, experiments, how do you sympathize with the scientists, disgusting, monster comes through portal, mind control, drive some people crazy, gritty eighties, manifesting things out of thin air, gritty, eighties, monster, manifested, time travel, opening a portal, mind control experiments, opening up another dimension, which allows for something to get through, someone filming it, main character, subject, of mind controls, the scientists are bad, this is some guy, does steal the camera, when things go wrong, creature escapes, kills some people in the facility, maybe he psionic powers, control others, manifest things in this subject
0002000008BF000039058B9,

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL

DUFFER_002066
DEFS_0012304

000400000225000000530610776A87577787A77D88778B89876F897007745874D77528753777B87827786879179C089C8710249102F
7123B812457196C9198571D1091D1171D1291D19726479264F72AEE92AFE7355F93579739049391373CED93D07741BD941C9741
E2941E4741E5941EF741F0941FA741FB941FC746358463D74642846437466B846727467684681748F6848FE75002850117662F966
3C76D3B66D4076D4166D5076EDF86EE8785D0586437864F886527865E586667866B586917869358697786B1700050000002800000
006026DB8377541837C285CE186B10000600000002180000000A70C30FFFF0C00000
10 10930FFFF0C00000
20 10B30FFFF0E00000
30 10B30FFFF0E00000
50-1010930FFFF0C00000
30-1020A30FFFF0C00000
80-1020A30FFFF0C00000
B10-10-1020A30FFFF0C00000
2390 20A30FFFF0C00000
150-1020A30FFFF0C00000
29C0-100007000000A80000000401018030480

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL

DUFFER_002067
DEFS_0012305

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL

DUFFER_002068
DEFS_0012306

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL

DUFFER_002069
DEFS_0012307

10212401D8018000080000020D0000000340,System40,Courier104014E4400070140001000001640,Courier Final Draft40,Courier104014E407010100000011640,Garamond40,4014E407010101000090000001700000000202313EB02313EB000A0000001D00000002716131F3C5716131F3C5000B0000005000000020000C00000019000000011A1551A29222E80000F000000590000000050E0A0        104,77A4,4,4,4,4,t4,00130000007E00000000DA91F8CE1C1D1E1F7F1B044,-..'"FFFF0FFFF001280000000C0000000186B1001290000000C0000000186B10FFFE000000060002000177AAD

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL

BFFFF00000000600020001779A0000000000004F00000000200011011212F7C67000480048-20F0-10
F264FFFF01020000100000320000001038405AF20A20388000263F20A00002000000700000003,[].00040000000C000000030235
300050000000900000002015000060000000EE0000000430C30FFFF0C00000
10 10930FFFF0C00000
20 10C201020040FFFF0C00000
1043D7A00121961EC010930FFFF0C00000
1040414C0 000700000038000000002010180205A0

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL

1018000080000016600000000240;System40,Courier104014E4400070140001000000016640,Courier Final
Draft40,Courier104014E407010100000011600090000000500000000020000A0000001300000020F2640F264000B00000005000000020
000C0000000A0000000101000F0000005500000000040010          104,77A4,XX.4,4,4,X4,4,-
00130000007E00000000DA91F8CE1C1D1E1F7F1B044,-
..'"FFFF0FFFF00128000000090000000150012900000009000000015000140000000AC000000001961EC5C1AE204211961F002C,E,42,
>Page #n|

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL

ArPnhFFFE0000000600020001?7AADeFFF6000000600020001?7AA0000000004B000000002000010?-7F7C67000480948-20C0-10
C264FFFF0100001000000310000001018405AC20A038E00203C20A00002000000050000000001,
0004000000090000000201300005000000090000000201300006000000640000000210C30FFFF0C00000
10 10930FFFF0C00000
30 00070000003800000002010180205A0

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL

101800008000016600600000240.System40,Courier104014E44000701400010000001640,Courier Final
Draft40,Courier104014E40701010000011600090000000500000002000A00000013000000020C2640C264000B00000005000000020
000C0000000A0000000101000F000000550000000040010          104,014,20A4,4,4,
4,4,00130000007E00000000DA91F8CE1C1D1E1F7F1B044,-
.."'FFFF0FFFF0012800000009000000013001290000000900000001300FFFE000000060002000177AADQ6$$

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL

DUFFER_002074
DEFS_0012312

# EXHIBIT C

**From:**        Matt Duffer <█████████████████>
**To:**          duffer██████████████
**Sent:**        11/23/2010 2:48:37 AM
**Subject:**     spec ideas
**Attachments:** specidea_summaries.fdr

treasure chest!

CONFIDENTIAL
CONFIDENTIAL

2Final Draft, Inc.Final DraftYFFFF000000060002000177AA000000000087E00000000200011018049990048004 8-238BAB200BB-134E43DE434E43DE49E805800647107BAB36BFFFF01034D900061000001E5000000070719408405814F1833236F703CC40017614F1831AF0719102C4084018314F38B32391203C800137E19538B1950102C1A1E4084038B14F4F73239CC03CC4014EA14F4F720001A1E21FB408404F714F6CB3237A003CC4026BE14F6CB25A021FB2AFD408406CB14F82A3238B703CC40281D14F82A2B002AFD34D94084082A14FA4C3239CA03CC403A3F14FA4C19D034D93DE440840A4C14FBAB3238AE038C403B9E14FBAB316000020000071F00000000719,DUFFER BROS. SCREENPLAY IDEAS - 11/22/10

CONFIDENTIAL
CONFIDENTIAL

DUFFER_002076
DEFS_0012314

The Montauk Experiment

According to legend, the U.S. government conducted a series of clandestine experiments at the abandoned Montauk, Long Island Air Force base from 1982-1987. This was during the final years of the Cold War, when the race to develop new weaponry and technology had reached a fever pitch. With a near endless supply of funds obtained from a large cache of Nazi gold, the Montauk Project experiments pushed the very limits (and ethics) of modern science, testing everything from mind control to time travel. In our version of history, the O.S.S. Film Photography Unit exhaustively documented the entirety of the experiments at the behest of the U.S. government. After the experiments came to a sudden and disturbing conclusion in late August of 1987, the O.S.S. securely locked away the film cannisters so they would never be seen by the public. That is, of course, until now. The Montauk Experiment will be a gritty and intensely realistic found footage presentation of the lost film, following the experiments from their inception to blood-soaked finale. Although the film will be told from the point-of-view of the scientists (essentially the villains of our story), our protagonist will be DUNCAN CAMERON, the only test subject known to have survived. Abducted along with a group of other psychically gifted men, women, and children, Duncan is subjected to a chain of increasingly disturbing tests aimed at developing his untapped psychic abilities. While all of the other subjects die gruesome deaths or are driven insane by the increasingly brutal experimentation, Duncan miraculously endures, and, over time, successfully develops the ability to control minds, move objects telepathically, and materialize thoughts out of thin air. Galvanized by Duncans progress, the scientists continue to push him to further develop his mind, but the endless testing gradually takes its toll on Duncan. Plagued by a series of horrific nightmares, he begins to lose control over his own powers, and soon he is materializing hellish visions from the deepest, darkest corners of his psyche that put both himself and the entire facility in grave danger. It is now up to Duncan to stop his powers before they spiral further out of control...and end the Montauk Experiment once and for all.

CONFIDENTIAL
CONFIDENTIAL



CONFIDENTIAL
CONFIDENTIAL

DUFFER_002078
DEFS_0012316

CONFIDENTIAL
CONFIDENTIAL

DUFFER_002079
DEFS_0012317

CONFIDENTIAL
CONFIDENTIAL

DUFFER_002080
DEFS_0012318

BFFFF0000000600002000177AA0000000000004F00000000020001101;3E7C67000480048-20F0-10
F264FFFF01020000100000032000000010384054AF20A20388000285F20A000020000007000000003,[].00040000000C000000030235
30005000000090000000201500006000000EE0000000430C30FFFF0C00000
10 10930FFFF0C00000
20 10C201020040FFFF0C00000
1043D7A00121963C0010930FFFF0C00000
1040414C0 0007000000380000000002010180205A0

CONFIDENTIAL
CONFIDENTIAL

10180000080000016600060000240;System40,Courier104014E4100070140001000000170640;Courier Final
Draft40,Courier104014E40701010000001160009000000050000000028000A0000001300000020F2640F264000B00000005000000020
000C0000000A0000000101000F000000550000000040010          104,77A4,XX.4,4,4,X4,4,-
00130000007E00000000DA91F8CE1C1D1E1F7F1B044,-
..'''FFFF0FFFF001280000009000000001500129000000090000000150014000000AC000000001963C05C1AE204211963C402C,E,42,
>Page #n|

CONFIDENTIAL
CONFIDENTIAL

ArPnhFFFE060000060000200817?AADeFFFF0000000600020B017?AA00000000004B0000000020009101-7F7C870004B0948-20C0-10
C264FFFF0100001000000310000001018405AC20A038E000203C20A8000200000005000000001,
00040000000900000002013000050000000900000002013000060000006400000002I0C30FFFF0C00000
10 10930FFFF0C00000
30 00070000003800000002010180205A0

CONFIDENTIAL
CONFIDENTIAL

DUFFER_002083
DEFS_0012321

1018000080000166006000000240,System40,Courier104014E440067014000160000001640,Courier Final
Draft40,Courier104014E407010100000011600090000000500000000260000A0000001300000002C2640C264000B00000005000000020
000C0000000A0000000101000F000000550000000040010          104,014,20A4,4,4,
4,4,00130000007E00000000DA91F8CE1C1D1E1F7F1B044,-
.."'FFFF0FFFF001280000000900000001300129000000090000000130FFFE000000060002000177AADQ6$$

CONFIDENTIAL
CONFIDENTIAL

# EXHIBIT D

Kid who is taken -- TOMMY
Best friend -- ~~JOEL~~ JOEL
Nerd friend -- ~~NEIL~~ DUSTIN
Fat friend -- ~~DUSTIN~~ MAX
Joel's parents -- JOYCE and ~~GUY~~ BILL (more well to do)
Tommy's parents -- WENDY and ARTHUR (lower class?)
Sheriff --
Sheriff's pregnant wife --
Sheriff's daughter, the cute new girl at school -- MICHELE
Escapee --

Glenn, Dale

## ACT ONE

Establish town. 1980. Montauk, New York.

Benny leaves his friend Elliot's house, a bunch of kids are there, eating pizza, dungeons and dragons

Benny leaves on bike, hears voices, goes into strange world, taken by some evil force

## ACT TWO

Meet sheriff capturing some town bad guy, then get the call to deal with abduction

Go to site of abduction. It makes no fucking sense -- he's simply vanished, weird stuff, etc.

Meet Benny's devastated parents, talk to Elliot's parents

Elliot gets some sort of message from Benny, creepy -- he's communicating with him.

## ACT THREE

Elliot follows message to lighthouse, meets hiding ESCAPEE, gaunt, homeless, scary shit written all over the walls

Parents learn Elliot is missing, panic

Sheriff goes after Elliot, searching everywhere

## ACT FOUR

CONFIDENTIAL
CONFIDENTIAL



DUFFER_000010
DEFS_0010248

Escapee scene with Elliot, but before he can learn what he needs to know...

Sherriff finally finds him, police cars swarming, "save" Elliot, arrest escapee who tries to flee

At the station, Sheriff begins to interrogates escappee, learn an "evil" has come to this town

ACT FIVE

Parents deal with Elliot, he tells them that isn't the killer, etc, they don't believe him

Benny's parents find something creepy going on in their home — become certain Benny is still alive, trying to reach them
Interrogation continues, learn about montauk, he's one of many people there, show him a tattoo, number 300, the hell is going on?

Place him in jail cell, holding him for now. Drunk harrasses him, he blows him up with his mind.

ACT SIX

The group of kids are hanging out again, determined to find benny.

Two of them see Benny, chase after him, scary scene. They're abducted as well.

Scene with Benny's parents. Devastated. The phone rings. Have you seen Charlie?

The Sheriff heads to montauk. Stares out at it. He drives off. But we hold on it. The radio tower spins and spins. Ominous.

And...

CONFIDENTIAL
CONFIDENTIAL

DUFFER_000012
DEFS_0010250



October 7, 2013, 3:24 PM    https://docs.google.com    **RESTORE THIS VERSION**

100%    Total: 10 edits

Glenn, Dale

**ACT ONE**

Establish town. 1980. Montauk, New York.

Benny leaves his friend Elliot's house, a bunch of kids are there, eating pizza, dungeons and dragons

Benny leaves on bike, hears voices, goes into strange world, taken by some evil force

**ACT TWO**

Meet sheriff capturing some town bad guy, then get the call to deal with abduction

Go to site of abduction. It makes no fucking sense — he's simply vanished, weird stuff, etc.

Meet Benny's devastated parents, talk to Elliot's parents

Elliot gets some sort of message from Benny, creepy — he's communicating with him.

**ACT THREE**

Elliot follows message to lighthouse, meets hiding ESCAPEE, gaunt, homeless, scary shit written all over the walls

Untitled 26.pdf

CONFIDENTIAL
CONFIDENTIAL

# EXHIBIT E

**From:**     Ross Duffer <​                        ​>
**To:**        Duffer Brothers
**Sent:**      4/29/2014 7:37:36 PM
**Subject:**  montauk

We're calling it MONTAUK, and it's a limited series set in early 1980s Montauk, New York (note: Montauk back then was akin to Amity in JAWS, not upscale like today). The small, suburban community is shaken down when a ten-year old boy vanishes into thin air one night while biking home. We follow the boy's friends, family, and teachers as they try to uncover what happened to him. We soon realize that the disappearance is somehow linked to strange happenings at Montauk Air Force Station -- home of the Montauk Project, where a series of secret government experiments allegedly took place during the late 70s and early 80s. But the boy's disappearance is just the start, as stranger, more horrifying, seemingly unexplainable happenings take place all over town. An evil has been unleashed here. Think SUPER 8/80's Spielberg, crossed with vintage Stephen King, and you'll get the idea.

Anyway, still very much a work in progress, but that's the broad idea.

CONFIDENTIAL
CONFIDENTIAL

# EXHIBIT F

**From:**          Duffer Bros <████████████████>
**To:**            Matt Duffer
**Sent:**          8/7/2014 12:30:04 AM
**Subject:**       montauk
**Attachments:**   Montauk_6_14.pdf

CONFIDENTIAL
CONFIDENTIAL

**<u>MONTAUK</u>**

CHAPTER 1


Written by

The Duffer Brothers


**Paradigm**

360 North Crescent Drive
North Building
Beverly Hills, CA 90210
tel: 310-288-8000
fax: 310-288-2000

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009459
DEFS_0019697

**TITLES OVER BLACK:**

1942. WORLD WAR II. THE UNITED STATES BUILDS A MILITARY BASE AT THE EASTERN-MOST POINT OF MONTAUK, NEW YORK.

IT SPANS 278 ACRES. IT IS CALLED CAMP HERO.

1972. THE COLD WAR. AN ALLEGED SERIES OF TOP-SECRET EXPERIMENTS BEGIN TO TAKE PLACE AT CAMP HERO.

DECEMBER, 1980. CAMP HERO IS SHUT DOWN FOR UNDISCLOSED REASONS.

TO THIS DAY, ITS RECORDS REMAIN CLASSIFIED.

**EXT. CAMP HERO - NIGHT**

FADE UP on the CAMP HERO MILITARY BASE, an imposing cement building buried deep inside a dense Long Island forest. It looks more like a fortress than a base. A LONG-RANGE SEARCH RADAR DISH rotates atop its roof. Spinning around and around.

Superimpose titles:

CAMP HERO. MONTAUK, NEW YORK.

OCTOBER 5th. 1980

**INT. CAMP HERO - TUNNEL SYSTEM -  NIGHT**

We drift down long windowless corridor, slowly making our way toward a HEAVY STEEL DOOR. We draw closer. And closer. And --

WHOOM! THE DOOR EXPLODES OPEN. A SCIENTIST staggers out. A Hazmat suit is melting off of his body, skin beneath scorched and bloody. He makes it a few feet, then collapses.

He is dead.

We continue past him into...

**A LABORATORY -- CONTINOUOS**

A DOZEN MORE SCIENTISTS in Hazmat suits lie dead on the lab floor. Most have suffered severe burns; some are worse off. Missing limbs. Missing heads. Blood everywhere. Whatever the hell happened in here, it quite literally tore them apart.

We survey the lab around them. There are BANKS OF BULKY IBM COMPUTERS, mysterious ANALOG EQUIPMENT, an EEG MACHINE, a panel of strobing yellow lights, and most striking of all:

AN ISOLATION TANK, a metal upright cylinder filled with water. A tangle of wires lead from its base and connect to...

CONFIDENTIAL
CONFIDENTIAL

2.

A METAL DOOR FRAME which leads seemingly nowhere. The metal frame throbs and hisses with a live electrical current. A rain of sparks arc from the door and ignite a stack of papers. A fire catches and spreads rapidly across the lab.

HISS! FIRE SPRINKLERS kick on and --

**EXT. SUBURBAN NEIGHBORHOOD - NIGHT**

HISS! LAWN SPRINKLERS kicks on.

We are now in a 1980s SUBURBAN CUL-DE-SAC. A row of modest, uniform houses wind up the street; faux wood paneled station wagons line driveways; TV sets flicker behind drawn curtains.

This is the Middle America that WWII bought and paid for.

We hear the VOICE OF A YOUNG BOY. Dramatic. Intense.

> MIKE (O.S.)
> Do you hear that? Listen...

We focus on a TWO-STORY HOUSE at the end of the cul-de-sac.

The mailbox reads: THE WHEELERS.

> MIKE (O.S.) (CONT'D)
> Something is coming... something
> hungry for blood...

**INT. WHEELER HOUSE - MIKE'S ROOM - NIGHT**

A GROUP OF BOYS, 12 years old, play DUNGEONS AND DRAGONS.

They sit in a circle, their knobby knees buried in carpet. A MAP is spread between them, along with an empty pizza box, canned cokes, and the all-important D & D MONSTER MANUAL.

MIKE WHEELER, 12, is the "Dungeon Master" ( this means he narrates the game). He is a moppy haired kid, good looking, with a very noticeable BIRTHMARK on his left neck and cheek.

> MIKE (CONT'D)
> A shadow is growing on the wall
> behind you... swallowing you in
> darkness... it's almost here...

The other boys lean forward. Riveted. We survey them:

LUCAS CONLEY, playing as a knight. He is the smallest in stature but his loud mouth more than makes up for it.

DUSTIN HENDERSON, 12, playing as a dwarf. He wears glasses, is overweight, not quite obese, but he'll get there someday.

CONFIDENTIAL
CONFIDENTIAL

3.

WILL BYERS, playing as a wizard. Soft-spoken, gentle.

                    WILL
          What... what is it?

                    DUSTIN
          It better not be the Demogorgon --

                    WILL
          We're screwed if it's the
          Demogorgon --

                    LUCAS
          No way it's the Demogorgon --

Mike waits for them to settle down. Then:

                    MIKE
          An army of Troglodytes charge into
          the chamber!

He slams SIX WINGED MINIATURES onto the map.

                    MIKE (CONT'D)
          Their tails drum the floor. Boom!
          Boom! Boom!

The kids share looks. *That's it?!*

                    DUSTIN
          A few Troglodytes?

                    LUCAS
          Bring 'em!

Mike looks over his shoulder. His eyes grow wide.

                    MIKE
          Wait... do you hear that? Boom!
          Boom! BOOM! That sound... it didn't
          come from the *Troglodytes*. No. It
          came from something else. There is
          something behind them... something
          big...

Mike slams a LARGE TWO-HEADED MONSTER MINIATURE onto the map.

                    MIKE (CONT'D)
          THE DEMOGORGON.

The boys stare. *Shit.*

                    DUSTIN
          We're all gonna die.

CONFIDENTIAL
CONFIDENTIAL

4.

                         MIKE
                Will, you're action.

        Will swallows. God, he wishes it wasn't his turn.

                         LUCAS
                Fireball him --

                         WILL
                I'd have to roll a thirteen or
                higher  --

                         DUSTIN
                Forget that. Too risky. Cast a
                protection spell --

                         LUCAS
                That's a pussy move! Fireball him!

                         WILL
                I -- I don't know!

                         LUCAS
                That's why I'm telling you --
                FIREBALL HIM!

                         DUSTIN
                Protection spell -- !

                         MIKE
                The Demogorgon is tired of
                listening to your silly human
                bickering. It lumbers forward.
                BOOM!

                         LUCAS
                FIREBALL HIM Will!

                         MIKE
                Another step. BOOM!

                         DUSTIN
                Cast protection!

                         MIKE
                It roars in anger --

              LUCAS                              DUSTIN
        Fireball -- !                      Protection --

                         MIKE (CONT'D)
                And --

                         WILL
                FIREBALL!

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009463
DEFS_0019701

5.

Will rolls the dice. Too hard. The dice scatters to the
other side of the room. Lands by the bedroom door.

                    LUCAS
          What is it?!

                    WILL
          I don't know!

                    DUSTIN
          Is it a thirteen?

                    WILL
          I DON'T KNOW!

The boys scramble to look at the dice when --

WHOOM! The bedroom door swings open, knocking the dice away.

The boys look up to find KAREN WHEELER, 38, Mike's mom. Short
blonde hair, loose blouse, jeans high above her waist.

                    MIKE
          Mom! We're in the middle of a
          campaign --

                    KAREN
          You mean the *end*.

She taps her watch.

                    KAREN (CONT'D)
          Fifteen after.

**INT. WHEELER HOUSE - STAIRS - A FEW MINUTES LATER**

Mike chases his mom down the stairs. Desperate.

                    MIKE
          Just twenty more minutes --

                    KAREN
          It's a school night, Michael. You
          can finish next weekend --

                    MIKE
          That'll ruin the whole flow --

                    KAREN
          Michael --

                    MIKE
          I'm *serious*, Mom! It took me two
          weeks to design. How was I supposed
          to know it'd take eight hours -- ?

DUFFER_009464
DEFS_0019702

6.

                          KAREN
               You've been playing *eight hours*?

They reach --

**THE LIVING ROOM**

Mike's dad, TED WHEELER, 45, lounges on a yellow sofa,
watching "CHiPS." His pants and shirt are unbuttoned.

                          MIKE
               Dad, don't you think --

                          TED
                    (not even looking up)
               I think you should listen to your
               mother.

Mike sighs. *This battle is lost.*

**BACK UPSTAIRS IN MIKE'S ROOM,**

Lucas, Dustin, and Will stuff belongings into backpacks.

                          WILL
               Does the seven count?

                          LUCAS
               It was a seven?!

Will nods.

                          DUSTIN
               Did Mike see it?

                          WILL
               No.

                          LUCAS
               Then it doesn't count.

**THE UPSTAIRS HALLWAY -- CONTINOUS**

Dustin and Will bound down the stairs.

But Lucas doesn't follow. Not yet. He peers through a cracked
door into...

**NANCY WHEELER'S ROOM.** This is Mike's sister, 16, girl-next-
door pretty. She is on her bed in pajamas, a phone in hand,
fingers twisting its cord, slender legs kicked in the air.

Lucas angles himself in such a way that he can see Nancy in
the reflection of her vanity mirror... but she can't see him.

CONFIDENTIAL
CONFIDENTIAL

7.

                              NANCY
                    I know, I know, but -- I don't
                    think so -- yeah, he's cute, but --
                    Barb -- BARB! -- listen to me --

Nancy looks at the vanity. Spots Lucas.

                              NANCY (CONT'D)
                    The hell! Get outta my room Lucas!

She leaps out of bed. Storms over to him.

                              LUCAS
                    I'm not in your room --

                              NANCY
                         (into phone)
                    One of Mike's loser friends --

                              LUCAS
                    Not technically --

WHAM! Nancy slams the door.

**EXT./INT THE WHEELERS GARAGE -- NIGHT -- A FEW MINUTES LATER**

Lucas explodes into the garage. Excited.

Dustin and Will are climbing onto bikes; Mike is waiting to
see them off. They all look at Lucas as he bounds their way.

                              LUCAS
                    She knows my name!

                              WILL
                    Who -- ?

                              LUCAS
                    NANCY!

                              MIKE
                    I'm not listening to this --

                              DUSTIN
                    She's got a boyfriend now --

                              LUCAS
                    Does not --

                              DUSTIN
                    Does too --

Mike covers his ears.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009466
DEFS_0019704

8.

                         MIKE
           NOT listening  --

                         WILL
           Dustin's right. I've seen her
           hanging around that Steve guy.

                         MIKE
           NOT LISTENING --

                         LUCAS
           Steve Harrington? H

                         DUSTIN
           She's cool now. You lost your
           chance Should've gone for her when
           she had braces and no boobs.

                         LUCAS
           I'm playing the long game.

                         DUSTIN
           Yeah, real long, Lucas. Real long.

The kids bike out of the garage, continuing to banter as they
ride away. Mike removes his hands off his ears. He can't help
but smile a bit. But his smile fades as soon as his friends
bike out of view. He hits the garage door button. It grinds
shut.

