DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
SAFIA GRAY HUSSAIN (SBN 251123)
sghussain@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendants
AARON SIMS; MATT DUFFER; ROSS
DUFFER; NETFLIX, INC.; NETFLIX
STREAMING SERVICES, INC.; and
21 LAPS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>        v.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:20-cv-06293-CBM-PLA<br><br>Assigned to Hon. Consuelo B. Marshall<br><br>**DECLARATION OF LESTER A. STANDIFORD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S FIRST, SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION PURSUANT TO FED. R. CIV. P. 56**<br><br>[*Filed Concurrently: Notice of Motion and Motion; Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts and Conclusions of Law; Declarations of Ross Duffer, Matt Duffer, Aaron Sims, and Safia Gray Hussain; [Proposed] Judgment*]<br><br>Date: February 7, 2023<br>Time: 10:00 a.m.<br>Courtroom: 8D<br><br>First Amended Complaint Filed: October 12, 2020<br>Jury Trial: May 2, 2023 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

DECLARATION OF LESTER A. STANDIFORD

# DECLARATION OF LESTER A. STANDIFORD

I, Lester A. Standiford, do hereby declare and state:

1.      I have been retained by Defendants Netflix, Inc., Netflix Streaming Services, Inc., 21 Laps, Inc., Aaron Sims, Matt Duffer and Ross Duffer (collectively, "Defendants") in the above-referenced litigation to render an opinion on Plaintiff Irish Rover Entertainment, LLC's ("Plaintiff") claim that Defendants' television show, *Stranger Things*, is substantially similar in expression to Plaintiff's screenplay, *Totem*. I previously prepared an Expert Report, dated September 23, 2022 (my "Expert Report"), and a Response to the Preliminary Expert Report of Prof. Sedlik, an expert designated by Plaintiff, dated November 3, 2022 (my "Rebuttal Expert Report"). I make this declaration in support of Defendants' Motion for Imposition of Sanctions Against Plaintiff and Its Counsel Pursuant to Fed. R. Civ. P. 11. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      After close examination and analysis of materials nearing 2,000 pages in aggregate – including Plaintiff's First Amended Complaint, and multiple versions of Plaintiff's *Totem* screenplay, among others – and viewing the first three seasons of *Stranger Things* via Netflix and DVD, and considering alleged similarities in plot and story; character; sequence; theme; setting; mood, pace & tone; and dialogue; as well as other miscellaneous allegations of similarity, my opinion is that no substantial similarity whatsoever exists regarding the properties in question.

## Qualifications

3.      In 1967 I graduated from Muskingum College with a B.A. in psychology and literature, after which I received an M.A. in creative writing and literature from the University of Utah in 1970. In 1973 I received a Ph.D. in creative writing and literature from the University of Utah. From 1973 to 1985 I was the Director of the creative writing program and an Assistant Professor at the University of Texas at El Paso, and spent 1983 to 1985 on leave as a Screenwriting Fellow at the American Film

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

1

DECLARATION OF LESTER A. STANDIFORD

Institute.  In 1985 I became the Director of the creative writing program and, later, a Distinguished University Professor of English at Florida International University.  In 1974 I was a visiting writer and Assistant Professor of English for the summer term at Baylor University.  From 1981 to 1982 I was a visiting writer and Associate Professor at Florida International University.  In 2016 I served as the Peter Meinke Visiting Distinguished Professor at Eckerd College for the spring semester.

4.    In the course of several decades of employment at various universities I have developed a teaching specialization in the areas of, among others, writing fiction, memoirs, screenplays, and narrative non-fiction, as well as film criticism and myth criticism.  Over the course of my career I have authored and edited numerous novels, novellas, nonfiction works, stories, articles, film scripts, etc.  My *curriculum vitae* is attached as an exhibit to my Expert Report, a true and correct copy of which is attached hereto as **Exhibit A**.  I have been retained as an expert in litigation alleging copyright infringement in numerous matters over the last few decades.

### **Substantial Similarity Analysis**

#### ***Story/Plot:***

5.    There is no apparent or substantial similarity between Plaintiff's story (*Totem*, 2013, et al.), about an epileptic, PTSD-afflicted veteran seeking vengeance for the killing of his clairvoyant wife by a fallen angel/demon Azrael with aspirations to subsume all humanity under his rule, and *Stranger Things*, an episodic TV science fiction/thriller that revolves around the predations of a series of monsters loosed upon a typical Midwestern community as a result of military research into the paranormal gone haywire.

6.    *Totem*'s protagonist is Jackson Chance, an epileptic military veteran. His wife, Autumn Chance, is killed by what appear to be wolves, but are revealed to be supernatural "Blackwolf Indians" that are demonic agents of a demon named "Azrael."  In his quest to defeat Azrael, and to release his wife's captured soul, Jackson receives advice and assistance from a local Native American shaman, Thunderbear,

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

2

DECLARATION OF LESTER A. STANDIFORD

and from the shaman's granddaughter, Kimi. Jackson also convinces his friend, Dr. William Nerowe, to join in this quest. Dr. Nerowe struggles with his own spirituality before he ultimately believes that he is a "medicine man" integral to the fulfillment of the quest. Jackson and Dr. Nerowe use magical dreamcatchers and electrified spears called "Silversticks" to battle, and defeat, the evil Azrael. Jackson dies in this battle, but his sacrifice is not wasted as his wife's spirit is released, and the spirits of both spouses are seemingly sent upward to the heavens.

7.    *Stranger Things*, on the other hand, is a light-hearted adventure/thriller, which is firmly set in the 1980's, and focuses on the lives and adventures of a group of school-age children. *Stranger Things* begins when one of the children, Will Byers, is mysteriously abducted. While searching for Will, his friends (Dustin, Mike, and Lucas) discover a young girl in the forest who has escaped from the secretive Hawkins National Laboratory, where she was a captive subject of clandestine experimentation. She is given the name Eleven, due to the number tattooed on her arm, and the boys quickly realize that she is gifted with psionic powers. A faceless monster has abducted Will, and Eleven uses her powers to locate Will in the monster's realm. Joyce Byers also tries to find her missing son, and enlists the help of the local chief of police, Jim Hopper. Eleven helps the boys discover that Will is trapped in another dimension, referred to as the "Upside Down," and, with the help of Eleven and Will's best friends, Joyce and Hopper enter the Upside Down, rescue Will, and return to our dimension. Eleven kills some of the evil scientists trying to capture her, and defeats the monster using her psionic powers.

8.    These stories are completely dissimilar. *Totem* is steeped in Native American folklore and involves mysticism, spirituality, and Christian religious imagery and references. Autumn Chance's spirit is captured by an evil fallen angel/demon, and her husband, Jackson Chance, sacrifices his own life to save her soul. *Stranger Things*, on the other hand, does not involve Native American mythology, folklore, or characters, nor does it involve Christian imagery and

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

3

DECLARATION OF LESTER A. STANDIFORD

references. *Stranger Things* focuses on a group of children (primarily Will Byers' three twelve-year old friends), their families, and the small-town Hawkins community. These characters work together to rescue the missing Will Byers.

9. *Stranger Things* contains clear references to prior works, notably *Poltergeist* (1982) and *E.T.* (1982). As in *Poltergeist*, Joyce Byers is a mother who needs to travel to another plane to rescue her missing child from an evil being. *Stranger Things*' very first episode nods to this similarity when, in a flashback, Joyce Byers surprises her son Will with tickets to go see the newly-released *Poltergeist* (in 1982). Similarly, *Stranger Things* can be said to have been influenced by *E.T.*, which is set in the same time period, involves a group of school-age children, and features a supernatural ally (the extraterrestrial being, as opposed to Eleven) who is kept hidden by the children and who needs to be kept safe from evil scientists. Like in *E.T.*, where the children dress up their supernatural friend in a wig and a dress, the boys in *Stranger Things* disguise Eleven when she leaves the house by helping her put on a dress and a blond wig. *Stranger Things* may also be said to have been influenced by *Close Encounters of the Third Kind* (1977), in which a young boy is abducted from his home by aliens, prompting his desperate mother to embark on a search to find him as government agents create cover stories to hide strange occurrences caused by the UFOs while searching for both the extraterrestrials and the abductees.

10. The concept of a child being abducted and taken to another plane of existence, along with a parent attempting to secure the return of that child from an evil supernatural being, is one that has been known and used for <u>thousands of years</u>. In the iconic Greek myth, Demeter (the Goddess of the harvest) is distraught when her daughter, Persephone, is abducted. Hades, the God of the dead, has taken Persephone to the underworld to be his bride. Demeter, in her remorse, prevents all plants and grains from growing, and Zeus orders Persephone to be returned to her mother (this myth explains the seasons because, although Persephone is returned to her mother, she has eaten pomegranates, the fruit of the underworld, and Hades declares that she must

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

4

DECLARATION OF LESTER A. STANDIFORD

1  remain with him for several months each year, during which time plants and trees

2  weaken and die).

3        11.    Likewise, the ancient story of Orpheus (and as re-told in the Palme d'Or

4  winning film, *Black Orpheus* (1959)), depicts a man who goes on a dangerous quest

5  to save his love, who has been captured and held in the underworld by Hades. The

6  idea of a protagonist embarking on a dangerous quest to another realm to save a loved

7  one has been repeatedly portrayed in film, including in *Poltergeist*, in the popular 2005

8  film *Constantine*, and in films like *Hellraiser* (1987, et seq.) and *A Nightmare on Elm*

9  *Street* (1984, et seq.), where demonic beings travel between our world and theirs and

10  need to be confronted and killed by the story's protagonists.

11        12.    The similarities between *Stranger Things* and the predecessor films it

12  openly alludes to are, at best, similarities in tone and general concepts. There are no

13  relevant similarities in plot between *Stranger Things* and *Totem*, other than the

14  unremarkable, abstract concept of a character (or characters) seeking to rescue a loved

15  one from an evil being residing in another dimension.

16        ***Sequence:***

17        13.    *Totem*'s sequence is entirely different than the sequence of events

18  portrayed in *Stranger Things*. *Totem* opens with a mystical vision wherein military

19  veteran Jackson Chance imagines the actual conclusion of his own story – a battle

20  against vicious wolf-people and a descent into Azrael's cave, followed by a cutaway

21  to his waking up on the day he is due to the hospital to pick up his beloved wife

22  Autumn, freshly discharged from the psychiatric ward. Soon after arriving home,

23  Autumn brings home a totem pole from a "Lynx Indian" village, and is thereafter

24  mauled by wolf-men in her backyard. Before she dies, Autumn asks Jackson to find a

25  Native American shaman named Thunderbear. Autumn's childhood friend, FBI Agent

26  Sam Miller, who was in love with her, blames Jackson for not protecting Autumn.

27  Agent Miller attacks Jackson at Autumn's funeral and even contemplates shooting

28  him.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

5

DECLARATION OF LESTER A. STANDIFORD

14.    Overcome with grief, Jackson recalls Autumn's stories about the evil spirit Azrael and his band of "Blackwolf Indians."  Jackson believes that Azrael captures spirits (like Autumn) and holds them captive as "Grims" trapped in darkness. Jackson travels to the Lynx village where he meets the shaman Thunderbear and his granddaughter Kimi (who is referred to as the "Eternal Light").  Jackson's quest to save Autumn's spirit becomes part of a larger quest to defeat Azrael, the spirit of darkness and evil, and to save Kimi, the spirit of light and goodness.

15.    While Azrael tries to kill Jackson and Kimi in the spiritual world, FBI Agent Miller tries to kill Jackson in the real world.  Using magical dream catchers that render all of them invisible, Jackson, Kimi, and Nerowe reach Azrael's cave, which is marked by a tall, burning totem pole.  Nerowe eventually comes to believe what others have told him – that he is a powerful medicine man – and along with Jackson, he fights off Azrael using a magical spear.  Jackson and Nerowe destroy the burning totem and kill Azrael, releasing the trapped souls of the Lynx (who have been turned into "Grims"), who then turn into floating celestial auras.  During this battle, Jackson dies and is reunited with Autumn when her spirit is also released.  Agent Miller also dies and, while Jackson's and Autumn's spirits are enveloped by light, Agent Miller is enveloped by darkness.

16.    By contrast, Season 1 of *Stranger Things* opens with a terrified scientist running from some unseen pursuer in the bowels of the government research lab, only to be snatched as he enters an elevator; this is followed by a cut to the basement of a typical suburban home, where a group of four boys is playing Dungeons & Dragons. While biking home from the game, twelve-year-old Will Byers is confronted in the street by a monster.  Will leaves his bicycle and runs to his house, but no one is home, he runs to the backyard shed and starts to load a gun, but he doesn't fire a shot, and the monster abducts him.  Will's friends (Mike, Dustin, and Lucas) begin investigating Will's disappearance.  While looking for Will in the local forest, the boys find a young

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

6

DECLARATION OF LESTER A. STANDIFORD

girl with a shaved head wearing a hospital gown.  They learn that her name is Eleven, and that she has psionic abilities.

17.    While the young boys and Eleven search for Will, the monster threatens other Hawkins residents.  Will's mother, who becomes convinced that Will is communicating with her through the lights in their house, sees the monster several times.  Mike's sixteen-year-old sister Nancy attends a party where her best friend, Barb, is abducted by the monster.  While searching for Barb, Nancy catches a glimpse of the monster running through the woods.  Will's sixteen-year-old brother, Jonathan, also captures a photo of Barb and the monster.  Nancy and Jonathan team up to search for the monster in the hopes that they can save Will and Barb.

18.    What appears to be Will's body is discovered in a quarry.  However, Eleven proves that Will is still alive by manipulating radios to project the sound of Will's voice.  Dustin, Lucas, and Mike learn that Will is trapped in an alternate dimension, which they name "The Upside Down."  They decide to call the monster that abducted Will a "Demogorgon" (after a character in Dungeons & Dragons).  After pulling together all their knowledge and speculation on the supernatural events occurring in Hawkins, Dustin, Lucas, Mike, and Eleven decide to search for a hypothetical gate to the Upside Down.

19.    Meanwhile, Chief Hopper grows suspicious of the nearby research laboratory after he finds a torn piece of Eleven's hospital gown outside the lab grounds.  After discovering that the body found in the quarry was not Will's, Hopper breaks into the laboratory and finds Eleven's bedroom and a massive gate to an alternate dimension.  Throughout the first season, Eleven experiences a series of painful flashbacks to the experiments conducted on her at the laboratory.  These culminate in a flashback to an experiment in which Eleven was placed in a sensory deprivation tank.  While in an altered psychic state, Eleven accidentally opened the gate to the Upside Down after making contact with the Demogorgon.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

7

DECLARATION OF LESTER A. STANDIFORD

20.     Joyce, Hopper, Nancy, and Jonathan find Lucas, Mike, Dustin, and Eleven, and they formulate a plan to make a sensory deprivation tank to enhance Eleven's powers, so that she can psychically view Will and Barb without entering the Upside Down.  They break into Hawkins Middle School to set up a makeshift tank. Using the tank, Eleven discovers that Barb is dead, but that Will is alive and is hiding in a children's fort in the forest near his house.  Hopper and Joyce break into the laboratory to pass through the gate and save Will, but are apprehended by security. Hopper gives up Eleven's location in exchange for access to the gate to the Upside Down.  Hopper and Joyce enter the Upside Down, discovering the monster's nest, where an unconscious Will has been strung up with a tendril extending down his throat. Hopper and Joyce detach and revive Will, and return through the gate.

21.     Meanwhile, agents from the government lab arrive at Hawkins Middle School to capture Eleven.  After sharing a romantic moment with Mike, Eleven kills some of the agents, crushing their brains with her psionic abilities.  The monster is attracted to the bloodshed at the school and attacks just as Eleven is about to be captured by the agents.  Mike, Dustin, and Lucas escape with Eleven and hide in a classroom, but the monster finds them.  Before it can harm the boys, Eleven says goodbye to Mike and telekinetically explodes the monster.  Mike is left in tears as Eleven vanishes.  Will is hospitalized and reunited with his family and friends.

22.     There is no similarity between this sequence of events and that presented in *Totem*.

### Characters:

23.     The principal characters in Plaintiff's *Totem* are: (a) Jackson Chance, *Totem*'s protagonist, who is a thirty-year-old epileptic veteran afflicted with PTSD; (b) Autumn Chance, Jackson's clairvoyant/mystic wife who is diagnosed with schizophrenia; (c) Dr. William Nerowe, Jackson's longtime psychiatrist friend who comes to believe he is a powerful "medicine man"; (d) Thunderbear, an elderly Native American shaman; (e) Kimi, his ten-year-old granddaughter and protégé who is the

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

8

DECLARATION OF LESTER A. STANDIFORD

"Eternal Light" for the Lynx tribe; (f) deranged FBI Agent Sam Miller, who is consumed with lust for Autumn; (g) arch-villain Azrael, a towering horned and skeletal fallen angel/demon; and (h) Azrael's vicious minions, the Wolf People (or the "Blackwolf Indians").

24.    By contrast, *Stranger Things*' ensemble characters are: (a) Will Byers, a twelve-year-old boy kidnapped in Season 1; (b) Will's three young Dungeons & Dragons-playing pals (Dustin, Lucas, and Mike), who lead the search for their missing friend; (c) Will's frantic single mother, Joyce, who receives troubling telepathic pleas for help from her missing son; (d) Eleven, a young girl who was raised in the secretive Hawkins National Laboratory, where she was the subject of experimentation and abuse, and who possesses psionic powers; (e) Chief Hopper, caught between government officials intent on covering up the potential scandal and his growing suspicion that strange forces are at play; and (f) Will's older misfit brother Jonathan, who forms an unlikely alliance with (g) beautiful high school classmate Nancy, who believes she has unintentionally led her best friend (Barb) into terrible danger. The Demogorgon is not characterized beyond its apparent voracious taste for blood. Unlike Azrael, the antagonist in *Totem*, the real "villains" in *Stranger Things* might be said to be the scientists more so than the Demogorgon; while the scientists have "evil" intentions, the Demogorgon is simply creating mayhem and appears to have been unwillingly imported to our world. None of these characters are substantially similar to any character in *Totem*.

25.    Plaintiff attempts to draw similarities between almost every character in the two works, but these claimed similarities are based on mischaracterizations of the works and/or stock character traits. For example, Plaintiff contends that both Jackson Chance in *Totem* and Joyce Byers in *Stranger Things* are the protagonists, or story drivers, of the respective works, but that is not accurate. While Jackson, a service veteran afflicted with epilepsy and PTSD, is clearly the "story driver" of *Totem*, Joyce, a divorced single mom who works as a cashier in a small-town market, is at most one

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

9

DECLARATION OF LESTER A. STANDIFORD

of several individuals who perform the protagonist or "story driver" function in *Stranger Things*. In fact, it is the three preteen friends of Will who mount an immediate search for their missing friend. Joyce simply does what most parents would do when a child goes missing: she calls the police and demands that a search take place. It is Chief Hopper who heads the physical search and investigation. Jackson's quest is to find and confront Azrael, the demon responsible for his wife's death. By contrast, Joyce is a mother desperately trying to find and protect her son from monsters that have been released as a result of secret lab experiments gone awry. There is no substantial similarity between the two characters. Jackson is a thirty-year-old veteran who suffers from epilepsy and is married (until her death) to his beautiful, kind, clairvoyant wife, Autumn Chance. Joyce, on the other hand, is a single mother of two boys, who works in the general store in Hawkins. These two characters are entirely different from each other.

26. Plaintiff also asserts (as a plot similarity) that Jackson Chance is similar to Will Byers because both have seizures that give them visions of the alternate dimension. However, it is not accurate to compare Jackson's epileptic seizures, presumably caused by a medical condition, in *Totem*, to what is experienced by young Will in Season 2 of *Stranger Things*. In the plot line of that second season, viewers witness Will being literally "possessed" by a tentacled monster, referred to as the "Mind Flayer," that burrows into his body through various orifices. Thus, it is more accurate to say that Will is having visions that result from demonic possession, much like similar episodes portrayed in *The Exorcist* (1973), wherein the young girl is possessed by "the Devil."

