1  DAVID GROSSMAN (SBN 211326)
   dgrossman@loeb.com
2  SAFIA GRAY HUSSAIN (SBN 251123)
   sghussain@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Blvd., Suite 2200
4  Los Angeles, CA 90067
   Telephone: 310.282.2000
5  Facsimile: 310.282.2200

6  Attorneys for Defendants
   AARON SIMS; MATT DUFFER; ROSS
7  DUFFER; NETFLIX, INC.; NETFLIX
   STREAMING SERVICES, INC.; and
8  21 LAPS, INC.

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

| 13 IRISH ROVER ENTERTAINMENT, LLC, a California limited liability | Case No.: 2:20-cv-06293-CBM-PLA |
|---|---|
| 14 company, | **SEPARATE STATEMENT OF UNCONTROVERTED FACTS** |
| 15         Plaintiff, | **AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS'** |
| 16         v. | **MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S** |
| 17 AARON SIMS, an individual; MATT DUFFER, an individual; ROSS | **FIRST, SECOND, THIRD, FOURTH AND FIFTH CAUSES** |
| 18 DUFFER, an individual; NETFLIX, INC., a Delaware corporation; | **OF ACTION PURSUANT TO FED. R. CIV. P. 56** |
| 19 NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 | [*Filed concurrently: Notice of Motion and Motion; Memorandum of Points* |
| 20 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive, | *and Authorities; Declarations of Matt Duffer, Ross Duffer, Aaron Sims,* |
| 21 | *Lester A. Standiford, and Safia Gray* |
| 22         Defendants. | *Hussain; [Proposed] Judgment*] |
| 23 | Date: February 7, 2023 |
| 24 | Time: 10:00 a.m. Courtroom: 8D |
| 25 | First Amended Complaint Filed: |
| 26 | October 12, 2020 Jury Trial: May 2, 2023 |
| 27 | |
| 28 | |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Central District Local Rule 56-1, Defendants Aaron Sims, Matt Duffer, Ross Duffer, Netflix, Inc., Netflix Streaming Services, Inc., and 21 Laps, Inc. (collectively, "Defendants") hereby submit this Separate Statement of Uncontroverted Facts and Conclusions of Law in support of their Motion for Summary Judgment as to Plaintiff's First, Second, Third, Fourth and Fifth Causes of Action.

## I.    UNCONTROVERTED FACTS

| | UNCONTROVERTED FACTS: | SUPPORTING EVIDENCE: |
|---|---|---|
| | Uncontroverted Facts Regarding *Stranger Things* (the "Series") | |
| 1. | In 2010, the Duffers began to develop the concept for a film inspired by the "Montauk Urban Legend," according to which government scientists at the Camp Hero military base in Montauk, New York conducted research into mind control and other supernatural activities. | • Declaration of Matt Duffer ("Matt Decl.") ¶¶ 28-31 & Exs. B [DEFS_0012299-312], C [DEFS_0012313-322].<br>• Declaration of Ross Duffer ("Ross Decl.") ¶¶ 22-25. |
| 2. | In November 2010 emails, the Duffers sketched out their *Montauk Experiment* project as a story set in the 1980s that would include science-fiction elements such as a secret research facility, evil scientists, mind control, paranormal activity, unethical experiments, a monster that comes through a portal to another dimension and kills people in the facility before escaping, and a main character | • Matt Decl. ¶¶ 29-31 & Exs. B [DEFS_0012299-312], C [DEFS_0012313-322].<br>• Ross Decl. ¶¶ 23-25. |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

| | | |
|---|---|---|
| | with psionic abilities who is a subject of mind control experiments at the facility (the "2010 *Montauk* Project"). | |
| 3. | These elements from the 2010 *Montauk* Project emails ultimately became the foundation for *Stranger Things*: the secret research facility ultimately becomes the "Hawkins Lab" in *Stranger Things*; the "gritty eighties" ultimately becomes the Series' mood/setting; mind control, paranormal activity, and unethical/mind control experiments ultimately become major plot points in *Stranger Things*; the opening of an interdimensional portal ultimately becomes the Rift/Gate to the Upside Down in *Stranger Things*; a monster coming through the opened portal ultimately becomes the Demogorgon in *Stranger Things*; the monster escaping and killing people in the facility ultimately becomes a major plot point in *Stranger Things*; and a main character with psychic powers who is the subject of the mind control experiments ultimately becomes Eleven in *Stranger Things*. | • Matt Decl. ¶ 30 & Exs. B [DEFS_0012299-312], C [DEFS_0012313-322].<br>• Ross Decl. ¶ 24.<br>• Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A]. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

2

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 4. | In 2013, inspired in part by the film *Prisoners* (which featured kidnappings), the Duffers decided to incorporate a child abduction into their 2010 *Montauk* Project, and to make it a television series instead of a film. | • Matt Decl. ¶ 32.<br>• Ross Decl. ¶ 26. |
|---|---|---|
| 5. | In October 2013, the Duffers created an outline for the pilot episode (the "2013 Pilot Outline"). | • Matt Decl. ¶ 33 & Ex. D [DEFS_0010248-250].<br>• Ross Decl. ¶ 27. |
| 6. | The 2013 Pilot Outline explains that the Series would follow a group of nerdy children who spend their nights playing Dungeons & Dragons ("D&D") and eating pizza, but who are drawn into a world of supernatural terror.  The 2013 Pilot Outline elaborates that, while biking home one night, one of the children "goes into a strange world, taken by some evil force."  A local sheriff investigates, but the child has "simply vanished."  The sheriff and the missing child's family and friends all try to find him.  There is also an "escapee" from a research facility, who is tattooed with a number, has psionic powers, and is the key to figuring out what has happened. | • Matt Decl. ¶ 33 & Ex. D [DEFS_0010248-250].<br>• Ross Decl. ¶ 27. |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

