DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
SAFIA GRAY HUSSAIN (SBN 251123)
sghussain@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendants
AARON SIMS, MATT DUFFER, ROSS DUFFER, NETFLIX, INC., NETFLIX STREAMING SERVICES, INC., and 21 LAPS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-06293-CBM-PLA<br><br>Assigned to Hon. Consuelo B. Marshall<br><br>**DECLARATION OF SAFIA GRAY HUSSAIN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF JOHN RAINEY**<br><br>[*Filed concurrently: Defendants' Motion to Exclude the Expert Testimony of John Rainey; [Proposed] Order*]<br><br>Date: February 14, 2023<br>Time: 10:00 a.m.<br>Courtroom: 8D<br><br>First Amended Complaint Filed: October 12, 2020<br>Trial Date: May 2, 2023 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

23272870
231804-10002

DECLARATION OF SAFIA GRAY HUSSAIN ISO DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF JOHN RAINEY

# DECLARATION OF SAFIA GRAY HUSSAIN

I, SAFIA GRAY HUSSAIN, declare:

1. I am an attorney at law duly licensed to practice before all the Courts of the State of California. I am a Partner at the law firm of Loeb & Loeb LLP, attorneys of record for Defendants Aaron Sims, Matt Duffer, Ross Duffer, Netflix, Inc., Netflix Streaming Services, Inc., and 21 Laps, Inc. (collectively, "Defendants"). I submit this declaration in support of Defendants' Motion to Exclude the Expert Testimony of John Rainey (the "Motion"). Unless otherwise noted, I have personal knowledge of the matters stated herein, and if called upon could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of John Winston Rainey's ("Rainey") expert report dated September 22, 2022.

3. Attached hereto as **Exhibit B** are true and correct copies of excerpts of Rainey's December 2, 2022 deposition in this action.

4. Attached hereto as **Exhibit C** are true and correct copies of excerpts from the August 9th and 10th, 2022 depositions of Plaintiff's designated Person Most Knowledgeable pursuant to Fed. R. Civ. P. 30(b)(6), Jeffrey Kennedy.

5. Attached hereto as **Exhibit D** are true and correct copies of excerpts from the August 23, 2022 deposition of Charles Brink.

6. Attached hereto as **Exhibit E**, are true and correct copies of excerpts from the August 15, 2022 deposition of Aaron Sims.

7. Attached hereto as **Exhibits F** and **G**, are true and correct copies of excerpts from the August 11th and 12th, 2022 and depositions of Ross Duffer and Matt Duffer.

8. Attached hereto as **Exhibit H** is a fulsome list of comparisons between Rainey's expert opinions as set forth in his Report (Ex. A) and Plaintiff's allegations.

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

23272870
231804-10002

1

DECLARATION OF SAFIA GRAY HUSSAIN ISO DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF JOHN RAINEY

9. Attached hereto as **Exhibit I** is a true and correct copy of a document produced in discovery as IRISH 00107-156, also used in the deposition of Plaintiff Jeffrey Kennedy as Exhibit 9.

10. Attached hereto as **Exhibit J** is a true and correct copy of Rainey's Rebuttal Report dated November 4, 2022.

11. The parties completed expert depositions on Friday, December 15, 2020. On Tuesday, December 20, 2022, counsel for Defendants sent counsel for Plaintiff a meet and confer letter regarding Defendants' Motion, pursuant to C.D. Cal. Local Rule 7-3, setting forth the legal and factual bases for Defendants' Motion. In that letter, Defendants offered to further meet and confer telephonically. Defendants also repeatedly offered, in subsequent emails with Plaintiff's counsel, to meet and confer in person on December 21, 2022 or December 22, 2022. Plaintiff's counsel did not respond to those offers to meet and confer telephonically or in person.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 3, 2023, at Los Angeles, California.

_____
Safia Gray Hussain

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23272870
231804-10002

2

DECLARATION OF SAFIA GRAY HUSSAIN ISO
DEFENDANTS' MOTION TO EXCLUDE THE EXPERT
TESTIMONY OF JOHN RAINEY