# EXHIBIT "A"

## COMPARING *STRANGER THINGS* TO *TOTEM*

## STATEMENT BY JOHN WINSTON RAINEY

### September 22, 2022

### <u>QUALIFICATIONS</u>

I am a screenplay writer, consultant, analyst, and editor with 32 years of professional experience. In volume 10, #2 edition of *Creative Screenwriting* (March/April 2003), I was rated the best screenplay analyst of 24 well-known industry analysts. I have written 18 screenplays on assignment, 4 of which have been produced and released. I have written one TV series pilot, including summaries of 10 episodes for its first-season with a marketing bible. I have also written 15 full-length feature screenplays and two TV series with marketing bibles on speculation. Five of the features have been under option, some several times.

I have analyzed and consulted on over 1,000 screenplays from writers around the world. I have also trained others to analyze scripts as a learning tool for writing. I have worked with both professional and amateur writers. They come to me with their stories in various states and stages - from a single-sentence idea scrawled on the back of an envelope to a finished screenplay that their agent tells them needs work. I have worked successfully with them all.

Mark L. Smith, writer of *The Revenant, Vacancy, Overlord, The Midnight Sky*, etc., has been a client of mine since 1993 when he sent me his first screenplay. He claims that I taught him how to write commercial screenplays. In 2019, *The Revenant* was nominated for 12 Academy Awards and won three.

Brad Gann, who wrote *Invincible*, stated that my critique helped him to sell that script to Disney. Walt Disney Pictures released *Invincible* in 2006 with a successful box-office return. Henry Barrial, who wrote and directed *Pig, The House That Jack Built,* and *Driver X*, all of which have won numerous festival awards, stated that, "There's a wisdom in John's observations that helps me fill in the gaps of what I'm missing. I'll turn to him in the future. I completely trust Rainey to help me see my blind spots."

I wrote *Screenwriting Style That Sizzles: A Primer for Polishing*, which guides screenwriters to develop the skill of writing readable, marketable scripts. I also co-wrote *You Talkin' To Me: How to Write Great Dialogue* with Dr. Linda Seger. She was one of the first people to turn script consulting into a profession which has flowered into a cottage industry. She has now retired and trusts me alone with her clients and assignments.

I have taught screenwriting classes and seminars in various venues – universities, screenwriting expos, festivals, and workshops. I taught acting classes at Cornell University for my stipend while participating in their Master of Fine Arts program as the MFA directing candidate. At Cornell, I acted with and directed Jimmy Smits and Jane Lynch. I received my Bachelor of Arts in acting and directing from California State University, Long Beach graduating Summa Cum Laude. While there, I was fortunate to study advanced acting techniques in four classes with the premiere teacher of acting, Libby Appel. I also studied Acting Shakespeare with Patrick Stewart, Ben Kingsley, and Michael Finlayson.

As an actor, I learned how to analyze character history, psychology, and back-story. I also learned how to define a character's super-objective, scene objective, and beat-by-beat intentions. As a director, I learned how to develop a conceptual umbrella for a production in order to keep all design and performance elements globally cohesive, understand and execute the structural elements of a story, and create a believable world that an audience can embrace without question. Therefore, when reading a script, or watching a production, I'm able to discern the viability of its effectiveness as a property and its potential success as a production.

## COMPENSATION

For my services in the action at hand I am being paid $350 hourly. This compensation is not contingent upon my opinions or the outcome of this proceeding. For any day or any part of any day in which I testify in deposition or at trial, there is a day rate of $2500 due and payable prior to commencement of testimony.

## SCOPE

I have been engaged by Plaintiff Irish Rover Entertainment to testify as an expert witness in this matter and I hereby submit this Statement in connection with such engagement. I have been provided a draft of the 2007 *Totem* Treatment and the 2007 script draft (previous working

title of both is *Lightning Shower in Jackson Hole*). I have also been provided with the 2008, 2009 drafts of the *Totem* screenplay (previous working title is *Chain of Being*), along with *Totem* screenplay draft years 2010-A, 2010-B, 2011, 2012, 2013, 2014, 2015, and a DVD edition of the Netflix series *Stranger Things*, Seasons 1, 2, and 3, as well as the shooting scripts for those seasons.

The Plaintiff has requested I perform a comparison of these exhibits, which I have done. While there are many forms of comparative analysis, this report covers the objective extrinsic elements that are common to both properties and represents my opinion after performing the aforementioned comparison. At the Plaintiff's request, the primary focus of my comparison will be the 2013 draft of the screenplay *Totem*. When another draft is referred to, I acknowledge the specific draft by year.

(See addendum at the end of this report for comments on season 4 written after the completion of this document.)

## OPINIONS

A deep study, comparison, and evaluation of *Totem* and *Stranger Things* discloses many integral mutual story-telling components that are common to both properties including, but not limited to, the areas of character, plot, sequence of events, theme, setting, mood, tone, pace, and dialogue. As a result, I strongly believe that there are substantial similarities between the two properties leading to the conclusion that one property had knowledge of the other and consciously chose to adopt elements from it. These shared elements extend well beyond mere coincidence. They display the impetus to conscious appropriation from one property to the other.

Central to both projects is the specter of a monster, Azrael in *Totem* and Shadow Monster/Mind Flayer in *Stranger Things*, that escapes through the ruptured "veil" between two dimensions, invades human reality with its monster minions, and wreaks havoc in an effort to enslave humanity for motives that seem beyond the sphere of reason. In *Totem*, Azrael's minions are shape-shifting Blackwolf Indians that change into Black Wolves. In *Stranger Things*, the Shadow Monster's/Mind Flayer's minions are humanoid Demogorgons that shape-shift into Demo-Dogs.

The central importance of this conceit of a monster from another dimension is borne out

by the fact that the monster is thwarted and banished as a one off in *Totem*, while in *Stranger Things* the monster is purportedly discharged at the end of each season. Thus, it must be rebooted in order for the series to continue into another season. The monster is, indeed, integral to the story line.

In both projects, the respective protagonists, Jackson in *Totem* and Joyce in *Stranger Things*, have extremely similar quests in their motives, actions, and unrelenting resolve to rescue a loved one that has been abducted by the monster.

In both projects, the respective protagonists are steadfast in their quest as opposed to the usual Hollywood structure of the protagonist needing to change by overcoming some personal flaw or healing some former emotional wound in order to succeed.

In both projects, the respective allies of the protagonists, Nerowe, a medical doctor in *Totem,* and Hopper, a skilled detective in *Stranger Things*, are steeped in professions that rely on evidentiary knowledge and are trained to question situations that appear circumstantial.

In both projects, these respective allies evolve from skepticism for the respective protagonists' cause to believing in their quest. In other words, while the protagonists in both stories remain steadfast, the characters around them change, contrary to the usual Hollywood story-telling paradigm.

In both projects a pubescent girl, Kimi, a ten-year-old in *Totem* and Eleven, a twelve-year-old in *Stranger Things*, is responsible for the rupture between the two dimensions that allows the respective monsters to enter the human realm. Kimi has great spiritual powers and Eleven has profound psionic powers. Kimi is the prime mover of her tribe. Eleven becomes the prime mover of her "tribe."

Both stories require the protagonist and ally to enter the alternate dimension in order to rescue a loved one. The Jackson-Nerowe duo in *Totem* and the Joyce-Hopper duo in *Stranger Things* both enter the carbon copy alternate dimension, Jackson-Nerowe from Lynx Valley (2013 draft) and Joyce-Hopper from the Government underground lab (Season 1, Episode 8). Both teams wend their way through the respective alternate dimensions and come to an ominous carbon copy of the respective protagonists' homes where they rescue their respective loved ones.

There are also numerous similar visual and verbal elements which are integral to *Totem* and appear in *Stranger Things*. Taken alone, each one could be considered coincidental. However, because there are so many of these elements that are common to both projects, when taken together, it becomes tantamount to *COPYING*.

Just a few examples of mutual commonality that I have enumerated in detail below under the section <u>Additional Observations</u> include, but are not limited to:

| TOTEM | STRANGER THINGS |
|---|---|
| Alternate carbon copy realm | Alternate carbon copy realm |
| Monster's minions that shapeshift | Monster's minions that shapeshift |
| Lightning warns of monster's presence | Lightning warns of monster's presence |
| Seizures create visions of carbon copy realm | Seizures create visions of carbon copy realm |
| Home on outskirts of rural town | Home on outskirts of rural town |
| Tool shed in protagonists' backyard | Tool shed in protagonists' back yard |
| Abduction from backyard shed | Abduction from backyard shed |
| Surrounding forests | Surrounding forests |
| Dark foreboding tunnels | Dark foreboding tunnels |
| Drawings become integral to the plot | Drawings become integral to the plot |
| Dungeons and Dragons | Dungeons and Dragons |
| Tattoos on wrists for identification | Tattoos on wrists for identification |
| Lynx as a recurring label | Lynx as a recurring label |
| Totems | Totems |
| Butterflies | Butterflies |
| Hockey stick | Hockey stick |
| Garden gnome | Garden gnome |
| And many others… | And many others… |

As previously mentioned, I list some of the above elements in detail in the section below titled <u>Additional Observations</u> and I offer numerous alternatives for some items to show that these copied elements, taken together, extend far beyond any hypothetical possibility of mere coincidence.

Many details of the similarity between the two projects will be presented in every section of this document. To the lay-person, because of the secondary plots and characters of *Stranger Things* (Will's boyhood friends, various romances, high school antics, etc.), the two properties may seem different, but to the professional analyst's eye, the integral foundation of both have substantial parallels in the essentials of character, plot, sequence of events, theme, setting, mood, tone, pace, and dialogue. This report will drill down to the core of each project to point out such parallels.

## CHARACTER

Both *Totem* and *Stranger Things* utilize characters with remarkably similar character traits and extremely similar relationships to each other.

**Every dynamic element within a story stems from character: action, conflict, plot, escalating story structure, reversals, climax, and theme.** A character experiences a primary wound and then builds an emotional armor around it. That creates a personality with emotional limitations and unconscious needs. Unconscious needs manifest as conscious desire. Conscious desire to be, do, or have something creates an emotionally challenging decision which, when made, leads to an action that creates a reaction from an antagonist. Protagonist action and antagonist reaction escalating back and forth creates conflict which becomes plot. Escalating emotionally challenging dilemmas and decisions of the protagonist (or it could be characters that the protagonist influences) creates story structure. Ultimately, the character has to cognize, accept, and dissolve the limitation of emotional armor in order to achieve the goal. That dissolution of limitation results in the story's theme.

### ARCHETYPES

More important than looking at character comparisons one-on-one, it is necessary to look at character qualities and behaviors. Archetypes are story functions and can change from character to character. Just so, character tendencies and behaviors can be represented by different archetypal functions (protagonist, antagonist, ally, mentor, conscience character, tempter character, skeptic, shapeshifter, love interest, child archetype, etc.) in a remodeling of the same story. As a result of the combination of extremely similar characters and extremely similar character archetypes, these two properties manifest extremely similar plots and themes as

revealed in the later sections of this report.

