# EXHIBIT "B"

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4   IRISH ROVER ENTERTAINMENT,   )
     LLC, a California limited    )
 5   liability company,          )
                                  )
 6                 Plaintiff,     )
                                  )
 7        VS.                     ) CASE NO. 2:20-CV06293-
                                  )          CBM-PLA
 8   AARON SIMS, an individual,   )
     et al.,                      )
 9                                )
                   Defendants.    )
10   _____)

11

12

13

14

15      VIDEO-RECORDED, VIDEOCONFERENCE DEPOSITION OF

16              JOHN WINSTON RAINEY

17              Los Angeles, California

18              Friday, December 2, 2022

19

20

21   Reported by
     Sheryl L. Franco,
22   CSR 11593

23

24

25

                                        Page 1
```

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3
 4   IRISH ROVER ENTERTAINMENT,  )
     LLC, a California limited   )
 5   liability company,         )
                                 )
 6                  Plaintiff,   )
                                 )
 7         VS.                   ) CASE NO. 2:20-CV06293-
                                 )           CBM-PLA
 8   AARON SIMS, an individual,  )
     et al.,                     )
 9                               )
                    Defendants.  )
10   _____)
11
12
13
14
15          The video-recorded, videoconference
16   deposition of JOHN WINSTON RAINEY, taken on behalf
17   of Defendants, at Los Angeles, California, beginning
18   at 10:14 a.m., and ending at 6:07 p.m., on Friday,
19   December 2, 2022, before Sheryl L. Franco, Certified
20   Shorthand Reporter No. 11593.
21
22
23
24
25
```

Page  2

```
1    APPEARANCES:
2    (ALL APPEARANCES MADE VIA VIDEOCONFERENCE)
3
     For Defendants:
4
     LOEB & LOEB, LLP
5    BY:  DAVID GROSSMAN, ESQ.
     10100 Santa Monica Boulevard, Suite  2200
6    Los Angeles, California 90067
     Telephone (310) 282-2000
7    dgrossman@loeb.com
8
     For Plaintiff:
9
     BOREN, OSHER & LUFTMAN, LLP
10   BY:  JEREMY J. OSHER, ESQ.
     222 North Pacific Coast Highway, Suite 2222
11   El Segundo, California 90245
     Telephone (310) 322-2220
12   josher@bollaw.com
13
     Also Present:
14
     Safia Gray Hussain, Esq., Loeb & Loeb
15   Charles Brink
     Wade Gentz
16   Jeffrey Kennedy
17
     Videographer:
18
     Nicolas Zambrano, Veritext Legal Solutions
19
20
21
22
23
24
25
```

Page  3

```
1                    I N D E X
2

3   WITNESS:
4   JOHN WINSTON RAINEY
5

    EXAMINATION                                    PAGE
6
           BY MR. GROSSMAN                           7
7

8
9               E X H I B I T S
10

    EXHIBIT     DESCRIPTION                        PAGE
11

    Exhibit 7    "Totem, A Native American Ghost
12               Story," Concept artwork           164
13  Exhibit 9    "Totem, The One Sheet"            135
14  Exhibit 12   "Totem" script cover email, Kennedy
                 and Crocker                       243
15
    Exhibit 22   Cease and desist demand, 12/3/19    39
16
    Exhibit 23   12/3/19 email, totemirishrover to
17               Reed Hastings, Ted Sarandos         59
18  Exhibit 49   10/2013 outline of "Montauk"        82
19  Exhibit 52   Email Duffer Bros. to Duffer Bros.,
                 11/19/10, Ideas back-up DEFS 10199-
20               10206                               67
21  Exhibit 54   11/23/10 email, Duffer Bros. to
                 Duffer Bros., spec ideas            76
22
    Exhibit 140 Rainey statement comparing "Stranger
23               Things" to "Totem," 9/22/22         10
24  Exhibit 141 Rainey rebuttal report, 11/4/22      11
25  Exhibit 142 Jeff Kennedy deposition excerpts     41

                                           Page  4
```

```
 1      some text on that page, what appears to be page 25

 2      from a script, that says -- that refers to

 3      Iron Lightning and River Shadow.

 4              Do you see that?

 5      A    Yes.

 6      Q    And the character Thunderbear says, "Iron

 7      Lightning and River Shadow, best friends, brothers,

 8      twins, Lynx warriors."

 9              Do you see that?

10      A    Yes.

11      Q    Is it your understanding that in some of

12      those prior scripts, there were characters named          10:39:59

13      River Shadow and Iron Lightning that were Native

14      American characters that have a plot line from the

15      1800s?

16      MR. OSHER:  Objection; vague, lacks foundation.

17      THE WITNESS:  This is from a script that I

18      hadn't read when I did my comparison.  But I do know

19      -- I'm pretty sure this is from the 2010 draft of --

20      probably the very first draft.  And, as I understand    10:40:28

21      it, it was like a prequel to what I was analyzing.

22      BY MR. GROSSMAN:

23      Q    Well, there is a plot line in that 2010

24      draft that includes these characters, right?

25      MR. OSHER:  Objection; lacks foundation.
```

Page 26

```
 1          THE WITNESS:  I think that it's like flashback

 2     stuff that's in there, yeah.                          10:40:57

 3     BY MR. GROSSMAN:

 4          Q    Right.  And is it also your understanding

 5     that in that 2010 draft the two main characters,

 6     Jackson and Nerowe, are implied or stated to be the

 7     reincarnations of these two young boys?

 8          A    In the 2010 draft, yes.

 9          Q    Yes.  If you look at the next page,

10     there's another image of Iron Lightning and          10:41:33

11     River Shadow.  And there's a section of one of the

12     scripts below it.

13               Do you see that?

14          A    Yes.

15          Q    And you see in this excerpt from the

16     script, it's actually referring to Nerowe and

17     Jackson?

18          A    Yes.

19          Q    So those two individuals, Nerowe and

20     Jackson, were also characters in the 2010 script     10:42:00

21     that you're referring to?

22          A    Yes.

23          Q    So initially you testified that you had

24     done a comparison using the 2013/2014 vintage        10:42:25

25     scripts of "Totem," right?
```

