BOREN, OSHER & LUFTMAN, LLP
Jeremy J. Osher (SBN 192109)
josher@bollaw.com
Aaron Gladstein (SBN 266287)
agladstein@bollaw.com
Matthew Tom (SBN 324298)
mtom@bollaw.com
222 North Pacific Coast Highway, Suite 2222
El Segundo, CA 90245
Telephone: (310) 322-2021
Facsimile: (310) 322-2228

Attorneys for Plaintiff
IRISH ROVER ENTERTAINMENT, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>          vs.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS ENTERTAINMENT, a business entity, form unknown; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.: 2:20-CV-06293-CBM-PLA (Assigned to Hon. Consuelo B. Marshall)<br><br>**DECLARATION OF PROFESSOR JEFFREY SEDLIK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF JEFFREY SEDLIK**<br><br>[Plaintiff's Opposition to Motion to Exclude and Declaration of Jeremy J. Osher filed concurrently herewith]<br><br>**Hearing**<br>Date:     February 14, 2023<br>Time:    10:00 a.m.<br>Courtroom: 8B |

1    **<u>DECLARATION OF PROFESSOR JEFFREY A. SEDLIK</u>**

2         I, Jeffrey A. Sedlik, do hereby declare and state:

3         1.       I have been retained by Plaintiff Irish Rover Entertainment, LLC ("Irish

4    Rover") in the above-referenced litigation as an expert witness. More specifically, I was

5    retained to render opinions on Irish Rover's in connection with Defendants Netflix, Inc.,

6    Netflix Streaming Services, Inc., 21 Laps, Inc., Aaron Sims, Matt Duffer, and Ross

7    Duffer's (collectively, "Defendants") television show, *Stranger Things*, is substantially

8    similar in expression to Irish Rover's copyrighted screenplay, *Totem*.

9         2.       I have personal knowledge of the facts set forth herein and, if called as a

10   witness, could and would testify competently thereto. I make this Declaration in support

11   of Plaintiff Irish Rover's Opposition to Defendants' Motion to Exclude my expert

12   witness testimony (the "Motion").

13        3.       In connection with my engagement by Irish Rover, I prepared a

14   preliminary expert report, which was submitted to Defendants on September 22, 2022.

15   A true and correct copy of the Preliminary Report of Professor Jeffrey Sedlik, dated

16   September 22, 2022 ("Report") is attached hereto as **Exhibit "A"**.

17        4.       I have reviewed the Motion and supporting documents. In support of the

18   Motion, one of the arguments advanced by Defendants is that I have not identified the

19   methodology that I used to render the opinions set forth in the Report. Although I

20   believe that the methodology is described in the Report, and that I provided detailed

21   testimony to substantiate the reliability of my methodology, I will respond to

22   Defendants' arguments in the Motion by providing a summary here.

23        5.       Relying on my knowledge, skill, experience, training, and education in

24   photography and filmmaking – as described in detail in the Report– I carefully reviewed

25   the numerous examples of Totem concept art and other Totem visual works

26   (collectively, "Totem Works") identified in Exhibit B to the Report.

27        6.       Having created, reviewed, analyzed and critiqued hundreds of thousands

28

1

of visual works for professional, scientific, and academic purposes over a period of more than 35 years, I applied that skill and experience in my review of the Totem Works, relying on the Totem Works as initial vantage points from which to further observe, investigate, discover, and analyze the depicted Totem characters, settings and events within the framework of the Totem plot, scenes and sequences, all of which were more fully revealed and elucidated in my review of successive versions of the Totem scripts, which reflect the same mood, tone, pace and themes evident in (but not fully illuminated by) the Totem Works.

7.      Having observed Plaintiff's selection and arrangement of combinations of expressive elements in Totem, I then reviewed screen captures from scenes in Stranger Things and further reviewed the streamed version of all episodes of seasons 1-4 of Stranger Things. In that review, I identified numerous similarities in the selection and arrangement of combinations of expressive elements previously observed in my review of the Totem works and scripts.

8.      Having identified those similarities, I reviewed other documents, materials and testimony identified in Exhibit B to my Report, to further inform my opinions. Based on that process of review, comparison, and analysis, I relied on my knowledge, skill, experience, training, and education in forming the opinions expressed in the Report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of January, 2023, at Odessa, Florida.


By: /s/ Jeffrey Sedlik
Jeffrey Sedlik

# Exhibit A

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

IRISH ROVER
ENTERTAINMENT, LLC,
a California limited liability
company,

      *Plaintiff,*

  -against-

AARON SIMS,
an individual

MATT DUFFER,
an individual

ROSS DUFFER,
an individual

NETFLIX, INC.,
a Delaware corporation,

NETFLIX STREAMING
SERVICES, INC.,
a Delaware corporation,

21 LAPS, INC.,
a California corporation,

DOES 1–50,

      *Defendants.*

CASE NO. 2:20-cv-06293-CBM-PLA

Judge: Hon. Consuelo B. Marshall
Magistrate Judge: Hon. Paul L. Abrams


**PRELIMINARY EXPERT REPORT OF
PROF. JEFFREY SEDLIK**

Submitted September 22, 2022


CONFIDENTIAL

I have been engaged by plaintiff Irish Rover Entertainment, LLC ("Plaintiff") in the above-referenced matter ("Matter") brought by Plaintiff against the defendants including Aaron Sims ("Sims"); Matt Duffer; Ross Duffer; Netflix, Inc. ("Netflix"); Netflix Streaming Services, Inc.; and 21 Laps, Inc. (collectively, "Defendants") in the above-referenced lawsuit to provide expert testimony as set forth below.

I have been asked by Plaintiff to provide expert opinions on practices, standards, procedures, workflows, and policies in the visual and performing arts, both in general and with respect to business transactions, actions and other occurrences involving or related to the parties in the Matter. I have also been asked to rebut any opinions expressed by Defendants' experts, if any.

My opinions are based in part on more than 25 years of service in high-level positions in trade associations and standard-setting bodies in the photography, advertising, product marketing, technology, and design industries. I have been an internationally recognized advertising photographer and commercial director for more than 30 years, working with many clients, observing and interacting with large numbers of professional photographers, videographers, other photographers, advertising agencies, design firms, corporate clients, stock photography and footage agencies, product manufacturers, and others in the United States and abroad. I have served as Project Manager in projects involving the development, operation, and maintenance of websites, web applications, and other applications. I have also owned and operated a publishing company, producing and selling photography-related products for more than 25 years.

In addition to my personal knowledge, my opinions are based on an independent examination of documents and materials produced in the Matter to date. Should additional relevant information become available, I respectfully reserve the right to amend or supplement my opinions as necessary.

This Expert Report ("Report") has been prepared in connection with the above-referenced Matter. Section VI of the Report outlines my opinions.

If called upon as a witness in this Matter, I could and would provide the following testimony.

## I.    QUALIFICATIONS

I currently serve as the President and CEO of the PLUS Coalition. "PLUS" is an acronym for "Picture Licensing Universal System." The PLUS Coalition is a non-profit, international standards body and trade association representing the shared business interests of all industries involved in the creation, licensing, and use of visual art, including photographers, illustrators, videographers, advertisers, advertising agencies, graphic design studios, publishers, artists' representatives, museums, libraries, stock image agencies, and all other image licensees and licensors. The PLUS Coalition develops, propagates, and maintains universal standards for use by licensees and licensors in transactions involving visual art. As a founding member of the PLUS Board of Directors, I developed the core concept of the Coalition and its copyright licensing standards.

I am the past National President of the Advertising Photographers of America ("APA"), the leading trade association for commercial photographers and videographers in the United States. I also served APA as Chief National Advisor on Licensing and Copyright, and provided leadership level guidance on topics including copyright, photography, videography, advertising, industry standards, contract terms, model release terms, and business practices. I represented the APA in discussions with the United States Copyright Office and worked with organizations around the world to develop and maintain standards for licensing terms, licensing agreements, model releases, and other photography-related business matters. On a local basis, I also served on the Board of Directors and Legal Affairs Committee of the Los Angeles Chapter of the APA, and as Chairman of the Model Release Working Group, charged with developing international standards for model releases, communication of usage rights, and model release workflow.

I currently serve on the Photo Metadata Working Group for the International Press Telecommunications Council ("IPTC"), the global standards body for photography

metadata, with a particular focus on the news industry. In the past, I have served on the Digital Image Submission Guidelines Working Group for Universal Digital Image Guidelines ("UPDIG"), and as an "Invited Expert" on the Permissions and Obligations Working Group of the World Wide Web Consortium ("W3C"). Until November 2019, I served as a Director of the American Society for Collective Rights Licensing ("ASCRL"), a collective management organization for the visual arts. I also serve as a legal and legislative advisor to the American Society of Media Photographers ("ASMP"), and as a member of the ASMP Copyright Speakers Bureau. I authored the "Photography Licensing" chapter of "*ASMP Professional Business Practices in Photography*," the predominant business operations reference for professional photographers.

