BOREN, OSHER & LUFTMAN LLP
Jeremy J. Osher (SBN 192109)
josher@bollaw.com
Aaron M. Gladstein (SBN 266287)
agladstein@bollaw.com
Matthew K. Tom (SBN 324298)
mtom@bollaw.com
222 North Pacific Coast Highway, Suite 2222
El Segundo, CA 90245
Telephone: (310) 322-2021
Facsimile: (310) 322-2228

Attorneys for Plaintiff
IRISH ROVER ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS ENTERTAINMENT, a business entity, form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-06293-CBM-PLA<br>(Assigned to Hon. Consuelo B. Marshall)<br><br>**JOINT STIPULATION REQUESTING LEAVE TO RESUBMIT UNDER SEAL CERTAIN DOCUMENTS INADVERTENTLY FILED BY PLAINTIFF**<br><br>[[Proposed] Order filed concurrently herewith] |

     Plaintiff Irish Rover Entertainment, LLC ("Plaintiff"), on the one hand, and Defendants Aaron Sims, Matt Duffer, Ross Duffer, Netflix, Inc., Netflix Streaming Services, Inc., and 21 Laps, Inc. (collectively, "Defendants", and together with Plaintiff, the "Parties"), on the other hand, by and through their respective counsel of record, stipulate and request that this Court seal certain unredacted versions of documents previously filed by Plaintiff in connection with Plaintiff's Oppositions to Defendants' (1) Motion for Summary Judgment, (2) Motion for Rule 11 Sanctions, and (3) Motion to Exclude Expert Testimony of John Rainey, and related portions of the Declarations of Jeremy J. Osher submitted in support of the same (previously filed on January 17 and 18, 2023), and thereby allow Plaintiff to resubmit redacted versions of such documents as set forth below.

## RECITALS

1.    WHEREAS, a Stipulated Protective Order was entered by this Court on September 15, 2022 (Dkt. 51) allowing all parties to designate documents and information produced in this action as "Confidential";

2.    WHEREAS, Plaintiff filed Oppositions to Defendants' Motion for Summary Judgment (Dkt. 94), Motion for Rule 11 Sanctions (Dkt. 93), and Motion to Exclude Expert Testimony of John Rainey (Dkt. 91) (collectively, "Plaintiff's Oppositions"), and supporting Declarations of Jeremy Osher (Dkt. 99, 100, 91-1) ("Osher Declarations"), among other related pleadings, on January 17 and 18, 2023;

3.    WHEREAS, the Osher Declarations submitted in support of Plaintiff's Oppositions make reference to and attach certain unredacted versions of documents designated by Defendants as "Confidential" pursuant to the terms of the Stipulated Protective Order, and Plaintiff's Oppositions include certain descriptive references to the same (collectively, the "Proposed Sealed Information");

4.    WHEREAS, the Parties have met and conferred regarding the Proposed Sealed Information;

5. WHEREAS, to comply with the requirements in the Protective Order and Central District Local Rule 79-5.2.2 regarding "Confidential" information, the Parties agree that the Proposed Sealed Information should be sealed and Plaintiff should thereafter resubmit versions of the Proposed Sealed Information with appropriate redactions.

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiff and Defendants, through their respective counsel of record, as follows:

1. The Declarations of Jeremy Osher in support of Plaintiff's Oppositions to the Motion for Summary Judgment and Motion for Rule 11 Sanctions shall be resubmitted by Plaintiff with the following portions and exhibits redacted because they contain material designated as "Confidential" by Defendants:

- **Paragraphs 15 and 28**
- **Exhibits A (Dkt. 99-1, 100-1), B (Dkt. 99-2, 100-2), L (Dkt. 99-12, 100-12), M (Dkt. 99-13, 100-13), S (Dkt. 99-18, 100-19), Y (Dkt. 99-24, 100-25), and CC (Dkt. 99-28, 100-29)**

The unredacted versions of the same (Dkt. 99 and 100) and related exhibits (Dkt. 99-1, 99-2, 99-12, 99-13, 99-18, 99-24, 99-28, 100-1, 100-2, 100-12, 100-13, 100-19, 100-25, 100-29), which were previously filed on January 17 and 18, shall be sealed by the Court.

2. Plaintiff's Opposition to the Motion for Summary Judgment shall be resubmitted by Plaintiff with the following portions redacted because they reference material designated as "Confidential" by Defendants:

- **Page 17, lines 8-10**
- **Page 21, lines 12-14**
- **Page 9, lines 12-15**
- **Page 3, line 7-13 and footnote 3**
- **Page 18, lines 6-8**

- **Page 18, lines 9-11**
- **Page 17, line 20 thru page 18, line 8**

The unredacted version of the same (Dkt. 94), which was previously filed on January 18, shall be sealed by the Court.

3. Plaintiff's Opposition to the Motion for Rule 11 Sanctions shall be resubmitted by Plaintiff with the following portions redacted because they reference material designated as "Confidential" by Defendants:

- **Page 16, lines 1-4**
- **Page 16, line 15 thru page 17, line 1**

The unredacted version of the same (Dkt. 93), which was previously filed on January 17, shall be sealed by the Court.

4. The Declaration of Jeremy Osher in support of Plaintiff's Opposition to the Motion to Exclude Expert Testimony of John Rainey shall be resubmitted by Plaintiff with the following exhibits redacted because they contain material designated as "Confidential" by Defendants:

- **Exhibits A and B**

The unredacted version of the same (Dkt. 91-1), which was previously filed on January 17, shall be sealed by the Court.

5. Plaintiff's Opposition to the Motion to Exclude Expert Testimony of John Rainey shall be resubmitted by Plaintiff with the following portions redacted because they reference material designated as "Confidential" by Defendants:

- **Page 14, lines 14-16**

The unredacted version of the same (Dkt. 91), which was previously filed on January 17, shall be sealed by the Court.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: January 25, 2023 | BOREN, OSHER & LUFTMAN, LLP |
| 2 | | By: */s/ Jeremy J. Osher* |
| 3 | | Jeremy J. Osher |
| | | Aaron M. Gladstein |
| 4 | | Matthew K. Tom |
| 5 | | Attorneys for Plaintiff, |
| | | IRISH ROVER ENTERTAINMENT, LLC |
| 6 | | |
| 7 | Dated: January 25, 2023 | LOEB & LOEB LLP |
| 8 | | |
| 9 | | By: */s/ David Grossman* |
| | | David Grossman |
| 10 | | Safia Gray Hussain |
| 11 | | Attorneys for Defendants |
| | | AARON SIMS, MATT DUFFER, ROSS |
| 12 | | DUFFER, NETFLIX, INC., NETFLIX |
| 13 | | STREAMING SERVICES, INC., and 21 LAPS, INC. |