1  BOREN, OSHER & LUFTMAN, LLP
   Jeremy J. Osher (SBN 192109)
2  josher@bollaw.com
   Aaron M. Gladstein (SBN 266287)
3  agladstein@bollaw.com
   Matthew K. Tom (SBN 324298)
4  mtom@bollaw.com
5  222 N. Pacific Coast Highway, Suite 2222
   El Segundo, CA 90245
6  Telephone: (310) 322-2021
7  Facsimile: (310) 322-2228

8
   Attorneys for Plaintiff
9  IRISH ROVER ENTERTAINMENT, LLC

10
                 UNITED STATES DISTRICT COURT
11
                CENTRAL DISTRICT OF CALIFORNIA
12

13
   IRISH ROVER ENTERTAINMENT,          Case No.: 2:20-CV-06293-CBM-PLA
14 LLC, a California limited liability   (Assigned to Hon. Consuelo B. Marshall)
   company,
15                                       PLAINTIFF'S OPPOSITION TO
16        Plaintiff,                     DEFENDANTS' *EX PARTE*
                                         APPLICATION TO CONTINUE
17      vs.                              TRIAL DATE AND RELATED PRE-
18                                       TRIAL DEADLINES
   AARON SIMS, an individual; MATT
19 DUFFER, an individual; ROSS           [Declaration of Jeremy J. Osher filed
20 DUFFER, an individual; NETFLIX,       concurrently herewith]
   INC., a Delaware corporation;
21 NETFLIX STREAMING SERVICES,
22 INC., a Delaware corporation; 21 LAPS
   ENTERTAINMENT, a business entity,
23 form unknown; and DOES 1 through
24 50, inclusive,

25
          Defendants.
26

27

28

---

1    Plaintiff Irish Rover Entertainment, LLC ("Plaintiff") files this opposition to

2  Defendants' February 8, 2023 *Ex Parte* Application to Continue Trial Date and Related

3  Pre-Trial Deadlines (the "Application"). Defendants' requests for continuances are

4  premised on their belief that the Court's rulings on March 7, 2023 "**may** significantly

5  alter, narrow, or otherwise frame the scope and content" of the parties' trial

6  preparation. Application 1:24-26. However, as Defendants' rightfully acknowledge,

7  there is certainly a scenario in which the Court's future rulings may have no effect on

8  the scope of trial preparation. Indeed, if the Court denies Defendants' motion for

9  summary judgment, Rule 11 motion, and two expert exclusion motions, the case will

10  proceed to trial on all of Plaintiff's claims.

11    Defendants fail to justify the length of their requested continuances, i.e., a 63-

12  day continuance on the pre-trial conference date and a 70-day continuance on the trial

13  date. Even if the Court's rulings on March 7 alter the scope of the parties' trial

14  preparation, there is no reason that these dates and the related filing deadlines must be

15  continued by over two months. Notably, the Court continued the hearings on

16  Defendants' pending motions only by three (3) weeks from February 14 to March 7.

17  This case has been pending for over two and a half years and Plaintiff is preparing its

18  case to be tried in May 2023.

19    Plaintiff respectfully submits that a more practical solution under these

20  circumstances is to continue the following pre-trial deadlines, while keeping the May

21  2 trial date: [1]

22

23  / / /
24  / / /
    / / /
25

26

27  [1] Plaintiff acknowledges that LR 16-6.1 and 16-4 mandate that these documents be filed at least 21 days before the Pre-Trial Conference. However, Plaintiff proposes the April 10 deadline as a compromise to Defendants' requested continuances and to keep the May 2 trial date.
28

PLAINTIFF'S OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE TRIAL DATE AND
RELATED PRE-TRIAL DEADLINES

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline to file motions in limine | March 7, 2023 | April 3, 2023 |
| Deadline to file and serve trial exhibit/witness lists & Memorandum of Contentions of Fact and Law | March 14, 2023 | April 10, 2023 |
| Pre-Trial Conference | April 4, 2023 at 2:30 p.m. | April 18, 2023 at 2:30 p.m. |

Plaintiff is amenable to revisiting these scheduling issues after the Court makes its rulings on March 7.

Finally, contrary to the suggestion of defense counsel, Plaintiff's counsel provided substantive responses to defense counsel's inquiries regarding a stipulation to continue the trial date and pre-trial deadlines. Osher Decl., ¶¶ 3-6. Plaintiff's counsel was working on obtaining client authorization for the requested stipulation but defense counsel chose to file the instant application instead of waiting a reasonable period of time.

Dated: February 8, 2023          BOREN, OSHER & LUFTMAN LLP


By: /s/ Jeremy J. Osher
Jeremy J. Osher
Aaron M. Gladstein
Matthew K. Tom
Attorneys for Plaintiff
IRISH ROVER ENTERTAINMENT, LLC

PLAINTIFF'S OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES