UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-06293-CBM-PLAx<br><br>Assigned to Hon. Consuelo B. Marshall<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES [131]**<br><br>First Amended Complaint Filed: October 12, 2020<br>Trial Date: May 2, 2023 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

23540040
231804-10002

ORDER GRANTING DEFENDANTS'
*EX PARTE* APPLICATION TO CONTINUE TRIAL DATE
AND RELATED PRE-TRIAL DEADLINES

Having reviewed the *ex parte* application of Defendants Aaron Sims, Matt Duffer, Ross Duffer, Netflix, Inc., Netflix Streaming Services, Inc., and 21 Laps, Inc., to continue the current May 2, 2023 jury trial date and related pre-trial deadlines, the accompanying Declaration of David Grossman, and good cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1. The *ex parte* application is granted;

2. The Pre-Trial Conference currently set for April 4, 2023 at 2:30 p.m., to June 6, 2023 at 2:30 p.m.; and

3. Jury Trial, currently set for May 2, 2023 at 10:00 a.m., shall be continued to **July 11, 2023 at 10:00 a.m.**

**IT IS SO ORDERED**

Dated: FEBRUARY 10, 2023

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23540040
231804-10002

1

ORDER GRANTING DEFENDANTS'
*EX PARTE* APPLICATION TO CONTINUE TRIAL DATE
AND RELATED PRE-TRIAL DEADLINES