UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 20-6293-CBM(PLAx)** | Date | **MARCH 8, 2023** |
|---|---|---|---|
| Title | Irish Rover Entertainment, LLC v. Aaron Sims et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | Katherine Stride |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeremy J. Osher | David A. Grossman |
| Matthew K. Tom | Safia G. Hussain |

**Proceedings:** HEARING RE MOTION FOR SUMMARY JUDGMENT[83];
MOTION FOR SANCTIONS[86];
MOTION TO EXCLUDE EXPERT TESTIMONY OF JOHN RAINEY [89];
MOTION TO EXCLUDE EXPERT TESTIMONY OF JEFFREY SEDLIK[90]

The case is called and counsel state their appearance. The Court and counsel confer.

Following discussions with the parties, the Court advises counsel that the motions are hereby taken under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties

: **56**