BOREN, OSHER & LUFTMAN, LLP
Jeremy J. Osher (SBN 192109)
josher@bollaw.com
Aaron M. Gladstein (SBN 266287)
agladstein@bollaw.com
Matthew K. Tom (SBN 324298)
mtom@bollaw.com
222 N. Pacific Coast Highway, Suite 2222
El Segundo, CA 90245
Telephone: (310) 322-2021
Facsimile: (310) 322-2228

Attorneys for Plaintiff
IRISH ROVER ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>     vs.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 2:20-cv-06293-CBM-PLA<br><br>Judge: Hon. Consuelo B. Marshall<br>Magistrate Judge: Hon. Paul L. Abrams<br><br>**JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES**<br><br>[Filed concurrently with [Proposed] Order to Continue Pre-Trial Conference and Trial Dates]<br><br>Complaint Filed:   July 15, 2020<br>Trial Date:             July 11, 2023 |

JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES

Plaintiff Irish Rover Entertainment, LLC ("Plaintiff") and Defendants Aaron Sims, Matt Duffer, Ross Duffer, Netflix, Inc., Netflix Streaming Services, Inc., and 21 Laps, Inc. ("Defendants", and collectively with Plaintiff, the "Parties"), through their respective counsel of record, stipulate and request that this Court order a continuance of the pre-trial conference and trial dates set by this Court in the Order Granting Defendants' *Ex Parte* Application to Continue Trial Date and Related Pre-Trial Deadlines [Dkt. 134] as set forth specifically below.

## RECITALS

1. **WHEREAS**, a pre-trial conference and jury trial in the above-referenced matter (the "Action") have been set pursuant to this Court's Order Granting Defendants' *Ex Parte* Application to Continue Trial Date and Related Pre-Trial Deadlines [Dkt. 134], with the pre-trial conference set for June 6, 2023 and jury trial set to commence on July 11, 2023;

2. **WHEREAS**, there currently are pending before the Court four motions filed by Defendants, including a motion for summary judgment as to all claims asserted by Plaintiff, a motion for sanctions, and two motions to exclude the testimony of two expert witnesses designated by Plaintiff [Dkt. 83, 86, 89, 90];

3. **WHEREAS**, pursuant to the Court's current scheduling order, several Rule 16 pre-trial deadlines are imminent, including the deadline to file motions in limine (May 9, 2023), the deadline to file and serve trial exhibit and witness lists (May 16, 2023), and the deadline to file Memorandum of Contentions of Fact and Law (May 16, 2023);

4. **WHEREAS**, this Court's resolution of Defendants' pending motions may significantly alter, narrow, or otherwise frame the scope and content of pre-trial motions, exhibit and witness lists, and memoranda, as well as the parties' trial preparation, and a continuance of the trial date and related pre-trial deadlines will permit the parties to fulfill their various pre-trial obligations more efficiently, and ensure that relevant claims and issues are before the Court for determination, thereby preserving judicial resources;

5.     **WHEREAS**, counsel mutually have agreed to seek a continuance of the pre-trial conference and trial in this matter to ensure their ability to effectively and efficiently prepare for trial;

6.     **WHEREAS**, good cause exists to continue the pre-trial conference and jury trial by a period of at least sixty (60) days because absent additional time to comply with their pre-trial obligations once the Court issues its rulings on the pending motions, the parties will be prejudiced in their ability to effectively prepare the case for trial and the Court may be forced to consider issues that no longer are relevant to the Action.

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiff and Defendants, through their respective counsel of record in the Action, as follows:

1.     The Pre-Trial Conference, currently set for June 6, 2023, at 2:30 p.m., shall be continued to August 15, 2023, at 2:30 p.m.; and

2.     Jury Trial, currently set for July 11, 2023, at 10:00 a.m. (est. 7 days), shall be continued to September 18, 2023, at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated:  April 28, 2023              **BOREN, OSHER & LUFTMAN, LLP**


                                    By:      /s/ Jeremy J. Osher
                                          Jeremy J. Osher
                                          Aaron N. Gladstein
                                          Matthew K. Tom
                                          Attorneys for Plaintiff
                                          IRISH ROVER ENTERTAINMENT, LLC


[SIGNATURES CONTINUED ON NEXT PAGE]

Dated: April 28, 2023        LOEB & LOEB LLP

By:      */s/ David Grossman*
        David Grossman
        Safia G. Hussain
        Attorneys for Defendants
        AARON SIMS, MATT DUFFER, ROSS
        DUFFER, NETFLIX, INC., NETFLIX
        STREAMING SERVICES, INC., and 21
        LAPS, INC.

## **PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and am not a party to this action. My business address is 222 North Pacific Coast Highway, Suite 2222, El Segundo, CA 90245.

      On April 28, 2023, I served the document(s) as described below on interested parties in this action as follows:

**JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES**

| ☒ | electronically by using the Court's ECF/CM System. |
|---|---|
| | David A. Grossman, Esq.<br>Safia G. Hussain, Esq.<br>Loeb and Loeb LLP<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, CA 90067-4120<br>dgrossman@loeb.com<br>sghussain@loeb.com | *Attorneys for Defendants Aaron Sims, Matt Duffer, Ross Duffer, Netflix, Inc., Netflix Streaming Services, Inc., and 21 Laps, Inc.* |

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on April 28, 2023, at El Segundo, California.

                                                */s/ Morgan Thomas*
                                                  Morgan Thomas