BOREN, OSHER & LUFTMAN, LLP
Jeremy J. Osher (SBN 192109)
josher@bollaw.com
Aaron M. Gladstein (SBN 266287)
agladstein@bollaw.com
Matthew K. Tom (SBN 324298)
mtom@bollaw.com
222 N. Pacific Coast Highway, Suite 2222
El Segundo, CA 90245
Telephone: (310) 322-2021
Facsimile: (310) 322-2228

Attorneys for Plaintiff
IRISH ROVER ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-06293-CBM-PLA<br><br>Judge: Hon. Consuelo B. Marshall<br>Magistrate Judge: Hon. Paul L. Abrams<br><br>**[PROPOSED] ORDER TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES**<br><br>[Filed concurrently with Joint Stipulation to Continue Pre-Trial Conference and Trial Dates]<br><br>Complaint Filed:　July 15, 2020<br>Trial Date:　　　　July 11, 2023 |

# [PROPOSED] ORDER

The Court, having read and considered the foregoing Stipulation between the parties, and good cause appearing thereof, hereby ORDERS as follows:

1. The Pre-Trial Conference, currently set for June 6, 2023, at 2:30 p.m., shall be continued to August 15, 2023, at 2:30 p.m.; and

2. Jury Trial, currently set for July 11, 2023, at 10:00 a.m. (est. 7 days), shall be continued to September 18, 2023, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: _____         _____
                                     HON. CONSUELO B. MARSHALL
                                     UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )  ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and am not a party to this action. My business address is 222 North Pacific Coast Highway, Suite 2222, El Segundo, CA 90245.

On April 28, 2023, I served the document(s) as described below on interested parties in this action as follows:

**[PROPOSED] ORDER TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES**

| ☒ | electronically by using the Court's ECF/CM System. |

| | |
|---|---|
| David A. Grossman, Esq.<br>Safia G. Hussain, Esq.<br>Loeb and Loeb LLP<br>10100 Santa Monica Boulevard<br>Suite 2200<br>Los Angeles, CA 90067-4120<br>dgrossman@loeb.com<br>sghussain@loeb.com | *Attorneys for Defendants Aaron Sims, Matt Duffer, Ross Duffer, Netflix, Inc., Netflix Streaming Services, Inc., and 21 Laps, Inc.* |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 28, 2023, at El Segundo, California.

                                                    /s/ *Morgan Thomas*
                                                     Morgan Thomas