BOREN, OSHER & LUFTMAN, LLP
Jeremy J. Osher (SBN 192109)
josher@bollaw.com
Aaron M. Gladstein (SBN 266287)
agladstein@bollaw.com
Matthew K. Tom (SBN 324298)
mtom@bollaw.com
222 N. Pacific Coast Highway, Suite 2222
El Segundo, CA 90245
Telephone: (310) 322-2021
Facsimile: (310) 322-2228

Attorneys for Plaintiff
IRISH ROVER ENTERTAINMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-06293-CBM-PLA<br>(Assigned to Hon. Consuelo B. Marshall)<br><br>**NOTICE OF LODGING FINAL PRETRIAL CONFERENCE ORDER**<br><br><u>Final Pretrial Conference</u><br>Date:   August 15, 2023<br>Time:   2:30 p.m.<br>Courtroom:  8D<br><br>Trial: September 19, 2023 |

TO THIS HONORABLE COURT, AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Irish Rover Entertainment, LLC's ("Plaintiff") lodges the attached Final Pretrial Conference Order pursuant to Local Rule 16-7.

Dated: August 4, 2023                            BOREN, OSHER & LUFTMAN LLP

By: /s/ *Jeremy J. Osher*
Jeremy J. Osher
Aaron M. Gladstein
Matthew K. Tom
Attorneys for Plaintiff
IRISH ROVER ENTERTAINMENT, LLC