| | |
|---|---|
| **BOREN, OSHER & LUFTMAN, LLP**<br>Jeremy J. Osher (SBN 192109)<br>josher@bollaw.com<br>Aaron M. Gladstein (SBN 266287)<br>agladstein@bollaw.com<br>Matthew K. Tom (SBN 324298)<br>mtom@bollaw.com<br>222 N. Pacific Coast Highway,<br>Suite 2222<br>El Segundo, CA 90245<br>Telephone: (310) 322-2021<br>Facsimile: (310) 322-2228<br><br>**ROBINS KAPLAN LLP**<br>Patrick M. Arenz (*pro hac vice*)<br>PArenz@RobinsKaplan.com<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 349-8591<br>Facsimile: (612) 339-4181<br><br>Michael A. Geibelson (SBN 179970)<br>MGeibelson@RobinsKaplan.com<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>Telephone: (310) 552-0130<br>Facsimile: (310)229-5800<br><br>*Attorneys for Plaintiff* | **LOEB & LOEB LLP**<br>DAVID GROSSMAN (SBN 211326)<br>dgrossman@loeb.com<br>SAFIA GRAY HUSSAIN (SBN 251123) sghussain@loeb.com<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA 90067<br>Telephone: (310) 282-2000<br>Facsimile: (310) 282-2200<br><br>**MUNGER, TOLLES & OLSON LLP**<br>KELLY M. KLAUS (SBN 161091)<br>kelly.klaus@mto.com<br>BLANCA FROMM YOUNG (SBN 217533) blanca.young@mto.com<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>*Attorneys for Defendants* |

24401069.1
231804-10002

STIPULATION FOR DISMISSAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>,<br><br>vs.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>. | Case No. 20-cv-06293-CBM-PLA<br><br>**STIPULATION FOR DISMISSAL**<br><br>Lodged Concurrently: [Proposed] Order<br><br>Judge:  Hon. Consuelo B. Marshall |

Plaintiff Irish Rover Entertainment, LLC and Defendants Aaron Sims, Matt Duffer, Ross Duffer, Netflix, Inc., Netflix Streaming Services, Inc., and 21 Laps, Inc. stipulate and agree to the dismissal of this matter in its entirety, with prejudice.  Each party shall bear its own attorneys' fees and costs incurred in this action.

| | | |
|---|---|---|
| DATED: August 11, 2023 | | ROBINS KAPLAN LLP |
| | By: | */s/ Patrick M. Arenz* |
| | | PATRICK M. ARENZ |
| | | Attorneys for Plaintiff |
| DATED: August 11, 2023 | | LOEB & LOEB LLP |
| | By: | */s/ David Grossman* |
| | | David Grossman |
| | | Attorneys for Defendants |

In accordance with Civil Local rule 5-4.3.4(a)(2)(i), the filer attests that each of the above signatories has concurred in the filing of this document.

DATED: August 11, 2023

By: */s/ Patrick M. Arenz*
PATRICK M. ARENZ