# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>       v.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 2:20-cv-06293-CBM-PLA<br><br>Assigned to Hon. Consuelo B. Marshall<br><br>**[PROPOSED] ORDER FOR DISMISSAL**<br><br>First Amended Complaint Filed: October 12, 2020<br>Trial Date: September 19, 2023 |

# [PROPOSED] ORDER

Having considered the Parties' Stipulation for Dismissal, this Court grants the Stipulation and orders that this action is dismissed with prejudice and each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: _____, 2023       _____
                                              Hon. Consuelo B. Marshall

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

24405235
231804-10002

1