# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH ROVER ENTERTAINMENT, LLC, a California limited liability company,<br><br>vs.<br><br>AARON SIMS, an individual; MATT DUFFER, an individual; ROSS DUFFER, an individual; NETFLIX, INC., a Delaware corporation; NETFLIX STREAMING SERVICES, INC., a Delaware corporation; 21 LAPS, INC., a California Corporation; and DOES 1 through 50, inclusive, | Case No. 20-cv-06293-CBM-PLA**x**<br><br>**ORDER FOR DISMISSAL**<br><br>JS6<br><br>Judge: Hon. Consuelo B. Marshall |

24401069.1
231804-10002

-1-
ORDER FOR DISMISSAL

## ORDER

Having considered the Parties' Stipulation for Dismissal, this Court grants the Stipulation and orders that this action is dismissed with prejudice and each party shall bear its own costs and fees.

Also pending before the Court are Plaintiff's three Motions in Limine (Dkt. Nos. 166, 167, 168), Defendants' Applications for Leave to File Documents Under Seal (Dkt. Nos. 169, 172), Defendants' Application for Leave to File Documents due to CM/ECF Technical Failure (Dkt. No. 171), Defendants' Motion to Set Aside Time for Publication of Works (Dkt. No. 173), Defendants' seven Motions in Limine (Dkt. Nos. 175-181), Defendants' Motion to Certify the Court's Order Denying Summary Judgment (Dkt. No. 182), and Plaintiff's Application for Leave to File Under Seal (Dkt. No. 198) (collectively, the "Motions"). The Motions are hereby denied as moot in light of the stipulation for dismissal.

**IT IS SO ORDERED.**

Dated: 8/15, 2023

Hon. Consuelo B. Marshall