Darkness swallows him.

**EXT. MONTAUK NEIGHBORHOOD - NIGHT**

WHOOSH! The boys bike home.

Their handlebar lights wink in the night. And good thing,
because it is dark out here, as in, *very dark*. Montauk is
coastal, but it's more akin to living out in the country.

Lucas peels off from the group.

                         LUCAS
           See ya, ladies.

                         DUSTIN
           Kiss your mom 'night for me.

Lucas flips him the bird and bikes up a driveway towards his
TWO-STORY HOUSE. Almost identical to Mike's, a little nicer.

Will and Dustin bike on in silence for a beat. Then:

                         DUSTIN (CONT'D)
           Race to my place?

9.

                        WILL
            Wager?

                        DUSTIN
            Comic?

Will doesn't respond. Just starts pedaling. *Fast.*

                        DUSTIN (CONT'D)
            Shit!

Dustin pedals after him. The race is on.

**A FEW MINUTES LATER**

Will whizzes past a house at the far end of neighborhood.

He waves at Dustin. A hundred yards back. Race: over.

                        WILL
            I'll take Uncanny number 269!

Dustin stops by his house. Out-of-breath.

                        DUSTIN
                (really bummed)
            *...Man.*

**EXT. FOREST ROAD – LATER**

Will is now biking along an empty forest road. All alone.

He lives much further out than the rest of his friends. It is even darker out here and very quiet; unnervingly so. Only the sound of cicadas and a gentle breeze to keep him company.

He bikes past a LARGE METAL FENCE. A warning sign reads:

            AUTHORIZED VEHICLES ONLY. NO TRESPASS.

His handlebar light begin to sputter. Then dies.

He can't see the road in front of him now.

                        WILL
            Come on...

Will continues to bike as he fidgets with the light. The light sputters and then finally kicks back on to reveal:

A TALL SHADOWED FIGURE. STANDING IN THE MIDDLE OF ROAD.

Will's eyes shoot wide -- HOLY SHIT -- he spins the wheel  -- trying to steer around the figure -- but he over corrects -- he loses control -- veers off the road -- explodes into --

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009468
DEFS_0019706

10.

**THE FOREST -- CONTINUOUS**

Will flies off his bike. Skids, rolls. Air slaps out of him.

He gasps, wheeze, sputters in a pile of leaves and dirt. As
he lies there, recovering, he hears strange GUTTURAL SOUNDS
coming from somwhere behind him. He pushes back up onto his
feet and slowly turns around to look back up at the road.

THE MYSTERIOUS FIGURE STANDS AT THE TOP OF HILL. SILHOUETTED.

We can't discern its features, but it seems just off-center
of being human. Too tall. Too thin. Too misshapen. And it's
making those awful guttural sounds. It suddenly SHRIEKS and --

LURCHES FORWARD. COMING FOR WILL.

Will is too scared to scream.

He abandons his bike --

And runs.

**EXT. MONTAUK BEACH -- MINUTES LATER -- NIGHT**

Will bursts out of the forest onto the beach.

The wind whips his clothes. Waves crash the shore. Roaring.

He races up a dune toward his house.

**EXT. THE BYERS HOUSE -- NIGHT**

Will sprints up to his house. Panting. Out-of-breath. The
Byers house is lower class, falling to pieces, far from
the suburban safety of his friends' homes. Laundry hangs from
a clothes line in the backyard, dancing wildly in the wind.

**INT. THE BYERS HOUSE -- NIGHT**

Will leaps inside. Slams the door.

His dog CHESTER, a shaggy mutt, races to greet him.

Will ignores Chester. Bolts the lock. And... listens. He can
still sense that... thing out there. He races to a window,
cups his hands to the glass, and peers out into the yard.

**OUT IN THE YARD -- WILL 'S POV**

He slowly scans the yard. It is dark. Murky.

The laundry flutters on the clothes line. A blouse billows
and --

CONFIDENTIAL
CONFIDENTIAL

11.

WE SEE THAT FIGURE AGAIN. STANDING THERE. MOTIONLESS.

**INT. THE BYERS HOUSE -- NIGHT**

Will staggers back. Pale with dread. Turns around.

                        WILL
            MOM?! JONATHAN?! MOM?!

No answer. Will begins to panic. He races through the house.
Checks his **MOM'S BEDROOM.** His **BROTHER'S BEDROOM.** No one here.

He is alone.

**KITCHEN -- A MOMENT LATER**

Will grabs a phone off the kitchen wall. Dials 911. But...

There is no dial tone. Just a HUM OF LOW-END STATIC. Beneath
the hum of static, we hear it again: that GUTTURAL sound
from the forest. It fluctuates, rising, falling, shifting
pitch.

Behind him, Chester begins to growl at the front door.

Will lowers the phone. And turns around.

A SHADOW moves beneath the crack at the foot of the door. And
then suddnely the CHAIN BOLT BEGINS TO SLIDE OPEN ON ITS OWN.

The metal makes a horrible grating sound.

Chester begins to bark. WOOF! WOOF! WO--

**EXT. BYERS HOUSE - NIGHT --  MOMENTS LATER**

WHOOM! Will throws open the back screen door.  Hard.

He sprints across the backyard to an OLD WOODEN SHED.

**INT. SHED - MOMENTS LATER**

Will charges into the shed. Slams the doors behind him.

He looks around in a panic. The place cluttered with tools
and lawn equipment, all lit by a NAKED LIGHT BULB dangling
from the ceiling. Finally he spots what he came in here for:

An OLD REMINGTON RIFLE. Hanging from a wall mount.

Will grabs it down, retrieves a few AMMO SHELLS from a nearby
bench, and loads the rifle as fast as he can, which isn't
very fast at all; he is so scared his hands sweat and shake.

THUD. THUD. THUD. HEAVY FOOTSTEPS. MORE GUTTURAL NOISES.

CONFIDENTIAL
CONFIDENTIAL

12.

Will looks back to the shed doors. They shudder and moan. And then... slowly... ever so slowly... they begin to yawn open.

Will finishes loading the rifle chamber. Snaps it shut. He aims the rifle at the door. The gun trembles in his hands.

The shed doors yawn open the rest of way.

It... whatever *it* is... enters the shed.

We do not show *it*, at least not in full; but we catch glimpses of it from behind. Its flesh is withered and wet and bloody and tumorous and its spine is bent, disfigured.

Will doesn't fire. He just stares. Paralyzed by fear.  The hairs on his arms stand up. Then his ears and nose begin to drip blood.

He fights back tears.

                    WILL
          ...P-please --

A HIGH-PITCHED SHRIEKING SOUND SUDDENLY FILLS THE SHED.

WE DON'T SEE WHAT HAPPENS TO WILL; WE JUST WATCH THAT NAKED DANGLING LIGHT BULB. IT GLOWS BRIGHTER AND BRIGHTER AND BRIGHTER, FILLING THE SHED WITH OVERWHELMING WHITE LIGHT. WE THINK THE GLASS OF THE BULB IS GOING TO SHATTER BUT THEN...

The TERRIBLE SHRIEKING sounds dies.

The bulb dims. Returning to its normal wattage.

We slowly pull away from the light.

The shed is empty.

Will has vanished.

                    **END ACT ONE**

CONFIDENTIAL
CONFIDENTIAL

13.

## ACT TWO

**INT. HOPPER'S HOUSE -- MORNING**

BEEEEEEE! An ALARM CLOCK blasts.

A hand smashes it. Shutting it up. The hand belongs to:

JIM HOPPER, or "HOP," early 40s. He is sprawled on a sofa, shirtless, wearing only worn Levi's. His house is a mess, cluttered with empty beer bottles and cigarette butts and pillboxes and a few joints.

A LOCAL NEWSMAN drones on a dusty eight-inch TV:

> NEWS ANCHORMAN
> ...We're keeping a close watch on
> that movement to the south, where
> winds have picked up another five
> miles...

Hop sits up. A RAY OF SUN slices through blinds, striking him right in the left eye. He squints. Grimaces. He's hungover.

**EXT. HOPPER'S HOUSE -- MORNING**

Hopper steps out onto a decrepit porch. Drags on a cigarette.

His shack-like house is perched along the shore of the beach. We can see the LIGHTHOUSE a few miles to the west. The beach is deserted now; tourist season has come and gone. It's a bit lonely all the way out here. But damn if it isn't beautiful.

Hop rubs his arms. Getting cold now. Enough beauty for now.

He flicks his cigarette to the sand.

**INT. JIM HOPPER'S HOUSE -- MBATHROOM -- A LITTLE LATER**

Hopper studies his stubble in the bathroom mirror. Considers shaving. Doesn't. He opens a PLASTIC VIAL instead. It's filled with RED AND BLUE GELATIN CAPSULES. The label reads: TUINAL. He kicks on the faucet, pops a few into his mouth, and swallows them down with a handful of water.

**INT. HOPPER'S HOUSE -- BATHROOM -- A LITTLE LATER**

Hopper showers. Water pours down his weary face.

**INT. HOPPER'S HOUSE -- BEDROOM -- A LITTLE LATER**

Hopper dresses. He puts on a pair of wrinkled brown pants... a matching brown collared shirt... a belt with a holster... a 9MM GLOCK jammed inside... lastly, he pins on a GOLD BADGE.

CONFIDENTIAL
CONFIDENTIAL

14.

It reads: CHIEF. MONTAUK POLICE.

Hopper rubs his eyes and walks for the door. He staggers past
a FRAMED PHOTOGRAPH on the wall. In the photo, Hopper is with
a PRETTY WIFE. He cradles a SMILING GIRL, 4, in his arms.

He looks like a different man in the photo. He looks *happy*.

The door slams shut. WHAM!

**EXT. BYERS HOUSE -- MORNING**

Silence outside the Byers house. The wind has died down since
last night; the laundry no long flutters. The shed is quiet.

**INT. BYERS HOUSE -- KITCHEN -- MORNING**

JONATHAN BYERS, 16, Will's older brother, cooks breakfast.

He is pale and thin, with a mop of curly dark hair. A Nikon
35mm camera hangs from his neck. He's handsome, but he
doesn't know it... and he wouldn't believe it if you told
him.

                    JOYCE (O.S.)
          Where the fuck are they?!

His mom, JOYCE BYERS, late 30s, races past him. She wears a
waitress uniform that's too tight and too much make-up. She
has a Long Island accent. Strongest when she curses.

                    JOYCE (CONT'D)
          Fuckfuckfuck --

                    JONATHAN
          Check the couch.

Joyce checks it. Sure enough, she finds her KEYS under the
cushions. She grabs them up. *Thank God.*

She gives Jonathan a quick peck and races for the door.

She pauses at the last second. Realizing:

                    JOYCE
          -- Where's Will?

                    JONATHAN
          Still sleeping I guess.

                    JOYCE
          You gotta make sure he's up,
          Jonathan, how many times -- !

CONFIDENTIAL
CONFIDENTIAL

15.

                    JONATHAN
        I'm making breakfast, Mom.

                    JOYCE
        And I work two jobs. Only one job
        if I'm late again.

She heads for Will's room. Ranting as she goes.

                    JOYCE (CONT'D)
        Then who pays the bills? Who pays
        for this house? Who feeds you two?
        We'll be out on the street --

**INT. DUSTIN'S ROOM -- MOMENTS LATER**

Joyce throws open the door to Will's room. Goes silent.

Will is not here.

**INT. KITCHEN -- MOMENTS LATER**

She strides back over to Jonathan. Worried now.

                    JOYCE
        He came home last night, right?

                    JONATHAN
        He's not in his room?

                    JOYCE
        He come home or not?

                    JONATHAN
        I don't know --

                    JOYCE
        You *don't know*?

                    JONATHAN
        I was at the dark room late. I
        just... I lost track of time --

                    JOYCE
        I told you to wait up for him,
        Jonathan, I *specifically* told you --

                    JONATHAN
        He was over at the Wheelers' all
        day. I'm sure he just stayed over.

                    JOYCE
        Seriously Jonathan? Seriously?

CONFIDENTIAL
CONFIDENTIAL

16.

                  JONATHAN
      I'm sorry --

                  JOYCE
      Fuck. FUCK!

She grabs the kitchen wall phone. Mashes a number.

                        INTERCUT WITH:

**INT. THE WHEELERS HOUSE -- KITCHEN -- MORNING**

A WALL PHONE RINGS at the Wheelers. It is chaos over here.
Mike is grabbing SYRUP from a cabinet; Nancy is eating
scrambled eggs and bacon, HOLLY, 3 is crying; Ted is
watching the morning news; and now the phone is ringing.

Karen answers. Holly squirms in her arms.

                  KAREN
      Hello?

                  JOYCE
      Karen -- it's Joyce.

                  KAREN
        (surprised)
      Joyce, hey --

Mike pours syrup onto his scrambles eggs.

                  NANCY
      That's disgusting!

                  MIKE
      It's good, I swear!

Mike squeezes some onto her eggs.

                  NANCY
      WHAT THE FUCK MIKE?!

                  TED
      HEY! LANGUAGE!!

Karen puts the phone on her shoulder. She can't hear Joyce.

                  KAREN
      QUIET! I'm on the phone!
        (back to Joyce)
      I'm sorry, one of those mornings,
      you know --

                  JOYCE
      Was that Will I heard back there?

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009475
DEFS_0019713

                        KAREN
            Will? No, no -- just Michael.

                        JOYCE
            Will didn't he spend the night?

                        KAREN
            No. He, uh, he left here a little
            after  eight. He didn't come home?

**INT. BYERS HOUSE -- MORNING**

Joyce tries to hide her panic.

                        JOYCE
            I -- I was working late last night.
            I'm sure he just left early for
            school. Thanks... thanks Karen --

Joyce hangs up the phone. She looks... scared now. And so
does Jonathan. He races for the door. Throws on his coat.

                        JOYCE (CONT'D)
            Where are you going?!

                        JONATHAN
            To look for him.

                        JOYCE
            Jonathan wait -- !

                        JONATHAN
            Call the school.

**EXT. MONTAUK MIDDLE SCHOOL - MORNING**

EEEEEEEE! AN ELECTRONIC BELL BLARES.

We are outside MONTAUK PUBLIC SCHOOL. A quaint tudor style
building. Mike pulls up on his bike.

                        VOICE (O.S.)
            Holy shit Wheeler!

Mike looks up to find two older kids, JAMES and TROY, 14,
striding over to him. They're looking at his birthmark.

                        JAMES
            I think that thing on your face
            grew over the weekend.

                        TROY
            Gotta get that looked at, man.
            Might be cancer or some shit!

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009476
DEFS_0019714

18.

The bullies laugh. Mike ignores them. This is a regular
occurrence and this is how he handles it: with passivity. And
today at least, it works: James and Troy shove past him and
make their way to the school. Their laughter fades.

Lucas pulls up on his bike. Glares at the bullies.

                    LUCAS
          Assholes.

Mike shrugs it off like it's no big deal. But it clearly *is*.

He pulls on his backpack. Quickly changes the subject.

                    MIKE
          You seen Will around?

                    LUCAS
          No. Why?

The boys walk toward school.

                    MIKE
          Will's mom called this morning,
          looking for him.

                    LUCAS
          I'm sure he's just in class.

                    MIKE
          Yeah...

Mike trails off. His eyes lock on JENNIFER HAYES. She is
freckled, cute, pony-tail, surrounded by a GAGGLE OF FRIENDS.

                    LUCAS
          Mike!

                    MIKE
          What?

                    LUCAS
          How many times? You gotta start
          using reflections. You can't just
          keep staring at her like a creeper.

                    MIKE
          I wasn't staring.

His eyes drift back to Jennifer. Lucas punches his arm.

                    LUCAS
          Reflections!

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009477
DEFS_0019715

19.

**INT. VOLVO -- SCHOOL PARKING LOT -- MORNING**

Nancy a gauges her reflection in the rearview mirror.

She is in the driver's seat of a hand-me-down 1972 station
wagon. Queen plays on the radio. "Crazy Little Thing Called
Love." She carefully applies mascara and blush. She fusses
over herself, unhappy with everything.

A WARNING BELL BLARES. Out of time.

**EXT. LONG ISLAND HIGH SCHOOL -- A FEW MINUTES LATER**

Nancy exits the station wagon and hurries toward school. She
passes by a number of fancy cars: BMWs, Porches, even a
Ferrari. *Rich kids*. Unlike middle school, the high school
encompasses Montauk and two neighboring (wealthy) counties.

**INT. MONTAUK HIGH SCHOOL -- MORNING -- LATER**

Nancy wades through a bustling hallway.

BARBARA, 16, her best friend, plain, catches up.

                    BARBARA
          So? Did he call?

                    NANCY
               (whispers)
          Barb, keep your voice down --

                    BARBARA
          Did he?!

Nancy shakes her head. Walk up to her locker.

                    NANCY
          I told you, he doesn't like me.

Barbara shoots her a disbelieving look.

                    NANCY (CONT'D)
          Okay, I mean, fine, he likes me --
          you know -- but not like *that* --

Nancy abruptly silences. There is a FOLDED NOTE taped to the
inside her locker. Addressed: "NANCY." She opens it.

          "MEET ME. GIRLS BATHROOM. STEVE."

Nancy looks up at Barbara. Speechless.

                    BARBARA
          You were saying?

CONFIDENTIAL
CONFIDENTIAL

20.

**INT. GIRL'S BATHROOM -- MOMENTS LATER**

Nancy slips into the girl's bathroom. Looks vacant.

WHAM! Someone grabs her from behind and spins her around. She
gasps, finds herself face to face with STEVE HARRINGTON, 17,
a jock. We want to hate him, but he's handsome, charming.

                    NANCY
          Steve! Shit. You scared me.

She playfully shoves him. Steve moves closer.

                    STEVE
          I've been thinking about you.

He puts his hands onto her waist and kisses her. Nancy
blushes and shrinks away.

                    NANCY
          Steve -- What are you doing...?

He kisses her again.

                    NANCY (CONT'D)
          ...Have you been drinking? Steve?

Steve doesn't answer. He just kisses her some more. He leans
his crotch into hers and begins to grind back and forth.

Nancy is consumed by hormonal lust. But then:

THE BELL RINGS AGAIN. Nancy crashes back to realty.

She pulls away from Steve. Heads for the door. Flustered.

                    NANCY (CONT'D)
          I -- I have to go --

Steve grabs her hand. Holding her back.

                    STEVE
          Five more minutes. Come on.

                    NANCY
          I -- I can't. I have Mrs. Cratchett
          first period, she'll kill me --

                    STEVE
          What about tonight?

                    NANCY
          What -- ?

>                    STEVE
>          There's gonna be bonfire at Turtle
>          Cove. Chrissy'll be there, Donna,
>          so will Tommy L. and Tommy H. --

>                    NANCY
>          I... I have a chemistry test
>          tomorrow --

>                    STEVE
>          A test? What's your GPA again?
>          Three point ninenineineninenine-- ?

>                    NANCY
>          Shut up!

>                    STEVE
>          Come on. It'll be good times.

She hesitates. Wavering.

>                    NANCY
>          Can I bring Barb?

>                    STEVE
>          Bring Mrs. Cratchett for all I
>          care.

Nancy laughs.

>                    NANCY
>          Maybe.

>                    STEVE
>          Maybe you'll bring Mrs. Cratchett?
>          Or maybe you'll come?

>                    NANCY
>          ...*Maybe*.

Nancy hurries out of the bathroom. Trying to hide her smile.

**EXT. MONTAUK POLICE STATION -- MORNING**

A SQUARE CHEVY BLAZER POLICE CAR with an open top and mustard
yellow trim pulls up into parking spot. We are now outside
the MONTAUK POLICE STATION. If the sign didn't read POLICE,
you might mistake the quaint building for a gift shop.

Hopper slides out of the car. Still hung over.

**EXT. MONTAUK POLICE STATION -- MORNING**

Hopper lumbers inside. Makes straight for the coffee.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009480
DEFS_0019718

22.

DEPUTIES CALLAHAN and POWELL look up from a game of five card draw, their cowboy boots kicked up on desks. The mood here is casual, to say the least.

                DEPUTY CALLAHAN
You look like shit, Chief.

                HOPPER
Your wife looked worse when I left
her, Deputy.

They chuckle. Hopper begins to make himself a cup of coffee. His secretary, FLORENCE, 61, approaches. Pad and pen in hand.

                FLORENCE
Tell your boys to get their feet
off the desk. This in't a barn.

Hopper snaps his fingers. The Deputies promptly oblige.

Florence adjusts her glasses. Consults a note pad.

                FLORENCE (CONT'D)
While you were sleeping or drinking
or whatever it is you do on your
Monday mornings, Carl Blackburn
came by the office, says he saw
Earl and his boys *spearfishing* --

                HOPPER
    (won't look into it)
Tell him I'll look into it.

                FLORENCE
And Terry Ives called again,
yammering on about some more
activity last night at Camp Hero --

                HOPPER
Tell him I've seen that Twilight
Zone. No, scratch that, don't
encourage him. If he calls again,
cite him for wasting my time.

                FLORENCE
It is precious.

                HOPPER
Damn straight, Florence.

Hopper carries his coffee to his office. Florence follows.

                FLORENCE
One last thing. Joyce Byers, she
can't find her son this mornin' --

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009481
DEFS_0019719

23.

```
                    HOPPER
                (won't look into it)
            I'll look into it.
```

Hopper walks into his office. And promptly freezes, nearly
spilling his coffee. Joyce is already *in* his office.

She locks eyes with him. *Pissed*.

**INT. HOPPER'S OFFICE - MORNING**

WHAP! WHAP! WHAP! Type hammers slam ink onto a police report.
A single, ominous word forms one letter at a time: "MISSING."

Hopper looks up from the typewriter. He now has on a pair of
reading glasses, which lend him a more earnest look. His
desk, however, shatters the illusion; it's cluttered with
PAPERS and MUGS and CANDY WRAPPERS, like the desk of a child.

Joyce paces. Dragging on cigarette. She's on edge. So far out
she might just fall right off.

```
                    JOYCE
            I've been waiting an hour --

                    HOPPER
            I know, and I apologize again --

                    JOYCE
            A goddamn *hour* --

                    HOPPER
            I understand. But a boy his age,
            most likely he's playing hookie --

                    JOYCE
            Not my Will, no, he wouldn't do
            that. He's not like that --

                    HOPPER
            You never know. My mother thought I
            was on the debate team, when really
            I was nailing Kimmy Carpetner in
            the back of her dad's boat --

                    JOYCE
            Will's not like you.
```

Joyce takes another drag on her cigarette.

```
                    JOYCE (CONT'D)
            He's not like me. He's not like
            most.
```

She's getting emotional now. Fights tears.

DUFFER_009482
DEFS_0019720

24.

                    JOYCE (CONT'D)
          He's got a couple a friends. But
          everyone else, they make fun of
          him. Call him names, laugh at him,
          his clothes --

                    HOPPER
          His clothes? What's wrong with his
          clothes?

                    JOYCE
          Too... colorful -- I don't know.
          Does it matter?

                    HOPPER
          Maybe.

Joyce takes another drag.

                    JOYCE
          He's just... different, alright?
          Lonnie... Lonnie always said he was
          queer -- called him a fag.

                    HOPPER
          Is he?

                    JOYCE
          What?

                    HOPPER
          A fag.

                    JOYCE
          He's missing. That's what he is.

Hopper scratches his stubble.

                    HOPPER
          You hear from Lonnie lately?

Joyce hesitates. This is clearly an uncomfortable subject.

                    JOYCE
          He was in Philly last I heard. That
          was 'bout a year ago. But Lonnie's
          got nothing to do with this. He
          doesn't give two shits about that
          boy.

Hopper rummages around his desk. Unearths a pen and a pad.

                    HOPPER
          What's his number?

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009483
DEFS_0019721

25.

                    JOYCE
        I told you, Lonnie's got nothin to
        do with this --

                    HOPPER
        Kid goes missing, ninety nine times
        out of a hundred the kid's playing
        hookie or with a parent. So if he's
        not not you --

                    JOYCE
        What about the other times?

                    HOPPER
        What?

                    JOYCE
        You said ninety-nine outta hundred.
        What about the other time? The one.

Hopper removes his reading glasses. Leans forward.

                    HOPPER
        This is Montauk, Joyce. In four
        years, you know the worst thing
        I've seen? You know what it was?
                (beat)
        When that seagull attacked Eleanor
        Blackburn. Thought her hair was a
        nest. Was about five seconds from
        shittin' an egg when we showed.

Hopper chuckles at the memory. Trying to lighten the mood.
Joyce begins to relax a little. Just a *little*.

                    JOYCE
        I'll call Lonnie. He'll talk to me
        before he talks to a --

                    HOPPER
        Pig?

                    JOYCE
        Cop.

Joyce sits down. She snuffs her cigarette in an ashtray. Then
she looks back up at Hopper. Her eyes are bloodshot. Glassy.