27. Plaintiff alleges that *Totem*'s Kimi is substantially similar to *Stranger Things*' Eleven, but this is baseless. Kimi is a young Lynx Native American mystic who acts as a guide for Jackson Chance during his quest. She advises and instructs, but she takes no action in the plot. It is incorrect to say that she is responsible for the creation of the gateway that allows the demon entity to enter the world and propagate

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

10

DECLARATION OF LESTER A. STANDIFORD

the events that form the plot. Instead, it is Autumn who insists on taking a shabby-looking totem from the Lynx reservation back to her home, which is planted by Jackson, Nerowe, and Agent Miller. Once the totem is planted, it does indeed serve as a gateway, permitting Azrael and his minions to emerge. Kimi is present at, but not a participant in, the final battle between Nerowe and Azrael. Eleven, on the other hand, is a twelve-year-old Midwestern girl abducted at birth from her mentally broken mother by government scientists wishing to use the girl in illicit paranormal research. Eleven, while she is in a sensory deprivation tank, encounters the Demogorgon, and her brief contact with the creature accidentally allows the monster to breach a hole from its dimension into the human realm. Eleven is also the character who eventually kills the Demogorgon. Eleven's considerable powers, including the ability to kill with a glance and flip speeding vans onto their backs, are on display throughout *Stranger Things*. Kimi shares no specific similarities with Eleven beyond the archetypal role of a young person with mystical capabilities (e.g., Carol Anne in *Poltergeist* who stares into a snowy TV set and says, "They're here!", the young Cole "who sees dead people" in *Sixth Sense* (1999), or the telekinetic title character in *Carrie* (1976)).

28.    Plaintiff also alleges similarity between *Totem*'s Thunderbear and *Stranger Things*' Mike Wheeler. These characters are not similar. Thunderbear is a Lynx elder and shaman, and Mike Wheeler is a twelve-year-old child. Thunderbear offers reassurance and insight to Jackson Chance and Nerowe during their quest. He is the archetypal "Wise Old Man," who stands on the sideline, counseling the protagonist. Thunderbear's main function, in fact, is to mentor Kimi, the ten-year-old mystic who may be his intended successor, and he dies to protect her. Young Mike, in stark contrast, is a child who is desperate to find his good friend and who comes to trust that Eleven can help make that happen. He is part of the youthful "posse" who takes action to find Will and destroy the monster. Mike's encounters with Eleven, the telekinetic patient whom he rescues and to whom he has a romantic attraction, holds

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

11

DECLARATION OF LESTER A. STANDIFORD

no similarity whatsoever to the relationship of Thunderbear with his granddaughter Kimi. Two more disparate characters could hardly be imagined.

### Theme:

29.     *Totem* is presented as a story with prominent philosophical and religious overtones, including the nature of reality, grief over a deceased loved one, the importance of spiritual knowledge to complement scientific understanding, and the willingness to sacrifice oneself (or at least join in spiritual community) in order to overcome evil. In this religion-laden fantasy tale, *Totem*'s lead character, Jackson Chance, is told by the Lynx Shaman, Thunderbear, that in order to defeat Azrael, Jackson will have to convince his man-of-science friend Nerowe to accept faith in a higher spiritual power. Once Nerowe proclaims "I believe!", the two of them slay the evil demon Azrael, and Jackson reunites with the spirit of his wife Autumn "to dwell in the house of the Lord forever."

30.     *Stranger Things*, on the other hand, is a science fiction adventure/thriller with much simpler questions at hand: will Joyce Byers get her son back in one piece and will the boys, along with Eleven and the tight-knit Hawkins community, survive the onslaught of the monsters? The themes at issue, therefore, are markedly different from the religious-minded *Totem*. In *Stranger Things*, there are clear themes involving childhood friendship, the bonds of a small town, and teenage social and sexual development and dynamics (including growing apart from friends). While *Totem* is a story of a grown man who goes on a spiritual quest, *Stranger Things* is popular entertainment: a "circle-the-wagons" tale of a community defending itself against an attack from a monster loosed upon it by its own government. No apparent or substantiated similarity can be said to exist here.

### Dialogue:

31.     Similarities in dialogue are a relatively straightforward issue. If a character in some yet-to-be produced film were to point a pistol at a suspected miscreant and say, "Go ahead, make my day," objections might be raised. However,

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

12

DECLARATION OF LESTER A. STANDIFORD

1   in this case, there are no such similarities to be found.  For example, to say that the

2   words "promise" appears somewhere in the dialogue of both scripts, or that in both

3   scripts, some character promises another that he or she will do something, is to confuse

4   the very notion of "substantial" similarity.

5             *Mood:*

6       32.     There is only one moment of levity in *Totem*: As Nerowe, Jackson, and

7   FBI Agent Miller go about the placement of a charred and battered totem pole brought

8   back from the Lynx reservation by Autumn, Agent Miller observes, "Well, at least it

9   isn't a garden gnome."  Otherwise, *Totem*, in all its iterations, is a doggedly dark and

10  serious work, focused on the characters' efforts for vengeance and to combat evil.  It

11  is in essence a morality play with strong religious themes attached.

12      33.     *Stranger Things*, on the other hand, is quirky and light-hearted,

13  intercutting humor and tension throughout, in keeping with its intent as "family

14  entertainment."  As but one of countless examples, when Joyce Byers comes to believe

15  that her son can communicate with her by causing the lights to flicker in her home, she

16  goes to the dollar store where she works and buys every set of Christmas lights she can

17  find.  The cutaway, to her home now turned into a veritable vineyard of Christmas

18  lights, is hilarious, even as it underscores her desperation.  Dustin, one of the group of

19  Dungeons & Dragons-playing pre-teen friends, is also a continual source of comic

20  relief, bringing levity to dangerous and ominous situations.  This ongoing counterpoint

21  of humor and seriousness does not exist in *Totem*, and to suggest that there is any

22  substantial similarity in mood or tone is not accurate.

23            *Setting:*

24      34.     *Totem* takes place in a present-day valley in the Mountain West in close

25  proximity to a "Lynx Indian" reservation.  Other than few scenes in a gift shop and a

26  hospital ward, almost no mention is made of any "town."  Most of the action takes

27  place in or around the Chance property and rural and rugged Native American lands,

28  though some earlier iterations of the script include scenes set in Los Angeles and in

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

13

DECLARATION OF LESTER A. STANDIFORD

19th century "Indian Territory."  Earlier and later iterations of the script set the story in "Blackwolf Valley" or Jackson Hole, Wyoming.  This setting ties in to the Native American village, folklore, and spirit world that is central to *Totem*'s plot.

35.    *Stranger Things* takes place in and around an idealized rural Indiana town of the 1980's ("Hawkins"), where suburban neighborhoods, suburban homes, local schools, local businesses, and government offices play a prominent role in the proceedings, similar to the *Back to the Future* films (1985, 1989, 1990) or *American Graffiti* (1973).

36.    Plaintiff asserts that certain settings in both works – namely, backyard tool sheds, large institutional buildings, alternate dimensions, railroad tracks, and a sweat lodge – are similar, but these settings are generic and, as to the works at issue, appear in highly different contexts.  For example, while the shed in *Totem* is the mystical place where the totem pole is planted, allowing Azrael and his wolf-creature minions entry into the human dimension, in *Stranger Things*, the shed just happens to be the place where young Will Byers has run to get the family shotgun when the monster catches up with him.  Further, the generic use of a house with a yard and a shed is not unique to *Totem* and commonly occurs in storytelling (e.g., *E.T.*).

37.    As another example, Plaintiff's contention that both stories include scenes in a "sweat lodge" is misleading.  In *Totem*, Nerowe is cured of cancer during a Native American ceremony carried out in a sweat lodge.  But there is no use of a sweat lodge in *Stranger Things*.  Rather, in the second season of the series, Will's friends realize that the monster that possesses him is averse to heat: "It likes it cold." They carry Will to an isolated cabin and tie him down in a room with several electric heaters dialed to the max, in an effort to drive out the evil spirit.  This does not work, however, and in desperation one of the friends jams a red-hot poker into Will's body, at which point the howling monster departs.  Using a time honored Native American ceremony to cure someone of cancer so that person will be less skeptical of faith-based medical procedures is scarcely the same thing as aborting a jury-rigged science

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

experiment and jamming a red-hot poker into a young boy to drive out the monster that possesses him.  There is no substantial similarity in settings between these two works.

     **Pace:**

  38. The first season of *Stanger Things* is told in eight 55-minute episodes totaling about 440 minutes in total.  *Totem* has no iteration longer than 120 pages. *Stranger Things* creates a number of mini subplots within its 440-minute entirety in order to maintain viewer interest, often switching the focus from one set of characters for one episode, and then back from Hopper and Joyce, say, to the three friends searching for Will in the next.  *Totem* stays resolutely focused on Jackson's quest to confront Azrael, with only the occasional cutaway to other characters.  To contend that there is any substantial similarity with regard to pacing is not accurate.

           *  *  *

  39. Plaintiff has alleged a number of additional similarities between random elements scattered throughout the works, which allegations are likewise reliant on mischaracterizations of the works, generalities, immaterialities, and/or generic ideas and plot devices commonly found in storytelling.  I previously responded to each of these allegations in my Expert Report.  *See* Exhibit A.

  40. There is no similarity in the literary elements of *Totem* and *Stranger Things*.  The plots, characters, sequences, themes, settings, moods, paces, and dialogue of these works are in fact remarkably dissimilar.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed this _____December 16, 2022_____, at Los Angeles, California.

_____
Lester A. Standiford

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23311659
231804-10002

15

DECLARATION OF LESTER A. STANDIFORD

# EXHIBIT A

**EXPERT REPORT OF LESTER A. STANDIFORD**

**In the Matter of:**

**Irish Rover Entertainment, LLC v. Aaron Sims, *et al.***

**United States District Court**
**Central District of California**
**Case No. 2:20-cv-06293-CBM-PLA**

DocuSign Envelope ID: 190482BC-BD9B-4225-A28C-39D6FF2E512D

# TABLE OF CONTENTS

**Page**

I.      INTRODUCTION ...................................................................................................1

      A.   ASSIGNMENT.................................................................................................1

      B.   QUALIFICATIONS .........................................................................................1

      C.   MATERIALS & DOCUMENTS EXAMINED ..................................................1

II.     OPINION:  SUBSTANTIAL SIMILARITY ANALYSIS....................................3

III.    APPENDIX A:  STORY SUMMARIES OF PROPERTIES IN QUESTION .................11

      A.   SYNOPSIS OF TOTEM (2013/2015)....................................................11

      B.   ALTERNATIVE VERSIONS OF PLAINTIFF'S SCRIPT ................................13

      C.   SYNOPSIS OF STRANGER THINGS, SEASON 1 ...........................14

IV.     CONSIDERATION OF SPECIFIC ALLEGED SIMILARITIES IN PLAINTIFF'S FIRST AMENDED COMPLAINT........................................................20

      A.   ALLEGED SIMILARITIES IN STORY/PLOT .................................21

      B.   ALLEGED SIMILARITIES IN SEQUENCE.....................................29

      C.   ALLEGED SIMILARITIES IN CHARACTER .................................32

      D.   ALLEGED SIMILARITIES OF THEME............................................38

      E.   ALLEGED SIMILARITIES IN SETTING..........................................41

      F.   ALLEGED SIMILARITIES IN MOOD, TONE AND PACE............................43

V.      APPENDIX B:  *CURRICULUM VITAE*…………………………………………...47

## I.    INTRODUCTION

### A.    ASSIGNMENT

I have been retained in the present litigation by Defendants to render an opinion on Plaintiff's claim that Defendants' television show, *Stranger Things*, is substantially similar in expression to Plaintiff's screenplay, *Totem*. I am being compensated at the rate of $450.00 an hour plus expenses.

### B.    QUALIFICATIONS

In 1967 I graduated from Muskingum College with a B.A. in psychology and literature, after which I received an M.A. in creative writing and literature from the University of Utah in 1970. In 1973 I received a Ph.D. in creative writing and literature from the University of Utah. From 1973 to 1985 I was the Director of the creative writing program and an Assistant Professor at the University of Texas at El Paso, and spent 1983 to 1985 on leave as a Screenwriting Fellow at the American Film Institute. In 1985 I became the Director of the creative writing program and, later, a Distinguished University Professor of English at Florida International University. In 1974 I was a visiting writer and Assistant Professor of English for the summer term at Baylor University. From 1981 to 1982 I was a visiting writer and Associate Professor at Florida International University. In 2016 I served as the Peter Meinke Visiting Distinguished Professor at Eckerd College for the spring semester.

In the course of several decades of employment at various universities I have developed a teaching specialization in the areas of, among others, writing fiction, memoirs, screenplays, and narrative non-fiction, as well as film criticism and myth criticism. Over the course of my career I have authored and edited numerous novels, novellas, nonfiction works, stories, articles, film scripts, etc. A list of my publications is attached as part of my *curriculum vitae* (Appendix B).

I have been retained as an expert in litigation alleging copyright infringement in numerous matters over the last decades. However, I have not testified as an expert at trial or by deposition in any matter in the last four years.

### C.    MATERIALS & DOCUMENTS EXAMINED

- Plaintiff's First Amended Complaint, dated October 12, 2020, including exhibits thereto;

- Plaintiff's *The Lightning Shower in Jackson Hole* (March 1, 2007), 16 pp. treatment;

- Plaintiff's *The Lightning Shower in Jackson Hole* (June 7, 2007), 117 pp. screenplay;

- Plaintiff's *Chain of Being* (2008), 118 pp. screenplay;

- Plaintiff's *Chain of Being*—Draft #2 (2008), 119 pp. screenplay;

- Plaintiff's *Totem* (2011), 108 pp. screenplay;

- Plaintiff's Totem (March 2013), 120 pp. screenplay;

- Plaintiff's *Totem: The Story of a Wounded Warrior* (2015), 125 pp. screenplay;

- Plaintiff's Exhibit #5, Concept Art Reel compilation;

- Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. Proc. 12(b)(6), filed December 3, 2020;

- Declaration of David Grossman in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, filed December 3, 2020;

- Request for Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, filed December 3, 2020;

- Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. Proc. 12(b)(6), filed December 29, 2020;

- Declaration of Jeffrey Kennedy in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. Proc. 12(b)(6), filed December 29, 2020;

- Reply Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. Proc. 12(b)(6), filed January 12, 2021;

- *Stranger Things*, Netflix, Seasons I (8 episodes), II (9 episodes) & III (8 episodes), via streaming & DVD.

## II.    OPINION:  SUBSTANTIAL SIMILARITY ANALYSIS

After close examination and analysis of materials nearing 2,000 pages in aggregate, and considering alleged similarities in plot and story; character; sequence; theme; setting; mood, pace & tone; and dialogue; as well as other miscellaneous allegations of similarity, the opinion reached is that no substantial similarity whatsoever exists regarding the properties in question, namely (a) *Totem*, as represented in its several iterations dating from 2007 forward, and (b) *Stranger Things*, Seasons 1, 2 & 3, twenty-five episodes in toto.

### Story/Plot:

There is no apparent or substantiated similarity between Plaintiff's story (*Totem*, 2013, et al.), about an epileptic, PTSD-afflicted veteran seeking vengeance for the killing of his clairvoyant wife by a fallen angel/demon-devil Azrael with aspirations to subsume all humanity under his rule, and *Stranger Things*, Seasons 1, 2 & 3, an episodic TV science fiction/thriller that revolves around the predations of a series of monsters loosed upon a typical Midwestern community as a result of military research into the paranormal gone haywire.

*Totem*'s protagonist is Jackson Chance, an epileptic military veteran.  His wife, Autumn Chance, is killed by what appear to be wolves, but are revealed to be supernatural "Blackwolf Indians" that are demonic agents of a demon named "Azrael." In his quest to defeat Azrael, and to release his wife's captured soul, Jackson receives advice and assistance from a local Native American shaman, Thunderbear, and from the shaman's granddaughter, Kimi.  Jackson also convinces his friend, Dr. William Nerowe, to join in this quest, and Dr. Nerowe struggles with his own spirituality before he ultimately believes that he is a "medicine man" integral to the fulfillment of the quest.  Jackson and Dr. Nerowe use magical dreamcatchers and electrified spears called "Silversticks" to battle, and defeat, the evil Azrael.  Jackson dies in this battle, but his sacrifice is not wasted as his wife's spirit is released, and the spirits of both spouses are seemingly sent upward to the heavens.

*Stranger Things*, on the other hand, is a light-hearted adventure/thriller, which is firmly set in the 1980's, and focuses on the lives and adventures of a group of school-age children.  *Stranger Things* begins when one of the children, Will Byers, is mysteriously abducted.  While searching for Will, his friends Dustin, Mike and Lucas discover a young girl in the forest who has escaped from the secretive Hawkins National Laboratory, where she was a captive subject of clandestine experimentation.  She is given the name Eleven, due to the number tattooed on her arm, and the boys quickly realize that she is gifted with psionic powers.  A faceless monster has abducted Will, and Eleven uses her powers to locate Will in the monster's realm.  Joyce Byers also tries to find her missing son, and enlists the help of the local chief of police, Jim Hopper.  Eleven helps the boys discover that Will is trapped in another dimension, referred to as the "Upside Down", and, with the help of Eleven and Will's best friends, Joyce and Hopper enter the Upside Down, rescue Will, and return to our dimension.  Eleven kills some of the evil scientists trying to capture her, and defeats the monster using her psionic powers.

These stories are completely dissimilar.  *Totem* is steeped in Native American folklore and involves mysticism, spirituality and Christian religious imagery and references.  Autumn Chance's spirit is captured by an evil fallen angel/demon, and her husband, Jackson Chance, sacrifices his

own life to save her soul. *Stranger Things*, on the other hand, does not involve Native American mythology, folklore, or characters, nor does it involve Christian imagery and references. *Stranger Things* focuses on a group of children (primarily Will Byers' three twelve-year old friends), their families, and the small-town Hawkins community. These characters work together to rescue the missing Will Byers.

*Stranger Things* contains clear references to prior works, notably POLTERGEIST (1982) and E.T. (1982). As in POLTERGEIST, Joyce Byers is a mother who needs to travel to another plane to rescue her missing child from an evil being. *Stranger Things*' very first episode nods to this similarity when, in a flashback, Joyce Byers surprises her son Will with tickets to go see the newly-released POLTERGEIST (in 1982). The general plot idea of traveling to another realm to rescue a loved one from an evil being does not belong to Plaintiff. The ancient story of *Orpheus* (and as re-told in the Palme d'Or winning film, BLACK ORPHEUS (1959)), depicts a man who goes on a dangerous quest to save his love, who has been captured and held in the underworld by Hades.[1] The idea of a protagonist embarking on a dangerous quest to another realm to save a loved one has been repeatedly portrayed in film, including in POLTERGEIST, in the popular 2005 film CONSTANTINE, and in films like HELLRAISER (1987, et seq.) and A NIGHTMARE ON ELM STREET (1984, et seq.), where demonic beings travel between our world and theirs and need to be confronted and killed by the story's protagonists.

Similarly, *Stranger Things* can be said to have been influenced by E.T., which is set in the same time period, involves a group of school-age children, and features a supernatural ally (the extra-terrestrial being, as opposed to Eleven) who is kept hidden by the children and who needs to be kept safe from evil scientists. Like in E.T., where the children dress up their supernatural friend in a wig and a dress, the boys in *Stranger Things* disguise Eleven when she leaves the house by helping her put on a dress and a blond wig. *Stranger Things* may also be said to have been influenced by CLOSE ENCOUNTERS OF THE THIRD KIND (1977), in which a young boy is abducted from his home by aliens, prompting his desperate mother to embark on a search to find him as government agents create cover stories to hide strange occurrences caused by the UFOs while searching for both the extraterrestrials and the abductees.

The similarities between *Stranger Things* and the predecessor films it openly alludes to are, at best, similarities in tone and general concepts. There are no relevant similarities in plot between

---

[1] Yet another iconic Greek myth involves a similar concept. In the myth explaining the seasons, Demeter (the Goddess of the harvest) is distraught when her daughter, Persephone, is abducted. Hades, the God of the dead, has taken Persephone to the underworld to be his bride. Demeter, in her remorse, prevents all plants and grains from growing, and Zeus orders Persephone to be returned to her mother (this myth explains the seasons because, although Persephone is returned to her mother, she has eaten pomegranates, the fruit of the underworld, and Hades declares that she must remain with him for several months each year, during which time plants and trees weaken and die). Thus, the concept of a child being abducted and taken to another plane of existence, along with a parent attempting to secure the return of that child from an evil supernatural being, is one that has been known and used <u>for thousands of years</u>. POLTERGEIST and *Stranger Things* are but a few modern stories that have included this general idea.

*Stranger Things* and *Totem*, other than the unremarkable, abstract concept of a character (or characters) seeking to rescue a loved one from an evil being residing in another dimension.

There are a number of more granular claimed "similarities" identified by Plaintiff, and a more detailed description of the properties in question, as well as an analysis of Plaintiff's allegations, is found below.