3

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 7. | In the summer of 2014, the Duffers completed their script for the Series' pilot episode (then titled *Montauk*) (the "2014 Pilot Script"). | • Matt Decl. ¶ 35 & Ex. F [DEFS_0019696-762]. <br> • Ross Decl. ¶ 29. |
|---|---|---|
| 8. | The 2014 Pilot Script includes key elements from the 2010 *Montauk* Project (e.g., a 1980s setting, a secret research facility, evil scientists conducting unethical experiments, mind control, paranormal activity, a monster that comes through a portal to another dimension and kills people in the facility before escaping, and a main character with psionic abilities who is the subject of mind control experiments at the facility), and from the 2013 Pilot Outline (e.g., a child abducted by a monster while biking home from playing D&D with friends, and the child's cross-dimensional communications with friends and family searching for him). | • Matt Decl. ¶¶ 30-31, 33, 35 & Exs. B [DEFS_0012299-312], C [DEFS_0012313-322], D [DEFS_0010248-250], F [DEFS_0019696-762]. <br> • Ross Decl. ¶¶ 24-25, 27, 29. |
| 9. | To support their attempted sale of the 2014 Pilot Script to a studio, the Duffers created a "Look Book" showcasing the 1980s-era inspirations for the Series (such as *E.T.* and *Poltergeist*). | • Matt Decl. ¶¶ 17, 36-37 & Ex. A [DEFS_0014850-872]. <br> • Ross Decl. ¶¶ 17, 30-31. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 10. | In March of 2015, using the 2014 Pilot Script and Look Book, they closed a series deal with Netflix. | • Matt Decl. ¶ 38.<br>• Ross Decl. ¶ 32. |
|---|---|---|
| 11. | Over the next several months, working with a group of writers, the Duffers changed the Series' title from *Montauk* to *Stranger Things* and the Series' setting from Long Island to the fictional town of Hawkins, Indiana. | • Matt Decl. ¶¶ 39-40, 43, 63.<br>• Ross Decl. ¶¶ 33-34, 37, 57. |
| 12. | Season 1 of *Stranger Things* is set in Hawkins, Indiana, in 1983. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A]. |
| 13. | It begins with twelve-year-old Will Byers being abducted by a monster while biking home one night after playing D&D with friends. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Ep. 1 (at minutes: 01:45-08:23). |
| 14. | Will's twelve-year-old friends, Mike, Dustin, and Lucas, begin investigating his disappearance. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Ep. 1. |
| 15. | While looking for Will in the forest, the boys find a young girl with a shaved head wearing a hospital gown.  They learn that her name is Eleven, and that she has psionic abilities. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Eps. 1 (at 45:20-46:13), 2. |
| 16. | While the boys and Eleven search for Will, the monster threatens other Hawkins residents. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Ep. 2. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

5

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 17. | Mike's teenage sister Nancy attends a party where her best friend, Barb, is abducted by the monster. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Eps. 2, 3. |
|---|---|---|
| 18. | While searching for Barb, Nancy glimpses the monster running through the woods. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Ep. 3 (at 38:20-39:00). |
| 19. | Will's teenage brother, Jonathan, also captures a photo of Barb and the monster. Nancy and Jonathan team up to search for the monster in the hopes they can save Will and Barb. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Eps. 3-8. |
| 20. | What is initially thought to be Will's body is discovered in a quarry. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Eps. 3, 4. |
| 21. | However, Eleven proves that Will is still alive by manipulating radios to project the sound of Will's voice. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Ep. 4 (at 06:05-07:44). |
| 22. | Dustin, Lucas, and Mike learn that Will is trapped in an alternate dimension, which they name "The Upside Down." They decide to call the monster a "Demogorgon" (after a D&D character). | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Eps. 4, 5 (at 04:37-07:17). |
| 23. | After pulling together all their knowledge of the supernatural events occurring in Hawkins, Dustin, Lucas, Mike, and | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Ep. 5. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | | | |
|---|---|---|---|
| | | Eleven decide to search for a hypothetical gate to the Upside Down. | |
| 24. | | Meanwhile, Hawkins' police chief, Jim Hopper, who is being pressed by Will's mother, Joyce, has grown suspicious of the nearby research laboratory after finding a torn piece of Eleven's hospital gown outside the lab grounds. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Eps. 2 (at 34:44-35:50), 3. |
| 25. | | After discovering that the body found in the quarry was not Will's, Hopper breaks into the laboratory and finds Eleven's bedroom and a massive gate to an alternate dimension. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Eps. 5 (at 44:17-48:03), 6 (at 00:10-01:59, 04:06-04:37, 05:44-08:12). |
| 26. | | Throughout the first season, Eleven experiences a series of painful flashbacks – culminating in a flashback to an experiment in which Eleven was placed in a sensory deprivation tank. While in an altered psychic state, Eleven accidentally opened a gate to the Upside Down after making contact with the Demogorgon. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Ep. 2 (at 23:13-23:58).<br>• *Id.* at Ep. 3 (at 14:17-15:12, 32:45-35:38).<br>• *Id.* at Ep. 4 (at 37:41-39:26).<br>• *Id.* at Ep. 5 (at 33:17-35:10, 42:27-44:05).<br>• *Id.* at Ep. 6 (at 14:44-15:15, 19:24-20:47, 41:08-42:24). |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

7

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 27. | The children and adults join forces and formulate a plan to make a sensory deprivation tank to enhance Eleven's powers, so that she can psychically view Will in, without entering, the Upside Down. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Ep. 7. |
|---|---|---|
| 28. | They break into Hawkins Middle School to set it up. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Ep. 7. |
| 29. | Using the tank, Eleven discovers that Barb is dead, but that Will is alive and is hiding in a play fort near his house. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Ep. 7 (at 31:49-35:50). |
| 30. | Hopper and Joyce break into the laboratory and enter the Upside Down, discovering the monster's nest, where an unconscious Will has been strung up with a tendril extending down his throat. Hopper and Joyce detach and revive Will, and return through the gate. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Eps. 7, 8. |
| 31. | Agents from the lab arrive at Hawkins Middle School to capture Eleven. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Ep. 8 (at 26:13-26:30). |
| 32. | After sharing a romantic moment with Mike, Eleven kills some of the agents, | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| | crushing their brains with her psionic abilities. | 31, Ex. A], at Ep. 8 (at 24:04-26:13, 27:29-28:03). |
| 33. | The Demogorgon is attracted to the bloodshed at the school and attacks just as Eleven is about to be captured by the agents.  Mike, Dustin, and Lucas escape with Eleven and hide in a classroom, but the monster finds them.  Before it can harm the boys, Eleven says goodbye to Mike and telekinetically explodes the monster.  Mike is left in tears as Eleven vanishes. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Ep. 8 (at 29:16-31:10, 33:06-37:11). |
| 34. | Will is hospitalized and reunited with his family and friends. | • Lodged DVD of *Stranger Things*, Season 1 [Dkt. No. 31, Ex. A], at Ep. 9. |
| 35. | Season 2 of *Stranger Things* begins in Hawkins in 1984, one year after Will's disappearance. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 1. |
| 36. | Dustin, Lucas, and Mike are intrigued by a new girl at school named Max, and Will is struggling to return to normal life. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 1. |
| 37. | Will has started having episodes in which he freezes and sees a long-limbed shadowy monster looming over Hawkins. This new monster is called the "Mind Flayer" (another D&D reference), and is | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 1. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| | depicted as a massive, spider-like, shadow creature. | |
| 38. | While Mike mourns the loss of Eleven, she is actually alive and secretly living with Hopper (who has assumed a father-figure role with her) in his cabin. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 1. |
| 39. | Eleven struggles with being cut off from Mike, and rebels against Hopper over his strict rules, which require that she stay hidden. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Eps. 2, 3, 4. |
| 40. | Dustin finds a strange-looking slug and adopts it as a pet. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Eps. 2 (at 51:53-52:44), 3 (at 00:08-03:15). |
| 41. | It grows large, eats Dustin's cat, and escapes. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Eps. 4, .5. |
| 42. | The boys learn that this "pet" is one of four juvenile demogorgons (which Dustin nicknames "demodogs") psychically linked to the Mind Flayer's hive mind. As they grow, the demodogs terrorize Hawkins as a pack, killing and eating people and pets. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 3. |
| 43. | Will's episodes become more frequent and, during one of them, the monster | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