Noting that a streaming series such as *Stranger Things*, because of its long story-form nature, populates itself with many secondary and tertiary characters that carry secondary and tertiary plot lines, there are *NINE CHARACTER COMPARISONS* in the primary story line of both projects under consideration here that parallel each other. They are listed as such:

| TOTEM | STRANGER THINGS |
|---|---|
| Jackson Chance | Joyce Byers |
| Dr. William Nerowe | Jim Hopper |
| Autumn Chance | Will Byers |
| Kimi | Eleven |
| Azrael (Monster) | Shadow Monster/Mind Flayer |
| Blackwolf Indians/Black Wolves | Demogorgons/Demo-Dogs |
| Thunderbear | Dr. Brenner/Dr. Owens |
| FBI Agent Sam Miller | Billy Hargrove |
| Agent Cho | Flo |

**JACKSON CHANCE = JOYCE BYERS**

Jackson Chance is the protagonist, or story driver, of the screenplay *Totem*. He initiates and sustains an obsessive search for his wife, Autumn, in the face of great resistance from everyone around him. He is considered mentally unsettled and is treated as such by medical professionals, authorities, and friends. Jackson also experiences resistance from FBI Agent Sam Miller who has something to hide about his relationship with Autumn. Jackson's quest into the alternate dimension to find Autumn is fueled by his unconditional spousal love for her.

Joyce Byers is the protagonist, or story driver, of the Netflix series *Stranger Things*. She initiates and sustains an obsessive search for her son, Will, in the face of great resistance from everyone around her. She is considered mentally unsettled and is treated as such by friends, family, and acquaintances. Joyce also experiences resistance from Government-sanctioned Dr. Brenner and his subordinates who would rather keep the existence of the alternate dimension a secret. Joyce's quest to find Will is fueled by her unconditional motherly love for him.

**DR. WILLIAM NEROWE = JIM HOPPER**

In *Totem*, Dr. William Nerowe is a long-time friend of Jackson's and is also his doctor, a professional who relies on extrinsic evidence. He has great affection for Jackson, yet Nerowe knows that Jackson can be neurotic at times. When Jackson insists to Nerowe that Autumn is still alive, Nerowe grows concerned for Jackson's mental stability (2013 draft, page 44-45).

Despite a funeral for Autumn, Nerowe becomes convinced by Jackson that she is alive and in danger. He joins Jackson in his quest even though they experience resistance from FBI Agent Sam Miller who has something to hide. Nerowe has terminal cancer. In the process of assisting Jackson on his improbable quest, Nerowe saves himself from his own cancer and other afflictions.

In *Stranger Things*, Jim Hopper is a long-time friend of Joyce's and also the Chief of Police of Hawkins, Indiana, a professional who relies on extrinsic evidence. He has great affection for Joyce, yet he knows that she can be neurotic at times. When Joyce insists to Hopper that her son Will is still alive, Hopper grows concerned for Joyce's mental stability (Season 1, Episode 4).

Despite a funeral for Will, Hopper becomes convinced that he is alive and in danger. He joins Joyce in her quest to find him even though they experience resistance from Government-sanctioned scientists and Federal authorities who have something to hide. Hopper has been depressed as a result of having lost his only child to cancer. He experiences resistance from his co-workers and others who believe that Will is dead. In the process of assisting Joyce on her improbable quest, Hopper resolves his depression and addictive behavior.

**AUTUMN CHANCE = WILL BYERS**

In *Totem*, Autumn Chance has been diagnosed as having schizophrenia. She was physically and emotionally abused as a child by the caretakers at Evergreen Orphanage. She thinks she is a mystic because she has visions and vivid dreams. She believes in the power of dream catchers to protect her and assist her communication with the Eternal Light (Kimi). She is an artist and draws her visions and dreams. When she is considered dead, a funeral is held for her. However, Jackson's unconditional love for her is the motive for his quest to find and reunite with her at all cost.

In *Stranger Things*, Will Byers is a sensitive, artistic kid. He was emotionally abused by his father. He plays *Dungeons and Dragons* (see <u>Additional Observations</u> below in this document) with his friends and they believe its mythology can explain his predicaments. He draws his visions and dreams with a set of crayons that Joyce, his mother, got him for his birthday. He disappears and is considered dead. A funeral is held for him. However, Joyce's unconditional love for him is the motive for her quest to find and reunite with him at all cost.

**KIMI = ELEVEN**

In *Totem*, Kimi, who is 10 years old, functions well beyond her age. She has great spiritual powers. She is revered by those around her. She is the heart of the Lynx tribe. She is responsible for the creation of a gateway (also described as "rupture in the 'veil'" in this document) that allows Azrael, a demon entity, to enter this world. Her death would result in allowing Azrael to destroy humankind. She is wounded during the climax but convinces Nerowe that only he can destroy Azrael, which he does.

In *Stranger Things*, Eleven, who is 12 years old, functions (perceives) well beyond her age. She has great psionic powers. She is responsible for opening the 'gate' (also described as "rupture in the 'veil'" in this document) that allows the Demogorgon/Shadow Monster/Mind Flayer to enter this world. Her death would result in allowing the Shadow Monster/Mind Flayer to destroy humankind. In Season 1, she obliterates a Demogorgon. In Season 2, with the help of Hopper she banishes the Shadow Monster/Mind Flayer by closing the gate. In Season 3, she is wounded near the climax, but convinces Billy to stand against the Shadow Monster/Mind Flayer which gives Joyce and Hopper time to close the gate and again defeat the Shadow Monster/Mind Flayer.

**AZRAEL (MONSTER) = SHADOW MONSTER/MIND FLAYER**

In *Totem*, Azrael is a figure of pure evil that is released from the carbon copy alternate dimension as a result of a totem gift shared by Kimi. Azrael's goal is to enslave and rule humanity. He does that by directing his Blackwolf Indian minions to kill humans and he imprisons their souls and consciousnesses in a cloak of purple feathers thereby trapping them in a limbo and turning them into Grims (2010, 2012, 2013, 2014, 2015) / Watchers (2008, 2009, 2010, 2011). He must kill Kimi, the Eternal Light of creation and the only one with power

greater than his, in order to fulfill this quest.

In *Stranger Things*, the Shadow Monster/Mind Flayer is a figure of pure evil that is released from the carbon copy alternate dimension as a result of a burst of energy from Eleven that ruptures the "veil" between two dimensions. The Shadow Monster's/Mind Flayer's goal is to enslave humanity. In Seasons 1 and 2, it does that by directing its Demogorgon minions to abduct or consume humans and take them to the carbon copy alternate dimension. In Season 3, it absorbs their bodies and consciousnesses and they become part of its hive mind. It must kill Eleven, the only one with power greater than its power, in order to fulfill its quest.

**BLACKWOLF INDIANS/BLACK WOLVES = DEMOGORGONS/DEMO-DOGS**

In *Totem*, the Blackwolf Indians (Black Wolves) are the legions of hive-mind minions that serve Azrael and his drive to enslave humanity. They shape-shift back and forth from two-legged, upright beings to four-legged Black Wolves.

In *Stranger Things*, the Demogorgons (Demo-Dogs) are the legions of hive-mind minions that serve the Shadow Monster/Mind Flayer and its drive to enslave humanity. They shape-shift back and forth from two-legged, humanoid monsters to four-legged Demo-Dogs.

**THUNDERBEAR = DR. BRENNER/DR. OWENS**

In *Totem,* Thunderbear, the worn, wise Shaman and unofficial chief of the Lynx tribe, is Kimi's father figure. She calls him Grandfather. He guides her in her use of her great spiritual powers. He teaches her how to weave dreamcatchers and encourages her intuitive perception. He chastises her when she seems to step beyond the boundaries of cultural protocol.

In *Stranger Things,* Season 1, Dr. Brenner, lead behavioral scientist at Hawkins Laboratory, is Eleven's father figure. She calls him Papa. He guides her in the use of her great psionic powers. He teaches her how to develop her skills in telekinesis, telepathy, and remote viewing. He punishes her when she disobeys.

As previously discussed above, archetypes are story functions that can change from character to character. Also, one character can perform the function of more than one archetype.

In *Totem,* Thunderbear also plays the role of protector. He protects Jackson several times from the attacks of Azrael and FBI Agent Miller. He also rescues Kimi from Agent Miller and provides her with the opportunity to lead Jackson and Nerowe to safety. He says to Agent Miller and Azrael, "I am the Great Spirit's faithful servant and will never assist you...", and then gives his life to protect Kimi and allow for her escape.

In *Stranger Things,* Seasons 2 and 3, Dr. Owens (Dr. Brenner's replacement), lead behavioral scientist at Hawkins Laboratory, embodies the protector archetype. He protects Joyce, Hopper, Mike, and Will when the Demogorgons attack Hawkins Lab by staying behind to watch the security monitors and guide them out of the building (Season 2, Episode 8). He almost loses his life as a result. He also protects Eleven from government forces by having Hopper adopt her and keeping her under wraps.

**FBI AGENT SAM MILLER = BILLY HARGROVE**

In *Totem*, FBI Agent Sam Miller is a secondary antagonist to the cohesion between Jackson and Nerowe in their quest to save Autumn. Sam, having been bullied as a child by a caregiver at the Evergreen Home orphanage, feels that the world is against him and he must protect himself by playing the bully including threatening Nerowe's child. A part of his bullying persona manifests as prejudice against Native Americans. For instance, on page 41 (2013 draft) he says to the totem pole: "Stupid Injun stick! I hate you! Retarded Injuns! I will find you!" Then, he shoots Kimi and says, "Filthy Lynx!" (2013 draft, page 103).

Sam has a car accident in an industrial area and is captured by the monster Azrael. Azrael forces Sam to do his bidding in his quest to destroy Kimi. Sam kills humans whose souls are imprisoned by Azrael. He wounds Kimi and incapacitates her, but ultimately meets his demise as a result.

In *Stranger Things*, Billy Hargrove is a secondary antagonist to the cohesion of the group fighting the Shadow Monster/Mind Flayer. Billy, having been bullied by his father as a child, feels that the world is against him and he must protect himself by playing the bully including threatening his younger step-sister, Max, and her friends. A part of that bullying persona manifests as prejudice against Blacks/African Americans. Several times in Season 2, he threatens Max for befriending Lucas who is Black/African American. In Season 2, Episode 4, Billy, referring to Lucas, verbally and physically threatens Max: "There's a certain type of

people in this world that you stay away from, and that kid, Max, that kid is one of them." In Episode 5, he confronts her again for hanging out with Lucas at the arcade.

In Season 3, Episode 1, Billy has a car accident in an industrial area and is captured by the Mind Flayer. The Mind Flayer forces Billy to do his bidding in its quest to destroy Eleven. Billy kills humans whose essences are absorbed by the Mind Flayer. He abducts the wounded Eleven, but ultimately meets his demise as a result of Eleven's persuasion.

## AGENT CHO = FLO

In *Totem*, Agent Cho is FBI Agent Sam Miller's superior. She radios directives to him while he's out in the field on duty. She chastises him when he steps out of line.

In *Stranger Things*, Flo is Jim Hopper's office manager at the police station. She radios directives to him while he's out in the field on duty. She chastises him for his eating and smoking habits.