Page 27

```
 1          MR. OSHER:  Objection; misstates testimony.

 2          THE WITNESS:  I focused on the 2013 draft.

 3      BY MR. GROSSMAN:

 4          Q    And who gave you that instruction to focus

 5      on the 2013 draft?

 6          A    I think that came from Mr. Osher's

 7      office.
```

```
 8          Q    We'll look at one more page in that          10:43:15

 9      document.  It's number 366.  It's only a few pages

10      from the end.                                        10:43:24

11          MR. OSHER:  I think you're going too far.

12      BY MR. GROSSMAN:

13          Q    Yeah.  It's only about probably five pages

14      from the end.

15          A    I'm look for 366.

16          Q    On the top of it it says, "Page 22 of 26."

17          A    Got you.  Yes.

18          Q    Yes.  This one says, "'Totem,' Lynx

19      Indians secretly deliver mystic to a hidden village   10:43:54

20      at the end of the world."

21              Do you see that?

22          A    Yes.

23          MR. OSHER:  Can I take a look at it?

24      BY MR. GROSSMAN:

25          Q    And this one also has some artwork, one of
```

Page 28

```
 1    they are both bungalows or one-story houses, and

 2    both are not well-appointed financially.  That's        11:17:26

 3    what I see.

 4              Now, I am -- I do have to picture things

 5    when I read a screenplay.  So that's what I'm

 6    picturing, even though he doesn't describe it as

 7    specifically as I just did.

 8    BY MR. GROSSMAN:

 9         Q    The name of the town in "Stranger Things"    11:17:55

10    in Hawkins?

11         A    Yes.

12         Q    Hawkins, Indiana?

13         A    Yes.

14         Q    There is no name of the town in "Totem"?

15         A    The town is not named; that is correct.

16         Q    However, they do live in the

17    Blackwolf Valley, right?

18         MR. OSHER:  Objection; vague.

19              Go ahead.

20         THE WITNESS:  Yeah.  Autumn, the Chances.

21    BY MR. GROSSMAN:

22         Q    The Chances.

23         A    They live on the edge of a city, actually.

24         Q    Actually, isn't it correct that in

25    "Totem," the 2013 version that you reviewed and        11:18:27
```

Page 46

```
 1          THE WITNESS:  Thank you.

 2              In my opinion, FBI Agent Miller and

 3     Billy Hargrove are substantially similar characters

 4     in many ways.

 5     BY MR. GROSSMAN:

 6          Q    When you say "substantially similar," is

 7     that based on the law?                          11:21:58

 8          A    That's a good question.  And, as you

 9     probably know, I'm not well-versed in these kinds of

10     proceedings.  So I understand "substantially

11     similar" has a legal -- let's just say I find them

12     very similar.

13          Q    Have you reviewed any court decisions

14     addressing the meaning of "substantial similarity"

15     as a matter of copyright law?                   11:22:23

16          A    I read a report by, I think,

17     Richard Walter.  I don't know if he uses that

18     phrase.  And I read a report by -- I think it's     11:22:58

19     David Roman, Roman, regarding a "Pirates of the

20     Caribbean" case, where he uses that phrase.

21              But the thing is, is I know from my layman

22     dictionary in my brain "substantially similar."    11:23:29

23     Maybe I shouldn't use that phrase, because I'm not

24     real clear legally what it means.

25          Q    So when you use that phrase, you're not
```

Page 49

1    intending to mean "substantially similar" as a

2    matter of law, correct?

3         A    I would say that's correct.

4         Q    There are similarities you believe between

5    Billy Hargrove and FBI Agent Miller, right?        11:23:58

6         A    Very similar.

7         Q    Is Billy Hargrove in Season 1 of "Stranger

8    Things"?

9         A    No.

10        Q    If you can go back to Exhibit 142.  It's    11:24:13

11    this.

12        A    Oh, here it is, I think.  Okay.

13        Q    Okay.  If you look at the third page,

14    which is page 253, at the bottom.

15        A    Got it.

16        Q    See that?

17             In the middle of the page there's some     11:24:58

18    block text.

19             Says, "Question:  You mentioned three

20    different seasons of the television series 'Stranger

21    Things,' right?  Answer:  Yes.  Question:  So is

22    it -- is it your belief that the Duffer brothers had

23    your work over the course of several seasons and

24    continued to go back to your work in order to draft

25    screenplays for individual episodes of 'Stranger

```
 1      'Totem's' plot."

 2              Have you seen that document?

 3      A    I have not.

 4      Q    There's an Exhibit D, "Story Comparison."

 5    It says, "This comparison outlines high-level

 6    similarities between 'Stranger Things' and 'Totem'

 7    but notes that the differences are simply

 8    reenactments of iconic movies, books, comic books,     11:43:28

 9    video games or scenes a faire.  This exhibit is

10    provided for demonstrative purposes to depict that

11    any non-'Totem' elements are not protectable for

12    purposes of comparative analysis."

13              Have you seen that story comparison?

14      A    I have not.

15      Q    Have you had any instructions with

16    Mr. Kennedy or his counsel regarding the fact that

17    the non-"Totem" elements of "Stranger Things" are

18    taken from preexisting films and television shows?     11:43:57

19      A    No.

20      Q    Go to the next page.  There's a Section F

21    at the top.  It says "Background."

22      A    Yes.

23      Q    It says that there are various updated

24    script versions, accompanying concept artwork and a    11:44:24

25    live action demo.
```

Page 57

```
 1          THE WITNESS:   No.

 2     BY MR. GROSSMAN:

 3          Q     Have you read the deposition of          11:56:37

 4     Aaron Sims, Mr. Rainey?

 5          A     No.

 6          Q     I'm showing you what has been previously

 7     marked as Exhibit 52.                               11:56:51

 8                    (Exhibit Number 52 was

 9                     entered into the record.)

10     BY MR. GROSSMAN:

11          Q     Mr. Rainey, that is an email at the top

12     from dufferbros@gmail.com, to dufferbros@gmail.com,

13     dated November 19th, 2010, and the subject is "Spec

14     ideas back-up."

15              Do you see that?

16          A     Uh-huh, yes.

17          Q     Is this the email that you referenced     11:57:29

18     earlier that you had reviewed?

19          A     Yes.  Well, I've read through it.

20          Q     And that was very recently that you read

21     this, right?

22          A     Yes.

23          Q     Can you go to the third page, the one that

24     has "The Montauk Experiments" heading --

25          A     Yes.
```