I am a frequent speaker at copyright events hosted by the United States Copyright Office, the United States Patent Office, and the United States Department of Commerce. At the request of the Register of Copyrights, I served as a guest instructor at Stanford Law School in conjunction with a United States Copyright Office-sponsored Copyright Practicum. I have been engaged by the United States Copyright Office to train new Registration Examiners on visual art copyright registration issues from 2010 to present. In 2021, I was appointed by the Librarian of Congress to serve as an advisor to the Librarian on her efforts to modernize the Copyright Office.

I have been a faculty member of the American Law Institute for Continuing Legal Education events, providing instruction on licensing practices and on the practical application of copyright law in the visual arts. I have been a guest speaker and guest instructor on copyright law and licensing for leading institutions and organizations, including Duke University School of Law, New York University School of Law, Oxford University School of Law, American University Washington College of Law, Antonin Scalia George Mason University Law School, Fordham University School of Law, Joint Photographic Experts Group (JPEG), International Federation of Reproduction Rights Organizations, Smithsonian Institution, International Confederation of Societies of Authors and Composers, National Association of

Recording Merchandisers, Digital Library Federation, the Copyright Society of the United States, and others.

In addition, I have testified repeatedly before the Judiciary Committees of both the United States Senate and House of Representatives, summoned to advise Congress on copyright law issues and legislative reform. I work closely with legislators, stakeholder groups, and the United States Copyright Office on legislation, regulations, and policy issues related to copyright protections, registration, and remedies. I have assisted legislators and government agencies in drafting and revising federal copyright legislation. I am an active participant in the Copyright Alliance, serving on the Creators Advisory Board, Academic Advisory Board, and the United States Copyright Office Modernization Working Group.

In addition to my work in the United States, I serve on the Advisory Board of the Beijing Intellectual Property Expertise Center of Judicature, a governmental agency overseeing copyright matters before the People's Court of China. I also serve as a founding Director of the Linked Content Coalition ("LCC"), a global non-profit organization dedicated to facilitating and expanding the legitimate use of content through interoperable identifiers and metadata. I have also been a partner in the Rights Data Integration initiative, a European Commission project focusing on the integration of systems that manage and trade intellectual property rights online across all types of content, usage, and media. I was a partner in the Copyright Hub initiative in the United Kingdom, and a participant in the European Commission's Metadata Image Library Exploitation project. I was a partner in the Initiative for a Competitive Online Marketplace, based in Vienna, Austria, and have been an invited speaker on intellectual property law at the House of Lords of the Parliament of the United Kingdom.

Adobe Systems, creator of Photoshop, Lightroom, Premiere, After Effects, and other digital image, video and design software, selected me to be a member of its "Prerelease Team" and its "Adobe Photographers' Council," a group of twelve

leading photographers who advise the company on trends in digital photography, video, and the visual arts industry at large.

Selected honors include the 2005 Industry Leadership Award from the International Photography Council of the United Nations, the 2006 PhotoMedia Photographer of the Year award, the 2007 APA Industry Advocacy Award, and in 2008, a "Lifetime Achievement Award," a Clio Award (for excellence in directing digital video) and an honorary Master's Degree from the Brooks Institute of Photography, recognizing "Mastery of the Craft and Business of Photography."

I am a long-time faculty member and Professor at the Art Center College of Design in Los Angeles, where I sit on the Intellectual Property Committee and teach advanced courses on the artistic, technical, production, legal, and business aspects of traditional and digital photography and videography. My curriculum includes advanced instruction on legal topics such as copyright law, copyright registration, copyright licensing, and contract interpretation. Technical topics include digital techniques and advanced lighting for photography and video of people, products, and automobiles. I also provide instruction on advertising, marketing, branding, and consumer behavior.

After more than 30 years as an award-winning commercial photographer, videographer, cinematographer, and studio owner, I continue to operate an advertising and entertainment photography and production company in California, creating photography, video, commercials, and design, with a client list that includes such companies as Nike, Federal Express, Farmers Insurance, SBC, GTE, NBC, Sony, AT&T, Blue Cross, Epson, IKEA, United Airlines, Warner Brothers, Toyota, Nestlé, Disney, Bank of America, and others. My publishing company, Mason Editions, produces and distributes fine photographic reproductions.

I frequently provide forensic image analysis in civil and criminal matters, and provide consulting services to organizations and individuals on issues related to copyright, licensing, negotiating, and business practices and procedures related to photography, videography, other visual artworks, advertising, and modeling. I have

testified as an expert witness during the period 2002 to present, in litigation involving visual arts, copyright, metadata, advertising, branding, graphic design, right of publicity/privacy, model releases, breach of contract, criminal matters, and other topics. Matters in which I have provided testimony within the last four years are:

*Laspata Decaro Studio Corporation v. Rimowa GmbH et al.*
United States District Court, Southern District of New York
Case # 16-cv-00934-LGS

*Glen Craig v. UMG Recordings, Inc. et al.*
United States District Court, Southern District of New York
Case # 16 Civ. 5439 (JPO)

*Brittney Gobble Photography, LLC v. WENN Limited et al.*
United States District Court, Eastern District of Tennessee, Knoxville Division
Case # 3:16-cv-00306

*The Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith et al.*
United States District Court, Southern District of New York
Case # 1:17cv2532

*Jason Putsche v. Alley Cat Allies, Inc.*
United States District Court, Southern District of Maryland
Case # 8:17-cv-00255-PWG

*Yves Michel Fontaine v. MMLery LLC, 61-73 Ellwood, LLC, 533 41st Street*
Realty, LLC and Sharp Management Corp.
Supreme Court of the State of New York, County of Kings
Case # 6580/12

*Brittney Gobble Photography, LLC v. Sinclair Broadcast Group, Inc., et al.*
United States District Court, District of Maryland, Baltimore Division
Case # 1:18-cv-03403-RDB

*D'Pergo Custom Guitars, Inc. v. Sweetwater Sound, Inc.*
United States District Court, District of New Hampshire
Case # 1:17-CV-000747-LM

*Annette Navarro McCall v. The Procter and Gamble Company*
United States District Court, Southern District of Ohio, Western Division
Case # 1:17-cv-00406-TSB

*Optimum Imaging Technologies LLC v. Canon, Inc.*
United States District Court, Eastern District of Texas, Marshall Division
Case # 2:19-CV-246-JRG

*Intersal, Inc., v. Susi H. Hamilton*, *Secretary, North Carolina Department of Natural
and Cultural Resources, in Her Official Capacity, North Carolina Department of
Natural and Cultural Resources, and State of North Carolina*
General Court of Justice, Superior Court Division, North Carolina, Wake County
Case # 115 CVS 9995

*Cora Skinner et al., v. Red Tape, Inc,* d/b/a Stiletto's & Red Tape VI, Inc., d/b/a
Stiletto's
United States District Court, Southern District of Texas, Brownsville Division
Case # 1:19-cv-186

*Mireya Rios v. Fekkai Retail, LLC, Blue Mistral, LLC*
United States District Court, Central District of California
Case # 2:20-cv-08743-PA-MRW

*Evox Productions LLC v. AOL, Inc. Oath, Inc., and Verizon Media, Inc.*
United States District Court, Central District of California, Western Division
Case # 2:20-cv-02907-JWH-JEM

*Michael Gaffney v. Muhammad Ali Enterprises, LLC, Authentic Brands Group LLC,
and Roots of, Inc., d/b/a "Roots of Fight"*
United States District Court, Southern District of New York
Case # 1:18-CV-08770, 1:20-CV-07113

*Nicklen et al v. Mashable, Inc. et al*
United States District Court, Southern District of New York
Case # 1:20-CV-10300

*Shawn Carter v. Jonathan Mannion Photography, et al*
United States District Court, Central District of California, Western Division
Case # CV 21-4848 PA (KSx)

*Itasca Images, LLC and Tony Webster v. Shutterstock, Inc., et al*
United States District Court, District of Minnesota
Case # 21-CV-287 (JRT/DTS)

My publication list is included in my curriculum vitae, a copy of which is attached to
the Report as *Curriculum Vitae* (Exhibit A).


## II.   COMPENSATION

My work on the Matter is billed at $850 per hour. My compensation is not
contingent upon, dependent upon, or related in any way to the outcome of the
Matter.