                    JOYCE (CONT'D)
        You find my son, Hop. *Find him*.

Hopper takes this in. All at once he feels burdened with a
responsibility he doesn't want. He finds his composure,
nudges his glasses back on his nose, and resumes typing.

CONFIDENTIAL
CONFIDENTIAL

26.

WHAP! WHAP! WHAP! Hammer type SLAMS more ink into paper.

**INT. CAMP HERO - SUBTERRANEAN TUNNEL SYSTEM - DAY**

WHAP! WHAP! WHAP! Dark shoes SLAM against white linoleum.

THREE AGENTS stride briskly down Camp Hero's underground
tunnel. They wear gloves, gas masks, plastic overshoes.

**INT. CAMP HERO - LABORATORY - DAY**

The Agents enter the laboratory. Or what still remains of it.

MEDICAL OFFICERS IN HAZMAT SUITS place bloody body parts into
plastic bags, mop up pools of blood off the far, remove
charred equipment, and wheel out bodies on gurneys.

AGENT THREE looks at AGENT ONE. Shocked.

                    AGENT THREE
          Could an implosion have done this?

                    AGENT ONE
          Possibly

AGENT ONE takes off his gas mask and surveys the area. He
looks ordinary. Dark green eyes and dark slicked back hair.

                    AGENT TWO
          Sir, your mask --

Agent One ignores him. He strides over to the ISOLATION TANK
and opens its cylindrical roof. A ladder slithers down
into a pool of water. A TANGLE OF WIRES and ELECTRODES float
on the surface. This tank once held someone. Or *something*.

Agent One turns back to the others.

                    AGENT ONE
          Where is Eleven?

                    AGENT THREE
          We don't know.

A beat.

                    AGENT ONE
          Find her.

He slams the isolation tank shut.

                    **END ACT TWO**

CONFIDENTIAL
CONFIDENTIAL

**ACT THREE**

**EXT. WOODS -- DAY**

A YOUNG GIRL, 10, emerges out of dense woods.

Her hair is buzzed almost to the scalp. Her thin body wears a
tattered hospital gown, spattered with BLOOD... Her skin is
ghostly white. And her wide eyes dart around, never resting.

Seems more like a wild animal than a kid.

**EXT. EMPTY ROAD -- DAY**

The Young Girl pads barefoot down an empty road.

She pauses. A hundred yards away is a RUN-DOWN RESTAURANT. A
hand-painted wodden sign out fron reads: "BENNY'S FISH N
FRY." A few BEAT-UP TRUCKS sit in its gravel parking lot.

**EXT. BENNY'S FISH 'N FRY -- DAY**

The Young Girl creeps up to the restaurant.

She stands on her tiptoes and peers into a smudged window.

BENNY HAMMOND, late 40s, lumbers past the window, carrying
THREE SMOKING PLATES OF FISH AND CHIPS. He has leathery skin,
sleeve tattoos, and a greasy apron wrapped around his waist.

He drops the plates off at a table of ELDERLY REGULARS. They
are chain-smoking and speak with heavy islander accents.

>                    REGULAR #1
>          Benny, you evah he-uh 'bout Earl
>          and the chickens?

>                    BENNY
>          The chickens? What chickens?

>                    REGULAR #2
>          Earl, he wanted to bring a crate of
>          chickens 'board Mundo's boat,
>          thought it'd be a fine idea to
>          feed 'em to the great whites --

Benny guffaws as Regular #2 continues to unspool his yarn.

The Girl stares at their food. *She's starving*.

**EXT. BACK OF BENNY'S RESTAURANT -- MOMENTS LATER**

The Girl sneaks around the back of the restaurant. Stops.

CONFIDENTIAL
CONFIDENTIAL

28.

The back screen door is ajar... But there is a GIANT
ROTTWEILER on ground adjacent. It seems to be asleep.

The Girl watches him. Makes certain he doesn't wake.

Then she sneaks past. Moving slow.

**INT. FISH N' FRY -- KITCHEN -- MOMENTS LATER**

The Girl inches open the screen door. Slips inside.

She looks around. She is in a cluttered, greasy kitchen.
FRENCH FRIES sizzle in a deep fryer. Oil SPITS at her.

The Young Girl jumps. Startled. She hurries past the fries,
pushes through a nearby door, and enters...

**A STORAGE ROOM -- CONTINUOUS**

Her tiny eyes go wide. Ahead:

A RUSTY FREEZER. HUMMING LOUDLY.

The Girl hurries over to it. Pulls back on the handle. No go.
The door is too heavy. She tries again, this time leaning
back, putting all her weight into it. Finally it yawns open.

Her eyes grow wider. The shelves overflow with FRESH FISH.

The Girl picks up a YELLOW TAIL. It is so big that she can
hardly hold it in her tiny hands. She turns it over onto its
side, studies it, smells it. *Has she never seen fish before?*

She bites down into its fat glistening belly. Its flesh
SPLITS OPEN. She chews it, swallows. Savors every moment its
in her mouth. She takes another bite. And another. And --

Her freezes. Listens.

                    BENNY (O.S.)
          Sticking with Narragansett, Earl?

                    REGULAR #2 (O.S.)
          Ya gotta ask?

LUMBERING FOOTSTEPS approach. Benny is coming.

The Girl grabs up a pile of fish **--**

**INT. FISH N' FRY -- KITCHEN -- MOMENTS LATER**

She charges into the kitchen. Fish overflowing in her arms.

Benny spots her. Shouts:

CONFIDENTIAL
CONFIDENTIAL

                    BENNY
          HEY -- HEY!

The Girl bolts for the back door. She knocks over the DEEP
FRYER and sends a RAIN OF HOT OIL splashing onto the floor.

Benny leaps away. Narrowly avoiding it.

                    BENNY (CONT'D)
          SONOFA -- !

**EXT. BACK OF BENNY'S RESTAURANT -- MOMENTS LATER.**

WHOOM! The Girl explodes out the screen door and --

She crashes to a sudden halt. THE ROTTWEILER stands directly
in her path. Awoken by the commotion. It bares its teeth and
snarls at her. Its back legs tense. Ready to attack. And --

WHAM! Benny grabs her by the shoulders.

                    BENNY
          Think you can steal from me, boy!

Benny whirls her around. His expression softens as he
realizes that this is no boy at all. It's also not a girl
either, not exactly, at least not like any he has ever seen.

Regulars #2, drawn by the commotion, steps outside.

                    REGULAR #2
          What'd you catch there, Benny?

                    BENNY
          I got no idea....

Benny looks back at the Young Girl. She writhes in his arms.
His eyes fall to her hospital gown. Splattered in BLOOD.

                    MR. CLARKE (PRE-LAP)
          Who here enjoys mysteries?

**INT. MONTAUK MIDDLE SCHOOL -- SCIENCE CLASS -- DAY**

MR. CLARKE, 30S, paces in front of a middle school class.

He is magnetic and smart. Handsome too. The girls swoon. Most
of the kids raise hands, including Mike, Lucas, and Dustin.

                    MR. CLARKE
          Good. Now, I want you to start
          thinking of this class as a big
          investigation... as a means of
          solving the greatest mysteries
          known to man.
                    (MORE)

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009488
DEFS_0019726

30.

                    MR. CLARKE (CONT'D)
          But first, you have to learn to
          think beyond your own senses. And
          that means using your imagination.
          I don't know how many of you
          watched Cosmos like I asked...
                (a few hands shoot up)
          But those who did may remember this
          quote form Mr. Sagan: "Imagination
          will often carry us to worlds that
          never were, but without it we go
          *nowhere* -- "

A KNOCKING SOUND interrupts the lecture.  The VICE PRINCIPAL
leans into the classroom.

                    VICE PRINCIPAL
          Mr. Clarke, sorry to interrupt...
          but ,ay I borrow Michael, Lucas,
          and Dustin for a moment?

Before Mr. Clarke responds, Chief Hopper and Deputy Callahan
step into view behind the Vice Principal. Hover awkwardly.

The stunned class looks from the cops to our kids.

Mike, Lucas, and Dustin share looks. *Shit.*

                    HOPPER (PRE-LAP
          Now, what did Will say to you
          before he biked off. Exactly?

**INT. PRINCIPAL'S OFFICE -- A FEW MINUTES LATER**

Our three boys are now scrunched together on a couch in
the principal's office. They fidget. Knees bouncing.

Hopper and Callahan sit opposite them.

The Vice Principal watches from afar. s

                    DUSTIN
          He won the wager... so he asked for
          one of my X-Men --

                    HOPPER
          X-Man?

                    DUSTIN
          X-*Men*. It's a comic book.

                    LUCAS
          Which number?

                    DUSTIN
          It doesn't matter, Lucas --

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009489
DEFS_0019727

                         LUCAS
          Which number?!

                         DUSTIN
                  (low)
          269...

                         LUCAS
          HOLY SHIT --

The Vice Principal coughs.

                         LUCAS (CONT'D)
          You got PAWNED --

                         LUCAS (CONT'D)
          Shut up -- !

                         HOPPER
          HEY! You wanna find your friend or
          what?

Lucas and Dustin nod.

                         HOPPER (CONT'D)
          Then stay focused. So he asks for
          your X-Man. Then what direction did
          he go?

                         DUSTIN
          The way he always goes.

                         HOPPER
          I don't know where he always goes.
          That's why I'm asking.

                         LUCAS
          ...East.

                         DUSTIN
          No *south* --

                         MIKE
          *South east.* Toward Mirkwood.

                         HOPPER
          Mirkwood?

The boys nod.

                         HOPPER (CONT'D)
          The hell is Mirkwood?
                  (to Callahan)
          You ever hear of Mirkwood?

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009490
DEFS_0019728

                        CALLAHAN
            Sounds made up --

                        LUCAS
            It's from Lord of the Rings --

                        DUSTIN
            The *Hobbit* --

                        LUCAS
            Shut up --

                        DUSTIN
            You SHUT UP -- !

                        HOPPER
            HEY! The fuck'd I just say?!

The Vice Principal coughs again.

                        HOPPER (CONT'D)
            Can you please explain to me how
            Will bikes home on a made-up road --

                        MIKE
            It's a real road. It's just the
            name that's made-up --

                        HOPPER
            Does it have a real name?

                        MIKE
            I don't know. It's by Camp Hero --

                        MIKE (CONT'D)
            Where Crook's Cove and Kerley meet.

Hop jots this down.

                        HOPPER
            Yeah, I know it.

                        MIKE
            We can show you --

                        HOOPER
            I said I know it.

Hopper looks up sharply at the boys. Deadly serious.

                        HOOPER (CONT'D)
            Listen now. I don't want you boys
            biking up there looking for your
            friend, alright? Or anywhere else
            for that matter.
                        (MORE)

CONFIDENTIAL
CONFIDENTIAL

33.

                    HOOPER (CONT'D)
          Not til we know what happened. You
          go *straight* home after school. I
          make myself clear?
                    (the boys share looks)
          I make myself clear?

They nod. Mike swallows. Shaken by his tone.

                    MIKE
          You think... Will... is in some
          kind of trouble? Real trouble?

                    HOPPER
          He's in trouble when we find him,
          that's for sure. But "real"
          trouble? No. I think your friend...
          I think he's taking the day off. I
          think...
                    (beat)
          He's off having fun.

**EXT. FUN-N-GAMES ARCADE -- MARINE BASIN -- DAY**

A sign reads: FUN N GAMES ARCADE!

**INT. FUN-N-GAMES ARCADE -- MARINE BASIN -- DAY**

Jonathan steps inside. Looks around at all the machines.

Pac-Man. Galaxian. Space Invaders. Defenders. The golden age
of the arcade video game. Normally this place is jampacked,
but with school in session, it's nearly empty. *Almost.*

GLENN GILLESPIE, 26, plays DEFENDERS. Although "plays" is too
gentle a word. He mashes button with lightning quick speed.
He wears a FUN N GAMES t-shirt. Seems like he "works" here.

Jonathan approaches.

                    JONATHAN
          Glenn. Has Will been around?

Glenn's eyes don't leave the screen. Fingers flying.

                    GLENN
          Not now.

                    JONATHAN
          This is serious --

                    GLENN
          Not. *Now.*

Glenn mashes more buttons. Blasting away a swarm of aliens.

CONFIDENTIAL
CONFIDENTIAL

34.

Jonathan yanks the joystick up and swerves Terry's into an
oncoming alien swarm. It explodes into a cloud of pixels.

Glen grabs Jonathan. Slams him against the machine.

                    GLENN (CONT'D)
          THE HELL IS WRONG WITH YOU?!

                    JONATHAN
          I just need to know if --

                    GLENN
          YOUR BROTHER'S BEEN AROUND. No. NO.
          He *hasn't*. You couldn't wait three
          fucking minutes? I was *in it*, man --

                    JONATHAN
          You have the top score.

                    GLENN
          And I mean to *keep it*. All these
          little munchkins keep tryin' to
          take it from me every single
          goddamn fucking day, man.

Glenn releases Jonathan. Finally calming down.

                    GLENN (CONT'D)
          You owe me a quarter.

                    JONATHAN
          Fine.

                    GLENN
          You check the Rialto? Empire's
          still playing --

                    JONATHAN
          I checked. He's not there.

                    GLENN
          How long has he been gone?

                    JONATHAN
          Since last night.

Glenn shouts across the arcade:

                    GLENN
          Yo Terry! TERRY! Didn't you say you
          intercepted some weird shit from
          Camp Hero last night?!

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009493
DEFS_0019731

For first time, we notice TERRY IVES, 50s. He is repairing a broken Pac-Man machine, his head buried in an open service hatch. He has greasy gray hair and wears large oval glasses.

He pulls his head out. Looks at Terry. Expressionless.

                    TERRY
          There was a spike in activity.

Terry buries his face back into the Pac-Man machine.

Glenn looks back at Jonathan. Lower his voice.

                    GLENN
          "A spike in activity." What if
          there's a connection, man? What
          if... the government took your
          brother for their experiments?

Glen chuckles. Jonathan is not amused.

                    GLENN (CONT'D)
          Or maybe the aliens did it! Or no,
          no, wait, Bigfoot! BIGFOOT!

Jonathan has heard enough. He walks away.

                    GLENN (CONT'D)
          I'm just fucking with you, man! I'm
          sure Will's fine. Hey, you still
          owe men a quarter, man! Hey! HEY!

But Jonathan is already gone.

**EXT. CAMP HERO -- ESTABLISHING**

The radar dish continues to rotate. Around and around.

**INT. CAMP HERO -- SURVEILLANCE ROOM -- DAY**

The Agents crowd a BANK OF SURVEILLANCE MONITORS.

A NERVOUS SURVEILLANCE ENGINEER sits at the controls. He brings up low-definition footage of laboratory from last night. Dead scientists on the ground. All is quiet. Until:

WHOOM! The top to the isolation chamber explodes open.

A tiny hand curls over the lip of the chamber. Another. And then...

The Young Girl hauls herself out of the chamber. She drops onto the blood soaked floor. Gasping for air. Water spills from her body. She rips electrodes from her scalp. Her eyes around. Takes in the dead bodies. The sparking door.

DUFFER_009494
DEFS_0019732

36.

She clambers to her feet and scrambles away.

                    AGENT ONE
          How did she get past the fence?

The Engineer switches to an angle **OUTSIDE THE FENCE.** Eleven
races up to the fence. Spots an ENORMOUS HOLE IN THE FENCE.
The metal charred.

It looks like something tore through it.

Something big.

                    AGENT TWO
          What did that?

                    NERVOUS ENGINNER
          I.... I don't know. The camera was
          down. It just... appeared...

Eleven ducks through the hole. Vanishing into darkness.

                    AGENT ONE
          Go back. To the accident.

                    NERVOUS ENGINNER
          There's nothing else to --

                    AGENT ONE
          Go back.

The Engineer switches the footage of the **LABORATORY.** Rewinds
the tape. Hits PLAY. We are further back in time now; the
scientists are now alive, huddled around that strange metal
door frame. There is a confusion of activity, followed by a
VIOLENT BURST OF A LIGHT. It looks like an explosion. Then...

HISS! Static swallows the image. Beneath this snowstorm of
static, we glimpse SUBTLE SHADOWED MOVEMENT. Just a few
frames of it. And then the static fades to reveal:

The scientists lying dead on the ground. Blood everywhere.

                    AGENT THREE
               (low)
          Jesus...

                    AGENT ONE
          Go back ten seconds.

The Engineer rewinds.

                    AGENT ONE (CONT'D)
          Stop.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009495
DEFS_0019733

The Engineer stops.

                    AGENT ONE (CONT'D)
          Go forward. Frame by frame.

The Engineer moves up one frame. Two. Three. Four. Five --

                    AGENT ONE (CONT'D)
          There.

The Engineer pauses the tape. His face turns ghost white.

There is someone... SOMETHING... captured on the video. It is
obscured beneath static, but we see enough to know this is
the Figure that Will saw last night. For the first time, we
glimpse its FACE. If you can even *call it* a face. It is
mostly featureless, with small black eyes buried in pockets
of pale, withered flesh. It does not seem to have a mouth.

The frozen videotape undulates. Making the figure bend.

Making it seem almost... alive.

                    ENGINEER
          What... what is that...?

No one answers. No one knows.

**INT. BENNY'S FISH N FRY -- KITCHEN -- DAY**

SNAP-HISS! A YELLOWFISH fries in oild.

Benny scoops up the fish with spatula and drops it onto a
plate alongside a fresh batch of french fries. *Looks good.*

**INT. BENNY'S FISH N' FRY -- DINING AREA -- MOMENTS LATER**

Benny slides the plate of food over to the Young Girl.

She is seated at a table in the dining room; it is just her
now; the regulars are gone. Her gown has been replaced with a
"Fish N Fry" t-shirt. It droops to her knees, like a dress.

The Young Girl stares at the food with wide eyes.

                    BENNY
          Figured you're gonna eat my food
          anyway, might as well eat it right.

The Young Girl reaches out pick up the fish but...

                    BENNY (CONT'D)
          I said, *right.*

CONFIDENTIAL
CONFIDENTIAL

38.

Benny grabs a BOTTLE OF HOT SAUCE. Splashes it onto the fish.
As soon as he's done, the Girl snatches up the fish and
starts to devour it. No utensils.

Benny watches in disbelief.

                    BENNY (CONT'D)
              Your parents forget to feed you or
              what?

The Girl doesn't respond. Just keeps eating.

                    BENNY (CONT'D)
              That why you ran away?

Still nothing.

                    BENNY (CONT'D)
              They... hurt you?

Nothing.

                    BENNY (CONT'D)
              And, then... you went to the
              hospital, that it? But you got
              scared, ran off, found your way
              here?

The Girl finally looks up at Benny. Has he hit close to the
mark? It seems like she is finally going to speak, but
instead she nudges her empty plate across the table.

The message is clear: more.

                    BENNY (CONT'D)
              How 'bout this: I'll cook you more,
              but first, you gotta answer a few
              'a my questions. We gotta deal?

No response.

                    BENNY (CONT'D)
              We'll start easy. My name's Benny.
              Benny Henderson.

He holds out his hand. Wraps it around her tiny hand.

                    BENNY (CONT'D)
              Nice to meet ya. And you are...?

Still no response. Benny sighs. He starts to withdraw his
hand when he notices a SMALL TATTOO on the inside of her
lower left wrist. It reads in simple black lettering: **011.**

CONFIDENTIAL
CONFIDENTIAL

39.

                    BENNY (CONT'D)
          "Eleven"?

The Young Girl yanks her hand away.

                    BENNY (CONT'D)
          What's that mean?

                    YOUNG GIRL
          No.

                    BENNY
          Well I'll be damned. She speaks.
              (beat, considers)
          No? No what?

Still nothing.

                    BENNY (CONT'D)
          Alright, guess "no" more fish then.

Benny takes her plate and starts to walks away when:

                    YOUNG GIRL
          ...Eleven.

Benny turns back around. Surprised.

                    BENNY
          Eleven. Yeah. What's it mean?

The Young Girl looks around. Tears well in her eyes.

And then she points to herself.

                    YOUNG GIRL
          Eleven.

**INT. FISH N FRY -- KITCHEN -- DAY**

Benny is now on a corded phone in the kitchen. His voice a
whisper. A second yellowfish sizzles behind him.

                    BENNY
          ...All I know is, poor thing's
          scared to death... confused...
              (beat)
          I'm tellin' you Flor, she's been
          abused or kidnapped or somethin'.
              (beat)
          I dont give two shits about your
          missing kid, I got a *found* kid
          right here.
              (beat)
                    (MORE)

DUFFER_009498
DEFS_0019736

40.

                          BENNY (CONT'D)
                I *am* calm -- yeah, yeah, I got a
                pen.

Benny grabs a pen from his pocket. Scrawls down:

                 SOCIAL SERVICES. 233-555-4176.

**BACK IN THE MAIN ROOM,**

Eleven wait in the dining room. Her legs sway beneath the
table. Back and forth. Back and forth. She looks up at the
screen door. It is squeaking in the wind  WEEEE. WEEE.
WEEE. Incessant. Annoying. She narrows her eyes and --

The door STOPS mid-swing. It is like it just... *froze*.

The Young Girl looks away from door. Content now. She
continues to swing her legs. Back and forth. Back and --

**EXT. FOREST ROAD -- DAY**

WHOSOH! TWO POLICE CARS speed down a forest road.

**EXT. FOREST ROAD -- A LITLTE LATER**

The police cars pull off onto the side of the road. Hopper,
Callahan, and Powell step outside. Look around. To their
right: the forest. To their left, the Camp Hero fence.

                          HOPPER
                Keep your channels open.

Hopper begins to suvvery the road on foot.

**EXT. MIRKWOOD SHORTCUT -- A FEW MINUTES LATER**

Hopper trudges down the narrow road.  Behind him, we can see
the distant shapes of Callahan and Powell. They call out:

                          CALLAHAN
                Will Byers?! WILL BYERS?!

                          POWELL
                WILL -- ?!

Hopper pulls a vial out of his pocket. Pops two pills. And --

Freezes. He has spotted something. He kneels down on the
road. There is a line of FAINT TIRE IMPRINTS in the dirt.

Too narrow for a car. This came from a bike. *Will's bike?*

Hopper tracks the skid marks down a slope and into --

CONFIDENTIAL
CONFIDENTIAL

41.

**INTO THE FOREST**

Hop makes his way down the slope. Sure enough, he finds
WILL'S BICYCLE. It is toppled on its side. He brushes leaves
away, revealing the front wheel. It is bent, spokes busted.

Callahan and Powell scramble down after him.

> CALLAHAN
> Shit. That his bike, Chief?

> HOPPER
> Wheel's busted. Must've crashed.

> CALLAHAN
> Think he got hurt in the fall?

Hopper looks back up the slope. Squints in the dying sun.

> HOPPER
> Not so hurt he couldn't make it
> home. And a bike to these kids...
> that's like a Cadillac, ya know?
> Doesn't make sense he'd leave it
> out here. He'd walk it home.
> (beat)
> He was in hurry.

**EXT. MONTAUK BEACH -- A FEW MOMENTS LATER**

Hopper and the Deputies head onto the beach. A trail of FADED
FOOTPRINTS pcckmark the sand. They lead up a dune toward...

The Byers House.

**INT. BYERS HOUSE --  KITCHEN -- AFTERNOON**

Joyce paces in the kitchen. A phone to her ear.

She drags on a cigarette while it rings on the other end.
And rings. And -- CLICK. The other line picks up.

> JOYCE
> Lonnie, Thank God. It's Joyce --

Her face drops. We hear a muffled FEMALE VOICE on the other
end.

> JOYCE (CONT'D)
> Who is this?
> (listens in disgust)
> Leslie? Well, Leslie sweetie, this
> is Joyce -- *Joyce,* Lonnie's *ex-*
> *wife.* I need to speak to Lonnie --
> (beat)
> (MORE)

CONFIDENTIAL
CONFIDENTIAL

42.

                    JOYCE (CONT'D)
          This is an emergency --
              (beat)
          No, not later, *now* bitch --

CLICK. The phone goes dead. Joyce flushes with anger.

She dials the number again, violently mashing each number
with her long fingernails. The phone rings again. But this
time no one picks up.  It goes to message. A MUFFLED MALE
VOICE says: "Hey, you've reached Steve, I'm not here..."

Joyce's rage rises and rises and... BEEP.

                    JOYCE (CONT'D)
          Hey Steve, it's Joyce. Your
          prepubescent whore hung up on me
          and I need to speak to yo*u right
          away*. If you don't call me back in
          the next hour I'll report you for
          not paying child support I swear to
          God I will and I'll make sure you
          rot in jail where you belong you
          PIECE OF SHIT --

Joyce SLAMS the phone down. Takes a deep breath. And --

BAM BAM BAM. POUNDING ON THE DOOR. Joyce startles.

**MOMENTS LATER.**

Joyce swings open the door. Her face drops.

It is Hopper and the Deputies. Will's bike in hand.

**INT. BYERS HOUSE --  VARIOUS -- LATER**

Hopper and his Deputies search the Byers house.