***Characters:***

The principal characters in Plaintiff's materials are:

- the PTSD-afflicted veteran Jackson Chance;

- his clairvoyant wife Autumn (diagnosed as schizophrenic);

- their psychiatrist/friend William Nerowe;

- elderly Native American shaman Thunderbear and his 10-year-old protégé Kimi;

- deranged FBI Agent Sam Miller, consumed with lust for Autumn;

- arch-villain Azrael, a towering horned and skeletal fallen angel/demon; and

- Azrael's vicious minions, the Wolf People.

The principal characters in *Stranger Things* are:

- Will Byers, a pre-pubescent boy kidnapped and hidden away by one of the monsters in Season 1;

- Will's three young Dungeons and Dragons-playing pals (Dustin, Lucas and Mike), who lead the search for their missing friend;

- Will's frantic single mother Joyce, who receives troubling telepathic pleas for help from her missing son;

- Eleven, a young girl who was raised in the secretive Hawkins National Laboratory, where she was the subject of experimentation and abuse, and who possesses psionic powers;

- Chief Hopper, caught between government officials intent on covering up the potential scandal and his growing suspicion that strange forces are at play; and

- Will's older misfit brother Jonathan, who forms an unlikely alliance with beautiful high school classmate Nancy, who believes she has unintentionally led her best friend (Barb) into terrible danger.

The monster figure in Season 1 is not characterized beyond its apparent voracious taste for blood. In fact, the real "villains" in *Stranger Things* might be said to be the scientists more so than the

monsters, for it is the former who have "evil" intentions. The monsters are simply creating mayhem and appear to have been unwillingly imported into our world.

In any case, the principal characters who populate *Totem* are predominately adults with Native American affiliations, caught up in a morality play with overt Christian references regarding the question of what is required to combat the forces of evil so that they may "dwell in the house of the Lord forever." The main characters from *Stranger Things* are nerdy children and teenagers and a strange-but-gifted young girl with psionic abilities, up against "creatures from another world," with their principal goal being to rescue young Will Byers from that world. Two more dissimilar sets of characters could scarcely be imagined. A detailed examination of Plaintiff's allegations relating to purported character similarities is found below.

**Theme:**

*Totem* is clearly presented as a story with prominent philosophical and religious overtones, including the nature of reality, grief over a deceased loved one, the importance of spiritual knowledge to complement scientific understanding, and the willingness to sacrifice oneself (or at least join in spiritual community) in order to overcome evil. In this religion-laden fantasy tale, *Totem*'s lead character, Jackson Chance, is told by the shaman, Thunderbear, that in order to defeat Azrael, Chance will have to convince his man-of-science friend Nerowe to accept faith in a higher spiritual power. Once Nerowe proclaims "I believe!", the two of them slay the evil demon Azrael, and Jackson reunites with the spirit of his wife Autumn "to dwell in the house of the Lord forever."

*Stranger Things*, on the other hand, is a science fiction adventure/thriller with much simpler questions at hand: will Joyce Byers get her son back in one piece and will the boys, along with Eleven and the tight-knit Hawkins community, survive the onslaught of the monsters? The themes at issue, therefore, are markedly different from the religious-minded *Totem*. In *Stranger Things*, there are clear themes involving childhood friendship, the bonds of a small town, and teenage social and sexual development and dynamics (including growing apart from friends). While *Totem* is a story of a grown man who goes on a spiritual quest, *Stranger Things* is popular entertainment: a "circle-the-wagons" tale of a community defending itself against an attack from a monster loosed upon it by its own government. No apparent or substantiated similarity can be said to exist here. A detailed response to Plaintiff's allegations regarding theme is found below.

**Sequence:**

*Totem*'s sequence is entirely different than the sequence of events portrayed in *Stranger Things*.

*Totem* opens with a mystical vision wherein military veteran Jackson Chance imagines the actual conclusion of his own story – a battle against vicious wolf-people and a descent into Azrael's cave, followed by a cutaway to his waking up on the day he is due to the hospital to pick up his beloved wife Autumn, freshly discharged from the psychiatric ward. Soon after arriving home, Autumn brings home a totem pole from a "Lynx Indian" village, and is thereafter mauled by wolf-men in her backyard. Before she dies, Autumn asks Jackson to find a Native American shaman named Thunderbear. Autumn's childhood friend FBI Agent Sam Miller, who was in love with her, blames Jackson for not protecting Autumn. Agent Miller attacks Jackson at Autumn's funeral and even contemplates shooting him.

Overcome with grief, Jackson recalls Autumn's stories about the evil spirit Azrael and his band of "Blackwolf Indians." Jackson believes that Azrael captures spirits (like Autumn) and holds them captive as "Grims" trapped in darkness. Jackson travels to the Lynx village where he meets the shaman Thunderbear and his granddaughter Kimi (who is referred to as the "Eternal Light"). Jackson's quest to save Autumn's spirit becomes part of a larger quest to defeat Azrael, the spirit of darkness and evil, and to save Kimi, the spirit of light and goodness.

While Azrael tries to kill Jackson and Kimi in the spiritual world, FBI Agent Miller tries to kill Jackson in the real world. Using magical dream catchers that render all of them invisible, Jackson, Kimi and Dr. Nerowe reach Azrael's cave, which is marked by a tall, burning totem pole. Nerowe eventually comes to believe what others have told him – that he is a powerful medicine man – and along with Jackson, he fights off Azreal using a magical spear. Jackson and Nerowe destroy the burning totem and kill Azrael, releasing the trapped souls of Lynx (Grims), who then turn into floating celestial auras. During this battle, Jackson dies and is reunited with Autumn when her spirit is also released. Agent Miller also dies and, while Jackson's and Autumn's spirits are enveloped by light, Agent Miller is enveloped by darkness.

Season 1 of *Stranger Things* opens with a terrified scientist running from some unseen pursuer in the bowels of the government research lab, only to be snatched as he enters an elevator; this is followed by a cut to the basement of a typical suburban home, where a group of four boys is playing Dungeons and Dragons. While biking home from the game, twelve-year-old Will Byers is confronted in the street by a monster. Will leaves his bicycle and runs to his house, but no one is home, and the monster abducts him. Will's friends (Mike, Dustin and Lucas) begin investigating Will's disappearance. While looking for Will in the local forest, the boys find a young girl with a shaved head wearing a hospital gown. They learn that her name is Eleven, and that she has psionic abilities.

While the young boys and Eleven search for Will, the monster threatens other Hawkins residents. Will's mother, who becomes convinced that Will is communicating with her through the electricity in their house, sees the monster several times. Mike's sixteen-year-old sister Nancy attends a party where her best friend, Barb, is abducted by the monster. While searching for Barb, Nancy catches a glimpse of the monster running through the woods. Will's sixteen-year-old brother, Jonathan, also captures a photo of Barb and the monster. Nancy and Jonathan team up to search for the monster in the hopes that they can save Will and Barb.

What appears to be Will's body is discovered in a quarry. However, Eleven proves that Will is still alive by manipulating radios to project the sound of Will's voice. Dustin, Lucas and Mike learn that Will is trapped in an alternate dimension, which they name "The Upside Down." They decide to call the monster that abducted Will a "Demogorgon" (after a character in "Dungeons & Dragons"). After pulling together all their knowledge and speculation on the supernatural events occurring in Hawkins, Dustin, Lucas, Mike and Eleven decide to search for a hypothetical gate to the Upside Down.

Meanwhile, Chief Hopper grows suspicious of the nearby research laboratory after he finds a torn piece of Eleven's hospital gown outside the lab grounds. After discovering that the body found in the quarry was not Will's, Hopper breaks into the laboratory and finds Eleven's bedroom and a massive gate to an alternate dimension. Throughout the first season, Eleven experiences a series

of painful flashbacks to the experiments conducted on her at the laboratory. These culminate in a flashback to an experiment in which Eleven was placed in a sensory deprivation tank. While in an altered psychic state, Eleven accidentally opened the gate to the Upside Down after making contact with the Demogorgon.

Joyce, Hopper, Nancy and Jonathan find Lucas, Mike, Dustin and Eleven, and they formulate a plan to make a sensory deprivation tank to enhance Eleven's powers, so that she can psychically view Will and Barb without entering the Upside Down. They break into Hawkins Middle School to set up a makeshift tank. Using the tank, Eleven discovers that Barb is dead, but that Will is alive and is hiding in a children's fort in the forest near his house. Hopper and Joyce break into the laboratory to pass through the gate and save Will, but are apprehended by security. Hopper gives up Eleven's location in exchange for access to the gate to the Upside Down. Hopper and Joyce enter the Upside Down, discovering the monster's nest, where an unconscious Will has been strung up with a tendril extending down his throat. Hopper and Joyce detach and revive Will, and return through the gate.

Plaintiff claims that the sequences of these two works are similar because both projects involve an "abduction" where a character is brought to a "carbon-copy" dimension. This is a general concept, not necessarily an element of sequence. Further, Autumn Chance in *Totem* is not "abducted", she is murdered by the demon Azrael's minions. And while the "Upside-Down" is a copy of the real world, Azrael's lair in *Totem* is not. Azrael resides in a vast cave, and the settings in Azrael's realm are not "carbon copies" of the real world.

Moreover, the idea of a mirror world where dark forces reside is a general concept, but it is also not original to either *Stranger Things* (where one exists) or *Totem* (where it does not). For example, in the popular film, CORALINE, a girl passes through a secret door and enters a mirror world, where there are slightly different (and evil) versions of her mother and father. In this mirror world, the main character meets the spirits of other children that have been captured by the evil spirt in the "Other" world, and she goes on an adventure to save the trapped spirits, rescue her real parents from the grasp of her evil captor, and return to the real world. CORALINE involves a character who is trapped in another plane of reality, and who needs to battle an evil creature in order to escape, but many works involve these concepts, and Plaintiff cannot claim a monopoly over such ideas.

Meanwhile, agents from the government lab arrive at Hawkins Middle School to capture Eleven. After sharing a romantic moment with Mike, Eleven kills some of the agents, crushing their brains with her psionic abilities. The monster is attracted to the bloodshed at the school and attacks just as Eleven is about to be captured by the agents. Mike, Dustin and Lucas escape with Eleven and hide in a classroom, but the monster finds them. Before it can harm the boys, Eleven says goodbye to Mike and telekinetically explodes the monster. Mike is left in tears as Eleven vanishes. Will is hospitalized and reunited with his family and friends.

There is no similarity in the sequence of events presented in these works. A more detailed analysis of Plaintiff's allegations relating to sequence of events is found below.

**Setting:**

*Totem* takes place in a present-day valley in the Mountain West in close proximity to a "Lynx Indian" reservation. Other than very few scenes in a gift shop and a hospital ward, most of the action takes place in or around the Chance property and rural and rugged Native American lands, though some earlier iterations of the script include scenes set in Los Angeles and in 19th century "Indian Territory." Earlier and later iterations of the script set the story in "Blackwolf Valley" or Jackson Hole, Wyoming.

*Stranger Things* takes place in and around an idealized rural Indiana town of the 1980's ("Hawkins"), where suburban neighborhoods, suburban homes, local schools, local businesses, and government offices play a prominent role in the proceedings, similar to the BACK TO THE FUTURE films (1985, 1989, 1990) or AMERICAN GRAFFITI (1973).

There is no similarity of setting to be found here. A more detailed analysis of Plaintiff's allegations regarding settings is found below.

**Mood, Tone, & Pace:**

There is only one moment of levity in *Totem*: As Nerowe, Jackson and FBI Agent Miller go about the placement of a charred and battered totem pole brought back from the Lynx reservation by Autumn, Agent Miller observes, "Well, at least it isn't a garden gnome." Otherwise, *Totem*, in all its iterations, is a doggedly dark and serious work, focused on the characters' efforts for vengeance and to combat evil.

*Stranger Things*, on the other hand, is quirky and light-hearted, intercutting humor and tension throughout, in keeping with its intent as "family entertainment." As but one of countless examples, when Joyce Byers comes to believe that her son can communicate with her by causing the lights to flicker in her home, she goes to the dollar store where she works and buys every set of Christmas lights she can find. The cutaway to her home now turned into a veritable vineyard of Christmas lights, is hilarious, even as it underscores her desperation. This ongoing counterpoint of humor and seriousness does not exist in *Totem*, and to suggest that there is any substantial similarity in mood or tone is not accurate.

As for pace, and given that both stories have action-centered plots, it would be surprising if both did not attempt to keep the pace of proceedings at a rapid clip. However, the first season of *Stanger Things* is told in eight 55-minute episodes totaling about 440 minutes in total. *Totem* has no iteration longer than 120 pages. *Stranger Things* creates a number of mini subplots within its 440-minute entirety in order to maintain viewer interest, often switching the focus from one set of characters for one episode, and then back from Hopper and Joyce, say, to the three friends searching for Will in the next. *Totem* stays resolutely focused on Jackson's quest to confront Azrael, with only the occasional cutaway to other characters. To contend that there is any substantial similarity as regards pacing is not accurate. A detailed response to Plaintiff's allegations regarding mood, tone and pace is found below.

*Dialogue:*

Similarities in dialogue are a relatively straightforward issue.  If a character in some yet-to-be produced film were to point a pistol at a suspected miscreant and say, "Go ahead, make my day," objections might be sustained.  However, in this case, and as is clarified in the detailed response to Plaintiff's allegations, there are no such similarities to be found.  For example, to say that the word "promise" appears somewhere in the dialogue of both scripts, or that in both scripts, some character promises another that he or she will do something, is to confuse the very notion of "substantial" similarity.

*Conclusion*:  In sum, no similarity of literary expression exists between the two works at hand.  As the detailed analysis below makes clear, the alleged similarities are:  (1) unprotected general ideas or aspects thereof; (2) scenes au faire or non-specific elements expected to be present in works based on a given general idea (and to be found in numerous instances of well-known prior art); and/or (3) are inaccurately presented and fail upon prima facie examination.

## III.  APPENDIX A:  STORY SUMMARIES OF PROPERTIES IN QUESTION

### A.  SYNOPSIS OF *TOTEM* (2013/2015)[2]

Jackson Chance is an Army veteran and epileptic prone to regular seizures, married to Autumn, a diagnosed schizophrenic who suffers from frightening visions of vicious wolf persons who serve an evil master known as Azrael.  The couple live in a rural area of the Mountain West near a "Lynx Indian" reservation, in a home with a shed in the back yard that borders on a forest.  As the story opens, Jackson is having a vision during an epileptic seizure in which he battles and defeats a cadre of monstrous "wolf people," then announces his intention to enter a cave and confront an evil force known as Azrael who resides there.

Jackson awakens on a morning that we will learn takes place before that confrontation with the wolf people.  We find it is the morning he is to bring his wife home after an apparently extended stay in the psychiatric ward.  He stops to buy a present at an antique store where a mystical clerk gives him an angel charm that she says will protect against evil.  At the hospital, Jackson's best friend, physician Nerowe, who has overseen Autumn's care, is introduced.  He cautions Jackson to keep taking his own meds and keep close watch on Autumn, and the couple go home.

Soon after a dream of her own, wherein she sees her husband Jackson threatened by Azrael, Autumn makes the mistake of bringing home from the nearby "Lynx Indian" reservation a wooden totem pole that, once planted in her backyard, allows the evil deity Azrael to invade the earthly realm as we know it, through a "warp" or portal that is apparently located in or near the shed. Azrael's intention is to stamp out good once and for all in the "real" world and use his considerable physical powers, as well as his vicious wolf-people minions, to slaughter everyone and turn them into "Grims," or followers.  On a night soon after the totem is planted, Autumn leaves her bedroom and goes out to confront Azrael near the portal.  She is torn to pieces and killed by the wolf people. With her dying breath, she tells Jackson that Azrael is responsible and instructs him to find the Lynx shaman Thunderbear who will help Jackson with his "quest."

Jackson goes to his friend Nerowe to ask him help find Thunderbear.  Nerowe tells him that Autumn was clearly killed by a pack of wolves from the forest and dismisses Jackson's tales of mystical forces as utter foolishness.  The two fight, and Jackson storms out.  Nerowe falls and cuts himself badly on a shard of glass.  He sees a red butterfly circle over and land on his cell phone nearby.  He reaches for his cell phone to call for help, but he cannot manage it.

Meanwhile, Jackson has been followed to a train yard by FBI Agent Miller.  The two collide in a violent car crash.  Thunderbear appears and pulls Jackson from the wreckage.  They hop onto a freight train to escape but are followed by Agent Miller.  Thunderbear explains to Jackson that he will need the help of a "medicine man" in order to overcome the forces of evil.  Azrael then appears to Agent Miller and promises Miller that, if he kills Jackson, Nerowe and Thunderbear, he can have Autumn all to himself.

---

[2] Since most references in Plaintiff's First Amended Complaint refer to materials in the 2013 version of *Totem*, the following synopsis is based primarily upon that version. A brief description of the alternative versions of that script will follow.

Agent Miller agrees to this bargain and, thereafter, becomes Azrael's servant. After leaping from the train, Jackson is captured by FBI agents and hospitalized. Agent Miller asks Nerowe to quiz Jackson as to the whereabouts of Thunderbear, because Azrael wants Thunderbear killed.

During the ensuing conversation, Nerowe reveals to Jackson that he is dying of pancreatic cancer. He claims to be too sick to help anyone. Jackson says that there is always hope and asks him again to join his quest to confront Azrael. Nerowe refuses, again, and goes home, where he finds a drawing that his daughter has made of himself and Jackson chasing after a red butterfly, which reminds him of the butterfly that landed on his phone. Nerowe takes this as a mystical sign to follow the advice of his daughter – "Go get well, Daddy" – to join Jackson in his quest. Nerowe helps Jackson escape from the hospital and the two of them make their way to the reservation where Jackson tells Thunderbear that Nerowe is a "medicine man" who has the power to defeat Azrael.

Thunderbear's helpers conduct a sweat lodge ceremony which cures Nerowe of his cancer. Meanwhile, Agent Miller and his minions have followed them to the Lynx reservation and have begun slaughtering the residents. Thunderbear, the mystic young girl Kimi, Nerowe and Jackson run toward the so-called "Valley of Death," where the entrance to Azrael's lair cave is located. The group is pursued by Agent Miller and Azrael's wolf people. During the chase, Miller kills Thunderbear and wounds Kimi badly. Also, at this point, Jackson re-enacts the events that opened the screenplay, i.e., his initial confrontation with the wolf people, and he and Nerowe toss electrified spears at the totem outside the entrance to Azrael's cave, destroying it.

In the final confrontation inside Azrael's lair, Azrael stabs Jackson in the abdomen with his sword, mortally wounding him. Nonetheless, Jackson and Nerowe manage to overcome Azrael when Nerowe finally proclaims that he now "believes" in what he previously characterized as "Dungeons and Dragons nonsense" that Jackson and Autumn espoused.

Nerowe's revelation, that spiritual forces of good and evil do in fact contend for control of the universe, and that human beings can achieve salvation through belief in the literal force of good, is consistent with other religious elements in *Totem*. There are many references to Christian mythology throughout *Totem*, including a number of citations to the 23rd Psalm. Ultimately, Jackson's spirit ascends to join Autumn's to dwell, as the script says, "in the house of the Lord forever," while Nerowe, cured of cancer, returns to his family in real life.

So far as anyone in the "real" world knows, both Jackson and FBI Agent Miller have died as a result of a car crash that took place during a high-speed chase.

### B.    ALTERNATIVE VERSIONS OF PLAINTIFF'S SCRIPT

The 2015 version of the script is a somewhat shortened, but largely identical version of the 2013 iteration, with one early scene where FBI Agent Miller pulls out his gun to frighten Nerowe's young daughter considerably softened. Earlier versions include one entitled "Chain of Being," from 2007, that has the Chances and the Nerowes living in Los Angeles, featuring subplots with Nerowe running a drug trial for a large pharmaceutical company where Autumn was a subject, and with Jackson disappearing for years following Autumn's death only to resurface as a suspected psychopathic killer, trying to convince Nerowe that he has actually been on the trail of Azrael and his minions ever since the time of his wife's death.

In those earlier scripts, which also include those entitled "The Lightning Shower at Jackson Hole," Nerowe and Jackson team up, leave Los Angeles and make their way to a Native American reservation in Wyoming where Jackson intends to find the portal to Azrael's world, confront the demon, exact revenge, and purge the world of his evil influence. They are pursued by FBI agents who suspect Jackson of the string of murders actually perpetrated by Azrael. The culminating chase and battle scenes closely parallel what happens in *Totem* 2013/2015.