| | | |
|---|---|---|
| | sticks a tentacle down Will's throat and infects him like a parasite. | 31, Ex. B], at Eps. 2, 3 (at 45:21-45:55, 46:33-47:45). |
| 44. | After passing out, Will awakens at home acting strangely. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 4. |
| 45. | He scribbles and demands that the house be kept cold. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 4. |
| 46. | Joyce, Mike, and Joyce's boyfriend, Bob, piece together the scribbles to discover a map to the demodogs' underground tunnels. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 5. |
| 47. | Joyce, Bob, Will, and Mike rescue Hopper, who had also found the tunnels but became trapped inside. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 5. |
| 48. | Scientists from the laboratory set fire to the tunnels, causing Will to collapse in pain due to his connection to the Mind Flayer.  Will is rushed to the laboratory, but the demodogs soon arrive and start attacking. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Eps. 5 (at 54:16-54:51), 6. |
| 49. | Mike deduces that the Mind Flayer can spy on them through Will, and he convinces Joyce to sedate Will to prevent the monster from tracking them. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 6 (at 46:30-47:13). • *Id.* at Ep. 8 (at 01:54-02:52). |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 50. | Joyce, Hopper, and Mike escape the laboratory and take Will home. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 8. |
|---|---|---|
| 51. | Meanwhile, Eleven tracks down her biological mother and discovers another young girl named Kali, who also has supernatural power, and was also experimented on at Hawkins lab. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 5. |
| 52. | Eleven travels to Chicago to find Kali, who helps Eleven hone her abilities. Kali is part of a vengeful street gang, and Eleven decides not to join Kali and returns home to reunite with the boys. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 7. |
| 53. | The Mind Flayer finds the group at the Byers' house and sends the demodogs to attack, but Eleven destroys them. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 8 (at 41:04-44:35). |
| 54. | Joyce, Jonathan, and Nancy take Will to Hopper's cabin to try and force the monster out of him by overheating it. Nancy finally releases Will from the monster's grasp by jabbing him with a hot fire poker. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 9. |
| 55. | Hopper drives Eleven to the lab, where she closes the gate to the Upside Down. | • Lodged DVD of *Stranger Things*, Season 2 [Dkt. No. 31, Ex. B], at Ep. 9. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 56. | Season 3 of *Stranger Things* begins in 1984, in the Soviet Union. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Ep. 1. |
|---|---|---|
| 57. | A Soviet scientist has come close, but failed to build a gate to the Upside Down, and is murdered by a Soviet general, who gives the remaining scientists one year to build the gate. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Ep. 1 (at 00:10-05:02). |
| 58. | The story moves to Hawkins, in 1985. The new Starcourt Mall has become the town focal point, and Mike and Eleven, Lucas and Max, and Jonathan and Nancy are dating.  Will still wants to play D&D, but the other boys are now more interested in girls. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Eps. 1, 3 (at 19:19-22:12). |
| 59. | Billy, Max's eighteen-year-old brother, gets hit by a shadowy creature while driving by the town mill and becomes possessed by the Mind Flayer. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Eps. 1 (at 45:18-47:13), 2. |
| 60. | Billy abducts other Hawkins residents, who also become possessed. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Eps. 2, 3, 4. |
| 61. | Dustin enlists Steve, who now works with a friend named Robin at an ice cream shop, to help translate a message Dustin intercepted from the Soviets. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Ep. 2. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 62. | Dustin, Steve, and Robin translate the message and learn that Starcourt Mall is a front for the Soviets. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Eps. 2 (at 41:19-43:40), 3 (at 28:33-30:11). |
|---|---|---|
| 63. | Billy rallies the other possessed townspeople to attack Will, Mike, Lucas, Eleven, Max, Jonathan, and Nancy. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Eps. 4, 5. |
| 64. | Eleven saves them, injuring the Mind Flayer in the process. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Ep. 6 (at 01:48-04:56). |
| 65. | Meanwhile, Dustin, Steve, and Robin recruit Lucas' younger sister Erica to crawl through an air duct to break into the Soviets' loading dock at the mall. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Ep. 4 (at 24:27-26:57). |
| 66. | They discover an underground testing area where Soviet scientists are trying to force open the gate to the Upside Down. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Eps. 4, 5, 6. |
| 67. | Eleven uses her powers to find Dustin at the mall, and she, Will, Mike, Lucas, Max, Jonathan, and Nancy head there. The Mind Flayer – depicted as a massive, scaly, spider-like creature comprised of human remains, and with long tentacles – finds and attacks the group. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Ep. 7. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