## ADDITIONAL CHARACTERS IN *STRANGER THINGS*

Mike, Dustin, Lucas, Max, Jonathan, Nancy, Steve, Karen Wheeler, Bob Newby, Robin, Erica, and Murray are additional characters of *Stranger Things* for the sake of extending the series and have little substantial counterpart in *Totem*.

## PLOT & SEQUENCE OF EVENTS

The most obvious element of most stories is plot. Plot is created by an action taken by the protagonist which generates a reaction and resistance from others. This resistance compels the protagonist to intensify their effort to move toward a specific goal, which creates greater resistance. This back and forth action and reaction creates escalating conflict which generates plot.

Plot, unfolding as escalating conflict between characters, becomes a sequence of events that creates the story. For this reason, I will discuss plot and sequence of events together in this section of this report.

Numerous comparable elements at the core of both projects create an extremely similar plot through-line between them. Stripping away secondary characters and plot lines necessary to expand the *Stranger Things* series into multiple episodes and seasons, the core plots of both

stories unerringly parallel each other.

Both *Totem* and *Stranger Things* revolve around the respective protagonists' quests, Jackson in *Totem* and Joyce in *Stranger Things*, to rescue a loved one from having been abducted by a monster and carried to an alternate dimension that is a dark copy of their current reality. The respective monsters and shapeshifting minions oppose that quest.

In both projects, a young girl, ten-year-old Kimi in *Totem* and twelve-year-old Eleven in *Stranger Things*, is responsible for the rupture in the "veil" between this human dimension and a dark, carbon copy alternate dimension through which the monster is able to invade the current human reality.

In both projects, the hook of the respective plots relies upon the conceit that there is an independent, existential agency of evil that preys upon humans and, to defeat this evil, humans must rely on the power of this single pubescent girl to close the rupture, one acting directly and the other acting through the agency of another character.

In *Totem*, Kimi, imbued with great spiritual powers, allows a totem to be removed from its watery tomb and planted (grounded) in such a way that it opens a gateway between the human dimension and an alternate dark dimension. This gateway between the two dimensions allows a powerful monster, Azrael, and its minions, Blackwolf Indians/Black Wolves, to enter the human dimension to prey upon humans.

In *Stranger Things*, Season 1, Eleven, imbued with great psionic powers, ruptures the "veil" between the human dimension and an alternate dark dimension. This creates a gateway between the two dimensions through which a powerful monster, Shadow Monster/Mind Flayer, and its minions, Demogorgons/Demo-Dogs, are released into the human dimension to prey upon humans.

In *Totem,* Azrael abducts Autumn Chance from the tool shed in the Chance's back yard and imprisons her in the dark, alternate dimension, a reflected copy of the human dimension. Her disappearance motivates Jackson, her husband who loves her unconditionally, to go on an obsessive quest to bring his wife back.

In *Stranger Things,* the Demogorgon/Shadow Monster abducts Will, a 12-year-old boy, from the tool shed in the Byers' back yard and imprisons him in the dark, alternate dimension, a

reflected copy of the human dimension. His disappearance motivates Joyce, his mother who loves him unconditionally, to go on an obsessive quest to bring her son back.

In *Totem,* acquaintances consider Jackson to be mentally unbalanced, including Nerowe, Jackson's doctor and his long-time friend (2013 draft, page 45).

In *Stranger Things,* acquaintances consider Joyce to be mentally unbalanced, including Hopper, the Chief of Police and Joyce's long-time friend (Season 1, Episode 4).

In *Totem,* Nerowe ultimately resolves his skepticism and becomes convinced that something strange regarding Autumn's seeming death is happening. Despite the funeral held for Autumn, Nerowe feels he must assist Jackson in his quest to find her.

In *Stranger Things,* Hopper ultimately resolves his skepticism and becomes convinced that something strange regarding Will's seeming death is happening. Despite the funeral held for Will, Hopper feels he must assist Joyce in her quest to find him.

In *Totem,* Jackson and Nerowe enlist Kimi and her protector, Thunderbear, to help them. Kimi is able to guide Jackson and Nerowe to Autumn in the carbon copy alternate dimension.

In *Stranger Things,* Joyce and Hopper enlist Eleven to help them. Eleven is able to guide Joyce and Hopper to Will in the carbon copy alternate dimension (Season 1, Episode 7).

In *Stranger Things,* the sensationalist aspects of Eleven's psionic powers appear to dominate the focus of the action. However, the core of the plot in *Stranger Things*, Season 1 is incredibly similar to the plot in the screenplay *Totem*. The plot points follow the same structural pattern initiated by characters who fill the same archetypal roles.

In *Stranger Things*, Season 2, the monster reboots itself. While in the screenplay *Totem*, the monster's defeat is the climax of the story, one can understand that, with *Stranger Things*, a series with the monster being the primary antagonist, the creators of *Stranger Things* must bring the monster back after its seeming defeat to extend the story.

Because of the monster's attachment to Will, Joyce and Hopper's quest continues into Season 2 in their effort to keep Will safe, without which there would be no continuation of the series. Joyce remains the proactive protagonist as she pursues the answer to Will's distractions, seizures, and possession. The kids/teens follow her lead with regard to the primary storyline. Otherwise, their stories are secondary and typical of the usual teen angst of romances, family

issues, and social dilemmas, which are used to fill out the series' episodes.

As noted in the section titled Character, archetypes are story functions that can be filled by various characters. In other words, character traits and actions can be attributed to any archetype that serves the story. For instance, in *Totem*, Jackson, the Protagonist archetype, or story-driver function, is afflicted with seizures which give him visions of the alternate dimension, carbon copy world. In *Stranger Things*, Season 2, this character trait of seizures and visions of evil is attributed to Will, the Child archetype, as a motive for the Protagonist archetype, Joyce, to continue her quest to save her son.

In both projects, the device of seizures is used to reveal the other-worldly danger that threatens the human race. Because of the monster's relationship with Will in Season 1, a twist is created in the final sequence of Season 1 to allow the Shadow Monster to obtain control over Will and make him its "spy". As it gains more influence over him, Will, like Jackson in *Totem,* has seizures that give him visions of the Shadow Monster's carbon copy alternate-dimensional.

Joyce becomes aware of Will's possession and seeks to resolve Will's seizures and vows to protect him, just as Autumn vows to protect Jackson in *Totem*. The respective vows to protect that are taken by Autumn in *Totem* and Joyce in *Stranger Things* mirror each other in that while the vows are exactly the same within the two codependent relationships, they are executed by the opposite character. The vow to protect in *Totem* is given to the opposite character in *Stranger Things,* but the vow is the same.

In *Totem*, Jackson and Nerowe use Autumn's drawings from a dream to locate "a dark, bluish toned cavern" (2013 draft, page 16) in the alternate dimension that leads to Azrael's "vast, cavernous, brimstone sanctuary (2013 draft, page 110)."

Likewise, in *Stranger Things*, Season 2, Episode 5, Joyce Byers and friends use Will's drawings of his visions to locate a maze of dark bluish tunnels in the alternate dimension that lead to the Shadow Monster's central mind from which it controls its Demogorgon/Demo-Dog minions.

In *Totem*, by using a sweat lodge, a cancer (physical manifestation of disbelief, alluding to theme) is chased from Nerowe's body which allows him to fully embrace Jackson's quest to free Autumn from Azrael's clutches. They elude the attacking army of Blackwolf

Indians/Black Wolves and uproot the grounded totem thereby closing the gateway to Azrael's alternate dimension which ends the monster's threat to humanity.

In *Stranger Things*, Season 2, Episode 9, by using a makeshift sweat lodge (heating up Hopper's cabin), Joyce and friends are able to free Will from the Shadow Monster's possession (a result of disbelief in self, alluding to theme) by chasing it out of his body. They elude the attacking army of Demogorgons/Demo-Dogs. Eleven closes the gate to the carbon copy alternate dimension which ends the Shadow Monster's threat to humanity.

In *Stranger Things*, Season 3, the monster finds its way back into the human dimension once again because that's the core of the entire series if it is to sustain its genre status as supernatural horror. Eleven closes the gate to the monster dimension at the end of Season 2, so the series must reopen it and unleash the monster yet once again in order to have a third season.

To extend the series, the creators of *Stranger Things* introduce psychopathic Russians in Season 3 to replace the psychopathic scientists in Seasons 1 and 2. They reopen the gate to the dark, alternate dimension and release the Shadow Monster/Mind Flayer. The monster realizes that it needs to kill the only thing that can destroy it, which is Eleven. Likewise, in *Totem,* Azrael realizes that he must kill the only thing that can defeat him, which is Kimi, the Eternal Light.

The creators of *Stranger Things* dress Season 3 up and disguise it with new characters and new settings, but the dance between the monster, Shadow Monster/Mind Flayer, and monster slayer, Eleven, is the same dance that happens in *Totem* between the monster, Azrael, and the monster slayer, Kimi.

In *Totem*, (2013 draft, page 48), FBI Agent Sam Miller, a bully character, crashes his car in an industrial area. Azrael then overwhelms Sam and forces him to do its bidding, the primary objective being to kill Kimi and her friends. Sam helps Azrael capture and take possession of human souls in the earthly plane which are then called "Grims" (drafts 2012, 2013, 2014, 2015). Sam and Azrael pursue Kimi and her friends.

In *Stranger Things,* Billy Hargrove, a bully character introduced in Season 2, crashes his car in an industrial area in Season 3, Episode 1. The Shadow Monster/Mind Flayer then overwhelms Billy and forces him to do its bidding, the primary objective being to kill Eleven and her friends. This becomes a driving plot point for Season 3. Billy helps the Shadow

Monster/Mind Flayer capture and take possession of human souls in the earthly plane which are then called "The Flayed."

In *Totem,* Sam, Azrael, and minions pursue Jackson, Nerowe, and Kimi, ultimately arriving at a cave in the Valley of Death (synonymous with the tool shed in the human dimension), where the final battle ensues. Wounded, Kimi encourages Nerowe to rise up against Azrael. Nerowe destroys Azrael's totem as a result of Kimi's influence. Sam is killed in the final battle.

In *Stranger Things,* Billy and the Mind Flayer pursue Eleven and her friends to a mall where a final battle ensues. Wounded, Eleven encourages Billy to rise up against the Mind Flayer. Billy turns against the Mind Flayer as a result of Eleven's influence. Billy and Eleven's friends distract the Mind Flayer long enough to give Joyce and Hopper time to close the gate which defeats the Shadow Monster/Mind Flayer. Billy is killed in the final battle.

When comparing the core elements regarding the human-versus-monster battle of the series *Stranger Things* with the screenplay *Totem*, the central plot through-line and sequence of events of both stories is incredibly similar.

## <u>THEMES</u>

Plot is the vehicle for theme. Plot and theme have a symbiotic relationship. They illuminate different parts of the same experience. Plot is the sugary vehicle that helps the thematic medicine go down.

The theme shows the audience what a primary character, usually the protagonist (yet in these projects it's the ally), needs and yearns for as the result of some traumatic past experience that throws some value out of balance in their psyche -- the theme goal.