Veritext Legal Solutions
866 299-5127

```
 1        Q    -- can you see that?

 2             Is it your understanding that Mr. Sims had

 3   not met the Duffer brothers as of 2010?            11:57:58

 4        MR. OSHER:  Objection; calls for speculation,

 5   lacks foundation.

 6        THE WITNESS:  It's my understanding that -- I

 7   think that he worked with them on some other project

 8   and then in 2013 was hired by them to -- I'm not

 9   sure.  No, I don't know.

10   BY MR. GROSSMAN:

11        Q    I'll represent to you and ask you to       11:58:30

12   assume, for purposes of this deposition, as alleged

13   in the complaint, that Mr. Sims met the Duffer

14   brothers in connection with doing work on the film

15   "Hidden" in the year 2013.

16        A    Okay.  2013, then yes.  "Hidden," I do

17   have some recollection of that.

18        Q    Have you seen that film?

19        A    No.

20        Q    "The Montauk Experiments" is a paragraph   11:58:58

21   in the middle of this page on Exhibit 52.

22             Are you familiar with the conspiracy

23   theory relating to the Montauk Experiments?

24        A    Vaguely.  I don't have any clear picture

25   of what that's about.  I've just heard about it.
```

Page 68

```
 1    But I have read this.                          11:59:29
 2         Q    Do you recall when you heard about the
 3    Montauk conspiracy theory?
 4         A    I think that's been around for a while.
 5    And, you know, you hear about conspiracy stuff, but
 6    it's nothing that I took seriously.
 7         Q    Have you ever been to Montauk Island?
 8         A    I have not, no.
 9         Q    Do you know where it is?
10         A    In East New York somewhere.          11:59:58
11              Is that the place where -- excuse me -- I
12    know -- is that the place where the rich people live
13    out at the end of that?
14         Q    It is not.  You are thinking of the
15    Hamptons.
16         A    Yes, the Hamptons.  Yes, South Hamptons
17    and East Hampton and all that.
18         Q    Montauk is a much smaller place that is
19    known for a single thing, which is a lighthouse.
20         A    Thank you for that clarification.
21         Q    Of course.
22              In this -- are you familiar with the   12:00:28
23    Philadelphia Experiments conspiracy theory?
24         A    Pardon me.  Is that the one with the boat?
25         Q    Yes.
```

Page 69

```
 1          A    I'm vaguely familiar with it.  It

 2     disappeared and then perhaps reappeared, something

 3     like that.

 4          Q    Yes.

 5          A    And people were all screwed up in the hull

 6     of the boat or something because the time thing?

 7     That's all I know.

 8          Q    Allegedly.                              12:00:59

 9          MR. OSHER:  It happened.

10          THE WITNESS:  That's all I know about it.

11     BY MR. GROSSMAN:

12          Q    Do you know the Duffer brothers created a

13     short film in high school about the Philadelphia

14     Experiment conspiracy theory?

15          A    I didn't know that.

16          Q    If you look at this paragraph under "The

17     Montauk Experiments," it says, "Secret underground

18     research facility."

19               Can you see that?

20          A    Yes.

21          Q    And you watched "Stranger Things," and in

22     "Stranger Things," isn't the Hawkins laboratory one  12:01:30

23     of the settings?

24          A    Yes.

25          Q    Where there are secret experiments being
```

Page 70

```
 1    conducted?

 2         A    I see experiments being conducted.  I

 3    assume they're secret, yes, because they have this

 4    big fence around it, and no one was allowed in.

 5    They had security, et cetera, et cetera.

 6         Q    Did you -- well, strike that.

 7              If you continue on, at the end of the        12:02:00

 8    first sentence it says, "In the 1980s."

 9              You see that?

10         A    One second.  Oh, yes.  Got it.

11         Q    And is "Stranger Things" set in the

12    1980s?

13         A    Yes.

14         Q    It then says, "Mind control, psychotic

15    driving them crazy."

16              Do you see that?

17         A    Yes.

18         Q    Are there experiments that are conducted

19    in "Stranger Things" that have affects on the mental

20    stability of the patients?                             12:02:30

21         MR. OSHER:  Objection; lacks foundation,

22    mischaracterizes the work, work speaks for itself.

23         THE WITNESS:  Phrase your question again, the

24    same thing.  I just want to know exactly what you

25    said.
```

Page 71

```
 1    BY MR. GROSSMAN:

 2        Q    Sure.

 3             Are there experiments that are conducted

 4    in "Stranger Things" on patients that affect the

 5    patients' mental states?

 6        MR. OSHER:  Same objections.

 7        THE WITNESS:  No.  There's only one person that    12:02:58

 8    they're experimenting with in Season 1 that --

 9    Eleven, that has flashbacks to those experiments.

10    But there are no other people in the Season 1 except

11    Eleven, and she doesn't go psychotic, I mean, as,

12    you know, as referenced here.  And she isn't driven

13    crazy either.

14    BY MR. GROSSMAN:

15        Q    But you've seen Season 4, right?          12:03:29

16        A    Season 4, 1979, yes.

17        Q    And is one of the patients that was

18    experimented on driven mad?

19        MR. OSHER:  Same objection; lacks foundation,

20    mischaracterizes the work.

21        THE WITNESS:  I don't remember someone being

22    driven crazy.  I see people being upset and

23    disturbed, but they're not driven crazy.

24    BY MR. GROSSMAN:

25        Q    Okay.  At the end of this line, it says,
```

Page 72

1     "Unethical experiments."  You see that?

2         A    Hold on one second.  End of the same          12:03:58

3     sentence?

4              Yes, I got it.

5         Q    Is it fair to say that Dr. Brenner in

6     "Stranger Things" is conducting unethical

7     experiments?

8         A    I would agree, yes.

9         Q    And then the third line says, "Paranormal

10    experiments."

11        A    Yes.  Creepier paranormal.

12        Q    Yes.

13             Is it fair to say that the experiments

14    being conducted at the Hawkins lab involve

15    paranormal activity?

16        MR. OSHER:  Objection; lacks foundation,

17    mischaracterizes the work, the work speaks for

18    itself.                                                12:04:29

19        THE WITNESS:  This being qualified by

20    "creepier," there are paranormal experiments.  I

21    don't see them as creepier, except that Eleven is

22    not allowed any kind of cultural cultivation, if you

23    will, if I can repeat that.