## III.   MATERIALS CONSIDERED

In preparation for the Report and for the expert testimony that I may be called on to provide, I have considered materials listed in *Materials Considered* (Exhibit B).

## IV.   ASSUMPTIONS

Retaining counsel instructed that I rely on the following assumptions in forming my opinions in the Matter. As the scope of my engagement does not at this time include verification of the accuracy of the assumptions, my reliance on the below-listed assumptions does not reflect a lack of rigor in the formation of my opinions. If any of the assumptions are determined to be incorrect, I may revise my opinions. If later asked by retaining counsel to verify the accuracy of the assumptions, I will do so where possible. I have been instructed to:

A.  Assume that the screen capture reproductions made by Plaintiff from various episodes and scenes in *Stranger Things* are true, accurate, and unmanipulated reproductions.

## V.   BACKGROUND

Plaintiff Irish Rover Entertainment, is a California limited liability company with its principal place of business in the County of Los Angeles, State of California.[1]

Jeffrey Kennedy ("Kennedy") is the Managing Member of Irish Rover Entertainment and author of the Totem screenplays.[2]

---

[1] First Amended Complaint, dated October 12, 2020 ("Complaint").
[2] *Id*. at 13.

Defendant Aaron Sims is an individual residing in the County of Los Angeles, State of California.[3] Sims is the founder and President of Aaron Sims Creative.[4]

Defendants Matt Duffer and Ross Duffer (collectively, "Duffer Brothers") are individuals residing in the County of Los Angeles, State of California,[5] and are directors, producers and showrunners of the Netflix Series, *Stranger Things*.[6]

Defendant Netflix, Inc. is a corporation organized under the laws of the State of Delaware and authorized to transact business in the County of Los Angeles, State of California.[7]

Defendant Netflix Streaming Services, Inc. is a corporation organized under the laws of the State of Delaware and authorized to transact business in the State of California.[8]

Defendant 21 LAPS, Inc. is a California corporation with its principal place of business in the County of Los Angeles, State of California.[9]

Kennedy initially authored a script during the period January 2007 to March 2007, with the working title, *Lightning Shower in Jackson Hole*.[10] Between 2009 and 2015, Kennedy authored numerous revisions of the script under titles including *Chain of Being, Totem: The Story of a Wounded Warrior,* and ultimately, *Totem.[11]*

In or around May, 2009, Kennedy engaged Evergreen Films, Inc. to support the development and promotion of *Totem*.[12] Evergreen then engaged Aaron Sims of Aaron Sims Creative to create concept art for *Totem,* and provided Sims with a

---

[3] *Id.* at 14.
[4] https://www.linkedin.com/in/aaron-sims-86b904a/, last visited September 21, 2022.
[5] Complaint at 15; 16.
[6] Deposition of Matt Duffer, August 12, 2022, ("Matt Duffer Depo"), 19:25 - 20:8.
[7] Complaint at 18.
[8] *Id.* at 19.
[9] *Id.* at 21.
[10] *Id.* at 30.
[11] *Id.* at 30.
[12] *Id.* at 44.

copy of the Totem script.[13] During the period 2009 to 2020, Kennedy provided Sims with copies of at least nine successive versions of the *Totem* script,[14] together with artwork produced by Kennedy, and discussed the *Totem* script with Sims in meetings, telephone calls, and by email, including discussions of notes and revisions to the script.[15] After Plaintiff terminated his relationship with Evergreen in 2010, Plaintiff continued to consult directly with Sims on continuous development of *Totem* script and concept art.[16] In the Spring of 2013, Plaintiff provided Sims with the latest version of the *Totem* screenplay.[17]

In the Fall of 2013, film directors Matt and Ross Duffer engaged Sims via Warner Brothers to provide concept art and visual effects for the motion picture *Hidden*.[18] In September, 2014, the Duffer Brothers invited Sims to collaborate on concept art for *Montauk*, a project later retitled *Stranger Things*.[19] Sims created concept art for the "Demogorgon" monster featured in *Stranger Things*, and provided visual effects used by the Duffer Brothers in the first season.[20]

Kennedy first viewed *Stranger Things* in 2016.[21] Upon investigation, Kennedy learned that Sims had been engaged by, and collaborated with, the Duffer Brothers and Netflix on the development and production of *Stranger Things*.[22]

After viewing Season 2 of *Stranger Things*, Kennedy concluded that aspects of the characters, plot, sequence, themes, settings, mood, tone, pace and dialog of *Stranger Things* appeared to have been copied from or based upon *Totem*.[23]

---

[13] *Id*. at 44; 45.
[14] Videotaped Deposition of Jeffrey Kennedy, August 9, 2022 ("Kennedy Depo"), 106:11.
[15] Telephonic interview of Jeffrey Kennedy, September 21, 2022 ("Kennedy Interview"); Kennedy Depo 79:20-24; 80:4-12, 106:11-107:10, 161:23-163:15, 257:5:-22; 266:21-267:3; Deposition of Aaron Sims Depo, August 15, 2022 ("Sims Depo") 62:4-10, 70:22-71:5, 91:15-17, 92:5-11.
[16] Complaint at 50.
[17] Complaint at 52.
[18] Complaint at 53; Matt Duffer Depo at 37:16.
[19] Complaint at 54; DEFS_0008260-61.
[20] Sims Depo, 19:4-16.
[21] Kennedy Depo, 52:6-9; 261:13-24.
[22] Kennedy Interview.
[23] *Id.;* Kennedy Depo, 57:24-68:10, 364:1-20.

Kennedy suspected that Sims had shared copies of the *Totem* scripts, concept art, and visual references with the Duffer Brothers, and that the Duffer Brothers had copied from those materials and used aspects of the *Totem* project in *Stranger Things*.[24]

After Kennedy's attempts to further investigate and resolve his concerns by communicating with Sims, Evergreen, Netflix and others failed, Plaintiff filed suit against Defendants on July 15, 2020,[25] later filing an amended complaint on October 12, 2020.[26]

## VI.   DISCUSSION

### A.   The Purpose and Importance of Concept Art

Based on my knowledge, training and experience, screenwriters, directors, and producers rely on concept art to develop and communicate visual representations of characters, environments, scenes and other key elements of a script, to promote a project for funding or sale, and to make sure everyone involved—storyboard artists, visual effects teams, special effects teams, cinematographers, set designers, prop designers, costume designers, and others—shares a common vision and understanding of the project.

Before creating concept art, an artist receives information and guidance from the development team, such as a script, outline, creative brief, reference images, and direction communicated in meetings, calls, emails and other communications. The artist then translates and distills all of that information into a range of visual depictions of the ideas and concepts developed by the client.

---

[24] Kennedy Interview; Kennedy Depo 365:3-372:1
[25] Complaint dated July 15, 2020 ("Original Complaint").
[26] Complaint.

The development of concept art is an iterative process, in which the development team collaborates with the artist across successive visual solutions until the best possible visualizations are realized. The creation of concept art often proceeds in tandem with continued development of the script, evolving dynamically as characters, story, and environments are added, removed, and revised.

Concept art initially establishes the visual aesthetic of a film, from the overall style, look, and feel, to specific details of the appearance of the characters, costumes, environments, props, vehicles, and action. All of these visual characteristics may be further refined or even supplanted as development and production proceed, but concept art is at minimum a visual foundation and starting point for further creative efforts.

Importantly, concept art is often critical to efforts to promote and market the script to studios, investors, directors, talent and others, and to demonstrate progress to existing investors. The visualizations of the characters and scenes can lend gravitas to the project and bring the narrative to life for people and companies contemplating support or involvement in the project. Concept art may later be adapted for use in marketing materials for a completed film.