Joyce trails. On edge.

                    JOYCE
          I, I don't understand. If you found
          his bike out there, why are you
          here? You're wasting your time --

                    HOPPER
          He's got a key to the house?

                    JOYCE
          So what? You think I haven't
          checked my own goddamn house --

                    HOPPER
          Never said you didn't.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009501
DEFS_0019739

Hopper inspects the back door. The adjacent wall is dented, the paint chipped. He opens the door; its handle aligns with the damaged wall. Someone threw it open. *Hard.*

                    HOPPER (CONT'D)
          This always here?

                    JOYCE
          I'm a single mom raising two boys.
          Just look at this place --

                    HOPPER
          But you're not sure?

Joyce hesitates. Starts to respond when they hear it:

LOW WHIMPERING. COMIGN FROM OUTSIDE.

**EXT. BYERS BACKYARD -- DAY**

Hopper and Joyce step of the screen door.

Chester is pacing back and forth in front of the shed. His tail is tucked between his legs and he whimpers slightly.

                    HOPPER
          This normal?

                    JOYCE
          He's just hungry I'm sure.

Joyce grabs Chester by the collar and leads him back to the house. Hopper doesn't follow. Not so "sure." Eyes fixed on:

The shed.

**INT. SHED -- MOMENTS LATER**

Hopper shoves opens the shed doors. Wood groans.

Even though it is broad daylight, it's still dark as hell in here. Hop flips a lightswitch. BZZZZ. The naked light bulb hums to life above him, illuminating the clutter.

He walks up to the rifle wall mount. The rifle missing. He then notes the pile of shells, scattered. Looks like someone took them out in a hurry. He starts to put it together when --

THE LIGHT IN THE SHED BEGINS TO FLICKER.

Hopper turns around. Looks up at that dangling light bulb.

The light is humming loudly, fluctuating. It grows bright, then dim, then bright, then dim. Erratic. Unnerving. Then...

CONFIDENTIAL
CONFIDENTIAL

44.

WHOOM. The light cuts out. The shed goes dark. And we hear:

A FAINT GUTTURAL SOUND. LIKE THE GROWL OF SOME UNSEEN BEAST.

Hop looks around. The hell is that coming from?

                    HOPPER
          Chester? That you buddy?

No answer. Hop removes a flashlight from his utility belt,
powers it on, and sweeps the beam across the darkness. He
sees nothing. But that sound, whatever it is, persists. It
grows louder. Louder. LOUDER STILL. Overtaking all sounds.

The hairs on Hop's arms slowly stand straight up. It is like
he's in the middle of a massive electrical storm. The fuck?

WHAM! A HAND SUDDENLY GRABS HIM ON THE SHOULDER.

Hopper whirls and reaches for his gun but --

It is only Deputy Callahn.

                    DEPUTY CALLAHAN
          Whoa, whoa, it's me, Chief!

Hopper holsters his gun. Breathing hard.

                    DEPUTY CALLAHN
          You deaf? I've been callin' you.

Hop is too shaken to respond. He turns around and looks back
at the light bulb. It flickers back to life. 48 Watts. And
the strange guttural sound is gone. Like it never was.

                    DEPUTY CALLAHN (CONT'D)
          Jesus, Chief. Your ear.

                    HOPPER
          What?

                    DEPUTY CALLAHN
          Your *ear*.

Hopper reaches up. Touches his ear. It's *bleeding*.

**EXT. SHED -- BYERS YARD -- MORNING**

Hopper upends the vial. Dumping the pills onto the ground.

                    DEPUTY CALLAHN
          You sure you're alright, Chief?

CONFIDENTIAL
CONFIDENTIAL

45.

                    HOPPER
                (not fine)
            I'm fine.

He shoves the empty vial back into his jacket and strides to
the Byers house. Moving fast. Callahan struggles to keep up.

                    HOPPER (CONT'D)
            I want you to call Florence, have
            her get a search party together, as
            many volunteers as she can muster,
            flashlights too --

                    DEPUTY CALLAHAN
            Think we got a problem here?

Hopper pauses by the screen door. He turns and looks out at
the woods. The sun is falling. The sky is a bruised purple.

                    HOPPER
            If so... we better hurry.

He continues into the Byers house. Callahan follows.

The door rattles shut behind him.

The sun continues to fall.

                    **END OF ACT THREE**

CONFIDENTIAL
CONFIDENTIAL

46.

**BEGIN ACT FOUR**

**EXT. SUBURBAN NEIGHBORHOOD - NIGHT**

HISS! A sprinkler kicks on. Night in the suburbs again.

> MIKE (PRELAP)
> We should be out there right now.
> We should be helping look for him.

**INT. WHEELER HOUSE - NIGHT**

The Wheeler family is seated at the dining table. A hot home cooked chicken meal sits before them.

> KAREN
> Michael, we've been over this. The
> Chief said --

> MIKE
> I don't care what the Chief said.

> KAREN
> *Michael* --

> MIKE
> He's a drunk, Mom, everyone knows
> it --

> TED
> The Chief's a drunk?

> MIKE
> We have to do something. Will could
> be in danger.

> KAREN
> More reason to stay put.

> MIKE
> Mom --

> KAREN
> End of discussion, Michael.

Mike looks away, upset. The family begins eating in silence. Or, rather, some of them do. Nancy moves her food around with a fork a beat. Then, in as casual a tone as she can muster:

> NANCY
> So... me and Barb... we're gonna
> study for the chemistry test at her
> house tonight. That's cool, right?

Karen looks up from her meal.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009505
DEFS_0019743

47.

                    KAREN
No. Not cool.

                    NANCY
What! Why not?

                    KAREN
Why do you think? Am a speaking
Chinese in this house? Until we
know Will's okay, no one leaves.

                    NANCY
So we're under *house arrest?*

                    KAREN
Don't be dramatic, Nancy.

                    NANCY
This is such bullshit!

                    TED
Language!

                    NANCY
Barb lives two minutes away, just
because Mike's stupid friend got
lost on his way home --

                    MIKE
This is Will's fault -- ?!

                    KAREN
Nancy, take that back --

                    NANCY
No!

                    MIKE
You're just pissed because you
wanna hang out with Steve --

                    TED
Steve?

                    KAREN
Who is Steve?

                    MIKE
Her new boyfriend --

                    NANCY
FUCK YOU MIKE --

                    TED
LANGUAGE!!!

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009506
DEFS_0019744

48.

Nancy shoves out of her chair. Storms off.

                    KAREN
          Nancy! Come back! NANCY!

But Nancy is already bounding up the stairs to her bedroom.
Karen wants the follow her but can't; the argument has caused
Holly to cry. Karen picks her up and rocks her in her arms.

                    KAREN (CONT'D)
          There, there, shhhh...

                    TED
          See, Michael. This is what happens.

                    MIKE
          What happens when what?! I'm the
          only one acting normal around here.
          I'm the only who cares about Will --

Ted takes a bite out of a chicken drum. Chews.

                    TED
          That's not fair, Michael. We care.

Mike stares at his dad. He can't take his apathy, not
tonight. He stands up from the table and hurries off.

Holly cries louder. Ted continues to chew.

Karen shoots daggers at him.

                    KAREN
          I hope you're enjoying your
          chicken, Ted.

She carries Holly out of the room.

                    TED
          Hey. What'd I do? Karen? Karen?!

**EXT. WOODS -- NIGHT**

A constellation of flashlights glimmer in the night.

OVER TWO DOZEN SEARCH AND RESCUE VOLUNTEERS are scouring the
forest for Will. They wear orange vests, grave expressions.

We find Hopper. Mr. Clarke walks at his side.

                    MR. CLARKE
          He's a good student.

Hopper turns. Surprised this man is speaking to him.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009507
DEFS_0019745

49.

                    HOPPER
          What's that?

                    MR. CLARKE
          Will. He's a good student. A great
          one, actually. I can't imagine him
          getting into any kind of trouble.

                    HOPPER
          Sometimes trouble finds us.

Mr. Clarke nods. Offers his hand.

                    MR. CLARKE
          I don't think we've met. Douglas
          Clarke. I teach at Montauk middle.
          Earth and Biology --

Hopper shakes his hand. Then promptly averts his gaze.

                    HOPPER
          Always had a distaste for science.

                    MR. CLARKE
          Maybe you had a bad teacher.

                    HOPPER
          Ms. Kreitzberg was nasty, alright.

                    MR. CLAKRE
          Kreitzberg? You bet. She's still
          kicking around, believe it or not --

                    HOPPER
          Oh I believe it. Mummies don't die,
          or say they tell me.

Mr. Clarke smiles softly.

                    MR. CLARKE
          So you're an islander?

                    HOPPER
          Class of fifty eight.

                    MR. CLARKE
          Sixty two. Just missed each other.

They walk for another beat. Hopper seems lost in thought.

                    HOPPER
          Sara, my daughter. Nature, science,
          the universe, whatnot, she always
          understood that stuff. Maybe she
          got it from her mother, I dunno.
                    (MORE)

CONFIDENTIAL
CONFIDENTIAL

50.

                    HOPPER (CONT'D)
          Me... there's enough shit down
          here, I don't need to be looking
          elsewhere.

                    MR. CLARKE
          Your daughter. What grade is she?
          Maybe I'll get her in my class.

                    HOPPER
          She lives in the city. With her
          mother.

                    MR. CLARKE
          Oh.

Hopper slaps Clarke on the back.

                    HOPPER
          Thanks for coming out, teach.
          Appreciate it.

Hopper picks up his pace, leaving Mr. Clarke behind.

A nearby VOLUNTEER whispers to Mr. Clarke:

                    VOLUNTEER #1
          She passed a few years back.

                    MR. CLAKRE
          Sorry?

                    VOLUNTEER #1
          His daughter.

Mr. Clarke darkens. He looks back at Hopper.

He is a distant silhouette now.

**INT. MIKE'S ROOM - WHEELER HOUSE - NIGHT**

The Demogorgen gazes at us with its four angry eyes.

Mike is lying on the carpet, studying the D and D map. He is
worried and restless. He examines field of miniatures. The
Troglodytes... the knight.. the dwarf... and the wizard.

Mike picks up the wizard. Studies it. Considering.

                    MIKE (V.O.)
          Lucas? It's Mike. You copy? Lucas?

**MOMENTS LATER.**

Mike is now at his desk. Calling into a walkie-talkie.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009509
DEFS_0019747

51.

Lucas finally answers. His voice crackling.

> LUCAS (O.S.)
> Hey Mike. It's Lucas.

> MIKE
> Say "over" when you're done talking
> or I don't know you're done. Over.

> LUCAS (O.S.)
> I'm done. Over.

> MIKE
> I'm worried about Will. Over.

> LUCAS (O.S.)
> No shit. This is crazy. Over.

> MIKE
> I was thinking... Will could've
> cast Protection last night. But he
> didn't. He cast Fireball. Over.

> LUCAS (O.S.)
> So? What's your point? Over.

> MIKE
> My point is... he could have played
> it safe. But he didn't. He put
> himself in danger to help his
> friends. Over.

A very long beat. Then:

> LUCAS (O.S.)
> Meet me in ten. Over and out.

**MOMENTS LATER.**

Mike jams a few FLASHLIGHTS and WALKIES into his backpack.

**INT. WHEELERS HOUSE  -- LIVING ROOM  -- NIGHT**

Mike sneaks downstairs. The stairs groan beneath him. In the
living room, his dad is watching TV. Snoring. Fast asleep.

Mike sneaks past.

**EXT. BYERS HOUSE -- NIGHT**

Mike wheels his bike out of the garage.

WHAM! A SHADOWED FIGURE suddenly drops down behind him. He
startles, but it's only Nancy. She climbed down a drain pipe.

CONFIDENTIAL
CONFIDENTIAL

                        MIKE
          Nancy?! Jesus !

                        NANCY
          How'd you get out here freak?!

                        MIKE
          The back door?

Nancy looks back at the drain pipe.

                        NANCY
          Shit.
              (back to Mike)
          You're not looking for Will are
          you?

                        MIKE
          You're not seeing Steve Harrington
          are you?

                        NANCY
          Don't tell mom.

                        MIKE
          You don't tell mom.

Mike spits in his hand. Holds it out.

                        NANCY
          That's disgusting.

A nearby STATION WAGON flashes its lights. *A signal.*

                        NANCY (CONT'D)
          Barb's here. I gotta go. Don't do
          anything stupid, freak.

                        MIKE
          Wait, you have to shake it or it
          doesn't count! Nancy!

But Nancy is already gone. She climbs into Barbara's car.

Mike wipes the salvia off in his jeans. Climbs on his bike.

And pedals off into the night.

**EXT. BENNY'S FISH N FRY -- NIGHT**

A dim light burns inside the FISH N FRY.

**INT. BENNY'S FISH N FRY --  KITCHEN -- NIGHT**

Benny scrubs dishes with a rag. Cleaning up.

CONFIDENTIAL
CONFIDENTIAL

53.

He glances over at Eleven. She is sitting cross-legged on the
floor, feeding his rottweiler raw fish. Best friends now.

> BENNY
> Make sure he doesn't get any bones
> now. Don't want him to choke.

Eleven fishes out a bone and feeds him one last piece of
fish. The dog gobbles it up, then licks her on the lips. She
recoils, smiles. For the first time, she seems like a kid.

Benny watches. Knocks off the faucet.

> BENNY (CONT'D)
> A smile looks good on ya.

Eleven looks at him. Confused.

> BENNY (CONT'D)
> A smile.

Benny gives a big smile. Eleven is still confused.

> BENNY (CONT'D)
> Nevermind.

He puts away the dish rag and walks over to her.

> BENNY (CONT'D)
> Let's get you to bed, huh? Sleep.

Benny mimes sleeping. Eleven smiles again.

> ELEVEN
> Good.

> BENNY
> Yeah, it is good.

She shakes her head. "No." Then she points at him.

> ELEVEN
> Good.

> BENNY
> Good? Me?

Eleven nods. Benny can't help but chuckle.

> WHO'D
> A know a few ladies who'd beg to
> differ.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009512
DEFS_0019750

54.

Benny rolls up his sleeve. There are a numerous names
tattooed on his right arm. SHARON, BETTY, CAROL ANN. His
exes. That is, all but one. Eleven points at it: "TOMMY."

>                    ELEVEN
>          Brother.

Benny stares. His heart skips a beat.

>                    BENNY
>          What'd you say?

>                    ELEVEN
>          Little brother.

Eleven smiles. But Benny does not. He is flustered.

>                    BENNY
>          How... how the hell'd you -- ?

The SOUND OF TIRES ON GRAVEL SUDDENLY interrupts him.
Headlights sweep past the window. Eleven tenses. Nervous.

>                    BENNY (CONT'D)
>          Just.... stay put. Whoever it is,
>          I'll turn 'em away, alright?

**INT. BENNY'S FISH N FRY -- DINING ROOM -- NIGHT**

Benny lumbers into the kitchen. Swings open the front door.

A WOMAN, 40, approaches. She smiles warmly.

>                    BLONDE WOMAN
>          You must be Benny. Benny Henderson?

>                    BENNY
>          'fraid so. Also 'fraid we closed
>          early today. Try back tomorrow --

Benny starts to shut the door, but the woman extends a hand.

>                    BLONDE WOMAN
>          Connie Frazier. Social services.

>                    BENNY
>          Connie. *Connie*. Shit. Apologizes.

Benny takes her hand. His grip is firm.

>                    BENNY (CONT'D)
>          Didn't think you were gonna make it
>          all the way out here tonight.
>          That's a heckuva drive.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009513
DEFS_0019751

55.

                    CONNIE
          Not too bad this time of night.

Benny nods. Lowers his voice.

                    BENNY
          Listen. I still haven't told the
          girl about you. I didn't want her
          runnin' off again. She's a bit...
          skittish. To say the least.

                    CONNIE
          Children I work with usually are.
               (smiles)
          Where is she now?

                    BENNY
          In the back. I'll take ya.

Benny turns and walks toward the kitchen.

                    BENNY (CONT'D)
          Apologies again for not recognizing
          you at first. It's funny. Your
          voice, it sounded different on the--

A HOLE SUDDENLY ERUPTS IN BENNY'S FOREHEAD. BLOOD SPRAYS. HIS
BODY GOES LIMP AND HE CRASHES TO THE GROUND WITH A HEAVY
THUD. A POOL OF BLOOD SPREADS FROM THE WOUND ON HIS HEAD.

His body twitches. Then stills.

Benny is dead.

Behind him: "Connie" holds a silencer pistol. A GROUP OF
ARMED MEN sweep into the restaurant behind her. We recognize
several of them from Camp Hero. These aren't social workers.

These are Agents.

**INT. KITCHEN -- MOMENTS LATER**

The Agents head into the kitchen. Moving slow. Guns raised.

WOOF! The rottweiler suddenly explodes out of shadows and
lunges at them with his jaws open. Agent One fires. POP! A
bullet drills the dog's head. It skids to the floor. Dead.

Agent One quietly surveys the kitchen. His eyes lock onto the
STORAGE CLOSET. A dim shadow moves beneath the door frame. He
makes a hand signal, alerting the others. They begin to make
their way to the door. *All this caution for one little girl?*

They take one step toward the closet. Two steps. Three. *Four*.

CONFIDENTIAL
CONFIDENTIAL

56.

Agent One holds up his hand. The others stop. His eyes fix on the hinges of the door. Impossibly, the metal is pushing outward. Bending. It's as if the door is under immense pressure.

                    AGENT TWO
          Eleven --

WHOOM! THE DOOR EXPLODES -- BLOWING RIGHT OFF ITS HINGES -- THE DOOR SLAMS INTO THE AGENTS -- KNOCKING THEM DOWN LIKE BOWLING PINS -- THEIR GUNS SCATTER ACROSS THE FLOOR -- WOOD SHRAPNEL HITS AGENT ONE IN THE FACE -- TEARING HIS LEFT CHEEK OPEN -- HE FALLS TO THE GROUND WITH A PAINED SCREAM -- AND --

Eleven bursts out of the closet. Her eyes dart.

She sees the dead dog.

Then Benny.

She looks down at the agents. Rolling in pain on the floor.

Tears spills down her cheeks, mixing with the blood.

                    ELEVEN
          Bad.

And then she turns.

And *runs*.

                    **END ACT FOUR**

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009515
DEFS_0019753

57.

<u>**BEGIN ACT FIVE**</u>

**EXT. MONTAUK BEACH -- TURTLE COVE -- NIGHT**

WHOOM! A BONFIRE rages on the beach. Flames lick the sky.

A group of high school students are silhouetted against the fire, drinking beer, smoking pot, and making out. "Call Me" by "Blondie" blasts from the windows of an idling pick-up.

We find Nancy and Barbara. They look out of their element here, bobbing awkwardly to the tune. Nancy takes swig of a beer. Grimaces as it goes down. Clearly not a drinker.

She holds the beer out for Barb. Barb waves it off.

> NANCY
> You're such a prude.

Nancy takes another swig. Barbara surveys the crowd.

> BARBARA
> I, I don't see him. We should go.

> NANCY
> We just got here -- relax.

Nancy motions to TOMMY H, 16, a bit overweight with a scraggly half-beard.

> NANCY (CONT'D)
> What about Tommy H?

> BARBARA
> Ew.

> NANCY
> Come on -- he's kinda cute. And I heard he broke it off with Carol...

Barbara considers. Then holds out a hand for the beere. Nancy smiles and passes it. *Much better.* But her smiles soon turns into a SHRIEK when a pair of hands snatch her from behind.

It is Steve. Of course it's Steve. His eyes are bloodshot, flagging. He's drunk or stoned or both. Probably both.

> STEVE
> Where's Mrs. Cratchett?

> NANCY
> Shut up asshole -- you're late!

> STEVE
> Come on!

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009516
DEFS_0019754

58.

Steve grabs her hand and pulls her away. She laughs.

> NANCY
> Where are we going?! Steve! STEVE!

Steve breaks into a run, dragging Nancy with him. She laughs
louder, her hair blowing in the wind. She looks back at Barb
with a wide-eyed smile. *Sorry!*

Barbara sighs. Takes a swig of beer. And grimaces.

**EXT. FOREST ROAD -- END OF NEIGHBORHOOD -- NIGHT**

*Tickticktick.* The second hand of a clock inches forward.

Mike is staring at his wristwatch. Impatient. He looks up. A
pair of bikes approach. Headlights winking in the night.

It is Lucas and Dustin. They pull to a stop.

> MIKE
> What happened to ten minutes?

> LUCAS
> (catching breath)
> Parents were watching MASH. No way
> past.

> DUSTIN
> Same.

Mike sighs. He passes Dustin a WALKIE TALKIE and FLASHLIGHT.

> MIKE
> Stay on channel six just in case,
> but no splitting up, okay?

Dustin nods. Mike climbs onto his bike.

> LUCAS
> Where are we going?

> MIKE
> Mirkwood.

And with that, Mike pedals off into the night.

Lucas and Dustin share worried looks.

And then follow.

**EXT. FOREST -- NIGHT**

Hopper continues to search for the forest for Will.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009517
DEFS_0019755

59.

Flashlights wink dimly behind him. He's put a lot of distance
between himself and the rest of the searchers. Screw it. He
removes the vial from his jacket pocket, and pops the cap.

Empty. He forgot. *Shit.* He turns. Tosses the vial.

And that is when he notices. In the distance...

A ORANGE GLOW. FLICKERING THROUGH FOLIAGE. OTHERWORLDLY.

Hopper tracks the light. Shoving through the foliage.

**EXT. MONTAUK BEACH -- TURTLE COVE -- NIGHT**

A WAVE CRASHES against rock.

Steve and Nancy are still racing along the beach. Nancy is
out-of-breath, the bonfire is far behind them now, fading.

> NANCY
> Steve! Where are we going?! Steve --

> STEVE
> Right... HERE!

Steve shoves Nancy onto a sand dune. She shrieks. He then
drops on top of her and begins kiss her aggressively.

> NANCY
> Steve, hey, can we just... talk for
> a -- a for a second... Steve -- ?

But Steve didn't bring her out all the way out here to talk.
He starts to pull her sweater off. She tries to stop him.

> STEVE
> Come on --

He flings her sweater to the sand. Nancy covers her bra with
her arms. Shy -- and cold.

> NANCY
> It, it's freezing...

Steve isn't listening. He unbuttons her jeans.

> NANCY (CONT'D)
> Steve...

He yanks her jeans down below her waist. Nancy is in only in
her underwear now. Her breathing quickens. Her heart pounds.

Steve removes a CONDOM WRAPPER from his pockets.

CONFIDENTIAL
CONFIDENTIAL

                        NANCY (CONT'D)
            Steve... I, I've never...

Steve isn't listening. Or doesn't care. He tears the wrapper.

We cut out to an EXTREME WIDE SHOT. Their silhouetted bodies
writhe in the moonlight. Another wave CRASHES the rocks and --

**EXT. FOREST ROAD -- NIGHT**

VROOM! A MOPED zips across a road. A wave of dirt behind it.

**EXT. BYERS HOUSE --  DRIVEWAY -- LATER**

Jonathan dismounts the moped and heads to the house, only to
come to a stop on the porch. He hears something. WHIMPERING.

**EXT. BYERS HOUSE -- BACKYARD**

Jonathan tracks the sound to the back of houses.

Chester is one again pacing outside the shed. Whimpering.

                        JONATHAN
            What is it, buddy? You want
            something in there?

Chester just continues to pace. Upset. *Scared.*

Jonathan steps up to the shed an pushes open the door. He
expects Chester to race inside, but he doesn't. Instead, he
backs away. His whimper grows. This unnerves Jonathan. He
looks into the shed but can't see anything. It's too dark.

He steps inside.

**INT. SHED -- CONTINUOUS**

Jonathan's eyes lock onto something. His breath quickens.

The light bulb hums. Flickers again. Growing brighter.

And that is when we see it. There is something very strange
on the far wall. It looks almost like a spot of black mold.
Only... it is throbbing and, slowly but surely, *spreading.*

Very slowly, he raises up his 35mm camera.

And snaps a picture.

**EXT. MONTAUK BEACH -- NIGHT**

The BONFIRE spits and rages. Music blares.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009519
DEFS_0019757

61.

Barbara walks over to Tommy H. He is toasting a marshmallow
in the fire. She waits him to say something to her, but he
just keeps staring at that marshmallow. Focused on it.

                    BARBARA
          Hey Tommy.

                    TOMMY H.
          Hey.

                    BARBARA
          I'm -- I'm Barbara. We've got
          chemistry together --

                    TOMMY H.
          I know.

                    BARBARA
          You ready for that test tomorrow?

Tommy shrugs. He could give a shit.

                    BARBARA (CONT'D)
          It's so stupid, right? Who cares? I
          mean -- Db, Os, Zn, it's all "BS"
          if you ask me.

Barbara laughs and takes a swig of her beer. Trying hard to
fit in. But she can't hide that grimace as it goes down.