In both the "Chain of Being" and "Lightning Shower" versions of Plaintiff's story, there is an additional plot woven in, which portrays two young Sioux boys from the 1800's as friends, one of whom is captured and killed by the Crow, while the other one escapes. In these early versions it is suggested that Jackson and Nerowe are reincarnations of the two Sioux boys and that in this 21st Century version, Nerowe – whose drug experiments have harmed Autumn – is the counterpart to the surviving but guilt-stricken Sioux boy who gets the opportunity to make up for having abandoned his friend to the murdering Crow. This version of the story is focused on Nerowe's chance to redeem himself in reincarnated form, and the plot thread of Jackson reuniting with his dead wife is very much a secondary matter.

C.      <u>SYNOPSIS OF *STRANGER THINGS*, SEASON 1</u>[3]

Season 1 of *Stranger Things* takes place in the mid-1980's in fictional Hawkins, Indiana, a small town redolent of the setting presented in the BACK TO THE FUTURE films. Hawkins is located in a rural, wooded, apparently Midwestern area (it was actually filmed in rural Georgia). As is revealed over the course of ensuing episodes, and unbeknownst to the local citizens, a "Department of Energy" facility located on the outskirts of town is actually the site of illicit research involving the paramilitary use of children with paranormal powers. During one of those experiments, a young psionically-enabled girl (Eleven or El), abducted by the researchers from her mother at birth, encounters a carnivorous monster in a parallel universe to which she has mind-traveled. As she flees from the monster, she inadvertently rips open a portal between dimensions, a fissure located in the basement of the research facility, allowing the monster to run free in and around Hawkins. Government forces frantically search for both the monster and the girl, who takes the opportunity from the chaos to escape her captors at the facility.

The opening episode of *Stranger Things* begins as a scientist in the lab is running terrified from something unseen. As the man rushes into an elevator, he glances upward at something in terror, then abruptly vanishes.

The scene then cuts to a group of four pre-pubescent boys winding up a game of Dungeons and Dragons in the basement of the family home of Mike, the son of middle-class parents and the brother of Nancy, a smart, reserved high schooler with a crush on Steve Harrington, the school's notorious Lothario. As he bikes his way home from the game, Mike's friend Will Byers is chased by a mysterious unseen creature from the woods near the research facility. Will races to his isolated home, then, with the creature still on his heels, runs to a backyard shed where the family rifle is stored. As he frantically tries to load the rifle, he abruptly vanishes.

The next day, Will's divorced mother Joyce and his high-school brother Jonathan, a somewhat withdrawn type who uses photography as a substitute for direct interaction with people, realize that Will is missing. A frantic Joyce calls the town's police chief, Jim Hopper, himself a divorcee who lost a young daughter to cancer seven years earlier. Though Hopper points out that ninety-nine times out of one hundred, a missing child from a broken home is usually to be found with the other parent, Joyce is certain that is not the case here. "How about the one," she says, demanding that Hopper begin a search.

Meanwhile, young Mike rounds up the other two friends (Dustin and Lucas) from the group of four to begin their own search for Will, and that night they encounter Eleven in the woods. They take her back to Mike's house where she suggests she is herself in trouble and also that she has

---

[3] Because most of Plaintiff's allegations of similarity refer to materials from Season 1 of *Stranger Things*, the following synopsis is confined to that season and story/plot line. The story/plot lines of Season 2 and Season 3 are entirely different. *In aggregate, some 440 minutes of screenplay are being condensed here, while only 120 pages or so of Plaintiff's script were so treated. While every attempt has been made to reduce the plot to the essences, it remains – by necessity – somewhat lengthy.*

some knowledge regarding Will's disappearance.  The boys decide to keep her hidden in Mike's basement.

Joyce receives a pair of strange phone calls from her son Will, convincing her that he is alive and in the grip of some unknowable danger.  Nancy is maneuvered into a sexual encounter with Steve, oblivious to the fact that her friend Barb, waiting nearby, is attacked by a barely glimpsed creature and has "vanished" in the same way as Will.  When an anguished Nancy tries to investigate what has happened to her friend, she encounters a threatening presence in the woods and becomes convinced something terrible has happened to her friend.

At this point, about a third of the way into the first season, three distinct plot lines have developed: one concerning the search by the young boys for their missing friend, a second concerning Joyce's attempts to convince authorities that her son is alive and is in imminent danger, and the third concerning Nancy's quest to find Barb.  A fourth plot line, less fully developed, involves the gradual revelation of what happened at the lab to cause the "rupture" of dimensions and the efforts of the government agents to find the monster and recapture Eleven.

At about this point, Joyce, convinced that Will is trying to contact her by somehow causing the lamps in her home to blink, strings up a plethora of Christmas lights throughout her house and devises a code by which he can use the flashing of the lights to communicate.  Will lets her know that he is alive and says he is "right here," suggesting he is close by but in a parallel dimension. Suddenly, he tells her to "Run," just as a faceless monster bursts through the living room wall of her house.

When a frantic Joyce tries to relate all this to Hopper, he tries to calm her down and delivers the sad news that Will's body has been pulled that day from a nearby quarry lake that he apparently fell into by accident.  Joyce, however, is certain that Will is alive and, even when she views Will's supposed corpse from behind glass at the coroner's office, she claims that whatever is on the slab is not her son.  Nancy has discovered a photo taken by Jonathan that shows a vaguely defined monstrous shape about to pounce on Barb on the night of her disappearance.  And El has managed to contact Will on one of the walkie-talkies the boys use to communicate.  They use their science teacher's ham radio to forge a better connection with Will, but during that conversation, the radio bursts into flame and melts.

At the research facility, the scientists send one man through the "portal" to investigate.  He is attacked and devoured.  Hopper, in the meantime, wondering why the autopsy on Will was conducted by state authorities instead of the local coroner and concerned by various other discoveries casting suspicion upon activities at the research center, breaks into the coroner's office and discovers that the "corpse" is in fact a dummy and that Joyce, at least in that regard, was right.

Hopper then breaks into the research facility and discovers the portal into what the boys and Eleven come to call the "Upside Down" dimension, a blasted and burnt fissure in the steel and concrete walls that is cloaked in gelatinous strands of goo and disgorging a haze of snowflake-sized particles.  As Hopper gapes at the fissure, he is grabbed by a hazmat-gowned figure from behind and rendered unconscious.

At this point, midway through the first season (the 4th episode of 8), the action of the plot tilts: up to this time Joyce has been viewed by all around her as mentally unbalanced regarding the fate of her son – and every bit of her energy has been devoted to staying in contact with her son and trying to convince others that he is alive. Now, the young boys, Nancy and Jonathan, and Hopper have all discovered evidence that Will is still alive and in the clutches of some awful, supernatural power. The action thus shifts direction for the boys, Joyce/Hopper, and Nancy/Jonathan from proving Will is still alive to finding and rescuing him.

Convinced now that Will is captive in the Upside Down, the three boys consult with their science teacher as to ways to enter an alternate dimension. The teacher theorizes that it takes great energy to create such a portal, and that such would cause a noticeable disruption in the electromagnetic field near any such rupture. Afterwards, young Dustin points out to his friends that all their compasses are no longer pointing north but instead are skewed in another direction. Thus, Dustin argues, all they have to do to find the portal is follow their compasses. Accordingly, the three set out, accompanied by Eleven.

Hopper, who upon waking from unconsciousness in his own house has discovered his house has been bugged by the government agents, goes to Joyce's house to search for more listening devices which might have been planted there. He confides in her that he now thinks she was right – that it was not her son's corpse in the coroner's office, but a ruse concocted by agents at the research facility. She bursts into tears with relief, both for being believed and at the confirmation that her son is possibly still alive.

The three boys realize that their search for the portal is going nowhere, because Eleven, fearful of what would happen to them if they did find the portal and enter the Upside Down, has been using her powers to deflect the compasses to random places. The boys fight amongst themselves over this betrayal and El disappears. Mike, who by this time has become smitten with El, goes sadly home.

Later, Jonathan and Nancy are in the woods searching for Will or the creature who may have taken him, when Nancy discovers a second portal into the Upside Down, a slime-covered opening in a big tree. She crawls in and encounters the monster who nearly snatches her before Jonathan pulls her back through the goo into the real world. Jonathan accompanies the shaken Nancy back home, where he spends the night in chaste comfort of her. They are spotted together by Steve, however, who believes that Nancy has slept with Jonathan.

The next day, Jonathan and Nancy hatch a plan to trap and kill the monster and go to a surplus store to buy various traps and weapons. "What are you kids up to," the suspicious store clerk asks. "Monster hunting," Nancy says in a droll moment that is typical of the show, and the clerk nods as if that is just what he thought.

At the same time, Hopper and Joyce travel some miles away to the home of a woman who was the subject of government LSD experiments during the 1960's. The woman is now catatonic, but her sister tells the two that the woman miscarried a daughter late in her third trimester. "She was so addled she thinks the government stole her baby and are still using her in her experiments," the sister says. Without saying so, Hopper and Joyce understand that the catatonic woman is probably right.

Meanwhile, Mike and Dustin are searching for Eleven in the woods near the quarry when they are accosted by bullies. One holds Dustin at knife point and claims he will stab Dustin unless Mike jumps from the adjacent cliff top into the quarry, a jump that some believe caused Will's death. Mike complies but about halfway down, his deadly fall is halted, and he is levitated back to the top by Eleven, who also uses her powers to break the arm of the boy holding the knife. The bullies flee in terror. In the aftermath, El has a vision of her encounter with the monster in the Upside Down that led to her tearing open the portal. She apologizes to Mike for being the cause of all the trouble. Mike is not fully aware of everything she is talking about, but he shakes his head. "You saved me," he tells her, and the three of them hug.

As the three head back to Mike's house, Dustin, who has been drawn to the research facility by his compass, realizes that the government agents have discovered that Eleven has been hiding at Mike's house and are on the way there to apprehend her. El and the boys make a run for it on their bikes and just as they are about to be boxed in, El causes a government van to levitate and crash, blocking the way of the other agents. The boys and El ride on to a junkyard where they take cover in an old bus.

Hopper and Joyce, on their way back from their encounter with the catatonic mother/experimental subject, are called to the police station: Jonathan is in custody for having beat up Steve, who mistakenly confronted him for sleeping with Nancy. While untangling the situation, Hopper overhears a mother complaining that a little girl broke her son's arm using just her mind. Hopper realizes that this girl must be the "miscarried" daughter.

Hopper, Joyce, Nancy and Jonathan hurry to Mike's house in search of the three boys and Eleven and manage to contact them on one of the walkie-talkies. They rush to the junkyard just in time for Hopper to neutralize the government agents about to apprehend El and the boys.

When Joyce asks El if she can contact her son Will and Nancy's friend Barb, El gives it her best, but explains that to actually enter the Upside Down she needs the use of a sensory deprivation tank, as was used by the scientists at the research lab. With the help of the boys' science teacher, the group constructs a makeshift tank in the high school's gym and El uses it to travel into the Upside Down. She discovers that Barb is dead (a disgusting worm crawls out of her frozen mouth), but that Will is still alive, hiding in a monochromatically toned replica of a fort he has built himself in the woods near his home.

Hopper and Joyce hurry to the research facility where they intend to enter the Upside Down and rescue Will, but they are apprehended by agents who demand to know where Eleven is. Hopper agrees to tell them so long as they are permitted to go through the portal and rescue Will. In addition to giving up Eleven, he and Joyce also agree not to mention that any of this has happened. Certain that they will not emerge from the portal alive, the chief scientist agrees. Joyce and Hopper enter the portal and the agents tear off toward the gym for Eleven.

Jonathan and Nancy have left the boys and Eleven at the gym while they go to Joyce's house to set their plan to draw out and kill the monster into motion. Steve shows up at the house, apologizing and offering to help. The monster is drawn to the house by blood dripping from cuts that Jonathan and Nancy have made on their hands and stumbles into a bear trap as Steve beats it

with a baseball bat.  Jonathan sets fire to the monster as it struggles.  Once the fire is extinguished, the trio find only ashes, suggesting that they have immolated the monster.

At the school gym, Mike has a tender conversation with El suggesting that once this is all over, perhaps she can live at his house and his mother can become her new mother.  When El wonders if he intends for her to stay in his room, Mike says he doesn't think that would be right.  When El asks why not, Mike leans forward and kisses her, admitting that she is someone he "likes" in a different way than as a friend.  At that moment, the government agents burst into the school and the boys and El are on the run again.

Though El uses her powers to smash the brains of several agents, the children are eventually overpowered.  The chief scientist, whom El calls "Papa," tells her that he will take her back to the facility where she will be safe.  At that moment, the monster, drawn by the blood of the agents El has killed, bursts through a wall and devours the chief scientist and others.  Though the boys and Eleven run to hide in a classroom, the monster finds them.  Lucas fires rocks at it with his slingshot and, when it opens its flower-like mouth, appears to knock it backwards.  As the monster tries to gather itself, El moves toward it with her hand outstretched.  She turns and whispers, "Goodbye Mike," and then presses her hand against the monster's chest.  Both she and the creature are apparently blown into miniscule bits.

In the Upside Down, Hopper and Joyce find Will unconscious in his "fort".  There is a ghastly wormlike creature in his mouth, but Hopper pulls it out.  There is a frantic period in which Joyce and Hopper give Will CPR, intercut with Hopper's memory of hospital staff trying to revive his dying daughter in a similar fashion.  Hopper slams his fist against Will's chest, and the boy's eyes pop open.

The scene cuts to the hospital where all are gathered until the three boys are finally allowed into Will's room for a joyful reunion.  Hopper leaves the hospital alone and is lighting a cigarette when a black car drives up.  An agent opens a door for him, and he gets in.  Presumably this has to do with shoring up the deal Hopper made with officials at the research facility:  that no one will divulge the research and the breach and the calamity so long as he and Joyce were free to rescue Will.

After a fadeout, a title then indicates that it is one month later, on Christmas Eve.  The four boys are playing Dungeons and Dragons at Will's house.  Nancy presents Jonathan with a new camera, replacing one which Steve broke during an earlier altercation.  After Jonathan leaves, Nancy joins Steve on the sofa where Steve indicates that it was he who bought the gift as an apology.

Hopper leaves the police station holiday party and drives to a spot in the forest where he places a plate of waffles (Eleven's favorite food) along with some candy in a wooden box.  It would seem the gesture is a memorial for the vanished Eleven.

At Will's house, he and his brother Jonathan join with their mother for Christmas dinner.  Will excuses himself to wash his hands.  When he bends over the basin, however, he coughs, dislodging a disgusting slug-like creature from his mouth.  As the creature slides down the drain, the scene is momentarily cast in the bleak, monochromatic light that bathes the Upside Down.  Will stares fearfully into the mirror as the scene reverts to normal.  There is a faint growl in the distance.  Will

DocuSign Envelope ID: 190482BC-BD9B-4225-A28C-39D6FF2E512D

rejoins his family at the table and the camera pans back out of the house as snow softly falls, suggesting that, while peace has regained something of a foothold, it may not last for long.

## IV.    CONSIDERATION OF SPECIFIC ALLEGED SIMILARITIES IN PLAINTIFF'S FIRST AMENDED COMPLAINT

The below analysis addresses the claimed similarities set forth in Plaintiff's First Amended Complaint.

### Basis for analysis:

The most authoritative scholarship on plot in narrative works of art is found in Joseph Campbell's HERO WITH A THOUSAND FACES (1949), in which Campbell demonstrates that across all cultures and all time, there is at base only one general story idea, which he calls the "monomyth." Campbell's description of this single general story idea is as follows:  "A hero ventures forth from the world of common day into a region of supernatural wonder:  fabulous forces are there encountered and a decisive victory is won:  the hero comes back from this mysterious adventure with the power to bestow boons on his fellow man." Individual stories are differentiated, says Campbell, only in their specific, concrete renderings.  Psychiatrist Carl Jung, who founded the field of analytical psychology, bolstered an understanding and acceptance of Campbell's work with his writings on "archetypes," which he described (cf. MAN AND HIS SYMBOLS (1964)) as a series of common characters, events and images that all human beings, regardless of sex, culture, or historical period, are familiar with, including "the wise old man," the "hero," the "temptress" and the "virgin," along with such archetypal places as "the underworld," the "tower," the "forest" and the "garden," and such typical events as "death and rebirth," the "quest," the "battle of good and evil," and so on.  A popular work on screenwriting, THE WRITER'S JOURNEY (1992) by Christopher Vogler, describes how virtually all contemporary films are constructed according to the notions of the journey as described by Campbell and peopled/decorated/fueled by the archetypes of Jung.

General story ideas and concepts are often found in dissimilar works, but the common use of a general idea or concept does not render different stories/characters/plots similar in a literary sense. As an illustration, consider COOGAN'S BLUFF (1968), in which an Arizona Deputy Sheriff is sent to New York City to collect a dangerous escapee, with CROCODILE DUNDEE (1986), in which a rugged Australian crocodile poacher is brought by a reporter to New York.  Though both films rely on a virtually identical "fish out of water" plot line – a rugged frontiersman up against sophisticated foes in Manhattan – for their popularity, there is no infringement to be found.  Any similarities are of a general nature, to be expected, given the circumstances.  Such common character types, situations, etc., are often referred to as "stock" elements or "scenes au faire," i.e., scenes that are to be expected to appear in films deriving from a similar general idea.

A.    ALLEGED SIMILARITIES IN STORY/PLOT[4]

**Specific analysis of story/plot:**

Strictly speaking, "story" is distinct from "plot" in one significant way:  Story refers to the sequence of events in a narrative.  Plot simply adds an understanding of "why" that sequence takes place, i.e., the cause and effect relationship that dictates the order of events.  The classic example is given by E.M. Forster:  An element of "story" is exemplified by the statement, "The king died, and then the queen died." To say, "The king died, and then the queen died, of grief," is to add the element of plot.  For the purposes of this analysis, there is no significant distinction to be drawn between the terms.

*Totem* tells the story of an epileptic veteran, Jackson Chance, living in the Mountain West who discovers, during his seizures, that the death of his wife, diagnosed as a schizophrenic, was due not to an attack by wild wolves from the nearby forest but by supernatural wolf-men sent by an evil creature named Azrael (who in one iteration describes himself as a fallen angel).  Azrael lives in a parallel dimension and fears that the wife – actually a mystic and force of goodness – might interfere in his plans to invade the real world and subvert humans to his will.  Jackson vows to find his way into Azrael's domain, exact revenge, and reunite with his wife.  He consults with a local shaman and a 10-year-old female mystic living on a nearby "Lynx Indian" reservation as to how to effect his intentions, and learns that he must convince his doctor friend (a "medicine man") to join him on his quest if he hopes to prevail (the shaman proclaims it will take a warrior and a medicine man to beat Azrael).  For his part, the doctor, Nerowe, is told that to prevail against Azrael, he will have to discard his single-minded faith in logic and science and believe in the mystical "nonsense" that Jackson and his wife have found to be true (essentially, Nerowe must proclaim his faith that the demonic Azrael and his realm are real and that good can overcome evil).  Jackson and Nerowe, pursued by FBI agents, one of whom has fallen in league with Azrael, make their way to a cave that is actually a portal to the other dimension, travel through dark caverns to Azrael's underground temple, and destroy the creature only after the doctor finally proclaims that he "believes" in all the supernatural events that are happening.  Nerowe, who has been cured of cancer by the Lynx in a sweat lodge ceremony, returns to his wife and young daughter, while Jackson sacrifices himself to save his friend, dies of injuries sustained in the battle, and joins his deceased wife in the "kingdom of the Lord, forever."

*Stranger Things*, on the other hand, tells a three-parallel plot intertwined story set in the 1980's after a preteen boy, Will Byers, is abducted and taken into a dark realm by a monster loosed during illicit research into the paranormal being carried out by the government in a secret facility.  Will's disappearance leads:  (1) his three Dungeons and Dragons-playing friends to launch their own search for him; even as (2) Will's mother, Joyce, frantically tries to convince others, including the local police chief, Hopper, that her son has not died but is the captive of some supernatural force.  Will's misfit older brother, Jonathan, (3) joins forces with a high school girl friend, Nancy, to track down and kill a monster that Nancy believes has killed her best friend.  These three plot strands

---

[4] Because only the story/plot line of Season 1 of *Stranger Things* is alleged to have similarity with that of Plaintiff's screenplay, this section will be understood to address *Stranger Things*, Season 1, or (ST1) unless noted otherwise.

become increasingly complicated and finally merge at the mid-point of the series, once all parties find proof that Will is alive, is the captive of a monster in another dimension, and that the calamity is owing to the illicit research being carried out at the government facility. While Jonathan and Nancy – along with the three boys and a psychically gifted young girl, Eleven, who caused the rift that allowed the monster to pass between dimensions in the first place – battle the monster in and around the town's high school, Joyce and Hopper enter the dark realm where Will has been taken by the monster, bring him back to consciousness via CPR, and guide him back to the real world. The monster is finally destroyed by Eleven. Order is restored and life returns more or less to normal, though there is evidence that young Will has become infected by some kind of parasite from the evil dimension.