14

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 68. | Eleven tries to protect them, but in an earlier confrontation, the Mind Flayer managed to "bite" her, infecting her with a piece of itself.  Eleven uses her powers to fling the piece out of her body but, in doing so, exerts all her energy and loses her powers. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Eps. 7, 8 (at 00:34-03:15). |
|-----|----|----|
| 69. | Billy captures Eleven and offers her to the Mind Flayer, but Eleven accesses Billy's memories and manages to release him from the Mind Flayer's control. Billy sacrifices himself for Eleven as the others use fireworks to distract the Mind Flayer. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Ep. 8. |
| 70. | Joyce and Hopper find the gate to the Upside Down and Hopper appears to die when Joyce closes the gate to stop the Mind Flayer. | • Lodged DVD of *Stranger Things*, Season 3 [Dkt. No. 31, Ex. C], at Ep. 8. |
| **Uncontroverted Facts Regarding *Totem*** | | |
| 71. | *Totem* tells the story of Jackson Chance, a military veteran in his thirties.  Jackson lives near a "Lynx Indian" reservation, and struggles with epilepsy. | • Declaration of Safia Gray Hussain ("Hussain Decl.") Ex. A [IRISH 00867-986].<br>• First Amended Complaint ("FAC") Ex. 7. |
| 72. | Jackson's wife Autumn is a diagnosed schizophrenic in her twenties who | • Hussain Decl. Ex. A [IRISH 00867-986].<br>• FAC Ex. 7. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| | believes she is a "mystic," connected to the Native American spirit world. | |
| 73. | In the opening scene, Jackson has a vision during an epileptic seizure in which he defeats a group of "Blackwolf Indians" outside of a cave, then announces his intention to confront an evil fallen angel named Azrael who resides there. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 1-3.<br>• FAC Ex. 7, at pp. 1-3. |
| 74. | The story then shifts to nine days earlier, the morning Jackson brings his wife home from a psychiatric ward. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 3-12.<br>• FAC Ex. 7, at pp. 3-12. |
| 75. | After she returns home, Autumn tells Jackson that epileptics were once revered as mystics who could talk to the "Great Spirit." She explains that this 'spirit' told her that it has an important plan for Jackson. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 12-15.<br>• FAC Ex. 7, at pp. 12-15. |
| 76. | In the next scene, Autumn sees three wolves in the backyard, which a lightning flicker reveals to be three "Blackwolf Indians." | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 15-16.<br>• FAC Ex. 7, at pp. 15-16. |
| 77. | That night, Autumn has a dream in which she sees Jackson's life and soul threatened by Azrael. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 16-17.<br>• FAC Ex. 7, at pp. 16-17. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 78. | The following morning, Autumn travels to a "Lynx Indian" village. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 17-19. <br> • FAC Ex. 7, at pp. 17-19. |
|---|---|---|
| 79. | In the Lynx village, Autumn meets Kimi, a 10-year-old Lynx girl, and Thunderbear, a Lynx Shaman in his sixties, whom Kimi calls "Grandfather." | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 19-21. <br> • FAC Ex. 7, at pp. 19-21. |
| 80. | When Autumn selects a charred totem pole tied down in a murky pond, Kimi and Thunderbear attempt to dissuade her from taking it home. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 21-23. <br> • FAC Ex. 7, at pp. 21-22 [pages omitted from exhibit]. |
| 81. | Autumn, nevertheless, takes the totem pole home, where Jackson, his friend Dr. William Nerowe, and Autumn's childhood friend, FBI Agent Sam Miller (also in his thirties), are having a backyard barbecue. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 23-26. |
| 82. | That afternoon, Miller reveals to Autumn that he is in love with her, a feeling she informs him is not reciprocated. Devastated and angry, Miller rejoins the group in the backyard, and the men plant the totem. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 27-30. <br> • FAC Ex. 7, at pp. 27-30. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

17

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 83. | Once planted, the totem allows Azrael to invade the earthly realm. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 32-33, 52.<br>• FAC Ex. 7, at pp. 32-33, 52.<br>• Hussain Decl. Ex. B [Aug. 9, 2022 Dep. Tr.], at 148:24-149:4.<br>• Hussain Decl. Ex. D [IRISH 00107-156], at IRISH 00107. |
| 84. | Azrael is a giant "fallen angel" with six purple wings, large horns, and a skinless bison skull.  He speaks English, and his stated intent is to stamp out good in the real world and to use his powers to slaughter everyone and turn their souls into "Grims." | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 32, 35, 36, 49, 51-52, 111.<br>• FAC Ex. 7, at pp. 32, 35, 36, 49, 51-52, 111.<br>• Hussain Decl. Ex. E [IRISH 01354-370].<br>• Hussain Decl. Ex. B [Aug. 9, 2022 Dep. Tr.], at 260:21-261:3. |
| 85. | Soon after the totem is planted, Autumn leaves the bedroom and confronts Azrael. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 34-35.<br>• FAC Ex. 7, at pp. 34-35. |
| 86. | Autumn is killed by the Blackwolf, and Azrael scatters purple feathers over her body. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 36-37. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| | | • FAC Ex. 7, at pp. 36-37.<br>• Hussain Decl. Ex. D [IRISH 00107-156], at IRISH 00107, IRISH 00110.<br>• Hussain Decl. Ex. B [Aug. 9, 2022 Dep. Tr.], at 72:18-73:8. |
| 87. | Just before "[t]he light leaves Autumn's eyes," Jackson finds her.  She tells him that Azrael is responsible, and to find Thunderbear and begin his "quest." | • Hussain Decl. Ex. A [IRISH 00867-986], at p. 37.<br>• FAC Ex. 7, at p. 37. |
| 88. | At Autumn's funeral, an enraged Miller, who blames Jackson for Autumn's death, hits Jackson and knocks him out. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 38, 40-41.<br>• FAC Ex. 7, at pp. 38, 40-41. |
| 89. | Later, at Jackson's house, Nerowe dismisses Jackson's claims of mystical forces and the two fight before Jackson storms out. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 43-46.<br>• FAC Ex. 7, at pp. 43-46. |
| 90. | Jackson is then followed by Miller to a "train port," where Miller rams his car into Jackson's pickup. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 47-48.<br>• FAC Ex. 7, at pp. 47-48. |
| 91. | Thunderbear arrives and pulls Jackson from the flaming wreckage; Miller frees himself. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp 48-49. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