There are two aspects to the subject of theme. First, there are universal thematic topics that conceptualize the nature of the story itself. Second, there is the moral, ethical thematic arc that is implied by the emotional journey the main character, often the protagonist, takes leading to the resolution of some flaw or value out of balance in that character.

Both *Totem* and *Stranger Things* contain numerous universal thematic subjects that are extremely similar to each other and also utilize an extremely similar personal thematic arc with the inclusion of the less popular model of the steadfast protagonist. I will discuss the parallels

between the universal themes first.

**UNIVERSAL THEMES**

In these two projects, *Totem* and *Stranger Things*, various universal thematic subjects are present, subjects such as unconditional love, death, mental illness, dreams and visions, family, courage, epilepsy and seizures, and human versus the supernatural. These themes exist in both projects in the following ways:

Unconditional Love – In *Totem*, Jackson's unconditional love for his wife, Autumn, drives him to undertake a perilous quest into an alternate dimension to rescue her.

In *Stranger Things*, Joyce's unconditional love for her son, Will, drives her to undertake a dangerous quest into an alternate dimension to rescue him.

Death – In *Totem*, Autumn seems to die as a result of what appears to be a Black Wolf attack. A funeral is performed, and the body is buried. Each character mourns Autumn's death in their own manner and disbelieves Jackson when he refuses to accept her death as real.

In *Stranger Things*, a body assumed to be Will's is found. A funeral is performed, and the body is buried. Each character mourns Will's death in their own manner and disbelieves Joyce when she refuses to embrace what seems to be the reality of his death.

Mental Illness – In *Totem*, Autumn can see an alternate reflective dimension where a powerful evil being exists with designs on destroying humanity. She is evaluated by members of the medical profession and diagnosed as being schizophrenic as a result of childhood trauma. Because Jackson believes that what she sees is real, he is also perceived as being mentally incapacitated.

In *Stranger Things*, Season 2, Will Byers has flashes of an alternate reflective dimension where a powerful evil entity exists with designs on destroying humanity. He is evaluated by members of the medical profession in Season 2, Episode 1, and diagnosed as having PTSD (Post-Traumatic Stress Disorder) as a result of his Season 1 experience. Joyce, his mother, believes that what Will sees is real and is, therefore, also perceived as having possible mental aberrations.

Dreams and Visions – In *Totem*, dreams and visions reveal an alternate dimension of evil to both Autumn and Jackson Chance which is a carbon copy of their reality. Autumn has dreams

in which a pure light being guides her with clairaudient messages about how to proceed to keep Jackson safe.

In *Stranger Things*, Will receives visions of a carbon copy alternate dimension world that appear to threaten him and his family and friends.

Family – Both projects present two primary aspects of family. In *Totem*, Autumn and Jackson Chance, because of their respective afflictions, are brought closer together feeling like they are two against the world. They support each other unconditionally. On the other hand, the Nerowe family feel like they are being ripped apart because of Dr. Nerowe's stage-4 cancer. They (Nerowe, wife Anna, and daughter Stella) seem to operate with an agenda different than the Chances until fate intervenes via the abduction of a friend bringing the two families together and creating healing and cohesion.

In *Stranger Things*, the Byers family has experienced divorce and hard times financially, which has driven Joyce and her two sons closer together. Their love for each other compels each member to assume respective responsibilities to maintain their unity. On the other hand, the Wheeler family's parents are still together physically, but there is a disconnect between them and between the two older children until fate intervenes via the abduction of a friend bringing the two families together and creating a healing and cohesion.

Courage – In *Totem*, Jackson Chance's courage, born of his unconditional love for his wife Autumn, drives him to take up a dangerous quest into an alternate dimension to rescue her.

In *Stranger Things*, Joyce Byers' courage, born of her unconditional love for her son Will, drives her to take up a dangerous quest into an alternate dimension to rescue him.

Epilepsy & Seizures – In *Totem*, Jackson Chance experiences violent seizures that bring about visions of the alternate dimensions, a dark carbon copy of his present reality, wherein exists the ultimate evil that is Azrael.

In *Stranger Things*, Will experiences seizures that bring about visions of the carbon copy alternate dimension wherein exists the ultimate evil that is the Shadow Monster/Mind Flayer.

Human versus the Supernatural – In *Totem*, Jackson and Nerowe go up against Azrael, the ultimate evil, in a dark alternate reality in order to save Autumn and all the souls lost to Azrael's abduction into the carbon copy alternate dimension.

In *Stranger Things*, Joyce Byers and Hopper and friends go up against the Shadow Monster/Mind Flayer, the ultimate evil, in a carbon copy alternate dimension in order to save Will who was abducted into that dimension.

This brief compilation of extremely similar thematic subjects is found in both projects. The parallel of the two lists is too close a match to assume that this is mere coincidence.

**PERSONAL THEME**

A more specific, personal theme in a story is implied as the result of the emotional (inner) journey that one (or more) character takes. A story's moral or ethic is implied as a result of the inner emotional transformational journey that the point-of-view character takes. It concludes with the resolution of the respective main character's flaw that has formed as the result of some past traumatic experience that throws a value out of balance in their psyche.

Usually, the protagonist, or character that drives the story, is the character that has this change in consciousness. Usually, there is a steadfast character who provokes the change by continuing to challenge the protagonist to make the more emotionally challenging choice, the emotionally risky choice that moves the character closer to the goal. This is the model that is taught to beginning writers and often accepted as the Hollywood story model.

However, while not as common, there are cases where the protagonist is the steadfast character and, by maintaining a strong emotional position or mindset, changes those around them. This much less common story model is used in the construction of both of these projects' core through-lines.

In the case of *Totem*, Jackson, as protagonist, is steadfast in his belief that Autumn is alive and his ability to rescue her. As a result of his steadfast nature, he convinces the doubting Nerowe to believe in the validity of his quest.

Likewise, in *Stranger Things*, Joyce Byers, as protagonist, is steadfast in her belief that Will is alive and her ability to rescue him. As a result of her steadfast nature, she convinces the doubting Hopper to believe in the validity of her quest.

Both projects being compared here are extremely similar in their application of this lesser-used story model of thematic revelation.

Because of the need for the *Stranger Things* series to extend its stories, the same is true

of Joyce's eldest son, Jonathan, who, after doubting Joyce, is convinced to believe in her quest. Lucas, after being skeptical of Eleven's presence as an asset, comes to believe that she is a valued friend. Max after refusing to believe Lucas's story about monsters, disappearing friends, and a magical girl called Eleven, comes to believe that it is all true.

Therefore, the thematic journey in both projects is as follows: From skepticism couched in status quo to belief born of faith in others.

In *Totem*, Nerowe has been trained in the scientific method. Seeing is believing. Reality comes from what has been discovered. Of course, this limits his experience of what is possible. Nerowe suffers from stage-4 cancer and he is depressed knowing that he will not see his young daughter grow up. Jackson's steadfastness dissolves his skepticism and brings him to believe in the prospect of alternate possibilities. As a result, he helps Jackson achieve his quest of rescuing Autumn and his cancer is healed.

In *Stranger Things*, Hopper has been trained in police investigation. He believes only in hard evidence. Reality comes from what has been discovered, similar to Nerowe in *Totem*. This limits his experience of what is possible. Hopper suffers from deep depression because of the death of his young daughter knowing that he will not see her grow up (revealed in Season 1, Episode 7 flashbacks). Joyce's steadfastness dissolves his skepticism and brings him to believe in the prospect of alternate possibilities (Season 1, Episode 5). As a result, he helps Joyce to achieve her quest of rescuing Will and his depression is healed as he becomes Eleven's surrogate father (Season 2, Episode 3).

In *Totem*, the idea of the need to believe in unknown possibilities is driven home to Jackson and one of his tasks is to convince Nerowe to believe in things unseen. *Stranger Things* creates this theme of people promising others and stating that one can trust a promise because people don't lie. In fact, this thematic motif is a request for people to believe the person making the promise. Therefore, the primary theme of believing is extended through this presentation of a promise.

On page 112 of *Totem* (2013 draft), Nerowe, the change character, says to Jackson: "I believe." He has spent the entire story ensconced in his science-based skepticism, which is a subtle form of fear of the unknown. Jackson, the steadfast character, who needs Nerowe to believe in order for Jackson to complete his quest to save Autumn, finally convinces him to

believe in unknown possibilities.

Near the end of Season 1, Episode 5 (40:55) of *Stranger Things*, Hopper, the change character, says to Joyce: "You were right. This whole time, you were right." Joyce, the steadfast character, who needs Hopper to believe in her in order for her to complete her quest to save Will, finds comfort in her new ally. She finally convinces him to believe in the unbelievable.

Because of the nature of the long form of story, this theme is extended to other characters in *Stranger Things*. Jonathan is skeptical of Joyce, but he comes around. Lucas is skeptical of Eleven, but he comes around. Max, in Season 2, is skeptical of Lucas' story regarding the Shadow Monster, disappearing friends, and Eleven's powers, but she comes around. Joyce, the character steadfast in her belief that Will is alive, brings those around her to believe as does Jackson do the same in *Totem*.

In both projects, the universal themes and the specific personal thematic emotional arc that moves from skepticism to believing are extremely similar.

## **SETTING**

The settings of both stories are particularly similar, which I find astounding since while *Totem* lends itself well to the rural setting with its Native American spirit, *Stranger Things* could easily be set in a location where access to a scientific community is more available. *Totem* inherently carries a rural tone to it. *Stranger Things* screams to be urban and suburban because of its scientific experiments and the secondary stories of the kids in school and their various romances. Yet, *Stranger Things* is set in a location where the movie *Totem* could easily be made. Both stories are set in a small, middle-class town in rural America surrounded by forests.

In *Stranger Things,* as in *Totem*, the citizens are folksy and friendly with each other, and know each other's personal business. The inhabitants of both towns feel safe and secure in the knowledge that help is just a phone call away.

The specific setting of the homes of protagonists in both stories, Jackson Chance in *Totem* and Joyce Byers in *Stranger Things*, are set in nearly identical locations. They both live in humble houses surrounded by forests, have large yards like one would find in a rural town, and both have a tool shed in the back yard in the midst of overgrown vegetation that can be seen from the kitchen window. The tool sheds in both stories become the nexus for abduction into the

alternative dimension. In *Totem*, the tool shed in the Chance's back yard becomes the setting
where Autumn is abducted by Azrael. In *Stranger Things*, Season 1, Episode 1, the tool shed in
the Byers' back yard becomes the setting where Will is abducted by the Demogorgon.

In both stories there is an industrial-corporate setting on or near the outskirts of town
where dramatic scenes take place. In *Totem*, the Psychiatric Hospital is the setting that
establishes Jackson's seizures, his breakout, and his escape from Sam and other Federal Agents,
the Blackwolf Indians/Black Wolves, and Azrael. In *Stranger Things*, Hawkins National
Laboratory is the setting where Joyce, Hopper, and Will escape from the attacking
Demogorgons/Demo-Dogs.

In *Totem*, there is a dark, blue-tinted cave that leads to caverns and tunnels that are an
opening to the carbon copy alternate dimension and to Azrael and his minions. Dangers for the
good guys emanate from this darkness. In *Stranger Things*, there exists a vast maze of dark,
blue-tinted tunnels that are an opening to the carbon copy alternate dimension and to the Shadow
Monster/Mind Flayer and its minions. This maze of tunnels leads to clues, settings, and dangers
for the good guys.