24             So in that way it becomes rather creepy.

25    But the paranormal stuff I'm very familiar with.

Page 73

```
 1    BY MR. GROSSMAN:

 2        Q    And the next line, it says -- crosses        12:04:59

 3    over -- it says, "How do you sympathize with the

 4    scientists?  Disgusting."

 5            And then it says, "Monster comes through

 6    portal."

 7            Do you see that?

 8        A    I do.

 9        Q    And does, in fact, the demogorgon in

10    Season 1 of "Stranger Things" come through a

11    portal?

12        A    Yes.

13        Q    On the second line after that, it again

14    refers to the "opening a portal."                     12:05:29

15            Do you see that?

16        A    Yes.

17        Q    And then it says, "opening up another

18    dimension, which allows for something to get

19    through."

20        A    Yes.

21        Q    Is that, in fact, what happens when the

22    demogorgon comes through the portal?

23        MR. OSHER:  Same objection; lacks foundation,

24    mischaracterizes the work.

25        THE WITNESS:  Yes.
```

Page 74

```
1     BY MR. GROSSMAN:

2         Q    And then if you look at the bottom, the

3     second to last line there, it says, "Creature

4     escapes.  Kills some people in the facility."

5              You see that?                              12:06:00

6         A    Yes.

7         Q    And is it fair to say that in the first

8     episode of the first season, of Season 1, after the

9     demogorgon escapes, some people are killed in the

10    facility?

11        MR. OSHER:  Same objections.

12        THE WITNESS:  We certainly see the scientist

13    being chased and disappears in the elevator.  We can

14    assume.

15    BY MR. GROSSMAN:

16        Q    We're led to believe that that's what

17    happened?

18        A    He's -- (Indiscernible cross-talk.)

19        Q    And then at the very end, that last line,   12:06:28

20    it says, "psionic powers."

21        A    Yes, I see it.

22        Q    Do you have an understanding as to what

23    that means?

24        A    Yes, I know exactly what it means.

25        Q    What is your understanding?
```

Page 75

```
 1          A     Psionic actually comes from Petanto

 2     [phonetic], if you go to his Book 3, "The City's

 3     Powers," various what appears to be supernormal,

 4     supernatural, levitation, teleportation, remote        12:06:56

 5     travel, telekinesis, clairvoyance, clairaudience,

 6     et cetera, et cetera.

 7          Q     And does Eleven in "Stranger Things" have

 8     some form of psionic power?

 9          A     She has some of those, yes.

10          Q     I'm going to show what we have previously

11     marked as Exhibit 54 in this case.

12                     (Exhibit Number 54 was

13                      entered into the record.)

14     BY MR. GROSSMAN:

15          Q     This is another email, Mr. Rainey.  This     12:07:29

16     is from, the first page, mattduffer@gmail.com to

17     dufferbros@gmail.com, dated 11/23/2010.  And the

18     subject again is "Spec ideas."

19                Do you see that?

20          A     Yes.

21          Q     And if you look to the third page, there     12:07:55

22     is another heading that says "The Montauk

23     Experiments."

24          A     Yes.

25          Q     Is this also one of the emails that
```

Page 76

1      Counsel showed you before your deposition?

2           A    Yes.

3           Q    And if you look at the paragraph under the

4      headings "The Montauk Experiments," it says,

5      "According to legend, the U.S. government conducted

6      a series of clandestine experiments at the abandoned

7      Montauk, Long Island, Air Force Base, from 1982 to        12:08:29

8      1987."

9                You see that?

10          A    Yes.

11          Q    Have you read any about the Montauk

12     Experiments other than what you're reading here?

13          A    No.

14          Q    In the fourth line it says, right at the

15     end of that fourth line, it says, "The," quote,

16     "'Montauk Project Experiments' pushed the very

17     limits," parentheses, "(and ethics) of modern

18     science."                                                 12:09:00

19               And then about five lines below that,

20     there's another sentence that starts, "The," quote,

21     "'Montauk Experiments' will be a gritty and

22     intentionally realistic found-footage presentation,

23     following the experiments from their inception to

24     blood-soaked finale."

25               Do you see that?

Veritext Legal Solutions
866 299-5127

```
 1          A     Yeah, I see that.

 2          Q     At the beginning of "Stranger Things," do      12:09:29

 3   you see the Hawkins labs featured and the scientists

 4   who have been assaulted by some being?

 5          MR. OSHER:  Objection; lacks foundation,

 6   mischaracterizes the work.

 7          THE WITNESS:  I see the one guy running down

 8   the hallway.  I do not see him attacked.  I

 9   understand the question though.

10   BY MR. GROSSMAN:

11          Q     And at the end of the first season of

12   "Stranger Things," is there a bloody confrontation      12:09:55

13   between the demogorgon in the school and some of the

14   scientists?

15          A     Yes.

16          Q     If you go about three lines down, after

17   the all caps "Duncan Cameron," it says, "The only

18   test subject known to have survived.  Abducted,

19   along with a group of other psychically gifted men,

20   women and children, Duncan is subjected to a chain

21   of increasingly disturbing tests, aimed at           12:10:29

22   developing his untapped psychic abilities."

23          Is it fair to say that Eleven was

24   subjected to a series of tests aimed at developing

25   her psychic abilities?
```

Page 78

1          A    Yes.

2          Q    Two and a half lines down says, "Duncan

3     miraculously endures and over time successfully

4     develops the ability to control minds, move objects

5     telepathically and materialize thoughts out of thin

6     air."                                              12:11:00

7              Is it fair to say that eventually Eleven

8     is able to develop the ability to move objects

9     telepathically?

10         MR. OSHER:  Objection; lacks foundation,

11    mischaracterizes the work.

12         THE WITNESS:  Yes, she moves objects

13    telepathically.

14    BY MR. GROSSMAN:

15         Q    And three lines down it says, "The endless

16    testing gradually takes its toll on Duncan.  Plagued

17    by a series of horrific nightmares, he begins to

18    lose control over his own powers.  And soon he is    12:11:29

19    materializing hellish visions from the deepest,

20    darkest corners of his psyche that put both himself

21    and the entire facility in grave danger.  It is now

22    up to Duncan to stop his powers before they spiral

23    further out of control," ellipses, "and end the

24    Montauk Experiments once and for all."

25              Do you see that?

                                                      Page 79

```
 1        A    I do.

 2        Q    Is Eleven the person who is tasked with,

 3   in the first season of "Stranger Things," defeating

 4   the demogorgon that she released?                    12:11:59

 5        MR. OSHER:  Objection; lacks foundation,

 6   mischaracterizes the document, mischaracterizes this

 7   exhibit.

 8        THE WITNESS:  She -- she doesn't have

 9   nightmares.  She's remote traveling.  And she

10   sees -- she confronts -- she doesn't confront.  She

11   sees the demogorgon.  The demogorgon becomes aware

12   of her.  And, yes, it scares her.  I wouldn't

13   characterize that as a nightmare.

14   BY MR. GROSSMAN:

15        Q    Right.  Is she the one -- is she the     12:12:29

16   character who ultimately in Season 1 defeats the

17   demogorgon?

18        MR. OSHER:  Same objections.

19        THE WITNESS:  Yes.

20   BY MR. GROSSMAN:

21        Q    And she is also the character who, at

22   least accidentally, released the demogorgon?

23        A    She does not release the demogorgon.  What

24   she does is the portal is opened as a result of her

25   power that -- that is the same power that dispatched  12:12:54
```