B.     **Plaintiff's Concept Art**

As development of the *Totem* script progressed, Kennedy was convinced that high quality concept art would be critically important to the success of the project. Kennedy hoped that a skilled concept artist would bring his vision—and his characters—to life. [27]

To secure high quality concept art, Plaintiff contracted with Evergreen in February 2009 to design and create CGI characters, prepare key art and promotional art, prepare a first-class storyboard, assist with the

---

[27] Kennedy Interview.

development of the screenplay, and produce a 3-D demo.[28] In May 2009, Evergreen engaged concept artist Aaron Sims at The Aaron Sims Creative to, among other services, provide concept art, character design and a 3-D demo for *Totem*, then titled *Chain of Being*.[29]

Kennedy provided Sims with *Totem* scripts, visual references, and extensive background information, actively consulting with Sims on numerous revisions to the storyline and characters.[30] Collaborating closely with Kennedy, Sims created concept art for the *Totem* characters, environments, and key moments in the storyline.[31] In the process, Kennedy substantially revised the *Totem* script, based on feedback from Sims, Evergreen, outside consultants, and others.[32]

---

[28] Kennedy Depo, 21:17-24
[29] Complaint at 44
[30] Kennedy Interview; Complaint at 5; Kennedy Depo 79:20-24; 80:4-12, 106:11-107:10, 161:23-163:15, 257:5:-22; 266:21-267:3; Deposition of Aaron Sims Depo, August 15, 2022 ("Sims Depo") 62:4-10, 70:22-71:5, 91:15-17, 92:5-11.
[31] Kennedy Interview. Also, the concept art created by Aaron Sims for Plaintiff was registered by Kennedy as Copyright Reg. No. PA1-762-543 on December 27, 2010.
[32] Kennedy Interview; Kennedy Depo 79:20-24; 80:4-12, 106:11-107:10, 161:23-163:15, 257:5:-22; 266:21-267:3; Deposition of Aaron Sims Depo, August 15, 2022 ("Sims Depo") 62:4-10, 70:22-71:5, 91:15-17, 92:5-11.

Illustration B-01: Excerpt from Sims concept art for *Totem*[33]



Kennedy was so impressed and pleased with Sims' work product, vision, talent, and capabilities that when Plaintiff terminated its contract with Evergreen for non-performance in 2010, Kennedy approached Sims to continue and expand the working relationship.[34]

---

[33] Exhibit 10 to Complaint.
[34] Kennedy Depo, 287:4-24; 87:10-19, 93:2-93:4.

**C.**   **Sims' Collaboration with the Duffer Brothers**

After Kennedy shared his *Totem* scripts, visual references, and extensive information with Sims, and after Sims worked with Kennedy to extensively revise the *Totem* script and to create characters and concept art for Plaintiff, Sims was engaged by the Duffer Brothers (via Warner Brothers) to collaborate on their film, *Hidden*.[35] After that project, the Duffer Brothers invited Sims to collaborate with them on a project in development, initially entitled *Montauk.*[36] When the Duffer Brothers sold that project to Netflix, the Duffer Brothers ensured that Sims was engaged by Netflix to provide concept art, character design, and visual effects for the series, retitled *Stranger Things*.[37]

Sims collaborated with the Duffer Brothers on Season One and Season Two of *Stranger Things*, creating concept art, designing the monster Demogorgon, and producing visual effects.[38]

---

[35] Complaint at 53; Matt Duffer Depo at 37:16.
[36] Complaint at 54; DEFS_0008260-61.
[37] DEFS_0008297-98
[38] Kennedy Interview; Sims Depo, 19:4-16.

Illustration C-01: Sims' monster designs for *Stranger Things* and *Totem*[39]



### D.   After Identifying Similarities Between *Totem* and *Stranger Things*, Kennedy Investigates and Identifies Sims as a Potential Source

Kennedy was unaware that Sims was collaborating with the Duffer Brothers until he viewed the first season of *Stranger Things* and noted that Sims was credited for his work on the series.[40] After viewing Season 2, Kennedy was certain the Duffer Brothers had copied the *Totem* script, and he began an investigation to determine the means by which they obtained access to the script.[41] Kennedy ultimately concluded that there was only one explanation for the extensive similarities between *Totem* and *Stranger Things*: Sims must have shared Kennedy's scripts, concepts, and other information with the

---

[39] Exhibit 10 to Complaint.
[40] Kennedy Depo, 279:16
[41] Kennedy Interview; Kennedy Depo 57:24-68:10, 364:1-20.

Duffer Brothers while collaborating with them, first on *Hidden* and then on *Stranger Things*.[42] Kennedy testified that during his investigation, when he contacted Sims to discuss the matter in July 2019, Sims recommended that Kennedy retain legal counsel, and told him "It sucks when somebody else gets traction with your work." [43]

## E.    The Similarities

At Plaintiff's request, I reviewed the concept art for *Totem*, as well as the visual reference material provided by Kennedy to Sims. I further reviewed image comparisons produced by Plaintiff,[44] including screen captures created by Plaintiff, depicting still frames made by Plaintiff from scenes in various episodes of *Stranger Things*. In addition I reviewed the *Stranger Things* series on Netflix,[45] and reviewed pleadings, documents and materials listed in *Materials Considered*, attached as Exhibit B.

Based on my review, and on my knowledge, training and expertise, Plaintiff's selection, arrangement and combination of numerous elements in *Totem*, such as characters, plot, sequence, themes, settings, mood, and tone—as reflected in the *Totem* concept art—are also reflected, included, or referenced in scenes from *Stranger Things*.

For example:

- The alternate dimension in which the monster Azrael and associates reside in *Totem* is reflected in the alternate dimension in *Stranger Things* in which the monster Demogorgon and associates reside.
- The dark blue tinted cave in *Totem*, leading to the alternate dimension is reflected in the dark blue opening to the upside-down in *Stranger Things*.

---

[42] Kennedy Interview; Kennedy Depo 365:3-372:1.
[43] Kennedy Depo, 202:4; 275:25; 367:23; 371:15; 376:19.
[44] Exhibits 6, 9 and 10 to Complaint; Exhibit 1 to Declaration of Jeffrey Kennedy in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ Proc. 12(b)(6), December 29, 2020 ("Kennedy Decl."); 2022-08-01 ARTWORK COMPARISON EXHIBIT 1.pdf
[45] Season 1, 2, 3, 4 (to E8), as of September 21, 2022.

- A monster finding its way into the real dimension in *Totem* is reflected in a monster finding its way into the real dimension in *Stranger Things*.
- The forested hills surrounding the town in *Totem* are reflected in the forested hills surrounding the town in *Stranger Things*.
- The small town setting in *Totem* is reflected in the small town setting in *Stranger Things.*
- The abduction of Autumn from a shed in *Totem* is reflected in the abduction of Will from a shed in *Stranger Things*.
- The style and arrangement of the house, yard, and shed in *Totem* is reflected in the style and arrangement of the house, yard, and shed in *Stranger Things*.
- The industrial setting on the outskirts of town in *Totem* is reflected in the industrial setting on the outskirts of town in *Stranger Things*.
- The nature of the activity in the psychiatric hospital in *Totem* is reflected in the nature of the activity in the laboratory in *Stranger Things*.
- The car crash of a bully character in an industrial area in *Totem* reflects the car crash of a bully character in an industrial area in *Stranger Things*.
- Kimi, a pre-teen female character in *Totem,* is reflected in Eleven, a pre-teen female character in *Stranger Things*.
- The bald appearance of Kimi, a female character in *Totem's* concept art, is reflected in the bald appearance of Eleven, a female character in *Stranger Things*.
- The seizures experienced by Jackson in *Totem* are reflected in the seizure-like contortions of Will in *Stranger Things*.
- The escape from an institution in *Totem* is reflected in the escape from an institution in *Stranger Things*.
- The conflict with federal authorities in *Totem* is reflected in the conflict with federal authorities in *Stranger Things*.
- The setting of the rocky cavern in *Totem* is reflected in the setting of the rocky cavern in *Stranger Things*.
- The manner in which the monster Azrael's mouth opens in *Totem* is reflected in the manner in which the monster Demogorgon's mouth opens in *Stranger Things.*
- The use of electricity to indicate a presence in *Totem* is reflected in the use of electricity to indicate a presence in *Stranger Things*.
- The use of plot devices such as a totem, garden gnome, and axe in *Totem* is reflected in the use of a totem, garden gnome and axe in *Stranger Things*.
- The use of Autumn's dream drawings in *Totem* to locate a cavern is reflected in the use of Will's vision drawings to locate tunnels in *Stranger Things*.
- The use of a heat treatment to heal Nerowe in *Totem* is reflected in the use of a heat treatment to heal Will in *Stranger Things*.

19

- The monster's control over Jackson in *Totem* is reflected in the monster's control over Will in *Stranger Things*.
- The opening and closing of gateways or portals to an alternate dimension in *Totem* is reflected in the opening and closing of gateways or portals to an alternate dimension in *Stranger Things*.
- The appearance of butterflies in *Totem* as evidence of supernatural powers is reflected in the appearance of butterflies in *Stranger Things* as evidence of supernatural powers.

Based on my knowledge, training and experience, the quantity and combination of similarities between elements depicted or referenced in Plaintiff's Totem concept art and elements embodied in various scenes and episodes of *Stranger Things* is uncanny, and is indicative of Defendants' appropriation of Plaintiff's selection and arrangement of elements from *Totem*.