Tommy takes his marshmallow from the fire. An even brown.

                    TOMMY H.
          Fucking perfect.

He leaves Barbara and joins his friends. It is as if she
wasn't even a real person. She looks down the beach,
searching for signs of Nancy. She sees only darkness.

She tosses the beer.

**INT./EXT. STATION WAGON -- SIDE OF THE ROAD -- NIGHT**

Barbara storms back to her station wagon. Fighting tears.

She jump inside her Wagon, which is parked along an empty
beach side road. Turns the keys. The engine COUGHS. Sputters.

                    BARBARA
          No no no no...

Barbara turns the keys again. Again. Still nothing.

                    BARBARA (CONT'D)
          GODDAMITI! GODDAMMIT! GODDAMMIT!

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009520
DEFS_0019758

62.

She SMACKS no steering wheel in frustration. She can't hold
her tears anymore. She begins to sob. When --

THE RADIO BLASTS TO LIFE. SHE NEARLY JUMPS OUT OF HER SEAT.

The radio begins to cycle rapidly through the stations. The
songs are warped, garbled, static-y. The speedometer rises
and falls, the blinkers flash, the dashboard light stutters.

Barbara stares, dumbfounded. It is like her car is coming to
life.  Then she looks down. The hairs on her arms are
standing straight up. *She's gotta get out of here.*

She pops off her seat belt and rips out the keys and --

Everything stops. Back to normal. Barbara stares. Confused.

SMASH! THE WINDOW BEHIND HER SHATTERS.

She SCREAMS.

**INT. BYERS HOUSE -- DINING ROOM -- NIGHT**

BRRRRRRING! The phone SCREAMS in the Byers' kitchen.

Joyce bolts up from the couch. Tear-stained eyes wide.

She races to the phone. Rips it up.

                JOYCE
      Yes -- hel--hello?
          (silence)
      Lonnie? Hello?
          (silence)
      Hello?!

She can now hear DISTANT BREATHING. Faint. But *there*.

Joyce is getting scared.

              JOYCE CONT'D
      Who... who is this?

At last we hear a voice. It sounds very far away.

            DISTANT VOICE
      ....M...o....m...

Joyce pales. Tears rush to her eyes.

              JOYCE
      Will?!! *Will*?!! Baby is that you?!
      Where are you?! Talk to me! WILL?!

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009521
DEFS_0019759

63.

But Will's voice is now gone. In its place, another voice. It
sounds GUTTURAL. It sounds... INHUMAN.

Joyce's voice shakes.

                    JOYCE (CONT'D)
          WHO IS THIS? WHAT HAVE DONE WITH MY
          BABY?! WHAT HAVE YOU DONE?!

A HIGH-PITCHED SHRIEK ERUPTS FROM THE RECEIVER.

Joyce gasps in pain and drops the phone. She looks down at
her hand. Her palm is seared and her arm hairs stand straight
up. She's been *electrocuted*.

Joyce backs away from the phone in horror. She collides with
the wall and slumps down to the floor. She is too scared to
cry. Too scared to scream.  She just stares at the phone.

It dangles from its cord. Swinging like a pendulum.

Back and forth. Back and forth. Back and...

**EXT. WOODS -- CLEARING -- NIGHT**

Hopper pushes through foliage.

He stills. The orange light washes over his face.

What he sees, is, in fact, not otherwodly at all. But it *is*
strange: A GROUP OF CONSTRUCTION WORKERS are repairing that
gaping, charred hole in the Camp Hero fence. Welding meatal.

Hoper watches them. Studying the hole. His curiosity piqued.

Beyond them lies Camp Hero. Its radar dish roates.

Its spins around. And around. And....

                    BARBARA (PRE-LAP)
          HELLLP!!!!

**EXT. UNKNOWN - NIGHT**

Barbara stumbles onto the beach. Screaming for help.

Her face is pale. Blood spills from her nose and ears.

She crashes to a halt and looks around in a panic. There is
no bonfire. No kids. No party. Yet somehow, impossibly, she
can *hear* the party. The sound of music, of people talking,
laughing. Only it all sounds very far away. Like a memory.

A fog has drifted in from the Atlantic. The waves roll in
slowly, slower than normal. Beneath the fog, *they* approach:

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009522
DEFS_0019760

64.

STRANGE SHADOWED FIGURES. TALL. DISFIGURED.

One of them walks on all fours.

They SHRIEK and --

**EXT. MIRKWOOD -- LATER**

WHOOSH! Our kids swerve onto "Mirkwood" road.

They pass the now familiar CAMP HERO fence with its ominous
warning sign. They pay it no heed. They've seen it before.

They scan the tree line, calling out as they go:

>                MIKE
>      Will?! WILL?!

>                LUCAS
>      WILL?!

>                DUSTIN
>      I've got your Uncanny! 269!

There is, of course, no answer. The boys bike on in silence
for a little while longer. Lucas grows impatient.

>                LUCAS
>      Why are we even here? My mom says
>      there's a search party.

>                MIKE
>      But they don't know Will, and he
>      doesn't know them. He *knows* us.

>                LUCAS
>      So?

>                MIKE
>      So what if he's scared --

A SHADOWED FIGURE SUDDENLY APPEARS IN THE MIDDLE OF ROAD --
RACING ACROSS THE PAVEMENT -- CHARGING RIGHT FOR OUR BOYS --

Mike's eyes shoot wide -- he spins the wheel to the left --
too fast -- he loses control -- skids -- Dustin and Lucas
crash into him -- they all tumble off their bikes -- and --

They slam into pavement.  Roll to violent stop. They groan on
the pavement. Knees scraped and bloody.

>                LUCAS
>      ...The hell Mike?

CONFIDENTIAL
CONFIDENTIAL

65.

But Mike isn't saying anything. Instead, he slowly climbs to his feet, turns around, and looks at the road behind them.

The SHADOWED FIGURE is still there. Staring right at them.

Mike is wide-eyed. Scared. He raises his flashlight and aims it at the figure. The beam illuminates a young girl. Bald head. Wild eyes. Wearing a FISH NY FRY t-shirt like a dress.

<u>It is Eleven</u>. She looks at Mike. And he looks at her.

Their gaze holds.

And...

**END "CHAPTER ONE"**

CONFIDENTIAL
CONFIDENTIAL

DUFFER_009524
DEFS_0019762

# EXHIBIT G

**From:** Duffer Bros
**Sent:** Mon, 1 Sep 2014 14:56:19 -0700
**To:** Steffen ASC;Aaron Sims
**Subject:** concept art

Hey Aaron and Steffen,

So we have a question for you guys unrelated to HIDDEN, believe it or not! We're developing a look book for our new sci fi horror limited series that should be going out to the town shortly, and we were thinking it might be nice to have some accompanying concept art.

We don't want to interfere with any work being done on HIDDEN -- which obviously takes priority -- but we know you guys work with concept artists all the time. So.... do you know someone who might be interested in doing some concept art for us? We've used art students in the past, but we felt we should come to you guys first. It would have to be on a somewhat short timetable and, as this is a spec, payment will come out of our pockets so the funds are a bit limited. How's that for a hard sell? Our hope, of course, would be to get the concept artist work on the project if/when it is set-up.

Anyway, let us know if you know anyone who might be interest. If not, no worries.

Looking forward to seeing more of your work on HIDDEN! We honestly wish we could have gotten you guys to do even more shots, because you're crushing it.

--Duffers

CONFIDENTIAL

# EXHIBIT H

| | |
|---|---|
| **From:** | Duffer Bros <span style="background:black">████████████</span>> |
| **To:** | Aaron Sims |
| **CC:** | Steffen ASC |
| **Sent:** | 9/2/2014 11:53:45 PM |
| **Subject:** | Montauk -- concept art |
| **Attachments:** | carrie_book.jpg; Montauk 1.jpg; Montauk_pilot_9_2.pdf; thelongwalk-bookcover.jpg |

Hey Aaron and Steffen,

We attached the script for our new project, entitled MONTAUK.

We have also attached an image we designed for our look book cover, as well as original cover art from two Stephen King novels; we are modeling the look book after this style and would love if the art evoked it in some way.

There are several images from the script we think will make for the best concept art:

-- Dead scientists/laboratory, including door frame and isolation tank device, described on page 2
-- Strange growths in the shed, with dangling lightbulb, described on page 43
-- Barbara on the beach, surrounded by fog and silhouetted monsters, described on page 62
-- Mike aiming a flashlight at Eleven on the night road, described on page 63

These are just our best ideas; please let us know if you have any suggestions. Also let us know a ballpark estimate so we know what we can afford. Again, these drawings can be stylized -- they do not need to be photo real. They just need to capture the concept/tone.

We hope the show actually becomes real! We would love to work on something with you guys from the ground up.

Talk soon,

Duffers

CONFIDENTIAL
CONFIDENTIAL

**<u>MONTAUK</u>**

Pilot

Written by

The Duffer Brothers

**Paradigm**

360 North Crescent Drive
North Building
Beverly Hills, CA 90210
tel: 310-288-8000
fax: 310-288-2000

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001879
DEFS_0012117

**TITLES OVER BLACK:**

    1942. WORLD WAR II. THE UNITED STATES BUILDS A MILITARY
BASE AT THE EASTERN-MOST POINT OF MONTAUK, NEW YORK.

          IT SPANS 278 ACRES. IT IS CALLED CAMP HERO.

    1972. THE COLD WAR. AN ALLEGED SERIES OF TOP-SECRET
      EXPERIMENTS BEGIN TO TAKE PLACE AT CAMP HERO.

      DECEMBER, 1980. CAMP HERO IS SHUT DOWN FOR
             UNDISCLOSED REASONS.

     TO THIS DAY, ITS RECORDS REMAIN CLASSIFIED...

**EXT. MONTAUK SKY – NIGHT**

We FADE UP on the night sky. Dark clouds swallow the stars.

We hear a LOW-END RUMBLE. It sounds almost like thunder, only
it is somehow more alive. Like the growl of an unseen beast.

We TILT DOWN to find...

**CAMP HERO MILITARY BASE.** It is an imposing cement building in
a dense forest. A LONG-RANGE SEARCH RADAR DISH rotates atop
its roof. Around and around.

Superimpose titles:

         CAMP HERO. MONTAUK, NEW YORK.

           OCTOBER 5. 1980.

       TWO MONTHS BEFORE THE SHUTDOWN.

**INT. CAMP HERO – TUNNEL SYSTEM – NIGHT**

We move down a long windowless corridor.

There is a STEEL DOOR at the end.

We draw closer to this door...

And closer...

And...

WHOOM! THE DOOR SUDDENLY EXPLODES OPEN. THE HINGES SHRIEK.

A SCIENTIST staggers out into the corridor. He is gasping for
breath. A Hazmat suit melts off his body. We can see some
skin beneath; it is burned, shredded, bloody. His entire left
arm is missing.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001880
DEFS_0012118

He collapses to the floor. Twitches. Stills. *Dead*.

His eyes remain open. Frozen in a look of sheer terror.

We continue past him...

Moving into...

**A LABORATORY.**

A DOZEN MORE SCIENTISTS lie dead on the ground.

They too, are burned; many also missing limbs. Some, heads.

We survey the lab around them. There are BULKY COMPUTERS, MYSTERIOUS ANALOG EQUIPMENT, and most striking of all:

An ISOLATION TANK, an upright metal cylinder filled with water. A tangle of electrical wires connect this tank to...

A METAL DOOR FRAME. The door leads nowhere; there is just empty white space behind it. The base of the door is on fire.

We watch as this fire begins to spread across the lab.

The flames grow hotter...

And hotter...

And...

HISS! FIRE SPRINKLERS kick on.

**EXT. SUBURBAN NEIGHBORHOOD – NIGHT**

HISS! LAWN SPRINKLERS kick on.

We are now in a 1980s SUBURBAN CUL-DE-SAC. Quiet. Calm.

A row of uniform houses wind up the tree-lined street; station wagons and other family cars fill driveways; TV sets flicker behind drawn curtains; a few dogs bark.

We hear the VOICE OF A YOUNG BOY. Dramatic, intense.

> MIKE (O.S.)
> Do you hear that? Listen...

We focus on a TWO-STORY HOUSE at the end of the cul-de-sac.

The mailbox reads: THE WHEELERS.

> MIKE (O.S.) (CONT'D)
> Something is coming... something
> hungry for blood...

CONFIDENTIAL
CONFIDENTIAL

3.

**INT. WHEELER HOUSE - MIKE'S ROOM - NIGHT**

A GROUP OF BOYS, 12 years old, play DUNGEONS AND DRAGONS.

They sit in a circle, their knobby knees buried in carpet. A
map is spread out between them, along with an empty pizza
box, canned cokes, and the all-important DUNGEONS AND DRAGONS
MONSTER MANUAL.

MIKE WHEELER, 12, is the "Dungeon Master." He is a cute moppy
haired kid, classically good looking except for a BIRTHMARK
on his left cheek.

> MIKE (CONT'D)
> A shadow grows on the wall behind
> you... swallowing you in
> darkness... *it* is almost here...

The other boys lean forward. Riveted. We survey them:

LUCAS CONLEY, 12, playing as a knight. He is very small but
his loud mouth more than makes up for it.

DUSTIN HENDERSON, 12, playing as a dwarf. He wears glasses,
is overweight, not quite fat, but he'll get there someday.

WILL BYERS, 12, playing as a wizard. Soft-spoken, gentle.

> WILL
> ...What is it?

> DUSTIN
> The Demogorgon?

> WILL
> We're screwed if it's the
> Demogorgon --

> LUCAS
> It's not the Demogorgon --

Mike waits for them to settle down. Then:

> MIKE
> An army of Troglodytes charge into
> the chamber!

He slams SIX WINGED MINIATURES onto the map.

> MIKE (CONT'D)
> Their tails drum the floor. Boom!
> Boom! Boom!

> DUSTIN
> Troglodytes?!

CONFIDENTIAL
CONFIDENTIAL

4.

                    LUCAS
        Toldja!

                    DUSTIN
        *Easy*.

Mike looks over his shoulder. His eyes grow wide.

                    MIKE
        *Wait*... do you hear that? Boom!
        Boom! BOOM! That sound... it didn't
        come from the *Troglodytes*. No. It
        came from something behind them...

Mike slams a LARGE TWO-HEADED MONSTER MINIATURE onto the map.

                    MIKE (CONT'D)
        THE DEMOGORGON.

The boys stare. *Shit*.

                    LUCAS
        We're all gonna die.

                    MIKE
        Will, your action.

Will swallows. God, he wishes it wasn't his turn.

                    WILL
        I -- I don't know --

                    LUCAS
        Fireball him --

                    WILL
        I'd have to roll thirteen or
        higher --

                    DUSTIN
        Too risky. Cast a protection spell--

                    LUCAS
        Don't be a pussy! Fireball him!

                    DUSTIN
        Protection spell -- !

                    MIKE
        The Demogorgon is tired of your
        silly human bickering. It steps
        toward you. BOOM!

                    LUCAS
        FIREBALL HIM Will!

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001883
DEFS_0012121

5.

MIKE
Another step. BOOM!

DUSTIN
Cast protection!

MIKE
It roars in anger --

LUCAS                                    DUSTIN
Fireball -- !                      Protection --

MIKE (CONT'D)
And --

WILL
FIREBALL!

Will rolls the dice. Too hard. The dice scatters to the
other side of the room. It lands in front of the bedroom
door.

LUCAS
What is it?!

WILL
I don't know!

DUSTIN
Is it a thirteen?

WILL
I DON'T KNOW!

The boys scramble to look at the dice when --

WHOOM! The bedroom door swings open.

The boys look up to find...

KAREN WHEELER, late 30s, Mike's mom. Short blonde hair,
conservative blouse, blue jeans hiked high above her waist.

MIKE
Mom, we're in the middle of a
campaign -- !

KAREN
You mean the *end*.

She taps her watch.

KAREN (CONT'D)
Fifteen after.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001884
DEFS_0012122

6.

**INT. WHEELER HOUSE - STAIRS - NIGHT**

Mike chases his mom down the stairs.

> MIKE
> Just twenty more minutes --

> KAREN
> It's a school night, Michael, and I
> just put Holly to bed. You can
> finish next weekend --

> MIKE
> That'll ruin the flow --

> KAREN
> *Michael* --

> MIKE
> I'm serious, Mom! It took two weeks
> to design. How was I supposed to
> know it'd take seven hours -- ?

> KAREN
> You've been playing seven hours?!

They reach...

**THE LIVING ROOM.**

Mike's dad, TED, 45, is watching "CHiPS." Or *trying* to. The
signal is terrible; a snowstorm of static obscures the image.

He smacks the TV.

> MIKE
> Dad, don't you think -- ?

> TED
> (not even listening)
> I think you should listen to your
> mother. DAGGUM PIECE OF JUNK!

He smacks the TV again. The static flares.

**BACK UPSTAIRS IN MIKE'S ROOM,**

Lucas, Dustin, and Will stuff belongings into backpacks.

> WILL
> Does the seven count?

> LUCAS
> It was a seven?!

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001885
DEFS_0012123

Will nods.

> LUCAS (CONT'D)
> Did Mike see it?

Will shakes his head.

> LUCAS (CONT'D)
> Then it doesn't count.

**THE UPSTAIRS HALLWAY - MOMENTS LATER**

Dustin and Will bound down the stairs.

Lucas doesn't follow. He peers through a cracked door into...

**NANCY WHEELER'S ROOM.** This is Mike's sister, 16, girl-next-door pretty. She is on her bed in pajamas, a phone in hand, fingers twisting its cord, slender legs kicked in the air.

Lucas angles himself in such a way that he can see Nancy in the reflection of her vanity mirror.

> NANCY
> I know, I know, but -- I don't
> think so -- yeah, he's cute, but --
> Barb -- BARB! -- listen to me --

Nancy turns around on her bed. Spots Lucas in the mirror.

Her smile drops.

> NANCY (CONT'D)
> The HELL LUCAS! GET OUTTA MY ROOM!

She leaps out of bed and storms over to him.

> LUCAS
> I'm not in your room --

> NANCY
> (into phone)
> One of Mike's loser friends --

> LUCAS
> -- Not technically --

WHAM! Nancy slams the door.

**EXT./INT THE WHEELERS GARAGE - NIGHT**

Lucas explodes into the garage. Excited.

> LUCAS
> She knows my name!

CONFIDENTIAL
CONFIDENTIAL

8.

Dustin and Will are mounting bikes; Mike is seeing them off.

                    WILL
          Who -- ?

                    LUCAS
          NANCY!

                    MIKE
          I'm not listening to this --

                    DUSTIN
          She's got a boyfriend now --

                    LUCAS
          Does not --

                    DUSTIN
          Does too --

Mike covers his ears.

                    MIKE
          NOT listening --

                    WILL
          Dustin's right. I've seen her
          hanging around that Steve guy --

                    MIKE
          NOT LISTENING --

                    LUCAS
          Steve Harrington? He's cool --

                    DUSTIN
          *She's cool.* You lost your chance.
          Should've gone for her when she had
          braces and no boobs.

                    LUCAS
          I'm playing the long game.

                    DUSTIN
          Oh, yeah, I'm sure a growth spurt
          will really do it for you, Lucas...

The boys bike out of the garage, arguing as they go. Mike
takes his hands off his ears. He can't help but smile. Then:

BZZZZZ. The light above him begins to flicker. *Strange.*

Mike switches it off and heads back inside.

We return our gaze to the light.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001887
DEFS_0012125

9.

It sputters back on. And...

**EXT. MONTAUK NEIGHBORHOOD – NIGHT**

WHOOSH! The boys bike home.

Their handlebar lights wink in the night. And good thing, because it's dark out here, as in, *very dark*. Montauk is coastal, but it's more akin to living out in the country.

Lucas peels off from the group.

>               LUCAS
>       See ya, ladies.

>               DUSTIN
>       Kiss your mom 'night for me.

Lucas flips him the bird and bikes up a driveway towards his TWO-STORY HOUSE. Almost identical to Mike's, a little larger.

Will and Dustin bike on in silence for a beat, then:

>               DUSTIN (CONT'D)
>       Race to my place? Loser gets a
>       comic?

>               WILL
>       Any comic?

>               DUSTIN
>       Yeah --

Will has heard enough. He starts pedaling. *Fast.*

>               DUSTIN (CONT'D)
>       Shit!

Dustin pedals in pursuit. But he's already behind. And...

**A FEW MINUTES LATER.**

Will whizzes past a house at the far end of neighborhood.

He waves at Dustin. Now fifty yards back.

>               WILL
>       I'll take your X-Men Uncanny two-
>       six-nine!

Dustin stops. Out-of-breath.

>               DUSTIN
>          (really bummed)
>       *...Man.*

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001888
DEFS_0012126

10.

**EXT. FOREST ROAD - LATER**

Will is now biking along an empty forest road. All alone.

He lives much further out than the rest of his friends. It is even darker out here and quiet; unnervingly so. Only the sound of cicadas and a gentle breeze to keep him company.

He bikes past a LARGE METAL FENCE. A warning sign reads:

    AUTHORIZED VEHICLES ONLY. NO TRESPASSING.

We're near Camp Hero.

Will suddenly notices something strange: the hair on the back of his arms is standing straight up. It's like he's in the middle of a massive electrical storm. And perhaps he is...

A LOW-END RUMBLE reverberates above him. He looks up.

Sees nothing but darkness. Clouds over the moon.

He looks back down. His eyes shoot wide.

A TALL FIGURE STANDS IN THE MIDDLE OF THE ROAD.

Will spins the wheel -- loses control --

He veers off the road --

And explodes into --

**THE FOREST.**

The bike flies down a steep hill and --

CRASHES. Will flies off the bike. He skids, rolls, eats dirt. As he lies there on the ground, gasping for air, he hears:

STRANGE GUTTURAL SOUNDS. COMING FROM BEHIND HIM.

He pushes to his feet and turns to the sound.

Foliage shudders. The sounds grow. Something is *coming*.

Will abandons his bike --

And runs.

**EXT. MONTAUK BEACH -- NIGHT**

Will bursts out onto the beach.

The wind whips his clothes. Waves crash the shore. Roaring.

CONFIDENTIAL
CONFIDENTIAL

11.

**MOMENTS LATER.**

He races up a dune toward a house. *His house*.

It is small, lower class, and falling apart after decades of abuse from the battering ocean winds. But it offers safety.

**INT. THE BYERS HOUSE -- NIGHT**

Will slams the door shut behind him and bolts the lock.

A shaggy mutt, CHESTER, races to greet him.

Will ignores him, calls for his family.

> WILL
> MOM?! JONATHAN?! MOM?!

There is no answer.

He checks his **MOM'S BEDROOM.** His **BROTHER'S BEDROOM.**

No one is home. *He is all alone*.

**INT. THE BYERS HOUSE - LIVING ROOM**

Will scrambles back to the living room window.

He cups his hands to the glass and peers out into the yard.

It is dark. Murky. Quiet. A gust of wind blows and...

Day-old laundry flutters on a clothes line to reveal...

THAT FIGURE AGAIN. JUST STANDING THERE AMONGST THE BILLOWING LAUNDRY. WE CAN'T MAKE OUT ANY FEATURES, BUT ITS PROPORTIONS SEEM... OFF. ITS HEAD IS TOO LARGE. ITS ARMS TOO LONG. ITS BODY SWOLEN AND BENT IN A STRANGE, TWISTED SHAPE.

Another gust of wind. The clothes flutters again and...

The Figure is gone.

Will pales. His heart in his throat.

**INT. KITCHEN - MOMENTS LATER**

Will rips a phone off the kitchen wall. Dials 911. But --

It does not ring. Just hums with LOW-END STATIC.

> WILL
> Hello?! HELLO -- ?!

CONFIDENTIAL
CONFIDENTIAL

12.

Will pauses. He hears something on the other line. But not a
voice... it is that GUTTURAL SOUND he heard in the forest.
The pitch rises and falls, making a series of strange sounds.
*Words*? It is as if the figure... whoever... *whatever* it is...
is somehow speaking to him through the phone receiver.

Behind him, Chester begins to GROWL at the front door.

Will lowers the phone. And looks back at the door.

A SHADOW fills the crack at the base of the door.

And then somehow, *impossibly*, the chain bolt begins to slide
open, as if drawn by an invisible hand. The metal SHRIEKS.

Will drops the phone and --

**EXT. BYERS HOUSE - NIGHT**

WHOOM! Will explodes out the back screen door.

He sprints into an OLD WOODEN SHED and --

**INT. SHED - MOMENTS LATER**

WHAM! He slams the shed doors behind him. Breathing hard.

His eyes dart. Searching for *something*.

The shed is cluttered and dark, lit only by a NAKED LIGHT
BULB, hanging from the ceiling. The bulb buzzes, flickers.

At last he spots it:

AN OLD REMINGTON RIFLE. DUSTY. HANGING ON A WALL MOUNT.

Will yanks it down, retrieves a few AMMO SHELLS from a work
bench, and loads the rifle as fast as he can, which isn't
very fast at all; he is so scared his hands sweat and shake.