Thus, in terms of concrete, specific detail, there is no significant similarity between the plots of the two works in question. In one story, a loved one is murdered and her husband seeks revenge against the underworld demon responsible. In the other story, a monster from another dimension kidnaps a young boy and takes him into his world – alive. The boy's friends, his mother and the local police chief search frantically for him. Even granting the vague similarity of loved ones being taken by an evil force or monster from the real world into a parallel, fearsome dimension, causing a loved one left behind to go into that realm for purposes of rescue or to reunite, that is a general idea first used in prior art as early as the 5th century B.C.

In the famed Greco-Roman myth, Orpheus, a musician and one of the soldiers who accompanied Jason on the quest for the golden fleece, is grief stricken by the death of his wife Eurydice, who was bitten by a poisonous snake while she was running from a satyr intent on raping her. With the help and advice of various nymphs and gods, Orpheus descends from Earth into Hades intent on bringing his wife back to Earth. Orpheus encounters Hades, the god of the underworld, and so charms him with his music that Hades grants his request to take his wife back to the world, so long as he will lead the way and not look back until both have returned to Earth. Orpheus makes it to the top, and in his excitement turns to Eurydice who is not quite emerged out of the underworld. She vanishes, returned to Hades forever.

This myth is mirrored in the Christian story of Lot's wife: Lot has God's promise to let his family escape from Sodom so long as he trusts in God's promise and forsakes any backward glances at the evil place – but when Lot's wife pauses for one last glance back at her home, she is turned to a pillar of salt. The myth was also the basis of a popular 1959 film, BLACK ORPHEUS, set in Rio during the Carnival with an all-black cast and which won the 1960 Academy Award for Best Foreign Language Film.

The general idea of rescuing a loved one from an alternate dimension has been used in numerous other films and television shows of the supernatural, including the popular film POLTERGEIST (1982), wherein malevolent spirits pull a young preteen girl into an alternate dimension through a vortex located in the bedroom closet of her new room. In that film, the absent young girl communicates with her frantic mother through an unused channel on the family TV, and a spirit medium advises that the young girl has been taken by wandering spirits into the next dimension because they think she is the epitome of innocence and thus might serve as their salvation. Ultimately, the girl's mother must enter the alternate dimension through the vortex, confronting the Beast, a snarling, skeletal demon, in order to bring her daughter back.

In the 1987 genre film HELLRAISER, a young woman is threatened by demons and monsters inadvertently summoned from hell by her uncle toying with a mystical puzzle box purchased from an antique dealer in North Africa. The film's demons, known as Cenobites, want to drag the young woman into their realm of "pleasure, pain, and suffering," in a saga that has spawned nine sequels based upon the same general premise.

In the 1981 film THE EVIL DEAD directed by Sam Raimi, a group of young adults staying in a remote cabin in the woods inadvertently raises evil spirits from another dimension. Those spirits, once loosed, take over the group members' bodies one by one in a type of demonic possession. The motif of a remote structure in a wooded area as the focal point for evil from an alternate dimension entering our world, as in THE EVIL DEAD, is a scene-a-faire that is neither protectable nor original to Plaintiff's work.

In episodes 19-22 of season 2 of the television show ANGEL (2001), a young woman is sucked into an alternate hell dimension through a mystical portal, where she is chased down and captured by a demon who declares her a human slave. Her friends open a second portal to enter the alternate dimension in order to save the young woman and bring her back to the "real world."

Another popular film of the supernatural using a similar general idea of alternate dimensions is CONSTANTINE (2005), which features the exploits of a man, played by Keanu Reeves, who has the ability to see angels and demons walking the Earth while invisible to others, and whose principal mission is to apprehend and send renegade demons back to Hell in a kind of exorcism ceremony. He is approached by a Los Angeles police detective who is certain that the suspicious death of her twin sister is not a suicide. The psychic protagonist tells the detective that, in fact, God and the Devil have a running bet as to who will ultimately control the souls of all mankind, and that the detective's sister, diagnosed as schizophrenic, was actually a powerful psychic who could probe the parallel dimension populated by the demons from Hell who intend to emerge from the underworld and establish dominion over the earthly realm. The dead sister and her twin are to be used as the portal for the demons to enter the earthly world. In the end, Constantine sacrifices himself to save the female detective, also allowing a sidekick killed during the action to rise in heaven as an angel.

In fact, it might be argued that *Totem* is far more similar to CONSTANTINE than to *Stranger Things* in its use of a female character branded as a schizophrenic but who is actually a seer able to convene with demons in Hell, along with the plot device of the protagonist sacrificing his own life in order to save comrades who have helped him in his quest to defeat hellish demons.

In any case, the very notion that there is anything beyond the vaguest general similarity between a story involving a grieving husband and his best friend out to save the world from a depraved fallen angel, and one in which a group of Dungeons and Dragons-playing children are sucked into a real-life version of their parlor game where they must save their friend from a bloodthirsty monster, is without merit. The general concept that humans are fearful of demons residing in a hellish underworld has been informing gripping, inventive and entirely distinct storylines for thousands of years.

DocuSign Envelope ID: 190482BC-BD9B-4225-A28C-39D6FF2E512D

**<u>Response to Plaintiff's Specific Allegations of Similarity in Plot (First Amended
Complaint):</u>**

In the First Amended Complaint, Plaintiff contends that *Totem* and *Stranger Things* share an
"overwhelming number of concrete plot elements." Both, in Paragraph 73, are said "to revolve
around the respective protagonists' quests…to rescue a loved one from having been abducted by
a monster and carried to an alternate dimension that is a dark copy of their current reality.  The
respective monsters and shapeshifting minions oppose that quest."

As to the so-called similarity of plot elements, it has already been demonstrated that the "quests"
referred to as similar in <u>Paragraph 73</u> derive from a general plot idea that has been used in literary
works and films for centuries.  Here, the idea of a number of members of a rural Midwestern
community –including friends and a police chief – joining forces with a mother to rescue a young
boy from monstrous forces unleashed by illicit government research is simply not the same as the
account of a forlorn husband seeking to reunite with his mystic wife killed by a monster intent
upon taking over the world and fearful that the wife will foil his plans.

<u>Paragraph 74</u> claims that the character Kimi is responsible for the rupture in the veil between
dimensions in *Totem*, while young Eleven is similarly responsible in *Stranger Things*.  This is not
accurate.  The action that results in Azrael's appearance and the subsequent killing of Autumn is
actually the decision of Autumn to carry home an "evil" totem to plant in her backyard near a shed.
There is even some indication that Autumn intended to purposefully initiate the chain of events
that ensue, to give her "warrior" husband the opportunity to save humanity.  Kimi, in fact, opposes
Autumn's wish to take that particular totem home.  Eleven, on the other hand, inadvertently opens
a rift between dimensions while running for her life from a creature she encountered in a dimension
she was forced into by government researchers.

In <u>Paragraph 75</u>, it is alleged that both plots feature "an independent agency of evil that wishes to
destroy humanity." This is also not accurate, for while Azrael in *Totem* makes claim to such
intentions, the monster in *Stranger Things* is simply a mute, malevolent force that seems to prey
on humans and other warm-blooded creatures for food.  It is the descendant of innumerable movie
monsters from the dawn of the horror film and shares as much or more in common with the shark
from JAWS (1975) it does with Azrael.

<u>Paragraph 75</u> further asserts that all humanity is reliant for its salvation in both works upon the
power of a single pubescent girl.  Again, this is not an accurate statement.  Whether or not "all
humanity" is in danger is never stipulated in *Stranger Things* and in any case, it is Eleven who
uses her psionic powers to destroy the creature she loosed, apparently at the cost of her own life.
In *Totem*, Azrael is killed in a kind of electrical sword fight by Jackson and Nerowe.  Kimi is there
to urge Nerowe on, but it she is a spectator, not a participant in destroying the demon.

<u>Paragraph 76</u> simply reiterates the contention that Kimi is responsible for opening the gateway for
Azrael.  In fact, Autumn asks Thunderbear if she can have the totem in question, and Thunderbear
agrees to give it to her, over Kimi's objection:  "That's for turtles, not people." (*Totem*, 2013, at p.
22)

Paragraph 77 contends that Eleven is responsible for opening the gateway between dimensions in *Stranger Things*, and that is in fact the case, though she does not do so intentionally.  In direct contrast, it is the adult Autumn who takes home the totem that will lead to the rupture in *Totem*, and she suggests she knows what will happen when she tells Thunderbear that this particular totem has the power to "save" her husband (*Totem*, 2013, at p. 23), i.e., by giving him the opportunity to act heroically. "Begin your quest," she tells Jackson as she dies (*Totem*, 2013, at p. 37).

Paragraph 78 asserts that Azrael "abducts" Autumn from the tool shed and imprisons her in "a reflected copy of the human dimension." This is misleading.  In fact, Azrael's wolf-men minions kill Autumn in the tool shed and Azrael apparently takes her spirit into his lair.  That lair does not visually correspond to any setting in the "real world" of *Totem*, as least not as written.  Paragraph 78 further asserts that Autumn's disappearance motivates Jackson to go on an obsessive quest to "bring his wife back." This is not accurate.  In fact, at the story's conclusion, Jackson dies and joins his wife in a version of Heaven.

Paragraph 79 asserts that the monster in *Stranger Things* abducts Will from the tool shed in the Byers' back yard.  That in fact does happen, though the tool shed in ST1 seems more simply a natural hiding place for Will, while in *Totem*, the shed is very clearly designated in that story as a mystical place, the site of the rupture between the dimensions.  The rupture between the dimensions in *Stranger Things* is in the basement of the secret government research facility.  Furthermore, the rupture in *Stranger Things* is not "mystical", or seeable only under certain mystical conditions; it is quite "real," and readily apparent to anyone who might approach it. The dimension where Will is taken contains settings with one-to-one similarities to the "real world" he is taken from.  And while it is asserted that Will's disappearance motivates his mother to begin an obsessive quest in the same way as does Jackson, she in fact does not do so immediately; rather, she calls the police and asks that they do so.  In any event, a person's desperate search for an abducted loved one is a general idea that has been depicted in multiple prior films, including, as but one example, CLOSE ENCOUNTERS OF THE THIRD KIND.

Paragraph 80 reiterates the assertion that Jackson and Joyce Byers are considered to be similarly mentally unbalanced by other characters.  In fact, Nerowe's opinion of his friend's mental state is of no plot consequence to Jackson, who immediately begins his quest to find his wife without regard for Nerowe, while pursued by the FBI agent intent on killing him, and barely surviving a car crash caused by the agent.  For his part, the FBI agent, after meeting Azrael, seems quite convinced that Jackson is sane.  Only after Thunderbear rescues Jackson from his burning car and explains to Jackson that he will need Nerowe to join in on the hunt for Azrael does Nerowe's opinion begin to matter.  When a mystical butterfly lands on his cellphone, allowing him to call for help for an injury that might have caused his death, Nerowe decides that there may be something to Jackson's story after all, and he decides to join in on Jackson's quest.  In contrast, Joyce's certainty that her son is alive is discounted by everyone, which stymies her efforts to accomplish anything for the entire first half of the season.

In *Stranger Things*, as Hopper searches for Will, he uncovers the fact that secret research is being conducted at the government facility and finds evidence that Will's supposed corpse is a dummy created by the scientists who want to cover up the escape of the monster.  Along with other clues, it is enough physical proof to convince Hopper that something funny is going on and that Joyce Byers' suspicions must have truth.

It is also important to note the distinction in the two stories: While Hopper's change of heart is grounded in his discovery of factual evidence, Nerowe's decision is faith-based. And, given that he is afflicted with terminal cancer, Jackson's exhortations – basically, "what do you have to lose?" – take on more weight. When he finds a note from his daughter that begs him to "go get well," Nerowe leaves for the quest. The two sequences are not at all similar: one features a police chief digging up physical evidence that convinces him that something mysterious is going on that merits further investigation, while the other story details a series of emotional and spiritual events that allow a man of science to set aside reason and join a friend's vision quest.

Paragraph 81 asserts a plot similarity in that Jackson and Nerowe use Kimi and Thunderbear to help them find Azrael and Autumn, and that Joyce and Hopper use Eleven and Mike to assist them find Will. For one thing, 12-year-old Midwestern Mike has absolutely no specific similarity or even any general archetypal similarity to an aged Native American shaman. Furthermore, Eleven not only "helps" find Will by agreeing to re-enter the alternate dimension and looking around until she finds him, she confronts and destroys the monster. Eleven becomes a major "driver of the plot" in that she resolves the action-based side of it. Kimi is simply an onlooker as Jackson and Nerowe battle and finally kill a fallen angel. The similarity asserted simply does not exist.

Paragraph 82 asserts that Jackson's – preesumably epileptic – seizures give him visions of the alternative, evil dimension. It also alleges a substantial similarly to be found in Season 2 of *Stranger Things*, wherein seizures and visions of the evil dimension are attributed to young Will, giving Joyce Byers a motive "to continue her quest to save her son."

First, Plaintiff here is comparing events that take place in Season 2 of *Stranger Things* to *Totem*. Because the second season of *Stranger Things* has a completely different plot line than the first season, and Will is no longer a kidnapping victim taken to another dimension, it is not entirely clear if this proffered similarity in character traits is at all relevant.

In any case, it is not accurate to compare Jackson's epileptic seizures, presumably caused by a medical condition, to what is experienced by young Will in *Stranger Things*, Season 2. In the plot line of that second season, viewers witness Will being literally "possessed" by a tentacled monster, referred to as the Mind Flayer, that burrows into his body through various orifices. Thus, it is more accurate to say that Will is having visions that result from demonic possession, much like similar episodes portrayed in THE EXORCIST (1973), wherein the young girl is possessed by "the Devil." Joyce Byers' concern for her son and her various efforts to save him from possession derive inevitably from the general idea of a parent trying to save a child from demonic possession, which has been depicted on numerous occasions in prior well-known supernatural films, including THE EXORCIST, POLTERGEIST and INVASION OF THE BODY SNATCHERS (1956, et al.).

Paragraph 83 essentially repeats the contention that seizures exist in both works, and that those purported "seizures" are a way of revealing information regarding the evil alternate dimension. As discussed above, while Jackson Chance suffers from epilepsy, and experiences seizures, Will Byers does not. There is nothing even approaching a "seizure" in Season 1 of *Stranger Things*, and in Season 2, Will Byers has visions when he is possessed by the Mindflayer. Further, the information revealed in the respective episodes are completely different, and, as has been stated, such "seizures" derive inevitably from the general idea of a person being possessed by demons and they have been used in many instances of prior art.

Paragraph 84 asserts that Joyce's vow to protect Will once she learns that he is demonically possessed is substantially similar to Autumn's attempts "to protect Jackson," and that the "respective vows" taken by the two women are "a mirror" of each other, though "the archetypes are reversed." It is unclear what "vows" in *Totem* are being referred to and whatever might be meant by the phrase, "the archetypes are reversed" is also not clear.  However, and as noted, the plots and characters (Joyce Byers is Will's mother and Autumn Chance is Jackson's deceased wife) are entirely different.

Paragraph 85 asserts that Jackson and Nerowe use Autumn's drawings to locate Azrael's lair in *Totem*.  But that is not accurate.  In fact, they are led to Azrael's lair by Thunderbear and Kimi along with a mysterious "guide-Elk." (*Totem*, 2013, at pp. 92-102.)

Paragraph 86 claims a substantial similarity between an incident in *Totem*, when Nerowe is cured of cancer during a sweat lodge ceremony carried out by the Lynx, to an episode in *Stranger Things*, Season 2 (Episode 9) when Joyce and others place Will in an overheated cabin to drive out the heat-averse demon that has possessed the boy.  It is simply not clear as to any possible similarity there might be between using an established Native American ritual for the cure of a disease with that of a clever attempt to put an end to a demonic possession.  Nor is there any apparent similarity between the religious method of Nerowe's cure and the dispatching of Will's demon (he is jabbed in the gut with a red-hot poker) as to how those events connect to the subsequent working out of the plot, beyond the general idea that two important characters survive to continue their quests.  In every quest story ever told, protagonists must overcome a series of significant obstacles in order to succeed.  But being cured of cancer is simply not the same thing as being freed of demonic possession, nor are the methods similar beyond the use of some form of "heat," which is not a protectable element in and of itself.

Paragraph 88 asserts that the entire plot of all seasons of *Stranger Things* is based on the monster's need to kill Eleven.  That would suggest that the protagonist of the series is actually the monster and that each series and all episodes somehow revolve around what the monster wants to accomplish.  The accurate way to describe the series would be to say that it describes the efforts of several different individuals of varying ages and occupations – though predominately preteens and teenagers – to destroy monsters released into a community by those who conduct illicit government research.  In any case, that statement, and the content of the remainder of the paragraph, which points out that *Stranger Things*, Season 3 introduces an invasion of Russian psychopaths into the mix, does not describe or relate to any possible similarity to the plot of *Totem*.

Paragraph 89 claims a substantial similarity involving a sequence in *Totem* wherein FBI Agent Sam Miller crashes his car headlong into Jackson Chance's vehicle, in an apparent attempt to kill Jackson, whom he hates for having married Autumn.  Following the crash, Agent Miller follows Jackson by hopping onto a passing freight train, where he is confronted by Azrael.  Azrael promises Agent Miller ownership/possession of Autumn if he will stop Jackson.  Agent Miller agrees and helps Azrael kill and possess the souls of a number of Lynx who are helping Jackson.  Plaintiff contends that this is substantially similar to a plot line introduced in *Stranger Things*, Season 3, wherein California bully Billy is possessed by the Mind Flayer and forced into helping defeat various of the humans who are trying to kill the Mind Flayer.  There is no bargaining with the Mind Flayer or deal willingly made by Billy.  The characters and plots involved are entirely different, and the only similarity appears to be the general idea of a monstrous force of evil co-

opting a human ally to carry out its evil intentions.  Such betrayals have figured in literary and film art in innumerable ways, including ROSEMARY'S BABY (1968), wherein Rosemary's own actor husband – in return for the promise of career advancement – falls in league with a plan to let the Devil impregnate his wife so that his child can roam the earth, presumably pillaging humanity at will.  Furthermore, the specifics of the meeting between monster and traitor, the methods of co-option, and the specific plot developments that ensue in *Totem* are completely distinct from anything that takes place in *Stranger Things*, Season 3.

Paragraph 90 asserts that there is a substantial plot similarity in that in *Totem*, FBI agents face off with Lynx shaman Thunderbear, and shoot him dead, as compared to a confrontation between high school bully Billy facing off with preteen Mike during which Billy knocks Mike out.  It is difficult to comprehend the exact similarity being alleged here.  An evil FBI agent killing a shaman is not even remotely similar to a high school bully punching out a much younger boy.  All protagonists must encounter trials over the course of a quest, and, for Mike, this is simply one of them.  As for Thunderbear, he cannot be considered a protagonist – the plot "movers" have taken his sage advice and left him (the Wise Old Man archetype) behind while they continue their quest, and Thunderbear poses no obstacle to Agent Miller.  There is no apparent similarity here, not even on the level of general idea.

Paragraph 91 likens the final plot sequence of events of *Totem* to the conclusion of *Stranger Things*, Season 3.  The culminating events of *Totem* involve Kimi, Jackson and Nerowe descending into a cave where Azrael keeps his sanctuary.  Nerowe rises up against Azrael under Kimi's influence, and during the battle, Jackson dies and his soul transcends to Heaven.  The culminating battle in *Stranger Things*, Season 3, takes place at a shopping mall where the Mind Flayer and his human henchman Billy corner Eleven and the boys.  During the confrontation, Eleven convinces Billy to turn against the Mind Flayer, allowing Joyce and Hopper time to close the portal between dimensions, thus killing the monster.  Action/adventure stories usually culminate in a grand, action-filled finale involving all surviving combatants, and so do these two stories, though there is no specific similarity between:  (1) a showdown in a monster's mythic cave-lair with two protagonists joining to slay the monster; and (2) a battle royale staged in a typical American shopping mall, where an unwillingly possessed human ally of the monster frees himself and changes his allegiance, allowing the protagonists to prevail.  There is nothing about the specific forms of combat or about the nature of what decides the respective outcomes that is similar.  Nor is there anything substantially similar in the high tech, giant machine used to finally close the portal between dimensions that began the *Stranger Things* series and the swordfight (using magical weapons) that results in the slaying of the castoff angel that begat the events of *Totem*.