19

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| | | • FAC Ex. 7, at pp. 48-49. |
| 92. | Protected by magical dreamcatchers, which render them invisible to Azrael, Thunderbear and Jackson jump into the boxcar of a freight train. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 49-50.<br>• FAC Ex. 7, at pp. 49-50. |
| 93. | Thunderbear tells Jackson that only a "Medicine Man" who "believes," and not a warrior, can defeat Azrael. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 50-51.<br>• FAC Ex. 7, at pp. 50-51. |
| 94. | Azrael then appears to Miller and promises him that, "[w]hen the Eternal Light is extinguished, [Autumn] will be yours." | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 51-53.<br>• FAC Ex. 7, at pp. 51-53. |
| 95. | Miller follows and confronts Jackson on the train, and Jackson and Miller fight before Jackson jumps from the train and is arrested, at Miller's direction. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 56-60.<br>• FAC Ex. 7, at pp. 68-70. |
| 96. | Jackson is then transferred to Nerowe's hospital for psychiatric evaluation. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 68-70.<br>• FAC Ex. 7, at pp. 68-70. |
| 97. | Nerowe is revealed to have terminal cancer, and he arrives at the hospital, where he tells Jackson that he will follow him in his quest.  Nerowe then helps Jackson escape from the hospital. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 55-56, 66-67, 70-71, 72-74, 76-79.<br>• FAC Ex. 7, at pp. 55-56, 66-67, 70-71, 72-74, 76-79. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 98. | Protected by mystical dreamcatchers, the men evade the Blackwolf and travel to the Lynx reservation. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 78-83.<br>• FAC ¶ 86 & Ex. 7, at pp. 78-83. |
|---|---|---|
| 99. | There, members of the Lynx tribe conduct a sweat lodge ceremony, ostensibly to cure Nerowe's cancer. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 83-84, 85, 87.<br>• FAC ¶ 86 & Ex. 7, at pp. 83-84, 85, 87. |
| 100. | Thunderbear, Kimi, Nerowe, and Jackson (the latter two men now dressed in Native American "regalia") venture to the "Valley of Death," where Azrael's cave lair is located, pursued by Miller and the Blackwolf. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 85, 86, 91-92, 97-100, 106, 109, 110.<br>• FAC Ex. 7, at pp. 85, 86, 91-92, 97-100, 106, 109, 110. |
| 101. | During the chase, Miller kills Thunderbear and shoots Kimi. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 93, 94-96, 103.<br>• FAC Ex. 7, at pp. 93, 94-96, 103. |
| 102. | Jackson hurls an electrified spear known as a "Silverstick" at a fiery totem outside the cave.  Nerowe also hurls his Silverstick at the totem, causing the totem to shatter into flaming pieces. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 104, 107-108.<br>• FAC Ex. 7, at pp. 104, 107-108. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 103. | Nerowe and Jackson, carrying the injured Kimi, enter Azrael's cave sanctuary, where a river of blood flows around a peninsula of rock. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 108-109, 110.<br>• FAC Ex. 7, at pp. 108-109-110. |
| 104. | Outside the cave, Miller is stomped to death by an elk. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 109-110.<br>• FAC Ex. 7, at pp. 109-110. |
| 105. | Inside the cave, "[t]he light leaves Kimi's eyes" before Nerowe and Jackson confront Azrael. | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 110-111.<br>• FAC Ex. 7, at pp. 110-111. |
| 106. | Azrael stabs Jackson in the abdomen with a fiery sword, mortally wounding him. | • Hussain Decl. Ex. A [IRISH 00867-986], at p. 111.<br>• FAC Ex. 7, at p. 111. |
| 107. | Jackson and Nerowe nonetheless manage to overcome Azrael when Nerowe finally proclaims, "I believe." | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 112-113.<br>• FAC Ex. 7, at pp. 112-113. |
| 108. | Upon Azrael's death, the Grims (trapped souls) in the cave – including Autumn – become celestial auras. | • Hussain Decl. Ex. A [IRISH 00867-986], at p. 114.<br>• FAC Ex. 7, at p. 114. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 109. | Kimi, now clothed in a white robe, reveals to Jackson and Nerowe that she is the Eternal Light.  She informs Nerowe that he will live a long life, and a dying Jackson that his quest is complete and that he "may dwell with me in the house of the Lord forever." | • Hussain Decl. Ex. A [IRISH 00867-986], at pp. 114-115. <br> • FAC Ex. 7, at pp. 114-115. |
|---|---|---|
| 110. | Jackson's soul joins Autumn's. | • Hussain Decl. Ex. A [IRISH 00867-986], at p. 115. <br> • FAC Ex. 7, at p. 115. |
| **Undisputed Facts Regarding Access and Independent Creation** | | |
| 111. | Plaintiff's theory of access is that, after receiving a 2013 *Totem* screenplay from Plaintiff, Defendant Aaron Sims (on an undisclosed date) shared that screenplay and related *Totem* concept art with Defendants Matt Duffer and Ross Duffer while or shortly after working with them as a concept artist on a separate project entitled *Hidden*. | • FAC ¶¶ 6-9, 52-54 & Ex. 7. <br> • Hussain Decl. Ex. B [Aug. 9, 2022 Dep. Tr.], at 85:9-23, 161:8-19. |
| 112. | Sims met one or both of the Duffers while working on *Hidden*, during a group meeting with other crew members and studio personnel related to that film. | • Declaration of Aaron Sims ("Sims Decl.") ¶ 21 & F. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

23

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 113. | Plaintiff's sole alleged point of "access" is Sims. | • Hussain Decl. Ex. B [Aug. 9, 2022 Dep. Tr.], at 105:7-106:5. |
|---|---|---|
| 114. | Plaintiff's principal, Jeffrey Kennedy, admitted in deposition that there is no evidence to support Plaintiff's access theory. | • Hussain Decl. Ex. B [Aug. 9, 2022 Dep. Tr.], at 199:24-201:14.<br>• Hussain Decl. Ex. C [Aug. 10, 2022 Dep. Tr.], at 354:6-355:2, 375:23-377:2. |
| 115. | Plaintiff's principal, Charles Brink, admitted in deposition that there is no evidence to support Plaintiff's access theory. | • Hussain Decl. Ex. F [Aug. 23, 2022 Dep. Tr.], at 175:19-176:14, 207:18-209:2. |
| 116. | Plaintiff does not have any email transmitting the 2013 *Totem* screenplay to Sims and the only communication Sims has relating to Kennedy in 2013 is a December 2013 inquiry from Kennedy that was submitted through the "Contact" link on Sims' public website in which Kennedy stated: "How ya been? Drop me a line. Wanted to catch up and see if you had a chance to talk about a project. Don't have your old email anymore." | • Hussain Decl. Ex. B [Aug. 9, 2022 Dep. Tr.], at 92:11-20.<br>• Sims Decl. ¶¶ 9-10 & Ex. E. |
| 117. | Sims' role on *Totem* was limited to concept art and visual effects; he did not have any role in the creation or | • Sims Decl. ¶ 7. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