In *Totem*, Jackson and Nerowe discover that the Chance home resides in an area known
as the "Valley of Death" in Azrael's alternate dimension. It is there that they find Autumn. In
*Stranger Things*, the "Vale of Shadows" (attributed to *Dungeons & Dragons*) also known as the
Upside Down, is a term used by Will's friends to describe the carbon copy alternate dimension.
Joyce and Hopper enter the carbon copy alternate dimension from Hawkins Lab to search for
Will. They traverse the nebulous Upside Down/Vale of Shadows, discover the Byers' home, and
there they find Will.

In other words, in both stories the respective landscapes of the alternate dimension are
described as darkly rendered carbon copies of the settings of the respective protagonists' homes
in the present dimension. In fact, the settings are *copies* of each other.

## MOOD & TONE & PACE

Mood, Tone, and Pace are qualities of genre. Genre is a set of categories in which one can
easily catalog a particular movie or story. Both projects, *Totem* and *Stranger Things*, would be
categorized in the genre of supernatural horror. Supernatural horror has as its basis an aberration

of acceptable reality created or utilized by the paranormal agency of a mysterious entity.

In both stories under comparison here, there is an alternate dimension where an evil monster exists. This alternate dimension is a dark foreboding carbon copy of the reality where the protagonist exists. In both stories, a "Gate" is opened into the alternate carbon copy dimension and the monster takes advantage of it to enter into the human realm and create chaos and havoc.

Both projects open with this fissure into the alternate dimension being apparent and the monster entity being revealed in the first scene. Then, the stories move to the ordinary world of the respective protagonists that drive the two stories.

In both stories the beginning scenes are violent and bloody. The two stories then shift to reveal a pleasant ordinary world that is interrupted by the abduction of a character significant to the respective protagonists.

In *Totem*, after establishing the protagonist's ordinary world, Jackson's wife, Autumn, is abducted by Azrael, the monster from the dark, reflective alternate dimension.

In *Stranger Things*, Joyce's son, Will, is abducted by a Demogorgon who has escaped from the dark, reflective alternate dimension.

Each project reflects an air of family cohesion that devolves into anxiety, desperation, and tension as a result of the abduction. The pace of each story accelerates when the abductions take place. The distress increases in both stories when the relative protagonists are not believed. Each narrative plots the same escalation of growing skepticism in the characters associated with the protagonists.

Panic is a primary human reaction in supernatural horror. The two protagonists, Jackson and Joyce, both pump up their adrenaline in an effort to find their loved ones. Their panic is interpreted by others as frantic mental chaos and neither is taken seriously. Their respective hysterical urgency and need to convince an ally, Nerowe in *Totem* and Hopper in *Stranger Things*, of the abduction is met with skepticism in both cases.

Throughout both stories, the horror, the action, and the violence escalate in parallel fashion as the respective protagonists pursue their loved ones. This escalation of tension, trepidation, and violence is complemented by the suggested growing physical darkness of scenes and sequences.

In *Totem*, there is the description of darkness as a prelude of things to come. On page 5 (2013 draft), Lilly gives Jackson a necklace to "protect ya from de darkness…". On page 16 (2013 draft), Autumn makes Jackson promise that he won't tear down the shed. "That shed holds captive evil things. Things that belong in the darkness." On page 16 (2013 draft), Autumn dreams that she "…moves through a dark, bluish toned cavern." On page 23 (2013 draft), Autumn speaks of her fear for Jackson: "His spirit will be swallowed in darkness if I do not act swiftly."

The story moves from the apprehension of darkness to the darkness itself. On page 35 (2013 draft), "Through the darkness, Autumn moves toward the shed and the Totem pole" where she comes face to face with the monster Azrael. On page 40 (2014 draft), Lilly "moves off into the darkness." And from there, as the danger intensifies, so does the tone fade deeper into darkness.

Likewise, in *Stranger Things*, the growing darkness is manufactured technically and with a growing number of scenes shot at night. It begins with the night that Will is abducted. He bicycles home at night, hears something in the woods, and races home. He notices someone or something outside the front door and runs out to the tool shed in the back yard to arm himself with a shotgun. He loads the gun, turns around, and the light surges as the monster looms. The monster abducts Will. The light dims and the scene fades to black.

The monster (Demogorgon) appears mostly when it is dark outside, whether at Steve's party where Barb disappears, or later when Nancy investigates in the darkened woods (although it is the afternoon), or when the sky has darkened. When the Demogorgon makes its presence known to Joyce by pressing itself through the walls of her house, the light is very dim. The atmosphere in general grows dimmer and dimmer as the episodes progress.

The alternative dimensions of *Totem* and *Stranger Things* are a dark, bluish-tinted carbon copy of the respective human dimensions. This is described in the *Totem* screenplay. In *Stranger Things*, it is filmed as a dark, bluish-tinted carbon copy of human reality. The action in these alternate-dimension sequences is surreal and slower paced.

In both stories, when the monster appears, it is announced by lightning flashes or blinking lights. Electricity is affected by its presence in both *Totem* and *Stranger Things*. The fact that both stories use lightning and power surges to complement the presence of the respective monsters seems more than coincidental. Also coincidentally, the first draft of *Totem* is titled

*Lightning Shower Jackson Hole.* In fact, the presentational tone of the respective monsters is remarkably similar in both projects.

In *Stranger Things,* Season 3, there is a decided shift in the mood and tone from Seasons 1 and 2. A well-lit mall, in which many scenes and sequences take place, lightens the tone. More levity is introduced as a result of the introduction of new comedic characters, Robin and Erica, which shifts the mood. Comedic beats countermand the basic genre of supernatural horror. However, when the monster appears, the mood and tone return to the original supernatural dark and foreboding nature found in *Totem.*

The Mood and Tone of both projects are equally dark and foreboding with a supernatural sense of horror. Following the core plot of the supernatural horror aspect of both properties, the Pace is also significantly similar.

## DIALOGUE

Because the protagonists and primary allies in both projects are on extremely similar quests to rescue loved ones who have been abducted by a supernatural monster, there is significantly similar dialogue that is apparent between them.

Dialogue is a result of a character's impulse to communicate. That impulse is translated into language. The symbols of language, i.e., words, are connotative at best. Often, spoken words and phrases have a connotation and translation that is an alteration from the denotative dictionary definition. Hence, it is important to look at the similarities of character impulses and interpret the similar intents as opposed to the exact verbatim comparison.

In the case of these two projects, the similarities of character impulses expressed as language are more than coincidental. Because the stories are fundamentally similar at their foundation, there are similarities found in the dialogues of both projects that affect the core of the stories themselves.

As mentioned in the Theme section of this document, a primary theme of both *Totem* and *Stranger Things* is the idea of the protagonists' allies evolving from skepticism to believing a surreal event has happened. When a character promises something, it is a request to believe in that something. The word "promise" is used in both story lines as an

active element to support that theme while escalating the two plots. Promises drive the respective plots in that promises made are often promises broken with calamitous repercussions.

On page 11 of *Totem* (2013 draft), Autumn promises Nerowe that she will take care of Jackson. Nerowe: "You make sure to take care of him." Autumn: "I will. I promise."

On page 16 of *Totem* (2013 draft), the above promise is unknowingly compromised by Autumn's request that Jackson not tear down the shed in their back yard, which becomes the gateway to the alternate dimension. "That shed holds captive evil things. Things that belong in the darkness. Jackson Michael Chance, you promise me you won't (tear it down). Swear it to me." (2013 draft, Page 16) They seal this promise with a pinkie swear.

On pages 22-23 of *Totem* (2013 draft) Autumn's promise to Nerowe to take care of Jackson propels her to take an action that leads to Kimi bequeathing a totem to her. This totem is placed next to the Chance's shed which creates a rupture in the veil between dimensions and the release of the monster Azrael. The shed is the setting where Autumn is abducted by Azrael. Autumn's weave of promises and actions put Jackson in danger instead of being cared for.

In *Stranger Things*, Season 1, Episode 2, Mike Wheeler promises Eleven that he won't tell his mom about her. With this promise, he implies that he will take care of her. He then defines a promise as "something you can't break. Ever." This definition implies the pinkie swear that is found in *Totem*. Eleven takes this definition literally and it leads to misunderstanding and dissention which feeds the plot by creating conflict among the kids.

On page 34 of *Totem* (2013 draft), Autumn requests a promise of Jackson: "Promise me you know this. That I would never do anything to hurt you. Promise." Which he does, but then Autumn's acquisition of Azrael's totem from Kimi creates dire consequences for Jackson.

In *Stranger Things*, Season 1, Episode 2, Lucas and Dustin promise Eleven that they won't tell anyone about her. Mike clarifies Lucas' attempt to define 'friend': "A friend is someone you'll do anything for… and they never break a promise." To promise a friend is to create a bond of trust that cannot be broken. Then, Lucas breaks that bond and goes off

on his own.

On page 98 of *Totem* (2013 draft), Jackson says to Kimi, "No one is going to hurt you. I won't let them. I promise!" Then on page 103 of *Totem* (2013 draft), FBI Agent Sam Miller shoots Kimi.

In *Stranger Things,* Season 1, Episode 2, Barb promises Nancy that she would go to Steve's party and Nancy holds her to that promise. "You promised that you'd go. You're coming." Nancy's insistence that Barb keep her promise leads to Barb being abducted by the Demogorgon as well.

Again, promises in both stories lead to the escalation of the plot. Another instance of the idea of a broken promise that leads to conflict is in *Stranger Things*, Season 1, Episode 5, when Will's friends follow their compasses looking for the power source. Eleven, having understood the concept that "friends don't lie," purposely leads them astray knowing that they are heading for danger. When Lucas discovers the deception, he feels betrayed and disowns her as a friend, which leads to more plot complications.

The word 'promise' and its complementary alternatives, such as pinkie swears, and the phrase "trust me," and "friends don't lie" are used as a driver of the plot and character relationships in both stories.

On page 12 (2013 draft) of *Totem*, Nerowe says to Jackson, "You need anything, you find me." In *Stranger Things*, Season 2, Episode 1, Hopper says to Joyce, "Things get worse, you call me first."

On page 33 (2013 draft) of *Totem*, Autumn says to Jackson: "Your seizures are getting worse." In *Stranger Things*, Season 2, Episode 4, after Will has a massive seizure, Lucas says: "Two episodes (seizures) in two days." Mike follows with: "It's getting worse."

In *Totem*, on page 65 (2013 draft) Nerowe says to FBI Agent Sam Miller regarding Jackson: "He's mentally ill. He needs professional care." Nerowe implies that Jackson's erratic behavior is a result of Autumn's abduction, which provoked Post-Traumatic Stress Disorder. In *Stranger Things*, Season 2, Episode 1, Dr. Owens states that Will's seizures and strangeness are symptoms of PTSD as a result of his experience of having been abducted by the Demogorgon.