Page 80

```
 1              It's just the phrasing.  Your phrasing

 2     is -- I just want to clarify that I'm not pointing

 3     to gnome -- I'm using that as an example of many        14:18:57

 4     different things that are similar in the two

 5     projects, on top of character, plot, theme and core

 6     story line.

 7         MR. OSHER:  I'd like to take a break, just to

 8     use the rest room.

 9         MR. GROSSMAN:  Okay.

10         THE WITNESS:  We are going off the record.  The

11     time is 2:19 p.m. time.                                 14:19:22

12              (A recess was taken.)

13         THE VIDEOGRAPHER:  Okay.  We going back on         14:24:14

14     record.  The time is 2:24 p.m.

15     BY MR. GROSSMAN:

16         Q    Mr. Rainey, before the break we were

17     looking at your report, which is Exhibit 140.

18              And in connection with your report, have

19     you told me about all the documents that you

20     reviewed to support your conclusions?

21         A    What page is this on?                          14:25:00

22              Oh, up here.  Page 3.

23              Yes.  Because I wrote this report before I

24     saw anything else, so yes.

25         Q    On that same page, page 3, the first full     14:25:40
```

Page 122

1    paragraph, you say, "Plaintiff has requested I

2    perform a comparison of these exhibits, which I have

3    done.  While there are many forms of comparative

4    analysis, this report covers the objective extrinsic    14:25:57

5    elements that are common to both properties and

6    represents my opinion after performing the

7    aforementioned comparison."

8            What did you mean by the "objective

9    extrinsic analysis"?

10       A    I'm taking two projects.  I'm reading

11   them.  I'm seeing what is similar in both projects.

12   Okay.  So it's manifest evidence as opposed to any    14:26:30

13   kind of assumptions.  Yeah.

14       Q    Or interpretations?

15       A    Yeah, or interpretations.  Good.  Thank

16   you.

17       Q    Is that what you mean when you say there

18   are many forms of comparative analysis, but you're

19   relying on objective extrinsic?

20       A    Objective extrinsic elements, as opposed

21   to intrinsic stuff.                                     14:27:00

22       Q    Is it also correct that you weren't shown

23   the look book or the 2010 Montauk emails or the 2013

24   outline before you had completed your analysis?

25       A    Outline for "Stranger Things" or

                                              Page 123

```
 1    lacks foundation.

 2         THE WITNESS:  That -- I would say it's not        14:37:30

 3    unique.  It's -- that's not what happens in

 4    "Stranger Things," in my opinion.  It's -- I don't

 5    think it's necessarily what happens in "Poltergeist"

 6    actually.  The abduction of -- was it Carol Ann?      14:37:52

 7    Carol Ann is again, a misguide -- or -- yeah,

 8    misguidance of the lost souls toward her light,

 9    which is a very strong light.  But there's no desire

10    to destroy humanity or rebuild the world, which

11    is -- we see both in "Totem" and in "Stranger

12    Things".

13    BY MR. GROSSMAN:

14         Q    You're talking about motive, right?

15         MR. OSHER:  Objection; misstates testimony.      14:38:28

16    BY MR. GROSSMAN:

17         Q    You're talking about the motive of the

18    poltergeist in the film "Poltergeist" right now,

19    right?

20         MR. OSHER:  Same objections.

21         THE WITNESS:  Yes.  Well the --

22    BY MR. GROSSMAN:

23         Q    Sticking to the story itself, the stories

24    that I just referenced all contain the elements that

25    I referenced, meaning there is a loved one from a
```

Page 132

1    family who is taken to another plane of existence,

2    and their close family member, whether it is their

3    mother or their sibling, journeys to a darker plane    14:38:59

4    of existence to rescue that person.

5            That is not a unique story idea, right?

6        MR. OSHER:  Same objection.  Object to the

7    preamble.  Lacks foundation, mischaracterizes

8    multiple works.

9        THE WITNESS:  We can say that we can find this

10   in other stories.  And I'm saying in my report this

11   is one of many substantial similarities between       14:39:28

12   these two projects.  Again, it was my job to find

13   the similarities, compare these two projects, and

14   see the similarities between the two.  This is one

15   of many.

16   BY MR. GROSSMAN:

17       Q    When you say "This is one of many," what

18   do you mean by "this"?

19       A    The abduction of a monster and a loved one

20   seeking -- going on a quest to rescue this loved      14:39:57

21   one.

22       Q    You say that your job was to look at

23   similarities.

24            Did you look at the differences between

25   the works as well?

                                        Page 133

```
 1              Do you have a break coming up soon?

 2         MR. GROSSMAN:  No.  We were on at 2:24.  We've

 3    been going for 36 minutes.

 4         MR. OSHER:  Do you have a break coming up soon?

 5         MR. GROSSMAN:  I don't.

 6         Q    You listed a number of characters that you

 7    believe are similar as between "Totem" and "Stranger

 8    Things," right?                                   15:01:00

 9         A    I did.

10         Q    And again you didn't know that "Stranger

11    Things" was previously called "Montauk," right?

12         A    When I was doing this?

13         Q    Yes.

14         A    I might have.  I'm not going to say yes or

15    no on that.  I may have.

16         Q    Okay.  So your primary -- meaning your    15:01:22

17    first comparison is that Jackson Chance you believe

18    is similar to Joyce Byers, right?

19         A    Yes.

20         Q    And this is as a matter of literary

21    comparison?

22         A    What do you mean by "literary comparison"?

23         Q    Similar as a matter of what?

24         A    I see their personalities as being very

25    similar and their situations as being very similar.
```

                                                Page 150

1        Q    Joyce Byers is a woman, right?

2        A    Yes.                     15:02:00

3        Q    And she's in her 40s, right?

4        A    You know, I don't remember a specific age.

5    But, yeah, she could be 40.  Let's see.  Jonathan is

6    what 16, so 30, 26, possibly.