## VII.   RIGHT TO SUPPLEMENT

My opinions hereinabove are to a reasonable degree of certainty for a visual and performing arts  expert, based on my training, education, knowledge experience, and review of the materials listed in *Materials Considered* (Exhibit B). I understand that Defendants may offer expert testimony to support Defendants' claims and defenses in the Matter, and I expect that additional information and documents may come to light subsequent to my submission of the Report. If requested by Plaintiff, I may offer supplemental reports and/or rebuttal testimony to the opinions expressed by Defendants and Defendants' experts, in accordance with the Court's scheduling order.

Respectfully Submitted,

_____   September 22, 2022
Professor Jeffrey Sedlik

20

Index to Exhibits

A        Professor Jeffrey Sedlik Curriculum Vitae

B        List of Materials Considered

**EXHIBIT A**

**PROFESSOR JEFFREY SEDLIK**
**Curriculum Vitae**

## Contact Information

Mailing Address     145 North Sierra Madre Boulevard, Studio 4, Pasadena, California 91107 USA
Telephone           626.808.0000 (LA)    212.447.1255 (NYC)    213.716.6627 (Cell)
Email               expert@sedlik.com

## About Professor Sedlik

President & CEO of the PLUS Coalition, the international standards body for the licensing of visual artworks. Professional photographer, educator, publisher, forensic analyst, graphic designer, product designer, expert witness, fundraiser, negotiator, and consultant. Past National President of the Advertising Photographers of America (APA), a leading trade association in the commercial photography industry. APA Chief Advisor on Licensing and Copyright. 2005 Photography Industry Leadership Award, International Photography Council.  2006 Photography Person of the Year, Photo Media Magazine. 2007 Industry Leadership Award, Advertising Photographers of America.

Advises clients on industry trends, business practices, copyright and contract issues, branding, fair use, copyright registration validity, public domain works, moral rights, work-made-for-hire, merchandising/packaging infringements, Creative Commons,  asset identification systems, asset management systems, asset licensing systems, stock photography industry practices and methodologies, metadata standards, rights languages, valuation of photographs/photography, illustrations, graphic designs, and other visual artworks and related services, licensing, rights of publicity/privacy, social media technologies and terms, web project development, investment and acquisition opportunities, strategic partnerships, art history, historical practices and technologies in photography, image recognition search, research of digital and traditional photographic and design techniques and workflows, sourcing and identifying historic photographs and photographs of historic subject matter (events, persons, locations, etc.), repair and restoration of photographic prints, forensic analysis of photographs and videos, graphic design, product design, publishing, photography-related software design, patents of photography-related technologies and procedures, and product manufacture. Provides expert witness and consulting services on these and other matters related to photography, illustration, visual art, advertising, design, and the modeling industry.  Provides expert testimony on actual damages, statutory damages, causal nexus for disgorged profits, and other damages and liability arising from breach of contract, infringement of copyright, trade dress, trademark, removal/alteration/falsification of copyright management information, DMCA violations, rights of publicity/privacy, loss/damage/theft of visual artworks, image manipulation, creative expression, original authorship, substantial similarity, independent economic value, employment status, sale tax and other issues. Provides photogrammetric services and forensic analysis of images and video.  Serves as a Professor at the Art Center College of Design.  An accomplished and experienced educator, conducts advanced seminars and workshops for professionals, and teaches college-level courses on copyright, licensing, advertising, design and related business practices.

## Professional Experience

**PLUS Coalition, Inc.**, 2005 – Present.  Serves as President and CEO for the global standards body for the image

licensing industries. A non-profit organization, Picture Licensing Universal System ("PLUS") is dedicated to the development and maintenance of international licensing standards and systems in the photography, illustration, publishing, advertising, graphic design, museum, library, and education communities in 120 countries. Directed recruitment of trade organizations and other interested parties worldwide and supervised development and implementation of licensing standards, and development of a global rights registry.

**PLUS Coalition, LTD.**, 2005 – Present.  Serves as President, CEO and Director of the London-based subsidiary of the PLUS Coalition, Inc.

**Sedlik Productions/Sedlik Design,** 1986 – Present. Serves as President of a leading commercial photography, design, and film production company.  Also serves as Producer, Director, Photographer, and Director of Photography, creating photography, film and video productions for advertising agencies, graphic design studios, the entertainment industry, and other clients. Operates SedlikStock, a subsidiary dedicated to licensing existing Sedlik images for advertising, editorial and merchandizing usage via affiliates including stock photography agencies and publishers. Maintains relationships with major photography industry manufacturers, testing and demonstrating analog and digital equipment and software. Provides graphic design, advertising design and product design and manufacturing services.

**Partial Client List- Sedlik Productions/Sedlik Design**

**Clients:** 3m; 20th Century Fox; A&E Television Network; ABR Information Services; Alpo; AmSouth Bank; Andazia, Inc; Arista Records; Association of Tennis Professionals; AT&T; Avery Dennison; Bank of America; Barrington Music Products; BBC;  Blue Cross; BMG/RCA Records; Bristol Myers Squibb; Buena Vista Pictures; Bureau of Census; CareAmerica; Chesebrough-Ponds; CBS/Sony Music; Cedars Sinai; Century 21; Cherokee; Columbia Pictures; Computer Associates; Concord Records; Conroy's Florist; Direct TV; Disney; Doubleday; Dreyfus; Epson; Essilor; Farmers Insurance; Federal Express; Fitzgerald-Hartley Co.; Ford; Gannon/Hartley; Geffen Records; Georgia Pacific; Great Performances; Great Western Bank; GRP Records; GTE; Guinness Museum; Hanna-Barbera; Harcourt Publishers; Hopper Papers; Ikea; Infiniti Automobiles; Island Records; Janssen Pharmaceuticals; JVC Musical Industries; Kraft Food Products; Korg, Inc.; LaFace Records; Laura Ashley; Levi Strauss; Mark Taper Forum; Missouri Historical Society; MCA Records; MCA International; Metro Goldwyn Mayer; Microsoft; Motion Picture & TV Fund; Movieland; MSN; MTM Entertainment; MTV Networks; Navisite; NBC Television; Neenah Paper; Nestle'; New World Pictures; Nike; Pacific Bell; Palm Press; Paramount Pictures; Phillip Morris; Polygram Records; Pomegranate Books; Potlatch; Prentice-Hall; San Diego Zoo; Schering Plough; SBC; Signature Eyewear; Smithsonian Institution; Sony Inc.; Southern Natural Gas; Spanish Tourism Office; Sugar Hill Records; Taco Bell; Telarc International; Toyota; Turner Broadcasting; U. C. Press; United Airlines; United Way; Universal Studios; VH-1; Warner Brothers Records; Web TV; Windham Hill Records; Word Records; World Savings; Yamaha; Zellerbach; Ziff-Davis; Zildjian

**Advertising Agencies & Design Firms:** Alan Sekuler & Associates; Asher Gould; BBDO;  Bozell, Brierley & Partners; Brooks-Gruman Advertising; Campbell, Mithun, Esty; Cline, Davis, & Mann; Cross & Associates Design; Dailey & Associates; Davis, Elen; Daymark; DDB Needham, Worldwide; Deutsch; Douglas Oliver Design; DVC Marketing; DZN; The Design Group; East/West Network; Fitzgerald & Associates; FKQ Advertising; FP Horak Advertising; Foote, Cone, & Belding; GBF Ayer; Goodby Silverstein; Grey Advertising; Hill & Knowlton; Huerta Design; Ikkanda Design; Interbrand; J. Walter Thompson; Kang & Lee; Kaufman/Stewart; Ketchum Advertising; Klemtner Advertising; Kovel Kresser; Kuester Group; Lehman Millet, Inc; Lintas Campbell Ewald; Mangos; Mediatrix; Melia Design Group; Ogilvy & Mather; OZ Advertising; Phillips Ramsey; Poppe-Tyson; Potter Katz & Partners; John Ryan Company; Saatchi & Saatchi; Seineger Advertising; Slaughter Hanson; SmithKlein Beecham; Strike Group; Team One Advertising; Team Creatif; Torre Lazur; Tracy-Locke; Tribe Design; Vrontikis Design; White Rhino Advertising;

Young & Rubicam

**Editorial:** American Film; Arts & Entertainment; CD Review; Cosmopolitan; Details; Downbeat; Elle; Entertainment Weekly; Glamour; GuestInformant; Imperial Press; In Focus; Interiors & Sources; Jazziz; Jazz Times; Life; Los Angeles Magazine; Los Angeles Times Magazine; Mirabella; Music Connection; Newsweek; Photo District News; People; Premiere; Pulse; Q Magazine; Rolling Stone; Select; Spin; Time-Life

## Other Professional Experience

**Copyright Public Modernization Committee (CPMC) of the Library of Congress.** 2021 – Present. Appointed by Librarian of Congress Carla Hayden to serve as her advisor on the modernization of the Copyright Office.