THUD. THUD. THUD. HEAVY FOOTSTEPS ECHO. THEN GUTTURAL NOISES.

Will looks back to the shed doors. They shudder and moan.

And then, slowly... ever slowly... they begin to yawn open.

Will finishes loading the rifle. He snaps the chamber shut
and aims it at the door. The rifle trembles in his hands.

The shed doors slowly yawn open the rest of way.

It... whatever *it* is... enters the shed.

We still do not show it in full, but we catch glimpses of it
in the flickering light. Misshapen, withered, pale, slick.

13.

Will doesn't fire. He just stares. Paralyzed by fear.

The hairs on his arms stand up again.

His ears begin to drip blood.

And then his nose.

He fights tears.

                    WILL
          ...P-please --

A HIGH-PITCHED SHRIEKING SOUND SUDDENLY FILLS THE SHED.

WE DON'T SEE WHAT HAPPENS TO WILL; WE JUST WATCH THAT NAKED
DANGLING LIGHT BULB. IT GLOWS BRIGHTER AND BRIGHTER AND
BRIGHTER, FILLING THE SHED WITH OVERWHELMING WHITE LIGHT. WE
THINK THE GLASS OF THE BULB IS GOING TO SHATTER BUT THEN --

The TERRIBLE SHRIEKING sound abruptly stops.

The bulb dims. Returning to normal wattage.

We pull away from the light.

The shed is empty.

Will has vanished.

                    **END ACT ONE**

DUFFER_001892
DEFS_0012130

14.

**<u>ACT TWO</u>**

**INT. HOPPER'S HOUSE - MORNING**

BEEEEEEEE! An ALARM CLOCK blasts.

A hand smashes it, shutting it up. The hand belongs to:

JIM HOPPER, or "HOP," early 40s. He is sprawled on a sofa, shirtless, wearing only a pair of worn Levi jeans. His house is a mess, cluttered with beer bottles, cigarette butts, and plastic vials.

A LOCAL NEWSMAN drones on a dusty eight-inch TV:

> NEWS ANCHORMAN
> ...reports of surges and outages
> across the county... we reached out
> to Public Service and Gas and...

Hop sits up. A RAY OF SUN slices through blinds. Strikes him.

He squints. Grimaces. *Hungover.*

**EXT. HOPPER'S HOUSE - MORNING**

Hopper steps out onto a decrepit porch. Drags on a cigarette.

His shack-like house is perched on the shore of the beach. The beach is deserted now; tourist season has come and gone. It's a bit lonely out here. But damn if it isn't beautiful.

Hop rubs his arms. Getting cold now. Enough beauty for now.

He flicks his cigarette to the sand.

**INT. HOPPER'S HOUSE - BATHROOM - A LITTLE LATER**

Hopper studies his stubble in the mirror.

Considers shaving. Doesn't.

**MOMENTS LATER**

Hopper pops open a PLASTIC VIAL labeled TUINAL.

He shakes out two capsules. Red and blue.

Scoops a mouthful of water. Washes them down.

**INT. HOPPER'S HOUSE - BATHROOM - A LITTLE LATER**

Hopper showers. Water pours down his weary face.

CONFIDENTIAL
CONFIDENTIAL

15.

**INT. HOPPER'S HOUSE - BEDROOM - A LITTLE LATER**

Hopper dresses.

He yanks on a pair of brown pants... A matching brown
collared shirt... A belt with a holster... A 9MM GLOCK...

And lastly, he clips on a GOLD BADGE. It reads:

                    MONTAUK POLICE. CHIEF.

**MOMENTS LATER.**

Hopper heads out the door. We watch through the smudged
window as he climbs into CHEVY BLAZER POLICE CAR. Mustard
sides. Square sirens.

As he peels away, we **DOLLY TOWARD** a FRAMED PHOTOGRAPH hanging
on the wall. In it, a young Hopper stands with a PRETTY WIFE.

He cradles a LITTLE GIRL in his arms.

He looks like a different man.

He looks *happy*.

**EXT. BYERS HOUSE - MORNING**

Silence outside the Byers house.

The wind has died down. The laundry no longer flutters.

The shed is quiet.

**INT. BYERS HOUSE - KITCHEN - MORNING**

JONATHAN BYERS, 16, Will's older brother, cooks breakfast.

He is lanky with dark hair to his shoulders. He's quietly
handsome... but he wouldn't believe it if you told him.

                    JOYCE (O.S.)
               Where the fuck are they?!

His mom, JOYCE BYERS, late 30s, races past. She wears a peach
waitress uniform and too much make-up. She has a Long Island
accent, which comes out even stronger when she curses.

                    JOYCE (CONT'D)
               Fuckfuckfuck --

                    JONATHAN
               Check the couch.

Joyce does. She finds her keys under a cushion. *Thank God.*

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001894
DEFS_0012132

16.

She snatches them up, gives Jonathan a quick peck on the
cheek, and races for the door, only to pause at the last
second. She turns back to Jonathan.

                    JOYCE
          -- Will?  Where's Will?

                    JONATHAN
          Sleeping I guess.

                    JOYCE
          You gotta make sure he's up,
          Jonathan, how many times -- ?!

                    JONATHAN
          I'm making breakfast --

                    JOYCE
          And I work two jobs. Only one if
          I'm late again.

Joyce storms to Will's room. Ranting as she goes.

                    JOYCE (CONT'D)
          Then how will we pay the bills?!
          You think you can feed this family
          working two nights a week at a
          movie house? We'll be out on the
          *goddamn street--*

**INT. DUSTIN'S ROOM - MOMENTS LATER**

Joyce throws open the door to Will's room. Silences.

**INT. KITCHEN - MOMENTS LATER**

She strides back over to Jonathan. Worried now.

                    JOYCE
          Will came home last night, right?

                    JONATHAN
          He's not in his room?

                    JOYCE
          He come home or not?

                    JONATHAN
          I don't know --

                    JOYCE
          You *don't know*?

CONFIDENTIAL
CONFIDENTIAL

17.

                    JONATHAN
         I was at the dark room late. I...
         I guess I lost track of time --

                    JOYCE
         I told you to wait up for him,
         Jonathan, I *specifically* told you --

                    JONATHAN
         He was over at the Wheelers' all
         day. I'm sure he just stayed over.

                    JOYCE
         Seriously Jonathan? Seriously?

                    JONATHAN
         I'm sorry --

                    JOYCE
         Fuck!

Joyce grabs the kitchen wall phone. Mashes a number.

                                   INTERCUT WITH:

**INT. THE WHEELERS HOUSE – KITCHEN – MORNING**

A WALL PHONE RINGS at the Wheelers. It is chaos over here.

Mike is grabbing SYRUP from a cabinet; Nancy is eating
scrambled eggs, HOLLY, 3, is crying; Ted is watching the
morning news; and now the phone is ringing. *The fucking
phone.*

Karen answers. Holly squirms in her arms.

                    KAREN
         Hello?

                    JOYCE
         Karen -- it's Joyce.

                    KAREN
         Joyce, hi --

Behind her, Mike pours syrup onto his scrambles eggs.

                    NANCY
         That's *disgusting.*

                    MIKE
         It's good, swear.

Mike squeezes some onto Nancy's eggs.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001896
DEFS_0012134

18.

                    NANCY
        WHAT THE FUCK MIKE?!

                    TED
        HEY! LANGUAGE!!

Karen puts the phone on her shoulder. She can't hear Joyce.

                    KAREN
        QUIET!
            (back to Joyce)
        I'm sorry, one of those mornings --

                    JOYCE
        Was that Will I heard back there?

                    KAREN
        Will? No, no -- just Michael.

                    JOYCE
        Will didn't spend the night?

                    KAREN
        ...No. He, he left here a little
        after eight.
            (worried now)
        He's not home?

**INT. BYERS HOUSE – MORNING**

Joyce tries to hide her panic.

                    JOYCE
        I -- I was working late last night.
        I'm sure he just left early for
        school. Thanks... thanks Karen --

Joyce hangs up the phone.

She looks scared. And so does Jonathan.

He races for the door. Throws on a dark coat.

                    JOYCE (CONT'D)
        Where are you going?

                    JONATHAN
        To look for Will.

                    JOYCE
        Jonathan wait --

                    JONATHAN
        Call the school.

CONFIDENTIAL
CONFIDENTIAL

19.

The door slams shut.

**EXT. MONTAUK MIDDLE SCHOOL - MORNING**

EEEEEEEE! AN ELECTRONIC BELL BLARES.

We are outside MONTAUK PUBLIC SCHOOL, a quaint one-story
brick building. An American flag waves in the breeze.

Mike pulls up on his bike. He slots it into a bike rack.

> VOICE (O.S.)
> Holy shit Wheeler!

Mike looks up to find two older kids, JAMES and TROY, 14,
striding over to him. They're staring at his birthmark.

> TROY
> I think it grew over the weekend!

> JAMES
> You really gotta get that looked
> at, Wheeler! Might be cancer or
> some shit!

They laugh. Mike simply ignores them. This is a regular
occurrence and this is how he handles it: with passivity.

Today, at least, it works: James and Troy shove past him.

Lucas pulls up on his bike. Glares at the bullies.

> LUCAS
> Assholes.

Mike shrugs it off like it's no big deal, even though it
clearly *is*. But his mood brightens when he spots...

JENNIFER HAYES. Freckled, cute, with a gaggle of POPULAR
FRIENDS.

Lucas punches Mike in the arm.

> LUCAS (CONT'D)
> Jesus, Mike! Reflections!

> MIKE
> What?

> LUCAS
> *Reflections*. Use them, remember?
> You can't just stare like some
> creeper.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001898
DEFS_0012136

20.

> MIKE
> I wasn't staring.

The boys begin to walk toward school.

> MIKE (CONT'D)
> You seen Will around?

> LUCAS
> No -- why?

> MIKE
> I don't know -- his mom called this
> morning, looking for him.

> LUCAS
> I'm sure he's just in class.

> MIKE
> Yeah...

Mike's gaze drifts back over Jennifer.

Lucas punches him again.

> LUCAS
> REFLECTIONS!

**INT. STATION WAGON - SCHOOL PARKING LOT - MORNING**

Nancy gauges her reflection in the rearview mirror.

She is in the driver's seat of a HAND-ME-DOWN 1972 STATION
WAGON. "Crazy Little Thing Called Love" by Queen plays on the
radio. She fusses over herself, carefully applying her
mascara and blush, but she is unhappy with everything.

The song begins to skip. The radio signal stutters.

Nancy looks down at in confusion. What the hell?

A WARNING BELL BLARES. Out of time. *Fuck.*

**EXT. LONG ISLAND HIGH SCHOOL - A FEW MINUTES LATER**

Nancy exits the station wagon and hurries toward school.

**INT. MONTAUK HIGH SCHOOL - MORNING - LATER**

Nancy wades through a bustling hallway.

BARBARA, 16, her best friend, braces, catches up.

> BARBARA
> So? Did he call?

CONFIDENTIAL
CONFIDENTIAL

                  NANCY
          Keep your voice down --

                  BARBARA
          Did he?!

Nancy shakes her head. Walks up to her locker.

                  NANCY
          I told you, he doesn't like me.

Barbara shoots her a look.

                NANCY (CONT'D)
          Okay, I mean, yes, fine, he likes
          me, you know, but not like *that* --

Nancy silences. There is a FOLDED NOTE taped to the inside
her locker. It is addressed "NANCY." She opens it. It reads:

           MEET ME. GIRLS BATHROOM. STEVE.

Nancy looks up at Barbara. Speechless.

                  BARBARA
          You were saying, Nance?

**INT. GIRL'S BATHROOM - MOMENTS LATER**

Nancy slips into the girl's bathroom. It looks vacant.

WHOOM! Someone grabs her and spins her around. It is...

STEVE HARRINGTON, 17, wealthy, athletic, charm to spare.

                  NANCY
          Steve! SHIT. You scared me.

She playfully shoves him back, but Steve just moves closer.
He puts his hands on her waist and kisses her on the mouth.

                NANCY (CONT'D)
          Steve -- What are you doing...?

He kisses her again. Nancy blushes and shrinks away.

                NANCY (CONT'D)
          ...Have you been drinking? Steve?

Steve doesn't answer. He just kisses her some more. Body
pressing up against hers. Nancy gives in, consumed by
hormonal lust, when...

THE BELL RINGS AGAIN. FINAL WARNING.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001900
DEFS_0012138

22.

Nancy crashes back to reality. She quickly pulls away from
Steve and hurries toward the door. Completely flustered.

                    NANCY (CONT'D)
          I -- I have to go --

But Steve grabs her hand, holding her back.

                    STEVE
          Five more minutes --

                    NANCY
          I can't -- I have Mrs. Kreitzberg
          first period, she always gives a
          pop quiz --

                    STEVE
          What about tonight?

                    NANCY
          What -- ?

                    STEVE
          There's gonna be bonfire at Turtle
          Cove. Chrissy'll be there, Donna,
          so will Tommy L. and Tommy H. --

                    NANCY
          I... I have a chemistry test
          tomorrow --

                    STEVE
          What's your GPA again? Three point
          ninenineineninenine-- ?

                    NANCY
          Shut up!

                    STEVE
          Come on. It'll be good times.

She hesitates. Wavering.

                    NANCY
          Can I bring Barb?

                    STEVE
          Bring Mrs. Kreitzberg for all I
          care.

                    NANCY
               (laughs)
          Maybe.

CONFIDENTIAL
CONFIDENTIAL

23.

                    STEVE
        Maybe you'll bring Mrs. Kreitzberg?
        Or maybe you'll come?

                    NANCY
        Just... *Maybe*.

Nancy hurries out of the bathroom. Trying to hide her smile.

Steve grins. He knows he got her. *Hook, line, and sinker.*

**EXT. MONTAUK POLICE STATION - MORNING**

An American flag flutters in the wind. High on a flagpole.

We are outside the MONTAUK POLICE STATION. It is quaint. As
in, *really* quaint. If the sign out front didn't read
POLICE, you'd probably mistake it for a gift shop.

A CHEVY BLAZER POLICE CAR squeals into the lot.

Hopper exits. Dragging on another cigarette.

Still hungover.

**EXT. MONTAUK POLICE STATION - MORNING**

Hopper lumbers inside. Beelines for the coffee machine.

DEPUTIES CALLAHAN and DEPUTY POWELL look up from a game of
five card draw, their cowboy boots kicked up on their desks.

The mood here is casual, to say the least.

                    DEPUTY CALLAHAN
        You look like shit, Chief.

                    HOPPER
        Your wife looked worse when I left
        her.

Hopper begins to make himself a cup of coffee.

His secretary, FLORENCE, 61, approaches. Pad and pen in hand.

                    FLORENCE
        Tell your boys to get their feet
        off the desk. This in't a barn.

Hopper snaps his fingers. The Deputies roll their eyes but
oblige.

Florence adjusts her glasses and consults a note pad.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001902
DEFS_0012140

24.

                    FLORENCE (CONT'D)
          While you were sleeping or drinking
          or whatever it is you deem so
          important on Monday mornings, Carl
          Blackburn came by the office, says
          he saw Earl and his boys
          spearfishing --

                    HOPPER
              (won't look into it)
          Tell him I'll look into it --

                    FLORENCE
          -- And Terry Ives called again,
          yammering on about some more
          activity last night at Camp Hero --

                    HOPPER
          Tell him I've seen that Twilight
          Zone. No, scratch that, don't
          encourage him. If he calls again,
          cite him for wasting my time.

                    FLORENCE
          It is precious.

                    HOPPER
          Damn straight.

Hopper carries his coffee to his office. Florence trails.

                    FLORENCE
          Another thing. Joyce Byers, she
          can't find her son this mornin' --

                    HOPPER
              (won't look into it)
          I'll look into it.

Hopper walks into his office. He crashes to a stop.

Joyce is already *in* his office.

And she doesn't look happy.

**INT. HOOPER'S OFFICE - MORNING**

WHAP! WHAP! WHAP! Type hammers slam ink onto a police report.

A single, ominous word forms one letter at a time: "MISSING."

Hopper looks up from the typewriter. He now has on a pair of
reading glasses, which lend him a more earnest look. His
desk, however, shatters the illusion; it's cluttered with
PAPERS and MUGS and CANDY WRAPPERS, like the desk of a child.

CONFIDENTIAL
CONFIDENTIAL

25.

Joyce paces. Dragging on cigarette. She's on edge. So far out
she might just fall right off.

                    JOYCE
          I've been waiting an hour --

                    HOPPER
          And I apologize again --

                    JOYCE
          A GODDAMN *HOUR* --

                    HOPPER
          I understand. But a boy his age,
          most likely he's playing hookie --

                    JOYCE
          Not my Will, no. He wouldn't do
          that. He's not like that --

                    HOPPER
          You never know. My mother thought I
          was on the debate team, when really
          I was screwing Chrissy Carpenter in
          the back of my dad's boat --

                    JOYCE
          Will's not like you. He's not like
          me. He's not like most.

She's takes another drag on her cigarette. Fights tears.

                    JOYCE (CONT'D)
          He's got a couple of friends. But
          everyone else, they -- they make
          fun of him. Call him names, laugh
          at him, his clothes --

                    HOPPER
          His clothes? What's wrong with his
          clothes?

                    JOYCE
          Too... too colorful -- I, I don't
          know. Does it fucking matter?

                    HOPPER
          Maybe.

Joyce takes another drag.

                    JOYCE
          He's just... different, alright?
          Lonnie... Lonnie always said he was
          queer -- called him a fag.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001904
DEFS_0012142

26.

                    HOPPER
          Is he?

                    JOYCE
          What?

                    HOPPER
          A fag.

                    JOYCE
          He's missing. That's what he is.

Hopper scratches his stubble.

                    HOPPER
          You hear from Lonnie lately?

Joyce hesitates. This is an uncomfortable subject.

                    JOYCE
          He was in Philly last I heard. That
          was 'bout a year ago. But he's got
          nothing to do with this. He doesn't
          give two shits about that boy.

Hopper rummages around his desk. Unearths a pen and a pad.

                    HOPPER
          What's his number?

                    JOYCE
          I told you, Lonnie's got nothin to
          do with this --

                    HOPPER
          Kid goes missing, ninety-nine times
          outta a hundred the kid's with a
          parent or relative --

                    JOYCE
          What about the other time?

                    HOPPER
          What?

                    JOYCE
          You said ninety-nine outta hundred.
          What about the other time? The one.

Hopper removes his reading glasses. Leans forward.

                    HOPPER
          This is Montauk, Joyce. In four
          years, you know the worst thing
          I've seen? You know what it was?
                    (MORE)

DUFFER_001905
DEFS_0012143

27.

> HOPPER (CONT'D)
> (beat)
> When that seagull attacked Eleanor
> Gillepsie. Thought her hair was a
> nest. Was about five seconds from
> shittin' an egg when we showed.

Hopper chuckles at the memory. Trying to lighten the mood.

Joyce begins to relax a little. But only a *little*.

> JOYCE
> I'll call Lonnie. He'll talk to me
> before he talks to a --

> HOPPER
> Pig?

> JOYCE
> Cop.

Joyce sits down. She snuffs her cigarette in an ashtray. Then
she looks back up at Hopper. Her eyes are bloodshot. Glassy.

> JOYCE (CONT'D)
> You find my son, Hop. *Find him.*

Hopper takes this in. All at once he feels burdened with a
responsibility he doesn't want. He finds his composure,
nudges his glasses back on his nose, and resumes typing.

WHAP! WHAP! WHAP! Hammer type SLAMS paper.

**INT. CAMP HERO – SUBTERRANEAN TUNNEL SYSTEM – DAY**

WHAP! WHAP! WHAP! Shoes SLAM tile.

THREE AGENTS stride briskly down Camp Hero's underground
tunnel. They wear gloves, gas masks, plastic overshoes.

**INT. CAMP HERO – LABORATORY – DAY**

The Agents enter the laboratory. Or what still remains of it.

MEDICAL OFFICERS IN HAZMAT SUITS place bloody body parts into
plastic bags, mop up blood, and remove charred equipment.

AGENT ONE removes his gas mask.

He has slicked back hair. Piercing green eyes.

> AGENT TWO
> Sir, your mask --

Agent One ignores him. He walks over to the ISOLATION TANK.

CONFIDENTIAL
CONFIDENTIAL

28.

He opens its cylindrical roof. A ladder slithers down into
water. A TANGLE OF WIRES and ELECTRODES float on the surface.

This tank once held someone. *Something*?

He turns back to the others.

>                          AGENT ONE
>             Where is Eleven?

>                          AGENT THREE
>             We don't know.

Agent One considers.

His gaze shifts to a SURVEILLANCE CAMERA on the ceiling.

**INT. CAMP HERO – SURVEILLANCE ROOM – DAY**

An ENGINEER toggles through SURVEILLANCE FOOTAGE.

The Agents stand behind him. Making him nervous.

>                          ENGINEER
>             Okay, this is it...

The Engineer hits play.

Low definition video shows us the **LABORATORY** from last night,
only now we are back in time; the scientists are still very
much alive, huddled around that strange metal door frame.

There is a confusion of activity, shouting, followed by a
VIOLENT BURST OF A LIGHT. It looks like an explosion. Then...

HISS! Static engulfs the surveillance image.

Beneath this static, we glimpse SHADOWED MOVEMENT. But just
for a few frames. And then the static dissipates to reveal...

The scientists dead on the ground. Blood everywhere.

One of the scientists climbs to his feet. *Still alive.*

He staggers out the door and into the corridor.

We are back to the beginning of our story.

The video snaps to BLACK.

>                          ENGINEER (CONT'D)
>             There's nothing else. All the
>             cameras -- they just... cut out.

29.

                    AGENT ONE
          Go back. Ten seconds.

The Engineer wipes sweat from his forehead. Rewinds.

                    AGENT ONE (CONT'D)
          There.

The Engineer pauses the tape.

                    AGENT ONE (CONT'D)
          Go forward. Four frames.

The Engineer complies. One frame... Two... Three... *Four*.

There is someone... SOMETHING... captured on the video. It is
obscured beneath static, but we see enough to know that this
is the Figure that Will saw last night. For the first time,
we glimpse its small black eyes, buried in pockets of pale,
withered flesh.

                    AGENT TWO
               (low)
          ...What the hell is that...?

A beat.

                    AGENT ONE
          Eleven will know.
               (beat)
          Find her.

Agent One strides away. The door slams shut behind him.

Agents two and three return their gaze to the monitor.
Frightened. The frozen video waves and undulates.

Making the figure appear to bend, stutter.

Making it seem almost...

*Alive*.

                    **END ACT TWO**

CONFIDENTIAL
CONFIDENTIAL

<u>**ACT THREE**</u>

**EXT. WOODS – DAY**

A YOUNG GIRL, 10, emerges out of the woods.

She makes an immediate impression on us: Her hair is buzzed close to the scalp. Her feet are bare. Her skin is pale. She wears a tattered white hospital gown spattered with BLOOD.

She is more like a wild animal than a child.

**EXT. EMPTY ROAD – DAY**

The Young Girl pads barefoot down an empty road.

She sees a RUN-DOWN RESTAURANT in the distance.

A rusted sign reads: "BENNY'S FISH 'N FRY."

**EXT. BENNY'S FISH 'N FRY – DAY**

The Young Girl approaches the restaurant.

She stands on her tiptoes and peers into a smudged window.

BENNY HAMMOND, late 40s, lumbers past the window carrying THREE PLATES OF FISH AND CHIPS. He has leathery skin, sleeve tattoos, and a greasy apron wrapped around his waist.

He drops the plates off at a table of ELDERLY REGULARS.

They chain-smoke, speak with thick islander accents.

> REGULAR #1
> Benny, you hear 'bout Earl and the chickens?

> BENNY
> The chickens? What chickens?

> REGULAR #2
> Earl, see, he wanted to bring a crate of chickens 'board Mundo's boat, thought it'd be a fine idea to feed 'em to the great whites --

Benny guffaws as Regular #2 continues his yarn.

But the Young Girl is only interested in their food.

*She's starving.*

**EXT. BACK OF BENNY'S RESTAURANT - MOMENTS LATER**

The Girl sneaks around the back of the restaurant.

There is a GIANT ROTTWEILER lying out front of the back door. Its fat belly rises and falls. Rises and falls. *It's asleep.*

The Girl watches it for a moment. Makes sure it doesn't wake.

And then sneaks inside.

**INT. FISH 'N FRY - KITCHEN - MOMENTS LATER**

The Young Girl finds herself in a greasy kitchen. FRENCH FRIES sizzle in a deep fryer. Oil SPITS. She startles.

She hurries past and pushes through a door into...

**A STORAGE ROOM.**

A RUSTY FREEZER hums against the back wall.

The Girl yanks back on the handle. It yawns open.

Her eyes shoot wide. The shelves are packed with FRESH FISH.