While Paragraph 92 asserts that "the central through-line of both stories is substantially similar," the contrary has in fact been established:  there is no substantial similarity between the two properties in terms of plot.

B.    ALLEGED SIMILARITIES IN SEQUENCE

Paragraph 93 of Plaintiff's First Amended Complaint repeats the assertion of Paragraph 92 that the "through-line [of *Stranger Things*] is significantly similar" to *Totem*, and provides a list in support:

    1)    Asserts that in both projects young girls help to create a gateway to an alternate universe.

As previously stated, this is not an accurate representation with regard to *Totem* – wherein the adult Autumn creates the gateway to an alternate universe by purposefully bringing home an "evil" totem and planting it in her back yard; in *Stranger Things*, Eleven, who is a child, accidentally rips a hole in the barrier between worlds while running from a monster.  In any case, the "opening of a portal between dimensions" is a necessary plot element in a story using the general idea of an evil force from another dimension invading the human plane.  In POLTERGEIST, for instance, it is a precocious five-year-old who opens the dimension to the "other side" by communicating with the "TV people" on an unused channel.

    2)    Asserts that in both projects, powerful monsters are released from another dimension into the "real world" to prey upon humans.

Indeed, at a general level of abstraction, both works involve monsters from another plane/dimension, but, as has been demonstrated, that is a general plot idea and not protectable. Numerous prior works involve monsters from another dimension that are released into and wreak havoc upon our world, including but not limited to HELLRAISER, THE EVIL DEAD, and HELLBOY (2004), in which Nazis open a dimensional portal and release paranormal threats.

    3)    Asserts that in both stories, a monster abducts someone from a backyard shed, spurring loved ones to go on an obsessive search to bring the missing person back.

The "backyard sheds" in the two works are of entirely different natures:  one is a supernatural/mystical site where the fissure between dimensions is located, while the other is simply a place where the victim runs to hide.  In *Totem*, the victim is not abducted but brutally murdered in the vicinity of the shed by demonic wolf-creatures, and in *Stranger Things*, the victim is kidnapped – quite different events.  Further, in *Totem*, the event is recognized by the protagonist as a mystical act, spurring him to "a warrior's" immediate action that ends not with bringing Autumn Chance back but with her husband Jackson joining her "in the house of the Lord forever" (*Totem*, 2013, at p. 115); in *Stranger Things*, Joyce Byers is a stunned mother who immediately seeks help from the authorities.

    4)    Asserts that both Joyce Byers in *Stranger Things* and Jackson in *Totem* overcome "the stigma of alleged mental disorder" and enlist allies to join the quest to save their loved one.

While Jackson is a military veteran suffering from epilepsy and PTSD, Joyce Byers is merely a distraught mother who receives messages from her missing son which she tries to get authorities to take seriously.  Jackson almost immediately characterizes his quest to find his wife as a mystical quest and requests that his friend Nerowe, a doctor, believe in the supernatural in order to help

him.  Joyce Byers is no mystic, and there is nothing "spiritual" about her situation:  her son has gone missing, she finds evidence that he is still alive and the captive of an evil creature released by a science experiment gone wrong, and she wants the police to follow up.

5)    Asserts that the monsters in both projects conspire to destroy the young girls (Kimi and Eleven) in order to keep the dimensions open.

Azrael indeed is a character who speaks of his motivations and goals, including an intention to subjugate humanity.  The monster in *Stranger Things*, however, is a mute creature with an apparent need to feed on warm-blooded creatures and an innate desire to survive and propagate.  There is no evidence of any willful purpose in that creature.

6)    Repeats the assertion of Paragraph 89 (Alleged Plot Similarities) concerning the monster's recruitment of human allies.

Here, there is only the similarity of the general idea whereby a monstrous force of evil co-opts a human ally in an effort to carry out its evil intentions.  As discussed above, this general idea is not owned by Plaintiff, and has been used in literary works for centuries.  Furthermore, the specifics of the meeting between monster and traitor, the methods of co-option, and the specific plot developments that ensue are completely distinct.

7)    Asserts that, in both stories, the gateway between dimensions is closed with the ally's assistance.  It is stated that in *Totem*, it is Nerowe and Kimi who close the gateway.

This statement is inaccurate.  In *Totem*, it is Jackson and Nerowe who close the gateway by hurling light sticks at the totem to destroy it.  Kimi gives no instruction and renders no physical aid.  In *Stranger Things*, Season 3, it is Hopper and Joyce who in fact seal off the gateway in the basement of the research facility, sabotaging the elaborate "drilling machine" that has been installed by the Russians.  The two of them do this alone – Eleven is off with the other children fighting the Mind Flayer at the mall.

8)    Asserts that, in both works, once the gateway to the other dimension is closed, the monster ceases its activities.

To the extent that this is an accurate description of the culmination of the two stories, it is simply a general idea that is an inevitable development of a story about a monster invading the human dimension from another dimension.  The monster is either defeated or finds a hiding place from which it might emerge to fight in a sequel as in *Stranger Things*, Season 2, or prevails (as in ROSEMARY'S BABY, wherein Rosemary is shown to pick up and presumably nurse the devil child she has birthed).

In sum, any story based on the general idea of a monster from another dimension being loosed into the human realm will contain an inevitable sequence of events:  the monster must be somehow released, it will cause trouble, humans will seek to put an end to this trouble, the trouble will increase nonetheless, leading to a final confrontation, and the matter will necessarily be decided, usually for good, though sometimes for ill (e.g., THE MIST (2007)).  However, beyond such

general similarities of idea, there is no literary similarity to be found in the respective sequences of events in these two works.

C.    ALLEGED SIMILARITIES IN CHARACTER

Paragraphs 67-70 in Plaintiff's First Amended Complaint consist of statements by Plaintiff
regarding the general function of characters in screenplays, including the (incorrect) observation
that character determines plot.  While most would respond that plot is the element that holds all
other aspects of a story together, the debatable question as to whether character dictates plot has
nothing whatsoever to do with establishing substantial similarity – or the lack thereof – between
two works.

Paragraph 71 consists of a chart that lays out the principal characters found in *Totem* in one column
alongside a corresponding column listing characters from *Stranger Things* where similarities are
alleged between the two.

    1)    Jackson Chance/Joyce Byers.    Plaintiff contends that there are substantial
similarities between Jackson Chance (*Totem*) and Joyce Byers (*Stranger Things*).[5]
Plaintiff states that Jackson Chance is the "strong-willed protagonist, or story
driver" of *Totem* and identifies Joyce Byers as the comparable protagonist of
*Stranger Things*.  That is not accurate, however.  While Jackson, a service veteran
afflicted with epilepsy and PTSD, is clearly the "story driver" of *Totem*, Joyce
Byers, a divorced single mom who works as a cashier in a small-town market, is at
most one of several individuals who perform the protagonist or "story driver"
function in *Stranger Things*.  In fact, it is the three preteen friends of Will who
mount an immediate search for their missing friend.  Joyce simply does what most
parents would do when a child goes missing:  she calls the police and demands that
a search take place.  It is Hopper, the police chief, who heads the physical search
and investigation.

Plaintiff alleges that Jackson embarks on a "desperate search for Autumn" but that
is misleading.  Jackson has discovered his wife's lifeless body and has attended her
funeral.  His "quest" is literally to confront Azrael, the demon responsible for his
wife's murder.  Plaintiff contends that Jackson "scatters sketches all over his family
room to find answers," an apparent reference to drawings Autumn has made of the
shadow world and claims that Joyce discovers where her son is in the same way.
But Jackson already knows that Azrael is responsible, and he is told that
Thunderbear can help him find the demon.  The drawings have no plot significance.
In ST1, Joyce gets most of her "answers" not from drawings, but from a kind of
Morse Code flashed out by blinking Christmas lights responding to telepathic
signals from her son.

Though Plaintiff seems to imply that there is some similarity between FBI Agent
Sam Miller's interference with Jackson's quest and the actions of Dr. Martin
Brenner, the chief government research scientist in *Stranger Things*, that claimed
"similarity" is misleading.  Dr. Brenner opposes ALL parties who might expose
what is going on because he wishes to keep the work of the research center secret.

---

[5] Hereafter, "ST1" shall refer to the episodes comprising Season 1 of the series, "ST2" shall refer
to the episodes comprising Season 2 of the series, and so on.

The roles of Agent Miller and Dr. Brenner are in no way substantially similar. While Jackson's quest to find Autumn is fueled by his "unconditional spousal love," that is simply not the same as the "unconditional motherly love" that drives Joyce. In any case, such various types of love have formed the motivating forces for protagonists in innumerable prior works, from the myth of Orpheus to films such as POLTERGEIST, wherein a mother must descend into the alternative realm of the "TV people" to bring her young daughter back to the world.

Simply put, Jackson is a kind of "seer" who intuits that a demon entity has killed his wife and who quickly sets out for revenge; Joyce Byers is an ordinary single mom whose youngest son is kidnapped by a monster escaped from a research facility and who is bewildered as to what to do – she merely wants her missing son found and brought back safely. There is no substantial similarity between the two characters and their respective motivations.

2)  <u>Dr. William Nerowe/Chief Jim Hopper.</u>  Dr. Nerowe in *Totem* is a physician who comes to learn that his belief in science limits him from being able to help his friend Jackson overcome Azrael. Jim Hopper in *Stranger Things* is the local police chief who doubts Joyce Byers' insistence that her missing son is alive and the captive of some evil force in an alternate dimension. Nerowe comes to believe Jackson because of mystical "signs" presented to him: a butterfly helping him find his lost phone, and a drawing from his daughter who seems to intuit he is sick and suggests that he should join Jackson on his quest so that he may "get well." Hopper, on the other hand, conducts a police investigation step by step and, in the process, collects factual evidence that suggests to him that Joyce may in fact be telling the truth. Nerowe physically confronts and kills the monster in his story. Hopper does not. While another character confronts and kills the monster, Hopper leads Joyce into the alternate dimension where they find Will, administer CPR, and bring him back to life. Both Nerowe and Hopper, though utterly distinct in their specifics, perform the archetypal role of reluctant allies, and such characters function as a conduit with whom viewers can identify and cast off their own disbelief that the events of the story are truly taking place. These types of characters are to be expected in any story about supernatural forces invading the earthly plane – the characters who discover what is really going on must convince "authorities" of the danger in order that mankind be saved. One of the more popular films using this same general idea is INVASION OF THE BODY SNATCHERS (1956; several remakes), wherein a small-town doctor struggles to warn of the silent invasion of "pod people" from outer space who are stealing the souls of earthlings. In any case, a psychiatrist (*Totem*) who has misdiagnosed the maladies of two patients is scarcely substantially similar to a police chief (*Stranger Things*) whose primary function is to protect his town, nor is a supernatural sweat-lodge ceremony conducted by tribesman that cures Nerowe's cancer in any way substantially similar to whatever inner psychological peace Hopper may have gained through his heroic exploits. There is simply no substantial similarity to be found in such disparate characters.

3)  <u>Autumn Chance/Will Byers.</u>  Autumn Chance is portrayed as an adult spouse, a mystic mistakenly diagnosed as a schizophrenic. She has visions of a parallel world

ruled by a God of Evil named Azrael, who identifies himself as a former angel cast out of heaven by God, itself an echo of the story of Lucifer as told by Milton in *Paradise Lost*. Azrael's wolf-like minions tear Autumn to pieces in the real world and her spirit is transferred to his evil realm. In *Stranger Things*, Season 1, Will Byers is an ordinary preteen boy randomly kidnapped by a nameless, faceless monster loosed from an evil dimension during an illicit research experiment. He is missing, but very much alive in the alternate dimension. Furthermore, Autumn in *Totem* and young Will Byers in *Stranger Things* do not share any similarities whatsoever beyond being victims of supernatural evil forces. Archetypally, Autumn is a near-replica of Eurydice from the myth of Orpheus, while Will is another version of the young girl snatched into an alternate dimension by the "TV people" of POLTERGEIST. While Will's death is quickly revealed to be an elaborate ruse, there is no question that Autumn's physical body has died and that she exists only as a spirit in the alternative universe. Jackson joins Autumn finally in what is described as a version of heaven. But Hopper, Joyce and the three preteen friends are clearly motivated to bring Will back to the real world. Joining loved ones in heaven has been a tenet of Christian mythology for centuries; rescuing loved ones from the clutches of evil, supernatural and otherwise, has been a movie staple from the beginning of the form, a trope that has spawned such franchises as the Liam Neeson TAKEN (2008, et seq.) series in which a father must rescue his daughter from the clutches of one sort of evil after another. While both Autumn and Will leave sketches behind, Autumn's drawings illustrate an evil world that she has envisioned, but they are basically superfluous because Jackson already knows what has happened to her. Will's drawings are sketches of a "Dungeons & Dragons" fantasy world that he and his friends do not actually believe in, prior to the events that sweep them up. His drawings are not "used to find answers." In fact, the only sketch that is used as a "clue" in ST1 is one drawn by Eleven that supports the notion that she has been used as an experimental subject. In ST2, Will's drawings are arranged into a kind of "map" for others to use to find the missing Hopper but that does not correspond to any such element in *Totem*.

There are clearly no substantial similarities between these two characters or their actions.

4)    <u>Kimi (mela)/Eleven</u>. Kimi is a young Lynx Native American mystic who acts as a guide for Jackson during his quest. She advises and instructs, but she takes no action in the plot. It is incorrect to say that she is responsible for the creation of the gateway that allows the demon entity to enter the world and propagate the events that form the plot. Instead, it is Autumn who insists on taking a shabby-looking totem from the Lynx reservation back to her home. Autumn does so because she hears voices emanating from it. Once she has the totem planted on her property, it does indeed serve as the gateway, permitting Azrael and his minions to emerge, rend her body to ribbons, and carry her spirit to the evil realm. Apparently, Autumn envisages these events, because she tells her husband that sacrifice is necessary for there to be triumph over evil, a sentiment that is at the core of Christian teaching. Kimi is present at the battle between Nerowe and Azrael and reminds him that his belief is necessary to overcome evil, and that it is Nerowe who stands between

34

Azrael and the decimation of all humanity. Eleven, on the other hand, is a 12-year-old Midwestern girl abducted at birth from her mentally broken mother by government scientists wishing to use the girl in illicit paranormal research. Eleven accidentally allows the monster to breach a hole from its dimension into the human realm, and she is also the one who destroys it. She appears to sacrifice herself to save her friends, but that sacrifice is simply a ruse that allows her freedom from potential captors.

Kimi shares no specific similarities with Eleven beyond the archetypal role of a young person with mystical capabilities (e.g., Carol Anne in POLTERGEIST who stares into a snowy TV set and says, "They're here!"", the young Cole "who sees dead people" in SIXTH SENSE (1999), or the telekinetic title character in CARRIE (1976)). Eleven's considerable powers, including the ability to kill with a glance and flip speeding vans onto their backs, are on display throughout *Stranger Things*. She is, in the words of Plaintiff, a major "plot mover" in an action-adventure series. The notion that there is any substantial similarity between these two characters as rendered is baseless.

5)   <u>Thunderbear/Mike Wheeler</u>. The first is a Lynx elder and shaman, who, like Kimi, offers reassurance and insight to Jackson and Nerowe during their quest. He is the archetypal "Wise Old Man," who stands on the sideline, counseling the protagonist. Mike Wheeler, in stark contrast, is a 12-year-old child who is desperate to find his good friend and who comes to trust that Eleven can help make that happen. He is part of the youthful "posse" who takes actions to find Will and destroy the monster.

Thunderbear's main function, in fact, is to mentor Kimi, the 10-year-old mystic who may be his intended successor, and he dies to protect her. Mike's encounters with Eleven, the telekinetic whom he rescues, holds no similarity whatsoever to the relationship of Thunderbear with Kimi. Two more disparate characters could hardly be imagined.

6)   <u>FBI Agent Sam Miller/"California" Billy Hargrove</u>. Corrupt FBI Agent Sam Miller impedes Jackson's efforts and tries to kill Jackson because he is in love with Jackson's wife and has been promised by Azrael full possession of Autumn once Jackson is dead. Billy Hargrove does not appear in *Stranger Things* until the second season, when he arrives as a transfer high school student and becomes the nemesis of Jonathan/Nancy and the young boys. In the third season of *Stranger Things*, Billy is possessed by the Mind Flayer and helps kill a number of innocent citizens as a result; in the end, however, he redeems himself and helps the young people kill the monster during the final battle at a local shopping mall. Any story based on the general idea of monsters from another dimension invading the human plane might be expected to include a human traitor who aids the monster for some reason, as is depicted in ROSEMARY'S BABY, wherein the actor husband agrees to help the Devil impregnate his wife in return for the promise of assured stardom.

Beyond their function as the "Judas" archetype, the two characters could scarcely be more dissimilar.

7)    <u>Agent Cho/Flo</u>.  These are two minor characters whose roles are utterly different in the two stories.  Cho is Agent Miller's supervisor who calls Miller out from time to time for his loathsome behavior, to no avail.  In some versions of *Totem*, Miller ignores her criticism and her orders.  In at least one version, he kills her to stop her meddling in his nefarious plans.  Flo, on the other hand, is Chief Hopper's secretary who provides comic relief with her hopeless attempts to get Hopper to quit smoking, become more organized, etc.  She serves no essential plot function and virtually disappears as the series progresses.  The fact that both use radios to contact their respective counterparts is to be expected, given the circumstances; such is a commonplace deriving from the use of law enforcement settings.

Certainly, there is no substantial similarity between a female FBI supervisor and a local police department's hapless secretary.

8)    <u>Azreal/Shadow Monster-Mind Flayer</u>.  As the *Totem* screenplay makes explicit, the only way that Azrael can be defeated is by Jackson Chance, the warrior, and Nerowe, the "medicine man," joining forces to kill Azrael.  When, during the battle, Nerowe professes "I believe," the pair successfully obliterate Azrael.  The contest is a clearly worked out morality play with Christian teachings informing its plot, where sacrifice is necessary for good to overcome the forces of evil.

In ST1, the monster has no stated agenda beyond killing and "feeding" on humans and other warm-blooded creatures.  There is no implied spiritual subtext observable in ST1.  The plot revolves around the basic matter of "we have to kill this carnivorous monster that was accidentally set free before it kills all of us." Azrael seems to have his appearances announced by lightning flashes, but traditionally, horror and supernatural films have favored deadly lightning storms over sunny weather to accompany the arrival and the doings of monsters.  For example, in POLTERGEIST the horror begins when a storm hits the family's house; in FRIDAY THE 13TH (1980), the night of the 13th is stormy; the portal door through which the monster arrives in THE MIST opens after a storm hits the small town; the opening storm in CHILD'S PLAY (1988) brings the evil doll to life.  The appearance of the monster in ST1 is more generally associated with flickering electrical lights and malfunctioning electrical systems and the elaborate network of Christmas lights Joyce strings up in order to communicate with Will.  The latter constitutes one of the more memorable visual components of ST1.

The portal to Azrael's lair is described as the entrance to a cave.  The portal between dimensions in *Stranger Things* is a hole blasted in the steel and concrete wall of a basement beneath the secret research facility, now shrouded by gooey slime of an apparently biological nature.

Further, while the souls of Azrael's victims are turned into helpless minions called "Grims" who wander feckless about the evil dimension, the victims of the monster in ST1 are killed and eaten, or kept preserved for later eating.

36

9)   <u>"Blackwolf Indians"-Black Wolves/Demogorgons-Demodogs</u>.   In *Totem*, the Black Wolves and their monstrous "Blackwolf Indian" counterparts appear frequently, and they dispatch Autumn and others in suitably gory manner acting in apparent obedience to the bidding of their master, Azrael.   The monster in ST1, however, is more of an independent operator who often abducts and eats victims on his own.   His physical appearance is in no way wolfish or similar to the more skeletal models presented of Azrael in sketch form by Plaintiff.   The Demogorgon and the Demodogs of ST2 and ST3 do not even have a face – only a vicious, sucking mouth – and the latter run on four arm-like appendages.   Further, although Plaintiff alleges that the two-legged Demogorgon "shape-shift[s] back and forth" to a four-legged Demodog, this is incorrect.   The four-legged Demodog is merely a stage in the linear growth cycle of a Demogorgon, which begins as a legless polywog.