24

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| | development of any of the ideas, characters, plot, sequence of events, themes, location, or dialogue for *Totem*. | |
| 118. | Sims did not provide any version of the *Totem* screenplay to the Duffers. | • Sims Decl. ¶¶ 11, 27.<br>• Matt Decl. ¶¶ 3, 53, 54, 67.<br>• Ross Decl. ¶¶ 3, 47, 48, 61. |
| 119. | Sims did not provide any of the *Totem*-related art or materials to the Duffers. | • Sims Decl. ¶¶ 11, 27.<br>• Matt Decl. ¶¶ 3, 53, 54, 67.<br>• Ross Decl. ¶¶ 3, 47, 48, 61. |
| 120. | Sims did not discuss any *Totem* materials, screenplay, art, or project with the Duffers. | • Sims Decl. ¶¶ 11, 15, 27.<br>• Matt Decl. ¶¶ 3, 53, 54, 67.<br>• Ross Decl. ¶¶ 3, 47, 48, 61. |
| 121. | Sims did not discuss Plaintiff or Kennedy with the Duffers. | • Sims Decl. ¶¶ 11, 15, 27.<br>• Matt Decl. ¶¶ 3, 53, 67.<br>• Ross Decl. ¶¶ 3, 47, 61. |
| 122. | Matt Duffer has never read *Totem*, and had never heard of *Totem* before this lawsuit. | • Matt Decl. ¶ 3, 67. |
| 123. | Matt Duffer had never heard of Plaintiff or Kennedy before this lawsuit. | • Matt Decl. ¶ 67. |
| 124. | Ross Duffer has never read *Totem*, and had never heard of *Totem* before this lawsuit. | • Ross Decl. ¶ 3, 61. |
| 125. | Ross Duffer had never heard of Plaintiff or Kennedy before this lawsuit. | • Ross Decl. ¶ 61. |
| 126. | Sims' role on *Stranger Things* was limited to concept art and visual effects | • Sims Decl. ¶¶ 17, 20, 22, 26, 27. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

|  |  |  |
|---|---|---|
|  | for Seasons 1 and 2; he did not have any role in the creation or development of any of the ideas, characters, plot, sequence of events, themes, location, or dialogue for *Stranger Things*. | • Matt Decl. ¶¶ 54, 59-60, 67.<br>• Ross Decl. ¶¶ 46, 53-54, 61. |
| 127. | Sims did not use any materials from *Totem*, including the *Totem* screenplays, concept art, or reference materials, for his work on *Stranger Things*. | • Sims Decl. ¶ 23. |
| 128. | In September 2014, the Duffers emailed Sims the completed 2014 Pilot Script, when they asked Sims if he could help create concept art for their Look Book ("We're developing a look book for a new sci-fi horror limited series…and we were thinking it might be nice to have some accompanying concept art."). | • Sims Decl. ¶¶ 16-17.<br>• Matt Decl. ¶¶ 52, 55-56 & Exs. G, H.<br>• Ross Decl. ¶¶ 46, 49-50. |
| 129. | The September 2014 email was the first time Sims learned of or had heard of the Duffers' Series (which was then entitled *Montauk*). | • Sims Decl. ¶¶ 16-17. |
| 130. | Sims had not been provided with any information about the Duffers' Series until September 2014. | • Sims Decl. ¶¶ 16-17.<br>• Matt Decl. ¶¶ 52, 55-56 & Exs. G, H.<br>• Ross Decl. ¶¶ 46, 49-50. |

Loeb & Loeb<br>A Limited Liability Partnership<br>Including Professional<br>Corporations

23342772.2<br>231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS<br>AND CONCLUSIONS OF LAW IN SUPPORT OF<br>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 131. | Sims had not been provided with any information about or seen the 2014 Pilot Script until September 2014. | • Sims Decl. ¶¶ 16-17.<br>• Matt Decl. ¶¶ 52, 55-56 & Exs. G, H.<br>• Ross Decl. ¶¶ 46, 49-50. |
|---|---|---|
| **Uncontroverted Facts Pertaining to Alleged Similarities Between *Totem* and *Stranger Things*** | | |
| 132. | Plaintiff's designated expert on substantial similarity, John Winston Rainey, has never acted in that role before. | • Hussain Decl. Ex. G [Comparing *Stranger Things* to *Totem*, Statement by John Winston Rainey, dated Sept. 22, 2022 ("Rainey Report")].<br>• Hussain Decl. Ex. I [Dec. 2, 2022 Dep. Tr.], at 34:20-25. |
| 133. | Rainey is not familiar with the extrinsic test. | • Hussain Decl. Ex. G [Rainey Report].<br>• Hussain Decl. Ex. I [Dec. 2, 2022 Dep. Tr.], at 122:25-123:16. |
| 134. | Rainey was "fascinated" when Plaintiff asked him to provide expert testimony on substantial similarity in this case, because of his lack of experience in this realm. | • Hussain Decl. Ex. I [Dec. 2, 2022 Dep. Tr.], at 37:17-38:1. |
| 135. | The similarities identified by Rainey in his expert report duplicate the alleged "similarities" contained in Plaintiff's FAC. | • Hussain Decl. Ex. G [Rainey Report].<br>• FAC ¶¶ 67-163. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

27

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 136. | Rainey does not summarize the plot or sequence of events of the works at issue in either his expert report or in his expert rebuttal report. | • Hussain Decl. Ex. G [Rainey Report].<br>• Hussain Decl. Ex. H [Plaintiff's Rebuttal Report by John Winston Rainey, dated Nov. 4, 2022 ("Rainey Rebuttal Report")]. |
| --- | --- | --- |
| 137. | Rainey admits that significant characters in *Stranger Things* – including Mike, Dustin, Lucas, Max, Jonathan, Nancy, Steve, Karen Wheeler, Bob Newby, Robin, Erica and Murray – have no counterpart in *Totem*. | • Hussain Decl. Ex. G [Rainey Report], at 12.<br>• Hussain Decl. Ex. I [Dec. 2, 2022 Dep. Tr.], at 180:17-182:2, 209:11-24. |
| 138. | Plaintiff's claimed similarities between nearly every character in *Totem* and characters in *Stranger Things* involve deliberate mischaracterizations of the works. | • FAC ¶ 71.<br>• Lodged DVDs of *Stranger Things*, Seasons 1-3 [Dkt. No. 31, Exs. A, B, C].<br>• Declaration of Lester A. Standiford ("Standiford Decl.") ¶¶ 25, 26, 27, 28 & Ex. A, at 32-37. |
| 139. | *Totem*'s Jackson Chance knows his wife Autumn is dead, and embarks on a quest to free her soul. | • Hussain Decl. Ex. A [IRISH 00867-986].<br>• FAC Ex. 7. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