On page 46 (2013 draft) of *Totem* after Autumn's funeral, Jackson screams at Nerowe, "Azrael is real. He has Autumn. She's in pain. I must save her from him. It is my quest!" In *Stranger Things*, Season 1, Episode 4, after Will's body is reported found and identified, Joyce cries to Hopper, "Whoever you found, it's not my boy. It's not Will." She goes on to say, "He was hiding from that, that thing.  It's after him.  He's in danger. We have to find him."

Extremely similar characters on extremely similar quests will have extremely similar impulses to communicate. It is easy to substitute the verbal symbols (words) of communication, but the communication itself is unequivocally similar.

## ADDITIONAL OBSERVATIONS

While comparing *Totem* and *Stranger Things*, I have noted multiple elements that could only be similar because one project had prior access to the other. Two properties, seemingly disparate from one another, incorporating so many elements that resemble each other stretches credulity beyond coincidence. There are three basic categories where these elements manifest:

- As plot devices
- As settings
- As *Totem* integrals

**PLOT DEVICES**

1. Lightning and Electrical Aberrations that Announce the Presence of the Monster - In *Totem*, the screenplay opens with lightning and the reader learns that evil is present. This evil takes the form of the monster Azrael's minions first – Blackwolf Indians. At the end of this opening scene, the "towering, horned… creature (with) menacing, green eyes" appears known as Azrael. Lightning announces the Blackwolf Indians and Azrael on the following pages of the 2013 draft: 15, 32, 34, 35, 36, 48, 87, 88, 98, 99, 104, 107, and 108. Also, the electrical surges in Jackson's brain during his seizures give him visions of the monster Azrael.

In *Stranger Things*, throughout Season 1, electrical aberrations, such as lights blinking, electrical outages, and phones going dead, announce the presence of the monster. In Episode 8, Jonathan says, "My mom, she said the lights speak when it comes. Blink. Think of them as alarms." Then, the lights begin to blink. The first time the lights blink to announce the

Demogorgon happens early in Season 1, Episode 1 when Will rides his bike home alone.
Initially, the Wheeler's exterior house lights blink, after which Will's bicycle light blinks. That
motif continues throughout Season 1. When Eleven enters the sensory deprivation bath in
Episode 7, a tremendous electrical activity surge happens. However, in Season 2, the blinking
lights are replaced with lightning. It is all about electricity and power surges in both stories.

2. <u>Seizures</u> – In *Totem*, on page 6 (2013 draft), Nerowe describes a seizure as follows:
"A seizure occurs when the brain's nerve cells misfire and generate a sudden, uncontrolled
surge of electricity... If we can find a way to control the surge, then we can break the epilepsy's
grip…" So, in *Totem*, it is established that seizures are associated with surges in neural
electricity and electrical surges are associated with the monster's presence. Jackson has
electrical surges in his brain that result in grand mal seizures on the following pages of the
2013 draft of *Totem*: 3, 9, 16, 33, 36, 50, 73, 102, 106-107. In almost every seizure that he has,
he either has a vision of a dramatic future event or he has an experience of Azrael and the
alternate dimension.

In *Stranger Things*, Season 2, Episodes 3-4, when the Shadow Monster/Mind Flayer
enters Will's body, he has a seizure. But he has shivering reactions before that event that flips
him briefly into the carbon copy alternate dimension. This happens in Episodes 1, 2, and 3
before the Shadow Monster/Mind Flayer enters him and gives him grand mal seizures. Will's
massive seizures happen in Season 2, Episodes 4, 6, 8, and 9.

3. <u>Drawings</u> – In *Totem*, Autumn draws her visions and dreams. Stella, Nerowe's young
daughter also draws her visions. These drawings from both reveal clues to Azrael's identity and
his carbon copy alternate dimension as well as to Autumn's location and her predicament.

In *Stranger Things*, Will draws his visions which reveal the shape, size, and dimension of
the Shadow Monster. His drawings also reveal the whereabouts of Hopper when Hopper gets
trapped in the Shadow Monster's tentacle-laced dark bluish tunnels (Season 2, Episode 5).

4. <u>Visions/Dreams</u> – As stated in number 3 above, both projects seem dependent upon
visions and dreams and their manifestation into drawings to move the plot forward.

5. <u>Dream Catchers/Lights</u> – While lights were covered in number 1 above, they also
equate in *Stranger Things* with the glowing Dream Catchers in *Totem*.

In *Totem*, Autumn hangs dream catchers that glow all over her house and uses them as communication conduits to talk to Kimi in the carbon copy alternate realm.

Likewise, in *Stranger Things*, Joyce hangs Christmas lights throughout her house and communicates through them with Will while he's in the carbon copy alternate dimension. The method of communication with the carbon copy alternate dimensions is too similar to be ignored.

**SETTINGS**

1. Backyard Sheds - Both projects use a shed in the respective protagonist's back yard as the setting for the monster to abduct the loved one. In *Stranger Things*, Will is abducted from the shed because he went there to retrieve a shotgun. The shotgun could've been in a garage, basement, attic, pickup truck, etc., but it was a backyard shed, the same as in *Totem*.

2. Sweat Lodge - Both projects use a sweating environment to sweat out evil from significant characters – a sweat lodge in *Totem* and a heated cabin in *Stranger Things* (Season 2, Episode 9). In *Totem,* pages 83-87, Nerowe experiences a sweat lodge which heals him of his Cancer. In *Stranger Things,* Season 2, Episode 9, Joyce and company heat up Hopper's cabin to sweat out the Shadow Monster/Mind Flayer from Will. In Season 3, Episode 4, the kids lock Billy in a sauna in an effort to drive the Shadow Monster/Mind Flayer from him like Joyce did with Will in Season 2, Episode 9.

3. Dark Bluish Tunnels - Both projects use dark, bluish tunnels as ways to enter the alternate dimension. In *Totem*, Azrael uses purple feathers to entrap souls. In *Stranger Things*, white feathery spores float in the atmosphere and slow the action.

4. Woods and Forests in Rural America - Both projects use surrounding woods and forests for significant scenes and sequences. In fact, the protagonists' houses in both projects are set in what appears to be the exact same location.

***TOTEM* INTEGRALS**

The examples below represent elements which are integral to the *Totem* story, yet these elements also miraculously appear in *Stranger Things*. The mathematical odds are astronomical that this many specific elements naturally occur in both projects.

1. Butterfly - In *Totem*, the butterfly is frequently used as a motif to imply

transformation. In fact, the butterfly motif shows up on the following pages of the 2013 draft: 13, 20, 43, 44, 47, 57, 69, 70, 71, 72, 73, 83, 85, 93, 112, 115, 119.

In *Stranger Things*, the butterfly motif is used casually. For instance, in Season 1, Episode 4, Nancy has butterfly stickers on the inside of her locker. She could have decorated the inside of her locker with pop stars, clothing designs, notes, mottos, etc.

In Season 2, Episode 7, Kali, formerly 008, manifests a virtual blue butterfly to prove to Eleven what her powers are. She could have virtually manifested a hummingbird, a bumblebee, a floating feather, a stone, sand, a flower, etc. It is more than coincidence. Interestingly, in the 2010 draft of *Totem,* page 12, Rivershadow, a 10-year-old boy manifests a butterfly in the same manner. "Rivershadow opens his hand to reveal a Red Butterfly. He blows on it. From it, hundreds of butterflies take flight, fluttering throughout the lodge."

In Season 2, Episode 9, a butterfly design is crocheted onto a pillow on the Byers' sofa. That design could have been bears, deer, names, hearts, etc. While the butterfly plays great significance in *Totem* as a meaningful theme of love and Eternal Light (2013 draft, page 21), the multiple uses of it with no real meaning in *Stranger Things* seems suspect and arrogant.

2. Tattoos – In *Totem*, on pages 20-21 (2013 draft), the butterfly tattoo on the hand is used as a form of identification between Autumn and Kimi stating that they belong to the spiritual tribe of the Lynx Native Americans. In *Stranger Things*, the numbers imprinted on the wrist identifies Eleven and Kali as "sisters" from the Hawkins National Lab.

3. Lynx – In *Totem*, Lynx is the name of the spiritual tribe of Native Americans who guard the gateway to the alternate dimension. In *Stranger Things*, Season 3, the Lynx Corporation is a transport company making secret deliveries to an undercover Russian base.

4. Monster Enslaves Humans - In *Totem*, the bodies taken over by Azrael act as a hive-mind group controlled by the monster Azrael. They are called Watchers (2008, 2009, 2010, 2011), and Grims (2012, 2013, 2014, 2015 drafts).

In *Stranger Things*, bodies taken over by the Shadow Monster/Mind Flayer in Season 3 act as a hive-mind group controlled by the monster. They are called "The Flayed." In both projects, they act in unison as extensions of the monster.

5. Totem - In *Totem*, a totem is the McGuffin that opens the gateway to Azrael's

alternate dimension and frees him to enter this dimension.

In *Stranger Things*, Season 2, Episode 1, a totem sits in Will Byer's bedroom on a shelf behind his bed. The décor in Will's room should reflect that he's science and fantasy minded like his buddies. He could have all kinds of geek and fantasy paraphernalia, but, along with his drawings on the wall, he's got a totem, which reflects an interest in cultural, anthropological, and third-world spiritual ideas. There's no relevance to his interests or personality regarding these subjects.

6. <u>Hockey Stick</u> – In *Totem*, on page 42 (2013 draft), Jackson uses a hockey stick to attack the shed in his back yard.

In *Stranger Things*, Season 2, Episode 5, Dustin protects himself from Dart (the baby Demo-Dog now half grown) with a hockey stick. He could have used many different items to protect himself other than a hockey stick.

7. <u>Garden Gnomes</u> – In *Totem*, on page 23 (2013 draft), Agent Miller jokes that at least the totem that Autumn brought home wasn't a Garden Gnome. "…(sarcastically) at least it's not a Garden Gnome."

In *Stranger Things*, Season 1, Episode 1, Hopper makes a joke about a police report that comes in about a stolen Garden Gnome. "Oh, the Garden Gnomes again. (sarcastically) I'm gonna get right on that." Then, in Season 1, Episode 4, a scene opens with a Garden Gnome in the forefront of the camera shot and dwells on it before the shot racks focus to the primary scene. It has nothing to do with the scene. Why is it there as a focus? Like the totem in Will's room, the gnome references appear to be a thumb to the nose to the creators of *Totem*.

8. <u>Dungeons & Dragons</u> – On page 35 of the script entitled *Chain of Being* (2008 draft), a previous draft of *Totem*, Nerowe, skeptical of Jackson's story about Azrael and Autumn's predicament, says to him, "Azrael Seraphim, High Archangel of Death? Leader of the fallen Grigori Angel Choir, known to many as The Watchers?... This is hocus-pocus. It's dungeons and dragons, voodoo bullshit." The same quote exists on page 44 of the 2010 draft retitled as *Totem*.

In *Stranger Things*, Will's friends, Mike, Dustin, and Lucas frequently use the game and mythology of *Dungeons & Dragons* to build their case for their belief and understanding

of Will's predicament in the carbon copy alternate dimension.

9. <u>Communicating with the Alternate Dimension</u> - Another similarity is how characters communicate with the alternate dimension. In *Totem*, Autumn hangs glowing dream catchers in her house and uses them as communication conduits to talk to entities in the alternate dimension.