7        Q    She's single, right?

8        A    She is now, yeah.

9        Q    And she doesn't love her spouse, right?

10       A    Her ex-spouse, you mean?

11       Q    Yes.

12       A    No, not at all.  He was an abusive man.    15:02:27

13       Q    And she has children, right?

14       A    Two boys.

15       Q    And she works as a cashier in a small town

16    called "Hawkins," right?

17       A    Yes.  One of her jobs.  I'm not sure what

18    her other job -- I think she is working two jobs.

19       Q    Jackson is a married man, right?

20       A    Yes.

21       Q    He's in his 30s, right?

22       A    Yes.

23       Q    He is a military veteran, right?

24       A    Yes.

25       Q    And he has PTSD from his time in the

Veritext Legal Solutions
866 299-5127

```
 1      pleadings of the case because it's irrelevant.

 2          THE WITNESS:  I do have trouble with the whole

 3      assumption idea.  And, of course, this is my first

 4      time doing this.  So I'm not clear about making

 5      assumptions that leads me to an answer that I really

 6      ultimately disagree with.  So you understand my        15:10:28

 7      position there.

 8      BY MR. GROSSMAN:

 9          Q    I understand that you haven't done this

10      before.  I hear what you're saying.

11          A    And the whole assumption thing is -- seems

12      to me to be rather unseemly in a way.  Sorry.  You

13      see, I'm hired to do --

14          MR. OSHER:  No question is pending.

15          THE WITNESS:  Yeah.  Assumptions I try not to      15:10:58

16      make.

17      BY MR. GROSSMAN:

18          Q    Going back, you said that Azrael and the

19      demogorgon are substantially similar characters,

20      right?

21          A    Again, I am going to pull Season 4 into

22      this.  Because we learn that the demogorgon is an

23      extension of Vecna.  And certainly Azrael and Vecna

24      are very similar.

25          Q    Azrael has six giant purple wings,
```

                                           Page 159

| | | |
|---|---|---|
| 1 | right? | 15:11:28 |
| 2 | A    Yeah.  You're going down a strange path | |
| 3 | here of comparing physical attributes, and I'm | |
| 4 | talking about story functions of these characters. | |
| 5 | That's how I see it.  That's why all of these I see | |
| 6 | as substantially similar.  I see them as story | |
| 7 | functions.  That's why I talk about archetypes. | 15:11:59 |
| 8 | Q    "Archetypes," what do you mean by | |
| 9 | "archetypes"? | |
| 10 | A    As stated in my report, an archetype is a | |
| 11 | story function that is filled by one or more | |
| 12 | characters. | |
| 13 | Q    Is an archetype a character attribute? | |
| 14 | A    It's a story function.  It's not a | |
| 15 | character necessarily.  It's a story function that's | 15:12:27 |
| 16 | filled by -- a function that is filled by character. | |
| 17 | Q    Okay.  Well, I would like you to focus on | |
| 18 | character attributes and traits as objectively | |
| 19 | represented in the two works. | |
| 20 | Do you understand that? | |
| 21 | A    I understand that.  And I also understand | |
| 22 | that you are leading me to attributes that I am | |
| 23 | seeing beyond. | |
| 24 | Q    Can you focus on character, attributes and | |
| 25 | traits that are objectively represented in the | |

Page 160

```
 1          MR. OSHER:  Asked and answered.

 2              You can answer again.

 3          THE WITNESS:  After viewing Season 4, I would      15:21:57

 4     say that Azrael and Vecna are very similar, and

 5     Vecna runs the demogorgon and the Shadow Monster and

 6     the Mind Flayer.

 7     BY MR. GROSSMAN:

 8          Q    Putting aside Season 4, my question is

 9     about the demogorgon, who is the creature in

10     Season 1.

11              So given all these differences, is it your

12     testimony that the demogorgon and Azrael are

13     substantially similar literary characters?

14          A    I'm going to say yes.                         15:22:29

15          MR. OSHER:  Objection to the characterization

16     of the testimony, misstates testimony.

17     BY MR. GROSSMAN:

18          Q    You also conclude that Dr. Brenner and

19     Thunderbear are substantially similar characters,

20     right?

21          A    In one aspect of the archetype, yes.

22          Q    I'm talking about their objective

23     attributes and traits.                                 15:22:50

24          A    See, you're talking about objective

25     attributes and traits, and I'm talking about story
```

Page 169

1    functions.  So we're coming at it from different

2    perspectives.  You know, I'm an analyst, and that's

3    what I do.  I look at story function.  I look at

4    plot.  I look at theme.  I look at structure.  I

5    look at all these things and how characters fit into

6    all of that or how this is an extension or

7    expression of the character's journey.  And in that     15:23:29

8    way, I would say yes.

9         Q    So your opinion of similarity of these

10   characters that we've just gone over, it's not based

11   on the objective attributes and traits of those

12   characters, right?

13        MR. OSHER:  Objection; misstates testimony,

14   argumentative.

15        THE WITNESS:  I guess we have a different

16   opinion of what "objective" means.

17        MR. GROSSMAN:  Move to strike as nonresponsive.     15:24:02

18            Can I have that question read back.

19           (The record was read as requested.)

20        MR. OSHER:  Misstates testimony.  It's

21   argumentative.

22        THE WITNESS:  Yeah.  Again, our definition of

23   "objective traits" is different.                         15:24:30

24            Based on your definition of "objective

25   traits," there are some differences.  Based on my

Page 170

```
 1    opinion of what objective traits are, they are

 2    substantially similar.

 3    BY MR. GROSSMAN:

 4        Q    I'm not providing an expert opinion.  I'm

 5    asking you about your expert opinion.

 6        A    Yes.

 7        Q    And I'm asking you whether or not your      15:24:58

 8    opinion is based on objective traits and attributes

 9    or is based on the concept of character archetypes?

10        MR. OSHER:  Objection; it's been asked and

11    answered multiple times now.  It's argumentative.

12              You can answer one more time.

13        THE WITNESS:  Okay.  So I see where you're

14    saying attributes, you're looking at physicality.

15    And I go a lot deeper than that.  I look again at    15:25:28

16    story function, the roles that they play in the

17    story.  And in that, I'm saying they're

18    substantially similar.

19    BY MR. GROSSMAN:

20        Q    Someone's job is not their physical

21    attribute, right?

22        A    It's more than that.  It's more than just

23    physical attributes.

24              For instance, you're comparing Jackson

25    Chance and Joyce Byers.  I'm seeing the same story
```