**Linked Content Coalition, (LCC)** 2013 – Present.  Serves as a Founding Director of the Linked Content Coalition (LCC), a UK-based, not-for-profit global consortium of standards bodies and registries. LCC members are organizations engaged in creating and managing data standards associated with content of one or more types, particularly for identifiers, metadata, and messaging. The purpose of the LCC is to facilitate and expand the legitimate use of content in the digital network through the effective use of interoperable identifiers and metadata.

**American Society of Collective Rights Licensing (ASCRL),** 2014 – Present. Serves as Founding Director of ASCRL, a non-profit collecting society engaged in collecting and distributing  foreign and domestic royalties to authors and copyright owners in visual works in the United States.

**Copyright Alliance (CA),** 2016 – Present. Serves as Board member on the Copyright Alliance Creators Advisory Board and Academic Advisory Board, collaborating with leading organizations and experts in the creative industries on copyright-related issues including education, legislation, advocacy, and other efforts.

**Advertising Photographers of America (APA)**. Served as National President , 2000 – 2002. Directed and supervised all operations of the largest trade organization representing advertising photographers, leading more than seventy volunteer board members located in all areas of the country. Advised federal and state legislators, and senior officials at the Small Business Administration and US Copyright Office. Serve  as Chair of the Model Release Working Group, charged with developing international standards for model releases, communication of usage rights,  and model release workflow. Served on the Board of Directors of the APA Los Angeles Chapter, and on that chapter's Legal and Legislative Committee, Advocacy Committee and Sales Tax Committee. Serve as Chief Advisor on Licensing and Copyright, 2002 – 2012, and 2018 – Present.

**Beijing Intellectual Property Expertise Center of Judicature (JZSC)**, 2007 – Present. Advisor to Chinese governmental agency and the People's Court of China on intellectual property issues in China.

**IPTC Photo Metadata Working Group,** 2006 – Present. Active participant in the International Press Telecommunications Council (IPTC) standards body. Member of the IPTC Photo Metadata Working Group, charged with establishing and maintaining standards for embedded metadata in digital photographs. Co-authored the IPTC Photo Metadata White Paper 2007 and the IPTC-PLUS Photo Metadata Toolkit.

**Universal Photographic Digital Imaging Guidelines (UPDIG),** 2004 – Present.  Active participant in working group charged with developing worldwide standards in the commercial application of digital imaging technologies.

**Consultant and Expert Witness,** 2000 – Present. Provide consulting services, forensic analysis and expert

testimony on legal, business, and technical matters related to digital and traditional photography, illustration, marketing, and other topics.

**United States Copyright Office**, 2008 – Present. Advises senior staff members on topics including copyright registration, regulatory, re-engineering and professional workflow issues. Alpha test consultant for online electronic copyright registration system.

**Adobe Photographer's Council,** 2004 – 2010. Advised Adobe Systems on matters related to Adobe products and services, including digital photography technologies, stock photography, and industry standards.

**Adobe Pre-release Testing,** 2004 – Present. Provides pre-release testing services to Adobe, both alpha and BETA testing of Adobe products and services.

**Founder, Digital Technology Advisory Council**, 2002. Founded advisory council comprised of high-level representatives from each of the leading photography industry manufacturers.

**Advisory Board Member, WorkbookStock,** 2000 – 2006. Served on the advisory board of WorkbookStock, a leading stock photography agency. Consulted on the development of a vendor contract, copyright registration procedures, and web interface.

**Advisory Board Member, Exactly Vertical**, 1998 – 2000. Served on the advisory board of Exactly Vertical, a company offering interactive business management solutions for photographers. Consulted on issues including web interface, software design, copyright registration, merchandizing, stock licensing, photographers' workflows, and branding.

**Other, 1996 – Present:** Numerous additional consulting  engagements under NDA, including the identification and analysis of investment opportunities, strategic partnerships, acquisition targets, product development and launch strategies, advisory council recruitment, fundraising, negotiations, mediation, and deal brokering.

## Awards & Recognition

**APA Photography Industry Leadership Award,** 2007. Presented by Advertising Photographers of America.

**Photography Person of the Year,** 2006. Presented by Photo Media Magazine.

**ICP Photography Industry Leadership Award,** 2005. Presented by the International Photography Council, a non-governmental organization of the United Nations.

**Mamiya Award of Excellence in Photo Education**, 1999. Recognized as a leading arts educator. Selected from all college-level photography instructors, nationwide.

**The Clio Awards. Silver Clio, Director of Photography, Rich Media Advertising**, 1999.

**Selected Additional Awards and Recognition:** Print's Regional Design Annual. Award of Excellence, 1999; Ozzie Awards. Silver Ozzie for Best Photography, 1999; Art Directors Club. Excellence in Photography, 1999; Art Directors Club. Excellence in Photography, 1999; PDN/Nikon Award of Excellence in Self Promotion, 1998; Advertising Photographers of America. Best in Show, 1998; Communication Arts Award of Excellence in Editorial

Photography, 1998; The One Show Award for Excellence in Advertising, 1997; Communication Arts Award of Excellence, Unpublished Work, 1997; Communication Arts Award of Excellence in Self Promotion, 1996; Communication Arts Award of Excellence in Advertising Photography, 1994; Communication Arts Award of Excellence, Book Series, 1993; Art Direction Magazine Creativity Award, 1992; Communication Arts Award of Excellence in Editorial Photography, 1992; Communication Arts Award of Excellence in Advertising Photography, 1991; Communication Arts Award of Excellence in Editorial Photography, 1990; Art Direction Magazine. Creativity Award, 1990.

## Articles Authored

**ASMP Professional Business Practices in Photography, 2008.** Contributing author.

**United States House Judiciary Committee.** "The Orphan Works Dilemma: Challenges & Recommendations," 2006. Treatise submitted to the House Judiciary Committee by invitation of the General Counsel, in relation to the U.S. Copyright Office "Report on Orphan Works."

**Photo District News.** Contributor to Photo District News, the photography industry's primary trade publication. Authored the "Ask the Expert" column, writing on subjects of business management, licensing, copyright, and creativity.

**In Focus.** Contributor to In Focus Magazine, the magazine of the Advertising Photographers of America, writing on subjects including business management, industry trends, protecting the value of photography, licensing, copyright, creativity.

**Wraparound.** Founder and regular contributor to Wraparound Magazine, writing on legal and business topics.

**APA/LA News Magazine.** Contributor to the news magazine published by the Advertising Photographers of America, Los Angeles Chapter.

**Photo Media.** "Get Down to Business" Fall, 2000

**IPTC Photo Metadata White Paper 2007.** Co-author.

## Professional Societies

**Advertising Photographers of America (APA)**

**American Institute of Graphic Arts (AIGA)**

**American Society for Collective Rights Licensing (ASCRL)**

**American Society of Media Photographers (ASMP)**

**American Society of Picture Professionals (ASPP)**

**Copyright Alliance (CA)**

**Copyright Society of the United States of America (CSUSA)**

**Photography Instructors Education Association (PIEA)**

**PLUS Coalition, Inc. (PLUS)**

**Pro Imaging (PI)**

## Selected Speaking Engagements

**American Photographic Artists,** 2020. *"Why Register Copyright?"*

**United States House of Representatives, Committee on the Judiciary,** 2020. Testimony on proposed amendments to the Copyright Act.

**United States Copyright Office**, 2020. Invited speaker on the development and efficacy of Standard Technical Measures and Copyright Management Information under the Digital Millennium Copyright Act.

**United States Senate, Committee on the Judiciary, Subcommittee on Intellectual Property,** 2020. Testimony on proposed amendments to the Copyright Act.

**Copyright Society of the USA,** 2019. "Expert Witnesses in Copyright Matters"

**Copyright Society of the USA - Copyright Technology Conference**, 2019**.** "Rational Approaches to Online Image Licensing."

**Copyright Society of the USA,** 2018. "Perfect Storm: Embedding, Linking and Copyright Infringement."

**United States Department of Commerce,** 2018. "Developing the Marketplace for Copyright Works: Licensing and Monetization."