She snatches up a DEEPWATER COD. So big that she can hardly hold it in her tiny hands. She turns it over onto its side, studies it, smells it. *Has she never seen fish before?*

She bites its fat glistening belly and --

Freezes again. Listening.

> BENNY (O.S.)
> Sticking with Narragansett, Earl?

> REGULAR #2 (O.S.)
> Ya gotta ask?

She hears LUMBERING FOOTSTEPS. Someone is coming this way.

She grabs up as many fish as she can carry and --

**INT. FISH 'N FRY - KITCHEN**

The Girl charges back into the kitchen. Fish in arms.

Benny spots her. Shouts:

> BENNY
> HEY -- !

The Girl bolts for the back door. She knocks over the DEEP FRYER and sends a RAIN OF HOT OIL splashing onto the floor.

CONFIDENTIAL
CONFIDENTIAL

32.

Benny leaps away. Narrowly avoiding the oil.

                    BENNY (CONT'D)
          SONOFA -- !

**EXT. BACK OF BENNY'S RESTAURANT - MOMENTS LATER**

WHOOM! The Girl explodes out the screen door and --

Crashes to a halt. THE ROTTWEILER stands in her path. Awake.

It bares its teeth and snarls angrily and --

WHAM! Benny grabs the Girl by the shoulders.

                    BENNY
          Think you can steal from me, boy!

Benny whirls her around. His expression promptly softens as
he realizes that this is no boy at all. It's also not a girl
either, not exactly, at least not like any he has ever seen.

Regulars #2, drawn by the commotion, steps outside.

                    REGULAR #2
          What'd you catch there, Benny?

Benny looks back at the Young Girl. She writhes in his arms.

He notices her hospital gown. Spattered in BLOOD.

                    BENNY
          ...I got no idea.

**INT. MONTAUK MIDDLE SCHOOL - SCIENCE CLASS - DAY**

MR. CLARKE, 30s, paces in front of a middle school class.

He is magnetic, smart. Handsome too. The girls ogle.

                    MR. CLARKE
          Who here enjoys mysteries?

All of the girls immediately shoot up their hands. Most of
the boys do too, including Mike, Lucas, and Dustin.

                    MR. CLARKE (CONT'D)
          Good, *good*. Because I want you to
          start thinking of this class as an
          investigation into the greatest
          *mysteries* known to man. You'll need
          to learn to think beyond your own
          senses. This means using your
          imagination.
                    (MORE)

CONFIDENTIAL
CONFIDENTIAL

33.

                    MR. CLARKE (CONT'D)
           I don't know how many of you
           watched Cosmos like I asked...
                (more hands)
           ...You may remember something Carl
           Sagan said: "Imagination will often
           carry us to worlds that never were,
           but without it... we go nowhere-- "

A SHARP KNOCKING SOUND interrupts. Mr. Clarke turns.

The VICE PRINCIPAL is standing in the doorway.

                    VICE PRINCIPAL
           Sorry to interrupt... may I borrow
           Michael, Lucas, and Dustin?

Chief Hopper and Deputy Callahan now step into view.

The stunned class looks from the cops to our kids.

Mike, Lucas, and Dustin stare.

                    HOPPER (PRE-LAP)
           ...So you were...racing?

**INT. PRINCIPAL'S OFFICE – A FEW MINUTES LATER**

Our three boys are now scrunched together on a couch.

Hopper and Callahan sit opposite.

                    DUSTIN
           It was me and him, actually --

                    LUCAS
           My house is the first up -

                    MIKE
           He takes Mirkwood home --

                    DUSTIN
           We were racing on a bet and --

                    HOPPER
           Whoa, whoa, *WHOA*. One at a time.
                (points at Mike)
           *You*. You said he takes... what?

                    MIKE
           Mirkwood --

                    HOPPER
           Mirkwood?
                (to Callahan)
           You ever hear of a Mirkwood?

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001912
DEFS_0012150

                      CALLAHAN
Sounds made up.

                      LUCAS
It's from Lord of the Rings --

                      DUSTIN
The *Hobbit* --

                      LUCAS
It doesn't matter -- !

                      DUSTIN
He asked -- !

                      HOPPER
Hey! What'd I just say? One at a
goddamn time.

He points at Mike.

                      HOPPER (CONT'D)
*You.*

                      MIKE
Mirkwood. It's a real road. It's
just the name that's made-up --

                      HOPPER
What's it's real name?

                      MIKE
I don't know. It's by Camp Hero.
Where Crook's Cove and Kerley meet.

Hop jots this information down onto his pad.

                      HOPPER
Yeah, I think I know it.

                      MIKE
We can show you --

                      HOOPER
I said I know it.

                      MIKE
We could help look --

Hopper looks up at Mike sharply.

                      HOPPER
No -- after school, you go straight
home. *All of you.*

CONFIDENTIAL
CONFIDENTIAL

35.

He looks at the other boys. Making eye contact with each.

                    HOPPER (CONT'D)
          That means no biking around looking
          for your friend, no investigating,
          no nonsense. This isn't some Hobbit
          book. I make myself clear?
               (the boys share looks)
          I make myself clear?

The boys share looks. Worried. Shaken by his tone.

They nod.

**INT. BENNY'S FISH 'N FRY - KITCHEN - DAY**

SNAP-HISS! An Atlantic Cod fries in oil. Benny tends it.

**INT. DINING AREA - MOMENTS LATER**

Benny slides a plate of FISH AND CHIPS to the Young Girl.

She is seated at a table in the dining room. It is just her
now; the regulars are gone. Her gown has been replaced with
a "Fish 'N Fry" T-shirt. It droops to her knees like a dress.

The Young Girl stares at the food with wide eyes.

                    BENNY
          Figured you're gonna eat my food
          anyway, might as well eat it right.

The Young Girl reaches out to pick up the fish but...

                    BENNY (CONT'D)
          I said, *right.*

Benny splashes HOT SAUCE onto the fish. He nods. "Okay."

The Girl snatches up the fish and *devours it*. No utensils.

                    BENNY (CONT'D)
          Your parents forget to feed you?

The Girl doesn't respond. Just keeps eating.

                    BENNY (CONT'D)
          That why you ran away?

Still nothing.

                    BENNY (CONT'D)
          They... hurt you?

Nothing.

DUFFER_001914
DEFS_0012152

36.

>                     BENNY (CONT'D)
>           And... you went to the hospital,
>           that it? But you got scared, ran
>           off, found your way here?

The Girl finally looks up at Benny. *Has he hit close to the
mark?* It seems like she is finally going to speak, but
instead she nudges her empty plate over to Benny.

The message is clear: "*more*."

>                     BENNY (CONT'D)
>           How 'bout this: you get more, much
>           as you like, but first, you gotta
>           answer a few 'a my questions. We
>           got a deal?

No response.

>                     BENNY (CONT'D)
>           We'll start easy. My name's Benny.
>           Benny Henderson.

He holds out his hand. Wraps it around her tiny hand.

>                     BENNY (CONT'D)
>           Nice to meet ya. And you are...?

Still no response. Benny sighs. He starts to withdraw his
hand when he notices a SMALL TATTOO on the inside of her
lower left wrist. It reads in simple black lettering: **011**.

>                     BENNY (CONT'D)
>           "Eleven"?

The Young Girl yanks her hand away.

>                     BENNY (CONT'D)
>           What's that mean?

>                     YOUNG GIRL
>           No.

>                     BENNY
>           Well *I'll be damned*. She speaks.
>                (beat, considers)
>           No? No what?

Still nothing.

>                     BENNY (CONT'D)
>           Alright, guess "no" more fish then.

Benny takes her plate and starts to walks away when:

CONFIDENTIAL
CONFIDENTIAL

37.

                    YOUNG GIRL
        ...Eleven.

Benny turns back around.

                    BENNY
        Eleven. Yeah. What's it mean?

The Young Girl points to herself.

                    YOUNG GIRL
        Eleven.

**INT. FISH 'N FRY - KITCHEN - DAY**

Benny is now on a corded phone in the kitchen. Voice hushed.

More food SIZZLES behind him.

                    BENNY
        ...All I know is, poor thing's
        scared to death... confused...
            (beat)
        I'm tellin' you Flor, she won't
        talk about her parents. She's been
        abused or kidnapped or *somethin'*.
        You gotta get the Chief --
            (beat)
        I dont give two shits about a
        missing kid, I got a *found* kid
        right here -- I *am* calm --
            (beat)
        Yeah, yeah, I got a pen.

Benny grabs a pen from his pocket. Scrawls:

        SOCIAL SERVICES. 233-555-4176.

**BACK IN THE MAIN ROOM,**

"Eleven" waits impatiently for the food. Her legs sway
beneath the table. Back and forth. Back and forth.

She becomes aware of a soft, high pitched noise. *Eeeee. Eeee.
Eeee.* She looks up. It's the SCREEN DOOR. The wind is gently
blowing it, causing its hinges to SQUEAK. *Eeeee. Eeee. Eeeee.*

It is incessant. *Annoying*. Eleven narrows her eyes and --

The door stops mid-swing. Like it somehow *froze*.

Eleven looks away. Content now.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001916
DEFS_0012154

38.

**EXT. FOREST ROAD - DAY**

WHOOSH! TWO POLICE CARS speed down the road.

**EXT. FOREST ROAD - DAY**

The cars pull off onto the side of the road.

Hopper, Callahan, and Powell step outside.

**EXT. MIRKWOOD SHORTCUT - A FEW MINUTES LATER**

Hopper trudges down the road, searching for signs of Will.

Behind him, we can see Callahan and Powell. They call out:

> CALLAHAN
> Will Byers?! WILL BYERS?!

> POWELL
> WILL -- ?!

Hopper pulls a vial out of his pocket. Pops two more of those
red and blue pills. And...

He suddenly spots something. Kneels down. There are FAINT
SKID MARKS ON THE PAVEMENT. Too narrow for a car. *A bike*.

He calls out to Callahan and Powell.

> HOPPER
> Hey, I got something here...

Hopper tracks the skid marks off the road and into...

**THE FOREST.**

Hop makes his way down the slope. Sure enough, he finds
WILL'S BICYCLE at the bottom. He brushes leaves away,
revealing the front wheel. It is bent, spokes busted.

Callahan and Powell scramble down after him.

> CALLAHAN
> Shit. That his bike, Chief?

> HOPPER
> (nods)
> Wheel's busted. Musta crashed.

> CALLAHAN
> Think he got hurt in the fall?

Hopper looks back up the slope. Squints in the sun.

CONFIDENTIAL
CONFIDENTIAL

39.

          HOPPER
Not so hurt he couldn't make it
home. And a bike to these kids...
that's like a Cadillac. Doesn't
make sense he'd leave it out here.
He'd walk it home.

A beat. Then:

          HOPPER (CONT'D)
He was in hurry.

**EXT. MONTAUK BEACH – A FEW MOMENTS LATER**

Hopper and the Deputies walk out onto the beach.

A TRAIL OF FOOTPRINTS lead up a dune toward:

The Byers House.

**INT. BYERS HOUSE – KITCHEN – AFTERNOON**

Joyce paces in the kitchen. Back and forth. Back and forth.

The wall phone is pressed hard to her ear. Its cord stretches
as she walks. She drags hard on a cigarette while it rings on
the other end. And rings. And...

CLICK. The other line picks up.

          JOYCE
Lonnie, Thank God. It's Joyce --

Her face drops. A MUFFLED FEMALE VOICE is on the other end.

          JOYCE (CONT'D)
Who is this?
    (listens in disgust)
Cynthia?
    (beat)
This is Joyce -- *Joyce,* Lonnie's *ex-
wife.* I need to speak to Lonnie --
    (beat)
This is an emergency... no, not
later, *now* bitch --

CLICK. The phone goes dead. Joyce burns with anger.

She dials the number again, mashing each number with her long
fingernails. The phone rings. But this time no one answers.

It goes to message.

CONFIDENTIAL
CONFIDENTIAL

                         MALE VOICE (O.S.)
                    (filtered)
               Hey, you've reached Lonnie, I'm not
               here at the moment but...

Joyce's rage rises and rises and...

BEEP. Her turn.

                         JOYCE
               Lonnie, it's Joyce. Some teenage
               whore sayin' she's your girlfriend
               just hung up on me. You don't call
               me back in the next goddamn hour
               I'll report you for not paying
               child support I swear to God I will
               and I'll make sure you rot in jail
               where you belong you FUCKING PIECE
               OF SHIT --

WHAM! Joyce slams the phone down and --

BRRRRING! The phone blares again. *That was fast.* She answers.

                         JOYCE (CONT'D)
               Lonnie --

But there is no response. Only static. The kitchen lights
flicker, then return to normal. Joyce stares. What the -- ?

BAM BAM BAM. THERE IS A SUDDEN POUNDING ON THE DOOR.

Joyce startles.

**MOMENTS LATER.**

Joyce swings open the door. Her face drops.

It is Hopper and the Deputies. Hopper has Will's Bike.

**INT. BYERS HOUSE - VARIOUS - LATER**

Hopper and his Deputies search the Byers' house.

Joyce trails. On edge.

                         JOYCE
               I don't understand. Why're you
               here?! You're wasting your time --

                         HOPPER
               He's got a key to the house?

DUFFER_001919
DEFS_0012157

                         JOYCE
              So what? You think I haven't
              checked my own goddamn house -- !

                         HOPPER
              Never said you didn't.

Hopper inspects the back door. The adjacent wall is dented,
the paint chipped. He opens the door; its handle aligns with
the damaged wall. Someone threw it open. *Hard.*

                         HOPPER (CONT'D)
              This always here?

                         JOYCE
              Probably. I got two boys. Just look
              at this place --

                         HOPPER
              But you're not sure?

Joyce hesitates. Starts to respond when:

WHIMPERING ECHOES. COMING FROM OUTSIDE.

**EXT. BYERS BACKYARD - DAY**

Hopper and Joyce step of the screen door.

They find Chester pacing in front of the shed. Whimpering.

                         HOPPER
              This normal?

                         JOYCE
              Just hungry I'm sure. Come on...

Joyce leads Chester back to the house by his collar.

But Hopper doesn't follow. Not yet.

His eyes turn to the shed.

**INT. SHED - MOMENTS LATER**

Hopper opens the shed doors. The wood groans.

Even though it is now day, it is still dark in here.

Hop flips a light switch. The naked light bulb hums to life.

He walks up to the rifle wall mount. The rifle is, of course,
missing. He inspects the mount. There are fingerprints in the
dust. Someone was here... recently.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001920
DEFS_0012158

42.

BZZZZ! THE LIGHT BULB BEGINS TO FLICKER.

Hopper turns and looks up at the light. It fluctuates,
growing bright, then dim, then bright, then dim, then --

WHOOM. THE LIGHT CUTS OUT. LEAVING US IN DARKNESS.

WE HEAR A FAINT GUTTURAL SOUND. LIKE SOME KIND OF GROWL.

Hopper looks around. The hell is that coming from?

                    HOPPER
          That you buddy? You hungry?

Hop removes a flashlight from his utility belt, clicks it on,
and slowly sweeps its beam across the darkness. He makes out
nothing. But that sound, whatever the hell it is, persists.

It grows louder. Louder. LOUDER STILL. Overtaking all sounds.

The hairs on Hop's slowly stand up. And then --

The beam illuminates an APPROACHING FIGURE.

Hop reaches for his gun but --

Deputy Callahan steps into the light.

                    DEPUTY CALLAHN
          You deaf? I've been callin' you.

Hopper is too shaken to respond. He looks back at the light
bulb. It flickers back to life. Returning to 48 Watts.

The strange guttural sound is gone. Like it never was.

                    DEPUTY CALLAHN (CONT'D)
          Jesus, Chief. Your ear.

                    HOPPER
          What?

                    DEPUTY CALLAHN
          Your *ear*.

Hopper touches his ear. It's bleeding.

**EXT. SHED - BYERS YARD - MORNING**

Hopper upends the vial. Dumping the pills onto the ground.

                    DEPUTY CALLAHN
          You sure you're alright, Chief?

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001921
DEFS_0012159

43.

```
                    HOPPER
                 (not fine)
            I'm fine.
```

He shoves the empty vial back into his jacket.

He strides to the Byers house. Moving fast.

Callahan struggles to keep up.

```
                    HOPPER (CONT'D)
            I want you to call Florence, have
            her get a search party together, as
            many volunteers as she can muster,
            flashlights too --

                    DEPUTY CALLAHAN
            Think we got a problem here?
```

Hopper doesn't answer. Uncertain. He turns and looks out at the woods. The sun is falling. The sky is a bruised purple.

He continues into the Byers house. Callahan follows.

But we don't. Instead, we return our gaze to the shed. We can hear that GUTTURAL SOUND again. Low, but definitely there.

We move...

**INTO THE SHED.**

The light bulb hums and flickers again. Growing brighter.

And that is when we see it. There is something strange on the far wall. It looks almost like a SPOT OF BLACK MOLD. Only it is throbbing ever so slightly, and, slowly but surely...

Spreading.


**END OF ACT THREE**

44.

**BEGIN ACT FOUR**

**EXT. SUBURBAN NEIGHBORHOOD - NIGHT**

HISS! A sprinkler kicks on. Night in the suburbs again.

            MIKE (PRELAP)
     We should be out there right now.
     We should be helping look for him.

**INT. WHEELER HOUSE - NIGHT**

The Wheeler family is seated at the dining table.

A hot home cooked meal is before them. But Mike isn't eating.

            KAREN
     We've been over this. The Chief
     said --

            MIKE
     I don't care what the Chief said.

            KAREN
     *Michael* --

            MIKE
     He's not even real police, Mom. We
     have to do something -- Will could
     be in danger!

            KAREN
     More reason to stay put.

            MIKE
     Mom --

            KAREN
     End of discussion.

Mike looks away, upset. The family resumes eating in silence.
Or, rather, some of them do. Nancy just moves her food around
with a fork. Then, in as casual a tone as she can summon:

            NANCY
     So... me and Barb... we're gonna
     study for the chemistry test at her
     house tonight. That's cool, right?

Karen looks up from her meal.

            KAREN
     No. Not cool.

                         NANCY
          What?! Why not?

                         KAREN
          Why do you think? Am I speaking
          Chinese in this house? Until we
          know Will's okay, no one leaves.

                         NANCY
          So we're under *house arrest?*

                         KAREN
          Don't be dramatic, Nancy.

                         NANCY
          This is such bullshit!

                         TED
          Language!

                         NANCY
          Barb lives two minutes away, just
          because Mike's stupid friend got
          lost on his way home --

                         MIKE
          This is Will's fault -- ?!

                         KAREN
          Nancy, take that back --

                         NANCY
          No!

                         MIKE
          You're just pissed because you
          wanna hang out with Steve --

                         TED
          Steve?

                         KAREN
          Who is Steve?

                         MIKE
          Her new boyfriend --

                         NANCY
          FUCK YOU MIKE --

                         TED
          LANGUAGE!!!

Nancy shoves out of her chair. Storms off.

CONFIDENTIAL
CONFIDENTIAL

46.

                        KAREN
              Nancy! Come back! NANCY!

But Nancy is already bounding up the stairs to her bedroom.

Karen wants the follow her but can't; the argument has caused
Holly to cry. Karen picks her up and rocks her in her arms.

                        KAREN (CONT'D)
              There, there, shhhh...

                        TED
              See, Michael. This is what happens.

                        MIKE
              What happens when what? I'm the
              only one acting normal here -- I'm
              the only who cares about Will!

Ted takes a bite out of a chicken drum. Chews.

                        TED
              That's not fair, Michael. We care.

Mike stares at his dad. He can't take his apathy, not
tonight. He stands up from the table and hurries off.

Holly cries louder. Ted continues to chew.

Karen shoots daggers at him.

                        KAREN
              I hope you're enjoying your
              chicken, Ted.

She carries Holly out of the room. Ted is now alone.

                        TED
              Hey? What'd I do? Karen? Karen?!

**EXT. WOODS - NIGHT**

A constellation of flashlights glimmer in the night.

Over two dozen SEARCH AND RESCUE VOLUNTEERS are scouring the
forest for Will. They wear orange vests, grave expressions.

We find Hopper. Mr. Clarke walks at his side.

                        MR. CLARKE
              He's a good student.

Hopper turns. Surprised this man is speaking to him.

CONFIDENTIAL
CONFIDENTIAL

47.

                        HOPPER
            What's that?

                        MR. CLARKE
            Will. He's a good student. A great
            one, actually. I can't fathom him
            getting into any kind of trouble.

Hopper nods. Looks away.

Mr. Clarke offers his hand.

                        MR. CLARKE (CONT'D)
            I don't think we've met. Scott
            Clarke. I teach at Montauk middle.
            Earth and Biology --

Hopper shakes his hand. Then averts his gaze.

                        HOPPER
            Always had a distaste for science.

                        MR. CLARKE
            Maybe you had a bad teacher.

                        HOPPER
            Ms. Ratliff was a nasty piece of
            work.

                        MR. CLAKRE
            Ratliff? You bet. She's still
            kicking around, believe it or not --

                        HOPPER
            Oh I believe it. Mummies don't die,
            or say they tell me.

Mr. Clarke smiles softly.

                        MR. CLARKE
            So you're local?

                        HOPPER
            Class of fifty eight.

                        MR. CLARKE
            Sixty two. Just missed each other.

They walk for another beat. Hopper seems lost in thought.

                        HOPPER
            Sara, my daughter. Galaxies, the
            universe, whatnot, she always
            understood that stuff. Maybe she
            got it from her mother, I dunno.
                        (MORE)

CONFIDENTIAL
CONFIDENTIAL

48.

                         HOPPER (CONT'D)
               There's enough shit down here, I
               don't need to go lookin' elsewhere.

                         MR. CLARKE
               Your daughter. What grade is she?
               Maybe I'll get her in my class.

                         HOPPER
               She lives in the city. With her
               mother.

                         MR. CLARKE
               Oh.

Hopper slaps Mr. Clarke on the back.

                         HOPPER
               Thanks for coming out, teach.
               Appreciate it.

Hopper picks up his pace, leaving Mr. Clarke behind.

A nearby VOLUNTEER whispers to Mr. Clarke:

                         VOLUNTEER #1
               She passed a few years back.

                         MR. CLARKE
               Sorry?

                         VOLUNTEER #1
               His kid.

Mr. Clarke darkens. He looks back at Hopper.

He is a distant silhouette now.

**INT. MIKE'S ROOM – WHEELER HOUSE – NIGHT**

The Demogorgon gazes at us. Four angry eyes.

Mike is lying down by the Dungeons and Dragons map. He looks
worried and restless. He examines the field of miniatures.
The Troglodytes... the knight.. the dwarf... and the wizard.

He picks up the wizard. Studies it. Considering.

                         MIKE (V.O.)
               Lucas? It's Mike. You copy? Lucas?

**MOMENTS LATER.**

Mike is now at his desk. Calling into a WALKIE-TALKIE.

Lucas finally answers. His voice crackles.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001927
DEFS_0012165

49.

                         LUCAS (O.S.)
               Hey, it's Lucas.

                         MIKE
               I know it's you. And say "over"
               when you're done talking or I don't
               know you're done. Over.

                         LUCAS (O.S.)
               I'm done. Over.

                         MIKE
               I'm worried about Will. Over.

                         LUCAS (O.S.)
               No shit. This is crazy. Over.

                         MIKE
               I was thinking... Will could've
               cast Protection last night. But he
               didn't. He cast Fireball. Over.

                         LUCAS (O.S.)
               What's your point? Over.

                         MIKE
               My point is... he could've played
               it safe. But he didn't. He put
               himself in danger to help the
               party. Over.

A very long beat. Then:

                         LUCAS (O.S.)
               Meet me in ten. Over and out.

**MOMENTS LATER.**

Mike jams a few flashlights into his backpack.

**INT. WHEELERS HOUSE - LIVING ROOM  -- NIGHT**

Mike sneaks downstairs. The stairs moan.

He peers into the living room. His dad is once again
fidgeting with the television. The picture fluctuates
with static. He pounds the side of the box in anger.

Mike hurries past. Unnoticed.

**EXT. BYERS HOUSE - NIGHT**

Mike wheels his bike out of the garage.

WHAM! A SHADOWED FIGURE suddenly drops down behind him.

CONFIDENTIAL
CONFIDENTIAL

50.

He startles, but it's only Nancy. She climbed down a drain pipe.

>                    MIKE
>          Jesus!

>                    NANCY
>          How'd you get out here, freak?!

>                    MIKE
>          The back door.

Nancy looks back at the drain pipe.

>                    NANCY
>          Shit.
>               (back to Mike)
>          You're not looking for Will are
>          you?

>                    MIKE
>          You're not seeing Steve are you?

A beat.

>                    NANCY
>          Don't tell mom.

>                    MIKE
>          You don't tell mom.

Mike spits in his hand. Holds it out.

>                    NANCY
>          That's disgusting.

A STATION WAGON flashes its lights up ahead. *A signal.*

>                    NANCY (CONT'D)
>          Barb's here. I gotta go. Don't do
>          anything stupid.