There is no substantial similarity between the sets of monstrous creatures in the two works.

In sum, there is absolutely no substantial similarity between characters, major or supporting, in the two properties at hand.   Any general similarities are just that, those common to stock characters deriving from the general idea of the story/plot.

### D.    ALLEGED SIMILARITIES OF THEME

Themes themselves are general in nature: "power corrupts," "love conquers all," "pride leads to a downfall," etc. Thus, substantial similarity in theme can only be demonstrated where there is concrete, specific similarity in the conveying of a theme.

In this regard, Plaintiff lays out a chart in Paragraph 95 of the First Amended Complaint to allege similarities in theme in the two works:

Unconditional Love: Plaintiff contends that Jackson's love for Autumn causes him to enter the supernatural plane to reunite with her and that, similarly, Joyce Byers' love for her son motivates her to also undertake a perilous quest into the alternate supernatural plane. The two protagonists are clearly motivated by love, but not only is a mother's love for a son a different thing than a husband's love for a wife, the specific adventures that they undertake could scarcely be more different. A vision quest through tribal lands, steeped in Native American lore and culture, is not at all similar to a typical Midwestern single mom's attempts to get the authorities to believe that her son is the captive of mysterious forces loosed from a secret government lab.

Death of a Close Family Member: While Autumn is killed and her spirit removed to Azrael's domain, young Will does not die. His life is certainly in jeopardy, but that is an entirely different thing than actual death, and the spiritual reunion "in the house of the Lord, forever" that takes place at the end of *Totem* is quite distinct from the literal rescue that Hopper and Joyce effect at the end of ST1. Saving someone from death could scarcely be more distinct from taking vengeance for a death.

Mental Illness: *Totem* emphasizes the fact that both Jackson and his wife have been clinically diagnosed: he with PTSD and Autumn with schizophrenia. But Joyce Byers is simply a distraught mother frantically trying to get authorities to search for and find her son. She has not been diagnosed with anything other than "unconditional love." In ST2, medical experts are unable to offer a medical explanation for Will Byer's demonic possession, but viewers understand that he has been possessed by the Mind Flayer. The underlying thematic implication in *Totem* is that what science and the medical profession considers as a "defect" is in fact an authentic way of perceiving truth. There is no corresponding underlying "truth" in ST2 – the doctors are simply unable to detect the presence of an "evil spirit" inside Will, which is merely a plot device with no thematic, philosophical significance of the sort underscored in *Totem*.

Dreams and Visions: Plaintiff asserts that both Jackson and Autumn in *Totem* are capable of a "second sight" which allows them to see into an alternative dimension and understand that an evil force resides there. In ST2, young Will is possessed by an evil spirit which uses him as a spy to warn it of the plans and movements of humans. However, being possessed and directed to do things by an evil spirit is an entirely different thing than a human being able to see into an alternate dimension and detect the presence of evil.

The idea of using a "second sight" to see into another plane of existence is a well-worn concept, and has been used in innumerable works, including the aforementioned CONSTANTINE, and the specific idea of seeing through our plane of existence to reveal evil or ghostly spirits was used in that film, as well as famously in several other films, including THE SIXTH SENSE, THE

FRIGHTENERS (1996), and FRAILTY (2001). All of these prior, popular films involve characters that can "see" through our plane of existence to reveal supernatural forces/beings. The possession of Will Byers in ST2 is nothing like Jackson and Autumn Chance's mystical abilities to "see" into another dimension. Whereas Will's visions are based on his possession by the Mindflayer, Jackson and Autumn are naturally gifted with their fantastical abilities.

Family: Plaintiff's allegations of similarity here are unclear and do not appear to address purported similarities in theme. In any event, the statement that in *Totem*, the Nerowe and Chance families are brought together is not accurate. At the end of that screenplay, Jackson and Autumn are in "heaven," while the Nerowe family is intact on earth. In *Stranger Things*, the Byers family and the Wheeler family have no interaction to speak of.

Power and Corruption: In *Totem*, the corrupt government "agents" in fact number only one – the addled FBI Agent Miller who is motivated owing to his jealousy towards Jackson. In *Stranger Things*, there is indeed an apparent vast governmental cabal – including the state police – responsible for the creation of the secret lab as well as the attempts to cover up and contain the incident that drives the plot. There is no substantial similarity between a psychopath taking advantage of his employment with the FBI for personal ends and a massive "Deep State" attempt at a cover-up.

Courage and Heroism: This simply restates that Jackson's love for his wife drives him to enter a supernatural dimension to rescue her and argues that there is a substantial similarity to Joyce Byers taking up a dangerous quest to an alternate dimension to rescue her son. As has already been demonstrated, there is no substantial similarity between the widowed veteran Jackson being reunited with his deceased wife as spirits in heaven, and distraught single mother Joyce Byers seeking help from the authorities to have her still-living son rescued.

Facing Darkness: As Plaintiff asserts, Autumn appears to allow herself to be killed by Azrael and his minions so that her husband can go on an heroic vision quest. Joyce Byers heroically confronts various powerful forces in her community in connection with her attempts to rescue her son, but Autumn's behavior could be classified not as heroic, but as suicidal, somewhat addled, or at best, sacrificial. There is no similarity here.

Epilepsy and Seizures: As has been demonstrated previously, Jackson is an epileptic whose so-called affliction actually allows him to have visions of an alternate universe and to communicate with a demonic entity living there. Will Byers is, during the second season of *Stranger Things*, possessed by a monster and used to spy on human activities. Will does not "communicate" with the monster, he is simply used by the monster. There is no substantial similarity here.

Females with Supernatural Powers: Plaintiff's contention is that there is a substantial similarity between the characters of Kimi in *Totem* and Eleven in *Stranger Things* in that both have supernatural powers. For one thing, this observation has no apparent relevance to matters of theme. Furthermore, and as has already been demonstrated, Kimi is a Native American mystic, while Eleven is an eleven-year-old Midwestern girl with psionic powers and who is also the unwilling subject of a government research project. Kimi serves as a kind of spiritual commentator, a seer and guide to the principal actors in *Totem*, while Eleven is one of the chief protagonists in *Stranger Things*, tasked with physically confronting the various monsters who appear. There is no

39

substantial similarity here, only the expected element of some character with supernatural powers being necessarily present in a story about humans confronting monsters with supernatural powers.

<u>Reuniting with Loved Ones</u>:  As set forth by Plaintiff, Jackson indeed dies in battle with the evil god Azrael and his spirit ascends to heaven to join with his wife.  And Joyce Byers does in fact help Chief Hopper resuscitate her son and bring him out of the Upside Down back to normal life. However, these events can hardly be characterized as creating a "theme," and dying and going to heaven to join one's deceased spouse holds no substantial similarity to literally rescuing one's son from the lair of a monster and bringing him home again.  No viewer would ever conflate dying and going to heaven with physically bringing a son back home again.

<u>Man vs. Supernatural</u>:  Plaintiff states that both stories involve struggles between humans and evil supernatural monsters.  To the extent it is accurate, that statement constitutes a general story idea and is not a protectable element.  It is an idea that has been used since the dawn of recorded literature and constitutes a feature of innumerable films involving science fiction and the supernatural, including THE EXORCIST, POLTERGEIST, FRANKENSTEIN (1931 et seq.), DRACULA (1931 et seq.), ROSEMARY'S BABY, INVASION OF THE BODY SNATCHERS, and many more.  In any case, the contention that in both stories at hand the protagonists journey into the alternate supernatural plane to uncover the mystery behind the respective disappearances is not accurate.  In *Totem*, Jackson and Nerowe descend into the cavern in order to confront and kill Azrael, the god of evil – there is no "mystery." Jackson knows from the outset the reasons he is trying to find Azrael; it is a search and destroy mission.  *Stranger Things*, by contrast, involves three mysteries that three groups of characters are attempting to solve and which intersect at the midpoint of Season 1:  (1) the preteen boys (Mike, Dustin and Lucas) are attempting to solve the mystery of Eleven and her connection to the "Upside Down," (2) the teenagers (Jonathan and Nancy) are attempting to solve the mystery of Barb's disappearance and its connection to the monster, and (3) Joyce and Hopper are attempting to solve the mystery of Will's disappearance and its connection to the Hawkins lab.

E.    ALLEGED SIMILARITIES IN SETTING

Plaintiff asserts, in Paragraph 111 of the First Amended Complaint, that the two works take place in substantially similar settings, but neither that statement nor the support offered for it are accurate. Plaintiff alleges that "both works are set in a small middle-class town in rural American surrounded by a sprawling landscape of woods and nature." In fact, *Totem* is set in "the present" in the rugged wilderness of the Mountain West, close to a Lynx reservation, and, other than the passing mention of a hospital and an antique shop, almost no mention is made of any "town." (Earlier and later iterations of the script state that it is set in "Blackwolf Valley" or Jackson Hole, Wyoming, but the town is still not described.) Most of the action takes place in the wilderness, in or around a "Lynx Indian" reservation, and in and around the home of Jackson and Autumn Chance. This setting ties in to the Native American village, folklore and spirit world that is central to *Totem*'s plot. By contrast, *Stranger Things* is set in the 1980's, in the small rural town of Hawkins, Indiana, where a government research facility is located, and the schools, businesses, offices, cafes, arcades, typical suburban neighborhoods, and other physical aspects of Hawkins figure prominently in the unfolding of the plot.

Plaintiff continues to assert that: "The inhabitants of both towns feel safe and secure in the knowledge that help is just a phone call away." There is no support for that contention, and while this general description may seem cogent with regard to the Norman Rockwell-like setting of Hawkins, Indiana (visually and thematically like that of BACK TO THE FUTURE, 1985), there is little to no portrayal of any "town" or close-knit community in *Totem*.

Paragraph 112 contends that crucial events in both works take place at the protagonist's homes, which, even to the extent such might be true (the supposed crucial events are not described), is a vague generality, scarcely a protectable element. Moreover, crucial events in *Stranger Things* also take place in a secret governmental facility and a local school.

Paragraph 113 alleges that the back yard tool sheds in the respective stories are substantially similar in that they constitute the nexus for abduction into the alternative dimension in both stories, but that statement is inaccurate. Autumn Chance is in fact killed by wolf people in her back yard tool shed, and the nexus or portal into Azrael's domain is located in that same spot. But the backyard tool shed where Will runs to hide from the monster is merely where he happens to be when the monster catches up with him. The "nexus" or portal to that monster's dimension is in the basement of the Hawkins Research Facility. The only similarity lies in Plaintiff's use of the descriptor "tool shed" to designate the two outbuildings.

Paragraph 114 contends that the hospital in *Totem* is somehow substantially like the secret government research facility in *Stranger Things*. There is, however, no specific, concrete similarity to be drawn between the two buildings where the functions of the two are so clearly distinct. In fact, the hospital might be characterized as a "good" place that is used for nefarious purposes by the deranged FBI agent in *Totem*; in direct contrast, the government research facility is a "bad" place where illicit research has been conducted from the beginning of *Stranger Things*.

Paragraph 115 suggests a substantial similarity between Thunderbear's use of the phrase "Valley of Death" to describe the area in and around the Chance home with Mike's use of the phrase "Vale of Shadows" to describe the alternative dimension where Will has been taken by the monsters.

41

These are two entirely different phrases, and in terms of literal connotations, Valley of Death refers to a specific, literal place – the acre or so where the Chance home is located and where evil has come to reside. Vale of Shadows, on the other hand, is a phrase taken from the Dungeons and Dragons game referring to a lush valley with a pool that contains the power to make dreams reality. Valley of Death is clearly a reference to the phrase that describes a threatening place in the Gospels: "Yea, though I walk through the Valley of the Shadow of Death," and is consistent with the persistence of Christian motifs in *Totem*. There is no substantial similarity to be found between the two phrases or places.

Paragraph 116 suggests a substantial similarity between the "blue-tinted" caves of Azrael's domain and the dark, blue-tinted tunnels where the monsters roam in *Stranger Things*. The caves in *Totem* seem like rock-lined caverns and caves of natural origin. The tunnels of *Stranger Things* are portrayed more like gigantic organs, dripping with slime and lined with tendrils, and suggestive of gross, enormous intestines. The fact that both are dark and blue-tinted is a general feature that derives from the story idea of the "underworld" as the lair of an otherworldly monster. Logic dictates that lighting in underground lairs will be dim. And such "bluish" settings have been used in innumerable horror films and television shows when characters descend into basements, abandoned buildings, caves, etc. to indicate darkness while permitting enough light for viewers to see (e.g., blue lighting was used in the underground lair of the spider-like monster in IT (1990), and in A NIGHTMARE ON ELM STREET and FRIDAY THE THIRTEENTH to depict nighttime). Blue is also commonly used in scenes in films with supernatural connotations (e.g., in THE EXORCIST, the possessed child's house is shot in blue light). There is no protectable element at issue here, nor any substantial similarity to be found.

Paragraph 117 alleges that both stories are substantially similar in their use of railroad tracks to symbolize the journey from the real world to the alternate supernatural plane. Plaintiff asserts that "Jackson follows train tracks during his journey to find Autumn." This statement is not accurate: Jackson follows the directions of Thunderbear and Kimi to find Autumn and Azrael, though they do spend some time riding a train together. In *Stranger Things*, the train tracks lead Eleven and Will's friends exactly nowhere, because she is using her powers to keep them <u>away</u> from the research facility and the dimension-warp out of concern that the boys will be harmed if they learn the warp is beneath the Hawkins Research Facility and try to go inside to rescue Will. There is absolutely no substantial similarity having to do with the use of railroad tracks, symbolic or otherwise.

Paragraph 118 contends that both stories include scenes in a "sweat lodge," but that statement is misleading. In *Totem*, Nerowe is cured of cancer during a Native American ceremony carried out in a sweat lodge. But there is no corresponding use of a sweat lodge ceremony in *Stranger Things*. Rather, in the second season of the series, Will's friends realize that the monster that possesses him is averse to heat: "It likes it cold." They carry him to an isolated cabin and tie him down in a room with several electric heaters dialed to the max, in an effort to drive out the evil spirit. This does not work, however, and in desperation one of the friends jams a red-hot poker into Will's body, at which point the howling monster departs. Using a time honored Native American ceremony to cure someone of cancer so that person will be less skeptical of faith-based medical procedures is scarcely the same thing as aborting a jury-rigged science experiment and jamming a red-hot poker into a young boy to drive out the monster that possesses him. The claimed similarity is inaccurately stated and there is no substantial similarity present.

F.    ALLEGED SIMILARITIES IN MOOD, TONE AND PACE

Paragraph 119 of Plaintiff's First Amended Complaint makes a number of vague and questionable assertions regarding film categories or genres, but there is no apparent claim of substantial similarity having to do with mood, tone, or pace contained therein.

Paragraph 120 asserts that both works at issue are "dark" in tone or mood.  This is a general idea and no specific elements are referenced.  It should also be noted that *Stranger Things* makes substantial use of humor throughout all three seasons:  for example, the boys are shocked when Eleven, knowing nothing of socio-sexual mores, begins to change out of her wet clothing in front of them; when Joyce rushes to the market where she works to buy dozens of boxes of Christmas lights, she adds to the astonished clerk, "and a pack of Camels"; and so on, using humor to lighten the serious plot threads and in keeping with typical family or young adult entertainment practices. *Totem* is "dark" throughout, and, with the one exception noted above and below, does not make any use of humor.

Paragraph 121 is a statement regarding plot, asserting that both stories open in the alternative universe and then move to the ordinary world.  *Totem* does open with Jackson having a vision or dream of the spirit world.  But *Stranger Things* opens with a terrified scientist running down hallways in the research facility in the real world.  Furthermore, this is a general idea or observation that in addition to being inaccurate has no discernible reference to mood, tone, or pace.

Paragraph 122 asserts that, in both stories, the beginning scenes are violent and bloody.  In *Totem*, Jackson Chance is battling wolf monsters outside the cave entrance to Azrael's lair – the scene is indeed a violent one, apparently a vision or dream that foretells that this clash will literally take place at the story's climax.  In *Stranger Things*, however, the first scene portrays a frightened scientist running down deserted hallways apparently being pursued by something that is unseen. The scientist finally runs into an elevator, frantically pushes the buttons, and – just as the doors are closing –seems to hear something above his head.  He glances upward and then abruptly vanishes, yanked upward by some unseen force.  The scene is dramatic, tense, frightening and perhaps shocking, but it is in no way violent or bloody.  There is a vast difference between a bloody battle with monstrous creatures and the kind of tense innuendo created in the opening scene of *Stranger Things*.  Certainly, there is no substantial similarity between the two scenes.

Paragraph 123 repeats an assertion having to do more with plot or sequence than mood or tone:  it is the inaccurate assertion that Autumn Chance is "abducted" by Azrael, while in fact, she is slaughtered by wolf monsters.  Her "spirit" lives on in the nether world, and Jackson eventually joins her in a version of the afterlife, but that is not the same as what happens in *Stranger Things*, wherein a very real, flesh and blood young Will is held hostage/hides in the alternate dimension until Hopper and Joyce find him and bring him back home alive.  In any case, it is not clear what substantial element of mood, tone, or pace is being alleged here.

Paragraph 124 asserts that both works "reflect an air of family cohesion that devolves into anxiety, desperation, and tension as a result of the abduction.  The pace of each story accelerates when the abductions take place, and the distress increases in both when the relative protagonists are not believed.  Each narrative plots the same escalation of growing skepticism in the characters associated with the protagonists."  There is nothing specific referred to in this Paragraph.  Leaving

43

aside the inaccuracy of the assertion that an "abduction" takes place in *Totem*, these statements are general in nature and easily apply to any story having to do with an abduction.

Paragraph 125 makes assertions regarding the motivations of characters and the difficulty that both Jackson and Joyce have in getting others to believe their explanation of events. These assertions, rebutted elsewhere herein, have to do with plot and character motivation. There is no assertion regarding specific similarities in mood, tone, or pace.

Paragraph 126 asserts that, in *Totem*, the mention of "darkness" is "a prelude of things to come." There is, however, no discernible similarity between the four examples that follow, nor any mention of what "things" follow the various instances in which the term is used.

Paragraph 127 states: "The story moves from the apprehension of darkness to the darkness itself. And as the danger intensifies, so does the tone fade deeper into darkness." These are vague, general statements, and it is impossible to discern what specifics in *Totem* might be referred to.

Paragraph 128 begins, "Similarly, in *Stranger Things*, the growing darkness is manufactured technically and with a growing number of scenes shot at night." There has been no attempt to establish any similar technical manufacture of darkness – whatever that means – in *Totem*. What follows in paragraph 128 is a description of the scene in which Will is abducted, which in fact takes place at night, as he is biking home from a game of Dungeons and Dragons with his young friends. But there is no claim of substantial similarity between that scene and any scene that occurs in *Totem*. The fact that bad things tend to happen at night in horror and suspense films is so commonplace that it scarcely merits being noted.

Paragraph 129 begins by alleging that the monster in ST1 "appears mostly when it is dark outside, whether at Steve's party where Barb disappears, or later when Nancy investigates in the darkened woods (although it is the afternoon), or when the sky is darkened." Leaving aside any mention of the inconsistencies apparent in this statement, there is no specific similarity alleged to any event in *Totem*. The use of "darkness" in conjunction with scenes of threat is a general idea employed since narrative art began.

Paragraph 130 asserts that the alternative dimensions of the two works "are a dark, bluish-tinted carbon copy of the respective human dimensions." The statements here have primarily to do with vague and general descriptions of setting and furthermore there is no specific similarity alleged.

Paragraph 131 asserts the general idea that "[i]n both stories, when the monster appears, it is announced by lightning flashes or blinking lights," but no specific instances nor substantial similarities are given or alleged. Furthermore, this does not always happen in ST1: when Nancy spots the Demogorgon in the woods behind Steve's house one afternoon, there is no "lightning" or "blinking lights" associated with the experience, nor is there in the encounters Eleven has with the monsters during her "visions."

The Paragraph concludes with the assertion that "[i]n fact, the presentational tone of the respective monsters is remarkably similar in both projects." While it is not clear what "presentational tone of the respective monsters" means, it is worth pointing out that Azrael is a humanoid creature capable of speech and reason, who uses a kind of light sword as a weapon, dressed in Native American elements, and his minions are wolf-people who slash and kill their victims with teeth and claws.