28

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| | | • Hussain Decl. Ex. B [Aug. 9, 2022 Dep. Tr.], at 72:18-73:8. <br> • Hussain Decl. Ex. D [IRISH 00107-156], at IRISH 00110. |
| 140. | Although Plaintiff alleges that *Stranger Things'* Demogorgons/Demo-Dogs "shape-shift back and forth from two-legged, upright humanoid monsters to four-legged Demo-Dogs," Kennedy admitted in deposition that Demo-Dogs are in fact just an earlier stage in the growth cycle of a Demogorgon. | • FAC ¶ 71. <br> • Hussain Decl. Ex. B [Aug. 9, 2022 Dep. Tr.], at 243:5-17. <br> • Hussain Decl. Ex. C [Aug. 10, 2022 Dep. Tr.], at 349:13-350:14. |
| 141. | Plaintiff's claimed similarities between characters in *Totem* and characters in *Stranger Things* are based on archetypes. | • FAC ¶¶ 70-71. |
| 142. | Rainey's opinions that characters in *Totem* are similar to characters in *Stranger Things* are based on "archetypes." | • Hussain Decl. Ex. G [Rainey Report], at 6-12. <br> • Hussain Decl. Ex. I [Dec. 2, 2022 Dep. Tr.], at 159:25-160:16, 169:8-170:8, 171:7-18, 172:2-6, 173:14-20. |
| 143. | The primary themes of *Totem* have philosophical and religious overtones: overcoming the grief of a loved one dying | • Hussain Decl. Ex. A [IRISH 00867-986]. <br> • FAC Ex. 7. |

Loeb & Loeb <br> A Limited Liability Partnership <br> Including Professional <br> Corporations

23342772.2
231804-10002

| | | |
|---|---|---|
| | and the fight between good and evil in the Native American spirit world. | • Hussain Decl. Ex. D [IRISH 00107-156], at IRISH 00107.<br>• Hussain Decl. Ex. J [IRISH 04229-371], at IRISH 04357.<br>• Standiford Decl. ¶ 29 & Ex. A, at 6. |
| 144. | Kennedy created a prospectus explaining that *Totem*'s storyline "revolves around the universal theme of faith." | • Hussain Decl. Ex. J [IRISH 04229-371], at IRISH 04357. |
| 145. | The primary themes of *Stranger Things* are childhood friendship and social and romantic development and dynamics between teenagers working together to defeat monsters. | • Lodged DVDs of *Stranger Things*, Seasons 1-3 [Dkt. No. 31, Exs. A, B, C].<br>• Standiford Decl. ¶ 30 & Ex. A, at 6. |
| 146. | Rainey opines that *Totem* and *Stranger Things* have a similar "theme" of one "steadfast" protagonist who works with a "change ally." | • Hussain Decl. Ex. G [Rainey Report], at 20-22.<br>• Hussain Decl. Ex. H [Rainey Rebuttal Report], at 24.<br>• Hussain Decl. Ex. I [Dec. 2, 2022 Dep. Tr.], at 228:12-229:5, 231:6-233:11. |
| 147. | Rainey opines that the use of the phrase "I promise" and references to "garden | • Hussain Decl. Ex. G [Rainey Report], at 26-28. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| | gnomes" constitute similarity of protectable dialogue between the works. | • Hussain Decl. Ex. I [Dec. 2, 2022 Dep. Tr.], at 120:8-121:3, 247:5-249:24. |
| 148. | *Totem* is a dark, spiritual, and serious morality play. | • Hussain Decl. Ex. A [IRISH 00867-986].<br>• FAC Ex. 7.<br>• Hussain Decl. Ex. D [IRISH 00107-156], at IRISH 00107.<br>• Hussain Decl. Ex. J [IRISH 04229-371], at IRISH 04357.<br>• Standiford Decl. ¶ 32 & Ex. A, at 9, 43-45. |
| 149. | While *Stranger Things* does include tense scenes involving monsters, the overarching mood is far lighter than *Totem*'s. | • Lodged DVDs of *Stranger Things*, Seasons 1-3 [Dkt. No. 31, Exs. A, B, C].<br>• Standiford Decl. ¶ 33 & Ex. A, at 9, 43-45. |
| 150. | *Totem* is set in the present day (or as of the mid-2000s) in the Mountain West, close to rural, Native American lands. | • Hussain Decl. Ex. A [IRISH 00867-986].<br>• FAC Ex. 7.<br>• Hussain Decl. Ex. B [Aug. 9, 2022 Dep. Tr.], at 233:14-234:1.<br>• Standiford Decl. ¶ 34 & Ex. A, at 9, 41. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| 151. | *Totem*'s setting ties in to the Native American village, folklore, and spirit world that is central to its plot. | • Hussain Decl. Ex. A [IRISH 00867-986].<br>• FAC Ex. 7.<br>• Hussain Decl. Ex. B [Aug. 9, 2022 Dep. Tr.], at 157:18-159:1.<br>• Hussain Decl. Ex. D [IRISH 00107-156].<br>• Hussain Decl. Ex. E [IRISH 01354-370].<br>• Standiford Decl. ¶ 34 & Ex. A, at 9, 41-42. |
|------|------|------|
| 152. | The *Totem* script makes no mention of any "town." | • Hussain Decl. Ex. A [IRISH 00867-986].<br>• FAC Ex. 7.<br>• Hussain Decl. Ex. B [Aug. 9, 2022 Dep. Tr.], at 134:24-135:8, 135:20-136:7.<br>• Standiford Decl. ¶ 34 & Ex. A, at 9, 41. |
| 153. | Plaintiff's work is a screenplay for a feature-length film, focused on Jackson's quest to confront Azrael, and the entire story unfolds over ten days. | • Hussain Decl. Ex. A [IRISH 00867-986].<br>• FAC Ex. 7.<br>• Hussain Decl. Ex. D [IRISH 00107-156]. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