Likewise, in *Stranger Things*, Joyce hangs Christmas lights throughout her house and communicates through them with Will while he's in the carbon copy alternate dimension. The method of communication with surreal alternate dimensions is too similar to be ignored.

## **<u>CONCLUSION</u>**

There have been numerous feature films that have been retooled into a TV/streaming series. In no particular order, here are a few examples: *Mash, Westworld, Parenthood, Buffy the Vampire Slayer, Fargo, Limitless, Minority Report, Terminator, Indiana Jones, Nikita, Hanna, Jack Ryan, Scream, Shooter, The Pink Panther, Flipper, About A Boy, Friday Night Lights, Weird Science,* etc., to name a few.

All of these shows acknowledged the source material and then extended them far beyond the source material's original story in order to fulfill the obligations of creating an episodic series. In comparing the streaming series *Stranger Things* to the unproduced feature film screenplay *Totem,* it is apparent this same acknowledgement is warranted.

*Stranger Things*, although 25-Episodes long expanded over three seasons, contains a plethora of substantial similarities to the screenplay *Totem*:

- The primary characters are extremely similar in personality and in story function.
- The core plots parallel each other despite the extended nature of *Stranger Things.*
- The sequence of events of the respective core plot lines parallel each other.
- The thematic subjects parallel each other as well as the emotional arcs of a primary set of characters moving from skepticism to believing in the protagonist's quest.
- The settings are identical, i.e., in a rural wooded American town and the homes of both protagonists, so much so that both projects could be filmed using the same locations.
- The mood and tone of both are equally dark, foreboding, and with a supernatural sense of horror. Following the core plot of the supernatural horror aspect of both properties,

the pace is significantly similar.

- Since the protagonists and primary allies in both projects are on extremely similar quests to rescue loved ones who have been abducted by a supernatural monster, there is considerable similarity in the dialogue.

There are numerous elements integral to *Totem* that are common to both projects. The number of analogous elements in the two projects leads me to believe that the creators of *Stranger Things* had prior access to *Totem* and consciously chose to appropriate elements from it. These shared elements extend well beyond mere coincidence. It displays the impetus to conscious appropriation from one property to the other. Taken alone, each one could be considered coincidental. However, because there are so many of these elements that are common to both projects, when taken together, it becomes tantamount to copying.

Respectfully submitted,

*John Rainey*

John Winston Rainey
Screenwriter, Consultant, Analyst

## ADDENDUM

## STRANGER THINGS SEASON 4 COMMENTS

John Winston Rainey

9-22-2022

## SCOPE

After having been engaged by Plaintiff Irish Rover Entertainment to testify as an expert witness requesting my comparison of *Totem* to *Stranger Things* Seasons 1, 2, and 3 and executing it accordingly, I have been further engaged to comment on *Stranger Things* Season 4 as an addendum to that comparison. This addendum reflects my extrinsic observations based on my viewing of Season 4 on Netflix.

## OPINION

Before delving into my observations and opinions on *Stranger Things,* Season 4, I must define the literary device of retroactive continuity since it is utilized excessively to reframe the story of Seasons 1, 2, and 3.

**Retroactive Continuity**, abbreviated as retcon, is a gambit in an effort to refashion, modify, overlook, enhance and/or contradict previously established story points to recontextualize a narrative. This scheme is used to alter how the former story should be interpreted. A tenant of retcon is that it uses the already established story elements from a former season or seasons as the foundation for the reframing and reshaping of the story. This is accomplished by introducing novel story lines and characters that alter the understanding of the previous story.

It is my opinion that any form of retcon on any story element that is identified as having been copied from another work constitutes a continuation of the appropriation. Furthermore, it relies on the continued propulsive story projection that proposes to connect the former seasons to the present one to expand the narrative.

The success of Season 4 is predicated on the audience's identification and bonding with the original characters as discussed in my report. This is coupled with the conceit of an existential terror created by a monster from another dimension.

The original primary characters and the monster invasion of the human dimension is established in Season 1, and then continued into Seasons 2 and 3. Without the Season 1 establishment of primary characters and the monster, Season 4 would not exist.

Therefore, the characters and character relationships copied from *Totem* and found in *Stranger Things,* Season 1 and continued on into Seasons 2, 3, and 4 constitutes a continuation of the infringement mentioned in my report.

## EXAMPLES OF RETCON IN SEASON 4

**1. Character Amnesia**

There are two kinds of amnesia that can create a retconning of a story – individual character amnesia, and amnesia of many characters.

Individual Amnesia -- In 1979, after Eleven banishes Henry/001 into the alternate reality, she experiences shock and believes that she's the one who killed everyone in the laboratory. After Brenner accuses her of doing so, he presumably studies the video tapes and realizes what really happened, that Henry was responsible and Eleven banished him to parts unknown. Evidently, he doesn't tell Eleven that she's not responsible. Yet, Eleven continues with powers intact throughout 1983-1985 (Seasons 1, through 3).

One wonders, then, why in 1986 her loss of powers is a result of her belief that she wiped out everyone in Hawkins Lab back in 1979 pre-Season 1. This major contrivance creates the opportunity to take Eleven back to 1979 via virtual reality and Nancy back to 1983 while trapped in the frozen carbon copy alternate reality where Vecna shows Nancy his 1959 history at the same time that Henry relates the same history to Eleven in 1979, and yet this showing and telling all happens in 1986 – an immensely convoluted attempt to recreate and retool the story and send it into another direction. It plays like a prequel.

Simply put, in Henry's exceedingly long, expository monologue, Eleven learns in 1986 at age 15 what she was evidently told by Henry in 1979 when she was age 7 (it's on tape made in 1979!), that he was the evil one while learning that she's the good guy. While, at ages 7 through 11, the traumatic experience of Henry killing all her peers and attendants seemed not to affect her powers, suddenly in 1986, it has.

If she fell into shock by sending Henry into the nether regions of another dimension and lost her memory, why didn't she lose her powers then? Why didn't Brenner bring her back to her full powers then in 1979 since his intent to develop her into a weapon for the Government was his true psychopathic focus? Indeed, he must have since she was operating at full power when she escaped in 1983.

Why then does Eleven have a memory relapse in 1986 as a result of 1979 events?  At the end of Season 3 in 1985, the audience believes that her power loss is the result of her extended power output fighting the Mind Flayer while being infected by it. How did the memory loss come into play in 1986 if the 1979 massacre event had already been sorted out with her?

<u>Memory loss of many characters</u> – This is another retcon tactic used to adjust or revise the original story's setup. In Episode 2, Eddie feels reluctant to tell the gang, Dustin, Steve, Robin, and Max what he saw regarding Chrissy's death. Dustin has to remind him of what happened the year before at the Mall, at the hospital, at the steel mill, and in the town with the Mind Flayer.

It is improbable that the whole town isn't aware of this monster from another dimension that somehow made its way to the mall from somewhere else and no one saw it. A Cacophonous conflagration unfolds between the Mind Flayer and the teens with lots of fireworks. The Mind Flayer falls dead and covers the entire mall court with its flayed body when the gate is closed, and this is after a crab-like aspect of it had previously terrorized the hospital as well – a hospital where there were four dead nurses and doctors but no patients, no orderlies, and no other personnel except one operator at the front desk.

Yet, in Season 4, everyone in Hawkins believes that the 30 dead people died in the mall fire. No one saw the Mind Flayer in the sky that Will saw. No one saw Will having a seizure in the school yard in Season 2, Episodes 3 and 4 except Joyce and friends. No one saw the sky full of military choppers descend on the mall the night of the Mind Flayer's attack in Season 3, Episode 8. This is what is known in the retcon world as total amnesia where all characters conveniently forget to contrive the story line.

## 2. Alteration of Story Foundation

In Season 4, the use retcon creates story problems with respect to continuity of story and characters. For instance, for a story about a supernatural, existential terror that originated in the

story-world time of 1983, they have taken the story back to 1959 to retroactively reconstruct the timeline of events and the origin of the monster to the point of changing its identity.

While the first three seasons told a story about an existential monster, known as Demogorgon (Season 1), and Shadow Monster/Mind Flayer (Seasons 2 and 3) that terrorized the small town of Hawkins, Indiana by abducting random citizens, Season 4 introduced a monster known as Vecna that has a personal vendetta toward Eleven, as well as a misguided personal hatred of humanity.

They have taken the original conceit of an existential terror created by a monster from another dimension that invades the human dimension and turn it into a mere revenge story – a story of a misunderstood child, Henry, with superpowers who takes on the quest to kill off humanity, exact vengeance on Eleven who banished him, and recreate the world in his image.

A confusion as to the nature and purpose of the deaths throughout the years is created. As per the reframing, in 1959, Henry Creel inflicts his father with upsetting visions of his past, and then kills his mother and sister by levitating them into the air, snapping the bones of their limbs and jaw into awkward positions, making their eyes bleed and disappear, and then collapsing to the floor dead (Season 4, Episode 7).

In a flashback to 1979 (Shown in Season 4, Episode 7), Henry, now 001, kills the attendants and Brenner's clinical subjects in the same manner of levitation, bone-snapping, eyes bleeding, etc. Of great note, he didn't ensure Brenner's death, the immediate object of his rage.

According to the story reframing, in Season 4, Episode 9, the audience gets reoriented to the idea that Vecna has controlled the Demogorgons, Shadow Monster, and Mind Flayer from the alternate dimension from the very beginning with the objective to destroy humanity and restructure the world in his image.

The purpose of the killings in Season 4 is to create four gates and weaken the space-time fabric between the alternate dimension and the human dimension ultimately so Vecna's adopted world could consume the human dimension. Vecna chose Hawkins ostensibly because it presented the most vulnerable place.

However, in Season 1, Episode 1, the story time frame in 1983, Will is the first person abducted and taken to the alternate dimension with no other signature ritual elements present. There are no headaches, no visions of a grandfather clock, no visions of being emotionally abused by his father, Lenny, he's not levitated, his bones aren't snapped, his eyes aren't gouged out, he doesn't die, and there's no gate created, no "tear in the fabric of time and space" creating an opening to the alternate dimension.

The same thing happens to Barb in Season 1, Episode 2. She's abducted by a Demogorgon, allegedly controlled by Vecna/Henry as we learn in Season 4, and dragged into the alternate dimension where she dies a slow, painful death without broken bones and with eyes intact. In Season 1, Episode 8, Brenner tells Joyce that six people have been taken in less than a week. Yet, there are no gates created, no visions, levitations, bone snapping, eye gouging, etc. And although Vecna is revealed to be able see all and hear all, Will somehow hides from him and the Demogorgon.

Another alteration of story foundation is the shift in story weight of former protagonists. In Seasons 1 and 2, Joyce Byers is identified as the protagonist and Hopper as her staunch ally. Season 4 relegates them to a secondary plot line that takes them on an adventure that has little to do with the monster terror of the primary story, which is Vecna's invasion of Hawkins, Indiana. However, the characters have already been established and are extensions from the previous seasons.

They are one of three story lines in Season 4 - 1. Vecna's invasion of Hawkins; 2. Eleven's relapse and recovery; 3. the misguided Russian adventure. The established primary characters of Joyce and Hopper from the original story line seems strange. As stated in my report, the primary story is Joyce's quest to find and rescue her son, Will. Season 4 appears to have been designed to distract from the original story of a mother's quest to save her sone from an existential monster from an alternate dimension. Instead, it becomes a show of an invasion from an alternate dimension has its origin of a human, Henry, from this world who has a personal vendetta based on his distorted perception of humankind.

### 3. Returning a Character from the dead

At the end of Season 1, Dr. Brenner is killed by the Demogorgon. The Demogorgon attacks to kill and feed and cannot be defeated by any human except Eleven. The Demogorgon jumps squarely on Dr. Brenner and squats over him. No one has ever survived that kind of encounter with the Demogorgon. Yet, in Season 4, he returns as Eleven's father figure, both in the present and in flashbacks.

At the end of Season 3, it is presumed that Hopper died as a result of Joyce closing the gate. He fought Grigori and fed him to the giant machinery that kept the gate open. There is no evidence of either body to be found. The presumption is that Hopper was sucked through the gate as it closed and into the alternate dimension. Yet, in Season 4, it is discovered that he is alive and a prisoner of the Russians in Russia where they keep many Demogorgons. As an aside, one also wonders how the Russians captured Demogorgons, especially since no Demogorgon appears in Season 3 when the Russians were in charge of the gate.

**<u>CONCLUSION</u>**

As a result of extensive retroactive continuity, Season 4 takes a decidedly different tact from Seasons 1, 2, and 3 in an effort to reframe and retool the established story. However, it utilizes the same primary characters established in Season 1 and extended into Seasons 2 and 3. As stated in my report, nine of these characters parallel characters from the project *Totem.* Eight of these characters are continued into Season 4. Therefore, Season 4 becomes a part of the proceedings at hand.

Respectfully submitted,

*John Rainey*

John Winston Rainey
Screenwriter, Consultant, Analyst

# JOHN WINSTON RAINEY – 2022 RESUME

## Screenwriter – Consultant – Analyst – Editor - Lecturer

### Expert Witness

I am a screenplay writer, consultant, analyst, editor with 32 years of professional experience and currently engaged as an expert witness. In the volume 10, #2 edition of *Creative Screenwriting* (March/April 2003), I was rated the best screenplay analyst of 24 Hollywood analysts who participated. I have written 37 screenplays, 4 of which have been produced and released, and 16 others for which I've received payment. I have written two series pilots with marketing bibles. For one of them I wrote the first-season ten-episode summaries.

I have analyzed and consulted on over 1,000 screenplays from writers around the world. The average length of my In-Depth Analyses is between 11,000 and 18,000 words depending upon the needs of the project and the writer. I have also trained others to analyze scripts as a learning tool for writing. I have worked with both professional and amateur writers.

Mark L. Smith, writer of *The Revenant, Vacancy, Overlord, The Midnight Sky*, etc., has been a client of mine since 1993 when he sent me his first screenplay. He claims that I taught him how to write commercial screenplays. In 2019, *The Revenant* was nominated for 12 Academy Awards and won three.

Brad Gann, who wrote *Invincible*, stated that my critique helped him to sell that script to Disney. Walt Disney Pictures released *Invincible* in 2006 with a successful box-office return. Henry Barrial, who wrote and directed *Pig, The House That Jack Built,* and *Driver X*, all of which have won numerous festival awards, stated that, "There's a wisdom in John's observations that helps me fill in the gaps of what I'm missing. I'll turn to him in the future. I completely trust Rainey to help me see my blind spots."

I have taught screenwriting classes and seminars in various venues – universities, screenwriting expos, and workshops. I taught acting classes at Cornell University for my stipend while participating in their Master of Fine Arts program as the MFA directing candidate. At Cornell, I acted with and directed Jimmy Smits and Jane Lynch. I received my Bachelor of Arts in acting & directing from California State University, Long Beach graduating Summa Cum Laude. I studied advanced acting techniques in four classes with the premiere teacher of acting, Libby Appel. I also studied Acting Shakespeare with Patrick Stewart, Ben Kingsley, and Michael Finlayson. As an undergraduate, I played many leads in mainstage productions.

As an actor, I learned how to analyze character history, psychology, and back-story.  I also learned how to define a character's super-objective, scene objective, and beat-by-beat intentions. As a director, I learned how to develop a conceptual umbrella for a production in order to keep all design and performance elements globally cohesive, understand and execute the structural elements of a story, and create a believable world that an audience can embrace without question. Therefore, when reading a script, or watching a production, I'm able to discern the viability of its effectiveness as a property and its potential success as a production.

JOHN WINSTON RAINEY - 2022 RESUME - 2

**EDUCATION:**

1981 – California State University, Long Beach – B.A. Theatre (focus on acting & directing) –
Summa Cum Laude

1981-1983 – M.F.A. program – Directing for theatre – Richard Shank, advisor

**CAREER:**

1989 – present – Screenwriter, Consultant, Analyst, Expert Witness

Analyzed over 1,000 screenplays in depth. My In-Depth Analysis runs anywhere from 11,000 to
18,000 words depending upon the needs of the project and the writer

Written 37 screenplays (listed below)

Innumerable consultations with writers and producers from around the world

Created and sustained an ongoing weekly screenwriters' workshop

**AS A GUEST SPEAKER**

Lectures on Screenwriting at Maharishi International University

Seminars on Plot & Theme, and Screenwriting Style at L.A. Screenwriter's Expo

Seminars on Plot & Theme and Screenwriting Style at Hermosa Shorts Festival

10-week screenwriting course at South Bay Adult School

**AS AN EXPERT WITNESS:**

Currently involved in a case.

**BOOKS**

*Screenwriting Style That Sizzles: A Primer for Polishing*, which guides screenwriters to develop
the skill of writing readable, marketable scripts. Self-published.

**Endorsement - Ken Rotcop** - WGA, Image, and Neil Simon award-winning screenwriter, and
best-selling author of "The Perfect Pitch" series.

 "Everybody has a story to tell.  Everybody. And most think their story would make a great
movie. And--surprise!--many of them would. If only they knew to put the words on the page for
a great read. If only there was someone to teach them how to make the screenplay great. Teach
them how to NOT make it bad.  And even better: Teach them what the hell a screenplay is!

"If only they had a mentor.

"Well, now they do. John Rainey's new book, *Screenwriting Style That Sizzles*, is written for the neophyte as well as the writer who has written twenty scripts...and sold none. John, a veteran of the movie industry and renown as one of the best screenplay teachers in Hollywood, has finally put it all down on paper and it's easy to read, easy to understand, and easy to follow.

"It's surely going to be the bible for anyone who has a story to tell...namely you. Don't start writing till you've read Screenwriting Style That Sizzles. It'll make your job so much easier.

" Follow John's instructions and who knows?  We may be seeing you on the red carpet!"

**Endorsement - Dr. Linda Seger** – author of 10 books on screenwriting, plus 6 books on spiritual, political, and creativity subjects.

"I have just finished reading John Winston Rainey's manuscript called "*Screenwriting Style that Sizzles*." It's a kind of Strunk and White book on style issues that make the difference between a professional-looking screenplay and an amateur-looking screenplay, and it covers the many different basic style problems that John and I and other script consultants see all the time. This book is not only essential, but I can honestly say it is probably the best-written screenwriting book I have ever seen!!! I read it as a favor to John, intending to skim it and give him an endorsement in case he wanted to self-publish, and I couldn't put it down. It is such a fun read and so entertaining. He is so spot on, and he is dealing with issues I have not seen any other book deal with. I would love to be the first endorser."


 *You Talkin' To Me: How to Write Great Dialogue* co-written with Dr. Linda Seger published by Michael Wiese - 2019


**ARTICLES for HOLLYWOOD SCRIPTWRITING MAGAZINE (2005-2006)**

Metafictional Writing: Comparison Between *Adaptation* (Charlie Kaufman) & *Lost in the Funhouse* (John Barth)

Dialogue As Action

Q & A On Script Consultants

What Themes May Come: The Story of Theme and Plot

How to Write Sizzling Dialogue

Writing Style That Sells: Show, Don't Tell

Writing Style That Sells: Avoiding Energy Suckers

JOHN WINSTON RAINEY - 2022 RESUME - 4

**BLOG POSTS**

Ideas On Variable Structure Formats

Why We Tell Stories

Where Do I Start (With My Script)?

Story Elements

Screenplays Are Structure???

Structure: A Subset of Character

How Does an Injured Knee Relate to Screenplay Structure?

Three Dramatic Contrivances to be Wary Of

Emotionally Challenging Decisions – How They Drive the Story

The Symbiosis of Theme and Plot

**SCREENPLAYS**

*Heart Like A Lion* (1989) – Yagya Productions *

*Cruise On the Rocks* (1990)

*Once In Love With Bixby* (1991) - Margo Lenmark *

*Forget Me Not* (1992)

*Buddies* (1993)

*The Briar Patch* (1996) – One King Entertainment *

*A Star Is Dead* (1997) – AVIV Productions *

*Second Sight* (1998) (short)

*The Real George Spelvin* (1999)

*Just Murder* (2000)

*Knife Edge* (2001) (ghost writer) – Knife Edge Films/120dB Films/Lipsync Productions **

*Tangled Woods* (2001) – (franchise w marketing bible)

    *Allegra and the Great Dragonfly Race* (2001) (pilot)

    *Allegra Zaps Mustardseed* (2001) (Episode)

    *The Magic Wand* (2001) (feature)

JOHN WINSTON RAINEY - 2022 RESUME - 5

*Keys* (2005) – 1. Tower 17 Productions 2. AML Pictures 3. 3-Legged Dog Productions *

*Grain of Sand* (2006) – Moonbow pictures *

*Street Prophit* (2006)

*Gloria* (2006) – (ghost writer) Universal Pictures Intl **

*The Orpheus Project* (2006-2007) – Silcord US Productions *

        Tetra 1 – *Tree of the Eternal Couple*

        Tetra 2 – *Orpheus in Atlantis*

        Tetra 3 – *The Forest of the Eternal Couple*

        Tetra 4 - *Immersion*

*Car Pirates* (2007) – AVIV Productions *

*Notturno Italiano* (2007) - Graziano Mario Sforza *

*God and Lucifer Meet in a Bar* (2008) (short)

*Best Day of My Life* (2008) (short)

*Entrepreneur* (2008) – Kellerworld * (short)

*Bend But Don't Break* (2009) John Pointer *

*Totem & Taboo* (2010) – Poodle Films **

*S.A.D.* (2011) (short)

*Camino de Libertad* (2012) – 1996 Films S.A.S. *

*Urfin Jus and the Wooden Soldiers* (2013) - Moskino Film Production Company *

*Peace Amid Conflict* (2014) – Rene Reid *

*Journey To The Nutcracker* (2015) – Mark Geiger *

*Union Leader* (2016) – Dim Light Pictures **

*Pen and Paper* (2017) (short)

*Quackery* (2018) – Then We Take The World ApS * (pilot w pitch deck and 10 episode summaries) *

        <u>KEY</u>

    * = monies received via option or assignment

    ** = produced project

    no star = written on spec