                                          Page 171

| | | |
|---|---|---|
| 1 | function in these two characters. | 15:25:59 |
| 2 | Q    Okay.  And that's what I'm asking you. | |
| 3 | Are you comparing these characters and | |
| 4 | concluding that they are similar based on the story | |
| 5 | function that they play in the respective works? | |
| 6 | A    Yes. | |
| 7 | MR. OSHER:  Objection; asked and answered. | |
| 8 | BY MR. GROSSMAN: | |
| 9 | Q    Thank you. | |
| 10 | Jackson Chance and Joyce Byers, however, | |
| 11 | are different in terms of their physical appearance, | |
| 12 | right? | |
| 13 | A    Absolutely, yes. | |
| 14 | Q    And they're different in terms of their | 15:26:28 |
| 15 | familial relationships within the story, right? | |
| 16 | MR. OSHER:  Objection; misstates testimony, | |
| 17 | misstates the two works. | |
| 18 | THE WITNESS:  In some ways, yes; in many ways, | |
| 19 | no.  I talk about unconditional love, and they both | |
| 20 | have an unconditional love for the characters that | |
| 21 | they go after to rescue.  And in that it's | |
| 22 | substantially similar. | |
| 23 | BY MR. GROSSMAN: | |
| 24 | Q    Right.  But their family relationships are | |
| 25 | different, because Joyce Byers is a mother, with two | |

Page 172

```
 1    children, who is unmarried, and Jackson Chance has      15:26:58
 2    no children and at the beginning of the story is
 3    married to his loving wife, Autumn.
 4         MR. OSHER:  Hold on.  It's been asked and
 5    answered, argumentative.
 6         THE WITNESS:  What you're saying is true, and
 7    I'm looking beyond that.  I'm saying that that is
 8    very surface area and has no substantial foundation
 9    with regard to telling the story.
10    BY MR. GROSSMAN:
11         Q    Okay.  I'm looking at the objective
12    attributes of each character.                          15:27:29
13         A    I see that you are.
14         Q    Thunderbear and Dr. Brenner you have
15    concluded in your report are substantially similar
16    characters, correct?
17         A    As far as story function is concerned.  In
18    one aspect, Thunderbear plays a couple of different
19    archetypal functions in the story.  And the
20    comparison with Brenner is one of them.
21         Q    And the archetypal function that you
22    believe Brenner plays is what makes him, in your      15:28:00
23    mind, similar to Thunderbear?
24         A    Yes.
25         Q    Now, Thunderbear objectively is a
```

Page 173

```
 1    character in Season 1.

 2         A    Okay.

 3         Q    You referred to Joyce Byers as the

 4    protagonist, right?

 5         A    Yes.

 6         Q    Do you know how much screen time she has

 7    in the first season of "Stranger Things"?

 8         A    No.

 9         Q    Do you know that in the first episode she

10    has about less than 20 percent of the screen time of

11    that episode?

12         A    Okay.

13         Q    And in the second episode she has less      15:59:28

14    than 20 percent of the screen time?

15         A    Yes.

16         Q    And the same thing with the third

17    episode?

18         A    Okay.

19         Q    Do you know of any other television series

20    where the protagonist is not on the screen for 80

21    percent of the running time of the show?

22         MR. OSHER:  Objection; that question is

23    overbroad.

24              Go ahead.

25         THE WITNESS:  I've never looked at a show that
```

Page 182

```
 1    way, as far as how much screen time.  Again, I look

 2    at story function and what function they serve in      15:59:58

 3    the story itself.

 4    BY MR. GROSSMAN:

 5        Q    I'm just asking, in your experience, if

 6    you know of any other show where there was a

 7    protagonist who is off screen 80 percent of the

 8    time?

 9        MR. OSHER:  Objection; the question is still

10    overbroad, lacks foundation.

11        THE WITNESS:  I don't pay attention to that.

12    I'm sorry.  It's the -- it doesn't carry any weight

13    with me.                                               16:00:28

14    BY MR. GROSSMAN:

15        Q    So is it fair to say that sitting here

16    today, you can't name any such character?

17        MR. OSHER:  Objection; it's vague.

18        THE WITNESS:  I'm going to say that if you

19    wanted me to take a look at other series and measure

20    with a stopwatch, I would find someone or not, you

21    know.  I really don't know.  That's an interesting

22    point though.

23    BY MR. GROSSMAN:

24        Q    And do you know how much of the -- I won't   16:00:59

25    say screen time, because it's an unpublished
```

Page 183

1      A    Yes.

2      Q    And Kimi does not destroy or kill Azrael

3  herself, right?

4      A    Again, she directs it, but she doesn't

5  physically do it herself.

6      Q    Who does that physically in "Totem"?        16:10:27

7      A    In Season 1, Eleven dispatches the --

8      Q    In "Totem."

9      A    Say again.

10     Q    Who kills Azrael in "Totem"?

11     A    That's Nerowe.  Also Jackson helps in

12 that.  But Nerowe does the deed.

13     Q    Season 2 of "Stranger Things," you watched   16:11:02

14 that, right?

15     A    Yes.

16     Q    If you were to take Season 1 out of your

17 analysis and only address Season 2, would Season 2

18 be substantially similar to "Totem"?

19     A    I would say that you can't have Season 2     16:11:29

20 without Season 1.

21     Q    Well, you can look at the extrinsic

22 elements.  You can look at the plat and the

23 characters of Season 2 separately.

24     A    But Season 2 is an extension of Season 1.

25 And Will is still abducted in -- it's -- he's

Page 190

```
 1          Q    You didn't know that?

 2          A    No.

 3          Q    Did you -- I may have asked you this

 4     before, but did you go about and attempt to watch or

 5     read any of the primary works that were cited in the

 6     Standifer report when you received that report?

 7          A    I actually made a list of all the

 8     references that she made.  And there are like 30 of

 9     them in there or something.  And to me, there were      17:18:59

10     some that I had seen.  There were a lot that I

11     hadn't seen, so go I go to Wikipedia.  I think they

12     often have the best synopsis.

13              And I couldn't find anything that totally

14     related.  "Nightmare on Elm Street," you know, the

15     guy is a ghost, you know, and he keeps coming back.

16     He keeps being dispatched and returning for the next

17     episode -- or the next movie in the series.  So I      17:19:27

18     really couldn't find anything that was -- I could

19     see influences.  But that's -- any writer does

20     that.

21          Q    Did you consider any other prior works

22     when you came to your opinion as stated in your        17:19:57

23     report that one project had knowledge of the

24     other?

25          A    Ask again.  What --
```

Page 225

1        Q    Did you consider any prior works -- films,

2   television shows or books -- when you arrived at

3   your opinion in your expert report that, quote, "One

4   property had knowledge of the other," end quote?

5        A    No.

6        Q    I'm going to mark this item separately.        17:20:30

7             Is it 13?

8             Do you know what number we're -- we're

9   marking this as 148.

10                 (Exhibit Number 148 was                   17:21:00

11                  entered into the record.)

12   BY MR. GROSSMAN:

13        Q    Mr. Rainey, is this the March 2013 version

14   of "Totem" that you reviewed?

15        A    That's what it says, yes.

16        Q    And when you say in your report that you

17   reviewed the March 2013 draft of "Totem," it's

18   referring to this document, 148?                        17:21:29

19        A    Yes.

20        Q    In your report you refer to various themes

21   that you believe are similar between the works.

22             Do you recall that?

23        A    Are you talking about I compare various

24   scenes -- oh, themes.

25        Q    Themes, themes.

                                          Page 226

```
 1    where the protagonist is steadfast and the ally is

 2    the change character, just not nearly as many

 3    because that's not the Hollywood paradigm.  That's

 4    not what's taught in beginning screenwriting courses

 5    and books, et cetera.

 6         Q    Is Han Solo in "Star Wars" skeptical of      17:30:58

 7    the journey that the main character is going on, and

 8    does he come around during --

 9         A    Yes, he does.  Yeah, he does.

10              That's -- and, you know, that was modeled

11    after Joseph Campbell's story paradigm.

12         Q    Why do you say that?

13         A    Why do I say that?

14         Q    Yes, that it was modeled after the --

15              (Indiscernible cross-talk.)

16         A    -- "Hero's Journey," well, because I know

17    that.  I mean, you know, I'm very well familiar with    17:31:28

18    Joseph Campbell's work.  And George Lucas talked a

19    lot about it.  He introduced Joseph Campbell to

20    Hollywood, basically, and Chris Vogler wrote a book

21    about it.

22         Q    Okay.  So there were other

23    nonprotagonists, let's say, who are convinced to

24    withdraw their skepticism and follow along with the

25    main character in other works, right?                  17:32:00
```

Page 233

```
 1          MR. OSHER:  Asked and answered.

 2          THE WITNESS:  Word-for-word, only a couple of

 3     lines.  Just a few mines.

 4     BY MR. GROSSMAN:

 5          Q    And are the lines referring to "I

 6     promise."

 7          A    Yes.

 8          Q    So "I promise" appears in "Totem" and --

 9          A    Well, I'm sorry.

10          Q    And "I promise" also appears in "Stranger

11     Things," right?

12          A    It also -- yes.  And there are also lines    17:51:29

13     of -- well, yes, it's "Promise you'll take care of

14     him."  It's Nerowe to Autumn.

15               And also I think there's something about

16     the ending, "Haven't you called me first?"  I

17     think -- I can't remember who said what and all of

18     that.  But I think Nerowe says it, and it could be    17:51:59

19     Owen or Hopper -- Hopper says it, I think, to Joyce.

20     But, yeah, don't quote me.

21          Q    And the kids, you say in your report, have

22     a back-and-forth about the definition of a promise,

23     in that a promise, they say, is something that you

24     can't break, right?

25          A    Right.
```

Page 248

```
 1        Q    And do you think that is similar in some

 2   way to dialog in "Totem"?                        17:52:27

 3        A    Yeah.  In a sense of the pinky swear

 4   thing, and friends don't lie.  All of these -- this

 5   is what I put in in dialog, that there -- to me,

 6   intentwise, is very similar.

 7             I know you're looking for word-for-word,

 8   and very few of those are, you know, I can see that  17:52:57

 9   there are very few of those lines.  But I do feel

10   that there is a lot of similar intent to

11   communicate.

12        Q    What do you mean by "intent to

13   communicate"?

14        A    Words are symbols, at best.  And we're

15   translating impulses to communicate.  And those

16   impulses are similar, even if the words are

17   different.

18        Q    Okay.  So going back to the surface-level  17:53:31

19   dialog on the page or on the screen, aside from what

20   you put in your report, is there anything else that

21   you can think of that amounts to a similarity in

22   dialog between the two works?

23        A    Other than what I noted in my report, no.

24   You are correct.

25        Q    Do you intend to do any additional work in  17:53:55
```

Page 249

```
 1                        CERTIFICATE

 2                            OF

 3              CERTIFIED SHORTHAND REPORTER

 4              The undersigned, a certified shorthand

 5    reporter of the State of California do hereby

 6    certify:

 7              That the foregoing proceedings were taken

 8    before me at the time and place herein set forth;

 9    that any witnesses in the foregoing proceedings,

10    prior to testifying, were placed under oath; that a

11    verbatim record of the proceedings was made by me

12    using machine shorthand and was thereafter

13    transcribed under my direction; further, that the

14    foregoing is an accurate transcription thereof.

15              I further certify that I am neither

16    financially interested in the action nor a relative

17    or employee of any attorney of any of the parties.

18              IN WITNESS WHEREOF, I have this date

19    subscribed my name.

20    Dated:  December 17, 2022

21

22

23

24        Sheryl L. Franco, CSR No. 11593

25
```

Page 257

1   David Grossman, Esq.

2   dgrossman@loeb.com

3                                    December 17, 2022

4   RE: IRISH ROVER ENTERTAINMENT, LLC vs. AARON SIMS

5   December 2, 2022, John Winston Rainey (JOB NO. 5604961)

6   The above-referenced transcript has been

7   completed by Veritext Legal Solutions and

8   review of the transcript is being handled as follows:

9   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, noting the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25

                                              Page  258

1   __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2   Transcript – The witness should review the transcript and

3   make any necessary corrections on the errata pages included

4   below, noting the page and line number of the corrections.

5   The witness should then sign and date the errata and penalty

6   of perjury pages and return the completed pages to all

7   appearing counsel within the period of time determined at

8   the deposition or provided by the Federal Rules.

9   _X_ Federal R&S Not Requested – Reading & Signature was not

10   requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 259

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.