**American Society of Media** Photographers, 2018. "Understanding New Copyright Regulations for Group Registration of Photographs"

**United States Copyright Office,** 2017. "Original Expression and Authorship in Photography."

**Photo+ Expo,** 2017. "They Stole My Work. Now What?"

**Copyright Society of the USA,** 2017.  Mid-winter Meeting**. "**TMI About CMI: The Rash of Recent Claims Under Section 1202 Regarding Removal of Copyright Management Information.

**United States Copyright Office,** 2016. "Copyright Licensing in the Visual Arts."

**International Federation of Reproduction Rights Organizations (IFRRO),** 2016**.** Annual General Meeting. "Licensing Reproduction Rights."

**Joint Photographic Experts Group (JPEG),** 2016. JPEG Committee Meeting – JPEG Privacy & Security Workshop:

"Embedded Rights Metadata in Photographs."

**Duke University Law School and New York University Law School**, 2016. "Copyright Office for the 21ˢᵗ Century: Registration and Recordation Functions"

**United States Copyright Office,** 2016.  California Roundtable on Section 512: "Applicable Legal Standards," "Scope and Impact of Safe Harbors," "Technological Standards and Solutions."

**Legal Issues in Museum Administration Conference,** 2015. Smithsonian Institution. "Copyright Clearance and Cultural Heritage."

**International Press Telecommunications Council (IPTC) Conference,** 2015. "The Application of Rights Metadata in Photographs."

**Initiative for a Competitive Online Marketplace (ICOMP),** 2015. "How the Digital and Creative Economies Can Prosper Together."

**International Federation of Reproduction Rights Organizations (IFRRO),** 2015**.** Annual General Meeting. "Measuring the Use of Visual Works."

**United States Patent and Trademark Office,** 2015. **"**Copyright, Culture, Art and Science in the Digital Age: Hot Topics in the Visual Arts. Painting, Photography and Sculpture – Toward a Copyright Hub."

**Stanford University Law School,** 2014-2015. Copyright Practicum: **"**Copyright in Visual Artworks Identification, Metadata, Registration, Licensing."

**United States House of Representatives Judiciary Subcommittee on the Courts, Intellectual Property, and the Internet**, 2014. Testimony at hearing entitled "Preservation and Reuse of Copyrighted Works."

**United States Copyright Office**, 2014. "Orphan Works & Mass Digitization Round Table."

**United States Copyright Office:** 2014. "US Copyright Office Recordation Reengineering Roundtable."

**International Confederation of Societies of Authors and Composers (CISAC).** 2013. "World Creators' Summit - Orphan Works:  Balancing Access and Creator's Rights."

**International Press Telecommunications Council (IPTC). IPTC Metadata Conference**, 2013. "Metadata Technology. What the Future Might Bring."

**California Visual Resources Association Conference**, 2014. Image Rights: "Leveraging Rights Metadata to Maximize Access and Minimize Liability."

**United States Patent and Trademark Office.** 2013. "Copyright Policy, Creativity, and Innovation in the Digital Economy."

**National Association of Recording Merchandisers (NARM) Conference,** 2013. "Managing Photographic and Video Archival Assets."

**Advertising Photographers of America (APA)**, 2013. "Social Media, the PLUS system, and Strategic Licensing in the Internet Age."

**Copyright and Technology Conference, 2012**. Rights Registries and Copyright Hubs: "The Holy Grail, or the Enemy of the Good?"

**ICON LA Illustration Conference**, 2010. "Illustrators and Copyright."

**Picture Archive Council of America, International Conference**, 2004.  Image Licensing in the 21st Century

**Createasphere EXPLORE Entertainment Technology Exposition**, 2010. Digital Asset Management Workflows

**American Society of Media Photographers**, 2010. Copyright and the New Economy: Issues Facing Visual Artists

**Photo+ Expo**, 2009. "Strategic Copyright Licensing."

**Museum Computer Network**, 2009. "Copyright in the Cultural Heritage Sector."

**Smithsonian Institution**, 2009. "Beyond the Copyright Field: Current Trends in Rights and Licensing Metadata."

**Photo Marketing Association**, 2008. "Breakthroughs in Photo Archiving using Metadata"

**Picture Archive Council of America International Conference**, 2008. "Copyright in the Stock Image Industry."

**Henry Stewart DAM Symposium**, 2008. "Rights, Images and PLUS: Challenges & Solutions"

**IDEAlliance XMP Open Content Metadata Summit**, 2008. "Leveraging XMP to Advance Industry Standards"

**Picture Archive Council of America**, 2007. "Finding  Common Ground: Setting Standards in a Time of Change."

**Library of Congress**, 2007. "Image Preservation with PLUS."

**Japan Photographer's Union**, 2007. "Photography & Copyright: International Issues."

**Digital Library Federation, Fall Forum**, 2007. "Facilitating Fair Licensing of Digital Images,Determining Copyright."

**Museum Computer Network Conference**, 2007. "Museums and Intellectual Property: Challenges and Solutions."

**IDEAlliance XMP Open Content Metadata Summit**, 2007. "Advanced Metadata Workflow Strategies."

**American Society of Picture Professionals, Education Conference**, 2006.  "Strategic Licensing: The Art & Science of Maximizing Your Profits."

**International Press Telecommunications Council (IPTC) Conference**, 2006. "PLUS and IPTC, Collaborating on Rights Metadata Standardization."

**Coordination of European Picture Agencies Press Congress (CEPIC) Conference**, 2006. "Implementing International Standards in Image Licensing."

**Oxford University**, 2006.  "Digital Object Identifiers and Copyright."

**Miscellaneous Events and Engagements,** 1977 – Present. Invited speaker/panelist at the industry's major trade shows, speaking on topics including copyright, licensing, advertising, branding, design, publishing, product development, self-promotion, stock image licensing and technical issues. Lectured on photography at LAUSD Community Adult School. Speaks before groups of photographers and creatives worldwide. Wrote and produced the APA "Real World" seminar series on topics ranging from estimating, to licensing, to producing. Participated in the development of Digital Imaging for Photographers, a leading seminar series dedicated to cutting- edge digital techniques and equipment.  Speaker at the "PDN on the Road" seminar series, on copyright, licensing, and stock photography.  Speaker at the ASMP Strictly Business Workshops, ASMP Copyright Symposiums, Copyright & Technology Conferences, Digital Asset Management Conferences, World Copyright Summits, Copyright Office Roundtables, and many other events.

---

## Foundation, Community Service and Charitable Work

**Warren King Foundation**, President, 2000–2002. Created foundation providing endowed photography scholarships to promising photography students. Produced a fundraising event attended by photographers, educators, government officials and media. Lobbied Los Angeles Unified School District to re-launch abandoned arts education programs in local schools. Arranged for an arts teacher to receive a lifetime achievement award at the Kennedy Center.

**Other Community Service and Charitable Work.** Conduct visiting lectures on the art and history of photography for elementary school students in the Los Angeles Unified and Pasadena Unified School Districts. Judge photography exhibitions at the high school, college, and amateur, and professional levels.  Photograph pro-bono or reduced-fee public service campaigns for charitable organizations such as the LA Times "Reading by Nine" program, Jewish Family Services, Motion Picture and Television Fund, United Way, and others. Volunteered time to leadership in the Boy Scouts and public schools. Donated original photographic prints to each of the Focus on Aids annual fundraising auctions 1987-2003, Woodcraft Rangers, Pediatric Aids Foundation, and other vital charitable organizations.

**Boy Scouts of America,** Eagle Scout, 1972-1977.

---

## Academic

**Continuing Education,** 1986-Present. Attends workshops and seminars on business, legal and technical issues affecting photographers, illustrators, designers, and other visual creators, with an emphasis on intellectual property, business management, stock photography, and digital technology courses. Consults with manufacturers and distributors in testing new equipment and software applications  to stay abreast of the latest developments in digital imaging, design, and manufacturing technologies.

**Brooks Institute,** 2008, MFA, HC.

**Art Center College of Design,** 1986,  BFA.

**University of California at Santa Barbara,** 1980-1983, Liberal Studies major with emphasis in Art, Art History, Economics, Business Management.

**EXHIBIT B**

**MATERIALS CONSIDERED**

| Type | Description | Reference |
|---|---|---|
| Artwork Comparison Exhibit | ARTWORK COMPARISON - EXHIBIT #1 | NA |
| Court Order | ORDER TO CONTINUE TRIAL AND EXTEND ALL PRE-TRIAL DEADLINES | NA |
| Copyrighted Artwork from USCO | COPYRIGHTED ARTWORK FROM USCO (IRISH 05000-05022) | IRISH 05000-05022 |
| Copyrighted Video | COPYRIGHTED VIDEO FROM USCO (IRISH 05184) | IRISH 05184 |
| Copyrighted Video | COPYRIGHTED VIDEO FROM USCO (IRISH 05185) | IRISH 05185 |
| Copyrighted Video | COPYRIGHTED VIDEO FROM USCO (IRISH 05186) | IRISH 05186 |
| Depo Transcript | TRANSCRIPT OF DEPOSITION OF ROSS DUFFER | NA |
| Depo Transcript | TRANSCRIPT OF DEPOSITION OF MATT DUFFER | NA |
| Depo Transcript | TRANSCRIPT OF DEPOSITION OF AARON SIMS | NA |
| Depo Transcript | TRANSCRIPT OF DEPOSITION OF STEFFEN REICHSTADT | NA |
| Complaint | FIRST AMENDED COMPLAINT FOR DAMAGES | NA |
| Answer | DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT | NA |
| Court Order | COURT ORDER ON PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO DOCUMENT REQUESTS | NA |
| Declaration | DECLARATION OF AATON SIMS PURSUANT TO AUGUST 3, 2022 COURT ORDER | NA |
| RFA | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR ADMISSION (SET ONE) TO DEFENDANT MATT DUFFER | NA |
| RFP | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR PRODUCTION (SET ONE) TO DEFENDANT MATT DUFFER | NA |
| Interrogatories | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S SPECIAL INTERROGATORIES (SET ONE) TO DEFENDANT MATT DUFFER | NA |
| RFP | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR PRODUCTION (SET TWO) TO DEFENDANT MATT DUFFER | NA |
| RFA | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR ADMISSION (SET ONE) TO DEFENDANT ROSS DUFFER | NA |
| RFP | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR PRODUCTION (SET ONE) TO DEFENDANT ROSS DUFFER | NA |
| Interrogatories | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S SPECIAL INTERROGATORIES (SET ONE) TO DEFENDANT ROSS DUFFER | NA |
| RFP | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR PRODUCTION (SET TWO) TO DEFENDANT ROSS DUFFER | NA |
| RFA | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR ADMISSION (SET ONE) TO DEFENDANT AARON SIMS | NA |
| RFP | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR PRODUCTION (SET ONE) TO DEFENDANT AARON SIMS | NA |
| Interrogatories | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S SPECIAL INTERROGATORIES (SET ONE) TO DEFENDANT AARON SIMS | NA |
| RFP | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR PRODUCTION (SET TWO) TO DEFENDANT AARON SIMS | NA |
| RFA | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR ADMISSION (SET ONE) TO DEFENDANT NETFLIX, INC. | NA |
| RFP | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR PRODUCTION (SET ONE) TO DEFENDANT NETFLIX, INC. | NA |
| Interrogatories | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S SPECIAL INTERROGATORIES (SET ONE) TO DEFENDANT NETFLIX, INC. | NA |
| Interrogatories | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S SPECIAL INTERROGATORIES (SET TWO) TO DEFENDANT NETFLIX, INC. | NA |
| RFP | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR PRODUCTION (SET TWO) TO DEFENDANTS NETFLIX, INC. AND NETFLIX STREAMING SERVICES, INC. | NA |
| RFA | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR ADMISSION (SET ONE) TO DEFENDANT 21 LAPS, INC. | NA |
| RFP | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR PRODUCTION (SET ONE) TO DEFENDANT 21 LAPS, INC. | NA |
| Interrogatories | PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S SPECIAL INTERROGATORIES (SET ONE) TO DEFENDANT 21 LAPS, INC. | NA |
| RFA Responses | DEFENDANT MATT DUFFER'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE | NA |
| RFP Responses | DEFENDANT MATT DUFFER'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE | NA |

**MATERIALS CONSIDERED**

| Type | Description | Reference |
|---|---|---|
| Interrogatory Responses | DEFENDANT MATT DUFFER'S RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE | NA |
| RFA Responses (Amended) | DEFENDANT MATT DUFFER'S AMENDED RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE | NA |
| Interrogatory Responses (Supplemental) | DEFENDANT MATT DUFFER'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE | NA |
| RFP Responses | DEFENDANT MATT DUFFER'S RESPONSES TO PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR PRODUCTION, SET TWO | NA |
| RFA Responses | DEFENDANT ROSS DUFFER'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE | NA |
| RFP Responses | DEFENDANT ROSS DUFFER'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE | NA |
| Interrogatory Responses | DEFENDANT ROSS DUFFER'S RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE | NA |
| RFA Responses (Amended) | DEFENDANT ROSS DUFFER'S AMENDED RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE | NA |
| Interrogatory Responses (Supplemental) | DEFENDANT ROSS DUFFER'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE | NA |
| RFP Responses | DEFENDANT ROSS DUFFER'S RESPONSES TO PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR PRODUCTION, SET TWO | NA |
| RFA Responses | DEFENDANT AARON SIMS'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE | NA |
| RFP Responses | DEFENDANT AARON SIMS'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE | NA |
| Interrogatory Responses | DEFENDANT AARON SIMS' RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE | NA |
| RFA Responses (Amended) | DEFENDANT AARON SIMS'S AMENDED RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE | NA |
| Interrogatory Responses (Supplemental) | DEFENDANT AARON SIMS' SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE | NA |
| RFP Responses (Supplemental) | DEFENDANT AARON SIMS'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE | NA |
| RFP Responses | DEFENDANT AARON SIMS' RESPONSES TO PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR PRODUCTION, SET TWO | NA |
| RFA Responses | DEFENDANT NETFLIX, INC.'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE | NA |
| RFP Responses | DEFENDANT NETFLIX, INC.'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE | NA |
| Interrogatory Responses | DEFENDANT NETFLIX, INC.'S RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE | NA |
| Interrogatory Responses (Supplemental) | DEFENDANT NETFLIX, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE | NA |
| Interrogatory Responses | DEFENDANT NETFLIX, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S SPECIAL INTERROGATORIES, SET TWO | NA |
| Interrogatory Responses (Amended) | DEFENDANT NETFLIX, INC.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S SPECIAL INTERROGATORIES, SET TWO | NA |
| Interrogatory Responses (Second Amended) | DEFENDANT NETFLIX, INC.'S SECOND AMENDED AND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S SPECIAL INTERROGATORIES, SET TWO | NA |
| RFP Responses | DEFENDANT NETFLIX, INC.'S RESPONSES TO PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S REQUESTS FOR PRODUCTION, SET TWO | NA |
| Interrogatory Responses (Third Amended) | DEFENDANT NETFLIX, INC.'S THIRD AMENDED AND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF IRISH ROVER ENTERTAINMENT, LLC'S SPECIAL INTERROGATORIES, SET TWO | NA |
| RFA Responses | DEFENDANT 21 LAPS, INC.'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE | NA |
| RFP Responses | DEFENDANT 21 LAPS, INC.'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE | NA |
| Interrogatory Responses | DEFENDANT 21 LAPS, INC.'S RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE | NA |

**MATERIALS CONSIDERED**

| Type | Description | Reference |
|---|---|---|
| RFA Responses (Amended) | DEFENDANT 21 LAPS, INC.'S AMENDED RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE | NA |
| Interrogatory Responses (Supplemental) | DEFENDANT 21 LAPS, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE | NA |
| Photos | ASC FULL TOTEM ARCHIVE | NA |
| Depo Transcript | TRANSCRIPT OF DEPOSITION OF JEFFREY KENNEDY (VOL. I) | NA |
| Depo Transcript | TRANSCRIPT OF DEPOSITION OF JEFFREY KENNEDY (VOL. II) | NA |
| Depo Exhibit | DUFFER BROTHERS INTERVIEW | IRISH 004963 |
| Depo Exhibit | DUFFER BROTHERS INTERVIEW (WHITE HOUSE) | IRISH 004966 |
| Depo Exhibit | ASC INTERVIEW | IRISH 004970 |
| Video | MONTAUK TRAILER | DEFS 0009193 |
| Pilot Script | MONTAUK PILOT SCRIPT | NA |
| Look Book | MONTAUK LOOK BOOK | NA |
| Exhibit | TOTEM PROJECT DEVELOPMENTS & ACCESS | NA |
| Exhibit | TOTEM SIMILARITIES IN SELECTION & ARRANGEMENT | NA |
| Exhibit | TOTEM DIALOGUE SIMILARITIES | NA |
| Declaration | DECLARATION OF JEFFREY KENNEDY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS | NA |
| Document Production | IRISH ROVER DOCUMENT PRODUCTION [IRISH 2679-2900] | IRISH 2679-2900 |
| Streaming Series | Stranger Things - Netflix Seasons 1-4 (E8) | |
| Interview | Telelphonic Interview of Jeffrey Kennedy | |