>                    MIKE
>          You have to shake on it or it
>          doesn't count! Nancy!

But Nancy is already gone. She climbs into Barbara's car.

Mike wipes the saliva off in his jeans, climbs on his bike, and pedals off into the night.

Above him, a street lamp flickers.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001929
DEFS_0012167

**EXT. BENNY'S FISH 'N FRY – NIGHT**

A light flickers inside the FISH N FRY.

**INT. BENNY'S FISH 'N FRY – KITCHEN – NIGHT**

Benny glances at the light. Then returns to cleaning dishes.

Eleven sits cross-legged on the floor. She is feeding his rottweiler strips of raw fish. They're best friends now.

>                         BENNY
>           Make sure he doesn't get any bones
>           now. Don't want him to choke.

Eleven feeds the dog one last strip of meat. The dog gobbles it up, then licks her on the lips. She recoils, then smiles. For the first time this day, she seems like an actual kid.

Benny notices. Knocks off the faucet.

>                         BENNY (CONT'D)
>           A smile looks good on ya.

Eleven stares at him. Confused.

>                         BENNY (CONT'D)
>           A smile.

Benny gives a big smile. Eleven smiles back.

>                         ELEVEN
>           Good.

>                         BENNY
>           Yeah, it is good.

She shakes her head. "No." Then she points at him.

>                         ELEVEN
>           Good.

>                         BENNY
>           *Me?*

Benny can't help but chuckle.

>                         BENNY (CONT'D)
>           A know a few ladies who'd beg to
>           differ.

Benny rolls up his sleeve. There are names tattooed on his arm. SHARON, BETTY, CAROL ANN. His exes. *Mostly.*

Eleven points at a male name: "TOMMY."

CONFIDENTIAL
CONFIDENTIAL

> ELEVEN
> ...Brother.

Benny stares. His heart skips a beat. His voice catches.

> BENNY
> ...What'd you say?

> ELEVEN
> Little brother.

Eleven smiles again. But Benny does not. He is flustered and confused. He finally starts to speak when he hears...

THE SOUND OF TIRES ON GRAVEL. Headlights sweep past the window.

Eleven tenses. Nervous.

> BENNY
> Just... stay put. Whoever it is,
> I'll turn 'em away, a'ight?

**INT. BENNY'S FISH 'N FRY - DINING ROOM - NIGHT**

Benny lumbers into the dining room. He opens the front door.

A RED-HAIRED WOMAN, 40, approaches. She smiles warmly.

> RED-HAIRED WOMAN
> You must be Benny. Benny Henderson?

> BENNY
> 'fraid so. Also 'fraid we closed
> shop early tonight. Why don't you
> try back tomorrow --

Benny starts to shut the door, but the woman extends a hand.

> RED-HAIRED WOMAN
> Connie Frazier. Social services.

Benny stops. Opens the door back up. Embarrassed.

> BENNY
> *Social services.* Shit. Apologies.

He takes her hand. His grip is firm.

> BENNY (CONT'D)
> Didn't think you were gonna make it
> here so quick. That's a heckuva
> drive.

                         CONNIE
              Not too bad this time of night.

Benny nods. Lowers his voice.

                         BENNY
              Listen. I still haven't told her
              about you. I didn't want her
              runnin' off again. She's a tad...
              skittish.

                         CONNIE
              Children I work with usually are.
                   (smiles)
              Where is she now?

                         BENNY
              In the back. I'll introduce ya.

Benny turns and lumbers toward the kitchen.

                         BENNY (CONT'D)
              Apologies again for trying to turn
              you away. It's funny, your voice,
              it sounded different on the --

A HOLE SUDDENLY ERUPTS IN BENNY'S FOREHEAD. BLOOD SPRAYS.

HIS BODY GOES LIMP AND HE CRASHES TO THE GROUND WITH A HEAVY
THUD. A POOL OF BLOOD SPREADS FROM THE WOUND ON HIS HEAD.

HIS BODY TWITCHES. THEN STILLS.

HE IS DEAD.

Behind him: "Connie" holds a silencer pistol.

A GROUP OF ARMED MEN sweep into the door behind her.

These aren't social workers.

These are Agents.

**INT. KITCHEN - MOMENTS LATER**

Three Armed Agents sweep into the kitchen.

Two more enter from the back door.

WOOF! The rottweiler suddenly explodes out of shadows and
lunges at them with an angry roar. Agent One fires and --

POP! Drills the dog's head. It skids to the floor. Dead.

Agent One quietly surveys the kitchen. Looking for Eleven.

CONFIDENTIAL
CONFIDENTIAL

54.

His eyes lock onto the STORAGE CLOSET. A dim shadow moves beneath the door. He makes a hand signal, alerting the others. Guns raise. *All this caution for one little girl?*

They take one step toward the closet. Two steps. Three. *Four.*

Agent One holds up his hand. The others stop.

His eyes fix on the hinges of the door. Impossibly, the metal is pushing outward. Bending. As if the door is under immense pressure.

                    AGENT TWO
          Eleven --

WHOOM! THE DOOR EXPLODES -- BLOWING RIGHT OFF ITS HINGES -- THE DOOR SLAMS INTO THE AGENTS -- KNOCKING THEM DOWN LIKE BOWLING PINS -- THEIR GUNS SCATTER ACROSS THE FLOOR -- WOOD SHRAPNEL HITS AGENT ONE IN THE FACE -- TEARING HIS LEFT CHEEK OPEN -- HE FALLS TO THE GROUND WITH A PAINED SCREAM -- AND --

Eleven bursts out of the closet. Her eyes dart.

She spots the dead dog.

Then Benny.

Tears spills down her cheeks. Mixing with the blood.

She looks back at the agents. Rolling on the floor in pain.

                    ELEVEN
          Bad.

And then she turns.

And *runs.*

                    **END ACT FOUR**

CONFIDENTIAL
CONFIDENTIAL

55.

**<u>BEGIN ACT FIVE</u>**

**EXT. MONTAUK BEACH – TURTLE COVE – NIGHT**

A BONFIRE RAGES ON THE BEACH. FLAMES LICK THE SKY.

A GROUP OF HIGH SCHOOL STUDENTS are silhouetted against the
fire, drinking, smoking various substances, screwing around.
"Call Me" by Blondie blasts from an idling pick-up truck.

We find Nancy and Barbara in the crowd.

They look out of their element, bobbing awkwardly to the
tune. Nancy takes a sip of her beer. Grimaces. Not a drinker.

She holds the beer out for Barb. Barb waves it off.

                    BARBARA
          I don't see him -- we should go.

                    NANCY
          We just got here, *relax*.

Nancy motions to TOMMY H, 16, heavyset, scraggly half-beard.

                    NANCY (CONT'D)
          What about Tommy H?

                    BARBARA
          Ew.

                    NANCY
          Oh come on -- he's cute. And I
          heard he broke it off with Carol --

Nancy shrieks as a PAIR OF HANDS snatch her from behind.

It's Steve. Of course it's Steve. His eyes are bloodshot and
flagging. He's drunk or stoned or both. Probably both.

                    STEVE
          Where's Mrs. Kreitzberg?!

                    NANCY
          Shut up!

Steve grabs her hand and pulls her away.

                    NANCY (CONT'D)
          Where are we going?! You just got
          here! Steve! STEVE!

But Steve doesn't stop. He breaks into a sprint, dragging
Nancy with him. She laughs giddily, her hair blowing in the
wind. She glances back at Barb with a wide-eyed smile. Sorry!

56.

Barbara sighs. All alone now.

She looks down at her watch. And waits.

**EXT. FOREST ROAD - END OF NEIGHBORHOOD - NIGHT**

Mike looks at his watch. Waiting.

He hears VOICES. He looks up to find Lucas and Dustin biking
his way. They pull up next to him.

                  MIKE
        What happened to ten minutes?

                  LUCAS
        Parents were watching M*A*S*H. No
        way past.

                  DUSTIN
        Same.

Mike passes Dustin a WALKIE TALKIE.

                  MIKE
        Stay on channel six, just in case,
        but no splitting up or anything
        stupid like that, okay?

Dustin nods. "Okay." Mike climbs onto his bike.

                  LUCAS
        Where are we going?

                  MIKE
        Mirkwood.

And with that, Mike pedals out of the neighborhood.

Lucas and Dustin share worried looks.

And then race after him.

**EXT. MONTAUK BEACH - TURTLE COVE - NIGHT**

Steve and Nancy race across the moonlit beach.

The bonfire burns dimly behind them. Far away now.

Nancy is out-of-breath.

                  NANCY
        Steve! Can you just tell me where
        we're going?! Steve -- ?!

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001935
DEFS_0012173

57.

                              STEVE
                    Right... here!

Steve shoves Nancy onto a sand dune. She shrieks, laughs.

Steve drops on top of her. Begins kiss her all over.

Nancy is overwhelmed. Her laughter fades.

                              NANCY
                    Steve, hey, can we just... talk for
                    a -- a second...

Steve starts to pull her sweater off. She tries to stop him,
but it's too late. He tosses the sweater off into the sand.

Nancy covers her bra with her arms. Shy -- and cold.

                              NANCY (CONT'D)
                    It, it's freezing...

Steve isn't listening. He unbuttons her jeans and yanks them
down below her waist. Nancy's breathing quickens. Her heart
pounds.

Steve removes a condom from his pocket.

                              NANCY (CONT'D)
                    Steve... I, I've never...

Steve still isn't listening. Or doesn't care.

He tears open the condom wrapper.

**EXT. MONTAUK BEACH - WIDE SHOT**

Their silhouetted bodies writhe in the moonlight.

Waves CRASH the shore.

**EXT. BEACH - TURTLE COVE - NIGHT**

An EXPLOSION OF LAUGHTER.

A very drunk Tommy H. is urinating into the raging bonfire.
Smoke coughs, coals sizzle, everyone think this is hilarious.

Everyone but Barbara. She stares in disgust.

**MOMENTS LATER.**

Barbara charges down the beach. Call out into the darkness.

                              BARBARA
                    NANCE?! I'M LEAVING! NANCE?!

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001936
DEFS_0012174

58.

No answer. *Fuck it.*

**EXT. SIDE OF THE ROAD - NIGHT**

Barbara storms back to her car. It's parked on an empty road.

**INT. STATION WAGON - MOMENTS LATER**

Barbara leaps in. Turns the keys.

The engine revs, coughs.

>                         BARBARA
>             Come one, come on...

Barbara turns the keys again. Again. And --

THE RADIO BLASTS TO LIFE. BARB NEARLY JUMPS OUT OF HER SEAT.

The radio begins to cycle rapidly through the stations. The songs are warped, garbled, static-y. The speedometer rises and falls, the blinkers flash, the dashboard light stutters.

Barbara looks down. Her arm hairs are standing straight up.

She quickly shuts off the engine and --

Everything stops. Returning to normal.

Barbara stares in confusion. Breathing hard. And...

SMASH! THE WINDOW BEHIND HER SHATTERS.

She screams and --

**EXT. VOLKSWAGEN - NIGHT**

The VW headlights grow brighter and brighter, so bright they blind our vision. We hear a SHRIEKING SOUND, pitched so high it's almost painful. Just when we think we can't take it anymore, the sound fades.

The headlights flicker and dim.

The station wagon is empty.

<u>Barbara has vanished</u>.

**EXT. FOREST ROAD - NIGHT**

VROOM! Jonathan rides the moped up to his house.

He dismounts and bounds up the porch. As he does, we turn our gaze to the shed. Chester is once again pacing by the door.

DUFFER_001937
DEFS_0012175

59.

Back and forth. Back and forth. Back and --

**INT. BYERS HOUSE - LIVING ROOM - NIGHT**

Jonathan swings open the front door.

He finds his mom sitting cross-legged on the floor. She is
working on a MISSING PERSONS POSTER for Will. Bold red
letters read: "HAVE YOU SEEN ME?"

PHOTOGRAPHS OF WILL are strewn across the floor.

Joyce looks up at Jonathan. Bleary eyed.

> JOYCE
> Anything?

Jonathan shakes his head. "No."

> JONATHAN
> You?

> JOYCE
> Hopper's out looking, a bunch of
> people are, but...

Joyce fights back tears. Returns to the photographs.

Jonathan sits down beside her and looks over the photographs.
They have been artfully taken by him over the years. There is
a photo of Will building a sand castle... riding a raft...
eating a hotdog at Coney Island... visiting the city...

Jonathan fights back tears. His voice emerges low, choked.

> JONATHAN
> ...I'm sorry.

> JOYCE
> Sorry? What're you sorry for?

Jonathan says nothing. Doesn't feel he needs to.

Joyce takes his hand. Squeezes it.

> JOYCE (CONT'D)
> Hey. This wasn't your fault, baby,
> you hear me? You *hear me?*

Jonathan averts his gaze.

> JOYCE (CONT'D)
> He's gonna come home soon. I know
> it. I know it... because I feel
> him. I *feel him* in my heart.
> (MORE)

DUFFER_001938
DEFS_0012176

60.

                    JOYCE (CONT'D)
          He's close. *He's close*. You believe
          me, Jonathan, right?

Jonathan finally looks at his mom. And nods.

Joyce smiles faintly. She holds up a pair of photographs, one
in each hand. Will on the raft. Will at Coney Island.

                    JOYCE (CONT'D)
          What do you think?

Jonathan considers. Chooses Coney island.

                    JONATHAN
          I... I always liked this one.

Joyce smiles softly.

                    JOYCE
          ...Me too.

An emotional beat. Then:

The kitchen phone BLARES TO LIFE.

Joyce and Jonathan look up sharply. *News.*

**MOMENTS LATER - KITCHEN**

Joyce grabs up the phone. Her voice tense, strained.

                    JOYCE
          Yes -- hel--hello?

There is no answer. But she can hear the sound of LOW
BREATHING on the other end.

                    JOYCE (CONT'D)
          Lonnie...? Hopper...?

Still no answer.

                    JOYCE (CONT'D)
          Who is this?

Jonathan stands up. Getting worried now.

The SOUND OF BREATHING grows louder.

                    JOYCE CONT'D)
          Who is this?! Answer me!

At last we hear a voice. It sounds very far away.

It is the voice of a boy.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001939
DEFS_0012177

61.

                        DISTANT VOICE
                    ...*Mom*...

Joyce pales. Tears rush to her eyes.

                        JOYCE
                    Will?!! *Will*?!!

Jonathan races over to his mom.

                        JOYCE (CONT'D)
                    Where are you, baby?! Talk to me!
                    WILL?! *WILL*?!

But Will's voice is now gone. In its place...

Another voice. GUTTURAL. INHUMAN. Shifting in pitch.

                        JOYCE (CONT'D)
                    WHO IS THIS? WHAT HAVE DONE WITH MY
                    BABY?! WHAT HAVE YOU DONE?!!

Silence. Then --

A HIGH-PITCHED SHRIEK ERUPTS FROM THE RECEIVER.

Joyce gasps in pain and drops the phone. She looks at her
hand. Her palm is seared and her arm hair is standing
straight up.

She backs away from the phone. Her eyes wide with dread.

Jonathan grabs up phone. His voice shakes.

                        JONATHAN
                    Who is this?! WHO IS THIS?!

But the phone line is now dead.

Joyce slumps down to the floor.

She begins to sob.

                        VOICE (PRE-LAP)
                    HEELLLLP!

**EXT. UNKNOWN - NIGHT**

Barbara stumbles out onto the beach.

Her face is pale and blood pours from her nose and ears.

She crashes to a halt. Looks around for help. Desperate.

CONFIDENTIAL
CONFIDENTIAL

62.

But there is no bonfire. No kids. No party. Yet somehow, impossibly, she can *hear* the sound of music, of kids talking, laughing. Only it all sounds far away. Like a distant memory.

A dense fog has drifted in from the Atlantic and the waves roll in slowly, much slower than normal, as if the world now moves at quarter speed. The wet sand is covered in more of those strange, throbbing growths, and the sky is shrouded in dark clouds. Electric blue lighting flashes, streaking the sky, and --

Barbara hears something. Something wet. Guttural.

She turns. And pales. Obscured beneath the fog:

A HORDE OF SHADOWED FIGURES. TALL. DISFIGURED.

One of them walks on all fours.

They are coming this way.

Coming for *her*.

She screams.

And...

**EXT. MIRKWOOD - LATER**

WHOOSH! Our boys bike onto "Mirkwood."

They scan the trees. Calling out:

>                    MIKE
>          Will?! WILL?!

>                    LUCAS
>          WILL?!

>                    DUSTIN
>          I've got your Uncanny! 269!

There is no response but the chirp of cicadas.

They bike on in silence for a little while.

Lucas grows impatient.

>                    LUCAS
>          Why are we even here? My mom says
>          there's a whole search party --

>                    MIKE
>          But they don't know Will, and he
>          doesn't know them. He *knows* us.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001941
DEFS_0012179

63.

```
                    LUCAS
          So?

                    MIKE
          So what if he's scared and --
```

A SHADOWED FIGURE SUDDENLY APPEARS IN THE MIDDLE OF ROAD --
RACING ACROSS THE PAVEMENT -- RACING RIGHT FOR OUR BOYS --

Mike's eyes shoot wide -- he spins the wheel to the left --

Too fast -- he loses control -- skids --

Dustin and Lucas crash into him --

They all tumble -- and --

WHOOM! SLAM INTO PAVEMENT.

They roll to stop. Dirt coughs.

```
                    LUCAS
          ...What... what was that? Mike?
```

Mike doesn't respond. Instead, he climbs to his feet, turns
around, and looks back at the darkened road behind them.

The SHADOWED FIGURE is standing there. Staring right at him.

Mike is wide-eyed. Scared. Slowly, very slowly, he raises his
flashlight and aims it at the figure. The beam illuminates:

A young girl. Bald head. Wild eyes. Fish 'N Fry T-shirt.

ELEVEN.

She looks at Mike. He looks at her.

Their gaze holds a beat. And then...

A LOW GROWL RUMBLES. Mike hears it.

He looks up at the night sky.

**INT. BYERS HOUSE - NIGHT**

Joyce and Jonathan hear it too.

They look out the window with tear stained eyes.

**EXT. WOODS - NIGHT**

Hopper's radio crackles to life.

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001942
DEFS_0012180

64.

                         CALLAHAN (O.S.)
                         (filtered )
                    You hear that Chief?

Hopper doesn't respond. His eyes fixed on the sky.

We follow his gaze.

**RISING UP...**

Over his head...

**AND UP...**

Over Camp Hero base...

**AND UP...**

Over the shadowed trees...

**AND UP...**

To the dark silhouetted clouds in the sky above.

A LOW GROWL RUMBLES, just like in the opening scene. But this
time, it grows louder, and louder, shaking our eardrums.

An ELECTRIC BLUE light flashes behind the clouds.

The storm is no longer coming.

It's here.

                         **END EPISODE**

CONFIDENTIAL
CONFIDENTIAL



CONFIDENTIAL
CONFIDENTIAL

DUFFER_001944
DEFS_0012182



CONFIDENTIAL
CONFIDENTIAL

Case 2:20-cv-06293-CBM-PLA    Document 83-3    Filed 03/03/22    Page 222 of 230    Page ID #:3196

SIGNET • 451-E9964 • $3.95

# MONTAUK



## An epic tale of sci fi horror

CONFIDENTIAL
CONFIDENTIAL

DUFFER_001946
DEFS_0012184

| | |
|---|---|
| **From:** | Aaron Sims aaron@asc-vfx.com |
| **Sent:** | Wed, 3 Sep 2014 09:53:03 -0700 |
| **To:** | Duffer Bros |
| **Cc:** | Steffen ASC |
| **Subject:** | Re: Montauk -- concept art |

I totally understand.
We'll be heard when you needs us.

Best,
Aaron

Aaron Sims
ASC President
aaron@asc-vfx.com
Office:  323.638.5746
6330 San Vincente Blvd.
Suite 101 LA, Ca. 90048
www.asc-vfx.com



On Sep 3, 2014, at 9:50 AM, Duffer Bros <█████████████> wrote:

Yeah...still too steep for us. Sorry Aaron! At this super early stage, before funding, we think it's probably best if we find an art student, and bring you guys on board later.

On Tue, Sep 2, 2014 at 7:12 PM, Aaron Sims <aaron@asc-vfx.com> wrote:
I understand when its coming out of your own pocket, and when there are no guarantees what if they were 1100 each? or is that too steep?

Aaron Sims
ASC President
aaron@asc-vfx.com
Office:  323.638.5746
6330 San Vincente Blvd.
Suite 101 LA, Ca. 90048
www.asc-vfx.com

<Color(1-21-13)-small.jpg>

On Sep 2, 2014, at 7:02 PM, Duffer Bros <█████████████> wrote:

Hey Aaron,

Hmmm -- this is probably going to be steep for us, even if you cut us a break, since it's coming out of our own pockets. Maybe hold off on reading the script for now -- we hate to waste any

DEFS_0008272

you guys involved at an early stage. In addition, if you know any talented students or anyone who wants the experience and little cash, let us know. Since this is just for a spec, there's not a guarantee of making money, so we just want to be careful with how much we spend.

On Tue, Sep 2, 2014 at 6:38 PM, Aaron Sims <aaron@asc-vfx.com> wrote:
    Thanks guys,

    We're reading the script and we'll see if there are any other scene that stand out, as well see what it would take to create concepts for these scenes.

    I'll have a more actuate idea of cost on theses tomorrow, but so you have an idea of a basic cost for us doing scene concepts- we typically charge anywhere from 1200- 5000 depending on how complex the image is.
    We would give you a break on the cost of course.

    Cheers,
    Aaron

    Aaron Sims
    ASC President
    aaron@asc-vfx.com
    Office: 323.638.5746
    6330 San Vincente Blvd.
    Suite 101 LA, Ca. 90048
    www.asc-vfx.com

    <Color(1-21-13)-small.jpg>

On Sep 2, 2014, at 4:53 PM, Duffer Bros <█████████████> wrote:

    Hey Aaron and Steffen,

    We attached the script for our new project, entitled MONTAUK.

    We have also attached an image we designed for our look book cover, as well as original cover art from two Stephen King novels; we are modeling the look book after this style and would love if the art evoked it in some way.

    There are several images from the script we think will make for the best concept art:

    -- Dead scientists/laboratory, including door frame and isolation tank device, described on page 2
    -- Strange growths in the shed, with dangling lightbulb, described on page 43
    -- Barbara on the beach, surrounded by fog and silhouetted monsters, described on page 62
    -- Mike aiming a flashlight at Eleven on the night road, described on page 63

    These are just our best ideas; please let us know if you have any suggestions. Also let us know a ballpark estimate so we know what we can afford. Again,

DEFS_0008273

These ideas are stylized but need to be more visual. They just need to capture the concept/tone.

We hope the show actually becomes real! We would love to work on something with you guys from the ground up.

Talk soon,

Duffers


<Montauk 1.jpg><thelongwalk-bookcover.jpg><carrie_book.jpg><Montauk_pilot_9_2.pdf>

=

CONFIDENTIAL

# EXHIBIT I

**From:**     Aaron Sims <aaron@asc-vfx.com>
**Sent:**     Thu, 12 Mar 2015 14:36:09 -0600
**To:**       Duffer Bros
**Subject:**  Re: Checking in

Thats so weird nothing is happen with Hidden, but good to hear about Montauk. keep me posted.

Cheers,
Aaron

Aaron Sims
ASC President
aaron@asc-vfx.com
Office:  323.638.5746
6330 San Vincente Blvd.
Suite 101 LA, Ca. 90048
www.asc-vfx.com



On Mar 12, 2015, at 10:46 AM, Duffer Bros <██████████████> wrote:

Hey Aaron,

Good to hear from you! Alas, no Hidden news at the moment. The good news is it looks like MONTAUK (remember that TV pilot we sent you a while back for potential concept art) is going straight to series. So we will be contacting you about that. Not sure on time frames yet -- this just happened -- but we will let you know.

On Thu, Mar 5, 2015 at 10:42 PM, Aaron Sims <aaron@asc-vfx.com> wrote:
Hi Mat and Ross

I hope you're doing well.

What are you guys working on theses days. also any news of the Hidden, and a release date?

Cheers,
Aaron

Aaron Sims
ASC President
aaron@asc-vfx.com
Office:  323.638.5746
6330 San Vincente Blvd.
Suite 101 LA, Ca. 90048
www.asc-vfx.com



CONFIDENTIAL

<Color(1-21-13)-small.jpg>

=

CONFIDENTIAL

# EXHIBIT J

**From:**        Duffer Bros

**Sent:**        Tue, 26 May 2015 17:00:38 -0700

**To:**        Aaron Sims

**Cc:**        Matthew Golad

**Subject:**        Montauk

Hey Aaron,

We'd love to discuss you guys doing some concept art for our Netflix show. If you're still avail/interested, can we schedule a time to hop on the phone and talk? Thanks!

-- Duffers

CONFIDENTIAL

DEFS_0008281