In *Stranger Things*, the Demogorgon is a kind of bipedal monster with no face, only a toothy snout that locks onto its victims before devouring them. There is no substantial or "remarkable" similarity to be found.

Paragraph 132 points out that Season 3 of *Stranger Things* takes a decided turn toward humor, but "when the monster appears, the mood and tone return to the original supernatural dark and foreboding nature found in *Totem*."

This statement ignores the fact that when tone shifts within a story, from serious or foreboding to comic and then back again, the tone of the entire story is affected, and its tone would be characterized as "serio-comic," or something similar. There can be little doubt that *Totem* is a steadfastly serious, even "dark," treatment of the power of friendship and faith and the need to make personal sacrifice in order to transcend earthly limitations (e.g., Autumn's death, Nerowe's cancer). This is in keeping with Plaintiff's repeated statements that the story was conceived of as a tribute to a friend who suffered seizures and died in a tragic automobile accident.

*Stranger Things*, on the other hand, is obviously conceived of as popular entertainment, alternating horror and supernatural thrills with serio-comic treatment of teen dating drama and the angst of pre-teens confronting puberty. Each season combines a plot line having to do with the pre-teen characters, the high school-age characters, and the adult characters each up against the same monolithic forces of evil: irrational monsters and evil scientists intent on harnessing monsters for military purposes, be the scientists American or Russian. Even Joyce Byer's character steadily treads the line between hysteria and hysterically funny, an approach likely intended to keep her from becoming tiresome as a one-note shrieking harridan. Certainly, there is no serious "spiritual" trial of the sort undergone by Nerowe in *Totem* portrayed in any season of *Stranger Things*, just as there is no apparent comedy in *Totem*, save for Agent Miller's lone comic observation when Autumn brings home the evil totem, "at least it wasn't a garden gnome."

Paragraph 133 suggests that the tension in both stories ratchets up as the plots progress. To the extent that this is true, it is simply a general practice of any storyline involving an action-adventure component. There is no specific, substantial similarity alleged.

Paragraph 134 offers the conclusion that "both projects are equally dark and foreboding with a supernatural sense of horror." This is inaccurate for the reasons above. Regardless, no specific, substantial similarities are alleged.

It should be noted, however, that while general supernatural and horrific elements appear here and there in both, *Totem* is in essence a morality play with strong intellectual or spiritual themes attached, while *Stranger Things* is a serio-comic horror story where the only question attached is, "Are these kids/high schoolers/mom and cop going to get out of this monster-laden situation alive?" *Totem* provokes thought; *Stranger Things* is a roller-coaster ride.

No specific evidence has been presented that the two works share any substantial similarity in mood, tone, or pace.

In conclusion, there is no similarity in the literary elements of *Totem* and *Stranger Things*. As discussed herein, the plots, characters, sequences, themes, settings, moods, paces and dialogue of these works are in fact remarkably dissimilar.

Respectfully submitted,

*Les Standiford*

Lester A. Standiford
September 23, 2022

## V.    APPENDIX B:  *CURRICULUM VITAE*

<u>EDUCATION</u>

|      |      |
|------|------|
| 1973 | Ph.D., Creative Writing and Literature, University of Utah. |
| 1970 | M.A., Creative Writing and Literature, University of Utah. |
| 1967 | B.A., Psychology and Literature, Muskingum College. |
| 1983-84 | Screenwriting Fellow and Graduate, American Film Institute |

<u>PROFESSIONAL EXPERIENCE</u>

|      |      |
|------|------|
| 2016 | Peter Meinke Visiting Distinguished Professor.  Eckerd College. Spring semester. |
| 1985- | Director of the Creative Writing Program and Distinguished University Professor of English.  Florida International University. |
| 1973-85 | Director of the Creative Writing Program and Assistant Professor. University of Texas at El Paso.  (Associate Professor, 1978-85) |
| 1981-82 | Visiting Writer and Associate Professor.  Florida International University. |
| 1974 | Visiting Writer and Assistant Professor of English.  Baylor University. (Summer term) |

<u>AREAS OF TEACHING SPECIALIZATION</u>

Writing Fiction, Memoir, Screenplay, Narrative Non-Fiction
American Minority Writers
Contemporary Fiction and Poetry
Film Criticism, Myth Criticism
The Novel

<u>HONORS</u>

FIU Distinguished University Professor, 2019
FIU President's World's Ahead Faculty Award, 2018-19
FIU Presidential  "Top Scholar," April 2018
The Man Who Invented Christmas,  One of 10 Unforgettable Films of 2017,
     NPR
The Man Who Invented Christmas Certified "Fresh" (80% positive reviews) Rotten
     Tomatoes
Peter Meinke Visiting Distinguished Writer, Eckerd College, Spring 2016

47

New York Times Best-Seller—Meet You in Hell, December 2015
New York Times Best-Seller—Last Train to Paradise, December 2014
FIU Worlds Ahead Faculty Award  First Runner-up, 2013
Lynn University—Common Reader Choice, Incoming Freshman Class Fall 2013, 2014
    (Last Train to Paradise)
1st Annual Provost's Outstanding Program Director Award, FIU, Spring 2013
FIU Alumni Association Torch Award—Outstanding Faculty Member, 2012-13
Presidential "Top Scholar," FIU, Spring 2012
Palm Beach County Libraries One Book Selection, 2012 (LTTP)
New York Times Best-Seller—Bringing Adam Home, 2012
Indie Bound Selection, Independent Booksellers of America, March 2011 (BAH)
Key West Library One Book Award, 2011 (LTTP)
Provost's Award for Research, FIU, Fall 2010
New York Times Editor's Choice, December 2008 (MWIC)
Indie Bound Selection, Independent Booksellers of America, 2008 (MWIC)
Publishers' Nominee, National Book Award & Pulitzer Prize, 2008 (WB)
Lifetime Achievement Award, Lee County Festival of Reading, 2007
Lee County "One Book" Selection, 2007 (LTTP)
Flagler County "One Book" Selection, 2007 (LTTP)
Central Florida Reads (Orlando, 5 others) "One Book" Selection, 2006 (LTTP)
Sarasota County "One Book" Selection, 2005 (LTTP)
Publisher's Nominee, National Book Award & Pulitzer Prize, 2005 (MYIH)
Selection of Dick Estelle, NPR's "Radio Reader", Spring 2004 (LTTP)
Book Sense Selection, Independent Booksellers of America, 2002 (LTTP)
Professorial Excellence Program Award, F.I.U., 1999
Fellowship in Fiction, Florida Division of Cultural Affairs, 1995
FIU Presidential Award for Achievement and Excellence (Service), 1992
NEA Fellowship in Fiction, 1989
Florida Arts Council, Literature Panel, 1989-1991, 1996
Barnes & Noble Discover Great New Writers Award, 1991
Florida Council of Public Libraries, Humanities Award, 1989
National Finalist, Academy of Motion Picture Arts & Sciences Screenwriting
    Competition, 1989.
National Endowment for the Humanities Fellowship for
    Teachers, 1984
American Film Institute Fellow, 1983-84
Finalist, Iowa Short Fiction Awards, 1981.
Frank O'Connor Award for Short Fiction, 1979
Pushcart Prize Honor Roll of Distinguished Fiction, 1979
Listed:  Contemporary Authors, Directory of American Fiction Writers,
    Who's Who In The South and Southwest.
Ph.D. with honors, University of Utah, 1973

MEMBERSHIPS

Mystery Writers of America; International Association of Crime Writers; Writers Guild--East; Associated Writing Programs; Canadian Screenwriters' Guild

<u>PUBLICATIONS</u>

<u>Novels</u>:

<u>Havana Run</u>, G.P. Putnam's:  New York, 2003.

_____, Berkley, 2004.

_____, Poisoned Pen:  Phoenix, 2008.

<u>Bone Key</u>, G.P. Putnam's:  New York, 2002.

_____, Berkley, 2003.

_____, Poisoned Pen:  Phoenix, 2007.

<u>Deal With the Dead</u>, G.P. Putnam's:  New York, 2001.

_____, Berkley:  New York, 2002.

_____, Poisoned Pen:  Phoenix, 2009.

(Rpt. As <u>Pacto, S.A.</u>, Ediciones 2000:  Madrid, 2002).

<u>Black Mountain</u>, G.P. Putnam's:  New York, 2000.

_____, Berkley:  New York, 2001.

<u>Presidential Deal</u>, Harper Collins:  New York, 1998.

_____, HarperPaperbacks:  New York, 1999.

_____, Poisoned Pen:  Phoenix, 2006.

<u>Deal on Ice</u>, HarperCollins:  New York, 1997.

_____, HaperPaperbacks:  New York, 1998.

_____, Poisoned Pen:  Phoenix, 2005.

<u>Deal to Die For</u>, HarperCollins:  New York, 1995.

_____, HarperPaperbacks: New York, 1996.

_____, Poisoned Pen:  Phoenix, 2004.

_____, MacMillan:  London, 1997.

49

<u>Raw Deal</u>, HarperCollins: New York, 1994.

_____, MacMillan Books:  London, 1995.

_____, HarperPaperbacks: New York, 1995.

_____, Poisoned Pen:  Phoenix, 2004.

<u>Done Deal</u>, HarperCollins:  New York, 1993.

_____, MacMillan:  London, 1994.

_____, ECI:  Holland, 1994.

_____, Rivage:  Paris, 1994.

_____, Heilmann:  Germany, 1994.

_____, HarperPaperbacks: New York 1994.

_____, Pan:  London, 1995.

_____, Poisoned Pen:  Phoenix, 2003.

<u>Spill</u>, Atlantic Monthly Press: New York, 1991.

_____, Pan Books: London, 1991.

_____, ECI: Holland, 1992.

_____, Rivage: Paris, 1992.

_____, Heilmann:  Germany, 1993.

_____, Tuttle/Mori:  Japan, 1993.

_____, HarperPaperbacks: New York, 1993.

(All titles recorded on Random House Audio—Abridged; Unabridged/Recorded Books.)

<u>Novella:</u>

<u>Opening Day, or The Ghost of Satchel Paige</u>, LiveReads: New York, 2001.

Non-fiction:

Battle for the Big Top: James Bailey, P.T. Barnum, John Ringling & the Death-
Defying Saga of the American Circus, Public Affairs: New York, 2021.

Palm Beach, Mar-a-Lago and the Rise of America's Xanadu, Grove/Atlantic:  New
York, 2019.

Center of Dreams:  Building a World Class Performing Arts Center in Miami,
Tallahassee:  Univ. of Florida Press, 2018.

The Man Who Invented Christmas:  How Charles Dickens's *A Christmas Carol* Revived
His Career and Revived Our Holiday Spirits.  (Revised and expanded, with
reader's guide and Dickens's *A Chrsitmas Carol*.  Broadway Books:  New York,
2017.

Water to the Angels:  William Mulholland, His Monumental Aqueduct, & the Rise of
Los Angeles. Ecco:  New York, 2015.

_____.  Trade paperback
Reprint, Ecco:  New York, 2016.

Desperate Sons:  Samuel Adams, John Hancock, Patrick Henry and the Secret Bands
of Radicals Who Led the Colonies to War.  Harper Collins:  New York, 2012.

Bringing Adam Home:  The Abduction that Changed America.  Ecco:  New York,
2011.

_____.  Trade paper reprint, Ecco:  New York,
2012.

The Man Who Invented Christmas:  How Charles Dickens's *A Christmas Carol* Rescued
His Career and Revived Our Holiday Spirits.  Crown:  New York, 2008.

_____, Editora Nosa Cultura:  Brazil, 2010.

Washington Burning:  How a Frenchman's Vision for Our Nation's Capitol Survived
Congress, the Founding Fathers, and the Invading British Army, Crown:  New
York, 2008.

_____, trade paper reprint, Three Rivers Press:  New York, 2008.

Meet You in Hell:  Andrew Carnegie, Henry Clay Frick, and the Bitter Partnership
That Transformed America.  Crown:  New York, 2005.

_____, trade paper reprint, Three Rivers Press:  New York, 2006.

Last Train to Paradise:  Henry Flagler & the Spectacular Rise & Fall of the Railroad that Crossed An Ocean, Crown:  New York, 2002.  (A BookSense 76 Selection).

_____, trade paper reprint, Three Rivers Press:  New York, 2003.

(above titles issued in audio editons—Random House Audio; Kindle Editions; e-book editions)

Coral Gables:  The City Beautiful Story, Riverbend Books:  Atlanta, 1998.

Miami:  City of Dreams, with Alan Maltz, Light Flight Publications:  Key West, 1997.   (Selected as "Coffee Table Book of the Year" by the National Assn. of Independent Publishers.)


Edited:

Miami Noir 2:  Classic Stories from the Underside of Paradise, Akashic Books:  New York, 2020.  (Editor and contributor.)

Miami Noir:  Stories from the Underside of Paradise, Akashic Books:  New York, 2006.  (Editor & contributor).

Putt at the End of the World, Warner Books:  New York, 2000.

_____, Warner Trade Paper:  New York, 2001.

Surrounded on Three Sides, novel by John Keasler, University Press of Florida, 1999, Co-editor,  with Diane Stevenson, with introduction.


Co-authored Novel:

The Emperor's Club, Tony Gagliano, with Les Standiford and Dan Wakefield, Midtown:  New York, 2015. (completed advisee's work posthumously)


In Progress:

The Man Who Invented Christmas, completed draft full-length stage play.

Film Scripts:

      Spill, feature, produced by ECI Films, Los Angeles: 1996.  Sole credited writer (WGA).

      Bones of Coral, feature, with James Hall, MGM/Pathe Studios: Los Angeles,
          1990. (Pay or play.)

      A Day Like Any Other, Director: Susanna Styron, Producer: American Film
          Institute: Los Angeles, 1986.  Sole credited writer.

      The Count and the Princess, Director: Wm. McEwan, Producer: American Film Institute:
          Los Angeles, in production, two of six scripts selected for production by AFI for
          1984-85.

      The Bug Police, feature screenplay, for Cinema World Pictures: Miami, 1987.


Stories: (Limited to FIU tenure)

      "Tahiti Junk Shop," in Miami Noir 2: The Classics, Akashic Books, 2020.

      "The Bookstore Case," in My Bookstore:  American Writers Celebrate their
          Favorite Bookstores, ed. Charles Tyms, Black Dog Press:  New York, 2012.

      "Boneyard," in Blue Christmas:  Holiday Stories for the Rest of Us, ed. John
          Dufresne, Books & Books Press, 2011.

      "Life and Casualty," Delta Blues, ed. Carolyn Haines, Tyrus Books:  Denver, 2010.

      "Succubus," in Stories from the Blue Moon Café' II, ed. Sonny Brewer, McAdam/
          Cage:  San Francisco, 2003.

      "Tahiti Junk Shop,"The Best of Florida Mystery Stories, ed. Stuart Kaminsky,
          Pineapple Press:  Sarasota, 1999.

      "Food Chain,"Louisiana Literature, Fall, 1998.

      "The Big Wet Sleep," in Naked Came the Manatee, Hiassen, et. al., Putnam:
          New York, 1997.

      "Hotel Roma," Confrontation, Fall, 1991.

      "Hustle," in Perfect Lies:  100 Years of Classic Golf Stories, editor, William Hallberg,
          Doubleday: New York, 1989.

      "Guerin and the Presidential Revue," in Editor's Choice II: Fiction, Poetry and the Art from
          the U.S. Small Press 1978-83, editors, Morty Sklar and Mary Biggs, Iowa City:  The

DocuSign Envelope ID: 190482BC-BD9B-4225-A28C-39D6FF2E512D

Spirit That Moves Us Press, 1987.  (Selected from 2,400 nominations by magazine editors.)

<u>Articles</u>:

"Key West Literature," in <u>Encyclopedia of American Literature of the Sea</u>, ed. Jill B. Gidmark, Greenwood Press:  Westport, CT. & London, 2001, 229-231.

"Keys to the Kingdom:  Effective Plotting," with James W. Hall, <u>Fiction Writer Magazine</u>, Spring 2000, 65-69.

"Magic City," in <u>Fodor's Guide 2000:  Miami and Miami Beach</u>, Fodor's:  New York,1999, 180-183.

"All Roads Lead to Mississippi," <u>Fiction Writer Magazine</u>, July 1999, 5-6.

"What I Stole From the Movies:  Writing Effective Scenes," <u>Writer's Digest</u>, August 1998, 48-52.

"_____", rpt. in <u>The Complete Handbook of Novel Writing</u>, Eds. Meg Leder & Jack Heffron, Writer's Digest Books:  Cincinnati, 2002.

"Birthrights and Other Boondoggles:  Rereading Jacob and Esau," in <u>Communion: Contemporary Authors Reread the Bible</u>, ed. David Rosenberg, New York:  Doubleday, 1996.

"_____," originally printed in <u>Image:  A Journal of the Arts & Religion</u>, Fall, 1995.

Foreword, <u>The Key West Reader:  The Best of Key West's Writers, 1830-1990</u>. Key West:  Tortugas Ltd., 1989.

"Character and the Motivation of Fiction," <u>L'Apache: An International Magazine of the Arts</u>, Fall, 1987.

"The Write Word," <u>L'Apache: An International Magazine of the Arts</u>, Vol. I, 1, Summer, 1986.

"A Far Place: The Literary Landscape of West Texas," <u>The Texas Humanist</u>, November, 1984.

"Worlds Made of Dawn: Characteristic Image and Incident in Native American Literature," in <u>Three American Literatures:  Essays in Chicano, Native American, and Asian American Literature</u>, editor Houston Baker, MLA Press: New York, 1982. (Revised and edited monograph version of the Ethnic Literatures article below.)

54

"Worlds Made of Dawn: Characteristic Image and Incident in Native American Literature," in Ethnic Literatures Since 1976, editors, Wolodymyr T. Zyla & Wendell M. Aycock, Texas Tech University Press, 1978.

"Novels into Film: Catch 22 as Watershed," Southern  Humanities Review, Vol. VIII, 1, Winter, 1974.

"Teaching Minorities Literature," Bulletin on Multi-Ethnicity in American Publishing, Spring, 1974.

"Desert Places: An Exchange with Edward Abbey," Western Humanities Review, Vol. XXIV, 4, Autumn, 1970.


General Interest Articles/Journalism:  (Limited to FIU tenure)

"Another Murder in Greenwich," Reader's Digest, March 2007.

"The Great Coin Heist," Reader's Digest, April 2005.

"Yellowtail a la Deal," in A Taste of Murder, ed. Jo Grosman and Robert Weibezahl, Dell:   New York, 1999

"In the Land of the Giants," Smoke Magazine, November 1998.

Numerous short stories in Tropic (Miami Herald), 1995-98.

"Agabi," short story in Ft. Lauderdale Sun Suntinel, December 24, 1997.

"Murder, They Wrote," South Florida Magazine, February 1996.

"Done Deal (excerpt)," in Gold Coast, April 1994.


Book Reviews:

Numerous, in Chicago Tribune, Miami Herald, Fort Worth Star Telegram, New York Daily News, New York Newsday, et al.


Papers and Presentations:  (selected, limited to FIU tenure)

"Fiction Into Film," Short Presentation and moderator of panel with Tom McGuane, David Denby, and Roger McNiven.  Key West Literary Seminar, January 1987.

"92 in the Shade and Fiction into Film," Presentation and Discussion, Key West Literary Seminar Extension, Broward Main Library, February, 1987.

Short Course (3-days) in Mystery Fiction, Miami Book Fair International, Spring 1995.

"Fictional Techniques for Journalists," Poynter Institute Regional Seminar for Practicing Journalists, Ft. Lauderdale, February 1996.

"Florida and Florida Mystery Fiction," Paper at Bouchercon—The World Mystery Convention, Monterrey, October 30, 1997.

Seminar on Story Elements for Selected Dade Honors Students, in conjunction With Miami Book Fair International, November 1997.

"Characteristics of Florida Fiction," paper at University of Florida Symposium on Florida Fiction, Gainesville, March 1998.

"Structuring the Screenplay & Novel," week-long course for Key West Writer's Workshop, with James W. Hall. May 1997, 1998, 1999.

"Writers in Paradise," various annual one-week seminars, Eckerd College, 2005-present.

"Writers Week Seminars," Rancho La Puerta, Teacate, Mexico, 2001-present.

"Fictional Structure," Weeklong Master Class, Taos Summer Writers Conference, July 2012.

"Convocation Address," Incoming Freshman Class, Lynn University, August 2013.

"Narrative Structure in Fiction and Non-Fiction," Key West Literary Seminar, January 2014.

"Traveling America with Henry Flagler," Newport Preservation Society, April, 2019.