32

| | | | |
|---|---|---|---|
| | | | • Hussain Decl. Ex. E [IRISH 01354-370]. |
| 154. | Sims created the *Totem* "concept art" at issue. | | • Sims Decl. ¶¶ 3-7. |
| 155. | Plaintiff's designated expert, Jeffrey Sedlik, was retained to "review for comparison and contrast" *Totem* concept art with *Stranger Things*. | | • Hussain Decl. Ex. L [Dec. 5, 2022 Dep. Tr.], at 22:20-23:3.<br>• Hussain Decl. Ex. K [Preliminary Expert Report of Prof. Jeffrey Sedlik, dated Sept. 22, 2022 ("Sedlik Report")], at 18. |
| 156. | Sedlik testified that he has "not been retained to make an expert determination as to whether any two or more visuals are substantially similar." | | • Hussain Decl. Ex. L [Dec. 5, 2022 Dep. Tr.], at 55:22-56:11.<br>• *Id.* at 73:11-22, 77:13-22, 79:9-18. |
| 157. | Sedlik opined as to whether the "selection and arrangement" of various literary and visual elements in *Totem* are "reflected" somewhere in multiple seasons of *Stranger Things*. | | • Hussain Decl. Ex. K [Sedlik Report], at 18-20.<br>• Hussain Decl. Ex. L [Dec. 5, 2022 Dep. Tr.], at 52:14-53:3, 71:6-25, 140:13-25, 142:4-146:8, 226:3-17. |
| 158. | Sedlik is a professional photographer. | | • Hussain Decl. Ex. K [Sedlik Report]. |
| 159. | Sedlik's expert report summarizes the literary and visual elements from | | • Hussain Decl. Ex. K [Sedlik Report]. |

Loeb & Loeb<br>A Limited Liability Partnership<br>Including Professional<br>Corporations

23342772.2
231804-10002

| | Plaintiff's FAC, without applying any visual expertise or analysis to support his conclusions. | |
|---|---|---|
| 160. | Sedlik could not identify a single "common," element in his report that had not already been alleged by Plaintiff (including the assertion that the works are somehow similar because the term "garden gnomes" is found, albeit used in different ways, in both works). | • Hussain Decl. Ex. L [Dec. 5, 2022 Dep. Tr.], at 242:13-244:17. <br> • Hussain Decl. Ex. K [Sedlik Report], at 19. <br> • FAC ¶ 137. |
| 161. | There are no similarities between the visuals for *Totem* and the visuals in *Stranger Things*. | • Hussain Decl. Ex. M [Response to the Preliminary Expert Report of Prof. Jeffrey Sedlik Dated 9-22-2022, by Michael Knapp, dated November 3, 2022]. |
| 162. | Plaintiff's concept art, like the *Totem* story, is based on Native American imagery and mythology. | • Sims Decl. ¶¶ 4-7 & Exs. B, C, D. <br> • Hussain Decl. Ex. D [IRISH 00107-156]. <br> • Hussain Decl. Ex. E [IRISH 01354-370]. |
| 163. | *Stranger Things* is not based on Native American imagery and mythology. | • Lodged DVDs of *Stranger Things*, Seasons 1-3 [Dkt. No. 31, Exs. A, B, C]. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

34

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

|  |  | • Matt Decl. ¶¶ 12-17 & Ex. A. <br> • Ross Decl. ¶¶ 12-17. <br> • Standiford Decl. ¶ 8 & Ex. A, at 3-4. |

## II.    CONCLUSIONS OF LAW

| | CONCLUSION OF LAW: | SUPPORTING LAW: |
|---|---|---|
|  | *Totem* and *Stranger Things* Are Not Substantially Similar | |
| 1. | To prevail on a copyright infringement claim, a plaintiff must demonstrate: (1) ownership of a valid copyright, and (2) copying of constituent elements of the work that are original. | *Skidmore v. Led Zeppelin*, 952 F.3d 1051, 1064 (9th Cir. 2020). |
| 2. | To establish copying, a plaintiff is required to show that the defendant had access to plaintiff's work and that there is substantial similarity of protected expression between the copyrighted work and the defendant's work. | *Skidmore v. Led Zeppelin*, 952 F.3d 1051, 1064 (9th Cir. 2020). |
| 3. | In order to demonstrate access, a plaintiff has the burden of proving that the defendant, the creator of the allegedly infringing work, had a "reasonable opportunity" to view or copy the plaintiffs' work. | *Seals-McClellan v. Dreamworks, Inc.*, 120 Fed. App'x 3, 4 (9th Cir. 2004); *Bernal v. Paradigm Talent & Literary Agency*, 788 F. Supp. 2d 1043, 1054 (C.D. Cal. 2010). |

Loeb & Loeb <br> A Limited Liability Partnership <br> Including Professional <br> Corporations

23342772.2 <br> 231804-10002

| 4. | In order to support a claim of access, a plaintiff must offer significant, affirmative and probative evidence demonstrating access to the work at issue. | *Bernal v. Paradigm Talent & Literary Agency*, 788 F. Supp. 2d 1043, 1054 (C.D. Cal. 2010). |
|---|---|---|
| 5. | The determination of substantial similarity involves an analysis of the articulable similarities between the plot, themes, dialogue, mood, setting, pace, characters, and sequence of events of two works. | *Funky Films, Inc. v. Time Warner Ent. Co., L.P.*, 462 F.3d 1072, 1077 (9th Cir. 2006). |
| 6. | General plot ideas are not protectable and cannot give rise to a claim for copyright infringement. | *Cavalier v. Random House, Inc.*, 297 F.3d 815, 823 (9th Cir. 2002). |
| 7. | "*Scenes a faire*," elements of literary works that naturally flow from generic plot-lines or sequences, are not protectable. | *Cavalier v. Random House, Inc.*, 297 F.3d 815, 823 (9th Cir. 2002). |
| 8. | Elements of the allegedly infringing work that existed prior to access must be filtered out from the extrinsic analysis. | *Christian v. Mattel, Inc.*, 286 F.3d 1118, 1128 (9th Cir. 2002); *Grubb v. KMS Patriots, L.P.*, 88 F.3d 1, 4 (1st Cir. 1996). |

Dated:  December 27, 2022          LOEB & LOEB LLP

By: _____
David Grossman
Attorneys for Defendants

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23342772.2
231804-10002

36

SEPARATE STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT